

# BUSINESS CODE OF ETHICS

## Ethics Policy

The policy of MMR Constructors, Inc. and its subsidiaries (collectively, "MMR") is to comply with all governmental laws, rules, and regulations applicable to its business.

MMR's policy on business ethics exceeds general compliance by choosing the highest course of integrity. As a global leader, MMR realizes local customs and traditions differ worldwide. However, honesty and professionalism is expected in any culture. The slightest shades of dishonesty welcome demoralizing and reprehensible behaviors. A well-founded reputation for truthful dealings is itself a priceless corporate asset.

MMR cares how results are obtained, not just if they are obtained. Every facet of the organization's directors, officers, and employees should deal fairly with each other and with MMR's clients, vendors, competitors, and other third parties. MMR expects compliance and will not tolerate employees whose results are achieved only at the cost of violations of civil, criminal, and even moral law.

MMR accounting policies ensure that all transactions will be accurately reflected in its books and records. Falsification of books and records and the creation or maintenance of any off-the-record bank accounts are strictly prohibited. MMR's system of management will fail without honesty, including honest bookkeeping, honest budget proposals, and honest economic evaluation of projects.

It is MMR's policy to make full, fair, accurate, timely, and understandable disclosure in reports and documents that are filed with both public and private agencies. All employees are responsible for reporting material information known to them to higher management so that the information will be available to those responsible for making disclosure decisions.

## Conflicts of Interest Policy

A "conflict of interest" is an interest that might affect, or might reasonably appear likely to affect, the judgment or conduct of an individual associated with MMR.

It is the policy of MMR that directors, officers, and employees are expected to avoid any actual or apparent conflict between their own personal interests and the interest of MMR. A conflict of interest can arise when any employee of MMR takes actions or has personal interests that may interfere with his or her objective and effective performance of work for the company. All MMR employees are expected to avoid conflict in dealings with suppliers, customers, competitors, and other third parties for their own personal gain or opportunity, or to the detriment of MMR.





## Corporate Assets Policy

MMR employees are expected to protect not only the assets of MMR, but also its clients, vendors, suppliers and other third parties. These assets include tangible assets and intangible assets, such as confidential and proprietary information. No MMR employee should use or disclose such confidential information at any time during or subsequent to employment, without proper authority. Examples of confidential information include nonpublic information regarding business earnings, financial forecasts, business forecasts, discoveries as well as competitive bids, project drawings and specifications, and technologies.

## Procedures and Open Door Communication Policy

MMR maintains an "open door" policy of communications among all levels of the organization. Employees are urged to ask questions, voice concerns, and make appropriate suggestions regarding the business practices of MMR. Employees are expected to promptly report suspected violations of law and MMR's policies, so that management can take appropriate corrective action. MMR's management is required to investigate every report of suspected violations of law as well as its heightened policies. The persons investigating reported violations are expected to exercise independent and objective judgment.

Unless MMR maintains a more specific policy otherwise, an employee may discuss matters with the employee's immediate supervisor. Each supervisor is expected to be available to subordinates for that purpose. If an employee is dissatisfied following review with the employee's supervisor, that employee should raise his or her concern to the next level of management.

Suspected violations of law or MMR specific policies involving a director, shareholder, or executive officer, as well as any concern regarding questionable accounting or auditing matters, should be referred directly to the President of MMR, and, if such referral is not appropriate, then the General Counsel of MMR.

Employees wishing to make complaints without identifying themselves may do so by telephoning 1-800-880-5090 or by writing the General Counsel, MMR Constructors, Inc., P.O. Box 84210, Baton Rouge, Louisiana 70884-4210, U.S.A., or such other telephone numbers and addresses as the Corporation may designate and publish from time to time.

All persons responding to employees' questions, concerns, complaints, and suggestions are expected to use appropriate discretion regarding anonymity and confidentiality, although the preservation of anonymity and confidentiality may or may not be practical, depending on the circumstances. For instance, disclosure can result from government investigations and litigation.

No action may be taken or threatened against any employee for asking questions, voicing concerns, or making complaints or suggestions in conformity with the procedures described above, unless the employee acts with willful disregard of the truth.





Failure of any MMR employee to behave honestly and failure to comply with law or MMR's policies may result in disciplinary action, up to and including termination.

No MMR director, officer, shareholder, or employee has the authority to make exceptions or grant waivers to any of MMR's policies in effect. MMR acknowledges that no policy will provide an answer to specific activities and situations. In case of doubt, directors, officers, and employees are expected to seek clarification and guidance. In those instances where, after review, MMR approves an activity or situation, such approval shall not be considered granting an exception or waiver, but instead a determination that no policy was violated. However, if a violation is determined, appropriate action shall be taken.

## ACKNOWLEDGMENT

I have read and understand this policy. I understand that compliance with this policy is a condition of pre-employment, employment or remaining on the MMR property, office(s), and/or job site(s). I have read and understand the disciplinary action that will be taken if I am found in violation of this policy.

| David Herrera | _[signature]_ | 5-13-2015 |
|---|---|---|
| **Employee/Applicant (Print)** | **Employee (Signature)** | **(Date)** |

| _____ | / _____ |
|---|---|
| **Company Representative (Signature)** | **(Date)** |

MMR Policy Acknowledgement - Section B – Page 11
Revised February 2015

Initial: _MH_