

## RULES OF CONDUCT

In order to protect employees, customers, the workplace and/or the work site, the MMR employee Rules of Conduct have been established ("Rules of Conduct"). **All employees must acknowledge and accept the Rules of Conduct as a condition of employment.**

Any employee's actions that are listed in the following Rules of Conduct will subject the employee to disciplinary action, up to and including termination.

1. Insubordination or refusal to comply with reasonable work requests or instructions of supervision.

2. Un-satisfactory work performance.

3. Neglect of required work duties.

4. Being away from the job without permission.

5. Gambling at the workplace and/or work site property or bringing illegal gambling paraphernalia onto work site property.

6. Theft or unauthorized removal of any property belonging to (i) MMR, (ii) the workplace, (iii) the job site, (iv) fellow employees, or (v) clients, contractors, suppliers, or vendors of MMR.

7. Intentionally or negligently misusing or damaging property belonging to (i) MMR, (ii) the workplace, (iii) the job site, (iv) fellow employees, or (v) clients, contractors, suppliers, or vendors of MMR.

8. Conduct which violates common decency or morality.

9. Sleeping during work periods.

10. Violation of penal laws.

11. Use of cellular phones during working hours. (Cell phones shall be left in an area that will not create undo harm for co-workers).

12. Three (3) unexcused absences from work during any calendar year. (An "unexcused absence" shall mean an employee's failure to appear for work during his/her scheduled time unless (i) truthful notice is provided to Supervision prior to



absence(s), (ii) absence(s) is permitted by Supervision or (iii) the circumstances of the absence(s) prevent employee from providing notice).

13. Excessive tardiness.

14. Threats of violence/harm, or acts of violence directed toward any (i) MMR personnel or (ii) clients, subcontractors, suppliers, or visitors of MMR.

15. Fighting of any kind, during employee's work hours, on MMR or client property, and in the presence of MMR or client personnel.

16. Horseplay or bullying of any persons at the workplace or job site.

17. Falsification of work time for employee or co-employees.

18. Dishonest acts and/or falsification of documents or records, including the giving of false information prior to and during employment.

19. Making abusive, defamatory, false, malicious, or harmful statements regarding (i) MMR, (ii) affiliates, shareholders, officers, and managers of MMR, and (iii) clients of MMR.

20. Repeated or intentional misuse of willful neglect of tools, equipment, machinery, vehicles, and/or property resulting in injury to personnel and/or damage to property.

21. Using or divulging, without permission, any confidential information acquired through employment with this company.

22. Acting or engaging in the solicitation of outside employment for any purpose during working time.

23. Use of MMR provided vehicles after scheduled work hours. (Mileage shall be turned in every Friday).

24. Issuance of a reduction of force termination slip ("R.O.F.") before job needs dictate. Also, an employee shall not request a R.O.F. termination until the job needs dictate. **(THERE WILL BE NO EXCEPTIONS)**

25. Violations of MMR's Workplace Harassment or Discrimination policies; Violations of the Company's Drug, Alcohol and Contraband Policy.



It is not possible to list all forms of behavior that are considered unacceptable in the workplace. Therefore, this list is illustrative only and is not intended to be exhaustive. Nothing in this policy changes the at-will nature of employment between MMR and employees. MMR may terminate the employment of any at-will employee at any time, with or without cause or notice.

I agree to conform to MMR's rules of conduct, and understand and agree that my employment is at-will and that my compensation and employment can be terminated by either party with or without notice, at any time, for any reason or no reason. I understand that no one other than the president of the company has any authority to enter into any agreement for employment for any specified period of time or to make any agreement contrary to the foregoing and then only in writing signed by the president.

If the client, owner, architect, or any other entity or person who has authority over MMR or the project site which the employee is working requests that the employee be removed from the site for any reason within the law, then MMR has the right to terminate this employee.

Termination Pay: in the event any employee resigns or is discharged in any way, the employee's check will be delivered in accordance with applicable law.

## ACKNOWLEDGMENT

I have read and/or understand the Rules of Conduct. I understand that compliance with these rules is a condition of pre-employment, employment or remaining on the MMR property, office(s), and/or job site(s). I have read and understand the disciplinary action that will be taken if I am found in violation of these rules.

| David Heroman | _(signature)_ | 5-13-2015 |
|---|---|---|
| Employee/Applicant (Print) | (Signature) | (Date) |

| _____ | / _____ |
|---|---|
| Company Representative (Signature) | (Date) |

Initial: _[initials]_