

# EMPLOYER LOYALTY/CONFIDENTIALITY/TRADE SECRETS/CONFLICT OF INTEREST AGREEMENT

This agreement is made and entered into on the <u>13</u> day of <u>May</u>, <u>2015</u> effective
                                          (day)      (month)      (year)
as of the date of signing by and between MMR Constructors, Inc. (hereinafter "MMR"), and
<u>David Menult Henman</u>, a resident of <u>Gonzales</u>, State of <u>LA</u> and
(Employee full name)                 (City)                       (State)
of the full age and majority, hereinafter referred to as "Employee".

WHEREAS, the EMPLOYEE is now employed (or seeking employment) by and working for MMR as an <u>Network Engineer</u>; and

WHEREAS, as a condition of such employment, MMR has agreed to provide a certain rate of pay and benefits to the EMPLOYEE;

NOW THEREFORE, in consideration of mutual covenants and undertaking set forth herein, MMR and the EMPLOYEE do hereby agree as follows:

1. **Confidential Information and Trade Secrets**

    During and after the term of his employment, the EMPLOYEE agrees to hold as confidential all knowledge and information he has acquired in connection with his/her employment with MMR, and which is not otherwise generally available to the public or third parties, including but not limited to customer lists, financial information, pricing information, marketing material, technical data, drawings, memoranda, notes, programs, electronic gear, personnel records, policies, other items, and papers and reproductions (all of which is deemed "Confidential" and a trade secret) thereof relating the business of MMR.

2. **Employee Loyalty and Fiduciary Obligations**

    During the course of your employment with MMR, Employee must not engage in conduct that would compete with, conflict with or compromise the company's interests or adversely affect job performance and the ability to fulfill all of your responsibilities to MMR. Employees are prohibited from performing any services for customers of MMR that are normally performed by MMR. This prohibition also extends to the unauthorized use of any company tools, equipment, systems, techniques, and the unauthorized use or application of any company confidential information. In addition, employees may not solicit or conduct any outside business during work time for MMR. Employees are also prohibited from making abusive, defamatory, false, malicious, or harmful statements regarding (i) MMR, (ii) affiliates, shareholders, officers, and managers of MMR, and (iii) clients of MMR.



3. **Conflict of Interest**

- **Adverse Pecuniary Interest**
  Employee shall not use his position or authority at MMR in connection with any business dealings or transactions unrelated to the business of MMR for the sole purpose of gaining a profit or advantage for himself or others.

- **Misuse of Information**
  Employee may not use confidential information obtained through his or her employment for any purpose not authorized by MMR or carried out in the course and scope of employment.

- **Misuse of MMR Facilities and Equipment**
  Employee shall not use any MMR equipment, supplies or properties for anything other than MMR designated and authorized purposes.

- **Solicitation of MMR Employees**
  Employee during his/her tenure with MMR shall not intentionally solicit other employees to work for competitors of MMR.

- **Violation**
  Should Employee refuse or fail to comply with the provisions set forth herein, he/she may be subject to disciplinary action including, but not limited to, reprimand, suspension, and termination or in certain circumstances, civil prosecution, stipulated damages and attorney's fees.

- **National Labor Relations Act**
  Nothing in this policy is intended or should be construed as violating the National Labor Relations Act. Should any portion of this policy conflict with the National Labor Relations Act, the "Act" will control.

| David Heromen | [Signature] | / 5-13-2015 |
|---|---|---|
| Employee/Applicant (Print) | (Signature) | (Date) |

_____ / _____
**Company Representative (Signature)**                (Date)