UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | |

**MOTION FOR TEMPORARY RESTRAINING ORDER AND
TO SET PRELIMINARY INJUNCTION HEARING**

Plaintiff MMR Constructors, Inc. ("MMR") files this motion under Rule 65 of the Federal Rules of Civil Procedure for entry of a temporary restraining order and to set a date for a preliminary injunction hearing. In support of its motion, MMR has filed a *Verified Complaint* (R. Doc. 1), a memorandum in support accompanying this Motion, and a proposed order. As described in more detail in the memorandum in support, MMR is likely to succeed on the merits of its trade secret claims, has already been irreparably harmed and will continue to face the threat of irreparable harm by the Defendants' misconduct, and entry of injunctive relief would serve the public interest and is equitable.

Respectfully submitted:

*/s/ P.J. Kee*

P.J. KEE  (La. Bar No. 34860)
THOMAS P. HUBERT (La. Bar No. 19625)
JACOB J. PRITT (La. Bar No. 38872)
MICHAEL A. FOLEY (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor

New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com

***Counsel for MMR Constructors, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Defendants by email on April 25, 2022.

*/s/ P.J. Kee*
P.J. KEE