UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| Plaintiff, | : | |
| | : | |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| | : | |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | : : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | : | |

## **RULE 65(B) CERTIFICATION**

I, P.J. Kee, provide this certification pursuant to Rule 65(b) of the Federal Rules of Civil Procedure:

1. I am the lead attorney for Plaintiff MMR Constructors, Inc. ("MMR") in the above-captioned matter.

2. On April 25, 2022, at 7:38 p.m, I emailed a copy of the *Verified Complaint* to Ronald Breeland, who is the registered agent for service of process for Defendant JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG"), as well as to Defendant David Heroman (at both his ISG email account and personal Gmail account) and Jason Yates, a member-manager of ISG. I also sent the email to info@isg.work, the publicly listed email address on Defendant JB Group of LA, LLC's website.

3. In that email, I informed the recipients that MMR was in the process of filing a *Motion for Temporary Restraining Order and to Set a Preliminary Injunction Hearing.* At 9:16 p.m., I sent advance copies to the same recipients.

4. I received confirmation emails that the two emails were delivered to the recipients' email accounts.

5. We have undertaken these efforts to give notice of the filing of this Motion to Defendants and asking Defendants to put us into contact with their attorneys and to provide the necessary information if they wish to participate in any hearing on the Motion. If Defendants do not respond, a temporary restraining order should issue without notice to prevent the ongoing and immediate threat of irreparable harm to MMR in the absence of the requested relief.

        Respectfully submitted,

        */s/P.J. Kee*

        P.J. Kee