UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MMR CONSTRUCTORS, INC.**                                 **CIVIL ACTION**

**VERSUS**

**JB GROUP OF LA, LLC, ET AL.**                            **NO. 22-00267-BAJ-RLB**

### ORDER

**IT IS ORDERED** that **R. Doc. 4**, setting an evidentiary hearing on Plaintiff's motion for a temporary restraining order (TRO), be and is hereby **TERMINATED** and **STRICKEN**. To be clear, there will be no hearing on Plaintiff's motion for a TRO. Rather, the Court will conduct a telephone status conference with the parties on April 27, 2022 at 3:30 p.m. to address Plaintiff's request for injunctive relief and related request for expedited discovery. (*See* R. Doc. 5). Dial-in instructions will be provided to counsel prior to the status conference.

**Plaintiff's counsel shall provide notice of the telephone conference along with the dial-in information to Defendants and/or Defendants' counsel.**

Baton Rouge, Louisiana, this 26th day of April, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**