UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| Plaintiff, | : | |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | | |

**ATTORNEY CERTIFICATION**

I, P.J. Kee, provide this certification in compliance with the Court's *Ruling and Order Granting Motion for Temporary Restraining Order and Setting Status Conference to Determine Date of Preliminary Injunction Hearing* (R. Doc. 7):

1. I am the lead attorney for Plaintiff MMR Constructors, Inc. ("MMR") in the above-captioned matter.

2. On April 26, 2022, at 4:07 p.m., I received email notice of the Court's order, and at 4:23 p.m., I emailed a copy of it to Jennifer Fiore, who is counsel for Defendant, JB Group of LA, LLC, d/b/a Infrastructure Solutions Group ("ISG"), and to Defendant David Heroman. A true and correct copy of the email is attached as Exhibit 1.

3. Shortly after I sent the email, Ms. Fiore and I had a brief telephone conversation, during which Ms. Fiore confirmed receipt of my email and the Court's order.

Respectfully submitted,

*/s/P.J. Kee*

P.J. KEE  (La. Bar No. 34860)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100

#100380445v1

        Telephone:  (504) 582-8230
        Facsimile:  (504) 589-8230
        Email:  pkee@joneswalker.com

*Counsel for MMR Constructors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Defendants by email on April 27, 2022.

        */s/ P.J. Kee*
        P.J. KEE

#100380445v1