## Kee, P. J.

| | |
|---|---|
| **From:** | Kee, P. J. |
| **Sent:** | Tuesday, April 26, 2022 4:23 PM |
| **To:** | 'Jfiore@dunlapfiore.com'; 'david.heroman@gmail.com' |
| **Cc:** | Hubert, Thomas; Pritt, Jacob; Foley, Michael; Erin Fonacier; Claire Crownover |
| **Subject:** | RE: MMR v. ISG and Heroman |
| **Attachments:** | 2022-04-26 Order [dckt 7_0].pdf |

Jennifer and David:

We just received the attached order from the Court.

Jennifer:

Please let me know when you have a moment for a call.

Thank you,

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

---

**From:** Kee, P. J.
**Sent:** Tuesday, April 26, 2022 1:01 PM
**To:** 'Jfiore@dunlapfiore.com' <Jfiore@dunlapfiore.com>; 'david.heroman@gmail.com' <david.heroman@gmail.com>
**Subject:** MMR v. ISG and Heroman

Jennifer and David:

I'm attaching a notice received today from the Court about a status conference set for tomorrow at 3:30.

Once I receive the dial-in information, I will provide that to you.

Thank you,

**P. J. Kee**
Partner
D: 504.582.8230
pkee@joneswalker.com





Jones Walker LLP
201 St. Charles Ave, Ste 5100

New Orleans, LA 70170
**joneswalker.com**

2