**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.** | **CIV. NO. 22-267-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **JB GROUP OF LA, LLC D/B/A** | |
| **INFRASTRUCTURE SOLUTIONS GROUP** | **MAGISTRATE JUDGE** |
| **and DAVID HEROMAN** | **RICHARD L. BOURGEOIS, JR.** |

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT,** comes Defendant, David Heroman, who without waiving any defenses or objections, moves the Court to enroll Kyle M. Keegan and Amber N. Robichaux of Keegan, Juban, Lowe & Robichaux, LLC as counsel of record on his behalf in the above-referenced matter.

**WHEREFORE,** mover prays for an Order from this Honorable Court allowing Kyle M. Keegan and Amber N. Robichaux of Keegan, Juban, Lowe & Robichaux, LLC to enroll as counsel of record on behalf of David Heroman.

Respectfully Submitted:

/s/ Amber N. Robichaux
Kyle M. Keegan (LSBA No. 19942)
Amber N. Robichaux (LSBA No. 34061)
Keegan, Juban, Lowe & Robichaux, LLC
5555 Hilton Avenue, Suite 205
Baton Rouge, Louisiana 70808
Telephone: (225) 364-3600
Facsimile: (225) 364-3608
kmk@keeganjuban.com
anr@keeganjuban.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the Motion to Enroll as Counsel of Record has been filed electronically with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

       I also emailed a copy of the Motion to Enroll as Counsel of Record to counsel for Defendant, JB Group of LA, LLC d/b/a Infrastructure Solutions Group on this April 28, 2022.

                                                        /s/ Amber N. Robichaux
                                                        Amber N. Robichaux