UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
|     Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
|     Defendants. | |

**JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiff MMR Constructors, Inc. ("MMR"), with consent and agreement from Defendants, JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG") and David Heroman, files this *Joint Motion to Extend Temporary Restraining Order*.

1.

MMR filed suit against ISG and Mr. Heroman seeking, among other relief, a temporary restraining order and preliminary injunctive relief for misappropriation of trade secrets under the federal Defend Trade Secrets Act and the Louisiana Uniform Trade Secrets Act. (R. Doc. 1.) MMR contemporaneously filed a *Motion for Temporary Restraining Order and to Set Preliminary Injunction Hearing* (R. Doc. 2).

2.

On April 26, 2022, the Court granted the motion and issued the *Ruling and Order Granting Motion for Temporary Restraining Order and Setting Status Conference to Determine Date of Preliminary Injunction Hearing* (R. Doc. 7). This ruling and order states that the "temporary restraining order, unless extended for good cause and/or by the agreement by the parties, shall **EXPIRE** by its terms fourteen days from the date and hour of its issuance."

1

.

3.

Rule 65(b)(2) expressly authorizes the Court to extend a temporary restraining order if the restrained party consents to a longer extension.

4.

Since its issuance, counsel for the parties have agreed to extend the temporary restraining order by fourteen days — *i.e.*, through May 24, 2022.

5.

**WHEREFORE**, the parties respectfully request that the Court grant this joint motion and enter an order extending the temporary restraining order now in effect through May 24, 2022.

Respectfully submitted:

*/s/ P.J. Kee*
P.J. KEE  (La. Bar No. 34860)
THOMAS P. HUBERT (La. Bar No. 19625)
JACOB J. PRITT (La. Bar No. 38872)
MICHAEL A. FOLEY (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com

***Counsel for MMR Constructors, Inc.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served through the Court's pacer e-filing system on April 28, 2022.

                                                                          */s/ P.J. Kee*
                                                                          P.J. Kee