UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR |
| Defendants. | |

## ORDER

Considering the *Joint Motion to Extend Temporary Restraining Order* (R. Doc. 12) filed on behalf of the parties, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Temporary Restraining Order (R. Doc. 7) is hereby extended for fourteen days, through Tuesday, May 24, 2022.

Thus done and signed in Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
JUDGE BRIAN JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

#100384326v11