UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JB GROUP OF LA, LLC, ET AL.** | **NO. 22-00267-BAJ-RLB** |

### ORDER

**IT IS ORDERED** that the parties' **Joint Motion To Extend Temporary Restraining Order (Doc. 12)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the temporary restraining order (TRO) entered on April 26, 2022 (Doc. 7) be and is hereby **EXTENDED** for an additional 14 days (through May 24, 2022) by consent of the parties, pursuant to Federal Rule of Civil Procedure 65(b)(2).

**IT IS FURTHER ORDERED** that the TRO set forth herein shall **EXPIRE** by its terms unless extended for good cause and/or by the agreement by the parties.

Baton Rouge, Louisiana, this 5th day of May, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**