UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF**
**AGREED PRELIMINARY INJUNCTION AND DISCOVERY ORDER**

Plaintiff MMR Constructors, Inc.'s ("MMR") and Defendants, JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG") and David Heroman, jointly file this *Joint Motion for Entry of Agreed Preliminary Injunction and Discovery Order*. The Parties have conferred in good faith and have agreed to the entry of the preliminary injunction in the form attached to this joint motion.

Respectfully submitted:

*/s/ P.J. Kee*
P.J. Kee (La. Bar No. 34860)
Thomas P. Hubert (La. Bar No. 19625)
Jacob J. Pritt (La. Bar No. 38872)
Michael A. Foley (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 589-8230
Email: pkee@joneswalker.com
**Counsel for MMR Constructors, Inc.**

#100423875v1

/s.Jennifer Fiore

Jennifer Fiore
Erin Fonacier
Dunlap Fiore, LLC
6700 Jefferson Highway Building #2
Baton Rouge, LA 70806
Telephone: (225) 282-0660
Facsimile: (225) 282-0680
Email: efonacier@dunlapfiore.com
**Counsel for JB Group of LA, LLC**


/s/Kyle Keegan
Kyle M. Keegan
Amber Robichaux
Keegan, Juban, Lowe & Robichaux, LLC
5555 Hilton Avenue, Ste 205
Baton Rouge, LA 70808
Telephone: (225) 364-3600
Email:kmk@keeganjuban.com
**Counsel for David Heroman**

#100423875v1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served through the Court's pacer e-filing system on May 19, 2022.

                                            */s/ P.J. Kee*
                                            P.J. Kee

#100423875v1