UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | |

## JOINT MOTION TO APPROVE FORENSIC PROTOCOL

Plaintiff MMR Constructors, Inc.'s ("MMR") and Defendants, JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG") and David Heroman, file this *Joint Motion to Approve Forensic Protocol*. The Parties have conferred in good faith and have agreed to the entry of the Forensic Protocol, as called for in the Agreed Preliminary Injunction and Discovery Order. The Forensic Protocol is attached to this Motion. Accordingly, the parties jointly request that the Forensic Protocol be approved and entered as an Agreed Order of the Court to guide the parties through the forensic examinations.

Respectfully submitted:

*/s/ P.J. Kee*
P.J. Kee (La. Bar No. 34860)
Thomas P. Hubert (La. Bar No. 19625)
Jacob J. Pritt (La. Bar No. 38872)
Michael A. Foley (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230

#100423856v1#100395129v1#100393594v3

Email: pkee@joneswalker.com
***Counsel for MMR Constructors, Inc.***

/s.Jennifer Fiore

Jennifer Fiore
Erin Fonacier
Dunlap Fiore, LLC
6700 Jefferson Highway Building #2
Baton Rouge, LA 70806
Telephone: (225) 282-0660
Facsimile: (225) 282-0680
Email: efonacier@dunlapfiore.com
***Counsel for JB Group of LA, LLC***

/s/Kyle Keegan
Kyle M. Keegan
Amber Robichaux
Keegan, Juban, Lowe & Robichaux, LLC
5555 Hilton Avenue, Ste 205
Baton Rouge, LA 70808
Telephone: (225) 364-3600
Email:kmk@keeganjuban.com
***Counsel for David Heroman***

#100423856v1#100395129v1#100393594v3

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served through the Court's pacer e-filing system on May 19, 2022.

                                        */s/ P.J. Kee*
                                        P.J. Kee

#100423856v1#100395129v1#100393594v3