UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| Plaintiff, | : | |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | | |

## ORDER

Considering the *Joint Motion to Approve Forensic Protocol* and having reviewed the agreed upon Forensic Protocol:

IT IS HEREBY ORDERED that the Motion is GRANTED and the Forensic Protocol is accepted and approved as an Agreed Order of the Court.

_____
UNITED STATES DISTRICT JUDGE