UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.** | **CIVIL ACTION** |
| **VERSUS** | |
| **JB GROUP OF LA, LLC, ET AL.** | **NO. 22-00267-BAJ-RLB** |

## ORDER

In light of the Stipulated Preliminary Injunction entered by the Court on May 20, 2022 (Doc. 23),

**IT IS ORDERED** that Plaintiff's **Motion For Temporary Restraining Order And To Set Preliminary Injunction Hearing (Doc. 2)**, and **Motion for Expedited Discovery (Doc. 3)** related to the same, be and are hereby **TERMINATED AS MOOT**.

**IT IS FURTHERED ORDERED** that the telephone status conference currently set for May 23, 2022 at 2:30 p.m. be and is hereby **CANCELLED**.

**IT IS FURTHER ORDERED** that the parties' **Joint Motion To Approve Forensic Protocol (Doc. 22)** be and is hereby **REFERRED** to the Magistrate Judge.

Baton Rouge, Louisiana, this 20th day of May, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**