UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | |

## ORDER

Considering the *Unopposed Motion for Leave to Amend Complaint* filed by Plaintiff MMR Constructors, Inc.;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint, filed as an attachment to the Motion, be filed and entered into the docket in the above-captioned case.

Thus done and signed in Baton Rouge, Louisiana this ___ day of _____, 2022.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE

#100456281v1