UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| Plaintiff, | : : | |
| VERSUS | : : | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, DAVID HEROMAN, and KASEY KRAFT. | : : : : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff MMR Constructors, Inc. ("Plaintiff" or "MMR"), and Defendants, JB Group of LA, LLC ("ISG"), David Heroman, and Kasey Kraft ("Defendants") (collectively, the "Parties") jointly submit this Motion for Entry of Protective Order. In support of the Motion, the Parties state as follows:

1. Plaintiff MMR filed this action against Defendants, alleging misappropriation of its confidential and trade secret information, and other claims stemming from that alleged misappropriation. Defendants deny MMR's claims.

2. Discovery in this action will require Plaintiff, Defendants, and/or third parties to produce sensitive business and/or personal information, and the Parties wish to take steps to ensure the protection of such information and destruction or return of any such information produced in discovery at the conclusion of this litigation.

3. Rule 26(c) of the Federal Rules of Civil Procedure allows a party to move for a protective order "specifying terms . . . for the disclosure or discovery"; "designating the persons who may be present while the discovery is conducted"; and/or "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way[.]" Fed. R. Civ. P. 26(c)(1)(B), (F), & (G).

4. The Parties, reserving all of their claims and defenses in the underlying litigation, have agreed as to the form of the proposed Protective Order attached to this Motion, which will allow the Parties to protect the confidentiality of Plaintiff's, Defendants, and/or third parties' respective sensitive business information and/or personal information.

WHEREFORE, the Parties jointly move for the entry of the attached Protective Order.

Dated:  July 27, 2022                              Respectfully submitted,

/s/ P.J. Kee
P.J. KEE  (La. Bar No. 34860)
THOMAS P. HUBERT (La. Bar No. 19625)
JACOB J. PRITT (La. Bar No. 38872)
MICHAEL A. FOLEY (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com

*Counsel for MMR Constructors, Inc.*

/s/ Amber N. Robichaux
Kyle M. Keegan (LSBA No. 19942)
Amber N. Robichaux (LSBA No. 34061)
Keegan, Juban, Lowe & Robichaux, LLC
5555 Hilton Avenue, Suite 205
Baton Rouge, Louisiana 70808
Telephone: (225) 364-3600
Facsimile: (225) 364-3608
kmk@keeganjuban.com
anr@keeganjuban.com

*Attorneys for Defendants, David Heroman and Kasey Kraft*


**DUNLAP FIORE LLC**

/s/ Jennifer A. Fiore
Jennifer A. Fiore (Bar # 28038)
Erin G. Fonacier (Bar # 33861)
6700 Jefferson Hwy, Building #2

#100529536v1
DM1\13328774.1

Baton Rouge, LA  70808
Telephone:  225-282-0660
Facsimile:  225-282-0680
jfiore@dunlapfiore.com
efonacier@dunlapfiore.com

**DUANE MORRIS LLP**

Jamie Welton
(Admitted Pro Hac Vice)
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214-257-7213
Facsimile: 214-292-8442
jrwelton@duanemorris.com

Shannon Hampton Sutherland
(Admitted Pro Hac Vice)
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1104
Facsimile: 215-689-4956
shsutherland@duanemorris.com

***Attorneys for Defendant JB Group of LA, LLC d/b/a Infrastructure Solutions Group***

#100529536v1
DM1\13328774.1