UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, DAVID HEROMAN, AND KASEY KRAFT | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | |

**JOINT MOTION TO APPROVE AMENDMENT TO FORENSIC PROTOCOL**

Plaintiff MMR Constructors, Inc.'s ("MMR") and Defendant JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG") file this *Joint Motion to Approve Amendment to Forensic Protocol*. The Parties have conferred in good faith and have agreed to the entry of the Amendment to the Forensic Protocol (R. Doc. 22-1) that was entered on May 31, 2022. The Amendment to the Forensic Protocol is attached to this Motion. Accordingly, the parties jointly request that the Amendment be approved and entered as an Agreed Order of the Court to guide the parties through the forensic examinations.

Respectfully submitted:

*/s/ P.J. Kee*
P.J. Kee (La. Bar No. 34860)
Thomas P. Hubert (La. Bar No. 19625)
Jacob J. Pritt (La. Bar No. 38872)
Michael A. Foley (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230

#100568774v1

Email: pkee@joneswalker.com
*Counsel for MMR Constructors, Inc.*

*/s.Jennifer Fiore*

Jennifer Fiore
Erin Fonacier
Dunlap Fiore, LLC
6700 Jefferson Highway Building #2
Baton Rouge, LA 70806
Telephone: (225) 282-0660
Facsimile: (225) 282-0680
Email: efonacier@dunlapfiore.com

And

**DUANE MORRIS LLP**

Jamie Welton
(Admitted Pro Hac Vice)
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214-257-7213
Facsimile: 214-292-8442
jrwelton@duanemorris.com

Shannon Hampton Sutherland
(Admitted Pro Hac Vice)
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1104
Facsimile: 215-689-4956
shsutherland@duanemorris.com

*Attorneys for JB Group of LA, LLC d/b/a Infrastructure Solutions Group*

#100568774v1

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served through the Court's pacer e-filing system on August 4, 2022.

                                                   */s/ P.J. Kee*
                                                   P.J. Kee

#100568774v1