# AMENDMENT TO FORENSIC PROTOCOL

A forensic protocol (the "**Protocol**") has been entered in *MMR Constructors, Inc. v. JB Group of LA, LLC d/b/a Infrastructure Solutions Group, et al.*, No. 22-267 (M.D. La.) ("**Civil Action**"). MMR Constructors, Inc. ("**MMR**") and JB Group of LA, LLC, d/b/a Infrastructure Solutions Group ("**ISG**") have agreed to amend the Protocol as follows:

MMR and ISG agree that the general terms of the Protocol shall apply to the forensic acquisition and examination of the devices and accounts used by Jason Yates and Michael Lowe on behalf of ISG, including all computers, tablets, external storage devices, servers, cellphones, and email accounts assigned to, and/or used by Yates and Lowe while employed by ISG (which devices and accounts ISG will supplement in Exhibit A of the Protocol (attached hereto)), as well as the external hard drives disclosed during their respective depositions identified in Exhibit D attached hererto (the "**Yates and Lowe Devices and Accounts**").

The ISG Examiner shall follow the same procedures set forth in Sections 4-15 of the Protocol for the acquisition, reporting, searching, and production relating to the Yates and Lowe Devices and Accounts; provided, however, that the ISG Examiner shall also search the remaining Yates and Lowe Devices for the files located on the respective external hard drives.

The ISG Examiner will add the following search terms to the Targeted Search to exclude privileged documents in accordance with Section 8:

- Duanemorris
- Duane
- Morris
- Welton
- Snead
- Sutherland
- Carrillo
- West
- Winter

**IN WITNESS WHEREOF**, the Parties and the Examiner have executed this Protocol on the dates set forth below.

*/s/ P.J. Kee*
P.J. Kee
Jones Walker, LLP
***Counsel for MMR Constructors, Inc.***

*/s/Jennifer Fiore*
Jennifer Fiore
Dunlap Fiore, LLC
***Counsel for JB Group of LA, LLC***

#100537164v2

# AMENDED EXHIBIT A - CERTIFICATIONS
# DEVICES AND ACCOUNTS

The following certification is made pursuant to the Protocol.

ISG certifies that to the best of its knowledge that the following is a complete list of the ISG Devices and Accounts (as defined in the Protocol), and which also serves as an executed certification concerning the completeness of ISG's search for the ISG Devices and Accounts subject to examination pursuant to this Protocol.

The ISG Devices are as follows:

| Device Description |
|---|
| David Heroman<br>Microsoft Surface Laptop 4 – Serial 038498314157 |
| Travis Dardenne<br>Dell Inspiron 7415 2in1<br>Device ID:  BE020FBB-ED84-4B62-83D81B2449F1<br>Product ID: 00325-82191-02186-AAOEM |
| Kasey Kraft<br>Dell Latitude 5520<br>Device ID: BBDCCFB2-7072-47E2-973C-CAD960A6087D<br>Product ID: 00355-62832-51117-AAOEM |
| Mike Lowe<br>HP Pavillion<br>Model: 15-eg0067st<br>Serial Number: 5CD1226QHP |
| Jason Yates<br>Device ID:<br>Product ID: |
| |

The ISG Accounts are as follows:

| Account Provider | Account Username |
|---|---|
| Microsoft 365 Account | tdardenne@isg.work |
| Microsoft 365 Account | kkraft@isg.work |
| Microsoft 365 Account | dheroman@isg.work |
| GoDaddy Account | dheroman@isg.work |
| ISG One Drive Account | Ties to the Microsoft accounts listed above |
| Microsoft 365 Account | mlowe@isg.work |
| Microsoft 365 Account | jyates@isg.work |
| | |

#100537164v2

**EXHIBIT D – CERTIFICATIONS**
**DEVICES AND ACCOUNTS**

The following certifications are made pursuant to the Protocol.

Yates certifies that to the best of his knowledge the following is the Yates Device (as defined in the Protocol), as described during his June 15, 2022 deposition as the hard drive he acquired in 2008.

| Yates Device Description |
|---|
| Seagate Expansion Portable Drive- 1 TB<br>Model: SRDONF1<br>Serial: NA85AD4Z |

Lowe certifies that to the best of his knowledge the following is a complete list of the Lowe Device (as defined in the Protocol), as described during his July 13, 2022 deposition.

| Lowe Device Description |
|---|
| My Passport<br>Serial: WXH1A599AP5Z |

#100537164v2