## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** | **CIVIL ACTION NO.: 22-CV-267** |
| Plaintiff, | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, DAVID HEROMAN and KASEY KRAFT,** | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP'S MOTION FOR SPECIFIC IDENTIFICATION OF PLAINTIFF MMR'S ALLEGED "TRADE SECRETS" AND TO STAY FURTHER DISCOVERY BY MMR AND THE FORENSIC PROTOCOL UNTIL MMR DOES SO

**NOW INTO COURT**, through undersigned counsel, comes Defendant, JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG"), who respectfully files this Motion for Specific Identification of Plaintiff's, MMR Constructors, Inc. ("MMR"), Alleged "Trade Secrets" and to Stay Further Discovery by MMR and the Forensic Protocol until MMR does so.

MMR must comply with the Defend Trade Secrets Act, 18 U.S.C. § 1125 et seq. and Louisiana Uniform Trade Secrets Act, La. Rev. Stat. 51:1431 et seq. by identifying and describing the subject matter of the alleged trade secrets with sufficient particularity. MMR's overly broad categories of purported trade secret material do not comply with these requirements. MMR must be required to identify its trade secrets more specifically prior to additional discovery in order to avoid allowing MMR to tailor its identification of trade secret materials to the discovery it receives. For these reasons as more fully articulated in the supporting Memorandum in Support attached

1

hereto, ISG respectfully requests this Court to issue an Order for the Identification and Narrowing of MMR's trade secrets and stay discovery and the forensic protocol until MMR complies with the Order.

**WHEREFORE,** ISG requests this Court to order Plaintiff, MMR, to Specifically Identify its Alleged "Trade Secrets" and to Stay Further Discovery and the Forensic Protocol until MMR does so.

Respectfully submitted:

**DUNLAP FIORE LLC**

/s/ Jennifer A. Fiore
Jennifer A. Fiore (Bar # 28038)
Erin G. Fonacier (Bar # 33861)
6700 Jefferson Hwy, Building #2
Baton Rouge, LA  70808
Telephone:  225-282-0660
Facsimile:  225-282-0680
jfiore@dunlapfiore.com
efonacier@dunlapfiore.com

**DUANE MORRIS LLP**

Jamie Welton
(Admitted Pro Hac Vice)
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214-257-7213
Facsimile: 214-292-8442
jrwelton@duanemorris.com

Shannon Hampton Sutherland
(Admitted Pro Hac Vice)
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1104
Facsimile: 215-689-4956
shsutherland@duanemorris.com

*Attorneys for JB Group of LA, LLC d/b/a Infrastructure Solutions Group*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice to all counsel on this 31st day of August 2022.

/s/ Jennifer A. Fiore
Jennifer A. Fiore