UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MMR CONSTRUCTORS, INC.,** | : | **CIV. NO. 22-267** |
| Plaintiff, | : | |
| **VERSUS** | : | **JUDGE BRIAN A. JACKSON** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN.** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| Defendants. | | |

### AMENDED NOTICE OF DEPOSITION OF DAVID HEROMAN

PLEASE TAKE NOTICE that Plaintiff MMR Constructors, Inc. ("MMR"), by and through their undersigned counsel, will take the deposition of David Heroman, for limited purposes of identification of storage devices he plugged into an MMR computer, the identification of storage devices which were in his possession after his employment with MMR ended and which may have contained MMR's confidential information and trade secrets, the identification of cloud-based file storing/sharing accounts that he had access to from February 2022 to the present (including any Google Drive, iCloud, OneDrive, DropBox accounts), and the identity of any ISG or personal computers and/or computing networks on which Heroman stored, to which Heroman transferred, and/or from which Heroman accessed any MMR documents, as agreed, before a duly authorized court reporter, videographer or other officer authorized to administer oaths on Tuesday, August 23, 2022, at 10:00 a.m. at the law offices of Dunlap Fiore, LLC, 6700 Jefferson Highway, Building #2, Baton Rouge, Louisiana, at which time and place you are hereby notified to appear and to take such part in said examination as you may deem fit and proper.

**EXHIBIT 1**

Dated, August 15, 2022          Respectfully submitted:

*/s/ P.J. Kee*
P.J. KEE  (La. Bar No. 34860)
THOMAS P. HUBERT (La. Bar No. 19625)
JACOB J. PRITT (La. Bar No. 38872)
MICHAEL A. FOLEY (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com
***Counsel for MMR Constructors, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record for Defendants by email on August 15, 2022.

*/s/ P.J. Kee*
P.J. Kee

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MMR CONSTRUCTORS, INC.,** | : | **CIV. NO. 22-267** |
| Plaintiff, | : | |
| **VERSUS** | : | **JUDGE BRIAN A. JACKSON** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN.** | : | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| Defendants. | : | |

### AMENDED NOTICE OF DEPOSITION OF KASEY KRAFT

PLEASE TAKE NOTICE that Plaintiff MMR Constructors, Inc. ("MMR"), by and through their undersigned counsel, will take the deposition of Kasey Kraft, for limited purposes of identification of storage devices he plugged into an MMR computer, the identification of storage devices which were in his possession after his employment with MMR ended and which may have contained MMR's confidential information and trade secrets, the identification of cloud-based file storing/sharing accounts that he had access to from February 2022 to the present (including any Google Drive, iCloud, OneDrive, DropBox accounts), and the identity of any ISG or personal computers and/or computing networks on which Kraft stored, to which Kraft transferred, and/or from which Kraft acceessed any MMR documents, as agreed, before a duly authorized court reporter, videographer or other officer authorized to administer oaths on Tuesday, August 16, 2022, at 10:00 a.m. at the law offices of Dunlap Fiore, LLC, 6700 Jefferson Highway, Building #2, Baton Rouge, Louisiana, at which time and place you are hereby notified to appear and to take such part in said examination as you may deem fit and proper.

Dated, August 15, 2022	Respectfully submitted:

/s/ P.J. Kee
P.J. KEE  (La. Bar No. 34860)
THOMAS P. HUBERT (La. Bar No. 19625)
JACOB J. PRITT (La. Bar No. 38872)
MICHAEL A. FOLEY (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com
**Counsel for MMR Constructors, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record for Defendants by email on August 15, 2022.

/s/ P.J. Kee
P.J. Kee

#100601136v1{N4553598.1}	2