**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MMR CONSTRUCTORS, INC.,** | : | **CIV. NO. 22-267** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **VERSUS** | : | **JUDGE BRIAN A. JACKSON** |
| | : | |
| **JB GROUP OF LA, LLC D/B/A** | : | |
| **INFRASTRUCTURE SOLUTIONS** | : | |
| **GROUP and DAVID HEROMAN.** | : | **MAGISTRATE JUDGE RICHARD L.** |
| | : | **BOURGEOIS, JR.** |
| **Defendants.** | | |

## AMENDED NOTICE OF DEPOSITION OF JASON YATES

PLEASE TAKE NOTICE that Plaintiff MMR Constructors, Inc. ("MMR"), by and through their undersigned counsel, will take the deposition of Jason Yates, for limited purposes relating to the forensic examinations and preliminary injunction, as agreed, before a duly authorized court reporter, videographer or other officer authorized to administer oaths on Wednesday, June 15, 2022, at 9:30 a.m. at the law offices of Dunlop Fiore, LLC, 6700 Jefferson Highway, Building #2, Baton Rouge, Louisiana, at which time and place you are hereby notified to appear and to take such part in said examination as you may deem fit and proper.

Dated, May 23, 2022                    Respectfully submitted:

                                        */s/ P.J. Kee*
                                        P.J. KEE  (La. Bar No. 34860)
                                        THOMAS P. HUBERT (La. Bar No. 19625)
                                        JACOB J. PRITT (La. Bar No. 38872)
                                        MICHAEL A. FOLEY (La. Bar No. 35774)
                                        JONES WALKER, LLP
                                        201 St. Charles Avenue - 50th Floor
                                        New Orleans, Louisiana  70170-5100
                                        Telephone:  (504) 582-8000
                                        Facsimile:  (504) 589-8230
                                        Email:  pkee@joneswalker.com
                                        ***Counsel for MMR Constructors, Inc.***

EXHIBIT 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on all counsel of record for Defendants by email on May 23, 2022.

*/s/ P.J. Kee*
P.J. Kee

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MMR CONSTRUCTORS, INC.,** | : | **CIV. NO. 22-267** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **VERSUS** | : | **JUDGE BRIAN A. JACKSON** |
| | : | |
| **JB GROUP OF LA, LLC D/B/A** | : | |
| **INFRASTRUCTURE SOLUTIONS** | : | |
| **GROUP and DAVID HEROMAN.** | : | **MAGISTRATE JUDGE RICHARD L.** |
| | : | **BOURGEOIS, JR.** |
| **Defendants.** | | |

### AMENDED NOTICE OF DEPOSITION OF MICHAEL LOWE

PLEASE TAKE NOTICE that Plaintiff MMR Constructors, Inc. ("MMR"), by and through their undersigned counsel, will take the deposition of Michael Lowe, for limited purposes relating to the forensic examinations and preliminary injunction, as agreed, before a duly authorized court reporter, videographer or other officer authorized to administer oaths on Wednesday, July 13, 2022, at 10:00 a.m. at the law offices of Dunlop Fiore, LLC, 6700 Jefferson Highway, Building #2, Baton Rouge, Louisiana, at which time and place you are hereby notified to appear and to take such part in said examination as you may deem fit and proper.

Dated, July 7, 2022                     Respectfully submitted:

*/s/ P.J. Kee*
P.J. KEE  (La. Bar No. 34860)
THOMAS P. HUBERT (La. Bar No. 19625)
JACOB J. PRITT (La. Bar No. 38872)
MICHAEL A. FOLEY (La. Bar No. 35774)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com
***Counsel for MMR Constructors, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on all counsel of record for Defendants by email on July 7, 2022.

/s/ P.J. Kee
P.J. Kee