UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIVIL ACTION NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP and DAVID HEROMAN, | |
| Defendants. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

**CERTIFIED TRANSCRIPT**

* * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE DEPOSITION OF:

JASON YATES,

TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE ABOVE

ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,

CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

* * * * * * * * * * * * * * * * * * * * * * * * * *

REPORTED AT THE LAW OFFICES OF:

DUNLAP FIORE, LLC

6700 JEFFERSON HIGHWAY, BUILDING 2

BATON ROUGE, LOUISIANA  70806

COMMENCING AT 9:32 A.M., ON JUNE 15, 2022.



AdvancedONE LEGAL    (866) 715-7770    advancedONE.com

**EXHIBIT 4**

Case 3:22-cv-00267-BAJ-RLB   Document 46-5   08/31/22   Page 2 of 9

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                    Page 6
JASON YATES, 06/15/2022

1    JASON YATES,
2    2220 Tiger Crossing Drive, Baton Rouge, Louisiana
3    70810, having been first duly sworn, was examined and
4    testified as follows:
5                        EXAMINATION
6    BY MR. KEE:
7        Q.   Mr. Yates, my name is P.J. Kee.  We just met
8    briefly for the first time.  I represent the plaintiff
9    MMR Constructors, Inc., in this case.
10            Have you had a chance to look at the complaint
11   that was filed?
12       A.   Yes.
13       Q.   And did you have a chance to look at the
14   notice of deposition for your deposition?
15       A.   I'm sure I have.
16       Q.   Okay.  And so just some ground rules.  This
17   is -- it's been noticed as a limited deposition
18   relating to questions surrounding the forensic protocol
19   and the preliminary injunction in the case.
20            You're aware that there was a forensic
21   protocol --
22       A.   Yes.
23       Q.   -- entered and an injunction?
24       A.   Yes.
25       Q.   Okay.  So my questions are going to be largely

Case 3:22-cv-00267-BAJ-RLB    Document 46-5    08/31/22    Page 3 of 9

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                Page 7
JASON YATES, 06/15/2022

```
 1   centered around that.  We'll probably have to reconvene
 2   at a later time to do a full deposition.  At that
 3   deposition, we won't retread what we discuss here.
 4        A.   No issues.
 5        Q.   Okay.  Does ISG have a relationship with
 6   State Line?
 7        A.   Yes.
 8        Q.   Okay.  And what's that relationship?
 9        A.   Solely they buy safety supplies, small tools,
10   consumables, those type of items.
11        Q.   Okay.  And who owns State Line, if you know?
12        A.   I don't know the owner.  But I know where
13   this is going, and Kevin Alexander is involved in
14   State Line.
15        Q.   Okay. Does he -- is he --
16        A.   Who I deal with?
17        Q.   Sure.  Is he --
18        A.   No.
19        Q.   Okay.  Is he an owner of State Line?
20        A.   I can't answer whether -- I don't know what
21   his paperwork is as far as secretary of state with
22   State Line or whatever.
23        Q.   Okay.  But you know that he is -- he has
24   involvement with State Line?
25        A.   Yes.
```

Case 3:22-cv-00267-BAJ-RLB   Document 46-5   08/31/22   Page 4 of 9

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                    Page 9
JASON YATES, 06/15/2022

1    A.   I think -- '20 was the pandemic.  I'm trying
2    to get my dates to make sure we're correct.
3         As far as -- we put Ryan Milligan and
4    Larry Fly on payroll in '20.
5    Q.   Okay.
6    A.   I believe our first job started in '21, which
7    was DOTD, and I think I actually brought a contract
8    that has Matt's comments, had him look at it on that
9    job, which was Causeway or Boone or one of them.  There
10   were a couple.
11   Q.   You're saying that was ISG's first job and
12   then you brought a copy of the contract to MMR --
13   A.   I was working for MMR.  The DOT work was
14   noncompetitive with MMR.  I had invested in it, so I
15   was making sure my investment was protected.
16   Q.   Okay.  This is -- so at this point, at the
17   time of the first job of -- that ISG did, you were
18   still employed by MMR but had an investment in ISG?
19   A.   That is correct.
20   Q.   Okay.  Did ISG have other investors besides
21   you and Shawn Breeland?
22   A.   Yes.
23   Q.   And who was that?
24   A.   That was Kenny Rouse and Jeremy Starnes.
25   Q.   And who did they work for?

Case 3:22-cv-00267-BAJ-RLB    Document 46-5    08/31/22    Page 5 of 9

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Page 10
JASON YATES, 06/15/2022

```
 1      A.    Kenny Rouse works for Vecta; and Jeremy
 2   Starnes, I cannot answer that accurately.
 3      Q.    Okay.  Is --
 4      A.    These were long friends of Shawn Breeland's.
 5      Q.    Of Shawn Breeland's, okay.
 6            And today, are they still investors in ISG?
 7      A.    No.
 8      Q.    Okay.  Did they sell their interest in --
 9      A.    Yes.
10      Q.    Okay.  And when did that occur?
11      A.    It's ongoing.
12      Q.    Ongoing.  Okay.
13            Besides Kenny and Jeremy and you and Shawn,
14   has -- does ISG have any other financial backing or
15   investors?
16            MS. FIORE:  Is this related to the
17        forensic protocol?
18            MR. KEE:  I'm just trying to get some
19        background.  I mean, I'm going to ask this at
20        the next step so --
21            MS. FIORE:  Right.  But we said this was
22        going to be a limited deposition, so I'm not
23        sure we're at a stage where we need to talk
24        about investors and ISG and --
25            MR. KEE:  If he just identifies, I'll
```

Case 3:22-cv-00267-BAJ-RLB    Document 46-5    08/31/22    Page 6 of 9

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                Page 11
JASON YATES, 06/15/2022

```
 1              move on.
 2                   MS. FIORE:  Okay.
 3   BY MR. KEE:
 4        Q.    So my question --
 5        A.    Yes, we're working with other people.
 6        Q.    And then who were -- who is that?
 7        A.    I do not have all the names.
 8        Q.    Okay.  Is it, like, a private equity company?
 9        A.    It's a holding company.
10        Q.    A holding company, okay.
11              And do you know the name of the holding
12   company?
13        A.    Yes.
14        Q.    Can you tell us, please?
15        A.    High Ground.
16        Q.    High Ground, okay.  So you started funding ISG
17   in 2019.  Were they at that point competitive -- let me
18   reframe the question.
19              From 2019, when you started funding ISG, until
20   that first job in 2021, was ISG competitive with MMR?
21        A.    Absolutely not.
22        Q.    They were not.  Okay.
23              And why not?  What was -- what were they
24   doing?
25        A.    Because my loyalty was with MMR for 20 years.
```

Case 3:22-cv-00267-BAJ-RLB    Document 46-5    08/31/22  Page 7 of 9

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Page 49
JASON YATES, 06/15/2022

1    Q.    When is the last time you spoke with
2  Mr. Alexander?  And when I say "speak," I mean call,
3  text.
4    A.    Last night.
5    Q.    Was that a business-related communication?
6    A.    That was a call where a comment was made to
7  me, "Are you ready for your big day tomorrow?"
8    Q.    Okay.
9    A.    And I said absolutely.  As my attorney has
10 instructed me, you can always remember the truth.
11   Q.    Is Kevin Alexander -- you said he had an
12 involvement with State Line.  Do you remember that?
13   A.    Yes.
14   Q.    Okay.
15   A.    I remember that.
16   Q.    What is his involvement with ISG?
17   A.    Zero.
18   Q.    Is he someone that you will communicate with
19 for, you know, guidance about business aspects --
20   A.    No, sir.
21   Q.    -- of the business?  Okay.
22         So would you say he's just a friend at this
23 point?
24   A.    Kevin Alexander is a father figure, brother
25 figure.  I've been close to Kevin since I was -- since

Case 3:22-cv-00267-BAJ-RLB    Document 46-5    08/31/22    Page 8 of 9

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.    Page 53
JASON YATES, 06/15/2022

```
 1        Q.   Okay.  And how about -- same question for
 2   Kasey Kraft.  Did you have conversations with
 3   Mr. Alexander about ISG hiring Kasey Kraft?
 4        A.   Not that I'm aware of or not that I remember.
 5        Q.   And how about -- same question about hiring
 6   Travis Dardenne?
 7        A.   No, because Travis, I believe, left the same
 8   time I did.  So I can't say I remember any of that.
 9   That was a long time ago.
10        Q.   You said that ISG purchases certain
11   consumables and safety equipment from State Line.  How
12   is that handled?  Is that, like, they invoice you; you
13   have purchase orders with them?  Like, how do you
14   acquire that stuff?
15        A.   They deal with Summer Anderson or Clint -- I
16   don't even want to pronounce his last name wrong.  I'm
17   not sure of his last name.  First name Clint.
18        Q.   Summer and Clint.
19        A.   They submit a rec because we're getting three
20   prices from multiple people.  If they have the lowest
21   price, they're written a PO, materials delivered.
22   We're invoiced, and we pay our invoice.
23        Q.   And Summer Anderson and Clint work for who?
24        A.   State Line.
25        Q.   State Line, okay.
```

Case 3:22-cv-00267-BAJ-RLB    Document 46-5    08/31/22   Page 9 of 9

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                Page 54
JASON YATES, 06/15/2022

1     So they will -- they submit documentation to
2  you.  You then agree, "Yeah, we'll buy this product
3  from you"?
4     A.   If -- if they're low price, we buy it.  If
5  they're not low, we don't buy it.  If they can get
6  delivery in time, we buy it.  If they can't get
7  delivery in time, we go elsewhere.
8     Q.   Got you.  Are they one of your primary vendors
9  for this type of equipment or consumables?
10    A.   I would -- I would say it's equal across the
11 board with them and everybody else.  I wouldn't say
12 that I bought anymore from them than anyone else and so
13 on and so forth.
14         MR. KEE:  Let me just take a five-minute
15         break here, just talk with Matt.  And we might
16         be getting close to --
17         MS. FONACIER:  Sure.
18         MR. KEE:  -- being done.
19         (Recess taken.)
20 BY MR. KEE:
21    Q.   Mr. Yates, I just have a few follow-up
22 questions from some of the things that we talked about
23 earlier before the break.
24         So do you recall when you testified about
25 the -- kind of the early seeding money that you