## Claire Crownover

| | |
|---|---|
| **From:** | Jennifer Fiore |
| **Sent:** | Friday, August 26, 2022 9:39 AM |
| **To:** | Pritt, Jacob; Claire Crownover; Kee, P. J.; Hubert, Thomas; Foley, Michael |
| **Cc:** | Erin Fonacier; JRWelton@duanemorris.com; SHSutherland@duanemorris.com; kmk@keeganjuban.com; anr@keeganjuban.com; Nebel, Amy; set@keeganjuban.com |
| **Subject:** | RE: 1514-002 MMR v. ISG - ISG discovery to MMR |

Jacob,

Please identify the discovery requests that MMR believes the forensic report is necessary in order for MMR to fully respond.  MMR must first identify its trade secrets and we are unwilling to proceed with the production of the forensic reports or additional depositions until MMR has done so.  We are not opposed to providing MMR with additional time to respond, but as previously stated, we will not release the forensic report until MMR has identified its trade secrets, which MMR was required to do at the outset of this litigation.  I am happy to have a call to discuss.

Thanks,
Jennifer

**Jennifer A. Fiore**
*Dunlap Fiore, LLC*
Office 225.282.0660 | Direct 225.282.0652 | Mobile: 225.235.6453
6700 Jefferson Highway, Building #2 | Baton Rouge, LA 70806
www.dunlapfiore.com

IRS Circular 230 Disclosure:  Any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.  If you would like to receive written advice that may be relied upon to avoid penalties, please contact the author of this e-mail.

This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed.  If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this E-mail or the information contained in it or attached to it is strictly prohibited.

**From:** Pritt, Jacob <jpritt@joneswalker.com>
**Sent:** Friday, August 26, 2022 8:51 AM
**To:** Claire Crownover <ccrownover@dunlapfiore.com>; Kee, P. J. <pkee@joneswalker.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>
**Cc:** Jennifer Fiore <jfiore@dunlapfiore.com>; Erin Fonacier <efonacier@dunlapfiore.com>; JRWelton@duanemorris.com; SHSutherland@duanemorris.com; kmk@keeganjuban.com; anr@keeganjuban.com; Nebel, Amy <anebel@joneswalker.com>; set@keeganjuban.com
**Subject:** RE: 1514-002 MMR v. ISG - ISG discovery to MMR

Jennifer and Erin,

Our discovery responses are currently due on Monday. We are still in the process of gathering responsive documents. And many of the requests we will not be able to fully respond to before we receive and review the forensic reports. Do you have any objection to a two-week extension until September 12 to respond?

Thanks,
Jacob

EXHIBIT 5

**Jacob J. Pritt** | Associate
Jones Walker LLP
D: 504.582.8643
jpritt@joneswalker.com

---

**From:** Claire Crownover <ccrownover@dunlapfiore.com>
**Sent:** Friday, July 29, 2022 9:51 AM
**To:** Kee, P. J. <pkee@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>
**Cc:** Jennifer Fiore <jfiore@dunlapfiore.com>; Erin Fonacier <efonacier@dunlapfiore.com>; JRWelton@duanemorris.com; SHSutherland@duanemorris.com; kmk@keeganjuban.com; anr@keeganjuban.com; Nebel, Amy <anebel@joneswalker.com>; set@keeganjuban.com
**Subject:** [EXTERNAL] 1514-002 MMR v. ISG - ISG discovery to MMR

Please see attached from Ms. Fiore.


Thank you -

**Claire Crownover | Legal Assistant**
*Dunlap Fiore, LLC*
Office 225.282.0660 | Direct 225.636.2261 | Fax: 225.282.0680
6700 Jefferson Highway, Building #2 | Baton Rouge, LA 70806
ccrownover@dunlapfiore.com
www.dunlapfiore.com

IRS Circular 230 Disclosure:  Any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.  If you would like to receive written advice that may be relied upon to avoid penalties, please contact the author of this e-mail.

This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed.  If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this E-mail or the information contained in it or attached to it is strictly prohibited.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.