# Claire Crownover

| | |
|---|---|
| **Subject:** | RE: MMR v. ISG -- Status Call |

**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Wednesday, August 24, 2022 9:35 AM
**To:** Jennifer Fiore <jfiore@dunlapfiore.com>; Amber Robichaux <anr@keeganjuban.com>; Erin Fonacier <efonacier@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>; Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Welton, Jamie <JRWelton@duanemorris.com>
**Subject:** RE: MMR v. ISG -- Status Call

Jennifer or Erin:

Can you please give us dates for Dardenne, Huffman, and Comeaux?

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

**From:** Jennifer Fiore <jfiore@dunlapfiore.com>
**Sent:** Wednesday, August 3, 2022 10:59 AM
**To:** Kee, P. J. <pkee@joneswalker.com>; Amber Robichaux <anr@keeganjuban.com>; Erin Fonacier <efonacier@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>; Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Welton, Jamie <JRWelton@duanemorris.com>
**Subject:** [EXTERNAL] RE: MMR v. ISG -- Status Call

P.J.,

We have a few items we would like to talk about (Depositions, Discovery, Devices) would you guys have time today for a call?
Thanks,
Jennifer

**Jennifer A. Fiore**
*Dunlap Fiore, LLC*
Office 225.282.0660 | Direct 225.282.0652 | Mobile: 225.235.6453
6700 Jefferson Highway, Building #2 | Baton Rouge, LA 70806
www.dunlapfiore.com

IRS Circular 230 Disclosure:  Any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.  If you would like to receive written advice that may be relied upon to avoid penalties, please contact the author of this e-mail.

This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed.  If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this E-mail or the information contained in it or attached to it is strictly prohibited.

**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Wednesday, August 3, 2022 10:36 AM

**EXHIBIT 6**

**To:** Amber Robichaux <anr@keeganjuban.com>; Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>; Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Welton, Jamie <JRWelton@duanemorris.com>
**Subject:** RE: MMR v. ISG -- Status Call

All:

Here are the notices for Kraft and Heroman. We set it at Jennifer and Erin's office, but please let us know if you'd rather have them set for Amber and Kyle's office.

Thanks,

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

**From:** Amber Robichaux <anr@keeganjuban.com>
**Sent:** Wednesday, July 27, 2022 3:59 PM
**To:** Erin Fonacier <efonacier@dunlapfiore.com>; Kee, P. J. <pkee@joneswalker.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>
**Subject:** [EXTERNAL] RE: MMR v. ISG -- Status Call

P.J.,

David Heroman and Kasey Kraft are available from August 16-19 and 22-26.

Thanks,
Amber N. Robichaux, Esq.
Keegan, Juban, Lowe & Robichaux, LLC
5555 Hilton Avenue, Suite 205
Baton Rouge, LA 70808
Telephone: (225) 364-3600
Facsimile: (225) 364-3608
Email: anr@keeganjuban.com
The information contained in this communication is confidential, may be privileged, may constitute inside information and is intended only for the use of the addressee. Unauthorized use, disclosure or copying is prohibited and may be unlawful. If you received this communication in error, please notify us at (225) 364-3600.

**From:** Erin Fonacier <efonacier@dunlapfiore.com>
**Sent:** Wednesday, July 27, 2022 3:38 PM
**To:** Kee, P. J. <pkee@joneswalker.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Amber Robichaux <anr@keeganjuban.com>; Kyle Keegan <kmk@keeganjuban.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>
**Subject:** RE: MMR v. ISG -- Status Call

P.J.,

We will bring this to our client and let you know.

**Erin Gourney Fonacier | Partner**
*Dunlap Fiore, LLC*
Office 225.282.0660 | Direct 225.282.0674 | Fax: 225.282.0680
6700 Jefferson Highway, Building #2 | Baton Rouge, LA 70806
efonacier@dunlapfiore.com
www.dunlapfiore.com

This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this E-mail or the information contained in it or attached to it is strictly prohibited.

---

**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Tuesday, July 26, 2022 10:05 AM
**To:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Amber Robichaux <anr@keeganjuban.com>; Kyle Keegan <kmk@keeganjuban.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>
**Subject:** RE: MMR v. ISG -- Status Call

All:

On our last call with Erin and Amber, we raised the issue of expanding the number of limited, preliminary depositions focused on former MMR employees who may have retained information from MMR.

Here is the list of remaining deponents that we would like to take, with each limited deposition taking no more than 2.5 hours:

- David Heroman
- Travis Dardenne
- Kasey Kraft
- Ben Huffman
- Chris Comeaux

We had already discussed dates for Heroman and Kraft, and the expanded list is based on the depositions of Jason Yates and Michael Lowe, who each disclosed the use and possession of external hard drives that contained MMR information.

We want to have these depositions completed by the end of August, so that we can finalize the universe of devices to be forensically examined.

Please let us know what dates work and if you would like to discuss scheduling.

Thank you,

**P. J. Kee**  |  Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com