## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** | **CIVIL ACTION NO.: 22-CV-267** |
| **Plaintiff,** | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, DAVID HEROMAN and KASEY KRAFT,** | |
| **Defendants.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER ON MOTION FOR SPECIFIC IDENTIFICATION OF PLAINTIFF MMR'S ALLEGED "TRADE SECRETS" AND TO STAY FURTHER DISCOVERY BY MMR AND THE FORENSIC PROTOCOL

Considering the foregoing Motion for Specific Identification of Plaintiff's, MMR Constructors, Inc. ("MMR"), Alleged "Trade Secrets" and to Stay Further Discovery by MMR and the Forensic Protocol filed on behalf of Defendant, JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG"):

IT IS HEREBY ORDERED that the motion is GRANTED and MMR is ordered to Specifically Identify its Alleged "Trade Secrets". Discovery and the Forensic Protocol is hereby stayed until such time as MMR complies with this Order.

Signed this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE
FOR THE MIDDLE DISTRICT OF LOUISIANA