UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE BRIAN A. JACKSON |
| VERSUS | : | |
| | : | |
| JB GROUP OF LA, LLC D/B/A | : | |
| INFRASTRUCTURE SOLUTIONS GROUP, | : | MAGISTRATE JUDGE RICHARD L. |
| DAVID HEROMAN, KASEY KRAFT, | : | BOURGEOIS, JR. |
| JASON YATES, TRAVIS DARDENNE, | : | |
| AND MICHAEL LOWE, | : | |
| | : | |
| Defendants. | : | |

**STATUS REPORT**

Defendants JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG"), Jason

Yates, and Travis Dardenne submit this further Status Report in accordance with the Court's

Order, R. Doc. 101 and further to the September 12, 2023, status conference before the Court and

further to ISG's prior Status Reports (R. Doc. 93, 94, 96, 98, 100) and the parties' Joint Status

Report (R. Doc. 104).

On September 22, 2023, the Court identified which specific search terms would be applied

to the forensic review.  R. Doc. 101.  Since that time, ISG has diligently undergone imaging and

searching the email accounts and devices of the five (5) identified custodians.

\*\*\*

On October 20, 2023, ISG alerted MMR, in accordance with Section 7 the Forensic

Protocol, that three terms were continuing to get a large number (thousands) of false hits on the

"P19", "P20", "P21" terms due to the term coming up in irrelevant underlying document codes,

including formula codes used in Excel, and provided specific examples of same.  ISG further

provided four (4) different alternative search terms to preclude the false code hits.  MMR has not

accepted any of the alternative search terms, has not offered any other alternatives, has not provided times when its counsel would get on a call with the Forensic Protocol Examiner, Lee Whitfield of Charles River Associates, Inc. ("CRAI") and MMR's forensic examiner to resolve the issue, and further has not offered any reasoning why documents falsely hitting on non-relevant underlying code should be included in the documents MMR gets to review, adding significant time and cost. ISG continues to endeavor to come to a mutual agreement on these terms. *See* Exhibit A.

***

### McCaughey ISG Email and Laptop

On August 30, 2023, CRAI sent a hard drive containing the complete set of search hit documents for the email account that ISG issued to Laiton McCaughey. That data was available for review by MMR's counsel on September 5, 2023. MMR provided the MMR Identification[1] list for the McCaughey ISG email account to Defendants' counsel on October 10, 2023.

The McCaughey ISG Laptop was reset and CRAI was able to successfully image the device, using the method agreed upon by the parties. On September 26, 2023, the Forensic Protocol Reports for the McCaughey ISG Laptop were provided to all parties' counsel. ISG has instructed CRAI to produce such resulting documents (except for the terms "P19", "P20", "P21") to all counsel and understands that CRAI is preparing that production.

### Huffman ISG Email and Laptops

On August 30, 2023, CRAI sent a hard drive containing the complete set of search hit documents for the undisputed searches of the data from the two computers and email account that ISG issued to Ben Huffman. That data was available for review by MMR's counsel on September

---

[1] "MMR Identification" throughout refers to MMR's identification of the documents it believes need to be remediated from a device or account, and MMR's identification of MMR's claim with respect to each such document (MMR non-confidential document, MMR confidential information, MMR trade secret).

2

5, 2023.  In the Joint Status Report (R. Doc. 104), MMR counsel indicated that it would provide its MMR Identification lists for the Huffman ISG email and two Huffman ISG computers by October 31, 2023, and previously represented to ISG that it would provide each list as the review of that device/account was completed, without holding lists until completion of others.  MMR has not yet provided the MMR Identification lists for any of those Huffman devices or accounts.  On November 10, 2023, MMR indicated that it will do so on an unspecified date and requested dates for Mr. Huffman's deposition.

<u>ISG Additional E-mail for Five Additional Custodians</u>

As directed by the Court, the following additional ISG email accounts were imaged by CRAI on September 18, 2023:

1.    Shawn Breeland

2.    Kevin Alexander

3.    Dan Howell

4.    Chris Comeaux

5.    Tony Arimond

("ISG Additional E-mail").

The search hit reports (except for "P19", "P20", "P21") on the ISG Additional E-mail accounts were delivered by CRAI on or before October 24, 2023.  ISG has instructed CRAI to produce such resulting documents to all counsel (in the case of the Breeland, Howell, Comeaux, and Arimond email accounts) and to ISG's counsel (in the case of the Alexander email account, pursuant to the Court's Order), and understands that CRAI is preparing those productions.

<u>ISG Additional Devices</u>

The following additional ISG devices were imaged by CRAI on or before October 12, 2023:

     A.    Dan Howell

     B.    Chris Comeaux

     C.    Tony Arimond

(As previously reported, Shawn Breeland and Kevin Alexander were not issued devices by ISG.) Thereafter, the Forensic Protocol Reports, and search hit reports (except for the terms "P19", "P20", "P21"), for these devices were delivered between October 7 and 24, 2023.  ISG has instructed CRAI to produce such resulting documents to all counsel and understands that CRAI is preparing those productions.

***

As previously indicated in the Joint Status Report (ECF 104), for the sake of efficiency and cost, ISG requests that no further depositions of defense witnesses take place until 45 days after completion of the MMR Identification process so that Defendants know what the claims against them and their personnel actually are and depositions can take place efficiently and cost effectively.

          Respectfully submitted:
          **DUNLAP FIORE LLC**

          <u>/s/ Erin G. Fonacier</u>
          Jennifer A. Fiore (Bar # 28038)
          Erin G. Fonacier (Bar # 33861)
          6700 Jefferson Hwy, Building #2
          Baton Rouge, LA  70806
          Telephone:  225-282-0660
          Facsimile:  225-282-0680
          jfiore@dunlapfiore.com
          efonacier@dunlapfiore.com

DM1\14746773.1

**DUANE MORRIS LLP**

Jamie Welton
(Admitted *Pro Hac Vice*)
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214-257-7213
Facsimile: 214-292-8442
jrwelton@duanemorris.com

Shannon Hampton Sutherland
(Admitted *Pro Hac Vice*)
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1104
Facsimile: 215-689-4956
shsutherland@duanemorris.com

*Attorneys for JB Group of LA, LLC d/b/a*
*Infrastructure Solutions Group, Jason Yates and*
*Travis Dardenne*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice to all counsel on this 10th day of November, 2023.

/s/ Erin G. Fonacier
Erin G. Fonacier

DM1\14746773.1