EXHIBIT A

**Sutherland, Shannon Hampton**

| | |
|---|---|
| From: | Sutherland, Shannon Hampton |
| Sent: | Tuesday, October 24, 2023 7:57 PM |
| To: | Kee, P. J.; Whitfield, Lee; Hubert, Thomas; Ken Tisdel; Kris Carlson; Foley, Michael; Pritt, Jacob |
| Cc: | Erin Fonacier; Jennifer Fiore; Kyle Keegan; Amber Robichaux; Kris Carlson |
| Subject: | RE: MMR v. ISG - False hits P19/P20/P21 |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

PJ,

We disagree, for a number of reasons, including, but not limited to:

1. Daily Ticket is not an approved search term pursuant to the current Forensic Protocol for a reason: it's a generic industry term.

2. Even to the extent that some of the hits are contained within ISG Daily Ticket dockets, these are ISG documents, not MMR documents. But, more importantly, Lee advises, and we are seeing that it is hitting on code not substance. Example:



We suggested using regular expression searches such as the following for these terms:

    "P20-"

    "P20-\d{4}"

    "P20-\d\d\d\d"

    P20-****

If you do not agree with these terms, please suggest a reasonable alternative that will not simply hit on code and that is tailored to the current protocol.

Thank you.




**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Monday, October 23, 2023 12:05 PM
**To:** Whitfield, Lee <LWhitfield@crai.com>; Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Hubert, Thomas <thubert@joneswalker.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>
**Cc:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>; Kris Carlson <kcarlson@lcg-global.com>
**Subject:** RE: MMR v. ISG - False hits P19/P20/P21

We don't believe those are false hits, as the examples seem to be daily ticket forms that are relevant to the purpose of the forensic protocol.

**P. J. Kee**  |  Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

**From:** Whitfield, Lee <LWhitfield@crai.com>
**Sent:** Monday, October 23, 2023 10:59 AM
**To:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Kee, P. J. <pkee@joneswalker.com>; Hubert, Thomas <thubert@joneswalker.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>
**Cc:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>
**Subject:** [EXTERNAL] Re: MMR v. ISG - False hits P19/P20/P21

Good morning everyone, do we have a resolution on this yet? I'd like to move forward with searching as soon as we can.


Kind regards,


**Lee Whitfield**
Principal



2

500 N. Central Expressway

Suite 500CC
Plano, TX 75074

+1-214-414-9214 direct
+1-972-249-8348 cell
lwhitfield@crai.com
www.crai.com


CRA Investigations LLC, Texas Department of Private Security License Number: A26321601


Operating from ten countries around the world, CRA's clients over the past two years included 97% of the AmLaw 100 law firms, and 81% of the Fortune 100 companies.  Our Forensic Services Practice has been recognized by The National Law Journal as being one of the top three Forensic Accounting Providers in the country; by Global Investigations Review as one of the leading investigative consultancies from around the world for handling sophisticated cross-border, government-driven and internal investigations; and by Chambers in recognition of our deep litigation support, crisis and risk management competencies.  The Practice – including our state-of-the art digital forensics, eDiscovery and cyber incident response labs – has been certified under International Organization for Standardization (ISO) 27001:2013 requirements as part of our industry-leading commitment to our clients and their information security.  CRA maintains private investigator licenses in multiple jurisdictions, as listed on our website.

---

**From:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>
**Sent:** Friday, October 20, 2023 15:48
**To:** Kee, P. J. <pkee@joneswalker.com>; Hubert, Thomas <thubert@joneswalker.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>
**Cc:** Whitfield, Lee <LWhitfield@crai.com>; Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>
**Subject:** MMR v. ISG - False hits P19/P20/P21

PJ and team,

We understand from Mr. Whitfield that he is continuing to get a large number (thousands) of false hits on the P19/P20/P21 terms due to the term coming up in code, etc. and punctuation being ignored for the exact term searches.  (See some examples below).

Given what the intent was behind these terms, we suggest using regular expression searches such as the following for these terms:

    "P20-"

    "P20-\d{4}"

    "P20-\d\d\d\d"

    P20-****

Please let us know if this is acceptable to MMR and, if not, let's have LCG and Mr. Whitfield discuss an alternate solution by phone asap on Monday.

We have advised Mr. Whitfield to continue with the other searches even while this is being addressed.

Thank you.

——————-

Examples of issues from Lee:

```
DailyTicket
DAILY TICKET FORM
DAILY TICKET #
Project:  Fiber and Power Relocation     Project No.    1289 Date:       03
Description of Work:       back pull existing power cables in turbine deck
relay rooms to ICE shop per Owner's direction.
For: Jason Haywood   Order No. 10657575-00044 Authorized By:
Labor       Material   Equipment
Employee   Straight Time   Overtime   Doubletime        Per Diem   Unit Amount
Employee   Class        Hours      Rate Amount      Hours      Rate Amount      Ho
Smitherman, George    IFERROR(VLOOKUP(A17,Emp_List!B:G,6,FALSE),"")=Field
Superintendent     10.00        IFERROR(VLOOKUP(D17,Class_List!A:C,2,FALSE),
17)=$-      IFERROR(VLOOKUP(D17,Class_List!A:D,4,FALSE),0)=$129.36 SUM(K1
LSE),0)=$150.00     SUM(T17*U17)=$300.00
Allen, Andrew   IFERROR(VLOOKUP(A18,Emp_List!B:G,6,FALSE),"")=Apprentice
A  12.00       IFERROR(VLOOKUP(D18,Class_List!A:C,2,FALSE),0)=$38.50   SUM(
ROR(VLOOKUP(D18,Class_List!A:D,4,FALSE),0)=$77.00   SUM(K18*L18)=$-        $
1/2"-4"      4.00 IFERROR(VLOOKUP(S18,Equip_List!$A$3:$B$80,2,FALSE),0)=$
Bourque, Tanner     IFERROR(VLOOKUP(A19,Emp_List!B:G,6,FALSE),"")=Appren
A  10.00       IFERROR(VLOOKUP(D19,Class_List!A:C,2,FALSE),0)=$38.50   SUM(
ROR(VLOOKUP(D19,Class_List!A:D,4,FALSE),0)=$77.00   SUM(K19*L19)=$-        $
vice   4.00 IFERROR(VLOOKUP(S19,Equip_List!$A$3:$B$80,2,FALSE),0)=$40.00
Quave, Blake    IFERROR(VLOOKUP(A20,Emp_List!B:G,6,FALSE),"")=Electrician
B 12.00        IFERROR(VLOOKUP(D20,Class_List!A:C,2,FALSE),0)=$43.12   SUM(E
OR(VLOOKUP(D20,Class_List!A:D,4,FALSE),0)=$86.24    SUM(K20*L20)=$-        $-
Saw   4.00 IFERROR(VLOOKUP(S20,Equip_List!$A$3:$B$80,2,FALSE),0)=$6.00  SU
Borden, Daniel IFERROR(VLOOKUP(A21,Emp_List!B:G,6,FALSE),"")=Electrician
B 12.00        IFERROR(VLOOKUP(D21,Class_List!A:C,2,FALSE),0)=$43.12   SUM(E
OR(VLOOKUP(D21,Class_List!A:D,4,FALSE),0)=$86.24    SUM(K21*L21)=$-        $-
Sanchez, Gabriel     IFERROR(VLOOKUP(A22,Emp_List!B:G,6,FALSE),"")=Appren
A  12.00       IFERROR(VLOOKUP(D22,Class_List!A:C,2,FALSE),0)=$38.50   SUM(
ROR(VLOOKUP(D22,Class_List!A:D,4,FALSE),0)=$77.00   SUM(K22*L22)=$-        $
Brecheen, Bradley     IFERROR(VLOOKUP(A23,Emp_List!B:G,6,FALSE),"")=Electr
A 10.00        IFERROR(VLOOKUP(D23,Class_List!A:C,2,FALSE),0)=$46.20   SUM(E
OR(VLOOKUP(D23,Class_List!A:D,4,FALSE),0)=$92.40    SUM(K23*L23)=$-        $1
```

```
Hunter Comeaux  Regular    SUM(H14,J1
Josh Berthelot  Regular    SUM(H15,J1
Bradley Brecheen    Regular    SUM(H
George Church   Regular    SUM(H17,J1
Christian Berthelot Regular    SUM(H
SUM(H19,J19,L19,N19,P19,R19,T19)=
SUM(H20,J20,L20,N20,P20,R20,T20)=
SUM(H21,J21,L21,N21,P21,R21,T21)=
SUM(H22,J22,L22,N22,P22,R22,T22)=
GRAND TOTALS    SUBTOTAL(9,D6:D22)=1
&"-.Bold"&9&K800000Form Rev. 1.0
```

```
16=$-       Receipts!P16=$-
    Receipts!P17=$-
    Receipts!P18=$-
    Receipts!P19=$-
    Receipts!P20=$-
    Receipts!P21=$-
    Receipts!P22=$-
23=
```

```
    Monday      Timesheet!J19=0     Time
00-D100>39.9999,D100,IF(D100>(F100-40
    Tuesday     Timesheet!L19=0     Time
,IF(F101-D101>39.9999,D101,IF(D101>(F
    Wednesday   Timesheet!N19=0     Time
,IF(F102-D102>39.9999,D102,IF(D102>(F
    Thursday    Timesheet!P19=0     Time
,IF(F103-D103>39.9999,D103,IF(D103>(F
    Friday      Timesheet!R19=0     Time
,IF(F104-D104>39.9999,D104,IF(D104>(F
    Saturday    Timesheet!T19=0     Time
,IF(F105-D105>39.9999,D105,IF(D105>(F
    Sunday      Timesheet!V19=0     Time
,IF(F106-D106>39.9999,D106,IF(D106>(F
    Monday      Timesheet!J20=0     Time
07-D107>39.9999,D107,IF(D107>(F107-40
```

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

This electronic message and its attachments contain information from the consulting firm of Charles River Associates that may be confidential or privileged. If you are not the intended recipient we ask that you notify us immediately via reply e-mail and delete or destroy this message and any copies of it. Thank you for your cooperation.

## Sutherland, Shannon Hampton

| | |
|---|---|
| **From:** | Sutherland, Shannon Hampton |
| **Sent:** | Tuesday, October 31, 2023 3:09 PM |
| **To:** | Kee, P. J. |
| **Cc:** | Hubert, Thomas; Foley, Michael; Pritt, Jacob; Whitfield, Lee; Ken Tisdel; Kris Carlson; Erin Fonacier; Jennifer Fiore; Kyle Keegan; Amber Robichaux |
| **Subject:** | RE: [EXTERNAL] RE: MMR v. ISG - False hits P19/P20/P21 |

PJ –

As you will recall, we raised issues about this term before but – under a reservation of rights – had the terms go forward for certain individuals because the hits weren't too many .  Now there are thousands of known code-only hits, which only slows down the review and drives up cost.

Regards,
Shannon




**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Tuesday, October 31, 2023 2:41 PM
**To:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>
**Cc:** Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>; Whitfield, Lee <LWhitfield@crai.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>
**Subject:** Re: [EXTERNAL] RE: MMR v. ISG - False hits P19/P20/P21

I'll need to be on any call with LCG. Again, we don't agree, and believe that Lee should produce the documents that hit on the agreed upon terms—especially because he's done that for all the previous productions. The issues with damage discovery is that you've essentially requested the same categories of financial-related data from us that we requested from you long ago, but that you all objected to.

Sent from my iPhone

> On Oct 31, 2023, at 1:36 PM, Sutherland, Shannon Hampton <SHSutherland@duanemorris.com> wrote:

1

As this issue is technical in nature, Lee and LCG can discuss without counsel today (as they are both available) any alternatives to avoid hitting on code.

With regards to other issues you wish to discuss, please let us know now what they are and can set a time for the end of next week when you return.

<image001.jpg>

www.duanemorris.com
**Shannon Hampton Sutherland**
Partner
Duane Morris LLP           P: +1 215 979 1104
30 South 17th Street       F: +1 215 689 4956
Philadelphia, PA 19103-4196   C: +1 267 226 2094

E-MAIL | BIO | VCARD

<image002.jpg>

**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Tuesday, October 31, 2023 1:58 PM
**To:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>; Whitfield, Lee <LWhitfield@crai.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>
**Cc:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>
**Subject:** RE: MMR v. ISG - False hits P19/P20/P21

We obviously disagree with your response below.

But we do agree that a meet and confer is needed to discuss this and several other discovery-related issues, such as the production of damage-related discovery.

I am out this week and early next, however, for an evidentiary hearing out of town.

Should we schedule Friday of next week?

Apologies if I'm not able to respond as quickly as normal.

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

**From:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>
**Sent:** Sunday, October 29, 2023 11:22 AM
**To:** Kee, P. J. <pkee@joneswalker.com>; Hubert, Thomas <thubert@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>; Whitfield, Lee <LWhitfield@crai.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>
**Cc:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan

<kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>
**Subject:** [EXTERNAL] RE: MMR v. ISG - False hits P19/P20/P21

PJ,

This position ignores the Forensic Protocol and the terms of the Order.

The Order provides that "IT IS ORDERED that the Forensic Protocol previously entered is amended pursuant to the parameters set forth above," i.e., "the Court finds it proportional to the needs of this case to limit additional searches to the undisputed search terms"; "The Court will, however, allow for a limited expansion of the custodians subject to the Forensic Protocol."

The Forensic Protocol specifically provides that the Forensic Examiner shall run the searches using the search terms and provide search hit reports (which was done).  After that, "The parties shall review the search term hit list and shall have the right, prior to the production contemplated in Section 9 of this Protocol, to demand that any search terms which result in a large number of hits be further refined or narrowed."  This is the process that has been followed since the outset of the Forensic Protocol process.

Here, the Forensic Examiner has told us, and we can see from the examples, that we have thousands of "hits" on the P19/P20/P21 term are that are merely hitting on code – not the substantive document.  Thus, not only are the documents not responsive to or relevant to the purpose of the Forensic Protocol or what that term was intended to capture.  Having to review thousands of patently non-responsive documents only drives up review time and cost.

We have proposed a reasonable solution, with no substantive alternative solution from MMR.  We would prefer to engage in a meaningful meet and confer process and resolve this matter with a reasonable solution to narrow the search for the P19/P20/P21 term so as to hit on actual substance, not irrelevant code or so as not to burden the Court with this dispute.  This is our third request to do so.

@Jones Walker, @LCG, and @Mr. Whitfield, please let us know when on Tuesday you are available to discuss a solution.


Thank you.

Shannon


<image001.jpg>

www.duanemorris.com

**Shannon Hampton Sutherland**
Partner

Duane Morris LLP         **P**: +1 215 979 1104
30 South 17th Street     **F**: +1 215 689 4956
Philadelphia, PA 19103-4196  **C**: +1 267 226 2094

E-MAIL | BIO | VCARD

<image002.jpg>

3

**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Wednesday, October 25, 2023 10:27 AM
**To:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Whitfield, Lee <LWhitfield@crai.com>; Hubert, Thomas <thubert@joneswalker.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>
**Cc:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>; Kris Carlson <kcarlson@lcg-global.com>
**Subject:** RE: MMR v. ISG - False hits P19/P20/P21

Our position's the same: these are agreed upon search terms that the Judge ordered to be run.

**P. J. Kee**  |  Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

---

**From:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>
**Sent:** Tuesday, October 24, 2023 6:57 PM
**To:** Kee, P. J. <pkee@joneswalker.com>; Whitfield, Lee <LWhitfield@crai.com>; Hubert, Thomas <thubert@joneswalker.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>
**Cc:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>; Kris Carlson <kcarlson@lcg-global.com>
**Subject:** [EXTERNAL] RE: MMR v. ISG - False hits P19/P20/P21


PJ,

We disagree, for a number of reasons, including, but not limited to:

1. Daily Ticket is not an approved search term pursuant to the current Forensic Protocol for a reason: it's a generic industry term.

2. Even to the extent that some of the hits are contained within ISG Daily Ticket dockets, these are ISG documents, not MMR documents. But, more importantly, Lee advises, and we are seeing that it is hitting on code not substance. Example:

<image003.png>


We suggested using regular expression searches such as the following for these terms:

    "P20-"

    "P20-\d{4}"

    "P20-\d\d\d\d"

    P20-****

4

If you do not agree with these terms, please suggest a reasonable alternative that will not simply hit on code and that is tailored to the current protocol.

Thank you.

<image001.jpg>
www.duanemorris.com
**Shannon Hampton Sutherland**
Partner
Duane Morris LLP           P: +1 215 979 1104
30 South 17th Street       F: +1 215 689 4956
Philadelphia, PA 19103-4196  C: +1 267 226 2094
E-MAIL | BIO | VCARD

<image002.jpg>

**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Monday, October 23, 2023 12:05 PM
**To:** Whitfield, Lee <LWhitfield@crai.com>; Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Hubert, Thomas <thubert@joneswalker.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>
**Cc:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>; Kris Carlson <kcarlson@lcg-global.com>
**Subject:** RE: MMR v. ISG - False hits P19/P20/P21

We don't believe those are false hits, as the examples seem to be daily ticket forms that are relevant to the purpose of the forensic protocol.

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

**From:** Whitfield, Lee <LWhitfield@crai.com>
**Sent:** Monday, October 23, 2023 10:59 AM
**To:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>; Kee, P. J. <pkee@joneswalker.com>; Hubert, Thomas <thubert@joneswalker.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>
**Cc:** Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>
**Subject:** [EXTERNAL] Re: MMR v. ISG - False hits P19/P20/P21

Good morning everyone, do we have a resolution on this yet? I'd like to move forward with searching as soon as we can.

Kind regards,

**Lee Whitfield**
Principal

<image004.png>

500 N. Central Expressway

Suite 500CC
Plano, TX 75074

+1-214-414-9214 direct
+1-972-249-8348 cell
lwhitfield@crai.com
www.crai.com

CRA Investigations LLC, Texas Department of Private Security License Number: A26321601

Operating from ten countries around the world, CRA's clients over the past two years included 97% of the AmLaw 100 law firms, and 81% of the Fortune 100 companies.  Our Forensic Services Practice has been recognized by The National Law Journal as being one of the top three Forensic Accounting Providers in the country; by Global Investigations Review as one of the leading investigative consultancies from around the world for handling sophisticated cross-border, government-driven and internal investigations; and by Chambers in recognition of our deep litigation support, crisis and risk management competencies.  The Practice – including our state-of-the art digital forensics, eDiscovery and cyber incident response labs – has been certified under International Organization for Standardization (ISO) 27001:2013 requirements as part of our industry-leading commitment to our clients and their information security.  CRA maintains private investigator licenses in multiple jurisdictions, as listed on our website.

---

**From:** Sutherland, Shannon Hampton <SHSutherland@duanemorris.com>
**Sent:** Friday, October 20, 2023 15:48
**To:** Kee, P. J. <pkee@joneswalker.com>; Hubert, Thomas <thubert@joneswalker.com>; Ken Tisdel <ktisdel@lcg-global.com>; Kris Carlson <kcarlson@lcg-global.com>; Foley, Michael <mfoley@joneswalker.com>; Pritt, Jacob <jpritt@joneswalker.com>
**Cc:** Whitfield, Lee <LWhitfield@crai.com>; Erin Fonacier <efonacier@dunlapfiore.com>; Jennifer Fiore <jfiore@dunlapfiore.com>; Kyle Keegan <kmk@keeganjuban.com>; Amber Robichaux <anr@keeganjuban.com>
**Subject:** MMR v. ISG - False hits P19/P20/P21

PJ and team,

We understand from Mr. Whitfield that he is continuing to get a large number (thousands) of false hits on the P19/P20/P21 terms due to the term coming up in code, etc. and punctuation being ignored for the exact term searches.  (See some examples below).

Given what the intent was behind these terms, we suggest using regular expression searches such as the following for these terms:

"P20-"

"P20-\d{4}"

"P20-\d\d\d\d"

P20-****

Please let us know if this is acceptable to MMR and, if not, let's have LCG and Mr. Whitfield discuss an alternate solution by phone asap on Monday.

We have advised Mr. Whitfield to continue with the other searches even while this is being addressed.

Thank you.

——————-

Examples of issues from Lee:

<image005.png>

<image006.png>

<image007.png>

<image008.png>

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom

it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

This electronic message and its attachments contain information from the consulting firm of Charles River Associates that may be confidential or privileged. If you are not the intended recipient we ask that you notify us immediately via reply e-mail and delete or destroy this message and any copies of it. Thank you for your cooperation.