UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MMR CONSTRUCTORS, INC.**                               **CIVIL ACTION**

**VERSUS**                                               **NO. 22-267-BAJ-RLB**

**JB GROUP OF LA, LLC, ET AL.**

## ORDER

Having reviewed the parties' Joint Status Report (R. Doc. 104), and the supplemental Status Report submitted by ISG, Jason Yates, and Travis Dardenne (R. Doc. 105), the Court enters the following revised deadlines in this action. The Court encourages the parties to continue to diligently conduct the ongoing forensic review and production of documents in accordance with the Court's previous order. (*See* R. Doc. 101).

MMR requests the Court to enter a new deadline for amendment of the pleadings to name additional defendants. (R. Doc. 104 at 4). The deadline to amend the pleadings provided in the original Scheduling Order expired on September 1, 2022. (*See* R. Doc. 35). The Court will not set a new deadline at this time. Nevertheless, MMR may seek amendment to the pleadings, including the addition of new parties, by filing an appropriate motion establishing good cause for allowing untimely amendment under Rule 16(b). *See S & W Enter., LLC v. South Trust Bank of Alabama*, 315 F.3d 533, 536 (5th Cir. 2003).

Defendants request the Court (1) to require MMR to complete its MMR Identifications (*i.e.*, "MMR's identification of the documents it believes need to be remediated from a device or account, and MMR's identification of MMR's claim with respect to each such document") within 2 weeks of its receipt of a data set from ISG's forensic expert, and (2) to preclude MMR from taking further depositions until 45 days after the completion of the MMR Identification

JURY

with respect to each deponent. (R. Doc. 104 at 1, 4-5). MMR represents that it is working diligently to complete its MMR Identifications and that it "will not seek to depose any individuals until the forensic review is complete on the individual's devices/accounts." (R. Doc. 104 at 3).

Based on the record, the Court will not set any specific deadlines for the completion of the MMR Identifications at this time. The Court will, however, require that no further depositions shall proceed on an individual whose devices/accounts are subject to a forensic review by MMR until **at least 21 days after** the completion of the respective MMR Identification. This time period will provide the individual deponents sufficient time to review the identified documents in preparation of their depositions.

**The deadlines established below are based on the parties' submissions as modified by the Court and are final deadlines**. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **EXPIRED.**[1]

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **EXPIRED.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **May 30, 2024.**

    NOTE:  Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

        **Plaintiff(s):**         **EXPIRED.**

---

[1] Amendments sought after this deadline may be permitted in accordance with the good cause standard of Rule 16 of the Federal Rules of Civil Procedure.

    **Defendant(s):**  **EXPIRED.**

  d. Expert reports must be submitted to opposing parties as follows:

    **Plaintiff(s):**  **April 16, 2024.**

    **Defendant(s):**  **May 16, 2024.**

  e. Discovery from experts must be completed by **May 30, 2024.**

3. Deadline to file dispositive motions and Daubert motions: **June 21, 2024.**

4. Deadline to file pre-trial order: **October 11, 2024.**[2]

5. Deadline to file motions in limine: **November 15, 2024.**

6. Deadline to file an affidavit of settlement efforts: **December 6, 2024.**

7. Pre-trial conference date: **October 31, 2024 at 1:30 p.m.** in the chambers of the Honorable Brian A. Jackson.

8. Deadline to submit joint jury instructions, voir dire and verdict forms to the presiding judge: **December 13, 2024.**

   **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at (**http://www.lamd.uscourts.gov**) under "Judges' Info."**

9. A **5-day jury trial**[3] is scheduled for **8:30 a.m. beginning on January 27, 2025 in Courtroom 2.**

Signed in Baton Rouge, Louisiana, on November 15, 2023.

              _____
              **RICHARD L. BOURGEOIS, JR.**
              **UNITED STATES MAGISTRATE JUDGE**

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

[3] The parties should be prepared to discuss the length of the trial at the pretrial conference with the district judge.