UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC, ET AL., | |
| Defendants. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## MOTION FOR DISCOVERY SANCTIONS

Plaintiff, MMR Constructors, Inc. ("MMR"), files this *Motion for Discovery Sanctions* because Defendant, JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG"), is refusing to comply with this Court's order concerning the production of documents that hit on "undisputed" search terms. Specifically, ISG is refusing to produce documents that hit on the following undisputed search terms—P19, P20, and P21—within the devices and accounts issued to Shawn Breeland, Tony Arimond, Chris Comeaux, Dan Howell, and Kevin Alexander. ISG's refusal directly contravenes this Court's order, in which the Court found that these and the other undisputed search terms were:

> sufficient to generate a reasonable and proportionate production of responsive documents and information within the scope of discovery with respect to McCaughey and Huffman, and the additional non-party custodians discussed below.

(R. Doc. 101 at 8.) ISG first indicated that they were refusing to produce these documents in a status report (R. Doc. 105 at 1-2) and then confirmed that they were maintaining their refusal during a meet and confer. Unfortunately, the only way that ISG will comply with the Court's previous order is for the Court to issue sanctions that ensure compliance, as further explained in MMR's supporting memorandum.

1

#102022325v2

**WHEREFORE**, MMR requests that the Court issue discovery sanctions under Fed. R. Civ. P. 37(b)(2)(A) and its inherent authority to compel compliance with its previous order and, further, to reasonably compensate MMR for the costs and fees associated with what should have been unnecessary motion practice.

## CERTIFICATE OF RULE 37 CONFERENCE

I hereby certify that P.J. Kee, Thomas Hubert, Michael Foley, and Connor Fields, counsel for MMR, and Shannon Sutherland and Erin Fonacier, counsel for ISG, conferred in detail by telephone about the production of documents that hit on the undisputed search terms—P19, P20, and P21—within the devices and accounts of Shawn Breeland, Tony Arimond, Chris Comeaux, Dan Howell, and Kevin Alexander. ISG indicated that it was not willing to produce those documents in a status report (R. Doc. 105 at 1-2), and during the meet and confer, counsel for ISG confirmed that ISG's forensic examiner would not be making the production of those documents. Accordingly, this motion is necessary.

Respectfully submitted:

*/s/ P.J. Kee*
P.J. KEE  (La. Bar No. 34860)
THOMAS P. HUBERT (La. Bar No. 19625)
JACOB J. PRITT (La. Bar No. 38872)
MICHAEL A. FOLEY (La. Bar No. 35774)
JASON A. CULOTTA (LA Bar No. 35731)
CONNOR H. FIELDS (LA Bar No. 39880)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com
***Counsel for MMR Constructors, Inc.***

#102022325v2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served on all counsel of record for Defendants by electronic filing on January 25, 2024.

                                          */s/ P.J. Kee*
                                          P.J. Kee

#102022325v2