UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| Plaintiff, | : | |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC, ET AL., | : | |
| Defendants. | : | MAGISTRATE JUDGE |
| | : | RICHARD L. BOURGEOIS, JR. |

**MOTION FOR CONTEMPT**

MMR Constructors, Inc. ("MMR") files this *Motion for Contempt* against Third Parties, Stateline Partners, LLC, and Summer Anderson, concerning their refusal to respond to properly issued third-party subpoenas. In support of this motion, MMR has filed a memorandum in support and, as exhibits, true and correct copies of the subpoenas and an email thread between MMR's counsel and counsel for the third parties. MMR requests that the Court enter an order: (1) finding that the third parties have waived all objections to the subpoenas; (2) requiring the third parties to comply with the subpoenas, at their own cost, within seven days of the entry of the order; (3) requiring the third parties to pay MMR's reasonable attorneys' fees in bringing this motion; and (4) any other relief that the Court deems appropriate.

Respectfully submitted:

*/s/ P.J. Kee*
P.J. KEE  (La. Bar No. 34860)
THOMAS P. HUBERT (La. Bar No. 19625)
JACOB J. PRITT (La. Bar No. 38872)
MICHAEL A. FOLEY (La. Bar No. 35774)
JASON A. CULOTTA (La. Bar No. 35731)
CONNOR H. FIELDS (La. Bar No. 39880)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor

New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com
***Counsel for MMR Constructors, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for Stateline Partners, LLC, and Summer Anderson by email and U.S. Mail on January 26, 2024.

*/s/ P.J. Kee*
P.J. Kee