AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| MMR CONSTRUCTORS, INC., *Plaintiff* <br> v. <br> JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, DAVID HEROMAN, and KAS *Defendant* | ) ) ) ) Civil Action No. 22-267 ) ) ) |

**EXHIBIT 1**

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Stateline Partners, LLC, thorugh its registered agent, Kenneth Shutt

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment.

| Place: PJ Kee, Esq., Jones Walker, 445 North Blvd.. Ste. 800 Baton Rouge, LA 70802 pkee@joneswalker.com | Date and Time: 10/06/2023 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/15/2023

*CLERK OF COURT*

OR

_____          /s/ PJ Kee
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff MMR Constructors, Inc. , who issues or requests this subpoena, are:
PJ Kee, Esq., Jones Walker, 201 St. Charles Ave., 47th Fl, New Orleans, LA 70170 pkee@joneswalker.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 22-267

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Stateline Partners, LLC on *(date)* Sep 18, 2023, 2:05 pm.

[X] I served the subpoena by delivering a copy to the named individual as follows: through Registered Agent Kenneth Shutt at his place of residence, a single-family dwelling at 3519 Brookmeade Dr Baton Rouge, LA 70816 in East Baton Rouge Parish on *(date)* Fri, Sep 29 2023; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 0.

My fees are $ 0 for travel and $ 162.23 for services, for a total of $162.23.

I declare under penalty of perjury that this information is true.

Date: 09/29/2023

*Tom Cassisa*
_____
*Server's signature*

Tom Cassisa, Process Server
_____
*Printed name and title*

CAPITAL PROCESS SERVICE, LLC…………....………………
5916 South Shore Dr., Baton Rouge, LA 70817-3982 ……………
225-756-2537 • www.BatonRougeProcessServer.com
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Service: Sep 18, 2023, 3:35 pm CDT at KENNETH SHUTT: 3519 Brookmeade Dr, Baton Rouge, LA 70816
No answer at single-family dwelling. Server could see no lights on or movement of people inside. Could hear a dog inside. Home equipped with surveillance cameras.  Neighbor advised he does not recognize the name Kenneth Shutt.

2) Unsuccessful Service: Sep 18, 2023, 7:18 pm CDT at KENNETH SHUTT: 3519 Brookmeade Dr, Baton Rouge, LA 70816
No answer at single-family dwelling. Server could see no lights on or movement of people inside. Two vehicles pard in driveway and could hear dog barking inside.  Local Assessor reports home own and occupied by Shannon Rushing Shutt since 2004.

3) Unsuccessful Service: Sep 29, 2023, 6:50 am CDT at KENNETH SHUTT: 3519 Brookmeade Dr, Baton Rouge, LA 70816
No answer at single-family dwelling. Server could see no lights on or movement of people inside.
Previously left voice mail messages on 225-978-8278 that went unreturned.

4) Successful Service: Sep 29, 2023, 7:03 pm CDT at KENNETH SHUTT: 3519 Brookmeade Dr, Baton Rouge, LA 70816.
Received by Stateline Partners, LLC, through its registered agent, Kenneth Shutt. Age: 66; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Hair: Brown.  Subject called to arrange a meeting and willingly accepted service.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MMR CONSTRUCTORS, INC., | CIV. NO. 22-267 |
| Plaintiff, | |
| VERSUS | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, DAVID HEROMAN and KASEY KRAFT, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | |

## ATTACHMENT OF SUBPOENA

As used herein, the following words have the following meanings:

1. "You," "your," "yours," and "Stateline" means Stateline Partners, LLC, including its agents, representatives, employees, members, and all other persons acting on its behalf or at its request, including Summer Anderson and Kevin Alexander.

2. "Document" means any writing or recording (whether printed, typed, photocopied, handwritten, recorded, electronically stored, digital, or produced or reproduced by any other process or any other compilation of information) that is in your possession, custody, or control, whether in email accounts (including emails and attachments located in deleted folders), laptops, netbooks/notebooks, workstations, servers, other drives, drive images, backup tapes and databases and includes, but is not limited to, any and all:

    a. accounts, accountant's and other worksheets, accountings, advertisements, advertising circulars, advisories, affidavits, agendas, agreements, appointment books, articles, balance sheets, bank statements, books, brochures, bulletins, calendars, charts, checks, circulars, communications (infra office, inter office, external and other), computer printouts, contracts, correspondence, data sheets, desk pads, diaries, drafts, drawings, electronic mail, forms, flyers, forecasts, graphs, guidelines, handwritten matter, indexes, instructions, invoices, ledgers, letters, lists, logs, magazine clippings,

        manuals, materials, memoranda, minutes, newspaper clippings, notebooks, notes, note entries, pamphlets, papers, periodicals, posters, post-it notes, projections, prospectuses, receipts, records, reports, rules, signs, statements, studies, summaries, surveys, telecopies, telegrams, telephone messages, telexes, transcripts, translations, vouchers, and work papers;

   b. graphic, video, or audio records or representations of any kind (including, without limitation, photographs, charts, drawings, graphs, microfiche, microfilm, videotapes, recordings, films, and motion pictures);

   c. computerized, electric, electronic, magnetic, mechanical, and optical records, or representations of any kind (including, without limitation, data processing cards, tapes, cassettes, discs, recordings, and computer memories); and

   d. drafts and final versions, and all originals as well as carbons, photographic or other copies, telecopies, reproductions or facsimiles that differ from originals in any respect (including, but without limitation, differences due to handwritten notes, editing, interlineations, blind copies, omissions, or any other alterations).

3. "Communication" means any transmission or exchange of information by written, oral, pictorial, electronic, or other perceptible means, including, but not limited to, correspondence, hand deliveries, mailings, telexes, facsimiles, telecopies, telegraphs, cables, emails, cellular/telephone conversations, text messages, video conferences, instant messages or chats, video conversations through applications like Skype or FaceTime, personal conversations, meetings, and the likewhether in email accounts (including emails and attachments located in deleted folders), cellphones, laptops, netbooks/notebooks, workstations, servers, other drives, drive images, backup tapes and databases.

4. "Concerning" means concerning, supporting, evidencing, refuting, disputing, inconsistent with, involving, consisting of, reflecting, constituting, referring to, pertaining to, or relating to in any way.

5. "MMR" means Plaintiff MMR Constructors, Inc.., and its agents, representatives, employees, officers, shareholders, attorneys, and all other persons acting on its behalf or at its request.

6. "ISG" means Defendant JB Group of LA, LLC d/b/a Infrastructure Solutions Group, and its agents, representatives, employees, officers, shareholders, attorneys, and all other persons acting on its behalf or at its request.

## REQUESTED DOCUMENTS

1. Please produce the documents and communications in Your possession, custody, or control that contain the term "MMR."

2. Please produce all documents and communications demonstrating how You came into possession of any documents that originated from or otherwise belong to MMR.

3. Please produce all documents and communications in Your possession, custody, or control concerning Your exchange of MMR documents with ISG.

4. Please produce the documents and communications in Your possession, custody, or control that demonstrate why You exchanged MMR documents with ISG.

\*   \*   \*

If responsive documents contain sensitive commercial and/or personal information, You can produce documents and label them "Confidential" and/or "Attorneys' Eyes Only" pursuant to a protective order entered in this case. A copy of this protective order can be provided to You upon request.