| | |
|---|---|
| **From:** | Foley, Michael |
| **Sent:** | Monday, January 8, 2024 1:02 PM |
| **To:** | Namisha Patel |
| **Cc:** | Kee, P. J.; Roy Maughan Jr.; Fields, Connor; Melinda Cormier |
| **Subject:** | RE: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson |

Namisha:

Let's do tomorrow at 2:30.

Michael

**Michael Foley** | Partner
Jones Walker LLP
D: 504.582.8853
MFoley@joneswalker.com

**EXHIBIT 3**

---

**From:** Namisha Patel <npatel@maughanlaw.com>
**Sent:** Monday, January 8, 2024 1:00 PM
**To:** Foley, Michael <mfoley@joneswalker.com>
**Cc:** Kee, P. J. <pkee@joneswalker.com>; Roy Maughan Jr. <rmaughanjr@maughanlaw.com>; Fields, Connor <cfields@joneswalker.com>; Melinda Cormier <mcormier@maughanlaw.com>
**Subject:** Re: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

Michael,

Unfortunately, the weather has led to early dismissal for both of my kids at two different schools. We won't be able to make the call today but what's your availability tomorrow or any other time this week. My apologies. I completely forgot about it with having to coordinate the kids.


Namisha D. Patel*
Attorney at Law
The Maughan Law Firm
634 Connell's Park Lane
Baton Rouge, La 70806
T: (225) 926-8554
F: (225) 926-8533

*Licensed in California & Louisiana

Sent from my iPhone

> On Jan 5, 2024, at 10:28 AM, Foley, Michael <mfoley@joneswalker.com> wrote:

I need to confirm PJ's availability (he is home with the flu). But in the meantime, let's pencil this in. I'll send a calendar invite with a call-in number. In advance of the call, can you let us know when you plan to produce documents and the status of the collection?

Michael

**Michael Foley** | Partner
Jones Walker LLP
D: 504.582.8853
MFoley@joneswalker.com

---

**From:** Namisha Patel <npatel@maughanlaw.com>
**Sent:** Friday, January 5, 2024 9:01 AM
**To:** Foley, Michael <mfoley@joneswalker.com>; Kee, P. J. <pkee@joneswalker.com>
**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>; Fields, Connor <cfields@joneswalker.com>
**Subject:** RE: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

Michael,

My apologies as I have been out of the office sick.

Do you have time on Monday, January 8, at 1:00 p.m. to discuss this matter? Roy and I are available at that time.


Thanks,

Namisha

**NAMISHA D. PATEL**∗

Attorney at Law
The Maughan Law Firm
634 Connell's Park Lane
Baton Rouge, Louisiana 70806
Telephone: (225) 926-8533
Direct: (225) 926-8554
Fax: (225) 926-8556

∗Admitted to Practice in Louisiana and California.

Confidentiality Notice: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all original copies of the message. Thank you.

**From:** Foley, Michael <mfoley@joneswalker.com>
**Sent:** Thursday, January 4, 2024 3:40 PM
**To:** Namisha Patel <npatel@maughanlaw.com>; Kee, P. J. <pkee@joneswalker.com>
**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>; Fields, Connor <cfields@joneswalker.com>
**Subject:** RE: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

Namisha:

I didn't hear back from you re: my email this morning. I'm assuming 4:00 p.m. today (in 20 minutes at this point) is not going to work, and I am now booked for tomorrow at 11:00 a.m. CST. Please let me know any times you are available tomorrow after 12:30 p.m. CST. If you're not available tomorrow, please give us times on Monday. Like I said, we are aiming to get a motion for contempt on file early next week if we cannot reach an agreement, and, given the time that has already passed, we cannot further delay.

Michael

**Michael Foley** | Partner
Jones Walker LLP
D: 504.582.8853
MFoley@joneswalker.com

**From:** Foley, Michael
**Sent:** Thursday, January 4, 2024 9:48 AM
**To:** Namisha Patel <npatel@maughanlaw.com>; Kee, P. J. <pkee@joneswalker.com>
**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>; Fields, Connor <cfields@joneswalker.com>
**Subject:** RE: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson
**Importance:** High

Namisha:

Please let us know your availability today at 4:00 p.m. or tomorrow at 11:00 a.m. for a meet and confer on this. On 10/26 you indicated you were gathering information and asked for a copy of the protective order, which we provided. Then on 12/6 you indicated your need, without explanation, of an expert. We plan to file a motion for contempt next week.

Michael

**Michael Foley** | Partner
Jones Walker LLP
D: 504.582.8853
MFoley@joneswalker.com

**From:** Namisha Patel <npatel@maughanlaw.com>
**Sent:** Wednesday, December 6, 2023 9:44 AM
**To:** Kee, P. J. <pkee@joneswalker.com>

3

**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>; Fields, Connor <cfields@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>
**Subject:** RE: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

PJ,

My apologies. We need to discuss the necessity of an expert with the clients. I should have an update for you ASAP.

Thanks,

Namisha



**NAMISHA D. PATEL**\*

Attorney at Law
The Maughan Law Firm
634 Connell's Park Lane
Baton Rouge, Louisiana 70806
Telephone: (225) 926-8533
Direct: (225) 926-8554
Fax: (225) 926-8556

\*Admitted to Practice in Louisiana and California.

Confidentiality Notice: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all original copies of the message. Thank you.

**From:** Kee, P. J. <pkee@joneswalker.com>
**Sent:** Wednesday, December 6, 2023 9:42 AM
**To:** Namisha Patel <npatel@maughanlaw.com>
**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>; Fields, Connor <cfields@joneswalker.com>; Foley, Michael <mfoley@joneswalker.com>
**Subject:** RE: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

Namisha or Roy:

You've gone silent on us.

Are you free tomorrow for a meet and confer?

It seems like we're headed to a motion to compel at this point, but I like to avoid that if possible.

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

---

**From:** Kee, P. J.
**Sent:** Thursday, November 30, 2023 10:31 AM
**To:** Namisha Patel <npatel@maughanlaw.com>
**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>
**Subject:** RE: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

Do you all have an update?

I'd prefer to not to get into motion practice.

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

---

**From:** Kee, P. J.
**Sent:** Wednesday, November 15, 2023 9:21 AM
**To:** Namisha Patel <npatel@maughanlaw.com>
**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>
**Subject:** RE: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

Namisha or Roy:

Have you all sent the production?

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

---

**From:** Kee, P. J.
**Sent:** Friday, November 10, 2023 3:11 PM
**To:** Namisha Patel <npatel@maughanlaw.com>
**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>
**Subject:** Re: [EXTERNAL] RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

We still haven't received the production/response.

Sent from my iPhone

> On Oct 26, 2023, at 5:13 PM, Kee, P. J. <pkee@joneswalker.com> wrote:
>
> Here's the protective order entered in the case
>
> Sent from my iPhone
>
>> On Oct 26, 2023, at 2:37 PM, Namisha Patel <npatel@maughanlaw.com> wrote:
>>
>> PJ,
>>
>> I am in the process of compiling the information responsive to the subpoenas. The subpoena references a protective order. Prior to disclosure, we would like to agree to a form acceptable by all parties. Do you have a protective order already drafted or should I draft one and send to you for review?
>>
>> Thanks,
>>
>> Namisha
>>
>> <image001.jpg>
>> # NAMISHA D. PATEL*
>> Attorney at Law
>> The Maughan Law Firm
>> 634 Connell's Park Lane
>> Baton Rouge, Louisiana 70806
>> Telephone: (225) 926-8533
>> Direct: (225) 926-8554
>> Fax: (225) 926-8556
>> *Admitted to Practice in Louisiana and California.
>>
>> <image002.gif>
>>
>> **From:** Kee, P. J. <pkee@joneswalker.com>
>> **Sent:** Thursday, October 5, 2023 2:08 PM
>> **To:** Namisha Patel <npatel@maughanlaw.com>
>> **Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>
>> **Subject:** RE: MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson

Hi Namisha:

Not a problem at all.

One other thing. We're trying to serve Summer Anderson as well, whom I believe is an owner of Stateline. Would you be willing to accept the subpoena on her behalf? Or do you have a valid address for her? Our process server has been tying to serve with no luck.

Thanks,

**P. J. Kee** | Partner
Jones Walker LLP
D: 504.582.8230
pkee@joneswalker.com

---

**From:** Namisha Patel <npatel@maughanlaw.com>
**Sent:** Thursday, October 5, 2023 12:39 PM
**To:** Kee, P. J. <pkee@joneswalker.com>
**Cc:** Roy Maughan Jr. <rmaughanjr@maughanlaw.com>
**Subject:** [EXTERNAL] MMR vs. JB Group of LA, LLC, et al - Representation of Stateline Partners, LLC and Summer Anderson
**Importance:** High

P.J.,

Our firm has been retained to represent Ms. Summer Anderson and Stateline Partners, LLC in connection with subpoenas to produce certain documents in connection with MMR's suit against JB Group of LA, LLC pending in the Middle District of Louisiana.

It is my understanding that the responses to the subpoenas are due by October 6, 2023 by 5:00 p.m. Would you be agreeable to an extension to October 27, 2023 to respond to the subpoenas? I am scheduled to be out of town next week and will not be back in the office until October 16, 2023. Our clients are working are gathering the documents, and we should have the responses to you on or even before October 27, 2023.

Should you have any questions, please do not hesitate to contact our office.

Thanks,

Namisha

<image001.jpg>
# NAMISHA D. PATEL[*]
Attorney at Law

The Maughan Law Firm
634 Connell's Park Lane
Baton Rouge, Louisiana 70806
Telephone: (225) 926-8533
Direct: (225) 926-8554
Fax: (225) 926-8556

*Admitted to Practice in Louisiana and California.

<image002.gif>

<[42] ORDER granting [41] Motion for Protective Order(100597176.1).pdf>