# *Memorandum in Support of Motion for Contempt of Preliminary Injunction*

(Filed with Motion for Leave to Exceed Page Limit)

#102128354v1