## *Cast of Characters*

Infrastructure Solutions Group

*Denotes Former MMR Employee

| | |
|---|---|
| *Jason Yates\** | Chief Executive Officer/Owner |
| *Shawn Breeland* | President/Owner |
| *Travis Dardenne\** | Chief Operating Officer/Owner |
| *Kevin Alexander\** | Senior Vice President |
| *Ben Huffman\** | Project Controls Director/Controller |
| *Michael Lowe\** | Division Manager for Communications |
| *Cory Harold\** | Division Manager for Electrical and Instrumentation |
| *Kasey Kraft\** | Director of Estimating |
| *Laiton McCaughey\** | Director of Safety/QA-QC |
| *Tony Arimond\** | Operation Manager |
| *Tiffany Medine\** | Human Resources Specialist |
| *Chris Guidry\** | Director of Business Development |
| *Dan Howell\** | Project Manager |
| *Kevin Ganucheau\** | Project Manager |
| *Jared Babin\** | Project Manager/Estimator |
| *Trevor Besse* | Project Manager/Estimator |
| *Drake Bourgeois\** | Project Manager |
| *Chris Comeaux\** | Project Manager/Estimator |

APPENDIX – Road Map

<u>MMR Constructors, Inc.</u>

*James "Pepper" Rutland*          President/Chief Executive Officer

*John Clouatre*                   Senior Vice President

*Jeremiah Blum*                   Estimating Manager

*Marcel Lalonde*                  VP/Chief Information Officer

## *Important Work Product*

*MMR Green Sheets*                     MMR Estimating Tool

*ISG Labor and Material Sheets*        Replica of MMR's Green Sheets

*MMR Overhead Top Sheets*              MMR Estimating Tool

*ISG Overhead Sheets*                  Replica of MMR's Overhead Top Sheets

*MMR Job Analysis Program*             MMR Project Controls Tool

*ISG Job Analysis Program*             Replica of MMR Project Controls Tool

*MMR Timekeeping Database*             MMR Project Controls Tool

*ISG Timekeeping Database*             Replica of MMR Timekeeping Database

*MMR Budget v. Spend Report*           MMR Project Specific Financial Performance Tool

*ISG ITFN Report*                      Replica of MMR Budget v. Spend Report

*ISG "The Bible" Database*             Built from MMR Project Control Database

*MMR Confidentiality Agreements*       Agreements signed by MMR employees

*ISG Confidentiality Agreements*       Replicas of MMR agreements signed by ISG employees

APPENDIX – Road Map

| | |
|---|---|
| *MMR Employee Handbook* | MMR HR Policies |
| *ISG Employee Handbook* | Replica of MMR Employee Handbook and HR Policies |
| *MMR Safety Manual* | MMR Safety Manual |
| *ISG Safety Manual* | Replica of MMR Safety Manual |
| *MMR Safety Training Materials* | MMR Materials to train employees on safe work practices |
| *ISG Safety Training Materials* | Replica of MMR Safety Training Materials |
| *MMR Safety Procedures* | MMR required safety procedures and protocols |
| *ISG Safety Procedures* | Replica of MMR Safety procedures and protocols |
| *MMR QA/QC Manual* | MMR QA/QC (quality assurance/quality control) Manual |
| *ISG QA/QC Manual* | Replica of MMR QA/QC (quality assurance/quality control) Manual |
| *MMR Site-Specific Plans* | MMR project specific execution plans tailored for individual clients |
| *ISG Site-Specific Plans* | Replica of MMR project specific execution plans for tailored for individual clients |
| *MMR Proposals and Commercials Terms* | MMR proposals containing project pricing and commercial /technical terms and conditions |
| *ISG Proposals and Commercial Terms* | Replica of MMR proposals containing project pricing and commercial/technical terms and conditions |