UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


MMR CONSTRUCTORS, INC.,          CIVIL ACTION NO. 22-267

    Plaintiff,

VERSUS                           JUDGE BRIAN A. JACKSON

JB GROUP OF LA, LLC D/B/A
INFRASTRUCTURE SOLUTIONS
GROUP and DAVID HEROMAN,
                                 MAGISTRATE JUDGE RICHARD
    Defendants.                  L. BOURGEOIS, JR.

**CERTIFIED TRANSCRIPT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF THE DEPOSITION OF:

JASON YATES,

TAKEN ON BEHALF OF PLAINTIFF, REPORTED IN THE ABOVE

ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,

CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


    REPORTED AT THE LAW OFFICES OF:

    DUNLAP FIORE, LLC

    6700 JEFFERSON HIGHWAY, BUILDING 2

    BATON ROUGE, LOUISIANA  70806


    COMMENCING AT 9:32 A.M., ON JUNE 15, 2022.



MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.              Pages 2..5
JASON YATES, 06/15/2022

---

Page 2

```
 1            A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4      JONES WALKER L.L.P.
           (BY:  P.J. KEE, ESQ.)
 5         (BY:  JACOB J. PRITT, ESQ.)
           [VIA VIDEOCONFERENCE]
 6      201 ST. CHARLES AVENUE, 49TH FLOOR
        NEW ORLEANS, LOUISIANA  70170
 7      (504) 582-8000
        pjkee@joneswalker.com
 8      jpritt@joneswalker.com
 9
10   FOR THE DEFENDANTS:
11      DUNLAP FIORE, LLC
           (BY:  JENNIFER A. FIORE, ESQ.)
12         (BY:  ERIN G. FONACIER, ESQ.)
        6700 JEFFERSON HIGHWAY, BLDG. 2
13      BATON ROUGE, LOUISIANA  70806
           (225) 282-0652
14      jfiore@dunlapfiore.com
        efonacier@dunlapfiore.com
15
16   FOR DAVID HEROMAN:
17
        KEEGAN, JUBAN, LOWE & ROBICHAUX, LLC
18         (BY:  AMBER N. ROBICHAUX, ESQ.)
        5555 HILTON AVENUE, SUITE 205
19      BATON ROUGE, LOUISIANA  70808
        (225) 364-3600
20      anr@keeganjuban.com
21
22
23
24
25
```

---

Page 3

```
 1        A P P E A R A N C E S  (Continued)
 2
 3   ALSO PRESENT:
 4      MATTHEW T. WELBORN, ESQ.
        MMR CONSTRUCTORS, INC
 5      15961 AIRLINE HIGHWAY
        BATON ROUGE, LOUISIANA  70817
 6      (225) 756-5900
        mwelborn@mmrgrp.com
 7
        SHAWN BREELAND
 8         [VIA VIDEOCONFERENCE]
 9      KASEY KRAFT
           [VIA VIDEOCONFERENCE]
10
        TRAVIS DARDENNE
11         [VIA VIDEOCONFERENCE]
12      DAVID HEROMAN
           [VIA VIDEOCONFERENCE]
13
14
     REPORTED BY:
15
        YOLANDA J. PENA, CERTIFIED COURT
16      REPORTER NO. 2017002 IN AND FOR
        THE STATE OF LOUISIANA
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
 1                 I N D E X
 2
                                          PAGE
 3
     STIPULATION...........................................5
 4
     EXAMINATION BY:
 5
        MR. KEE.......................................6, 61
 6
        MS. FONACIER....................................59
 7
     CERTIFICATE..........................................65
 8
 9
10            LIST OF EXHIBITS
11
12   Exhibit No. 1.......................................40
        (JB Group of LA, LLC d/b/a
13       Infrastructure Solutions
         Group's Responses to MMR
14       Constructors, Inc.'s
         Expedited Interrogatories)
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 5

```
 1           S T I P U L A T I O N
 2
 3       IT IS STIPULATED AND AGREED by and among the
 4   parties that this deposition is hereby being taken
 5   pursuant to the Federal Rules of Civil Procedure.
 6       All formalities, excluding the reading and
 7   signing of the transcript by the witness, are hereby
 8   waived.
 9       All objections, except as to the form of the
10   question and responsiveness of the answer, are
11   considered reserved until trial or other use of the
12   deposition.
13
14
15
16
17
18
19
20
21
22
23
24
25
```



MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                    Pages 6..9
JASON YATES, 06/15/2022

Page 6
1          JASON YATES,
2   2220 Tiger Crossing Drive, Baton Rouge, Louisiana
3   70810, having been first duly sworn, was examined and
4   testified as follows:
5                    EXAMINATION
6   BY MR. KEE:
7      Q.   Mr. Yates, my name is P.J. Kee.  We just met
8   briefly for the first time.  I represent the plaintiff
9   MMR Constructors, Inc., in this case.
10          Have you had a chance to look at the complaint
11  that was filed?
12     A.   Yes.
13     Q.   And did you have a chance to look at the
14  notice of deposition for your deposition?
15     A.   I'm sure I have.
16     Q.   Okay.  And so just some ground rules.  This
17  is -- it's been noticed as a limited deposition
18  relating to questions surrounding the forensic protocol
19  and the preliminary injunction in the case.
20          You're aware that there was a forensic
21  protocol --
22     A.   Yes.
23     Q.   -- entered and an injunction?
24     A.   Yes.
25     Q.   Okay.  So my questions are going to be largely

Page 7
1   centered around that.  We'll probably have to reconvene
2   at a later time to do a full deposition.  At that
3   deposition, we won't retread what we discuss here.
4      A.   No issues.
5      Q.   Okay.  Does ISG have a relationship with
6   State Line?
7      A.   Yes.
8      Q.   Okay.  And what's that relationship?
9      A.   Solely they buy safety supplies, small tools,
10  consumables, those type of items.
11     Q.   Okay.  And who owns State Line, if you know?
12     A.   I don't know the owner.  But I know where
13  this is going, and Kevin Alexander is involved in
14  State Line.
15     Q.   Okay.  Does he -- is he --
16     A.   Who I deal with?
17     Q.   Sure.  Is he --
18     A.   No.
19     Q.   Okay.  Is he an owner of State Line?
20     A.   I can't answer whether -- I don't know what
21  his paperwork is as far as secretary of state with
22  State Line or whatever.
23     Q.   Okay.  But you know that he is -- he has
24  involvement with State Line?
25     A.   Yes.

Page 8
1      Q.   Okay.  And just as we go, I know sometimes,
2   Mr. Yates, that you're going to know my questions.
3   It's going to seem conversational, but because she --
4   the court reporter is taking down everything, if we
5   don't talk over each other or try our best not to,
6   it'll be much easier and a cleaner transcript.
7          So when you answer, I'll try not to cut you
8   off with my next question.  And then if you could just
9   let me finish my question even though you might know
10  where we're going, I think it'll just be a lot
11  smoother.
12     A.   Yes, sir.
13     Q.   And if I do that to you, you just remind me,
14  and I'll do the same.
15     A.   Understood.
16     Q.   Okay.  Now, does -- what is your position --
17  current position with ISG?
18     A.   CEO.
19     Q.   Okay.  And when did your relationship with ISG
20  start?
21     A.   I'm going to say conversations started in 2019
22  between me and Shawn and Ryan Milligan.  Me and Shawn
23  started funding in 2020.
24     Q.   When you say "started funding," what do you
25  mean by that?

Page 9
1      A.   I think -- '20 was the pandemic.  I'm trying
2   to get my dates to make sure we're correct.
3          As far as -- we put Ryan Milligan and
4   Larry Fly on payroll in '20.
5      Q.   Okay.
6      A.   I believe our first job started in '21, which
7   was DOTD, and I think I actually brought a contract
8   that has Matt's comments, had him look at it on that
9   job, which was Causeway or Boone or one of them.  There
10  were a couple.
11     Q.   You're saying that was ISG's first job and
12  then you brought a copy of the contract to MMR --
13     A.   I was working for MMR.  The DOT work was
14  noncompetitive with MMR.  I had invested in it, so I
15  was making sure my investment was protected.
16     Q.   Okay.  This is -- so at this point, at the
17  time of the first job of -- that ISG did, you were
18  still employed by MMR but had an investment in ISG?
19     A.   That is correct.
20     Q.   Okay.  Did ISG have other investors besides
21  you and Shawn Breeland?
22     A.   Yes.
23     Q.   And who was that?
24     A.   That was Kenny Rouse and Jeremy Starnes.
25     Q.   And who did they work for?

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Pages 10..13
JASON YATES, 06/15/2022

Page 10

1    A.    Kenny Rouse works for Vecta; and Jeremy
2  Starnes, I cannot answer that accurately.
3        Q.    Okay.  Is --
4    A.    These were long friends of Shawn Breeland's.
5        Q.    Of Shawn Breeland's, okay.
6              And today, are they still investors in ISG?
7    A.    No.
8        Q.    Okay.  Did they sell their interest in --
9    A.    Yes.
10       Q.    Okay.  And when did that occur?
11   A.    It's ongoing.
12       Q.    Ongoing.  Okay.
13             Besides Kenny and Jeremy and you and Shawn,
14  has -- does ISG have any other financial backing or
15  investors?
16             MS. FIORE:  Is this related to the
17        forensic protocol?
18             MR. KEE:  I'm just trying to get some
19        background.  I mean, I'm going to ask this at
20        the next step so --
21             MS. FIORE:  Right.  But we said this was
22        going to be a limited deposition, so I'm not
23        sure we're at a stage where we need to talk
24        about investors and ISG and --
25             MR. KEE:  If he just identifies, I'll

Page 11

1        move on.
2             MS. FIORE:  Okay.
3  BY MR. KEE:
4        Q.    So my question --
5    A.    Yes, we're working with other people.
6        Q.    And then who were -- who is that?
7    A.    I do not have all the names.
8        Q.    Okay.  Is it, like, a private equity company?
9    A.    It's a holding company.
10       Q.    A holding company, okay.
11             And do you know the name of the holding
12  company?
13   A.    Yes.
14       Q.    Can you tell us, please?
15   A.    High Ground.
16       Q.    High Ground, okay.  So you started funding ISG
17  in 2019.  Were they at that point competitive -- let me
18  reframe the question.
19             From 2019, when you started funding ISG, until
20  that first job in 2021, was ISG competitive with MMR?
21   A.    Absolutely not.
22       Q.    They were not.  Okay.
23             And why not?  What was -- what were they
24  doing?
25   A.    Because my loyalty was with MMR for 20 years.

Page 12

1  I would have never crossed that line between that.
2  This was a personal investment for me on something I
3  thought was good, and that's the direction I went.  And
4  MMR was made aware of that.
5        Q.    Okay.  And then so what was it that ISG was
6  doing that MMR was not?
7    A.    DOTD work, traffic control, traffic signals,
8  public bids.
9        Q.    But at some point, ISG became a competitor of
10  MMR --
11   A.    Yes.
12       Q.    -- correct?  Okay.
13             And was that once you left MMR to join ISG?
14   A.    That is correct.
15       Q.    Okay.
16   A.    But that also -- to add to that answer, that
17  was several weeks after I left, leading up after I
18  received phone calls from certain people at facilities
19  that found out I left, asking me if I wanted to be
20  involved and do work for them.
21       Q.    Okay.  And who was it that was calling you?
22   A.    These are -- just different facilities.
23       Q.    Okay.  Do you recall any of those?
24   A.    Yeah.  The Shintechs of the world, Dows of the
25  world.

Page 13

1        Q.    Okay.  And those were contacts that you had at
2  MMR once they --
3    A.    These are -- these are friends -- sorry.
4        Q.    That's okay.  The people that were contacting
5  you, those were people that you had worked with at MMR?
6    A.    Yes.
7        Q.    Okay.  So once you joined MMR -- I mean once
8  you joined ISG, did you come in as the CEO?
9    A.    Yes.
10       Q.    Okay.  And how many employees did ISG have?
11   A.    At what point?
12       Q.    When you came to the company to start working?
13   A.    Well, I started the company.
14       Q.    Okay.  So how many employees?
15   A.    At that time, we hired two people.
16       Q.    Okay.  And who were they?
17   A.    Ryan Milligan and Larry Fly.
18       Q.    Okay.  Larry Fly, is that --
19   A.    Yes, F-l-y.
20       Q.    F-l-y.  Okay.
21             So is it true that you basically had to start
22  ISG from scratch?
23   A.    Yes.
24       Q.    Okay.  So it's not like they had any documents
25  to give you to say this is how ISG performs its work?

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.          Pages 14..17
JASON YATES, 06/15/2022

Page 14

1    A.   No.
2    Q.   Did they have any estimating tools?
3    A.   Yes.
4    Q.   Okay.  And how was it that they had estimating
5  tools?
6    A.   Because Ryan Milligan had done that type of
7  work before.
8    Q.   Where did Ryan Milligan come -- where did he
9  work before ISG?
10   A.   Diamond Electric.
11   Q.   So once Ryan started, was he entrusted with
12 creating the estimating tools?
13   A.   Yes.
14   Q.   Did you bring any estimating tools from MMR to
15 ISG?
16   A.   Yes.
17   Q.   Okay.  Which ones did you bring?
18   A.   I used the overhead and top sheets.  After
19 Ryan would put together his estimate, I then transposed
20 it to that sheet to where I knew what I was looking at.
21   Q.   Uh-huh.  So you --
22   A.   As I said, to protect my investment, looked at
23 the numbers, and that was the extent of it.
24   Q.   Okay.  And how was it that you had the -- did
25 you say "top sheets"?

Page 15

1    A.   Yes.
2    Q.   How was it that you had the top sheet tools
3  with you after you left MMR?
4    A.   This is before I left MMR.  As I said, we
5  started in '20.  First job, I believe I said, was '21,
6  and as I stated, those were also jobs that I had Matt
7  look at contracts on.  So this was prior to me leaving
8  MMR.
9    Q.   Okay.  So let's focus on --
10   A.   But MMR was aware that I was doing this.
11   Q.   Okay.  So let's focus on after you leave MMR.
12 Did you still have any top sheets?
13   A.   Well, those were already being used on the
14 previous jobs while I was at MMR.
15   Q.   I understand.  So once you left MMR and
16 started working at ISG, ISG continued to use the top
17 sheets that had already been being used?
18   A.   Yes.
19   Q.   Okay.  What about green sheets?  Were those
20 used as well?
21   A.   Yes, I believe so.
22   Q.   Okay.  And same thing; once -- those were in
23 use while you were still at MMR, and then they
24 continued to be used after you left MMR?
25   A.   Yes.

Page 16

1    Q.   And were those used to win work on bids?
2    A.   They were used for DOT work as new forms were
3  being built for E&I work.  And yes, they were used on
4  some E&I jobs that none were awarded, and ISG did not
5  win any at the point of using those sheets.
6    Q.   Okay.  At some point, did you stop using --
7    A.   Yes.
8    Q.   -- those type of sheets.
9         And when was that?
10   A.   That was probably -- strictly a guess, but I'm
11 going to say a couple of weeks before all of this came
12 up.
13   Q.   Okay.
14   A.   We were in the process of building new sheets
15 that fit us because there were things I liked or I
16 didn't like on those sheets that I wanted different.
17   Q.   Okay.  So when was it that you left MMR to
18 become CEO of ISG?
19   A.   I was CEO of ISG while I was at MMR.
20   Q.   How about this.  When did you leave MMR to
21 exclusively work for ISG?
22   A.   Can I look at my phone?
23   Q.   Sure.
24   A.   So I can check the date, make sure I give you
25 a correct number.

Page 17

1         THE WITNESS:  And we just talked about
2    this yesterday.  Let's see.
3    A.   So I first notified John Clouatre that I was
4  resigning on July 12th.  I was asked to take off that
5  week and think about it and not make an irrational
6  decision.  I returned to work at MMR on the 19th, spoke
7  to him at approximately 10:00 o'clock on the 19th.  And
8  we had our conversation, and I made it clear that I was
9  leaving.  I was asked to -- you have a question?
10 BY MR. KEE:
11   Q.   Well, I was just going to get you to tell us
12 the date, the year.
13   A.   2021.
14   Q.   2021, okay.
15   A.   So on the 20th -- so the 19th, as I met with
16 John, he asked me to do certain things and lay certain
17 things out of all the different facilities and people
18 and -- as I did.  I also had just closed a deal with
19 Dow Chemical -- I believe Matt is aware of as well --
20 and had a kickoff meeting for Dow Chemical on the 20th
21 in which I fully was engaged.  Went to Dow, had the
22 meeting with them, and actually felt horrible and came
23 back and told John that I couldn't do that anymore
24 because I was asked not to tell anybody what was going
25 on.

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.    Pages 18..21
JASON YATES, 06/15/2022

Page 18

1    And I told him that I felt like I was lying to
2 people and being untruthful, so I could not continue
3 doing that. And he instructed me to let Jason Templet
4 know. And at that point, I could let whoever know
5 within MMR. And that evening, I let Jason Templet
6 know, and I think from there, I started notifying the
7 people that I was closest to at MMR that I was leaving.
8    Q.    Okay.  So I think you said you stopped using
9 the top sheets a few weeks before this litigation was
10 filed?
11    A.    Yes.
12    Q.    And so I believe this litigation was filed in
13 April?
14    A.    Yes.
15    Q.    So sometime around either March --
16    A.    Yeah.
17    Q.    -- April time frame?
18    A.    To give you an exact date, I couldn't.  We had
19 been working on building new forms.
20    Q.    Okay.  And who was involved in that?
21    A.    Ben Huffman.
22    Q.    Okay.  Ben Huffman.  And Ben Huffman was an
23 estimator or was -- not an estimator, but he was an
24 employee of MMR --
25    A.    Yes.

Page 19

1    Q.    -- as well, right?
2    A.    Prior to his employment with me.
3    Q.    Did Ben Huffman bring any top sheets or green
4 sheets with him to ISG?
5    A.    Not that I'm aware of.
6    Q.    Did he bring any documents with him to ISG?
7    A.    Not that I'm aware of.  Everybody was
8 instructed to not bring anything.
9    Q.    Okay.
10    MS. FONACIER:  Let him finish his
11        question because she has to type both of you
12        at the same time, which can be difficult.
13 BY MR. KEE:
14    Q.    But Ben Huffman was working on those top
15 sheets that had been brought over from MMR once he got
16 to ISG?
17    A.    No.  He's not an estimator.
18    Q.    But he was working on building new ones,
19 correct?
20    A.    He was working on building new ones.
21    Q.    And he was looking at the top sheets you had
22 in place to build the new ones, correct?
23    A.    I don't think he needed to do that.
24    Q.    Okay.
25    A.    But I can't answer if he was because I wasn't

Page 20

1 sitting by him as he was doing it.
2    Q.    So we'd have to talk to Ben to get --
3    A.    Potentially.
4    Q.    Okay.  Between July 2021 -- whatever that
5 date is, July 2021, when you started working for ISG
6 exclusively until you stopped -- ISG stopped using
7 these top sheets that we just discussed, did ISG win
8 any I&E work?
9    A.    ISG won no competitive bid -- bid I&E work.
10    Q.    What about any E&I work?  Did they win any?
11    A.    We received T&M contracts that were given to
12 us.  They were non-bid work, solely relationship based.
13    Q.    Okay.  So when you started at ISG, did ISG
14 have any bid clarifications, like for when they were
15 getting ready to submit bids?
16    A.    Yes.  We had clarifications for all the DOT
17 work.  I mean, there's general clarifications that are
18 used all over.
19    Q.    And who drafted those for ISG?
20    A.    I want to say it started with Ryan Milligan,
21 and then I'm sure I had my input over time.
22    Q.    Okay.  Did you bring or provide to
23 Ryan Milligan any bid clarifications, for instance,
24 that MMR used?
25    A.    I cannot give you an answer on that.  I

Page 21

1 don't -- over that duration and time, I don't think I
2 handed him anything.  I don't think I sent him
3 anything, but I'm not a hundred percent sure.
4    Q.    Okay.  When you left MMR to work at ISG, did
5 you take with you any bid clarifications?
6    MS. FIORE:  Object to form.  And I
7        object to the word "take."
8 BY MR. KEE:
9    Q.    Did you have in your possession, when you left
10 MMR, any bid clarifications that MMR used?
11    A.    I had documents dating back to 2008 on a hard
12 drive.
13    Q.    Okay.  So you had a hard drive of information
14 that you had utilized at MMR?
15    A.    Yes.
16    Q.    Okay.  And do you still have that hard drive?
17    A.    My attorneys do.
18    Q.    Okay.  And how did you transfer info to that
19 hard drive?
20    A.    Over the years, plugging it in due to the MMR
21 computers with small solid state hard drives and not
22 always being in an office, so backing up a computer and
23 so on and so forth for 20 years.
24    Q.    Okay.  And so it kind of was a repository for
25 your business-related files?

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.          Pages 22..25
JASON YATES, 06/15/2022

Page 22

1    A.   Somewhat.
2    Q.   Okay.
3    A.   Just to make note, I made a phone call to ask,
4  "Hey, I just realized that I have this information.
5  Should I call Pepper Rutland or John Clouatre and set
6  up a meeting?"  And I was told, "There's no point.
7  You're going to open up a hornets nest.  Don't do it."
8    Q.   And when did this phone call take place?
9    A.   Very shortly after I left.  I cannot give you
10 an exact date.
11   Q.   And who did you have that call with?
12   A.   Kevin Alexander.
13   Q.   Okay.  So Kevin Alexander knew that you had a
14 hard drive of information, and he told you don't tell
15 anyone else at MMR?
16   A.   He said if I contacted John Clouatre at that
17 time with the volatility of everything and everybody's
18 aggravation, it would open up a -- stir up a hornets
19 nest, something of that term.
20   Q.   Did Kevin Alexander tell you that he was going
21 to tell people at MMR what you had told him, or he was
22 going to keep it a secret?
23   A.   He did not tell me that he was keeping it a
24 secret.  He did not tell me he was going to tell
25 anybody.  There was no elaboration after that.

Page 23

1    Q.   Okay.  Did Kevin Alexander tell you to just
2  get rid of the hard drive?
3    A.   No.
4    Q.   And did you receive -- I guess, when you
5  started at ISG, did you have a computer?
6    A.   For ISG?
7    Q.   Uh-huh.
8    A.   Yes.
9    Q.   Okay.  And did you plug that hard drive into
10 that ISG computer?
11   A.   I'm sure at some point it was plugged in, yes.
12   Q.   Okay.  And --
13   A.   Because I backed up that computer on it as
14 well.
15   Q.   Okay.  And did you access files from that --
16 from the external --
17   A.   Yes.  That's what led me --
18   Q.   Did you access files on that external hard
19 drive while it was plugged into your ISG computer?
20   A.   Yes.  That's what led me to the phone call
21 because when I plugged it in, I started realizing what
22 was on there.
23   Q.   Okay.
24   A.   And that sparked the conversation or the phone
25 call to ask should I do this.

Page 24

1    Q.   Okay.  And then after that call with
2  Kevin Alexander, did you plug that external hard drive
3  into your ISG computer?
4    A.   Probably so.
5    Q.   Okay.
6    A.   Not necessarily for that.  There's -- there's
7  many things on this hard drive, personal, everything
8  else so --
9    Q.   Okay.  Did you -- have you had the same ISG
10 computer your entire time working there?
11   A.   I've had two.
12   Q.   Okay.  Do you still have possession of that
13 first --
14   A.   Yes.
15   Q.   -- computer?
16   A.   Yes.
17   Q.   Okay.  And where is that?
18   A.   At ISG.
19   Q.   Okay.  And when did you get the second
20 computer?
21   A.   I can't give you a date.
22   Q.   Okay.  Was there an issue with the first
23 computer?  Like, I mean, did it -- was it
24 malfunctioning?
25   A.   The hard drive was too small.

Page 25

1    Q.   Got you.  Okay.  On that external hard drive,
2  was there client data on it?
3    A.   Can you be more specific?
4    Q.   Like, any customer-related information,
5  whether it be related to jobs or anything?
6    A.   I'm sure --
7         MS. FIORE:  Object to form.  Are you
8         talking about MMR related or ISG related?
9  BY MR. KEE:
10   Q.   On the external hard drive at the time you
11 plugged it in and noticed they had MMR information on
12 it, was there also customer-related information on it
13 that -- from your time working at MMR?
14   A.   I would assume there was, but to say that I
15 went through all of this data, I cannot give you an
16 accurate answer.
17   Q.   Okay.
18   A.   I know I noticed spreadsheets, and I noticed
19 different things.  And actually, it was quite funny
20 because some of it was from burnouts at Valero in 2008,
21 and you look at elementary spreadsheets that I created
22 just for the heck of tracking on my own outside of
23 that, and it was like, "Huh, this is interesting," and
24 that was pretty much it.
25   Q.   Did you move any documents from that external

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Pages 26..29
JASON YATES, 06/15/2022

Page 26

1    hard drive to any ISG computer?
2         A.   Yes.  Whenever I started doing it and I
3    noticed things were on there, I moved them to the
4    desktop to where I could go through them at a later
5    time because I was busy, so they're still sitting
6    there.
7         Q.   They're -- you didn't --
8         A.   I have not deleted anything, and anything is
9    more than welcome to be taken.
10        Q.   How about into that second ISG computer?  Did
11   you plug the external hard drive into that?
12        A.   That was the one I think I have everything
13   plugged in on.  I don't -- I'm -- I'm not sure about
14   the first one.
15        Q.   Okay.  But you know for sure it was the second
16   one?
17        A.   Yes.
18        Q.   Okay.  And that second computer, I guess
19   that's the one you're still using today --
20        A.   Yes.
21        Q.   -- at ISG?
22        A.   That is correct.
23        Q.   As far as ISG's, like, computing networking
24   and how your employees' computers all sync up, work, or
25   able to share information, do you have -- does ISG have

Page 27

1    a server, a computer server?
2         A.   It's a cloud-based server.
3         Q.   Cloud-based, okay.
4              And is that the one -- is it through GoDaddy?
5    Do you know?
6         A.   I'm not an IT guy.  I know the other guy
7    that y'all are going to depose can answer all those
8    questions.  I know there's permissions on certain
9    pieces of the server for people, so everybody does not
10   have access to every part.
11        Q.   And so -- and I just want the record to be
12   clear on this.  So ISG -- and correct me if I'm wrong.
13   ISG hired a vendor to handle the IT-related issues, set
14   up the server, for instance?
15        A.   No.  We did it ourself.
16        Q.   Okay.  You did it yourself.  Okay.
17             So is the IT person an employee of ISG?
18        A.   Originally, it was set up by Ryan Milligan.
19        Q.   Okay.
20        A.   Who is no longer an employee of ISG.
21        Q.   Got it.  But it sounds like the IT person is
22   the best person to talk to about --
23        A.   That is correct.
24        Q.   -- the server and all those --
25        A.   I would say better than me.

Page 28

1         Q.   All right.  But you know that it's all
2    cloud-based; is that right?  You don't --
3         A.   I'm assuming the way it's set up, every -- I
4    am not a computer guru by any form of the imagination.
5         Q.   And then ISG also has email accounts for their
6    employees?
7         A.   Yes.
8         Q.   Okay.  And is that through the same -- is it
9    through the same service, like the --
10        A.   (No audible response.)
11        Q.   You don't?  Okay.  That's fine.
12             MS. FONACIER:  Make sure to say words.
13        A.   I don't know.
14   BY MR. KEE:
15        Q.   Does ISG use -- well, do you know what a
16   customer relationship management software is, CRM?
17        A.   No, I do not.
18        Q.   No idea?  Okay.
19             So I'm guessing ISG does not have that type of
20   software?
21        A.   Not that I'm aware of.
22        Q.   Okay.  And ISG's accounting software, what do
23   you use for that?
24        A.   QuickBooks.
25        Q.   QuickBooks?  Okay.

Page 29

1              Aside from that external hard drive, was there
2    any other external source device that you used at MMR
3    and still have possession of?
4         A.   Uh-huh.
5         Q.   That's a "yes"?
6         A.   Yes.
7         Q.   I should have told you this at the beginning.
8    But if you could, verbalize your answers just because
9    it's hard for her.
10        A.   Okay.
11        Q.   And I'll -- I'm not trying to be rude, but
12   I'll remind you -- or somebody here will if you shake
13   your head.
14             And do you know how many external devices you
15   have?
16        A.   No.
17        Q.   Okay.  Do you know where those are?
18        A.   I know where some are.
19        Q.   Okay.  So if we were to ask for them, you'd be
20   able to locate them and --
21        A.   Yes.
22             MS. FIORE:  Can I ask -- for
23        clarification, you're talking about old
24        computers?  What are you talking about?
25             MR. KEE:  Oh, I'm sorry.  I said

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Pages 30..33
JASON YATES, 06/15/2022

Page 30

1    external storage devices, like thumb drives,
2    other than the hard drive.
3        MS. FIORE:  Okay.
4    BY MR. KEE:
5        Q.   Did you plug in any of those storage devices
6    into your ISG computer?
7        A.   I do not believe I did.
8        Q.   Okay.  Do you know if those storage devices
9    have MMR information on it?
10       A.   I don't think they do.
11       Q.   Okay.
12       A.   They have information that MMR used, but it's
13   not MMR information.
14       Q.   Okay.  Can you tell us more -- what do you
15   mean by -- what's the distinction there?  Like, what do
16   you mean?  It's MMR -- it's not their information, but
17   it's information they use; what do you mean by that?
18       A.   Let's see how I can put this.  It is
19   information that MMR used to gain competitive edges
20   against their clients while I was working there.
21       Q.   Against their clients, you said?
22       A.   Their -- their competitors.
23       Q.   Okay.
24       A.   That were plugged into other MMR computers.
25       Q.   Okay.  And what is it that's on there?  What

Page 31

1    are you talking about?
2        A.   I would turn it over and let y'all review it.
3        Q.   It's information you used for MMR?
4        A.   It's information MMR used.
5        Q.   But did you use it for MMR?
6        A.   I received it.
7        Q.   Okay.  From whom?
8        A.   Multiple people and sources throughout the
9    20 years I was there, and I cannot give you names
10   because I don't know off the top of my head.
11       Q.   And you're saying that there's -- it's
12   information on this thumb drive that you have that
13   belonged to competitors of MMR?
14       A.   Yes.
15       Q.   Do you know what competitors?
16       A.   Multiple.  I can't give you a list of them
17   now.
18       Q.   Okay.  And you have no recollection of who
19   provided these documents to you?
20       A.   Off the top of my head, no.  I mean, if I dug
21   into the hard drives, it may be able to -- to figure it
22   out.  But at this moment, no.
23       Q.   Okay.  Did you -- you said you looked over the
24   complaint that was filed in the case?
25       A.   Yes.

Page 32

1        Q.   Okay.  Do you remember seeing the allegation
2    about the tracking software that MMR has?
3        A.   Not particularly.
4        Q.   Okay.  Did you know that MMR's IT department
5    had tracking software to be able to tell if employees
6    were, for instance, downloading information to external
7    devices?
8        A.   Oh, I would imagine.  But to say I knew, no.
9    I mean, I would think any company of that size has that
10   kind of software.
11       Q.   Okay.  When you were talking to Mr. Heroman
12   about possibly coming to work at ISG --
13       A.   I never spoke to Mr. Heroman.
14       Q.   Well, who told him not to take any
15   information with him from MMR?
16       A.   Travis Dardenne.
17       Q.   Travis Dardenne, okay.
18            Did you -- were you involved in the hiring of
19   Travis Dardenne?
20       A.   Was I involved in the hiring of
21   Travis Dardenne?  I'm not sure if you could call it
22   that, but I -- I guess you could say yes.  I mean, he
23   asked me, after he left MMR, if I could find a spot for
24   him, and I told him yes.
25       Q.   Okay.  Was he instructed not to take any

Page 33

1    information with him?
2        A.   Travis Dardenne?
3        Q.   Uh-huh.
4        A.   I didn't know Travis Dardenne was leaving to
5    come to ISG, so no, I gave Travis Dardenne no
6    instructions.
7        Q.   Okay.  Did Shawn Breeland?
8        A.   No.
9        Q.   Okay.
10       A.   Not that I'm aware of.
11       Q.   So as far as you're aware, Travis Dardenne
12   wasn't told, "Don't bring any MMR information with you
13   to MMR"?
14       A.   No.  He had already left MMR before we had
15   conversations about him coming to ISG.
16       Q.   Okay.  Do you know whether Travis Dardenne
17   brought any information with -- --
18       A.   I do not.
19       Q.   -- him from MMR to ISG?
20       A.   No, I do not.
21       Q.   Okay.  And Travis Dardenne was given an ISG
22   computer?
23       A.   Yes.
24       Q.   And an email account?
25       A.   Yes.

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.          Pages 34..37
JASON YATES, 06/15/2022

Page 34

1    Q.    Okay.  And he also has access to ISG's server?
2    A.    Certain parts.
3    Q.    Certain parts.  Okay.
4          And then Kasey Kraft, were you involved in his
5    hiring?
6    A.    Yes.
7    Q.    Okay.  Did you speak with him about coming to
8    ISG?
9    A.    Yes.
10   Q.    Okay.  Was he told not to bring any
11   information with him from MMR?
12   A.    Yes, multiple times.
13   Q.    And were you the person who told him that?
14   A.    Yes.
15   Q.    Did you see, in the complaint, the allegations
16   regarding him downloading information to a hard drive?
17   A.    Yes.
18   Q.    Okay.  Did you ask him about that?
19   A.    Yes.
20   Q.    Okay.  And what did he say?
21   A.    He said there were things on there that he
22   felt he had done, so he wanted to keep it.
23   Q.    Like work product?
24   A.    Yes.
25   Q.    He didn't tell you, like, he was only

Page 35

1    downloading personal information?
2    A.    No.
3    Q.    Do you know whether he still has in his
4    possession any documents -- any MMR documents?
5    A.    I know that he -- the computer he turned in
6    for forensics, he had a folder on the ISG computer
7    which I questioned.  That was an estimate that he did
8    back in 2019.  And the way it was explained to me was
9    it was an estimate he had done, the largest one, and he
10   was proud of it.  And he's a young guy, and he was
11   proud of his work that he did on it.  That was the
12   directive I got from it.
13   Q.    Did he tell you how he was able to transfer
14   that estimate to a -- to his ISG computer?
15   A.    No.
16   Q.    Did you ask him if he had any external storage
17   devices that had MMR information on it?
18   A.    Yes.
19   Q.    And what did he say?
20   A.    He said it was all wiped out by Brad Lambert.
21   Q.    Okay.  And we're talking about that hard
22   drive -- the external hard drive that was mentioned in
23   the complaint?
24   A.    Yes, sir, I believe so.
25   Q.    Do you know if he has any other external --

Page 36

1    A.    No, I do not.
2    Q.    -- devices?  Okay.
3          Do you know if he had any MMR information in
4    his email account -- personal email account that he
5    forwarded to his ISG account or used to put that
6    estimate onto the ISG computer?
7    A.    I cannot answer that.
8    Q.    Okay.  And you said it was -- this estimate
9    was in a folder on his computer?
10   A.    I'm assuming.  It's -- I saw it on his
11   desktop.
12   Q.    So it was, like, a -- it was standing free on
13   his desktop, like a --
14   A.    Yes.  It was P-19 something.
15   Q.    Okay.  And you knew that to be an MMR code --
16   that's how they code their estimates, correct?
17   A.    That is correct.
18   Q.    Okay.
19   A.    And to make -- be clear, this -- I only
20   noticed this after this was brought forth because I
21   went and spoke to everyone saying, "Do you have
22   anything?  You were told not to bring anything."  And
23   that's when he said, "I had this."
24   Q.    "I have this," okay.
25   A.    And I said leave it alone, don't delete it.

Page 37

1    We'll turn in our computers and be done with it.
2    Q.    Okay.  Do you know what customer that estimate
3    related to?
4    A.    I don't know what customer it related to.
5    From my conversations with him, I think it was a job in
6    Nevada for a -- some type of mining or -- or -- I don't
7    know the specifics.
8    Q.    Okay.  And in ISG's interrogatory responses, I
9    think it lists Kasey Kraft as an estimator?
10   A.    That's correct.
11   Q.    Is that his --
12   A.    He's estimating manager, yes, which he's the
13   only estimator there so --
14   Q.    Okay.  So would you say he's in charge of
15   ISG's estimating?
16   A.    Yes.
17   Q.    And since he's been employed by ISG, he's been
18   estimating E&I projects?
19   A.    Yes.
20   Q.    And during that whole time as far as you're
21   aware, he had that estimate that he worked on for MMR,
22   correct?
23   A.    From 2019.
24   Q.    Okay.  So that's "yes"?
25   A.    Yes.

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.    Pages 38..41
JASON YATES, 06/15/2022

Page 38

1    Q.   Okay.  And do you know if he used that
2    estimate in any way to estimate or bid work on behalf
3    of ISG?
4    A.   I would hope not considering it's 2019 and a
5    lot of things have changed.
6    Q.   Did you ask him if he used it at all?
7    A.   No, I don't believe I did.
8    Q.   Do you know what tool -- what estimating tools
9    Kasey Kraft is using for ISG?
10   A.   Yes.  Labor sheets that were built by
11   Ben Huffman and -- I actually don't know the name of
12   the other sheet, but it's forms that were built by
13   Ben Huffman.
14   Q.   Do you know if he's using any top sheets or
15   green sheets from MMR?
16   A.   He should not be using any top sheets or green
17   sheets from MMR.
18   Q.   Okay.  But do you know if he actually is?
19   A.   Not that I've seen.
20   Q.   Do you -- how does the workflow go in terms of
21   once Kasey Kraft does an estimate for a project or a
22   bid -- competitive bid, who reviews it?
23   A.   I review it.  Travis Dardenne reviews it.
24   Cory Harold potentially reviews it.  There's multiple
25   people that can review it.

Page 39

1    Q.   And do they use any MMR top sheets or green
2    sheets to check his work?
3    A.   Not that I am aware of.
4    Q.   Okay.  And the reason I ask is because it
5    sounded like originally, before these new sheets were
6    built, you were doing that to check Mr. Milligan's
7    estimates?
8    A.   Correct.
9    Q.   Okay.  So is that practice -- are you still
10   doing that?
11   A.   No, because new sheets were built that were
12   built to suit us, so we're using our own sheets.
13   Q.   Okay.  Do you review -- before a bid goes out,
14   do you review the bid clarifications?
15   A.   Yes.
16   Q.   Okay.  Is Kasey Kraft in charge of that as
17   well?
18   A.   As the bid goes on, clarifications are jotted
19   down based on the different estimates.
20   Q.   I'm going to show you --
21        MR. KEE:  I'm going to mark this as
22        Exhibit 1.  And while we're doing this, this
23        is just the responses to the interrogatory --
24        the expedited interrogatories that MMR served
25        on ISG.

Page 40

1    (Exhibit No. 1 was marked for identification.)
2        MS. ROBICHAUX:  I have one.
3        MS. FIORE:  Sure.
4    BY MR. KEE:
5    Q.   And you can review -- you can review those now
6    if you want or I can --
7    A.   Is there something specific you're wanting me
8    to look at?
9    Q.   Well, how about -- do you -- did you --
10   A.   I reviewed them, yes.
11   Q.   And before they were sent, you made sure they
12   were accurate?
13   A.   To the best of my knowledge, yes.
14   Q.   Okay.  So if you turn to Interrogatory No. 4
15   and the responses on page 5...
16   A.   Okay.
17   Q.   And I'm just going to ask you about
18   some of these.  Since we're talking about Kasey Kraft,
19   I thought this was a good time --
20   A.   Okay.
21   Q.   -- to kind of focus on this.
22   Of the six jobs that are listed here, he --
23   Kasey Kraft did the estimating on these six?
24   A.   Yes.
25   Q.   Okay.  And he would have done the bid

Page 41

1    clarifications?
2    A.   Yes.
3    Q.   And that includes the UOP Plaquemines LNG
4    work --
5    A.   Yes.
6    Q.   -- No. 2?  Okay.
7        And did you review his estimate and the bid
8    clarifications on that project before it was sent to
9    the customer?
10   A.   I don't believe I looked at any
11   clarifications.  I believe this was a unit rate job,
12   so it was more so looking at the unit rates versus
13   clarifications.  And then I had conference calls with
14   the people we were bidding to.
15   Q.   Okay.  Now, the way this is framed, it says,
16   "Current projects or potential."  Of the six that are
17   listed here, which of the -- which are ones that MMR --
18   I mean, ISG actually won?
19   A.   None.
20   Q.   You haven't -- these are all just potential
21   projects?
22   A.   They were estimated projects.
23   Q.   Okay.  So am I correct that they're still just
24   potential projects at this point?
25   A.   Yeah, you could consider them that.  I

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Pages 42..45
JASON YATES, 06/15/2022

Page 42

1  don't -- I think the LNG is the only one open.  I'm not
2  sure if we've heard back from any of the others.  I
3  would have to request information.
4        Q.  So you're not aware, though, of any -- one
5  through six, of any being awarded to ISG?
6        A.  Absolutely not.
7        Q.  And I think you said No. 2 is the only one
8  that might -- as far as you know, is still open?
9        A.  Yeah.
10        Q.  Okay.  And how about right underneath that in
11  the response, "Current projects or potential projects
12  that David Heroman is working on or involved in"?
13        A.  Uh-huh.
14        Q.  It looks like there's seven.  Who did the --
15  did Kasey Kraft do the estimating on these projects to
16  the extent they were bid?
17        A.  No.  I believe David Heroman and Phil Totman
18  in Florida did those because I believe most of them
19  deal with DOT-type work, public bids or bidding to a
20  general contractor for public bids.
21        Q.  Well, how about the No. 7, the Disney work?
22        A.  I have not reviewed any of that.
23        Q.  Okay.  Do you know if ISG won any of the
24  Disney work that it bid?
25        A.  We had not been awarded any work from Disney.

Page 43

1        Q.  And I'll have the same questions that I had
2  relating to the projects that were listed for --
3  relating to Kasey Kraft.
4           Of the seven that are listed for Mr. Heroman,
5  has ISG been awarded any of these projects?
6        A.  Not that I'm aware of or not that I've been
7  told about.
8        Q.  Okay.  Was Mr. Heroman provided with
9  estimating tools that he should be using for ISG?
10        A.  He should have been.  I don't -- I didn't
11  provide it to him.
12        Q.  Okay.  And for the -- I should have told you,
13  you know, we don't want you to guess or, like,
14  speculate.
15        A.  Sure.
16        Q.  If you don't know, you know, that's -- we can
17  ask other -- we can ask him.
18           But as far as you know, you don't know if he
19  was provided estimating tools to use on behalf of ISG?
20        A.  No.
21        Q.  Okay.  Do you know if he used any information
22  that he -- that belongs to MMR to bid any of this work?
23        A.  No.
24        Q.  Okay.  Mr. Heroman was provided a computer, an
25  ISG computer?

Page 44

1        A.  Yes.
2        Q.  Do you know, was that right when he started?
3        A.  Yes.
4        Q.  Did you have the same conversation with
5  him that you had with Kasey Kraft regarding MMR
6  information?
7        A.  I did not hire Mr. Heroman.  I don't have
8  Mr. Heroman's phone number, so no.
9        Q.  Let me -- I think that was just a bad or
10  imprecise question.
11           It sounded like you had the conversation with
12  Kasey Kraft, after the lawsuit was filed, about MMR
13  information, and that's when you saw the estimate on
14  his computer?
15        A.  Incorrect.
16        Q.  Okay.  When did you have it?
17        A.  Whenever Kasey contacted us to come over, I
18  told him at that time, before he ever resigned from
19  MMR, do not take anything from MMR.  I was also asked,
20  "Would you like me to help you bid anything on my off
21  time?"  And I said, "I don't want you involved with ISG
22  while you're an employee of MMR, and do not bring
23  anything from MMR with you."
24        Q.  Okay.
25        A.  I wasn't involved in hiring David Heroman.  I

Page 45

1  still don't have David Heroman's phone number.  I
2  cannot answer anything to do with David Heroman.
3        Q.  I'm just trying to frame the timing.  When you
4  saw that Kasey Kraft actually had that estimate on his
5  ISG computer, that was after the lawsuit was filed?
6        A.  Yes.
7        Q.  Okay.  So my question is relating to
8  Mr. Heroman.  Did you have a similar conversation with
9  him after the lawsuit was filed, asking him, you know,
10  "Do you have any" --
11        A.  Yes.
12        Q.  -- "MMR information"?
13        A.  Yes.
14        Q.  Okay.  And what did he say?
15        A.  No.
16        Q.  Did you find anything on his computer that
17  looked, for instance, like an MMR bid similar to what
18  you found on Mr. Kraft's computer?
19        A.  No, because we had his computer FedExed.  I
20  never even unboxed it, and we sent it to the attorneys
21  immediately.  I didn't open it at all.
22        Q.  Okay.  Did you ask him if he used any MMR
23  information to bid any of this work?
24        A.  No.
25        Q.  Okay.

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Pages 46..49
JASON YATES, 06/15/2022

Page 46

1    A.   I did ask him if he had any MMR information
2  after this lawsuit, and he assured me no, he had done
3  everything properly.
4    Q.   And who was involved in the hiring of
5  Mr. Heroman?
6    A.   Travis Dardenne and Shawn Breeland.
7    Q.   Okay.  And Travis Dardenne, does he supervise
8  Mr. Heroman?
9    A.   Yes.  I would say yes.
10   Q.   Okay.  And is Mr. Heroman -- is he still
11 working in Florida?
12   A.   Yes.
13   Q.   Okay.  And you named another person.  I just
14 didn't catch it.
15   A.   Phil Totman.
16   Q.   Phil Totman.  Is he working in Florida as
17 well?
18   A.   He's working in Florida with David.  He --
19 he comes from a different background, the DOT side,
20 directional boring, that type of stuff, which is the
21 state work that we're doing or working to do in Florida
22 with David.  And that's what David and Phil had been
23 working on.  Other than when I say this Disney project,
24 most everything has been state work.
25   Q.   Okay.  Mr. Breeland, did he have any

Page 47

1  involvement with E&I work before ISG?
2    A.   Mr. Breeland has wired houses.  He has built
3  houses.  He has done multiple things in his career.  So
4  as far as industrial E&I work, any competitive-type
5  work versus what I did, absolutely not.
6    Q.   Okay.  What is his role at ISG?
7    A.   President.
8    Q.   He's president, okay.
9         And what are his job duties, or what do you
10 entrust him with?
11   A.   He is expanding geographically with the state
12 work and DOT work and that type of thing.
13   Q.   So is it that he's focused on the state work
14 and what you call the DOT work, and you're focused on
15 the E&I work?
16   A.   As of now, that would be a fair assumption.
17   Q.   Okay.  For the folks that are focused on the
18 E&I work, is there a clear division at ISG, folks
19 working on -- focusing on DOT work and folks focusing
20 on E&I work?
21   A.   At this point of us being as small as they
22 are, we all kind of cross the fence to do whatever we
23 have to do to make ends meet and make everything work.
24 So we're all involved in everything when it comes down
25 to it.  Whoever is needed in whatever area, we use them

Page 48

1  the best we can.
2    Q.   Okay.
3    A.   With 85 percent of our work being DOT work, so
4  the majority of us fool with that as well.
5    Q.   How many employees does ISG currently have?
6    A.   Roughly, I'm going to say -- and this is a
7  guess -- a close guess, in the 70 to 80 range.
8    Q.   For the folks that are doing that, I guess,
9  15 percent E&I work, are they all former MMR employees?
10   A.   No.
11   Q.   Okay.  And I'm not talking about the
12 technicians or the people in the field.  But the
13 project managers, your estimators, are they all former
14 MMR employees?
15   A.   No.
16   Q.   Since the lawsuit has been filed, have you
17 communicated with anyone at MMR about the lawsuit?
18   A.   Communicated as in?
19   Q.   Text, phone call, email?
20   A.   No.  I've been asked about it by everybody in
21 Baton Rouge that I've run across, and I don't discuss
22 it.
23   Q.   Okay.  Have you spoken with Kevin Alexander
24 about the lawsuit?
25   A.   No.

Page 49

1    Q.   When is the last time you spoke with
2  Mr. Alexander?  And when I say "speak," I mean call,
3  text.
4    A.   Last night.
5    Q.   Was that a business-related communication?
6    A.   That was a call where a comment was made to
7  me, "Are you ready for your big day tomorrow?"
8    Q.   Okay.
9    A.   And I said absolutely.  As my attorney has
10 instructed me, you can always remember the truth.
11   Q.   Is Kevin Alexander -- you said he had an
12 involvement with State Line.  Do you remember that?
13   A.   Yes.
14   Q.   Okay.
15   A.   I remember that.
16   Q.   What is his involvement with ISG?
17   A.   Zero.
18   Q.   Is he someone that you will communicate with
19 for, you know, guidance about business aspects --
20   A.   No, sir.
21   Q.   -- of the business?  Okay.
22        So would you say he's just a friend at this
23 point?
24   A.   Kevin Alexander is a father figure, brother
25 figure.  I've been close to Kevin since I was -- since

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Pages 50..53
JASON YATES, 06/15/2022

Page 50

1  1994.
2      Q.   Okay.
3      A.   So we are very close friends.
4      Q.   Is that why he was the person you reached out
5  to about what to do with the hard drive that had the
6  MMR information on it?
7      A.   Along with him being an owner -- stockholder
8  of MMR, yes.
9      Q.   And at that time that you had that
10 communication with Kevin Alexander, he was a
11 stockholder of MMR?
12     A.   To my knowledge, he's been a stockholder for
13 many years.
14     Q.   Okay.  Did you ever communicate with
15 Kevin Alexander about hiring MMR employees?
16     A.   No.
17     Q.   No, like, text messages about "We're thinking
18 about hiring this person"?
19     A.   Not that I can remember anything, no.
20     Q.   Any conversations or text messages with Kevin
21 about, you know, "hey, we just hired this person.  What
22 do you think or what's -- what's the -- how is MMR
23 reacting?"
24     A.   There was probably some conversation along
25 that line.

Page 51

1      Q.   Okay.
2      A.   After someone was hired or maybe he asked me
3  or -- I don't know the specifics.
4      Q.   Did he ever tell you, you know, "You shouldn't
5  be hiring away our people at MMR"?
6      A.   Well, I don't -- no, he did not tell me that.
7           MS. FIORE:  Object to form.
8  BY MR. KEE:
9      Q.   Did he ever try to dissuade you from hiring
10 MMR employees?
11     A.   I didn't discuss it with him prior to hiring
12 MMR employees.
13     Q.   Okay.
14     A.   And I believe I can hire whoever would like to
15 come to work, and I also never seeked out anybody with
16 MMR, and I have spoke with other MMR people in other
17 positions.  And to give an example on the record,
18 Valero, Gary Abston.  I heard comments from my HR
19 people that they were hiring some people from Valero.
20 I picked up the phone, called the MMR site manager, and
21 said, "Do these guys work for you?"
22           "Yes."
23           "Do you need them?  Are you laying them off?"
24           "No.  Why?"
25           "Because they're inquiring about work."

Page 52

1           "How long do you need them?"
2           "Well, I need to finish this job."
3           "Okay.  I will not hire them."
4           I went to my HR guy and said do not hire these
5  individuals.
6      Q.   And these are -- how would you classify
7  these --
8      A.   Those were -- those were working-level,
9  direct -- direct labor guys.
10     Q.   Labor guys --
11     A.   But still, out of respect --
12     Q.   Sure.
13     A.   -- four people in certain places with MMR, I
14 am not going out potentially seeking out to hurt MMR.
15 And everybody that has come to ISG has reached out to
16 me or other people on multiple occasions before they
17 were ever hired.
18     Q.   So did you have conversations with
19 Mr. Alexander, for instance, about hiring Mr. Heroman?
20     A.   I wasn't involved in hiring Mr. Heroman, so
21 no.  I did not --
22     Q.   That's imprecise.
23           Did you have conversations about -- with
24 Mr. Alexander about ISG hiring Mr. Heroman?
25     A.   No.  I had nothing to do with David Heroman.

Page 53

1      Q.   Okay.  And how about -- same question for
2  Kasey Kraft.  Did you have conversations with
3  Mr. Alexander about ISG hiring Kasey Kraft?
4      A.   Not that I'm aware of or not that I remember.
5      Q.   And how about -- same question about hiring
6  Travis Dardenne?
7      A.   No, because Travis, I believe, left the same
8  time I did.  So I can't say I remember any of that.
9  That was a long time ago.
10     Q.   You said that ISG purchases certain
11 consumables and safety equipment from State Line.  How
12 is that handled?  Is that, like, they invoice you; you
13 have purchase orders with them?  Like, how do you
14 acquire that stuff?
15     A.   They deal with Summer Anderson or Clint -- I
16 don't even want to pronounce his last name wrong.  I'm
17 not sure of his last name.  First name Clint.
18     Q.   Summer and Clint.
19     A.   They submit a rec because we're getting three
20 prices from multiple people.  If they have the lowest
21 price, they're written a PO, materials delivered.
22 We're invoiced, and we pay our invoice.
23     Q.   And Summer Anderson and Clint work for who?
24     A.   State Line.
25     Q.   State Line, okay.

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.          Pages 54..57
JASON YATES, 06/15/2022

Page 54

1  So they will -- they submit documentation to
2  you.  You then agree, "Yeah, we'll buy this product
3  from you"?
4       A.   If -- if they're low price, we buy it.  If
5  they're not low, we don't buy it.  If they can get
6  delivery in time, we buy it.  If they can't get
7  delivery in time, we go elsewhere.
8       Q.   Got you.  Are they one of your primary vendors
9  for this type of equipment or consumables?
10      A.   I would -- I would say it's equal across the
11 board with them and everybody else.  I wouldn't say
12 that I bought anymore from them than anyone else and so
13 on and so forth.
14           MR. KEE:  Let me just take a five-minute
15      break here, just talk with Matt.  And we might
16      be getting close to --
17           MS. FONACIER:  Sure.
18           MR. KEE:  -- being done.
19              (Recess taken.)
20 BY MR. KEE:
21      Q.   Mr. Yates, I just have a few follow-up
22 questions from some of the things that we talked about
23 earlier before the break.
24           So do you recall when you testified about
25 the -- kind of the early seeding money that you

Page 55

1  contributed to ISG in -- I think it was 2019, 2018?  Do
2  you recall that?
3       A.   Yes.
4       Q.   Did any -- who did you tell at MMR that you
5  were doing that, investing in ISG?
6       A.   Well, multiple people.  But John Clouatre,
7  myself, Jeff Escue, and Dan Howell had lunch at
8  Maxwell's one day.  And that is when I discussed it
9  with John, let him know what I was doing because he
10 gave me his opinion about -- years ago when MMR did
11 that type of work and so on and so forth and why they
12 don't do it anymore and everything else.  So there --
13 there were multiple people.  To sit here and give you a
14 list of names of everybody I told, I can't, but they
15 were aware.
16      Q.   And did you tell Kevin Alexander that you were
17 investing in this --
18      A.   Yes.
19      Q.   Okay.  Did he provide any capital or funding?
20      A.   No, sir.
21      Q.   Okay.  Now, you mentioned that High Point is
22 currently either an investor or thinking about
23 investing?
24      A.   High Ground.
25      Q.   High Ground.  Did you -- "you" meaning you or

Page 56

1  ISG, share, for instance, like, business plans with
2  High Ground?
3       A.   Yes.
4       Q.   And who was your contact at High Ground?
5       A.   Most of that ran through Shawn Breeland, so he
6  would have to get into that detail of who his contact
7  was.
8       Q.   Okay.  And was Shawn Breeland involved with
9  Vecta as well?
10      A.   Vecta, not Vector.  Yes.
11      Q.   V-e-c-t-a, yes.
12      A.   Yes.
13      Q.   And Shawn was involved with Vecta?
14      A.   Yes.
15      Q.   Okay.  As an owner?
16      A.   I don't believe -- I'm not sure.
17      Q.   And was High Ground an investor in Vecta as
18 well?
19      A.   I'm unsure of that as well.
20      Q.   Okay.  And High Ground has actually
21 contributed funding to ISG?
22           MS. FONACIER:  I'm going to object again
23      that this line of questioning doesn't have
24      anything to do with the forensic examination.
25           MR. KEE:  Trying to get at what

Page 57

1      documents were actually given to them and what
2      they've seen to the extent there's any
3      documents relevant to this case.  We think
4      that they're a source of information and
5      potentially custodian -- information.
6           THE WITNESS:  So repeat your question.
7  BY MR. KEE:
8       Q.   So the question is -- the question was --
9           MS. FONACIER:  Well -- and I think if
10      you want to ask that question, you can ask
11      that question, but I don't think we need to
12      get into the specifics of all the -- of any
13      possible investments.
14 BY MR. KEE:
15      Q.   So I'm just asking if they've contributed any
16 funding --
17      A.   Yes.
18      Q.   -- at ISG.  Okay.
19           And was that based on documents and -- that
20 you provided to High Ground?
21      A.   That was based on business plans, projections.
22      Q.   And were those projections related to I&E
23 work?
24      A.   Those projections were related to DOT work,
25 I&E work, anything in -- a projection is a projection

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.       Pages 58..61
JASON YATES, 06/15/2022

Page 58

1  based on the amount of work in the general area and a
2  certain percent you feel that you can obtain through
3  the bidding process.
4      Q.   And so the projection will be, like, a
5  forecasting of "We expect to get X amount of work over
6  the next" --
7      A.   Yes.
8      Q.   Did you share with -- I'll just call it due
9  diligence.  In their due diligence, did they ask, for
10 instance, for estimating tools?  Or how is it that
11 you --
12     A.   No.
13     Q.   -- obtain this work?  Okay.
14          Did you share that with them?
15     A.   No.
16     Q.   Did you share your proposals with them on the
17 projects?
18     A.   No.
19     Q.   Other than the business plan and projections,
20 what was it that you provided to High Ground?
21     A.   Financial information.
22     Q.   Did you share with High Ground, you know,
23 potential employees that ISG is going to go after or
24 potentially hire?
25     A.   No.

Page 59

1               MR. KEE:  I think that is it for today.
2               THE WITNESS:  Wonderful.
3               MR. KEE:  I hope this wasn't too painful
4          of a process for you.
5               THE WITNESS:  I mean, I have no issues
6          with that.
7               MS. FONACIER:  I have a few -- very few
8          follow-ups.
9                    EXAMINATION
10 BY MS. FONACIER:
11     Q.   Erin Fonacier representing ISG.
12          Would you characterize it as common knowledge
13 about your involvement with ISG while you were working
14 at MMR?
15     A.   Yes.
16     Q.   So people higher than you, lower than you, it
17 was known around the office?
18     A.   I would think it would have been known, yes.
19 I had two computers on my desk at certain times.
20     Q.   Did anyone at MMR assist you in doing any
21 estimates for ISG?
22     A.   Dan Howell did an estimate on his personal
23 time for Hurlburt Field in Fort Walton.
24     Q.   Did he use those green sheets to do that?
25     A.   Yes, I believe so.

Page 60

1      Q.   And he was aware that these were clearly for
2  ISG --
3      A.   Yes.
4      Q.   -- the estimates he was doing?
5      A.   Yes.
6      Q.   These green sheets, as we're calling them,
7  when you used them when you were no longer at MMR, do
8  they have access or pull any information from any --
9  anything connected to MMR?  Is there any sort of
10 database, or, you know, is it backtracking any way to
11 MMR?
12     A.   It's not backtracking to -- the -- the green
13 sheets are an estimating database that you can look up
14 specific items to formulate your estimate after you do
15 a takeoff on a project, you input 100-foot of conduit,
16 or this and that.  The green sheets have a NECA
17 database labor unit that's put in, that -- in my
18 experience at MMR, for different facilities, I -- we
19 would change the labor units depending on job analysis
20 over time at facilities.
21          There are some plug numbers for material
22 pricing, which is solely a plug number that you end up
23 going back out for pricing.  So all the reviews I did
24 in my years at MMR, when I would go in, we would review
25 all the labor units.  I would change and make

Page 61

1  suggestions on labor units to what I wanted.  They
2  would send off all the material for pricing, and the
3  pricing would get changed in it as well.
4      Q.   And did you change or remove anything from
5  these green sheets while you were at ISG?
6      A.   Yes.  I think at the beginning because the
7  guys, when they were doing it with the DOT work, they
8  like the easy way out where it had the plug numbers for
9  materials.  So I think we went in and wiped out all of
10 that, any number.  That way, I can make sure they were
11 going get pricing on their own rather than trying to
12 just take for granted a price that was there because I
13 know it was incorrect, and I wanted to make sure they
14 didn't fall into that situation.
15     Q.   And are NECA ratings public?  Or where does
16 that come from?
17     A.   It's public knowledge.  You can buy a NECA
18 book.  You can look it up online.  And there's a low,
19 medium, and hard average on labor units for everything
20 in NECA.
21          MS. FONACIER:  I think that's all I
22     have.
23                    RE-EXAMINATION
24 BY MR. KEE:
25     Q.   You said, Mr. Yates, you had two computers at

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Pages 62..65
JASON YATES, 06/15/2022

Page 62

1    MMR sometimes?
2        A.   Yes.
3        Q.   Was that -- one of them was your personal
4    computer, or was it an ISG --
5        A.   One was an ISG computer.
6        Q.   And was that the first ISG computer --
7        A.   Yes.
8        Q.   -- that you were referring to?  Okay.
9        A.   Yes.
10       Q.   Dan Howell, you said, did some estimating --
11   or one estimate on his personal time?
12       A.   Yes.
13       Q.   What's Dan Howell's position at MMR?
14       A.   Jack-of-all-trades.
15       Q.   Okay.
16       A.   I don't -- I don't know his -- his title now.
17   I know he has been in estimating.  He's been in project
18   controls.  He's run work for them.  He's traveled
19   across the country for them.  He's done pretty much
20   everything.
21       Q.   Okay.  Who at MMR approved Dan Howell to do
22   that?
23       A.   I can't answer that.
24       Q.   Okay.
25       A.   I didn't request permission from anyone, no.

Page 63

1        Q.   Why did you go to Dan Howell to bid this work?
2        A.   Because he was on the same floor as me while
3    he was in on a job.  And again, talking about what was
4    going on with me, he was like, "Hey, I'll -- I'll help
5    you out with that."
6        Q.   And so was this while you were at MMR?
7        A.   Yes.
8        Q.   Okay.  So this was for DOT work?
9        A.   Yes.  Or government work or however you want
10   to put it.
11       Q.   How about this.  It wasn't for E&I work?
12       A.   No, sir.  Or let me -- let me retract that
13   statement.  It was electrical work within a military
14   base.  That is a government project.
15       Q.   Okay.  So it wasn't something that MMR --
16       A.   No.
17       Q.   -- would be competing for?
18       A.   No, sir.
19       Q.   Okay.
20            MR. KEE:  I think we're done.
21            THE REPORTER:  And do you need a copy of
22   this transcript?
23            MS. FONACIER:  Yes.  We'd like to read
24   and sign.
25            THE REPORTER:  And, Ms. Robichaux?

Page 64

1            MS. ROBICHAUX:  Yes, please, electronic.
2    (This proceeding was concluded at 11:09 a.m. on
3    June 15, 2022.)

Page 65

1                 REPORTER'S CERTIFICATE
2        I, YOLANDA J. PENA, Certified Court Reporter in
     and for the State of Louisiana, Registered
3    Professional Reporter, and as the officer before whom
     this testimony was taken, do hereby certify that JASON
4    YATES, after having been duly sworn by me upon
     authority of R.S. 37:2554, did testify as set forth in
5    the foregoing 64 pages.
         I further certify that said testimony was reported
6    by me in the Stenotype reporting method, was prepared
     and transcribed by me or under my direction and
7    supervision, and is a true and correct transcript to
     the best of my ability and understanding.
8        I further certify that the transcript has been
     prepared in compliance with transcript format
9    guidelines required by statute or by rules of the
     board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
     or entity making arrangements for deposition services.
11       I further certify that I have acted in compliance
     with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
     1434, and in rules and advisory opinions of the board.
13       I further certify that I am not an attorney or
     counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
     connected with this action, and that I have no
15   financial interest in the outcome of this matter.
         This certificate is valid only for this
16   transcript, accompanied by my original signature and
     original raised seal on this page.
17
         Baton Rouge, Louisiana, this 22nd day of June,
18   2022.
19
20
21
22            _____
              YOLANDA J. PENA, CCR, RPR
23            CCR NO. 2017002, RPR NO. 907346
24
25

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.        Pages 66..67
JASON YATES, 06/15/2022

```
                                              Page 66
1                    Errata Sheet
2   NAME OF CASE:    MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.
3   DATE OF DEPOSITION: 06/15/2022
4   NAME OF WITNESS:   JASON YATES
5   Reason Codes: 1. To clarify the record.
6                 2. To conform to the facts.
7                 3. To correct transcription errors.
8   Page _____ Line _____ Reason _____
9   From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24                    _____
25                    JASON YATES
```

```
                                              Page 67
1                 WITNESS CERTIFICATION
2
3        I hereby certify that I have read the
4   foregoing transcript of my deposition testimony,
5   and that my answers to the questions propounded,
6   with the attached corrections or changes, if
7   any, are true and correct.
8
9
10
11
12
13  _____     _____
    DATE           JASON YATES
14
15
16
17                 _____
                   PRINT NAME
18
19
20  JOB 429873
21  MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.
22
23
24
25
```



(866) 715-7770
advancedONE.com

## Exhibits

**Yates, Jason 06-15-22 ( MMR Constructors, Inc.) Exhibit 1**
  4:12 39:22 40:1

---

## 1

**1**
  39:22 40:1

**100-foot**
  60:15

**10:00**
  17:7

**11:09**
  64:2

**12th**
  17:4

**15**
  48:9 64:3

**1994**
  50:1

**19th**
  17:6,7,15

---

## 2

**2**
  41:6 42:7

**20**
  9:1,4 11:25 15:5 21:23
  31:9

**2008**
  21:11 25:20

**2018**

  55:1

**2019**
  8:21 11:17,19 35:8 37:23
  38:4 55:1

**2020**
  8:23

**2021**
  11:20 17:13,14 20:4,5

**2022**
  64:3

**20th**
  17:15,20

**21**
  9:6 15:5

**2220**
  6:2

---

## 4

**4**
  40:14

---

## 5

**5**
  40:15

---

## 7

**7**
  42:21

**70**
  48:7

**70810**
  6:3

---

## 8

**80**
  48:7

**85**
  48:3

---

## A

**a.m.**
  64:2

**able**
  26:25 29:20 31:21 32:5
  35:13

**about**
  10:24 15:19 16:20 17:1,5
  20:10 25:8 26:10,13
  27:22 29:23,24 31:1
  32:2,12 33:15 34:7,18
  35:21 40:9,17,18 42:10,
  21 43:7 44:12 48:11,17,
  20,24 49:19 50:5,15,17,
  18,21 51:25 52:19,23,24
  53:1,3,5 54:22,24 55:10,
  22 59:13 63:3,11

**absolutely**
  11:21 42:6 47:5 49:9

**Abston**
  51:18

**access**
  23:15,18 27:10 34:1 60:8

**account**
  33:24 36:4,5

**accounting**
  28:22

**accounts**
  28:5

**accurate**
25:16 40:12

**accurately**
10:2

**acquire**
53:14

**across**
48:21 54:10 62:19

**actually**
9:7 17:22 25:19 38:11,18
41:18 45:4 56:20 57:1

**add**
12:16

**after**
12:17 14:18 15:3,11,24
22:9,25 24:1 32:23 36:20
44:12 45:5,9 46:2 51:2
58:23 60:14

**again**
56:22 63:3

**against**
30:20,21

**aggravation**
22:18

**ago**
53:9 55:10

**agree**
54:2

**Alexander**
7:13 22:12,13,20 23:1
24:2 48:23 49:2,11,24
50:10,15 52:19,24 53:3
55:16

**all**
11:7 16:11 17:17 20:16,
18 25:15 26:24 27:7,24

**allegation**
32:1

**allegations**
34:15

**alone**
36:25

**along**
50:7,24

**already**
15:13,17 33:14

**also**
12:16 15:6 17:18 25:12
28:5 34:1 44:19 51:15

**always**
21:22 49:10

**am**
28:4 39:3 41:23 52:14

**amount**
58:1,5

**an**
6:23 7:19 9:18 17:5
18:18,22,23 19:17 20:25
21:22 22:10 24:22 25:15
27:6,17,20 33:21,24
35:7,9 36:15 37:9 38:21
43:24 44:22 45:17 49:11
50:7 51:17 55:22 56:15,
17 59:22 60:13 62:4,5

**analysis**
60:19

**and**
6:3,13,16,19,23 7:8,11,
13 8:1,6,8,13,14,19,22
9:3,7,11,21,23,24,25

28:1 35:20 38:6 41:20
45:21 47:22,24 48:9,13
57:12 60:23,25 61:2,9,21

10:1,6,10,13,24 11:6,11,
23 12:3,5,13,20,21 13:1,
10,16,17 14:4,18,23,24
15:6,15,22,23 16:1,3,4,9
17:1,5,7,8,16,17,18,20,
22,23 18:1,2,3,4,5,6,12,
20,22 19:21 20:19,21
21:1,6,16,18,21,22,23,24
22:5,6,8,11,14,17 23:4,9,
12,15,24 24:1,17,19
25:11,18,19,21,23 26:2,
8,18,24 27:4,11,12,24
28:5,8,22 29:3,11,14,20
30:25 31:2,8,9,11,18
32:24 33:21,24 34:1,4,
13,20 35:8,9,10,19,21
36:8,15,19,21,22,25
37:1,8,17,20 38:1,4,11
39:1,4,22 40:5,11,15,17,
25 41:3,7,13 42:7,10,17
43:1,12 44:13,21,22
45:14,20 46:2,4,6,7,10,
13,22 47:9,12,14,19,23
48:6,11,21 49:2,9 50:9
51:14,15,16,17,20 52:4,
6,15 53:1,5,11,18,22,23
54:11,12,13,15 55:7,8,
11,12,13,16 56:4,8,13,
17,20 57:1,4,9,19,22
58:1,4,19 60:1,16,25
61:2,4,9,13,15,18,19
62:6 63:3,6,21,24,25

**Anderson**
53:15,23

**another**
46:13

**answer**
7:20 8:7 10:2 12:16
19:25 20:25 25:16 27:7
36:7 45:2 62:23



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**answers**
29:8

**any**
10:14 12:23 13:24 14:2,
14 15:12 16:5 19:3,6
20:8,10,14,23 21:5,10
25:4,25 26:1 28:4 29:2
30:5 32:9,14,25 33:12,17
34:10 35:4,16,25 36:3
38:2,14,16 39:1 41:10
42:2,4,5,22,23,25 43:5,
21,22 45:10,22,23 46:1,
25 47:4 50:20 53:8 55:4,
19 57:2,12,15 59:20
60:8,9,10 61:10

**anybody**
17:24 22:25 51:15

**anymore**
17:23 54:12 55:12

**anyone**
22:15 48:17 54:12 59:20
62:25

**anything**
19:8 21:2,3 25:5 26:8
36:22 44:19,20,23 45:2,
16 50:19 56:24 57:25
60:9 61:4

**approved**
62:21

**approximately**
17:7

**April**
18:13,17

**are**
6:25 10:6 12:22 13:3
20:17 25:7 27:7 29:17,
18,24 31:1 39:9,18 40:22
41:16,17,20 43:4 47:9,

17,22 48:8,9,13 49:7
50:3 51:23 52:6 54:8
60:13,21 61:15

**area**
47:25 58:1

**around**
7:1 18:15 59:17

**as**
6:4,17 7:21 8:1 9:3 13:8
14:22 15:4,6,20 16:2
17:15,18,19 19:1 20:1
23:13 26:23 33:11 37:9,
20 39:16,18,21 42:8
43:18 46:16 47:4,16,21
48:4,18 49:9 56:9,15,17,
19 59:12 60:6 61:3 63:2

**Aside**
29:1

**ask**
10:19 22:3 23:25 29:19,
22 34:18 35:16 38:6 39:4
40:17 43:17 45:22 46:1
57:10 58:9

**asked**
17:4,9,16,24 32:23 44:19
48:20 51:2

**asking**
12:19 45:9 57:15

**aspects**
49:19

**assist**
59:20

**assume**
25:14

**assuming**
28:3 36:10

**assumption**
47:16

**assured**
46:2

**at**
6:10,13 7:2 9:8,16 10:19,
23 11:17 12:9,18 13:1,5,
11,15 14:20,22 15:7,14,
16,23 16:5,6,19,22 17:6,
7 18:4,7 19:12,21 20:13
21:4,14 22:15,16,21
23:5,11 24:18 25:10,13,
20,21 26:4,21 29:2,7
31:22 32:12 38:6 40:8
41:10,12,24 44:18 45:21
47:6,18,21 48:17 49:22
50:9 51:5 55:4,7 56:4,25
57:18 59:14,19,20 60:7,
18,20,24 61:5,6,25
62:13,21 63:6 64:2

**attorney**
49:9

**attorneys**
21:17 45:20

**audible**
28:10

**average**
61:19

**awarded**
16:4 42:5,25 43:5

**aware**
6:20 12:4 15:10 17:19
19:5,7 28:21 33:10,11
37:21 39:3 42:4 43:6
53:4 55:15 60:1

**away**
51:5

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

## B

**back**
17:23 21:11 35:8 42:2
60:23

**backed**
23:13

**background**
10:19 46:19

**backing**
10:14 21:22

**backtracking**
60:10,12

**bad**
44:9

**base**
63:14

**based**
20:12 39:19 57:19,21
58:1

**basically**
13:21

**Baton**
6:2 48:21

**be**
6:25 8:6,10 10:22 12:19
15:24 19:12 25:3,5 26:9
27:11 29:11,19 31:21
32:5 36:15,19 37:1 38:16
43:9 47:16 51:5 54:16
58:4 63:17

**became**
12:9

**because**
8:3 11:25 14:6 16:15
17:24 19:11,25 23:13,21
25:20 26:5 29:8 31:10
36:20 39:4,11 42:18
45:19 51:25 53:7,19 55:9
61:6,12 63:2

**become**
16:18

**been**
6:3,17 15:17 18:19 19:15
37:17 42:25 43:5,6,10
46:22,24 48:16,20 49:25
50:12 59:18 62:17

**before**
14:7,9 15:4 16:11 18:9
33:14 39:5,13 40:11 41:8
44:18 47:1 52:16 54:23

**beginning**
29:7 61:6

**behalf**
38:2 43:19

**being**
15:13,17 16:3 18:2 21:22
42:5 47:21 48:3 50:7
54:18

**believe**
9:6 15:5,21 17:19 18:12
30:7 35:24 38:7 41:10,11
42:17,18 51:14 53:7
56:16 59:25

**belonged**
31:13

**belongs**
43:22

**Ben**
18:21,22 19:3,14 20:2
38:11,13

**besides**
9:20 10:13

**best**
8:5 27:22 40:13 48:1

**better**
27:25

**between**
8:22 12:1 20:4

**bid**
20:9,14,23 21:5,10 38:2,
22 39:13,14,18 40:25
41:7 42:16,24 43:22
44:20 45:17,23 63:1

**bidding**
41:14 42:19 58:3

**bids**
12:8 16:1 20:15 42:19,20

**big**
49:7

**board**
54:11

**book**
61:18

**Boone**
9:9

**boring**
46:20

**both**
19:11

**bought**
54:12

**Brad**
35:20

**break**
54:15,23

**Breeland**
9:21 33:7 46:6,25 47:2

56:5,8

**Breeland's**
10:4,5

**briefly**
6:8

**bring**
14:14,17 19:3,6,8 20:22
33:12 34:10 36:22 44:22

**brother**
49:24

**brought**
9:7,12 19:15 33:17 36:20

**build**
19:22

**building**
16:14 18:19 19:18,20

**built**
16:3 38:10,12 39:6,11,12
47:2

**burnouts**
25:20

**business**
49:19,21 56:1 57:21
58:19

**business-related**
21:25 49:5

**busy**
26:5

**but**
7:12,23 8:3 9:18 10:21
12:9,16 15:10 16:10
18:23 19:14,18,25 21:3
25:14 26:15 27:21 28:1
29:8,11 30:12,16 31:5,22
32:8,22 38:12,18 43:18
48:12 52:11 55:6,14

57:11

**buy**
7:9 54:2,4,5,6 61:17

**by**
6:6 8:25 9:18 11:3 17:10
19:13 20:1 21:8 25:9
27:18 28:4,14 30:4,15,17
35:20 37:17 38:10,12
40:4 48:20 51:8 54:20
57:7,14 59:10 61:24

---

**C**

---

**call**
22:3,5,8,11 23:20,25
24:1 32:21 47:14 48:19
49:2,6 58:8

**called**
51:20

**calling**
12:21 60:6

**calls**
12:18 41:13

**came**
13:12 16:11 17:22

**can**
11:14 16:22,24 19:12
25:3 27:7 29:22 30:14,18
38:25 40:5,6 43:16,17
48:1 49:10 50:19 51:14
54:5 57:10 58:2 60:13
61:10,17,18

**can't**
7:20 19:25 24:21 31:16
53:8 54:6 55:14 62:23

**cannot**
10:2 20:25 22:9 25:15
31:9 36:7 45:2

**capital**
55:19

**career**
47:3

**case**
6:9,19 31:24 57:3

**catch**
46:14

**Causeway**
9:9

**centered**
7:1

**CEO**
8:18 13:8 16:18,19

**certain**
12:18 17:16 27:8 34:2,3
52:13 53:10 58:2 59:19

**chance**
6:10,13

**change**
60:19,25 61:4

**changed**
38:5 61:3

**characterize**
59:12

**charge**
37:14 39:16

**check**
16:24 39:2,6

**Chemical**
17:19,20

**clarification**
29:23

**clarifications**
20:14,16,17,23 21:5,10

39:14,18 41:1,8,11,13

**classify**
52:6

**cleaner**
8:6

**clear**
17:8 27:12 36:19 47:18

**clearly**
60:1

**client**
25:2

**clients**
30:20,21

**Clint**
53:15,17,18,23

**close**
48:7 49:25 50:3 54:16

**closed**
17:18

**closest**
18:7

**Clouatre**
17:3 22:5,16 55:6

**cloud-based**
27:2,3 28:2

**code**
36:15,16

**come**
13:8 14:8 33:5 44:17
51:15 52:15 61:16

**comes**
46:19 47:24

**coming**
32:12 33:15 34:7

**comment**
49:6

**comments**
9:8 51:18

**common**
59:12

**communicate**
49:18 50:14

**communicated**
48:17,18

**communication**
49:5 50:10

**company**
11:8,9,10,12 13:12,13
32:9

**competing**
63:17

**competitive**
11:17,20 20:9 30:19
38:22

**competitive-type**
47:4

**competitor**
12:9

**competitors**
30:22 31:13,15

**complaint**
6:10 31:24 34:15 35:23

**computer**
21:22 23:5,10,13,19
24:3,10,15,20,23 26:1,
10,18 27:1 28:4 30:6
33:22 35:5,6,14 36:6,9
43:24,25 44:14 45:5,16,
18,19 62:4,5,6

**computers**
21:21 26:24 29:24 30:24
37:1 59:19 61:25

**computing**
26:23

**concluded**
64:2

**conduit**
60:15

**conference**
41:13

**connected**
60:9

**consider**
41:25

**considering**
38:4

**Constructors**
6:9

**consumables**
7:10 53:11 54:9

**contact**
56:4,6

**contacted**
22:16 44:17

**contacting**
13:4

**contacts**
13:1

**continue**
18:2

**continued**
15:16,24

**contract**
9:7,12

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**contractor**
42:20

**contracts**
15:7 20:11

**contributed**
55:1 56:21 57:15

**control**
12:7

**controls**
62:18

**conversation**
17:8 23:24 44:4,11 45:8
50:24

**conversational**
8:3

**conversations**
8:21 33:15 37:5 50:20
52:18,23 53:2

**copy**
9:12 63:21

**correct**
9:2,19 12:12,14 16:25
19:19,22 26:22 27:12,23
36:16,17 37:10,22 39:8
41:23

**Cory**
38:24

**could**
8:8 18:2,4 26:4 29:8
32:21,22,23 41:25

**couldn't**
17:23 18:18

**country**
62:19

**couple**
9:10 16:11

**court**
8:4

**created**
25:21

**creating**
14:12

**CRM**
28:16

**cross**
47:22

**crossed**
12:1

**Crossing**
6:2

**current**
8:17 41:16 42:11

**currently**
48:5 55:22

**custodian**
57:5

**customer**
28:16 37:2,4 41:9

**customer-related**
25:4,12

**cut**
8:7

---

**D**

**Dan**
55:7 59:22 62:10,13,21
63:1

**Dardenne**
32:16,17,19,21 33:2,4,5,
11,16,21 38:23 46:6,7
53:6

**data**
25:2,15

**database**
60:10,13,17

**date**
16:24 17:12 18:18 20:5
22:10 24:21

**dates**
9:2

**dating**
21:11

**David**
42:12,17 44:25 45:1,2
46:18,22 52:25

**day**
49:7 55:8

**deal**
7:16 17:18 42:19 53:15

**decision**
17:6

**delete**
36:25

**deleted**
26:8

**delivered**
53:21

**delivery**
54:6,7

**department**
32:4

**depending**
60:19

**depose**
27:7

**deposition**

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.          75
JASON YATES, 06/15/2022                              Index: desk..DOT

6:14,17 7:2,3 10:22

**desk**
59:19

**desktop**
26:4 36:11,13

**detail**
56:6

**device**
29:2

**devices**
29:14 30:1,5,8 32:7
35:17 36:2

**Diamond**
14:10

**did**
6:13 8:19 9:17,20,25
10:8,10 13:8,10 14:2,8,
14,17,24 15:12 16:4,6,20
17:18 19:3,6 20:7,10,13,
22 21:4,9,18 22:8,11,20,
23,24 23:1,4,5,9,15,18
24:2,9,19,23 25:25 26:10
27:15,16 30:5,7 31:5,23
32:4,18 33:7 34:7,15,18,
20 35:7,11,13,16,19
38:6,7 40:9,23 41:7
42:14,15,18 44:4,7,16
45:8,14,16,22 46:1,25
47:5 50:14 51:4,6,9
52:18,21,23 53:2,8 55:4,
10,16,19,25 58:8,9,14,
16,22 59:20,22,24 60:23
61:4 62:10 63:1

**didn't**
16:16 26:7 33:4 34:25
43:10 45:21 46:14 51:11
61:14 62:25

**different**
12:22 16:16 17:17 25:19
39:19 46:19 60:18

**difficult**
19:12

**diligence**
58:9

**direct**
52:9

**direction**
12:3

**directional**
46:20

**directive**
35:12

**discuss**
7:3 48:21 51:11

**discussed**
20:7 55:8

**Disney**
42:21,24,25 46:23

**dissuade**
51:9

**distinction**
30:15

**division**
47:18

**do**
7:2 8:13,14,24 11:7,11
12:20,23 17:16,23 19:23
21:16,17 22:7 23:25
24:12 26:25 27:5 28:15,
17,22 29:14,17 30:7,8,
10,14,15,17 31:15 32:1
33:16,18,20 35:3,25
36:1,3,21 37:2 38:1,8,14,

18,20 39:1,13,14 40:9
42:15,23 43:21 44:2,19,
22 45:2,10 46:21 47:9,
22,23 49:12 50:5,22
51:21,23 52:1,4,25 53:13
54:24 55:1,12 56:24
59:24 60:7,14 62:21
63:21

**documentation**
54:1

**documents**
13:24 19:6 21:11 25:25
31:19 35:4 57:1,3,19

**does**
7:5,15 8:16 10:14 26:25
27:9 28:15,19 38:20,21
46:7 48:5 61:15

**doesn't**
56:23

**doing**
11:24 12:6 15:10 18:3
20:1 26:2 39:6,10,22
46:21 48:8 55:5,9 59:20
60:4 61:7

**don't**
7:12,20 8:5 19:23 21:1,2
22:7,14 26:13 28:2,11,13
30:10 31:10 33:12 36:25
37:4,6 38:7,11 41:10
42:1 43:10,13,16,18
44:7,21 45:1 48:21 51:3,
6 53:16 54:5 55:12 56:16
57:11 62:16

**done**
14:6 34:22 35:9 37:1
40:25 46:2 47:3 54:18
62:19 63:20

**DOT**

9:13 16:2 20:16 46:19
47:12,14,19 48:3 57:24
61:7 63:8

**DOT-TYPE**
42:19

**DOTD**
9:7 12:7

**Dow**
17:19,20,21

**down**
8:4 39:19 47:24

**downloading**
32:6 34:16 35:1

**Dows**
12:24

**drafted**
20:19

**drive**
6:2 21:12,13,16,19 22:14
23:2,9,19 24:2,7,25 25:1,
10 26:1,11 29:1 30:2
31:12 34:16 35:22 50:5

**drives**
21:21 30:1 31:21

**due**
21:20 58:8,9

**dug**
31:20

**duly**
6:3

**duration**
21:1

**during**
37:20

**duties**

47:9

---

## E

**E&i**
16:3,4 20:10 37:18 47:1,
4,15,18,20 48:9 63:11

**each**
8:5

**earlier**
54:23

**early**
54:25

**easier**
8:6

**easy**
61:8

**edges**
30:19

**either**
18:15 55:22

**elaboration**
22:25

**Electric**
14:10

**electrical**
63:13

**electronic**
64:1

**elementary**
25:21

**else**
22:15 24:8 54:11,12
55:12

**elsewhere**
54:7

**email**
28:5 33:24 36:4 48:19

**employed**
9:18 37:17

**employee**
18:24 27:17,20 44:22

**employees**
13:10,14 28:6 32:5 48:5,
9,14 50:15 51:10,12
58:23

**employees'**
26:24

**employment**
19:2

**end**
60:22

**ends**
47:23

**engaged**
17:21

**entered**
6:23

**entire**
24:10

**entrust**
47:10

**entrusted**
14:11

**equal**
54:10

**equipment**
53:11 54:9

**equity**
11:8

**Erin**

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

59:11

**Escue**
55:7

**estimate**
14:19 35:7,9,14 36:6,8
37:2,21 38:2,21 41:7
44:13 45:4 59:22 60:14
62:11

**estimated**
41:22

**estimates**
36:16 39:7,19 59:21 60:4

**estimating**
14:2,4,12,14 37:12,15,18
38:8 40:23 42:15 43:9,19
58:10 60:13 62:10,17

**estimator**
18:23 19:17 37:9,13

**estimators**
48:13

**even**
8:9 45:20 53:16

**evening**
18:5

**ever**
44:18 50:14 51:4,9 52:17

**every**
27:10 28:3

**everybody**
19:7 27:9 48:20 52:15
54:11 55:14

**everybody's**
22:17

**everyone**
36:21

**everything**
8:4 22:17 24:7 26:12
46:3,24 47:23,24 55:12
61:19 62:20

**exact**
18:18 22:10

**examination**
6:5 56:24 59:9

**examined**
6:3

**example**
51:17

**exclusively**
16:21 20:6

**exhibit**
39:22 40:1

**expanding**
47:11

**expect**
58:5

**expedited**
39:24

**experience**
60:18

**explained**
35:8

**extent**
14:23 42:16 57:2

**external**
23:16,18 24:2 25:1,10,25
26:11 29:1,2,14 30:1
32:6 35:16,22,25

---

**F**

---

**F-L-Y**

13:19,20

**facilities**
12:18,22 17:17 60:18,20

**fair**
47:16

**fall**
61:14

**far**
7:21 9:3 26:23 33:11
37:20 42:8 43:18 47:4

**father**
49:24

**Fedexed**
45:19

**feel**
58:2

**felt**
17:22 18:1 34:22

**fence**
47:22

**few**
18:9 54:21 59:7

**field**
48:12 59:23

**figure**
31:21 49:24,25

**filed**
6:11 18:10,12 31:24
44:12 45:5,9 48:16

**files**
21:25 23:15,18

**financial**
10:14 58:21

**find**
32:23 45:16

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**fine**
  28:11

**finish**
  8:9 19:10 52:2

**FIORE**
  10:16,21 11:2 21:6 25:7
  29:22 30:3 40:3 51:7

**first**
  6:3,8 9:6,11,17 11:20
  15:5 17:3 24:13,22 26:14
  53:17 62:6

**fit**
  16:15

**five-minute**
  54:14

**floor**
  63:2

**Florida**
  42:18 46:11,16,18,21

**Fly**
  9:4 13:17,18

**focus**
  15:9,11 40:21

**focused**
  47:13,14,17

**focusing**
  47:19

**folder**
  35:6 36:9

**folks**
  47:17,18,19 48:8

**follow-up**
  54:21

**follow-ups**
  59:8

**follows**
  6:4

**Fonacier**
  19:10 28:12 54:17 56:22
  57:9 59:7,10,11 61:21
  63:23

**fool**
  48:4

**for**
  6:8,14 9:13,25 10:1
  11:25 12:2,20 16:2,3,21
  17:20 20:5,14,16,19,23
  21:23,24 23:6 24:6 25:22
  26:15 27:9,14 28:5,23
  29:9,19,22 31:3,5 32:6,
  23 35:6 37:6,21 38:9,21
  40:1 42:20 43:2,4,9,12
  45:17 47:17 48:8 49:7,19
  50:12 51:21 52:19 53:1,
  23 54:9 56:1 58:9,10
  59:1,4,21,23 60:1,18,21,
  23 61:2,8,12,19 62:18,19
  63:8,11,17

**forecasting**
  58:5

**forensic**
  6:18,20 10:17 56:24

**forensics**
  35:6

**form**
  21:6 25:7 28:4 51:7

**former**
  48:9,13

**forms**
  16:2 18:19 38:12

**formulate**
  60:14

**Fort**
  59:23

**forth**
  21:23 36:20 54:13 55:11

**forwarded**
  36:5

**found**
  12:19 45:18

**four**
  52:13

**frame**
  18:17 45:3

**framed**
  41:15

**free**
  36:12

**friend**
  49:22

**friends**
  10:4 13:3 50:3

**from**
  11:19 12:18 13:22 14:14
  18:6 19:15 23:15,16
  25:13,20,25 29:1 31:7
  32:15 33:19 34:11 35:12
  37:5,23 38:15,17 42:2,25
  44:18,19,23 46:19 51:9,
  18,19 53:11,20 54:3,12,
  22 60:8 61:4,16 62:25

**full**
  7:2

**fully**
  17:21

**funding**
  8:23,24 11:16,19 55:19
  56:21 57:16

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**funny**
25:19

---

**G**

---

**gain**
30:19

**Gary**
51:18

**gave**
33:5 55:10

**general**
20:17 42:20 58:1

**geographically**
47:11

**get**
9:2 10:18 17:11 20:2
23:2 24:19 54:5,6 56:6,
25 57:12 58:5 61:3,11

**getting**
20:15 53:19 54:16

**give**
13:25 16:24 18:18 20:25
22:9 24:21 25:15 31:9,16
51:17 55:13

**given**
20:11 33:21 57:1

**go**
8:1 26:4 38:20 54:7
58:23 60:24 63:1

**Godaddy**
27:4

**goes**
39:13,18

**going**
6:25 7:13 8:2,3,10,21

10:19,22 16:11 17:11,24
22:7,20,22,24 27:7
39:20,21 40:17 48:6
52:14 56:22 58:23 60:23
61:11 63:4

**good**
12:3 40:19

**got**
19:15 25:1 27:21 35:12
54:8

**government**
63:9,14

**granted**
61:12

**green**
15:19 19:3 38:15,16 39:1
59:24 60:6,12,16 61:5

**ground**
6:16 11:15,16 55:24,25
56:2,4,17,20 57:20
58:20,22

**guess**
16:10 23:4 26:18 32:22
43:13 48:7,8

**guessing**
28:19

**guidance**
49:19

**guru**
28:4

**guy**
27:6 35:10 52:4

**guys**
51:21 52:9,10 61:7

**H**

---

**had**
6:10 9:8,14,18 13:1,5,21,
24 14:4,6,24 15:2,6,17
17:8,18,20,21 18:18
19:15,21 20:16,21 21:11,
13,14 22:13,21 24:9,11
25:11 32:5 33:14 34:22
35:6,9,16,17 36:3,23
37:21 41:13 42:25 43:1
44:5,11 45:4,19 46:1,2,
22 49:11 50:5,9 52:25
55:7 59:19 61:8,25

**handed**
21:2

**handle**
27:13

**handled**
53:12

**hard**
21:11,13,16,19,21 22:14
23:2,9,18 24:2,7,25 25:1,
10 26:1,11 29:1,9 30:2
31:21 34:16 35:21,22
50:5 61:19

**Harold**
38:24

**has**
7:23 9:8 10:14 19:11
28:5 32:2,9 34:1 35:3,25
43:5 46:24 47:2,3 48:16
49:9 52:15 56:20 62:17

**have**
6:10,13,15 7:1,5 9:20
10:14 11:7 12:1 13:10
14:2 15:12 17:9 20:2,14
21:9,16 22:4,11 23:5



AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

24:9,12 26:8,12,25 27:10
28:19 29:3,7,15 30:9,12
31:12,18 36:21,24 38:5
40:2,25 42:3,22 43:1,10,
12 44:4,7,16 45:1,8,10
46:25 47:23 48:5,16,23
51:16 52:18,23 53:2,13,
20 54:21 56:6,23 59:5,7,
18 60:8,16 61:22

**haven't**
41:20

**having**
6:3

**he**
7:15,17,19,23 10:25
14:8,11 17:16 18:3,23
19:6,15,18,20,21,23,25
20:1 22:14,16,20,21,23,
24 32:22,23,25 33:14
34:1,10,20,21,22,25
35:3,5,6,7,9,10,11,13,16,
19,20,25 36:3,4,23 37:21
38:1,6,16,18 40:22,25
43:9,10,18,21,22 44:2,18
45:14,22 46:1,2,7,10,16,
18,19,25 47:2,3,11
49:11,18 50:4,10 51:2,4,
6,9 55:9,19 56:5 59:24
60:1,4 62:17 63:2,3,4

**he's**
19:17 35:10 37:12,14,17
38:14 46:18 47:8,13
49:22 50:12 62:17,18,19

**head**
29:13 31:10,20

**heard**
42:2 51:18

**heck**
25:22

**help**
44:20 63:4

**her**
29:9

**here**
7:3 29:12 40:22 41:17
54:15 55:13

**Heroman**
32:11,13 42:12,17 43:4,
8,24 44:7,25 45:2,8 46:5,
8,10 52:19,20,24,25

**Heroman's**
44:8 45:1

**hey**
22:4 50:21 63:4

**High**
11:15,16 55:21,24,25
56:2,4,17,20 57:20
58:20,22

**higher**
59:16

**him**
9:8 17:7 18:1 19:4,6,10
20:1 21:2 22:21 32:14,
15,24 33:1,15,19 34:7,
11,13,16,18 35:16 37:5
38:6 43:11,17 44:5,18
45:9,22 46:1 47:10 50:7
51:11 55:9

**hire**
44:7 51:14 52:3,4 58:24

**hired**
13:15 27:13 50:21 51:2
52:17

**hiring**
32:18,20 34:5 44:25 46:4
50:15,18 51:5,9,11,19

52:19,20,24 53:3,5

**his**
7:21 14:19 19:2,10 34:4
35:3,11,14 36:4,5,9,10,
13 37:11 39:2 41:7 44:14
45:4,16,19 47:3,6,9
49:16 53:16,17 55:10
56:6 59:22 62:11,16

**holding**
11:9,10,11

**hope**
38:4 59:3

**hornets**
22:7,18

**horrible**
17:22

**houses**
47:2,3

**how**
13:10,14,25 14:4,24 15:2
16:20 21:18 26:10,24
29:14 30:18 35:13 36:16
38:20 40:9 42:10,21 48:5
50:22 52:1,6 53:1,5,11,
13 58:10 63:11

**Howell**
55:7 59:22 62:10,21 63:1

**Howell's**
62:13

**however**
63:9

**HR**
51:18 52:4

**Huffman**
18:21,22 19:3,14 38:11,
13



**Huh**
  25:23

**hundred**
  21:3

**Hurlburt**
  59:23

**hurt**
  52:14

---

**I**

**I&e**
  20:8,9 57:22,25

**I'LL**
  8:7,14 10:25 29:11,12
  43:1 58:8 63:4

**I'M**
  6:15 8:21 9:1 10:18,19,
  22 16:10 19:5,7 20:21
  21:3 23:11 25:6 26:13
  27:6,12 28:3,19,21
  29:11,25 32:21 33:10
  36:10 39:20,21 40:17
  42:1 43:6 45:3 48:6,11
  53:4,16 56:16,19,22
  57:15

**I'VE**
  24:11 38:19 43:6 48:20,
  21 49:25

**idea**
  28:18

**identification**
  40:1

**identifies**
  10:25

**if**
  7:11 8:4,8,13 10:25

12:19 19:25 22:16 27:12
29:8,12,19 30:8 31:20
32:5,21,23 35:16,25 36:3
38:1,6,14,18 40:6,14
42:2,23 43:16,18,21
45:22 46:1 53:20 54:4,5,
6 57:9,15

**imagination**
  28:4

**imagine**
  32:8

**immediately**
  45:21

**imprecise**
  44:10 52:22

**in**
  6:9,19 7:13 8:21,23 9:4,
  6,14,18 10:6,8 11:17,20
  13:8 15:5,22 16:14 17:21
  18:12,20 19:22 21:9,20,
  22 23:11,21 25:11,20
  26:13 30:5 31:24 32:18,
  20 34:4,15 35:3,5,8,22
  36:3,9 37:1,5,8,14 38:2,
  20 39:16 42:10,12,18
  44:25 46:4,11,16,18,21
  47:3,24,25 48:7,12,18,20
  51:16 52:13,20 54:6,7
  55:1,5,17 56:17 57:25
  58:1,9 59:20,23 60:17,24
  61:3,9,20 62:17 63:3

**Inc**
  6:9

**includes**
  41:3

**incorrect**
  44:15 61:13

**individuals**
  52:5

**industrial**
  47:4

**info**
  21:18

**information**
  21:13 22:4,14 25:4,11,12
  26:25 30:9,12,13,16,17,
  19 31:3,4,12 32:6,15
  33:1,12,17 34:11,16
  35:1,17 36:3 42:3 43:21
  44:6,13 45:12,23 46:1
  50:6 57:4,5 58:21 60:8

**injunction**
  6:19,23

**input**
  20:21 60:15

**inquiring**
  51:25

**instance**
  20:23 27:14 32:6 45:17
  52:19 56:1 58:10

**instructed**
  18:3 19:8 32:25 49:10

**instructions**
  33:6

**interest**
  10:8

**interesting**
  25:23

**interrogatories**
  39:24

**interrogatory**
  37:8 39:23 40:14

**into**
23:9,19 24:3 26:10,11
30:6,24 31:21 56:6 57:12
61:14

**invested**
9:14

**investing**
55:5,17,23

**investment**
9:15,18 12:2 14:22

**investments**
57:13

**investor**
55:22 56:17

**investors**
9:20 10:6,15,24

**invoice**
53:12,22

**invoiced**
53:22

**involved**
7:13 12:20 18:20 32:18,
20 34:4 42:12 44:21,25
46:4 47:24 52:20 56:8,13

**involvement**
7:24 47:1 49:12,16 59:13

**irrational**
17:5

**is**
6:7,17 7:13,15,17,19,21,
23 8:4,16 9:16,19 10:3,
16 11:6,8 12:14 13:18,
21,25 15:4 17:19 20:5
24:17 25:23 26:8,22
27:4,17,20,21,23 28:2,8,
16 30:18,25 36:17 37:11
38:9,18 39:4,9,16,23

40:7 41:15 42:1,7,8,12
45:7 46:10,16,20 47:6,
11,13,18,25 48:6 49:1,
11,16,18,24 50:4,22
53:12 55:8,21 57:8,25
58:10,23 59:1 60:9,10,22
63:14

**ISG**
7:5 8:17,19 9:17,18,20
10:6,14,24 11:16,19,20
12:5,9,13 13:8,10,22,25
14:9,15 15:16 16:4,18,
19,21 19:4,6,16 20:5,6,7,
9,13,19 21:4 23:5,6,10,
19 24:3,9,18 25:8 26:1,
10,21,25 27:12,13,17,20
28:5,15,19 30:6 32:12
33:5,15,19,21 34:8 35:6,
14 36:5,6 37:17 38:3,9
39:25 41:18 42:5,23
43:5,9,19,25 44:21 45:5
47:1,6,18 48:5 49:16
52:15,24 53:3,10 55:1,5
56:1,21 57:18 58:23
59:11,13,21 60:2 61:5
62:4,5,6

**ISG's**
9:11 26:23 28:22 34:1
37:8,15

**issue**
24:22

**issues**
7:4 27:13 59:5

**it**
9:8,14 11:8 12:5,21
13:21 14:4,20,23,24 15:2
16:17 17:5,8 20:1,20
21:20,24 22:7,18,22,23
23:11,13,19,21 24:23
25:2,5,11,12,19,20,23,24

26:2,15 27:4,6,15,16,17,
18,21 28:8 30:9,18,25
31:2,5,6,21 32:4,21
34:22 35:8,9,10,11,12,
17,20 36:8,10,12,14,25
37:1,4,5,9 38:6,22,23,24,
25 39:4 41:8,12,15
42:14,24 43:11 44:11,16
45:20,21 46:14 47:13,24,
25 48:20,22 50:6 51:11
54:4,5,6 55:1,8,12 58:8,
10,20 59:1,12,16,18
60:10 61:3,7,8,13,18
62:4 63:10,11,13,15

**it'll**
8:6,10

**it's**
6:17 8:3 10:11 11:9
13:24 27:2 28:1,3 29:9
30:12,16,17 31:3,4,11
36:10 38:4,12 54:10
60:12 61:17

**IT-RELATED**
27:13

**items**
7:10 60:14

**its**
13:25

**J**

**Jack-of-all-trades**
62:14

**Jason**
6:1 18:3,5

**Jeff**
55:7

**Jeremy**

9:24 10:1,13

**job**
9:6,9,11,17 11:20 15:5
37:5 41:11 47:9 52:2
60:19 63:3

**jobs**
15:6,14 16:4 25:5 40:22

**John**
17:3,16,23 22:5,16 55:6,
9

**join**
12:13

**joined**
13:7,8

**jotted**
39:18

**July**
17:4 20:4,5

**June**
64:3

**just**
6:7,16 8:1,8,10,13 10:18,
25 12:22 17:1,11,18 20:7
22:3,4 23:1 25:22 27:11
29:8 39:23 40:17 41:20,
23 44:9 45:3 46:13 49:22
50:21 54:14,15,21 57:15
58:8 61:12

---

**K**

**Kasey**
34:4 37:9 38:9,21 39:16
40:18,23 42:15 43:3
44:5,12,17 45:4 53:2,3

**Kee**
6:6,7 10:18,25 11:3

17:10 19:13 21:8 25:9
28:14 29:25 30:4 39:21
40:4 51:8 54:14,18,20
56:25 57:7,14 59:1,3
61:24 63:20

**keep**
22:22 34:22

**keeping**
22:23

**Kenny**
9:24 10:1,13

**Kevin**
7:13 22:12,13,20 23:1
24:2 48:23 49:11,24,25
50:10,15,20 55:16

**kickoff**
17:20

**kind**
21:24 32:10 40:21 47:22
54:25

**knew**
14:20 22:13 32:8 36:15

**know**
7:11,12,20,23 8:1,2,9
11:11 18:4,6 25:18 26:15
27:5,6,8 28:1,13,15
29:14,17,18 30:8 31:10,
15 32:4 33:4,16 35:3,5,
25 36:3 37:2,4,7 38:1,8,
11,14,18 42:8,23 43:13,
16,18,21 44:2 45:9 49:19
50:21 51:3,4 55:9 58:22
60:10 61:13 62:16,17

**knowledge**
40:13 50:12 59:12 61:17

**known**
59:17,18

**Kraft**
34:4 37:9 38:9,21 39:16
40:18,23 42:15 43:3
44:5,12 45:4 53:2,3

**Kraft's**
45:18

---

**L**

**labor**
38:10 52:9,10 60:17,19,
25 61:1,19

**Lambert**
35:20

**largely**
6:25

**largest**
35:9

**Larry**
9:4 13:17,18

**last**
49:1,4 53:16,17

**later**
7:2 26:4

**lawsuit**
44:12 45:5,9 46:2 48:16,
17,24

**lay**
17:16

**laying**
51:23

**leading**
12:17

**leave**
15:11 16:20 36:25

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**leaving**
  15:7 17:9 18:7 33:4

**led**
  23:17,20

**left**
  12:13,17,19 15:3,4,15,24
  16:17 21:4,9 22:9 32:23
  33:14 53:7

**let**
  8:9 11:17 18:3,4,5 19:10
  31:2 44:9 54:14 55:9
  63:12

**let's**
  15:9,11 17:2 30:18

**like**
  11:8 13:24 16:16 18:1
  20:14 24:23 25:4,23
  26:23 27:21 28:9 30:1,15
  34:23,25 36:12,13 39:5
  42:14 43:13 44:11,20
  45:17 50:17 51:14 53:12,
  13 56:1 58:4 61:8 63:4,
  23

**liked**
  16:15

**limited**
  6:17 10:22

**line**
  7:6,11,14,19,22,24 12:1
  49:12 50:25 53:11,24,25
  56:23

**list**
  31:16 55:14

**listed**
  40:22 41:17 43:2,4

**lists**
  37:9

**litigation**
  18:9,12

**LNG**
  41:3 42:1

**locate**
  29:20

**long**
  10:4 52:1 53:9

**longer**
  27:20 60:7

**look**
  6:10,13 9:8 15:7 16:22
  25:21 40:8 60:13 61:18

**looked**
  14:22 31:23 41:10 45:17

**looking**
  14:20 19:21 41:12

**looks**
  42:14

**lot**
  8:10 38:5

**Louisiana**
  6:2

**low**
  54:4,5 61:18

**lower**
  59:16

**lowest**
  53:20

**loyalty**
  11:25

**lunch**
  55:7

**lying**
  18:1

**M**

**made**
  12:4 17:8 22:3 40:11
  49:6

**majority**
  48:4

**make**
  9:2 16:24 17:5 22:3
  28:12 36:19 47:23 60:25
  61:10,13

**making**
  9:15

**malfunctioning**
  24:24

**management**
  28:16

**manager**
  37:12 51:20

**managers**
  48:13

**many**
  13:10,14 24:7 29:14 48:5
  50:13

**March**
  18:15

**mark**
  39:21

**marked**
  40:1

**material**
  60:21 61:2

**materials**
  53:21 61:9

**Matt**
  15:6 17:19 54:15

**Matt's**
  9:8

**Maxwell's**
  55:8

**may**
  31:21

**maybe**
  51:2

**me**
  8:9,13,22 11:17 12:2,19
  15:7 17:16 18:3 19:2
  22:23,24 23:17,20 27:12,
  25 32:23 35:8 40:7 44:9,
  20 46:2 49:7,10 51:2,6
  52:16 54:14 55:10 63:2,
  4,12

**mean**
  8:25 10:19 13:7 20:17
  24:23 30:15,16,17 31:20
  32:9,22 41:18 49:2 59:5

**meaning**
  55:25

**medium**
  61:19

**meet**
  47:23

**meeting**
  17:20,22 22:6

**mentioned**
  35:22 55:21

**messages**
  50:17,20

**met**
  6:7 17:15

**might**
  8:9 42:8 54:15

**military**
  63:13

**Milligan**
  8:22 9:3 13:17 14:6,8
  20:20,23 27:18

**Milligan's**
  39:6

**mining**
  37:6

**MMR**
  6:9 9:12,13,14,18 11:20,
  25 12:4,6,10,13 13:2,5,7
  14:14 15:3,4,8,10,11,14,
  15,23,24 16:17,19,20
  17:6 18:5,7,24 19:15
  20:24 21:4,10,14,20
  22:15,21 25:8,11,13 29:2
  30:9,12,13,16,19,24
  31:3,4,5,13 32:2,15,23
  33:12,13,14,19 34:11
  35:4,17 36:3,15 37:21
  38:15,17 39:1,24 41:17
  43:22 44:5,12,19,22,23
  45:12,17,22 46:1 48:9,
  14,17 50:6,8,11,15,22
  51:5,10,12,16,20 52:13,
  14 55:4,10 59:14,20
  60:7,9,11,18,24 62:1,13,
  21 63:6,15

**MMR's**
  32:4

**moment**
  31:22

**money**
  54:25

**more**
  25:3 26:9 30:14 41:12

**most**
  42:18 46:24 56:5

**move**
  11:1 25:25

**moved**
  26:3

**Mr**
  6:6,7 8:2 10:18,25 11:3
  17:10 19:13 21:8 25:9
  28:14 29:25 30:4 32:11,
  13 39:6,21 40:4 43:4,8,
  24 44:7,8 45:8,18 46:5,8,
  10,25 47:2 49:2 51:8
  52:19,20,24 53:3 54:14,
  18,20,21 56:25 57:7,14
  59:1,3 61:24,25 63:20

**Ms**
  10:16,21 11:2 19:10 21:6
  25:7 28:12 29:22 30:3
  40:2,3 51:7 54:17 56:22
  57:9 59:7,10 61:21
  63:23,25 64:1

**much**
  8:6 25:24 62:19

**multiple**
  31:8,16 34:12 38:24 47:3
  52:16 53:20 55:6,13

**my**
  6:7,25 8:2,8,9 9:2,15
  11:4,25 14:22 16:22
  20:21 21:17 25:22 31:10,
  20 37:5 40:13 44:20 45:7
  49:9 50:12 51:18 52:4
  59:19 60:17,24

**myself**
  55:7

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                86
JASON YATES, 06/15/2022                              Index: name..of

## N

**name**
6:7 11:11 38:11 53:16,17

**named**
46:13

**names**
11:7 31:9 55:14

**NECA**
60:16 61:15,17,20

**necessarily**
24:6

**need**
10:23 51:23 52:1,2 57:11
63:21

**needed**
19:23 47:25

**nest**
22:7,19

**networking**
26:23

**Nevada**
37:6

**never**
12:1 32:13 45:20 51:15

**new**
16:2,14 18:19 19:18,20,
22 39:5,11

**next**
8:8 10:20 58:6

**night**
49:4

**no**
7:4,18 10:7 14:1 19:17
20:9 22:6,25 23:3 27:15,

20 28:10,17,18 29:16
31:18,20,22 32:8 33:5,8,
14,20 35:2,15 36:1 38:7
39:11 40:1,14 41:6 42:7,
17,21 43:20,23 44:8
45:15,19,24 46:2 48:10,
15,20,25 49:20 50:16,17,
19 51:6,24 52:21,25 53:7
55:20 58:12,15,18,25
59:5 60:7 62:25 63:12,
16,18

**non-bid**
20:12

**noncompetitive**
9:14

**none**
16:4 41:19

**not**
8:5,7 10:22 11:7,21,22,
23 12:6 13:24 16:4 17:5,
24 18:2,23 19:5,7,8,17
21:3,21 22:23,24 24:6
26:8,13 27:6,9 28:4,17,
19,21 29:11 30:7,13,16
32:3,14,21,25 33:10,18,
20 34:10 36:1,22 38:4,
16,19 39:3 42:1,4,6,22,
25 43:6 44:7,19,22 47:5
48:11 50:19 51:6 52:3,4,
14,21 53:4,17 54:5
56:10,16 60:12

**note**
22:3

**nothing**
52:25

**notice**
6:14

**noticed**

6:17 25:11,18 26:3 36:20

**notified**
17:3

**notifying**
18:6

**now**
8:16 31:17 40:5 41:15
47:16 55:21 62:16

**number**
16:25 44:8 45:1 60:22
61:10

**numbers**
14:23 60:21 61:8

## O

**o'clock**
17:7

**object**
21:6,7 25:7 51:7 56:22

**obtain**
58:2,13

**occasions**
52:16

**occur**
10:10

**of**
6:14 7:10,19,21 9:9,12,
17 10:4,5 11:11 12:4,9,
23,24 14:6,23 16:5,8,11,
14,18,19 17:17,19 18:24
19:5,7,11 21:13,24
22:14,17,19 23:2 24:12
25:15,20,22 27:9,17,20
28:4,19,21 29:3 30:5
31:10,13,16,18,20 32:9,
10,18,20 33:10 35:10,11

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

37:6,14 38:3,5,11,20
39:3,16 40:13,18,21,22
41:16,17 42:2,4,5,18,22,
23 43:4,5,6,19,22 44:22
45:23 46:4,20 47:12,16,
21,22 48:3,4 49:21 50:8,
11 52:11 53:4,8,17 54:8,
9,22,25 55:11,14 56:5,6,
19,23 57:4,12 58:1,5
59:4 60:9,15 61:9 62:3
63:21

**off**
8:8 17:4 31:10,20 44:20
51:23 61:2

**office**
21:22 59:17

**Oh**
29:25 32:8

**okay**
6:16,25 7:5,8,11,15,19,
23 8:1,16,19 9:5,16,20
10:3,5,8,10,12 11:2,8,10,
16,22 12:5,12,15,21,23
13:1,4,7,10,14,16,18,20,
24 14:4,17,24 15:9,11,
19,22 16:6,13,17 17:14
18:8,20,22 19:9,24 20:4,
13,22 21:4,13,16,18,24
22:2,13 23:1,9,12,15,23
24:1,5,9,12,17,19,22
25:1,17 26:15,18 27:3,
16,19 28:8,11,18,22,25
29:10,17,19 30:3,8,11,
14,23,25 31:7,18,23
32:1,4,11,14,17,25 33:7,
9,16,21 34:1,3,7,10,18,
20 35:21 36:2,8,15,18,24
37:2,8,14,24 38:1,18
39:4,9,13,16 40:14,16,
17,20,25 41:6,15,23

42:10,23 43:8,12,21,24
44:16,24 45:7,14,22,25
46:7,10,13,25 47:6,8,17
48:2,11,23 49:8,14,21
50:2,14 51:1,13 52:3
53:1,25 55:19,21 56:8,
15,20 57:18 58:13 62:8,
15,21,24 63:8,15,19

**old**
29:23

**on**
9:4,8 11:1 12:2 15:7,9,
11,13 16:1,3,16 17:4,6,7,
15,20,25 18:19 19:14,18,
20 20:25 21:11,23 23:13,
18,22 24:7 25:1,2,10,11,
12,22 26:3,13 27:8,12
30:9,25 31:12 34:21
35:6,11,17 36:9,10,12
37:21 38:2 39:18,19,25
40:15,21,23 41:8 42:12,
15 43:19 44:13,20 45:4,
16,18 46:23 47:13,14,17,
19,20 50:6 51:17 52:16
54:13 55:11 57:19,21
58:1,16 59:19,22 60:15,
19 61:1,11,19 62:11
63:2,3,4 64:2

**once**
12:13 13:2,7 14:11
15:15,22 19:15 38:21

**one**
9:9 26:12,14,16,19 27:4
35:9 40:2 42:1,4,7 54:8
55:8 62:3,5,11

**ones**
14:17 19:18,20,22 41:17

**ongoing**
10:11,12

**online**
61:18

**only**
34:25 36:19 37:13 42:1,7

**onto**
36:6

**open**
22:7,18 42:1,8 45:21

**opinion**
55:10

**or**
7:22 8:5 9:9 10:14 16:15
18:23 19:3 20:22 22:5,
18,21 23:24 25:5,8 26:24
29:12 36:5 37:6 38:2,14,
16,21 39:1 40:6 41:16
42:11,12,19 43:6,13 44:9
46:21 47:9 48:12 50:20,
22 51:2,3 52:16 53:4,15
54:9 55:19,22,25 58:10,
23 60:8,10,16 61:4,15
62:4,11 63:9,12

**orders**
53:13

**originally**
27:18 39:5

**other**
8:5 9:20 10:14 11:5 27:6
29:2 30:2,24 35:25 38:12
43:17 46:23 51:16 52:16
58:19

**others**
42:2

**our**
8:5 9:6 17:8 37:1 39:12
48:3 51:5 53:22

**ourself**

27:15

**out**
12:19 17:17 31:22 35:20
39:13 50:4 51:15 52:11,
14,15 60:23 61:8,9 63:5

**outside**
25:22

**over**
8:5 19:15 20:18,21 21:1,
20 31:2,23 44:17 58:5
60:20

**overhead**
14:18

**own**
25:22 39:12 61:11

**owner**
7:12,19 50:7 56:15

**owns**
7:11

---

**P**

**P-19**
36:14

**P.J.**
6:7

**page**
40:15

**painful**
59:3

**pandemic**
9:1

**paperwork**
7:21

**part**
27:10

**particularly**
32:3

**parts**
34:2,3

**pay**
53:22

**payroll**
9:4

**people**
11:5 12:18 13:4,5,15
17:17 18:2,7 22:21 27:9
31:8 38:25 41:14 48:12
51:5,16,19 52:13,16
53:20 55:6,13 59:16

**Pepper**
22:5

**percent**
21:3 48:3,9 58:2

**performs**
13:25

**permission**
62:25

**permissions**
27:8

**person**
27:17,21,22 34:13 46:13
50:4,18,21

**personal**
12:2 24:7 35:1 36:4
59:22 62:3,11

**Phil**
42:17 46:15,16,22

**phone**
12:18 16:22 22:3,8
23:20,24 44:8 45:1 48:19
51:20

**picked**
51:20

**pieces**
27:9

**place**
19:22 22:8

**places**
52:13

**plaintiff**
6:8

**plan**
58:19

**plans**
56:1 57:21

**Plaquemines**
41:3

**please**
11:14 64:1

**plug**
23:9 24:2 26:11 30:5
60:21,22 61:8

**plugged**
23:11,19,21 25:11 26:13
30:24

**plugging**
21:20

**PO**
53:21

**point**
9:16 11:17 12:9 13:11
16:5,6 18:4 22:6 23:11
41:24 47:21 49:23 55:21

**position**
8:16,17 62:13

**positions**

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

51:17

**possession**
21:9 24:12 29:3 35:4

**possible**
57:13

**possibly**
32:12

**potential**
41:16,20,24 42:11 58:23

**potentially**
20:3 38:24 52:14 57:5
58:24

**practice**
39:9

**preliminary**
6:19

**president**
47:7,8

**pretty**
25:24 62:19

**previous**
15:14

**price**
53:21 54:4 61:12

**prices**
53:20

**pricing**
60:22,23 61:2,3,11

**primary**
54:8

**prior**
15:7 19:2 51:11

**private**
11:8

**probably**
7:1 16:10 24:4 50:24

**proceeding**
64:2

**process**
16:14 58:3 59:4

**product**
34:23 54:2

**project**
38:21 41:8 46:23 48:13
60:15 62:17 63:14

**projection**
57:25 58:4

**projections**
57:21,22,24 58:19

**projects**
37:18 41:16,21,22,24
42:11,15 43:2,5 58:17

**pronounce**
53:16

**properly**
46:3

**proposals**
58:16

**protect**
14:22

**protected**
9:15

**protocol**
6:18,21 10:17

**proud**
35:10,11

**provide**
20:22 43:11 55:19

**provided**

31:19 43:8,19,24 57:20
58:20

**public**
12:8 42:19,20 61:15,17

**pull**
60:8

**purchase**
53:13

**purchases**
53:10

**put**
9:3 14:19 30:18 36:5
60:17 63:10

---

**Q**

**question**
8:8,9 11:4,18 17:9 19:11
44:10 45:7 53:1,5 57:6,8,
10,11

**questioned**
35:7

**questioning**
56:23

**questions**
6:18,25 8:2 27:8 43:1
54:22

**Quickbooks**
28:24,25

**quite**
25:19

---

**R**

**ran**
56:5

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**range**
48:7

**rate**
41:11

**rates**
41:12

**rather**
61:11

**ratings**
61:15

**RE-EXAMINATION**
61:23

**reached**
50:4 52:15

**reacting**
50:23

**read**
63:23

**ready**
20:15 49:7

**realized**
22:4

**realizing**
23:21

**reason**
39:4

**rec**
53:19

**recall**
12:23 54:24 55:2

**receive**
23:4

**received**
12:18 20:11 31:6

**recess**
54:19

**recollection**
31:18

**reconvene**
7:1

**record**
27:11 51:17

**referring**
62:8

**reframe**
11:18

**regarding**
34:16 44:5

**related**
10:16 25:5,8 37:3,4
57:22,24

**relating**
6:18 43:2,3 45:7

**relationship**
7:5,8 8:19 20:12 28:16

**relevant**
57:3

**remember**
32:1 49:10,12,15 50:19
53:4,8

**remind**
8:13 29:12

**remove**
61:4

**repeat**
57:6

**reporter**
8:4 63:21,25

**repository**

21:24

**represent**
6:8

**representing**
59:11

**request**
42:3 62:25

**resigned**
44:18

**resigning**
17:4

**respect**
52:11

**response**
28:10 42:11

**responses**
37:8 39:23 40:15

**retract**
63:12

**retread**
7:3

**returned**
17:6

**review**
31:2 38:23,25 39:13,14
40:5 41:7 60:24

**reviewed**
40:10 42:22

**reviews**
38:22,23,24 60:23

**rid**
23:2

**right**
10:21 19:1 28:1,2 42:10
44:2

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**Robichaux**
40:2 63:25 64:1

**role**
47:6

**Rouge**
6:2 48:21

**Roughly**
48:6

**Rouse**
9:24 10:1

**rude**
29:11

**rules**
6:16

**run**
48:21 62:18

**Rutland**
22:5

**Ryan**
8:22 9:3 13:17 14:6,8,11, 19 20:20,23 27:18

**S**

**safety**
7:9 53:11

**said**
10:21 14:22 15:4,5 18:8 22:16 29:25 30:21 31:23 34:21 35:20 36:8,23,25 42:7 44:21 49:9,11 51:21 52:4 53:10 61:25 62:10

**same**
8:14 15:22 19:12 24:9 28:8,9 43:1 44:4 53:1,5,7 63:2

**saw**
36:10 44:13 45:4

**say**
8:21,24 13:25 14:25 16:11 20:20 25:14 27:25 28:12 32:8,22 34:20 35:19 37:14 45:14 46:9, 23 48:6 49:2,22 53:8 54:10,11

**saying**
9:11 31:11 36:21

**says**
41:15

**scratch**
13:22

**second**
24:19 26:10,15,18

**secret**
22:22,24

**secretary**
7:21

**see**
17:2 30:18 34:15

**seeding**
54:25

**seeing**
32:1

**seeked**
51:15

**seeking**
52:14

**seem**
8:3

**seen**
38:19 57:2

**sell**
10:8

**send**
61:2

**sent**
21:2 40:11 41:8 45:20

**served**
39:24

**server**
27:1,2,9,14,24 34:1

**service**
28:9

**set**
22:5 27:13,18 28:3

**seven**
42:14 43:4

**several**
12:17

**shake**
29:12

**share**
26:25 56:1 58:8,14,16,22

**Shawn**
8:22 9:21 10:4,5,13 33:7 46:6 56:5,8,13

**she**
8:3 19:11

**sheet**
14:20 15:2 38:12

**sheets**
14:18,25 15:12,17,19 16:5,8,14,16 18:9 19:3,4, 15,21 20:7 38:10,14,15, 16,17 39:1,2,5,11,12 59:24 60:6,13,16 61:5

AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

**Shintechs**
12:24

**shortly**
22:9

**should**
22:5 23:25 29:7 38:16
43:9,10,12

**shouldn't**
51:4

**show**
39:20

**side**
46:19

**sign**
63:24

**signals**
12:7

**similar**
45:8,17

**since**
37:17 40:18 48:16 49:25

**sir**
8:12 35:24 49:20 55:20
63:12,18

**sit**
55:13

**site**
51:20

**sitting**
20:1 26:5

**situation**
61:14

**six**
40:22,23 41:16 42:5

**size**

**32:9**

**small**
7:9 21:21 24:25 47:21

**smoother**
8:11

**so**
6:16,25 8:7 9:14,16
10:20,22 11:4,16 12:5
13:7,14,21,24 14:11,21
15:7,9,11,15,21 16:17,24
17:3,15 18:2,8,12,15
20:2,13 21:13,22,23,24
22:13 24:4,8 26:5 27:9,
11,12,17 28:19 29:19
33:5,11 34:22 35:24
36:12 37:13,14,24 39:9,
12 40:14 41:12,23 42:4
44:8 45:7 47:3,13,24
48:3 49:22 50:3 52:18,20
53:8 54:1,12,13,24
55:11,12 56:5 57:6,8,15
58:4 59:16,25 60:23 61:9
63:6,8,15

**software**
28:16,20,22 32:2,5,10

**solely**
7:9 20:12 60:22

**solid**
21:21

**some**
6:16 10:18 12:9 16:4,6
23:11 25:20 29:18 37:6
40:18 50:24 51:19 54:22
60:21 62:10

**somebody**
29:12

**someone**
49:18 51:2

**something**
12:2 22:19 36:14 40:7
63:15

**sometime**
18:15

**sometimes**
8:1 62:1

**Somewhat**
22:1

**sorry**
13:3 29:25

**sort**
60:9

**sounded**
39:5 44:11

**sounds**
27:21

**source**
29:2 57:4

**sources**
31:8

**sparked**
23:24

**speak**
34:7 49:2

**specific**
25:3 40:7 60:14

**specifics**
37:7 51:3 57:12

**speculate**
43:14

**spoke**
17:6 32:13 36:21 49:1
51:16

**spoken**

48:23

**spot**
32:23

**spreadsheets**
25:18,21

**stage**
10:23

**standing**
36:12

**Starnes**
9:24 10:2

**start**
8:20 13:12,21

**started**
8:21,23,24 9:6 11:16,19
13:13 14:11 15:5,16 18:6
20:5,13,20 23:5,21 26:2
44:2

**state**
7:6,11,14,19,21,22,24
21:21 46:21,24 47:11,13
49:12 53:11,24,25

**stated**
15:6

**statement**
63:13

**step**
10:20

**still**
9:18 10:6 15:12,23 21:16
24:12 26:5,19 29:3 35:3
39:9 41:23 42:8 45:1
46:10 52:11

**stir**
22:18

**stockholder**
50:7,11,12

**stop**
16:6

**stopped**
18:8 20:6

**storage**
30:1,5,8 35:16

**strictly**
16:10

**stuff**
46:20 53:14

**submit**
20:15 53:19 54:1

**suggestions**
61:1

**suit**
39:12

**Summer**
53:15,18,23

**supervise**
46:7

**supplies**
7:9

**sure**
6:15 7:17 9:2,15 10:23
16:23,24 20:21 21:3
23:11 25:6 26:13,15
28:12 32:21 40:3,11 42:2
43:15 52:12 53:17 54:17
56:16 61:10,13

**surrounding**
6:18

**sworn**
6:3

**sync**
26:24

**T**

**T&m**
20:11

**take**
17:4 21:5,7 22:8 32:14,
25 44:19 54:14 61:12

**taken**
26:9 54:19

**takeoff**
60:15

**taking**
8:4

**talk**
8:5 10:23 20:2 27:22
54:15

**talked**
17:1 54:22

**talking**
25:8 29:23,24 31:1 32:11
35:21 40:18 48:11 63:3

**technicians**
48:12

**tell**
11:14 17:11,24 22:14,20,
21,23,24 23:1 30:14 32:5
34:25 35:13 51:4,6 55:4,
16

**Templet**
18:3,5

**term**
22:19

**terms**

38:20

**testified**
6:4 54:24

**text**
48:19 49:3 50:17,20

**than**
26:9 27:25 30:2 46:23
54:12 58:19 59:16 61:11

**that**
6:11,20 7:1,2,8,23 8:2,
13,25 9:8,11,17,19,23,24
10:2,10 11:6,17,20 12:1,
4,5,6,13,14,16,19,21
13:1,4,5,15,18,21 14:4,6,
20,23,24 15:2,6,10,17
16:4,9,10,15,16,17 17:3,
4,8,23 18:1,3,4,5,7,20
19:5,7,15,23 20:4,7,11,
17,24,25 21:1,10,14,16,
18 22:4,11,13,16,19,20,
23,25 23:9,10,13,15,18,
24 24:1,2,6,12,17 25:1,
13,14,21,23,24,25 26:10,
11,12,18,22 27:4,7,23
28:1,2,8,19,21,23 29:1,2
30:12,17,19,24 31:11,12,
24 32:2,4,9,22 33:10
34:13,18,21 35:5,7,11,
14,17,21,22 36:4,5,7,15,
17 37:2,11,20,21 38:1,
10,12,19,25 39:3,6,9,10,
11,16,24 40:22 41:3,8,
16,17,23,25 42:8,10,12,
22,24 43:1,2,4,6,9,22
44:2,5,9,18 45:4,5,16
46:20,21 47:12,13,16,17
48:4,8,21 49:5,6,12,15,
18 50:4,5,9,19,25 51:6,
19 52:15 53:4,8,9,10,12,
14 54:12,22,25 55:2,4,5,

8,11,16,21 56:5,6,19,23
57:4,10,11,19,21 58:2,
10,14,20,23 59:1,6,24
60:1,13,16,17,22 61:10,
12,14,16 62:3,6,8,22,23
63:5,12,14,15

**that's**
12:3 13:4 23:17,20 26:19
28:11 29:5 30:25 36:16,
23 37:10,24 43:16 44:13
46:22 52:22 60:17 61:21

**the**
6:8,10,13,18,19 7:12 8:4,
14 9:1,12,13,16,17
10:16,20 11:7,11,18
12:3,24 13:4,8,12,13
14:12,18,23,24 15:2,13,
16 16:5,14,24 17:1,6,7,
12,15,17,20,21 18:6,9
19:12,21,22 20:16 21:7,
20 22:17 23:2,16,20,24
24:9,19,22,25 25:10,22
26:3,11,12,14,15,19
27:4,6,9,11,13,14,17,21,
22,24 28:3,4,8,9 29:7
30:2,15 31:8,10,20,21,
23,24 32:1,2,18,20
34:13,15 35:5,6,8,9,11,
22,23 36:6 37:7,12
38:11,12,20 39:4,14,18,
19,23,24 40:13,15,22,23,
25 41:3,7,9,12,14,15,16,
17 42:1,2,7,11,14,15,16,
21,23 43:1,2,4,12 44:4,
11,12,13 45:3,5,9,20
46:4,19,20 47:11,13,14,
15,17,22 48:1,4,7,8,11,
12,16,17,24 49:1,10,21
50:4,5,22 51:3,17,20
53:7,20 54:10,22,23,25
56:24 57:2,6,8,12 58:1,3,

4,6,16,19 59:2,5,17 60:4,
12,16,19,23,25 61:2,6,7,
8 62:6,19 63:2,21,25

**their**
10:8 28:5 30:16,20,21,22
36:16 58:9 61:11

**them**
9:9 12:20 17:22 26:3,4
29:19,20 31:16 40:10
41:25 42:18 47:25 51:23
52:1,3 53:13 54:11,12
57:1 58:14,16 60:6,7
62:3,18,19

**then**
8:8 9:12 11:6 12:5 14:19
15:23 18:4 20:21 24:1
28:5 34:4 41:13 54:2

**there**
6:20 9:9 16:15 18:6
22:25 23:22 24:10,22
25:2,12,14 26:3,6 29:1
30:15,20,25 31:9 34:21
37:13 40:7 47:18 50:24
55:12,13 60:9,21 61:12

**there's**
20:17 22:6 24:6 27:8
31:11 38:24 42:14 57:2
61:18

**these**
10:4 12:22 13:3 20:7
31:19 39:5 40:18,23
41:20 42:15 43:5 51:21
52:4,6,7 60:1,6 61:5

**they**
7:9 9:25 10:6,8 11:17,22,
23 13:2,16,24 14:2,4
15:23 16:2,3 20:10,12,14
25:11 30:10,12,17 36:16
39:1 40:11 41:22 42:16



(866) 715-7770
advancedONE.com

47:21 48:9,13 51:19
52:16 53:12,15,19,20
54:1,5,6,8 55:11,14 58:9
60:8 61:1,7,10,13

**they're**
26:5,7 41:23 51:25 53:21
54:4,5 57:4

**they've**
57:2,15

**thing**
15:22 47:12

**things**
16:15 17:16,17 24:7
25:19 26:3 34:21 38:5
47:3 54:22

**think**
8:10 9:1,7 17:5 18:6,8
19:23 21:1,2 26:12 30:10
32:9 37:5,9 42:1,7 44:9
50:22 55:1 57:3,9,11
59:1,18 61:6,9,21 63:20

**thinking**
50:17 55:22

**this**
6:9,16 7:13 9:16 10:16,
19,21 12:2 13:25 15:4,7,
10 16:11,20 17:2 18:9,12
22:4,8 23:25 24:7 25:15,
23 27:12 29:7 30:18
31:12,22 36:8,19,20,23,
24 39:21,22 40:19,21
41:11,15,24 43:22 45:23
46:2,23 47:21 48:6 49:22
50:18,21 52:2 54:2,9
55:17 56:23 57:3 58:13
59:3 60:16 63:1,6,8,11,
22 64:2

**those**

7:10 12:23 13:1,5 15:6,
13,19,22 16:1,5,8,16
19:14 20:19 27:7,24
29:17 30:5,8 40:5 42:18
52:8 57:22,24 59:24

**though**
8:9 42:4

**thought**
12:3 40:19

**three**
53:19

**through**
25:15 26:4 27:4 28:8,9
42:5 56:5 58:2

**throughout**
31:8

**thumb**
30:1 31:12

**Tiger**
6:2

**time**
6:8 7:2 9:17 13:15 18:17
19:12 20:21 21:1 22:17
24:10 25:10,13 26:5
37:20 40:19 44:18,21
49:1 50:9 53:8,9 54:6,7
59:23 60:20 62:11

**times**
34:12 59:19

**timing**
45:3

**title**
62:16

**to**
6:10,13,18,25 7:1,2 8:2,
3,5,7,13,21 9:2,12 10:16,
18,19,22,23 12:13,16,19

13:12,21,25 14:14,20,22
15:7,16,24 16:1,11,17,20
17:4,6,7,9,11,16,21,24
18:1,3,7,18 19:2,4,6,8,
11,16,22,23 20:2,11,15,
20,22 21:4,6,7,11,18,20
22:3,7,21,22,24 23:1,20,
25 25:5,7,14 26:1,3,4,9,
25 27:7,10,11,13,22
28:12 29:11,19,20 30:19
31:13,19,21 32:5,6,8,11,
12,13,14,25 33:4,5,13,
15,19 34:1,7,10,16,22
35:8,13,14 36:5,15,19,
21,22 37:3,4 38:2 39:2,6,
12,20,21,23 40:8,13,14,
17,21 41:8,14 42:3,5,15,
19 43:2,3,11,13,19,22
44:17,20 45:2,3,7,17,20,
23 46:21 47:22,23,25
48:6,7 49:6,25 50:5,12
51:7,9,11,14,15,17 52:2,
4,14,15,25 53:16 54:1,16
55:1,13 56:6,21,22,24,25
57:1,2,3,10,11,20,22,24
58:5,20,23 59:24 60:9,
10,12,14 61:1,11,13
62:8,21 63:1,10,23

**today**
10:6 26:19 59:1

**together**
14:19

**told**
17:23 18:1 22:6,14,21
29:7 32:14,24 33:12
34:10,13 36:22 43:7,12
44:18 55:14

**tomorrow**
49:7



MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                    96
JASON YATES, 06/15/2022                              Index: too..Vecta

**too**
 24:25 59:3

**tool**
 38:8

**tools**
 7:9 14:2,5,12,14 15:2
 38:8 43:9,19 58:10

**top**
 14:18,25 15:2,12,16 18:9
 19:3,14,21 20:7 31:10,20
 38:14,16 39:1

**Totman**
 42:17 46:15,16

**tracking**
 25:22 32:2,5

**traffic**
 12:7

**transcript**
 8:6 63:22

**transfer**
 21:18 35:13

**transposed**
 14:19

**traveled**
 62:18

**Travis**
 32:16,17,19,21 33:2,4,5,
 11,16,21 38:23 46:6,7
 53:6,7

**true**
 13:21

**truth**
 49:10

**try**
 8:5,7 51:9

**trying**
 9:1 10:18 29:11 45:3
 56:25 61:11

**turn**
 31:2 37:1 40:14

**turned**
 35:5

**two**
 13:15 24:11 59:19 61:25

**type**
 7:10 14:6 16:8 19:11
 28:19 37:6 46:20 47:12
 54:9 55:11

---

**U**

**Uh-huh**
 14:21 23:7 29:4 33:3
 42:13

**unboxed**
 45:20

**underneath**
 42:10

**understand**
 15:15

**Understood**
 8:15

**unit**
 41:11,12 60:17

**units**
 60:19,25 61:1,19

**unsure**
 56:19

**until**
 11:19 20:6

**untruthful**
 18:2

**UOP**
 41:3

**up**
 12:17 16:12 21:22 22:6,
 7,18 23:13 26:24 27:14,
 18 28:3 51:20 60:13,22
 61:18

**us**
 11:14 16:15 17:11 20:12
 30:14 39:12 44:17 47:21
 48:4

**use**
 15:16,23 28:15,23 30:17
 31:5 39:1 43:19 47:25
 59:24

**used**
 14:18 15:13,17,20,24
 16:1,2,3 20:18,24 21:10
 29:2 30:12,19 31:3,4
 36:5 38:1,6 43:21 45:22
 60:7

**using**
 16:5,6 18:8 20:6 26:19
 38:9,14,16 39:12 43:9

**utilized**
 21:14

---

**V**

**V-E-C-T-A**
 56:11

**Valero**
 25:20 51:18,19

**Vecta**
 10:1 56:9,10,13,17

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**Vector**
56:10

**vendor**
27:13

**vendors**
54:8

**verbalize**
29:8

**versus**
41:12 47:5

**very**
22:9 50:3 59:7

**volatility**
22:17

---

**W**

---

**Walton**
59:23

**want**
20:20 27:11 40:6 43:13
44:21 53:16 57:10 63:9

**wanted**
12:19 16:16 34:22 61:1,
13

**wanting**
40:7

**was**
6:3,11,20 9:1,7,9,11,13,
15,23,24 10:21 11:20,23,
25 12:2,3,4,5,6,13,17,21
14:4,11,20,23,24 15:2,5,
7,10,14 16:9,10,17,19
17:3,4,8,9,11,21,24 18:1,
7,9,12,20,22,23 19:7,14,
18,20,21,25 20:1 21:24
22:6,20,21,23,24,25

23:11,19,22 24:22,23,25
25:2,12,14,19,20,23,24
26:5,12,15 27:18 29:1
30:20 31:9,24 32:20,25
33:4,21 34:10,25 35:7,8,
9,10,11,13,20,22 36:8,9,
12,14,20 37:5 40:1,19
41:8,11,12 43:8,19,24
44:2,9,12,19 45:5,9 46:4
49:5,6,25 50:4,10,24
51:2 53:9 55:1,9 56:4,7,
8,13,17 57:8,19,21 58:20
59:17 60:1,4 61:12,13
62:3,4,5,6 63:2,3,4,6,8,
13 64:2

**wasn't**
19:25 33:12 44:25 52:20
59:3 63:11,15

**way**
28:3 35:8 38:2 41:15
60:10 61:8,10

**we**
6:7 7:3 8:1,4 9:3 10:21,
23 13:15 15:4 16:14
17:1,8 18:18 20:7,11,16
27:15 29:19 33:14 41:14
42:25 43:13,16,17 45:19,
20 47:22,25 48:1 50:3,21
53:22 54:4,5,6,7,15,22
57:3,11 58:5 60:18,24
61:9

**we'd**
20:2 63:23

**we'll**
7:1 37:1 54:2

**we're**
8:10 9:2 10:23 11:5
35:21 39:12,22 40:18
46:21 47:24 50:17 53:19,

22 60:6 63:20

**we've**
42:2

**week**
17:5

**weeks**
12:17 16:11 18:9

**welcome**
26:9

**well**
13:13 15:13,20 17:11,19
19:1 23:14 28:15 32:14
39:17 40:9 42:21 46:17
48:4 51:6 52:2 55:6 56:9,
18,19 57:9 61:3

**went**
12:3 17:21 25:15 36:21
52:4 61:9

**were**
9:10,17 10:4 11:6,17,22,
23 13:1,4,5,16 15:6,13,
19,22,23 16:1,2,3,4,14,
15 20:11,12,14 26:3
29:19 30:24 32:6,11,18
34:4,13,21 36:22 38:10,
12 39:5,6,11 40:11,12
41:14,22 42:16 43:2
51:19 52:8,17 55:5,13,
15,16 57:1,22,24 59:13
60:1,7 61:5,7,10 62:8
63:6

**what**
7:3,20 8:16,24 11:23
12:5 13:11 14:20 15:19
17:24 20:10 22:21 23:17,
20,21 28:15,22 29:24
30:14,15,17,25 31:15
34:20 35:19 37:2,4 38:8



(866) 715-7770
advancedONE.com

MMR CONSTRUCTORS, INC. v JB GROUP OF LA, LLC, et al.                    98
JASON YATES, 06/15/2022                              Index: what's..works

45:14,17 46:22 47:5,6,9,
14 49:16 50:5,21 55:9
56:25 57:1 58:20 61:1
63:3

**what's**
7:8 30:15 50:22 62:13

**whatever**
7:22 20:4 47:22,25

**when**
8:7,19,24 10:10 11:19
13:12 16:9,17,20 20:5,
13,14 21:4,9 22:8 23:4,
21 24:19 32:11 36:23
44:2,13,16 45:3 46:23
47:24 49:1,2 54:24 55:8,
10 60:7,24 61:7

**Whenever**
26:2 44:17

**where**
7:12 8:10 10:23 14:8,20
24:17 26:4 29:17,18 49:6
61:8,15

**whether**
7:20 25:5 33:16 35:3

**which**
9:6,9 14:17 17:21 19:12
35:7 37:12 41:17 46:20
60:22

**while**
15:14,23 16:19 23:19
30:20 39:22 44:22 59:13
61:5 63:2,6

**who**
7:11,16 9:23,25 11:6
12:21 13:16 18:20 20:19
22:11 27:20 31:18 32:14
34:13 38:22 42:14 46:4
53:23 55:4 56:4,6 62:21

**whoever**
18:4 47:25 51:14

**whole**
37:20

**whom**
31:7

**why**
11:23 50:4 51:24 55:11
63:1

**will**
29:12 49:18 52:3 54:1
58:4

**win**
16:1,5 20:7,10

**wiped**
35:20 61:9

**wired**
47:2

**with**
7:5,16,21,24 8:8,17,19
9:14 11:5,20,25 13:5
14:11 15:3 17:15,18,22
19:2,4,6 20:20 21:5,21
22:11,17 24:1,22 32:15
33:1,12,17 34:7,11 37:1,
5 41:13 42:19 43:8 44:4,
5,11,21,23 45:2,8 46:18,
22 47:1,10,11 48:3,4,17,
23 49:1,12,16,18 50:5,7,
10,14,20 51:11,15,16
52:13,18,23,25 53:2,13,
15 54:11,15 55:9 56:1,8,
13,24 58:8,14,16,22
59:6,13 61:7 63:4,5

**within**
18:5 63:13

**WITNESS**

17:1 57:6 59:2,5

**won**
20:9 41:18 42:23

**won't**
7:3

**Wonderful**
59:2

**word**
21:7

**words**
28:12

**work**
9:13,25 12:7,20 13:25
14:7,9 16:1,2,3,21 17:6
20:8,9,10,12,17 21:4
26:24 32:12 34:23 35:11
38:2 39:2 41:4 42:19,21,
24,25 43:22 45:23 46:21,
24 47:1,4,5,12,13,14,15,
18,19,20,23 48:3,9
51:15,21,25 53:23 55:11
57:23,24,25 58:1,5,13
61:7 62:18 63:1,8,9,11,
13

**worked**
13:5 37:21

**workflow**
38:20

**working**
9:13 11:5 13:12 15:16
18:19 19:14,18,20 20:5
24:10 25:13 30:20 42:12
46:11,16,18,21,23 47:19
59:13

**working-level**
52:8

**works**



(866) 715-7770
advancedONE.com

10:1

**world**
12:24,25

**would**
12:1 14:19 22:18 25:14
27:25 31:2 32:8,9 37:14
38:4 40:25 42:3 44:20
46:9 47:16 49:22 51:14
52:6 54:10 56:6 59:12,18
60:19,24,25 61:2,3 63:17

**wouldn't**
54:11

**written**
53:21

**wrong**
27:12 53:16

---

**Y**

**y'all**
27:7 31:2

**Yates**
6:1,7 8:2 54:21 61:25

**Yeah**
12:24 18:16 41:25 42:9
54:2

**year**
17:12

**years**
11:25 21:20,23 31:9
50:13 55:10 60:24

**yes**
6:12,22,24 7:7,25 8:12
9:22 10:9 11:5,13 12:11
13:6,9,19,23 14:3,13,16
15:1,18,21,25 16:3,7
18:11,14,25 20:16 21:15

23:8,11,17,20 24:14,16
26:2,17,20 28:7 29:5,6,
21 31:14,25 32:22,24
33:23,25 34:6,9,12,14,
17,19,24 35:18,24 36:14
37:12,16,19,24,25 38:10
39:15 40:10,13,24 41:2,5
44:1,3 45:6,11,13 46:9,
12 49:13 50:8 51:22
55:3,18 56:3,10,11,12,14
57:17 58:7 59:15,18,25
60:3,5 61:6 62:2,7,9,12
63:7,9,23 64:1

**yesterday**
17:2

**you**
6:10,13 7:11,23 8:7,8,9,
13,24 9:12,17,21 10:13
11:11,14,16,19 12:13,21,
23 13:1,5,7,8,12,21,25
14:14,17,21,24,25 15:2,
3,11,12,15,23,24 16:6,
17,20,24 17:9,11 18:8,18
19:11,21 20:5,6,13,22,25
21:4,5,9,13,14,16,18
22:9,11,13,14,20,21
23:1,4,5,9,15,18 24:2,9,
12,19,21 25:1,3,7,10,15,
21,25 26:7,11,15,25
27:5,16 28:1,2,11,15,23
29:2,7,8,12,14,17,24
30:5,8,14,16,17,21 31:1,
3,5,9,12,15,16,18,19,23
32:1,4,11,18,21,22
33:12,16 34:4,7,13,15,
18,25 35:3,13,16,25
36:3,8,15,21,22 37:2,14
38:1,6,8,14,18,20 39:6,9,
13,14,20 40:5,6,9,11,14,
17 41:7,20,25 42:7,8,23
43:12,13,16,18,21 44:2,

4,5,11,13,16,20,21,23
45:3,8,9,10,16,18,22
46:13 47:9,14 48:16,23
49:1,7,10,11,12,18,19,22
50:4,9,14,21,22 51:4,9,
21,23 52:1,6,18,23 53:2,
10,12,13 54:2,3,8,24,25
55:2,4,13,16,21,25
57:10,20 58:2,8,11,14,
16,20,22 59:4,12,13,16,
20 60:7,10,13,14,15,22
61:4,5,17,18,25 62:8,10
63:1,5,6,9,21

**you'd**
29:19

**you're**
6:20 8:2 9:11 22:7 26:19
29:23 31:11 33:11 37:20
40:7 42:4 44:22 47:14

**young**
35:10

**your**
6:14 8:16,19 21:9,25
23:19 24:3,10 25:13
26:24 29:8,13 30:6 48:13
49:7 54:8 56:4 57:6
58:16 59:13 60:14 62:3

**yourself**
27:16

---

**Z**

**Zero**
49:17

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com