UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**************************************************

MMR CONSTRUCTORS, INC.

NO. 22-267

VS.

JB GROUP OF LA, LLC D/B/A
INFRASTRUCTURE SOLUTIONS
GROUP and DAVID HEROMAN

CERTIFIED
TRANSCRIPT

**************************************************

DEPOSITION OF KASEY KRAFT

Taken on Tuesday, August 16, 2022,
At the Law Offices of
Dunlap Fiore
6700 Jefferson Highway, Building 2, Baton Rouge,
LA

REPORTED BY: KIMBERLY GIBNEY, CCR, RPR

**************************************************

Page 2

1                        INDEX
2
3                                                    Page
4    Caption                                         1
5    Appearances                                     3
6    Agreement of Counsel                            4
7    Reporter's Certificate                          89
8
                    INDEX TO WITNESSES
9
     Witness                                         Page
10
     KASEY KRAFT
11
       By Mr. Kee                                    5
12
       By Mr. Keegan                                 70
13
14                  INDEX TO EXHIBITS
15   Exhibit        Description                      Page
16   1              Notice of Deposition             70
17
18
19
20
21
22
23
24
25

Page 3

1    APPEARANCES:
2
3    Representing the Plaintiff:
4        JONES WALKER
         201 St. Charles Avenue
5        New Orleans, LA 70170
         504-582-8000
6        pkee@joneswalker.com
7    BY:  P.J. KEE, ESQ.
             MATT WELBORN, ESQ.
8
9
     Representing the Defendants:
10
         DUNLAP FIORE, LLC
11       6700 Jefferson Highway, Bldg. 2
         Baton Rouge, LA 70806
12       225-282-0652
         efonacier@dunlapfiore.com
13
     BY:  ERIN G. FONACIER, ESQ.
14
15   Representing David Heroman:
16       KEEGAN, JUBAN, LOWE & ROBICHAUX, LLC
         5555 Hilton Avenue, Suite 205
17       Baton Rouge, LA 70808
         225-364-3600
18       kmk@keeganjuban.com
19   BY:  KYLE KEEGAN, ESQ.
             AMBER N. ROBICHAUX, ESQ.
20
21   Also Present Via Zoom:
         David Heroman
22       Jacob Pritt
         Shannon Sutherland
23
     Reported by:
24
         Kimberly L. Gibney, CCR
25       No. 2016010

Page 4

1                S T I P U L A T I O N
2
3        It is stipulated and agreed by and among
4    Counsel that the deposition of:
5
6        KASEY KRAFT, on Tuesday, August 16, 2022,
7    is hereby being taken under the Louisiana Code
8    of Civil Procedure for all purposes as permitted
9    under law.
10
11       The witness waives the right to read and
12   sign the deposition.
13
14       The original is to be delivered to and
15   retained by JONES WALKER, LLP for proper filing
16   with the Clerk of Court.
17
18       All objections, except those as to the form
19   of the questions and/or the responsiveness of
20   the answers, are reserved until the time of the
21   trial of this cause.
22
23
24
25

Page 5

1                KASEY KRAFT,
2    having been called as a witness, being duly
3            sworn, testified as follows:
4                EXAMINATION
5        (Commencing at 10:03 a.m.)
6    BY MR. KEE:
7    Q.    Mr. Kraft, have you -- first of all, my
8    name is P.J. Kee.  I represent MMR in this case.
9    We haven't met before, but good to meet you.
10            Have you ever had your
11   deposition taken before?
12   A.    No.
13   Q.    Okay.  So I'll just go over just some
14   very basic ground rules.  So our court
15   reporter's taking down everything that we say,
16   so I'm going to try to do my best not to speak
17   over you or speak at the same time so that
18   everything is captured properly.  If you could
19   do the same, that would be good.
20            If at any time you want to take
21   a break or, you know, just want to -- need to go
22   to the bathroom or just want a break for any
23   reason, just let us know and we can.
24            Also, it's important to vocalize
25   your answers instead of just head nods or



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 6..9
KASEY KRAFT, 08/16/2022

Page 6

1  uh-huhs.  Just say yes or no or, you know, just
2  make sure your answers are vocal.
3  A.      Okay.
4  Q.      And then if you don't understand one of
5  my questions or it's confusing or you just want
6  more clarification, just ask, and I'll try to
7  rephrase it so we make sure we're on the same
8  page --
9  A.      Okay.
10  Q.      -- you know, we understand each other.
11          So this is a limited deposition
12  and the language was set out in the notice.  Did
13  you see the notice for your deposition?  You
14  have it right here?
15  A.      Yes.
16  Q.      So we're going to stick to those
17  parameters for this deposition.
18          Can you tell us -- and just a
19  few background questions for you.  Can you tell
20  us your current position with ISG?
21  A.      Estimating manager.
22  Q.      And what -- as the estimating manager,
23  what does that entail?  Like, what are your
24  duties as estimating manager for ISG?
25  A.      I oversee any estimate that comes out of

Page 7

1  the Gonzales office.
2  Q.      Do you have any -- any role with the
3  other offices at ISG in terms of the estimating
4  that they do?
5  A.      If they have a question or need help,
6  I'll assist.  But I would say for the most part,
7  no.
8  Q.      As estimating manager, do you have the
9  last say-so in estimates, or is there another
10  review -- like, is there somebody above you that
11  reviews the estimates?
12  A.      Jason or Travis.
13  Q.      Jason Yates?
14  A.      Or Travis Darden.
15  Q.      And are those for every estimate that
16  they will have a second review of it, or is it
17  only for specific projects?
18  A.      They often have the final say-so over
19  every estimate.
20  Q.      Okay.  And when did your -- when did
21  your employment with ISG start?
22  A.      First Monday of April.
23  Q.      Okay.  Was there any break in time
24  between when you -- your last day at MMR and
25  your first day at ISG?

Page 8

1  A.      Friday, Saturday, Sunday.
2  Q.      Okay.  And do you -- was there an
3  onboarding process at ISG?
4  A.      Can you . . ?
5  Q.      Okay.
6  A.      Paperwork, or?
7  Q.      Was there, like, any orientation --
8  A.      No.
9  Q.      -- at ISG?  No?
10  A.      No.
11  Q.      Was there any meeting about, you know,
12  at ISG, here are the policies and procedures
13  here, this is basically how we operate, and this
14  is what we expect from you as estimating
15  manager?
16          MS. SUTHERLAND:  This is Shannon
17  Sutherland.  I mean, I understand that there may
18  be some leeway in terms of, you know, just
19  getting the lay of the land.  But I do think we
20  need to be mindful that there's a scope for this
21  deposition --
22          MR. KEE:  Okay.
23          MS. SUTHERLAND:  -- that was
24  agreed to.
25          MR. KEE:  Okay.

Page 9

1          MR. KEEGAN:  You can answer.
2          MR. KEE:  You can answer.
3  A.      About the orientation?
4  Q.      Yeah.  Just if there was any type of,
5  you know, orientation or any discussions with
6  ISG.
7  A.      I'm sorry.
8  Q.      Go ahead.
9  A.      On my first day I was given, you know, a
10  stack of paperwork to fill out and agree to.
11  Q.      Okay.
12  A.      Could I tell you what every document
13  said, no.
14  Q.      Was there any documents that you signed
15  that you recall relating to, you know, for
16  instance, you're not to use any information or
17  documents that you used at MMR?
18  A.      I'm not sure.
19  Q.      Okay.  Do you remember any discussions
20  about that on your first day of work?
21  A.      I'm not sure.
22  Q.      Okay.  Do you remember Jason Yates ever
23  telling you you are not allowed to take any --
24  to have any documents here that you had at MMR?
25  A.      No.

Page 10

1   Q.      Okay.  How about -- same question
2   about -- did anyone else tell you that at ISG,
3   like, you can't have documents here that you had
4   at MMR?
5   A.      No.
6   Q.      Did they ever tell you you can't use
7   estimating tools that you used at MMR?
8   A.      They advised not to.
9   Q.      When was that?
10  A.      From the beginning.
11  Q.      What did they tell you specifically
12  about that?
13  A.      That we're going to build our own
14  estimating sheets -- which we did -- and use
15  those.
16  Q.      Okay.  On your first day of work, did
17  they give you any estimating tools to use?
18  A.      Can you -- tools meaning just --
19  Q.      Okay.  As an estimator, what is it you
20  use to do estimates?
21  A.      Spreadsheets, Word documents.
22  Q.      And on your first day at ISG, did anyone
23  give you, for instance, spreadsheets or Word
24  documents that you should use as the estimating
25  manager?

Page 11

1   A.      They gave us Word documents that we
2   would submit as our proposal.
3   Q.      How about the Excel sheets that you
4   used?
5   A.      No.  They didn't give us any.
6   Q.      So you were expected to use your own?
7   A.      We were -- the expectation was to create
8   one when I got there.
9   Q.      Okay.  But before you got there, no one
10  gave -- like, they didn't give you one to say
11  this is what ISG uses, and we expect you to use
12  this spreadsheet?
13  A.      No.
14  Q.      Were you involved in the process of
15  building an estimating spreadsheet for ISG?
16  A.      Yeah.  I reviewed it.
17  Q.      Okay.  How long did it take to build
18  that?
19  A.      I don't know how long.  Ben Huffman was
20  working on it prior to my arrival.  But after I
21  got there, he worked on it for at least a week.
22  Q.      A week, okay.  And were you helping Ben
23  Huffman build the --
24  A.      Where he had questions, yes.
25  Q.      Okay.  What was he using to build this

Page 12

1   estimating worksheet?
2   A.      So --
3                   MS. SUTHERLAND:  Sorry, go
4   ahead.
5   A.      The sheet we used was the NECA, the
6   Natural Electrical -- I don't know what it
7   stands for quite honestly.  But it's a NECA book
8   that I purchased when I got there.
9   Q.      So y'all, you were -- he started using
10  the NECA manual once you got there?
11  A.      When I -- yeah.  He bought it on his ISG
12  credit card and that's what we used.
13  Q.      Okay.  Was Ben Huffman using any
14  estimating spreadsheets that MMR used?
15  A.      I don't know.
16  Q.      How about you, did you have any MMR
17  spreadsheets at ISG?
18  A.      I possessed one, but I didn't use it.
19  Q.      When you say you possessed it, what do
20  you mean?
21  A.      So it was on a flash drive.
22  Q.      Okay.  And what estimating spreadsheet
23  was that?
24  A.      It was a flash drive that was from a job
25  in 2019.  It was for a meeting that I had in

Page 13

1   South Carolina.
2   Q.      Okay.  And then so the estimating
3   spreadsheet related to that job that you were
4   just talking about?
5   A.      Correct.  Yeah.  Everything on that
6   drive, that flash drive, was for a floor
7   project.  And everything was specific to that
8   project.
9   Q.      Okay.
10  A.      For a bid review meeting.
11  Q.      And then did you transfer anything from
12  that flash drive to your ISG computer?
13  A.      Yeah.  I transferred everything on that
14  drive to my computer.
15  Q.      Okay.
16  A.      To my desktop.
17  Q.      Okay.  Did you ask anyone at ISG if you
18  could do that?
19  A.      No.
20  Q.      Did anyone -- well, did Jason -- did you
21  tell anyone that you had done that?
22  A.      Nobody at ISG knew I had that.
23  Q.      Okay.  Did you ask anyone at MMR if you
24  could keep that flash drive and the documents on
25  that?

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 14..17
KASEY KRAFT, 08/16/2022

Page 14

1   A.    I didn't even know I had the drive.
2   Like I said, it was from 2019.  And it was in a
3   box of old stuff I had upon my departure.  I
4   didn't even realize I had it with me.
5   Q.    Why did you move the documents from your
6   flash drive to the ISG computer?
7   A.    Because that job was, I think, the
8   biggest job I'd ever done, so I just wanted it
9   for personal records.
10  Q.    And did you access it?
11  A.    No.
12  Q.    So it was just sitting on your --
13  A.    It was sitting on my desktop.
14  Q.    Okay.  Was it within a folder, or was it
15  just sitting on the -- you know, your desktop?
16  A.    The folder's called P-19-2329.
17  Q.    So you just moved the whole folder onto
18  your desktop?
19  A.    Correct.
20  Q.    Okay.  So you have -- is it correct that
21  you've returned or you've handed in five flash
22  drives to your attorneys in this case?
23           THE WITNESS:  Was it four or
24  five?
25           MS. ROBICHAUX:  Five.

Page 15

1   A.    Five, yeah.
2   Q.    And were those flash drives that
3   contained -- or documents that you used at MMR?
4   A.    The one that you just referenced was one
5   of those.
6   Q.    Okay.  And then the other four --
7   A.    The other four, I don't know -- I'm
8   sorry, I didn't mean to interrupt.  I don't know
9   specifically what's on those.  I know those
10  flash drives were used to -- let's say I wanted
11  to take this document, scan it, and upload it.
12  They were specifically used to scan just to a
13  flash drive so I could upload it when I was on a
14  job site.
15  Q.    Okay.  So those five drives, were there
16  any personal documents on that, like, did you --
17  A.    I don't think so.  Because before I
18  handed them over, I went through them to see if
19  I had any personal files on there.
20  Q.    And you didn't see any personal files?
21  A.    Not to my knowledge.  I didn't open
22  every file, but nothing stood out, like, tax
23  information or, you know.
24  Q.    Sure.
25  A.    Nothing stood out to me.

Page 16

1   Q.    Like, you didn't have personal pictures
2   or anything like that?
3   A.    I don't think so.
4   Q.    We talked about the one flash drive that
5   was the P-19, had the P-19 folder on it?
6   A.    Um-huh.
7   Q.    The other four flash drives, did you
8   plug any of those into your ISG computer?
9   A.    To see what was on them before I handed
10  them over.
11  Q.    Okay.  Did you delete anything from
12  those flash drives?
13  A.    Not to my knowledge.
14  Q.    Okay.
15  A.    I'm not sure.
16  Q.    And when I say "delete," I should be
17  more specific with the time frame.  When you
18  plugged it -- those four flash drives into your
19  ISG computer, did you delete anything from the
20  flash drives while they were plugged into that
21  computer?
22  A.    I don't think so, but I'm really not
23  sure.
24  Q.    Okay.  Did you move anything from those
25  other four flash drives to your other ISG

Page 17

1   computer?
2   A.    No.
3   Q.    Okay.  And where were these five drives
4   located?  You mentioned you found -- or there
5   was one in a box?
6   A.    Yeah.
7   Q.    Were they all together?
8   A.    So when I worked -- my last year at MMR
9   I worked on a construction site out of town.
10  Q.    Yep.
11  A.    When I left estimating, I boxed all my
12  stuff up, everything in my office.
13  Q.    Uh-huh.
14  A.    Honestly, most of that stuff never even
15  got touched when I was on the road.  So when I
16  came over here and unboxed all my stuff, I
17  realized some of those drives were in there.
18  Q.    Okay.
19  A.    One or two of them, like I said, I use
20  them on a daily basis out there for scanning and
21  stuff.
22  Q.    Okay.  And so they were in a box just
23  to --
24  A.    Yeah.
25  Q.    Basically, your personal items from

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 18..21
KASEY KRAFT, 08/16/2022

Page 18

1  your --
2  A.     Paper, pens, just whatever.
3  Q.     So that box that had the flash drives in
4  it, did you bring that box with you to ISG's
5  office?
6  A.     Yes.
7  Q.     Okay.  And when did you plug in the
8  drive that had the P-19 folder on it?
9  A.     I believe, like, my first week or second
10 week there.
11 Q.     Okay.  Was it during the process that
12 you were helping Ben Huffman build the
13 estimating tools?
14 A.     No.
15 Q.     It was after?
16 A.     Yes.  That was all completed prior to me
17 plugging in that drive.
18 Q.     Okay.  On any of these five drives were
19 there MMR bids?
20 A.     The P-19.
21 Q.     Okay.  How about the others?
22 A.     No.
23 Q.     Okay.  Were there any customer lists or
24 contact lists on any of these drives?
25 A.     That floor P-19 drive, I'm sure it had

Page 19

1  the floor commercial contact lady or -- I'm sure
2  it had floor contacts, yes, specific to that
3  job.
4  Q.     How about like bid clarification?
5  A.     It had everything that -- everything
6  that goes into an estimate for a specific
7  estimate, that's what that flash drive had on
8  it.
9  Q.     Okay.  MMR -- when you worked at MMR,
10 you're aware they had a bid clarification
11 template?
12 A.     Um-huh.
13 Q.     Okay.  That's a yes?
14 A.     Yes.  I'm sorry, yes.
15 Q.     Did ISG have a bid clarification
16 template when you got there?
17 A.     They had clarifications that they used
18 for estimates prior to my arrival.  But I built
19 one when I got there.
20 Q.     Okay.  And did you use the MMR bid
21 clarification template to build that?
22 A.     No.
23 Q.     What did you use to build that?
24 A.     I used the previous estimates that
25 they've done.  And honestly I didn't -- I used

Page 20

1  stuff that I remembered from being at MMR for
2  five years.
3  Q.     Okay.  Did ISG have a bid clarification
4  template when you arrived?  Like, did they say
5  this is what we want you to bid for bid
6  clarifications and kind of tweak and modify it?
7  A.     No.
8  Q.     Okay.  Before ISG you worked at MMR?
9  A.     Um-huh.
10 Q.     Okay.
11 A.     Yes.
12 Q.     Was that your first job out of college?
13 A.     Yes.  'Cause I worked there two years
14 during college.
15 Q.     Okay.  You did not work for any other E
16 & I contractor before MMR?
17        MS. SUTHERLAND:  Objection.
18 Outside of scope.
19 Q.     And at MMR they provided you with the
20 estimating spreadsheets that you would use as an
21 estimator for MMR?
22 A.     Yes.
23 Q.     And they trained you on that?
24 A.     Yes.
25 Q.     Okay.  And as an estimator at MMR, aside

Page 21

1  from the estimating spreadsheets -- what did
2  they call them at MMR, the estimating
3  spreadsheets?
4  A.     Green sheets.
5  Q.     Green sheets, okay.  They used top
6  sheets as well?
7  A.     Yes.
8  Q.     What's the difference between those
9  two?
10 A.     One is to estimate direct man-hours or
11 labor hours and material.  Then the other one is
12 to take those hours or material dollars, to come
13 up -- build an overhead and come up with your
14 final price.
15 Q.     Okay.  And at ISG do you all use the
16 same terminology, green sheets and top sheets?
17 A.     No.
18 Q.     What do you call them at ISG?
19 A.     Labor and material sheets.
20 Q.     And is there a distinction -- like, MMR
21 had green sheets and top sheets.  At ISG are
22 they -- they're just all called labor and
23 material sheets, or is there a distinction?
24 A.     So at MMR they were called overhead and
25 top sheets.  At ISG they're called -- one file

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 22..25
KASEY KRAFT, 08/16/2022

Page 22

1  is named labor and material sheets, and the
2  other one is overhead sheets.
3  Q.      Okay.  So if on ISG's systems, computing
4  systems and network they are documents called
5  green sheets and top sheets, those would --
6  would those be MMR spreadsheets?
7          MR. KEEGAN:  Object to form.
8  Q.      You can answer.
9  A.      I don't know.  I mean, without opening
10  the file.  Anybody can name any file anything.
11  I can't say for certain that an Excel sheet
12  named green sheets would be MMR green sheet
13  without opening it.
14  Q.      Are you aware of anyone at ISG calling
15  ISG labor and material sheets green sheets or
16  top sheets?
17  A.      No.
18  Q.      When you got to ISG, did they provide
19  you with a work computer?
20  A.      Um-huh.  Yes.
21  Q.      Okay.  And how many work computers have
22  you had at ISG?
23  A.      One.
24  Q.      Just one, okay.  And they gave you an
25  email account?

Page 23

1  A.      Yes.
2  Q.      Does ISG use, like, a -- do you know
3  what a CRM system is or CRM software?  Have you
4  heard of that phrase?
5  A.      No.
6  Q.      Okay.  For as far as, like, shared
7  network drives, do you all use One Drive?
8  A.      Yes.
9  Q.      Okay.  And One Drive allows you to share
10  documents across the employees at ISG?
11  A.      Yes.
12  Q.      Okay.  Mike Lowe was deposed in this
13  case.  Were you listening in on his
14  deposition?
15  A.      Yes.
16  Q.      Did you hear him talk about the folder
17  structure on the One Drive?
18  A.      Yes.
19  Q.      And he testified that there was an
20  estimating folder on the One Drive.  Do you
21  remember that?
22  A.      Yes.
23  Q.      Okay.  Do you have access to that
24  folder?
25  A.      Yes.

Page 24

1  Q.      Okay.  Do you put documents on that
2  folder?
3  A.      Yes.
4  Q.      Okay.  Did you put any documents from
5  the -- any of the flash drives that you had onto
6  that estimating folder?
7  A.      No.
8  Q.      Did you move any documents from any of
9  those flash drives to anywhere on the One
10  Drive -- ISG's One Drive?
11  A.      No.
12  Q.      Did you email any documents from those
13  flash drives to anyone at ISG?
14  A.      No.
15  Q.      When you -- did you -- on your first day
16  as estimating manager, did you access that
17  estimating folder?
18  A.      I don't even think my computer was there
19  the first day.
20  Q.      How about during your first week?
21  A.      Yes.
22  Q.      Okay.  So is it true that before Ben
23  Huffman finished building the estimating
24  spreadsheet that you had accessed the estimating
25  folder?

Page 25

1  A.      Yes.
2  Q.      Okay.  And did you see estimates on
3  there?
4  A.      Yes.
5  Q.      And did you see any estimating
6  spreadsheets there?
7  A.      In those folders?
8  Q.      Um-huh.
9  A.      Yes.
10  Q.      Okay.  Did you see any spreadsheets in
11  that folder that were called green sheets or top
12  sheets?
13  A.      No.
14  Q.      Did you access any of those
15  spreadsheets?
16  A.      I didn't access any estimates that they
17  had completed prior to my arrival.
18  Q.      Okay.  Did you have any discussions with
19  them about what tools -- estimating spreadsheets
20  they had used before you arrived?
21  A.      No.
22  Q.      What folders on the One Drive do you
23  regularly access as the estimating manager for
24  ISG?
25  A.      Estimating.

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 26..29
KASEY KRAFT, 08/16/2022

Page 26

1  Q.      Just estimating?
2  A.      Yes.
3  Q.      Is there like a project management file
4  or like a project folder?
5  A.      There is, but I don't believe I have
6  access to those.
7  Q.      Okay.  So you're primarily going into
8  the estimating folder?
9  A.      Yes.
10 Q.      And is that where, like, the Ben Huffman
11 built estimating spreadsheet is housed?  I mean,
12 is that where it's located?
13 A.      Yes.
14 Q.      Okay.  And how do you use that?  Is
15 it -- why don't you just explain how it is that
16 if you've got a bid coming up, how is it that
17 you're using that spreadsheet?
18 A.      So if a new job comes in, we set up a
19 proposal number.  And when a proposal number is
20 set up, there is a templates folder.  And
21 everything in that templates folder gets
22 automated to the proposal number once it's set
23 up.  And all of those templates get created into
24 that new proposal folder.
25 Q.      Okay.  So the template will remain kind

Page 27

1  of untouched or the same --
2  A.      I'm sorry.  Keep going.
3  Q.      And you can correct me if I'm wrong.
4  But the templates -- template file will stay the
5  same and then the tweak, how you're actually
6  using it, will get saved according to the
7  project number?
8  A.      Correct.
9  Q.      Okay.  Your last day at MMR was March
10 31st?  Is that accurate?
11 A.      If that's a Thursday, yes.
12 Q.      Okay.  So the last Thursday of March
13 was --
14 A.      Correct.
15 Q.      -- your last day, okay.
16         And have you seen -- did you
17 review the complaint in this case that was
18 filed, the amended complaint?
19 A.      Yes.
20 Q.      And did you see the allegations relating
21 to your last day of employment?
22 A.      Yes.
23 Q.      Okay.  And there's the allegation that a
24 manager saw you with an external hard drive
25 plugged into your MMR computer?

Page 28

1  A.      Yes.
2  Q.      And who was that person that saw that?
3  A.      Brad Lambert.
4  Q.      Okay.  What was it that you were doing
5  with that external hard drive?
6  A.      I was backing up my files.
7  Q.      Okay.  And did that include MMR files?
8  A.      Yes.
9  Q.      And so you were intending to take all of
10 those files with you?
11 A.      Yes.
12 Q.      And it wasn't just your personal files
13 that happened to be on that computer, correct?
14 A.      It was projects that I estimated during
15 my time.
16 Q.      And, again, that's not personal files,
17 those are business-related files, correct?
18 A.      Correct.
19 Q.      Okay.  When he confronted you -- tell us
20 when he confronted you -- or did he ask you what
21 were you doing?
22 A.      No.
23 Q.      What did he say?  Tell us about that
24 interaction.  What was it that he told you and
25 what did you say?

Page 29

1  A.      He didn't say anything.  I walked into
2  my office.  I think I came back from the
3  bathroom or I was out of the office.  I don't
4  know where I was.  And I noticed my hard drive
5  was missing.
6  Q.      Okay.
7  A.      And I shared an office with another guy.
8  He said Brad unplugged it and walked out.
9  Q.      Okay.  And who was it that was in your
10 office with you that you shared an office
11 with?
12 A.      His name is Melvin Highman.
13 Q.      What did you tell Melvin when he told
14 you that?
15 A.      I didn't tell him anything.  I walked
16 out and walked over to Brad's office.
17 Q.      Okay.  And what did you say to Brad?
18 A.      I think you have something that's mine.
19 Q.      Okay.  And what did he say?
20 A.      He said, yeah, I need to go through it
21 tonight, and I'll give it back to you
22 tomorrow.
23 Q.      Okay.  And was this an external hard
24 drive?
25 A.      Yes.

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 30..33
KASEY KRAFT, 08/16/2022

Page 30

1   Q.      Okay.  And was it an external hard drive
2   that you had purchased?
3   A.      Yes.
4   Q.      Okay.  And you had purchased it when?
5   A.      I'm not sure.
6   Q.      Was it shortly before you resigned?
7   A.      No.  'Cause I had it for at least a
8   couple of months before I left.
9   Q.      Okay.  So did you purchase it with the
10  intention of downloading the contents of your
11  MMR computer?
12  A.      I purchased it with the intentions of
13  backing up the personal files I had on my MMR
14  computer.
15  Q.      Okay.  But then on your last day you
16  expanded that and downloaded business files too,
17  correct?
18  A.      I downloaded estimates that I worked on.
19  Q.      Do you consider the estimates you
20  worked on for MMR as your personal?
21  A.      I consider personal work that I've done
22  over my career, yeah.  Yes.
23  Q.      So you're saying that you think
24  you had a right to take the MMR estimates you
25  worked on?

Page 31

1   A.      Yeah.
2   Q.      And why is that?
3   A.      It was documents that I built, stuff I
4   worked on, stuff I created for MMR.
5   Q.      Okay.  And did you think it would -- it
6   was something that would kind of help you as you
7   progressed through your career to have those
8   documents?
9   A.      The intentions of taking those documents
10  were if I didn't work out at ISG, wherever I
11  went, I wanted to have almost a job portfolio of
12  what I've done in my career.  In case I went
13  somewhere else and they asked what size projects
14  have you worked on, what type estimates have you
15  done, I could say I've done these, these, and
16  these.
17  Q.      Okay.  And so did you think it would be
18  information that would be useful for you as you
19  go through your career?
20  A.      The intentions were never to use any of
21  the information.  It was strictly for records of
22  what I've --
23  Q.      Okay.
24  A.      -- done throughout my career.
25  Q.      And who did you ask at MMR if you could

Page 32

1   take those with you?
2   A.      Nobody.
3   Q.      Why not?
4   A.      I don't know.
5   Q.      Did you think they would tell you, no,
6   you can't have them?
7   A.      I don't know what they would say.
8   Q.      Okay.
9   A.      I guess it would depend on who I asked.
10  Q.      Okay.  If you had asked Pepper Allgood
11  if you could take those documents with you, he
12  would have told you no, correct?
13          MR. KEEGAN:  Calls for
14  speculation.
15  Q.      You can answer.
16  A.      I don't know what he would have said.
17  Q.      What do you think he would have said?
18  A.      No.
19  Q.      And is that why you didn't ask someone
20  like Pepper Allgood if you could take them?
21  A.      I didn't have access to Pepper to ask
22  him that question.
23  Q.      Who is the highest employee at MMR that
24  you had access to?
25  A.      At the time Tony Gibson.

Page 33

1   Q.      If you had asked Tony Gibson, can I back
2   up all of these files and estimates I've worked
3   on, what do you think Tony Gibson would have
4   told you?
5          MR. KEEGAN:  Calls for
6   speculation.
7   A.      No.
8   Q.      Is that why you didn't ask Tony Gibson
9   if you could back it up because he would have
10  told you no?
11  A.      I didn't ask Tony Gibson because we
12  never spoke.
13  Q.      Who was it that took the hard drive out
14  of your computer?
15  A.      Brad Lambert.
16  Q.      If you had asked Brad Lambert if you
17  could take all of these MMR estimates, he would
18  have told you no, correct?
19          MR. KEEGAN:  Object to form.
20  A.      Correct.
21  Q.      Okay.  And you had access to Brad
22  Lambert?
23  A.      Correct.
24  Q.      And you didn't ask him 'cause you knew
25  he would tell you no, correct?

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al            Pages 34..37
KASEY KRAFT, 08/16/2022

Page 34

1  A.     That's not why I didn't ask him.  I just
2  didn't ask him.
3  Q.     Okay.  Were you trying to keep it a
4  secret that you were downloading these MMR
5  files?
6  A.     I figured they would be able to figure
7  it out.
8  Q.     So you just figured they might figure it
9  out, but you didn't think to ask them?
10 A.     I didn't think it would be -- turn into
11 this.
12 Q.     Okay.  While you were an MMR employee,
13 you didn't share any estimates with any
14 competitors of MMR, correct?
15 A.     MMR estimates to competitors, no.
16 Q.     Because that would be harmful to MMR?
17        MS. SUTHERLAND:  Objection.
18 Outside the scope.
19 Q.     You can answer.
20 A.     No.
21        MS. SUTHERLAND:  I think we need
22 to get straight on the limits of this
23 deposition.  The limits of this deposition are
24 to identify -- well, it's in writing and I don't
25 have it up in front of me.  But it's to identify

Page 35

1  where MMR information may reside.  That question
2  is not in any way designed to identify where
3  that information may reside.
4         MR. KEE:  Actually, if he shared
5  it with anyone outside of MMR, that would be
6  where it resides.  So if you want to instruct
7  him not to answer, you can go do that.
8         MS. SUTHERLAND:  That wasn't
9  your question.  You were asking about things
10 when he worked at --
11        MR. KEE:  Exactly.  That's
12 right.
13        MS. SUTHERLAND:  -- at MMR.
14        MR. KEE:  That's correct.
15        MS. SUTHERLAND:  But that wasn't
16 your question.
17        MR. KEE:  If you want to
18 instruct him not to answer --
19        MS. SUTHERLAND:  Ask your
20 question again.
21        MR. KEE:  If you want to
22 instruct him to not answer, you can.
23        MR. KEEGAN:  Could we read the
24 question back.
25        MS. SUTHERLAND:  Could you read

Page 36

1  the question back.
2         THE COURT REPORTER:  "While you
3  were an MMR employee, you didn't share any
4  estimates with any competitors of MMR, correct?"
5  BY MR. KEE:
6  Q.     And my next question is:  You wouldn't
7  do that because that would be harmful to MMR?
8         MR. KEEGAN:  Object to form.
9         MS. SUTHERLAND:  Same objection.
10 It's outside of the scope.
11        MR. KEE:  Are you instructing
12 him not to answer?
13        MS. SUTHERLAND:  He's not my
14 client.
15        MR. KEEGAN:  Yeah.  That is
16 clearly outside the scope.  I'm trying to give
17 as much deference as I can.  Can we go off the
18 record and talk about where you're going with
19 this and maybe how much you have left.  And I'd
20 be inclined to not instruct him to stop
21 answering questions.  But it's -- you know, I do
22 have to wonder where it's going.
23        MR. KEE:  This is the last
24 question on that topic.
25        MR. KEEGAN:  What's the question

Page 37

1  again?
2  BY MR. KEE:
3  Q.     My next question was:  You wouldn't
4  share those estimates with a competitor while
5  you were at MMR because that would be harmful to
6  MMR?
7         MR. KEEGAN:  Object to form.
8  Calls for speculation.
9         If the witness knows, he can
10 answer.
11 A.     I didn't share any estimates with
12 anybody outside of MMR.
13 Q.     And I'm saying you didn't because that
14 would be harmful to MMR?
15 A.     Correct.
16 Q.     Okay.  When Mr. Lambert -- during that
17 discussion with Mr. Lambert with the external
18 hard drive, did you tell him that you had other
19 external drives or flash drives in your
20 possession that had MMR information on it?
21 A.     Like I said, I didn't -- when I left, it
22 was all in a box.  I didn't know I had them.
23 Q.     When did you box up your office in
24 relation to when you had the external hard drive
25 plugged in?  Did you box your office up before

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 38..41
KASEY KRAFT, 08/16/2022

Page 38

1  or after that?
2  A.    That box that I'm speaking on never got
3  unboxed when I left estimating in 2020.
4  Q.    Okay.  So that box was not -- you're
5  saying that box was not -- there was nothing in
6  that box that was packed up in South Carolina?
7  A.    Virginia.
8  Q.    Or Virginia, sorry.
9  A.    There was contents that were added to
10 it.  But that flash drive you're asking about,
11 the P-19 drive, when it left my office in Baton
12 Rouge, it never got discovered again until I was
13 at ISG.
14 Q.    Did you have that box with you in
15 Virginia?
16 A.    Yes.
17 Q.    Okay.  And so you used that box to put
18 more things into it?
19 A.    Correct.
20 Q.    When you were at -- okay.
21        And so my question is:  When you
22 were boxing your office up in Virginia, did you
23 box up after the external hard drive incident or
24 before?
25 A.    Before.

Page 39

1  Q.    And when did you discover the five flash
2  drives were in that box?
3  A.    When I unboxed it at ISG.
4  Q.    Okay.  And I know we talked about the
5  one flash drive that had the P-19 folder on it.
6  Did you plug in the other four flash drives at
7  the same time that you plugged that flash drive
8  in?
9  A.    Like had them all in the same computer
10 at once?
11 Q.    Just contemporaneously.  You plugged in
12 the one that had the P-19 folder on it?
13 A.    Correct.
14 Q.    Did you then also plug in the other four
15 around that same time or that same day?
16 A.    Before I went to my lawyer's office to
17 hand them everything I had that pertained to
18 MMR, I went one by one to see what had anything
19 on it.
20 Q.    Okay.  Yeah.  My question is before you
21 did that, did you plug in these other four thumb
22 drives into your ISG computer?
23 A.    I don't think so, no.
24 Q.    Okay.  Do you have a personal
25 computer?

Page 40

1  A.    Yes.
2  Q.    Okay.  Did you have that computer while
3  you were at MMR?
4  A.    Yes.
5  Q.    You still have it today?
6  A.    Yes.
7  Q.    Is it just one computer?
8  A.    Yes.
9  Q.    Did you plug in any of the five flash
10 drives into that personal computer?
11 A.    If I did, it was before I even used them
12 for work at MMR.
13 Q.    Okay.  Okay.  Do you know if you plugged
14 in those five flash drives after you became an
15 employee of ISG?
16 A.    After I became an employee at ISG?
17 Q.    Let me rephrase that.  After you became
18 an employee of ISG, did you plug any of those
19 five flash drives into your personal computer?
20 A.    No.
21 Q.    March 31st, the incident with the
22 external hard drive, had you plugged in that
23 external hard drive into your MMR computer
24 before that?
25 A.    Yeah.

Page 41

1  Q.    Okay.  And when was it that you -- when
2  was it you gave your resignation notice to
3  ISG -- I mean, to MMR?
4  A.    The Thursday before the 31st.
5  Q.    So a week before?
6  A.    Yes.
7  Q.    In that week period when you gave your
8  resignation notice to your last day, did you
9  plug in that external hard drive into your MMR
10 computer?
11 A.    Yes.
12 Q.    Okay.  And did you move documents onto
13 that external hard drive?
14 A.    Yes.
15 Q.    And you weren't moving those documents
16 during that week period for the benefit of MMR,
17 correct?
18 A.    I don't see how MMR could have benefited
19 from that.
20 Q.    At MMR as an estimator -- this is kind
21 of just general background.  As an estimator,
22 you would provide estimates at the start or to
23 try to win a job, is that correct?
24 A.    Yeah.
25 Q.    Okay.  Would you also do estimates, you

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 42..45
KASEY KRAFT, 08/16/2022

Page 42

1  know, for like change orders or, you know, on
2  projects where you had won it, but there was --
3  A.    Yes.
4  Q.    Okay.  Would you use the same estimating
5  spreadsheets for, you know, when you're trying
6  to win the job and then when you might have a
7  change order?
8  A.    It depends on if the change order -- if
9  it was the same contract structure.
10  Q.    Okay.  Was there a different -- for the
11  change order spreadsheets that were used, was
12  there a different name at MMR other than green
13  sheets, top sheets or overhead sheets?
14  A.    They don't have a standardized change
15  order estimating form to my knowledge.
16  Q.    Does ISG have a change order estimating
17  form that they use?
18  A.    I don't touch projects after they're
19  awarded.  I wouldn't know.
20  Q.    As estimating manager, you're in charge
21  of the estimates to obtain the work?
22  A.    Correct.
23  Q.    And then once a job is awarded or it's
24  been won, you no longer have an involvement in
25  that?

Page 43

1  A.    Unless there's specific questions tied
2  to the original estimate.
3  Q.    Okay.  So since you've been at ISG you
4  have not -- you have not provided, like, a
5  change order estimate at all?
6  A.    Correct.
7  Q.    Okay.  Are you involved at ISG at all in
8  kind of how a project is managed or -- in any
9  way once a project is won?
10  A.    No.
11  Q.    Okay.  Are you aware of what software
12  ISG uses to track projects and the status of
13  projects?
14  A.    I think they use Spectrum.
15  Q.    Spectrum, okay.  And what is it that
16  Spectrum does?
17  A.    I couldn't tell you.  I just know that's
18  what they use.
19  Q.    Okay.  Before -- at MMR you had access
20  to an email account?
21  A.    Yes.
22  Q.    Okay.  Did you send any MMR documents
23  from that account to your personal email
24  account?
25  A.    While I was employed at MMR?

Page 44

1  Q.    Yeah.
2  A.    I'm sure.
3  Q.    Okay.  How about in your last month of
4  employment, do you remember doing that?
5  A.    No.
6  Q.    And your personal -- do you have a
7  Google -- is that your personal email --
8  A.    Yes.
9  Q.    -- account?  And you use Google Drive?
10  A.    No.
11  Q.    Have you ever moved any -- I'll just
12  clarify this.  Have you ever moved any documents
13  that you were working on at MMR or used at MMR
14  to your personal Google Drive?
15  A.    What's the time period?  I mean, I'm
16  sure I have over the five years I was there, I
17  mean.
18  Q.    Just, you know, once you started
19  considering moving, you know, accepting
20  employment at ISG.
21  A.    I don't think so.
22  Q.    Have you deleted anything from your
23  Google Drive since becoming an employee at
24  ISG?
25  A.    I don't use Google Drive.

Page 45

1  Q.    So the answer would be, no, you
2  haven't?
3  A.    No.
4  Q.    How about from your personal Google
5  email account, did you delete -- have you
6  deleted any emails?
7  A.    Yeah.
8  Q.    What's your standard -- like, what is
9  your practice with deleting because I don't
10  delete anything?
11  A.    I delete anything that's not
12  important.
13  Q.    Have you deleted any emails that were
14  sent that had any MMR documents attached to it?
15  A.    I don't think so.  I don't know
16  honestly.  Nothing stands out.
17  Q.    Okay.  Clarify this.  Have you deleted
18  any -- anything from your ISG computer?
19  A.    Since I started at ISG?
20  Q.    Um-huh.
21  A.    Yes.
22  Q.    Okay.  What do you recall deleting?
23  A.    Specifically?  I mean, I delete stuff
24  all the time, I mean.
25  Q.    Okay.  Did you delete anything relating

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 46..49
KASEY KRAFT, 08/16/2022

Page 46

1  to MMR in any way?
2  A.      Off of my ISG computer?
3  Q.      Um-huh.
4  A.      No.
5  Q.      Okay.  Have you deleted from any device
6  that you had access to or account that you have
7  access to, have you deleted any MMR documents or
8  anything related to MMR since becoming an ISG
9  employee?
10 A.      I'm not sure.
11 Q.      It's possible that you did?
12 A.      It's possible, yeah.
13 Q.      Is it possible you deleted stuff from
14 the flash drives that you returned to your
15 counsel?
16 A.      When you say "stuff"?
17 Q.      MMR documents, anything from those flash
18 drives?
19 A.      I don't think I deleted anything from
20 the flash drives.
21 Q.      Are you saying definitively here today
22 that you did not delete anything from those
23 flash drives?
24 A.      I'm not going to say that.  I don't know
25 for sure.  I don't remember.

Page 47

1  Q.      But you do know for sure you did not
2  delete anything from your ISG computer relating
3  to MMR in any way, correct?
4  A.      Correct.
5  Q.      Why are you sure about the computer and
6  not sure about the flash drives?
7  A.      Because the only MMR files I put on my
8  computer was that P-19 flash drive like I
9  mentioned, and I have not touched that folder.
10 Q.      Okay.  Have you deleted any text
11 messages from your cell phone relating in any
12 way to MMR, this case?
13 A.      Like conversations with parents or
14 anything?
15 Q.      Anything.
16 A.      Yeah, I mean.
17 Q.      What was it that you deleted?
18 A.      I don't know.
19 Q.      You don't recall?
20 A.      No.  I'm just assuming that some of the
21 messages I've had on my phone with my parents
22 have talked about this case.
23 Q.      And you think you deleted those?
24 A.      Yeah.
25 Q.      How about outside of conversations with

Page 48

1  your parents, any other text messages with
2  anyone relating to MMR or this case that you
3  deleted?
4  A.      I'm sure there's been text messages that
5  I've had with people that have been deleted that
6  have the contents MMR somewhere in those
7  messages.
8  Q.      Who outside of your parents and your
9  attorneys have you had conversations about this
10 case with?
11 A.      Friends, girlfriend.
12 Q.      And that would have been through text
13 messages, some of those?
14 A.      Um-huh.
15 Q.      And what is your practice with deleting
16 text messages?  Is it something you -- just tell
17 us.  What's your general --
18 A.      I guess when the list gets real long, I
19 trim back on the stuff I know I don't need.
20 Q.      Do you delete stuff that you don't want
21 people to see?
22 A.      Depends.  I mean, nobody looks at my
23 phone, so no.
24 Q.      Why did you delete the text messages
25 about this case or MMR?

Page 49

1  A.      It wasn't specifically saying, hey,
2  there's a message here that's talking about this
3  case, let me delete it.  I'm just assuming that
4  with some of those conversations that have been
5  deleted, some of them probably mentioned MMR.  I
6  don't know what the specific context is.
7  Q.      Okay.  Did you have any text messages
8  with any ISG employees about this case?
9  A.      I have text messages with Jason, yeah.
10 Q.      Did you delete any of those?
11 A.      No.  I've never deleted any messages
12 with any ISG employees --
13 Q.      Okay.
14 A.      -- that contained information about this
15 case.
16 Q.      Okay.  How about just information about
17 MMR generally?
18 A.      No.
19 Q.      So you're reporting -- who do you report
20 to at ISG?
21 A.      Travis Darden.
22 Q.      And that's it, you're just -- to Travis
23 Darden?
24 A.      And Jason Yates.
25 Q.      Okay.  Are those the two that review

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 50..53
KASEY KRAFT, 08/16/2022

Page 50

1  estimates with you?
2  A.    They review the estimates that they want
3  to review.
4  Q.    Okay.
5  A.    They don't review every estimate.
6  Q.    Does -- you're at the office, correct?
7  A.    Yes.
8  Q.    How far away are you from Jason Yates'
9  office?
10  A.    I'm in a separate building.
11  Q.    You've been to his office, though?
12  A.    Yeah.
13  Q.    Does he have a personal computer in that
14  office?
15  A.    I have no idea.
16  Q.    How many computers does he have?
17  A.    I have no idea.
18  Q.    Do you report to -- is Kevin Alexander
19  employed by ISG?
20  A.    I have no idea.
21  Q.    You've never interacted with him at
22  ISG?
23  A.    No.
24  Q.    Have you interacted -- since becoming an
25  ISG employee, have you interacted with anybody

Page 51

1  at MMR about estimating or specific estimates?
2  A.    No.
3  Q.    You've never reached out to anyone at
4  MMR and said, can you review?
5  A.    Oh, no, no.
6          MR. KEE:  Let me just take a
7  quick break.  Just five minutes.
8          MR. KEEGAN:  Okay.
9          (Brief recess.)
10  BY MR. KEE:
11  Q.    Do you recall -- I asked you a series
12  of -- first of all the court reporter reminded
13  me that I used the name Pepper Allgood.  What I
14  meant was Pepper Rutland.  Do you understand
15  that when I referred to Pepper that that
16  referred to Pepper Rutland?
17  A.    Yes.
18  Q.    And those series of questions I was
19  asking, at one point you answered on whether or
20  not you would be allowed to take the documents
21  with you.  You said it depends on who you ask.
22  A.    Um-huh.
23  Q.    Yes?
24  A.    Yes.  I'm sorry.
25  Q.    Who at MMR do you believe would have

Page 52

1  allowed you to take those documents with you?
2  A.    Oh, I answered that way just 'cause I'm
3  not going to speculate who would have responded
4  what way on that question.
5  Q.    Do you know of anyone at MMR that you
6  believe would have allowed you to take those
7  documents?
8  A.    I'm sure certain people within MMR
9  probably would not care, depending on the
10  intent.
11  Q.    And who were you thinking about when you
12  say that?
13  A.    No one specifically.  I'm just -- I'm
14  just not saying every employee at MMR would be
15  opposed to me taking them.
16  Q.    How about any employees at -- at a
17  management level in estimating?
18  A.    At?
19  Q.    MMR.
20  A.    That would be opposed to me taking them?
21  Q.    That would not be opposed to you, that
22  would say, sure, you can take those with you.
23  A.    I think certain people in management
24  positions at MMR estimating would know I was not
25  taking these documents to use them at a

Page 53

1  competitor.
2  Q.    And who specifically are you thinking
3  about when you're thinking of those people?
4  A.    That wouldn't mind?
5  Q.    Um-huh.
6  A.    Probably Matt Jean.
7  Q.    And what's Matt Jean's position?
8  A.    He was like my mentor the whole time I
9  was there.  And he was the manager of
10  estimating.  I think he would firmly believe I
11  wasn't using these to go maliciously destroy
12  MMR.
13  Q.    Have you had any discussions with Matt
14  Jean about what you took?
15  A.    No.
16  Q.    Did you ask him beforehand if you could
17  take them with you?
18  A.    No.
19  Q.    When's the last time you spoke to Matt
20  Jean?
21  A.    We speak all the time.
22  Q.    Have you talked about this case at all?
23  A.    Just -- not specifics.
24  Q.    Okay.  Have you talked about the
25  documents that you took with you?

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 54..57
KASEY KRAFT, 08/16/2022

Page 54

1  A.    No.  I didn't take any because they
2  got -- Brad made me delete them.
3  Q.    Well, on the flash drives?
4  A.    Oh, no.  Yeah, no, I haven't talked to
5  him about that.  Just the P-19 flash drive is,
6  like I said, the only thing.
7  Q.    You testified that when you got to ISG
8  you filled out paperwork.  Do you recall that?
9  A.    Um-huh.  Yeah.
10  Q.    Was it like a hiring packet?
11  A.    Correct.
12  Q.    Was it the same hiring packet that MMR
13  uses?
14  A.    I have no idea.
15  Q.    Okay.  It didn't look familiar to you?
16  A.    I hired on at MMR five years ago.  It
17  could have changed ten times since then.
18  Q.    Okay.  So -- all right.  And how -- you
19  put your resignation notice in a week before
20  your last day?
21  A.    Correct.
22  Q.    How long had you been talking with folks
23  at ISG about the potential of becoming an ISG
24  employee?
25  A.    I got an offer letter from Jason Yates

Page 55

1  the day I put my resignation in.
2  Q.    But when did the discussion start about,
3  you know, the possibility of you joining ISG?
4  A.    The Monday after Christmas.
5  Q.    Okay.  So it was about three months?
6  A.    Yeah.
7  Q.    Okay.  And in those discussions -- who
8  were those discussions with?
9  A.    Jason Yates.
10  Q.    Anyone else?
11  A.    There was a superintendent -- the
12  initial discussion started by a guy named Marty
13  High.
14  Q.    And who is he?
15  A.    He's a superintendent.
16  Q.    At ISG?
17  A.    Correct.
18  Q.    Was he a former MMR employee?
19  A.    Yes.
20  Q.    And you knew him -- is that how you knew
21  him?
22  A.    That's how I knew him, yes.
23  Q.    So the discussion started with Marty?
24  A.    Correct.
25  Q.    In December or before?

Page 56

1  A.    December.  A couple weeks before
2  Christmas.
3  Q.    Okay.  And then Jason Yates became
4  involved --
5  A.    Correct.
6  Q.    -- in those discussions?
7        In those discussions, did Jason
8  Yates tell you you are not to bring any
9  documents with you from MMR?
10  A.    Yeah.
11  Q.    He did?
12  A.    He did.
13  Q.    But you did anyway?
14  A.    I brought the P-19 flash drive that I
15  didn't know I had.
16  Q.    And you tried to bring the documents
17  from the external hard drive, correct?
18  A.    Not to ISG.
19  Q.    Just with you personally?
20  A.    Personally.
21  Q.    Okay.  When did he tell you in your
22  discussions about, you know, coming to ISG, you
23  know, don't take any documents with you when you
24  leave MMR?
25  A.    Same day he gave me the offer letter.

Page 57

1  Q.    That was your -- that was the same day
2  you put in your resignation notice?
3  A.    Yeah.
4  Q.    Okay.
5  A.    We had conversations, you know.
6  Obviously, I didn't -- the first conversation
7  wasn't when I got the letter.  He mentioned over
8  the -- you know, when I said I was coming, don't
9  take anything.
10  Q.    Okay.  But he reiterated that when he
11  gave you the offer letter?
12  A.    Yeah.
13  Q.    Okay.  And then you said in the week
14  after getting the offer letter and your last day
15  you plugged in your external hard drive and were
16  moving documents, MMR documents, to that
17  external hard drive, correct?
18  A.    Correct.
19  Q.    So you didn't listen to Jason's
20  instructions?
21        MR. KEEGAN:  Object to form.
22  A.    I wasn't taking them to ISG.
23  Q.    Okay.  So you're making the distinction
24  between what you could do personally and what
25  you could do for ISG?

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 58..61
KASEY KRAFT, 08/16/2022

Page 58

1  A.      I'm making it clear I was taking those
2  documents for resume purposes, personal use.
3  Never to use at a competitor.
4  Q.      Did any of the documents you were trying
5  to download to that external hard drive relate
6  to any projects that you have since pursued or
7  provided an estimate for ISG?
8  A.      No.
9  Q.      Are you -- have you pursued for ISG any
10 projects that you had that was in the pipeline
11 of projects that you were pursuing for MMR?
12 A.      No.
13 Q.      Were there any discussions about the
14 projects that you would be pursuing for ISG
15 during those calls with Jason Yates?
16 A.      Like the type of -- can you clarify?
17 Q.      Were there any specific -- like, were
18 there any targeted projects that the two of you
19 discussed while he was recruiting you to go to
20 ISG?
21 A.      There wasn't any specific targeted
22 projects.
23 Q.      What about general?  Were there any
24 discussions about projects that he wanted you to
25 pursue for ISG?

Page 59

1  A.      Markets or specific projects?
2  Q.      Either.  Markets -- you can start with
3  markets, and then we can talk about projects.
4  A.      Yeah.  He told us the type of work we
5  would be pursuing.  I wouldn't have gone without
6  that information.
7  Q.      And what was that?
8  A.      Industrial, electrical work,
9  communications.  DOT, that was a heavy market.
10 Anything from along the Gulf south.
11 Q.      And then what about anything specific in
12 those markets, did you discuss any specific
13 projects that were on the horizon that he
14 thought you might be involved with with
15 estimating?
16 A.      No.
17 Q.      When we were talking about the green
18 sheets and talking about building the ISG
19 spreadsheet with Ben Huffman.
20 A.      Um-huh.
21 Q.      You talked about the NECA manual, using
22 the NECA manual.  Do you recall that?
23 A.      Correct.
24 Q.      And the NECA manual provides some
25 standard labor units, correct?

Page 60

1  A.      Um-huh.  Yes.
2  Q.      And that would have been used in the
3  green sheets or the overhead sheets?  What did
4  you use the NECA manual -- would that be helpful
5  for building an overhead sheet?
6  A.      The NECA manual is a template to build
7  -- the NECA manual is the same thing MMR used to
8  build their green sheets, and it's the same
9  thing we used to build our labor and material
10 sheets.
11 Q.      So my question is about the overhead
12 sheets, which were different, right?
13 A.      I thought you were asking about the NECA
14 manual.
15 Q.      And that's my question.  You would not
16 use the NECA manual to build the overhead
17 sheets?
18 A.      Oh, no.
19 Q.      Okay.  And why is that?
20 A.      That's -- the NECA manual is just
21 specific commodities and those labor units.  The
22 overhead sheet has nothing to do with building
23 labor.
24 Q.      Okay.  So what did -- what did you and
25 Ben Huffman use to build the overhead sheets?

Page 61

1  A.      Nothing.
2  Q.      Nothing?
3  A.      Nothing.
4  Q.      How did you come up with it?
5  A.      My head.
6  Q.      In your head?
7  A.      Him -- his and mine.
8  Q.      And y'all looked at no documents --
9  A.      No.
10 Q.      -- coming up with it?  And were there
11 emails exchange about building this overhead
12 sheet?
13 A.      As far as?
14 Q.      Just you and Ben discussing --
15 A.      Yeah.  He sent me, hey, look, take a
16 look at this.  I've got this finalized.  What
17 are your thoughts.  I would review it, get back
18 with him.
19 Q.      How many emails would you say related to
20 that topic?
21 A.      Less than five, I'm sure.
22 Q.      Did you delete any of those emails?
23 A.      No.
24 Q.      Okay.  Do you know what Ben Huffman was
25 looking at when he was building the overhead

Page 62

1  sheets?
2  A.    No.  Like I said, he started before I
3  was even there, and I assisted him the first
4  week I was there and reviewed it.
5  Q.    So did he have an overhead sheet he had
6  already worked on before you got there and was
7  sharing it with you to tweak?
8  A.    I don't know what he did before I got
9  there.
10 Q.    Well, did he -- did he -- when you first
11 started this discussion with him, did he send
12 you the first draft of the overhead sheet?
13 A.    He saved it on the server, and I went in
14 the server and took a look at it.
15 Q.    When you say "the server"?
16 A.    The One Drive.
17 Q.    And that would have been in the
18 estimating folder?
19 A.    Correct.
20 Q.    Okay.  And so it's your testimony that
21 the only thing used as far as you know to build
22 the overhead sheet was what was in your head?
23 A.    I just reviewed what he built.
24 Q.    Okay.
25 A.    So I don't -- like I said, I don't know

Page 63

1  what he used to build it.  But my belief is that
2  he built it from what he remembered at MMR.
3  Q.    Did it look like the same -- did it look
4  similar to the overhead sheet that MMR uses?
5  A.    No.  We have some -- we have a couple of
6  different sheets that distinguishes ours.  But,
7  I mean, at the end of the day, it's an Excel
8  spreadsheet, so.
9  Q.    What's the distinguishing factor?  What
10 is it you're referring to when you say that?
11 A.    We have additional sheets in ours.
12 Q.    Okay.  Like what?
13 A.    Basically, we have a sheet that you can
14 man-load your staff, your equipment, but theirs
15 didn't.
16 Q.    Okay.  Did -- when Jason -- Jason Yates
17 found out you had actually brought some MMR
18 documents to ISG, correct?
19 A.    Jason knew that the P-19 folder was on
20 my computer.
21 Q.    Okay.  And how did he know that?
22 A.    Because whenever the forensic protocol
23 or whatever.  He came around and asked
24 everybody, hey, do you have anything?  Is there
25 anything that we need to know about?  And I told

Page 64

1  him.
2  Q.    Did he tell you that he had a hard drive
3  as well full of MMR documents?
4  A.    No.
5  Q.    Would that be surprising to you to learn
6  that he did?
7  A.    I don't know if he does or not.
8  Q.    I know.  I'm asking if he does, would
9  that be surprising to you?
10 A.    Yeah.
11 Q.    Why is that?
12 A.    Why would it be surprising?
13        MS. FONACIER:  Objection.  Calls
14 for speculation.
15 A.    Because I didn't know he had it.
16 Q.    And you don't think he should have had
17 it, correct?
18        MR. KEEGAN:  Object to form.
19 A.    I don't think he should have the hard
20 drive?
21 Q.    Full of MMR documents.
22 A.    It would depend on what's on it.  I
23 don't know what's on it.
24 Q.    He told y'all you couldn't have any MMR
25 documents on any devices, correct?

Page 65

1        MR. KEEGAN:  Object to form.
2  A.    Yeah.
3  Q.    So it would be surprising to learn that
4  he, in fact, had MMR documents on a hard
5  drive?
6        MS. SUTHERLAND:  Objection.
7  Calls for speculation.
8  Q.    I'm asking about you personally.  That's
9  surprising, correct?
10 A.    Yeah, yeah.
11 Q.    Do you find that a bit hypocritical?
12 A.    Depends on who you ask.
13 Q.    I'm asking you personally.
14 A.    You're asking me if I think Jason Yates
15 is a hypocrite?
16 Q.    If that's hypocritical he tells y'all
17 you can't have MMR documents on any devices but
18 he, in fact, has MMR documents all over an
19 external hard drive?
20        MR. KEEGAN:  Object to form.
21 A.    I don't find that hypocritical because I
22 don't know what he has on his hard drive.
23 Q.    Okay.  And he's the CEO of ISG?
24 A.    Yeah.
25 Q.    And do you know that he was using --

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 66..69
KASEY KRAFT, 08/16/2022

Page 66

1  whether or not he was using MMR green sheets to
2  do estimating before you got there?
3  A.    I have no idea what they were doing
4  before I got there.
5  Q.    You didn't ask?
6  A.    Ask?
7  Q.    You didn't ask Jason Yates what -- how
8  ISG estimated projects before you got there?
9  A.    No. 'Cause it was always that I was
10  hired to help build an estimating department, so
11  my understanding was -- honestly, I didn't know
12  how they were estimating jobs truthfully 'cause
13  my selling pitch was you're going to come in and
14  build this how you want to build it.
15  Q.    Okay. So the pitch was always you're
16  going to build the estimating?
17  A.    Yeah.
18  Q.    Okay. And is that why you wanted to
19  take those documents from MMR, your estimating
20  documents with you?
21  A.    No.
22  Q.    Just -- you just wanted those for your
23  personal benefit?
24  A.    I took those -- my intentions to taking
25  those documents were, like I said before, if I

Page 67

1  ever left ISG or went anywhere and somebody
2  asked me what have you done in your career, I
3  have some type of information that pointed out
4  what I did throughout my career. I was never
5  intending to take those to ISG and jump start an
6  estimating department using those documents.
7  Q.    Let me ask you. Why would you then move
8  the P-19 folder onto your ISG computer?
9  A.    Because that was the biggest job I'd
10  ever done, so I never wanted to lose that job.
11  Q.    But you had it on the flash drive,
12  correct?
13  A.    Correct.
14  Q.    You must have then saved it somewhere on
15  a personal account if you didn't want to lose
16  it, correct?
17  A.    No.
18  Q.    Do you put it just on the company's
19  computer?
20  A.    Correct.
21  Q.    But not your personal?
22  A.    Correct.
23  Q.    Okay. And how many times did you access
24  that P-19 folder?
25  A.    Just when I moved it.

Page 68

1  Q.    You never opened it?
2  A.    To see what -- when I opened it to
3  see -- I saw what was in there.
4  Q.    You clicked on the estimating
5  spreadsheets that were there?
6  A.    No.
7  Q.    Were there any client-related documents
8  like documents of the customers' drawings,
9  things like that that were on there as well?
10  A.    There was client -- yeah, there's a
11  folder in the P-19 folder that says client RFP
12  docs. So anything the client sent for that bid
13  in 2019, is in that folder.
14  Q.    So you thought you could take the
15  clients' documents as well?
16  A.    When I left MMR?
17  Q.    Yeah.
18  A.    Again, when I left MMR, I didn't even
19  know I had the drive.
20  Q.    But when you saw it on the ISG computer
21  you thought that was fine for you to still have?
22  A.    Yeah.
23  Q.    Why is that?
24  A.    Why did I think it was okay?
25  Q.    Um-huh.

Page 69

1  A.    Because I never had any malicious intent
2  with it.
3  Q.    Even though it was client drawings and
4  documents?
5  A.    Yes.
6  Q.    When Jason Yates found out you had this
7  folder on your computer, did you -- were you
8  disciplined in any way?
9  A.    No. He just said don't access it.
10  Don't do anything with it. Leave it there.
11  Q.    You weren't, like, written up?
12  A.    No.
13  Q.    ISG, are they -- do you have an
14  agreement with ISG relating to your defense in
15  this case? Are they paying for your
16  attorneys?
17  A.    Yes.
18  Q.    And that's even after they learned that
19  you had these documents on your ISG computer?
20  A.    They knew that prior.
21  Q.    They knew it prior, okay.
22        MR. KEE:  I think that's it for
23  today.
24        MR. KEEGAN:  Did we attach the
25  notice at the beginning?

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al          Pages 70..73
KASEY KRAFT, 08/16/2022

Page 70

```
 1                    MR. KEE:  I didn't but we can.
 2                    EXAMINATION
 3  BY MR. KEEGAN:
 4  Q.     I'm going to ask the witness too if he
 5  can identify the document I've just placed in
 6  front of him.
 7  A.     Amended Notice of Deposition of Kasey
 8  Kraft.
 9  Q.     Have you seen that document before?
10  A.     Yes.
11  Q.     Is that the document that is the notice
12  of your deposition that took place today?
13  A.     Yes.
14                    MR. KEEGAN:  I want to attach
15  this as Exhibit 1, please.
16                    (Exhibit No. 1 marked for
17  identification.)
18                    MR. KEEGAN:  That's all I have.
19                    MS. FONACIER:  ISG will take a
20  copy.
21                    (Deposition concluded.)
22
23
24
25
```

Page 71

```
 1                    REPORTER'S PAGE
 2            I, KIMBERLY L. GIBNEY,
 3  Certified Court Reporter in and for the state of
 4  Louisiana, Certificate No. 2016010, National
 5  Registered Professional Reporter, Certificate
 6  No. 095990, as defined in Rule 28 of the Federal
 7  Rules of Civil Procedure and/or Article 1434(B)
 8  of the Louisiana Code of Civil Procedure, do
 9  hereby state on the Record:
10            That due to the interaction in
11  the spontaneous discourse of this proceeding,
12  dashes (--) have been used to indicate pauses,
13  changes in thought, and/or talkovers; that same
14  is the proper method for a transcription of
15  proceedings, and that the dashes (--) do not
16  indicate that words or phrases have been omitted
17  from this transcript;
18            That any spelling of words
19  and/or names which could not be verified through
20  reference material have been denoted with the
21  parenthetical "(phonetic)";
22            That the parenthetical "[SIC]"
23  is used to denote when a witness stated a word
24  or phrase that appears odd or erroneous to show
25  that it was quoted exactly as it stands.
```

Page 72

```
 1            REPORTER'S CERTIFICATE
 2            I, KIMBERLY L. GIBNEY,
 3  Certified Court Reporter, Certificate
 4  No. 2016010, as the officer before whom this
 5  meeting was taken, do hereby certify that this
 6  meeting was reported by me in stenographic
 7  machine shorthand, was prepared and transcribed
 8  by me or under my personal direction and
 9  supervision, and is a true and correct
10  transcript to the best of my ability and
11  understanding; that the transcript has been
12  prepared in compliance with transcript format
13  guidelines required by statute or by the rules
14  of the board and that I am informed about the
15  complete arrangement, financial or otherwise,
16  with the person or entity making arrangements
17  for deposition services; that I have acted in
18  compliance with the prohibition on contractual
19  relationships as defined by Louisiana Code of
20  Civil Procedure Article 1434 and in the rules
21  and advisory opinions of the board; that I have
22  no actual or any prohibited employment or
23  contractual relationship, direct or indirect,
24  between a court reporting firm and any party
25  litigant in this matter nor is there any such
```

Page 73

```
 1  relationship between myself and a party litigant
 2  in this matter; that I am not related to counsel
 3  or to the parties herein, nor am I otherwise
 4  interested in the outcome of this matter.
 5      This certification is valid only for a
 6  transcript accompanied by my original signature
 7  and original required seal on this page.
 8
 9            Signed:  August 25, 2022
10
11
12
13
14            Kimberly L. Gibney, CCR
15            No. 2016010
16
17
18
19
20
21
22
23
24
25
```

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

## Exhibits

**Kraft, Kasey 08-16-22 ( MMR Constructors, Inc.) Exhibit 1**
  2:16 70:15,16

---

### 1

**1**
  70:15,16

**10:03**
  5:5

---

### 2

**2019**
  12:25 14:2 68:13

**2020**
  38:3

---

### 3

**31st**
  27:10 40:21 41:4

---

### A

**a.m.**
  5:5

**able**
  34:6

**about**
  8:11 9:3,20 10:1,2,12
  11:3 12:16 13:4 16:4
  18:21 19:4 23:16 24:20
  25:19 28:23 35:9 36:18
  38:10 39:4 44:3 45:4

47:5,6,22,25 48:9,25
49:2,8,14,16 51:1 52:11,
16 53:3,14,22,24 54:5,23
55:2,5 56:22 58:13,23,24
59:3,11,17,18,21 60:11,
13 61:11 63:25 65:8

**above**
  7:10

**accepting**
  44:19

**access**
  14:10 23:23 24:16 25:14,
  16,23 26:6 32:21,24
  33:21 43:19 46:6,7 67:23
  69:9

**accessed**
  24:24

**according**
  27:6

**account**
  22:25 43:20,23,24 44:9
  45:5 46:6 67:15

**accurate**
  27:10

**across**
  23:10

**actually**
  27:5 35:4 63:17

**added**
  38:9

**additional**
  63:11

**advised**
  10:8

**after**
  11:20 18:15 38:1,23

**40:14,16,17 42:18 55:4
57:14 69:18**

**again**
  28:16 35:20 37:1 38:12
  68:18

**ago**
  54:16

**agree**
  9:10

**agreed**
  8:24

**agreement**
  69:14

**ahead**
  9:8 12:4

**Alexander**
  50:18

**all**
  5:7 17:7,11,16 18:16
  21:15,22 23:7 26:23 28:9
  33:2,17 37:22 39:9 43:5,
  7 45:24 51:12 53:21,22
  54:18 65:18 70:18

**allegation**
  27:23

**allegations**
  27:20

**Allgood**
  32:10,20 51:13

**allowed**
  9:23 51:20 52:1,6

**allows**
  23:9

**almost**
  31:11

**along**
59:10

**already**
62:6

**also**
5:24 39:14 41:25

**always**
66:9,15

**amended**
27:18 70:7

**an**
8:2 10:19 11:15 19:6
20:20,25 21:13 22:11,24
23:19 27:24 29:7,10,23
30:1 34:12 36:3 40:14,
16,18 41:20,21 42:24
43:20 44:23 46:8 50:24
54:23,25 58:7 60:5 62:5
63:7 65:18 66:10 67:5
69:13

**and**
5:23 6:4,6,12,18,22 7:15,
20,24 8:2,12,13 9:10
10:14,22 11:11,22 12:12,
22 13:2,7,11,24 14:2,10
15:2,6,11,20 16:16 17:3,
16,20,22 18:7 19:20,25
20:6,19,23,25 21:11,13,
15,16,19,20,21,22,24
22:1,4,5,15,21,24 23:9,
19 25:2,5 26:10,14,19,
20,23 27:3,5,16,20,23
28:2,7,9,12,16,24 29:4,7,
8,9,16,17,19,21,23 30:1,
4,16 31:2,5,13,15,17,25
32:19 33:2,21,24 34:24
36:6,18,19 37:13 38:17,
21 39:1,4 41:1,12,15
42:6,23 43:12,15 44:6,9

47:5,9,23 48:8,12,15
49:22,24 51:4,18 52:11
53:2,7,9 54:18 55:7,14,
20 56:3,16 57:13,14,15,
24 59:3,7,11,18,24 60:2,
8,9,15,19,21,24 61:7,8,
10,14 62:3,4,6,13,14,17,
20 63:21,23,25 64:16
65:23,25 66:13,18 67:1,
5,23 69:3,18

**another**
7:9 29:7

**answer**
9:1,2 22:8 32:15 34:19
35:7,18,22 36:12 37:10
45:1

**answered**
51:19 52:2

**answering**
36:21

**answers**
5:25 6:2

**any**
5:20,22 6:25 7:2,23 8:7,
11 9:4,5,14,16,19,23,24
10:17 11:5 12:13,16
15:16,19,20 16:8 18:18,
23,24 20:15 22:10 24:4,
5,8,12 25:5,10,14,16,18
31:20 34:13 35:2 36:3,4
37:11 40:9,18 43:8,22
44:11,12 45:6,13,14,18
46:1,5,7 47:3,10,11 48:1
49:7,8,10,11,12 52:16
53:13 54:1 56:8,23 58:4,
6,9,13,17,18,21,23 59:12
61:22 64:24,25 65:17
68:7 69:1,8

**anybody**
22:10 37:12 50:25

**anyone**
10:2,22 13:17,20,21,23
22:14 24:13 35:5 48:2
51:3 52:5 55:10

**anything**
13:11 16:2,11,19,24
22:10 29:1,15 39:18
44:22 45:10,11,18,25
46:8,17,19,22 47:2,14,15
57:9 59:10,11 63:24,25
68:12 69:10

**anyway**
56:13

**anywhere**
24:9 67:1

**April**
7:22

**are**
6:2,23 7:15 8:12 9:23
21:21 22:4,14 28:17
34:23 36:11 43:7,11
46:21 47:5 49:25 50:8
53:2 56:8 58:9 61:17
69:13,15

**around**
39:15 63:23

**arrival**
11:20 19:18 25:17

**arrived**
20:4 25:20

**as**
5:2,3 6:22,24 7:8 8:14
10:19,24 11:2 20:20,25
21:6 23:6 24:16 25:23
30:20 31:6,18 36:17



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

41:20,21 42:20 61:13
62:21 64:3 68:9,15 70:15

**aside**
20:25

**ask**
6:6 13:17,23 28:20 31:25
32:19,21 33:8,11,24
34:1,2,9 35:19 51:21
53:16 65:12 66:5,6,7
67:7 70:4

**asked**
31:13 32:9,10 33:1,16
51:11 63:23 67:2

**asking**
35:9 38:10 51:19 60:13
64:8 65:8,13,14

**assist**
7:6

**assisted**
62:3

**assuming**
47:20 49:3

**at**
5:5,17,20 7:3,24,25 8:3,
9,12 9:17,24 10:2,4,7,22
11:21 12:17 13:17,22,23
15:3 17:8 19:9 20:1,8,19,
25 21:2,15,18,21,24,25
22:14,22 23:10 24:13
27:9 30:7 31:10,25
32:23,25 35:10,13 37:5
38:13,20 39:3,6,10 40:3,
12,16 41:20,22 42:12
43:3,5,7,19,25 44:13,20,
23 45:19 48:22 49:20
50:6,21 51:1,3,19,25
52:5,14,16,18,24,25
53:22 54:16,23 55:16

58:3 61:8,16,25 62:14
63:2,7 69:25

**attach**
69:24 70:14

**attached**
45:14

**attorneys**
14:22 48:9 69:16

**automated**
26:22

**awarded**
42:19,23

**aware**
19:10 22:14 43:11

**away**
50:8

---

## B

**back**
29:2,21 33:1,9 35:24
36:1 48:19 61:17

**background**
6:19 41:21

**backing**
28:6 30:13

**basic**
5:14

**basically**
8:13 17:25 63:13

**basis**
17:20

**bathroom**
5:22 29:3

**Baton**
38:11

**be**
5:19 8:18,20 16:16 22:6,
12 28:13 31:17,18 34:6,
10,16 35:5 36:7,20 37:5,
14 45:1 51:20 52:14,20,
21 58:14 59:5,14 60:4
64:5,9,12 65:3

**became**
40:14,16,17 56:3

**because**
14:7 15:17 33:9,11 34:16
36:7 37:5,13 45:9 47:7
54:1 63:22 64:15 65:21
67:9 69:1

**becoming**
44:23 46:8 50:24 54:23

**been**
5:2 42:24 43:3 48:4,5,12
49:4 50:11 54:22 60:2
62:17

**before**
5:9,11 11:9 15:17 16:9
20:8,16 24:22 25:20
30:6,8 37:25 38:24,25
39:16,20 40:11,24 41:4,5
43:19 54:19 55:25 56:1
62:2,6,8 66:2,4,8,25 70:9

**beforehand**
53:16

**beginning**
10:10 69:25

**being**
5:2 20:1

**belief**
63:1

**believe**
18:9 26:5 51:25 52:6

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

53:10

**Ben**
11:19,22 12:13 18:12
24:22 26:10 59:19 60:25
61:14,24

**benefit**
41:16 66:23

**benefited**
41:18

**best**
5:16

**between**
7:24 21:8 57:24

**bid**
13:10 19:4,10,15,20
20:3,5 26:16 68:12

**bids**
18:19

**biggest**
14:8 67:9

**bit**
65:11

**book**
12:7

**bought**
12:11

**box**
14:3 17:5,22 18:3,4
37:22,23,25 38:2,4,5,6,
14,17,23 39:2

**boxed**
17:11

**boxing**
38:22

**Brad**

28:3 29:8,17 33:15,16,21
54:2

**Brad's**
29:16

**break**
5:21,22 7:23 51:7

**brief**
51:9

**bring**
18:4 56:8,16

**brought**
56:14 63:17

**build**
10:13 11:17,23,25 18:12
19:21,23 21:13 60:6,8,9,
16,25 62:21 63:1 66:10,
14,16

**building**
11:15 24:23 50:10 59:18
60:5,22 61:11,25

**built**
19:18 26:11 31:3 62:23
63:2

**business**
30:16

**business-related**
28:17

**but**
5:9 7:6 8:19 11:9,20
12:7,18 15:22 16:22
19:18 26:5 27:4 30:15
34:9,25 35:15 36:21
38:10 42:2 47:1 55:2
56:13 57:10 63:1,6,14
65:17 67:11,21 68:20
70:1

**by**
5:6 36:5 37:2 39:18
50:19 51:10 55:12 70:3

━━━━━━━

**C**

**call**
21:2,18

**called**
5:2 14:16 21:22,24,25
22:4 25:11

**calling**
22:14

**calls**
32:13 33:5 37:8 58:15
64:13 65:7

**came**
17:16 29:2 63:23

**can**
5:23 6:18,19 8:4 9:1,2
10:18 22:8,10 27:3 32:15
33:1 34:19 35:7,22 36:17
37:9 51:4 52:22 58:16
59:2,3 63:13 70:1,5

**can't**
10:3,6 22:11 32:6 65:17

**captured**
5:18

**card**
12:12

**care**
52:9

**career**
30:22 31:7,12,19,24
67:2,4

**Carolina**
13:1 38:6

**case**
5:8 14:22 23:13 27:17
31:12 47:12,22 48:2,10,
25 49:3,8,15 53:22 69:15

**cause**
20:13 30:7 33:24 52:2
66:9,12

**cell**
47:11

**CEO**
65:23

**certain**
22:11 52:8,23

**change**
42:1,7,8,11,14,16 43:5

**changed**
54:17

**charge**
42:20

**Christmas**
55:4 56:2

**clarification**
6:6 19:4,10,15,21 20:3

**clarifications**
19:17 20:6

**clarify**
44:12 45:17 58:16

**clear**
58:1

**clearly**
36:16

**clicked**
68:4

**client**
36:14 68:10,11,12 69:3

**client-related**
68:7

**clients'**
68:15

**college**
20:12,14

**come**
21:12,13 61:4 66:13

**comes**
6:25 26:18

**coming**
26:16 56:22 57:8 61:10

**commencing**
5:5

**commercial**
19:1

**commodities**
60:21

**communications**
59:9

**company's**
67:18

**competitor**
37:4 53:1 58:3

**competitors**
34:14,15 36:4

**complaint**
27:17,18

**completed**
18:16 25:17

**computer**
13:12,14 14:6 16:8,19,21
17:1 22:19 24:18 27:25
28:13 30:11,14 33:14
39:9,22,25 40:2,7,10,19,

23 41:10 45:18 46:2
47:2,5,8 50:13 63:20
67:8,19 68:20 69:7,19

**computers**
22:21 50:16

**computing**
22:3

**concluded**
70:21

**confronted**
28:19,20

**confusing**
6:5

**consider**
30:19,21

**considering**
44:19

**construction**
17:9

**contact**
18:24 19:1

**contacts**
19:2

**contained**
15:3 49:14

**contemporaneously**
39:11

**contents**
30:10 38:9 48:6

**context**
49:6

**contract**
42:9

**contractor**
20:16

conversation
57:6

conversations
47:13,25 48:9 49:4 57:5

copy
70:20

correct
13:5 14:19,20 27:3,8,14
28:13,17,18 30:17 32:12
33:18,20,23,25 34:14
35:14 36:4 37:15 38:19
39:13 41:17,23 42:22
43:6 47:3,4 50:6 54:11,
21 55:17,24 56:5,17
57:17,18 59:23,25 62:19
63:18 64:17,25 65:9
67:12,13,16,20,22

could
5:18 9:12 13:18,24 15:13
31:15,25 32:11,20 33:9,
17 35:23,25 41:18 53:16
54:17 57:24,25 68:14

couldn't
43:17 64:24

counsel
46:15

couple
30:8 56:1 63:5

court
5:14 36:2 51:12

create
11:7

created
26:23 31:4

credit
12:12

CRM
23:3

current
6:20

customer
18:23

customers'
68:8


D

daily
17:20

Darden
7:14 49:21,23

day
7:24,25 9:9,20 10:16,22
24:15,19 27:9,15,21
30:15 39:15 41:8 54:20
55:1 56:25 57:1,14 63:7

December
55:25 56:1

defense
69:14

deference
36:17

definitively
46:21

delete
16:11,16,19 45:5,10,11,
23,25 46:22 47:2 48:20,
24 49:3,10 54:2 61:22

deleted
44:22 45:6,13,17 46:5,7,
13,19 47:10,17,23 48:3,5
49:5,11

deleting
45:9,22 48:15

department
66:10 67:6

departure
14:3

depend
32:9 64:22

depending
52:9

depends
42:8 48:22 51:21 65:12

deposed
23:12

deposition
5:11 6:11,13,17 8:21
23:14 34:23 70:7,12,21

designed
35:2

desktop
13:16 14:13,15,18

destroy
53:11

device
46:5

devices
64:25 65:17

did
6:12 7:20 10:2,6,11,14,
16,22 11:17 12:16 13:11,
17,20,23 14:5,10 15:16
16:7,11,19,24 18:4,7
19:15,20,23 20:3,4,15
21:1 22:18 23:16 24:4,8,
12,15,16 25:2,5,10,14,18
27:16,20 28:7,20,23,25



(866) 715-7770
advancedONE.com

29:13,17,19 30:9 31:5,
17,25 32:5 37:18,23,25
38:14,22 39:1,6,14,21
40:2,9,11,18 41:8,12
43:22 45:5,25 46:11,22
47:1 48:24 49:7,10 53:16
55:2 56:7,11,12,13,21
58:4 59:12 60:3,24 61:4,
22 62:5,8,10,11 63:3,16,
21 64:2,6 67:4,23 68:24
69:7,24

**didn't**
11:5,10 12:18 14:1,4
15:8,20,21 16:1 19:25
25:16 29:1,15 31:10
32:19,21 33:8,11,24
34:1,2,9,10,13 36:3
37:11,13,21,22 54:1,15
56:15 57:6,19 63:15
64:15 66:5,7,11 67:15
68:18 70:1

**difference**
21:8

**different**
42:10,12 60:12 63:6

**direct**
21:10

**disciplined**
69:8

**discover**
39:1

**discovered**
38:12

**discuss**
59:12

**discussed**
58:19

**discussing**
61:14

**discussion**
37:17 55:2,12,23 62:11

**discussions**
9:5,19 25:18 53:13 55:7,
8 56:6,7,22 58:13,24

**distinction**
21:20,23 57:23

**distinguishes**
63:6

**distinguishing**
63:9

**do**
5:16,19 7:2,4,8 8:2,19
9:19,22 10:20 12:19
13:18 21:15,18 23:2,7,
20,23 24:1 25:22 26:14
30:19 32:17 33:3 35:7
36:7,21 39:24 40:13
41:25 44:4,6 45:22 47:1
48:20 49:19 50:18 51:11,
14,25 52:5 54:8 57:24,25
59:22 60:22 61:24 63:24
65:11,25 66:2 67:18
69:10,13

**docs**
68:12

**document**
9:12 15:11 70:5,9,11

**documents**
9:14,17,24 10:3,21,24
11:1 13:24 14:5 15:3,16
22:4 23:10 24:1,4,8,12
31:3,8,9 32:11 41:12,15
43:22 44:12 45:14 46:7,
17 51:20 52:1,7,25 53:25
56:9,16,23 57:16 58:2,4

**does**
6:23 23:2 42:16 43:16
50:6,13,16 64:7,8

**doing**
28:4,21 44:4 66:3

**dollars**
21:12

**don't**
6:4 11:19 12:6,15 15:7,8,
17 16:3,22 22:9 24:18
26:5,15 29:3 32:4,7,16
34:24 39:23 41:18 42:14,
18 44:21,25 45:9,15
46:19,24,25 47:18,19
48:19,20 49:6 50:5 56:23
57:8 62:8,25 64:7,16,19,
23 65:21,22 69:9,10

**done**
13:21 14:8 19:25 30:21
31:12,15,24 67:2,10

**DOT**
59:9

**down**
5:15

**download**
58:5

**downloaded**
30:16,18

**downloading**
30:10 34:4

**draft**
62:12

**drawings**
68:8 69:3

61:8 63:18 64:3,21,25
65:4,17,18 66:19,20,25
67:6 68:7,8,15 69:4,19

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**drive**
12:21,24 13:6,12,14,24
14:1,6 15:13 16:4 18:8,
17,25 19:7 23:7,9,17,20
24:10 25:22 27:24 28:5
29:4,24 30:1 33:13
37:18,24 38:10,11,23
39:5,7 40:22,23 41:9,13
44:9,14,23,25 47:8 54:5
56:14,17 57:15,17 58:5
62:16 64:2,20 65:5,19,22
67:11 68:19

**drives**
14:22 15:2,10,15 16:7,
12,18,20,25 17:3,17
18:3,18,24 23:7 24:5,9,
13 37:19 39:2,6,22
40:10,14,19 46:14,18,20,
23 47:6 54:3

**duly**
5:2

**during**
18:11 20:14 24:20 28:14
37:16 41:16 58:15

**duties**
6:24

---

**E**

---

**each**
6:10

**Either**
59:2

**electrical**
12:6 59:8

**else**
10:2 31:13 55:10

**email**

**emails**
45:6,13 61:11,19,22

**employed**
43:25 50:19

**employee**
32:23 34:12 36:3 40:15,
16,18 44:23 46:9 50:25
52:14 54:24 55:18

**employees**
23:10 49:8,12 52:16

**employment**
7:21 27:21 44:4,20

**end**
63:7

**entail**
6:23

**equipment**
63:14

**estimate**
6:25 7:15,19 19:6,7
21:10 43:2,5 50:5 58:7

**estimated**
28:14 66:8

**estimates**
7:9,11 10:20 19:18,24
25:2,16 30:18,19,24
31:14 33:2,17 34:13,15
36:4 37:4,11 41:22,25
42:21 50:1,2 51:1

**estimating**
6:21,22,24 7:3,8 8:14
10:7,14,17,24 11:15
12:1,14,22 13:2 17:11
18:13 20:20 21:1,2 23:20
24:6,16,17,23,24 25:5,

22:25 24:12 43:20,23
44:7 45:5

19,23,25 26:1,8,11 38:3
42:4,15,16,20 51:1
52:17,24 53:10 59:15
62:18 66:2,10,12,16,19
67:6 68:4

**estimator**
10:19 20:21,25 41:20,21

**even**
14:1,4 17:14 24:18 40:11
62:3 68:18 69:3,18

**ever**
5:10 9:22 10:6 14:8
44:11,12 67:1,10

**every**
7:15,19 9:12 15:22 50:5
52:14

**everybody**
63:24

**everything**
5:15,18 13:5,7,13 17:12
19:5 26:21 39:17

**Exactly**
35:11

**EXAMINATION**
5:4 70:2

**Excel**
11:3 22:11 63:7

**exchange**
61:11

**exhibit**
70:15,16

**expanded**
30:16

**expect**
8:14 11:11

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**expectation**
11:7

**expected**
11:6

**explain**
26:15

**external**
27:24 28:5 29:23 30:1
37:17,19,24 38:23 40:22,
23 41:9,13 56:17 57:15,
17 58:5 65:19

---

**F**

---

**fact**
65:4,18

**factor**
63:9

**familiar**
54:15

**far**
23:6 50:8 61:13 62:21

**few**
6:19

**figure**
34:6,8

**figured**
34:6,8

**file**
15:22 21:25 22:10 26:3
27:4

**filed**
27:18

**files**
15:19,20 28:6,7,10,12,
16,17 30:13,16 33:2 34:5

47:7

**fill**
9:10

**filled**
54:8

**final**
7:18 21:14

**finalized**
61:16

**find**
65:11,21

**fine**
68:21

**finished**
24:23

**firmly**
53:10

**first**
5:7 7:22,25 9:9,20 10:16,
22 18:9 20:12 24:15,19,
20 51:12 57:6 62:3,10,12

**five**
14:21,24,25 15:1,15 17:3
18:18 20:2 39:1 40:9,14,
19 44:16 51:7 54:16
61:21

**flash**
12:21,24 13:6,12,24
14:6,21 15:2,10,13 16:4,
7,12,18,20,25 18:3 19:7
24:5,9,13 37:19 38:10
39:1,5,6,7 40:9,14,19
46:14,17,20,23 47:6,8
54:3,5 56:14 67:11

**floor**
13:6 18:25 19:1,2

**folder**
14:14,17 16:5 18:8
23:16,20,24 24:2,6,17,25
25:11 26:4,8,20,21,24
39:5,12 47:9 62:18 63:19
67:8,24 68:11,13 69:7

**folder's**
14:16

**folders**
25:7,22

**folks**
54:22

**follows**
5:3

**FONACIER**
64:13 70:19

**for**
5:22 6:13,17,19,24 7:6,
15,17 8:20 9:15 10:23
11:15,21 12:7,25 13:6,10
14:9 17:20 19:6,18 20:1,
5,15,21 22:11 23:6 25:23
30:7,20 31:4,18,21 32:13
33:5 37:8 40:12 41:16
42:1,5,10 46:25 47:1
57:25 58:2,7,9,11,14,25
60:5 64:14 65:7 66:22
68:12,21 69:15,22 70:16

**forensic**
63:22

**form**
22:7 33:19 36:8 37:7
42:15,17 57:21 64:18
65:1,20

**former**
55:18

**found**



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, et al                    83
KASEY KRAFT, 08/16/2022                              Index: four..hard

17:4 63:17 69:6

**four**
14:23 15:6,7 16:7,18,25
39:6,14,21

**frame**
16:17

**Friday**
8:1

**Friends**
48:11

**from**
8:14 10:10 12:24 13:11
14:2,5 16:11,19,24 17:25
20:1 21:1 24:4,8,12 29:2
41:19 43:23 44:22 45:4,
18 46:5,13,17,19,22
47:2,11 50:8 54:25 56:9,
17 59:10 63:2 66:19

**front**
34:25 70:6

**full**
64:3,21

---

### G

**gave**
11:1,10 22:24 41:2,7
56:25 57:11

**general**
41:21 48:17 58:23

**generally**
49:17

**get**
26:23 27:6 34:22 61:17

**gets**
26:21 48:18

**getting**
8:19 57:14

**Gibson**
32:25 33:1,3,8,11

**girlfriend**
48:11

**give**
10:17,23 11:5,10 29:21
36:16

**given**
9:9

**go**
5:13,21 9:8 12:3 29:20
31:19 35:7 36:17 53:11
58:19

**goes**
19:6

**going**
5:16 6:16 10:13 26:7
27:2 36:18,22 46:24 52:3
66:13,16 70:4

**gone**
59:5

**Gonzales**
7:1

**good**
5:9,19

**Google**
44:7,9,14,23,25 45:4

**got**
11:8,9,21 12:8,10 17:15
19:16,19 22:18 26:16
38:2,12 54:2,7,25 57:7
61:16 62:6,8 66:2,4,8

**green**
21:4,5,16,21 22:5,12,15

25:11 42:12 59:17 60:3,8
66:1

**ground**
5:14

**guess**
32:9 48:18

**Gulf**
59:10

**guy**
29:7 55:12

---

### H

**had**
5:10 9:24 10:3 11:24
12:25 13:21,22 14:1,3,4
15:19 16:5 18:3,8,25
19:2,5,7,10,17 21:21
22:22 24:5,24 25:17,20
30:2,4,7,13,24 32:10,24
33:1,16,21 37:18,20,22,
24 39:5,9,12,17,18 40:22
42:2 43:19 45:14 46:6
47:21 48:5,9 53:13 54:22
56:15 57:5 58:10 62:5
63:17 64:2,15,16 65:4
67:11 68:19 69:1,6,19

**hand**
39:17

**handed**
14:21 15:18 16:9

**happened**
28:13

**hard**
27:24 28:5 29:4,23 30:1
33:13 37:18,24 38:23
40:22,23 41:9,13 56:17
57:15,17 58:5 64:2,19



65:4,19,22

**harmful**
34:16 36:7 37:5,14

**has**
60:22 65:18,22

**have**
5:7,10 6:14 7:2,5,8,16,18
9:24 10:3 12:16 14:20
16:1 19:15 20:3 22:21
23:3,23 25:18 26:5 27:16
29:18 31:7,11,14 32:6,
12,16,17,21 33:3,9,18
34:25 36:19,22 38:14
39:24 40:2,5 41:18 42:6,
14,16,24 43:4 44:6,11,
12,16,22 45:5,13,17
46:5,6,7 47:9,10,22 48:5,
6,9,12 49:4,7,9 50:13,15,
16,17,20,24,25 51:25
52:3,6 53:13,22,24
54:14,17 58:6,9 59:5
60:2 62:5,17 63:5,11,13,
24 64:16,19,24 65:17
66:3 67:2,3,14 68:21
69:13 70:9,18

**haven't**
5:9 45:2 54:4

**having**
5:2

**he**
11:21,24,25 12:9,11
23:19 28:19,20,23,24
29:1,8,13,19,20 32:11,
16,17 33:9,17,25 35:4,10
37:9 50:13,16 53:8,9,10
55:14,18 56:11,12,21,25
57:7,10 58:19,24 59:4,13
61:15,25 62:2,5,8,10,11,
13,23 63:1,2,21,23 64:2,

6,7,8,15,16,19,24 65:4,
16,18,22,25 66:1 69:9
70:4

**he's**
36:13 55:15 65:23

**head**
5:25 61:5,6 62:22

**hear**
23:16

**heard**
23:4

**heavy**
59:9

**help**
7:5 31:6 66:10

**helpful**
60:4

**helping**
11:22 18:12

**here**
6:14 8:12,13 9:24 10:3
17:16 46:21 49:2

**hey**
49:1 61:15 63:24

**High**
55:13

**highest**
32:23

**Highman**
29:12

**him**
23:16 29:15 32:22 33:24
34:1,2 35:7,18,22 36:12,
20 37:18 50:21 53:16
54:5 55:20,21,22 61:7,18
62:3,11 64:1 70:6

**hired**
54:16 66:10

**hiring**
54:10,12

**his**
12:11 23:13 29:12 50:11
61:7 65:22

**honestly**
12:7 17:14 19:25 45:16
66:11

**horizon**
59:13

**hours**
21:11,12

**housed**
26:11

**how**
8:13 10:1 11:3,17,19
12:16 18:21 19:4 22:21
24:20 26:14,15,16 27:5
36:19 41:18 43:8 44:3
45:4 47:25 49:16 50:8,16
52:16 54:18,22 55:20,22
61:4,19 63:21 66:7,12,14
67:23

**Huffman**
11:19,23 12:13 18:12
24:23 26:10 59:19 60:25
61:24

**hypocrite**
65:15

**hypocritical**
65:11,16,21

---

**I**

**I'D**

14:8 36:19 67:9

**I'LL**
5:13 6:6 7:6 29:21 44:11

**I'M**
5:16 9:7,18,21 15:7
16:15,22 18:25 19:1,14
27:2,3 30:5 36:16 37:13
38:2 44:2,15 46:10,24
47:20 48:4 49:3 50:10
51:24 52:2,8,13 58:1
61:21 64:8 65:8,13 70:4

**I'VE**
30:21 31:12,15,22 33:2
47:21 48:5 49:11 61:16
70:5

**idea**
50:15,17,20 54:14 66:3

**identification**
70:17

**identify**
34:24,25 35:2 70:5

**if**
5:18,20 6:4 7:5 9:4
13:17,23 15:18 22:3
26:16,18 27:3,11 31:10,
25 32:10,11,20 33:1,9,16
35:4,6,17,21 37:9 40:11,
13 42:8 53:16 64:7,8
65:14,16 66:25 67:15
70:4

**important**
5:24 45:12

**in**
5:8 6:12 7:3,9,23 8:18
11:14 12:25 14:2,21,22
17:5,12,17,22 18:3,7,17
23:12,13 25:7,10 26:18,
21 27:17 29:9 31:12

34:24,25 35:2 37:19,22,
23,25 38:3,5,6,11,14,22
39:2,6,8,9,11,14,21 40:9,
14,22 41:7,9 42:20,24
43:7,8 44:3 46:1 47:3,11
48:6 50:10,13 52:17,23
54:19 55:1,7,25 56:6,7,
21 57:2,13,15 58:10
59:11 60:2 61:6 62:13,
17,22 63:11 65:4,18
66:13 67:2 68:3,11,13
69:8,14 70:5

**incident**
38:23 40:21

**inclined**
36:20

**include**
28:7

**Industrial**
59:8

**information**
9:16 15:23 31:18,21
35:1,3 37:20 49:14,16
59:6 67:3

**initial**
55:12

**instance**
9:16 10:23

**instead**
5:25

**instruct**
35:6,18,22 36:20

**instructing**
36:11

**instructions**
57:20

**intending**
28:9 67:5

**intent**
52:10 69:1

**intention**
30:10

**intentions**
30:12 31:9,20 66:24

**interacted**
50:21,24,25

**interaction**
28:24

**interrupt**
15:8

**into**
16:8,18,20 19:6 26:7,23
27:25 29:1 34:10 38:18
39:22 40:10,19,23 41:9

**involved**
11:14 43:7 56:4 59:14

**involvement**
42:24

**is**
5:8,18 6:11 7:9,10,16
8:13,14,16 10:19 11:11
14:20 20:5 21:10,11,20,
23 22:1,2 23:3 24:22
26:3,5,10,11,12,14,15,
16,19,20 27:10 29:12
31:2 32:19,23 33:8 35:2
36:6,15,23 38:21 39:20
40:7 41:20,23 42:23
43:8,9,15 44:7 45:8
46:13 48:15,16 49:6
50:18 54:5 55:14,20
60:6,7,11,19,20 63:1,10,
24 64:11 65:15 66:18

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

68:13,23 70:11

**ISG**
6:20,24 7:3,21,25 8:3,9,
12 9:6 10:2,22 11:11,15
12:11,17 13:12,17,22
14:6 16:8,19,25 19:15
20:3,8 21:15,18,21,25
22:14,15,18,22 23:2,10
24:13 25:24 31:10 38:13
39:3,22 40:15,16,18 41:3
42:16 43:3,7,12 44:20,24
45:18,19 46:2,8 47:2
49:8,12,20 50:19,22,25
54:7,23 55:3,16 56:18,22
57:22,25 58:7,9,14,20,25
59:18 63:18 65:23 66:8
67:1,5,8 68:20 69:13,14,
19 70:19

**ISG's**
18:4 22:3 24:10

**it**
6:7,14 7:16 10:19 11:16,
17,20,21 12:6,11,18,19,
21,24,25 14:2,4,8,10,12,
13,14,20,23 15:11,13
16:5,18 18:4,8,11,15,25
19:2,5,8 20:6 22:13
24:22 26:15,16 27:6
28:4,12,14,24 29:8,9,20,
21 30:1,4,6,7,9,12 31:3,
5,17,21 32:9 33:9,13
34:3,7,8,10,25 35:5,6
37:20,21 38:10,11,12,18
39:3,5,12,19 40:5,7,11
41:1,2 42:2,8,9 43:15
45:14 46:13 47:17 48:16
49:1,3,22 51:21 54:10,
12,15,16 55:5 58:1 61:4,
10,17 62:4,7,13,14 63:1,
2,3,10 64:12,15,17,22,23

65:3 66:9,14 67:11,14,
16,18,25 68:1,2,20,24
69:2,3,9,10,21,22

**it's**
5:24 6:5 12:7 26:12,22
34:24,25 36:10,21,22
42:23 46:11,12 60:8
62:20 63:7

**items**
17:25

---

## J

**Jason**
7:12,13 9:22 13:20 49:9,
24 50:8 54:25 55:9 56:3,
7 58:15 63:16,19 65:14
66:7 69:6

**Jason's**
57:19

**Jean**
53:6,14,20

**Jean's**
53:7

**job**
12:24 13:3 14:7,8 15:14
19:3 20:12 26:18 31:11
41:23 42:6,23 67:9,10

**jobs**
66:12

**joining**
55:3

**jump**
67:5

**just**
5:13,21,22,23,25 6:1,5,6,
18 8:18 9:4 10:18 13:4

14:8,12,15,17 15:4,12
17:22 18:2 21:22 22:24
26:1,15 28:12 34:1,8
39:11 40:7 41:21 43:17
44:11,18 47:20 48:16
49:3,16,22 51:6,7 52:2,
13,14 53:23 54:5 56:19
60:20 61:14 62:23 66:22
67:18,25 69:9 70:5

---

## K

**Kasey**
5:1 70:7

**Kee**
5:6,8 8:22,25 9:2 35:4,
11,14,17,21 36:5,11,23
37:2 51:6,10 69:22 70:1

**KEEGAN**
9:1 22:7 32:13 33:5,19
35:23 36:8,15,25 37:7
51:8 57:21 64:18 65:1,20
69:24 70:3,14,18

**keep**
13:24 27:2 34:3

**Kevin**
50:18

**kind**
20:6 26:25 31:6 41:20
43:8

**knew**
13:22 33:24 55:20,22
63:19 69:20,21

**know**
5:21,23 6:1,10 8:11,18
9:5,9,15 11:19 12:6,15
14:1,15 15:7,8,9,23 22:9
23:2 29:4 32:4,7,16

---



36:21 37:22 39:4 40:13
42:1,5,19 43:17 44:18,19
45:15 46:24 47:1,18
48:19 49:6 52:5,24 55:3
56:15,22,23 57:5,8 61:24
62:8,21,25 63:21,25
64:7,8,15,23 65:22,25
66:11 68:19

**knowledge**
15:21 16:13 42:15

**knows**
37:9

**Kraft**
5:1,7 70:8

---

**L**

**labor**
21:11,19,22 22:1,15
59:25 60:9,21,23

**lady**
19:1

**Lambert**
28:3 33:15,16,22 37:16,
17

**land**
8:19

**language**
6:12

**last**
7:9,24 17:8 27:9,12,15,
21 30:15 36:23 41:8 44:3
53:19 54:20 57:14

**lawyer's**
39:16

**lay**
8:19

**learn**
64:5 65:3

**learned**
69:18

**least**
11:21 30:7

**leave**
56:24 69:10

**leeway**
8:18

**left**
17:11 30:8 36:19 37:21
38:3,11 67:1 68:16,18

**Less**
61:21

**let**
5:23 40:17 49:3 51:6
67:7

**let's**
15:10

**letter**
54:25 56:25 57:7,11,14

**level**
52:17

**like**
6:23 7:10 8:7 10:3 11:10
14:2 15:16,22 16:1,2
17:19 18:9 19:4 20:4
21:20 23:2,6 26:3,4,10
32:20 37:21 39:9 42:1
43:4 45:8 47:8,13 53:8
54:6,10 58:16,17 62:2,25
63:3,12 66:25 68:8,9
69:11

**limited**
6:11

**limits**
34:22,23

**list**
48:18

**listen**
57:19

**listening**
23:13

**lists**
18:23,24

**located**
17:4 26:12

**long**
11:17,19 48:18 54:22

**longer**
42:24

**look**
54:15 61:15,16 62:14
63:3

**looked**
61:8

**looking**
61:25

**looks**
48:22

**lose**
67:10,15

**Lowe**
23:12

---

**M**

**made**
54:2

**make**
6:2,7



**making**
57:23 58:1

**malicious**
69:1

**maliciously**
53:11

**man-hours**
21:10

**man-load**
63:14

**managed**
43:8

**management**
26:3 52:17,23

**manager**
6:21,22,24 7:8 8:15
10:25 24:16 25:23 27:24
42:20 53:9

**manual**
12:10 59:21,22,24 60:4,
6,7,14,16,20

**many**
22:21 50:16 61:19 67:23

**March**
27:9,12 40:21

**marked**
70:16

**market**
59:9

**markets**
59:1,2,3,12

**Marty**
55:12,23

**material**
21:11,12,19,23 22:1,15

60:9

**Matt**
53:6,7,13,19

**may**
8:17 35:1,3

**maybe**
36:19

**me**
14:4 15:25 18:16 27:3
34:25 40:17 49:3 51:6,13
52:15,20 54:2 56:25
61:15 65:14 67:2,7

**mean**
8:17 12:20 15:8 22:9
26:11 41:3 44:15,17
45:23,24 47:16 48:22
63:7

**meaning**
10:18

**meant**
51:14

**meet**
5:9

**meeting**
8:11 12:25 13:10

**Melvin**
29:12,13

**mentioned**
17:4 47:9 49:5 57:7

**mentor**
53:8

**message**
49:2

**messages**
47:11,21 48:1,4,7,13,16,
24 49:7,9,11

**met**
5:9

**might**
34:8 42:6 59:14

**Mike**
23:12

**mind**
53:4

**mindful**
8:20

**mine**
29:18 61:7

**minutes**
51:7

**missing**
29:5

**MMR**
5:8 7:24 9:17,24 10:4,7
12:14,16 13:23 15:3 17:8
18:19 19:9,20 20:1,8,16,
19,21,25 21:2,20,24
22:6,12 27:9,25 28:7
30:11,13,20,24 31:4,25
32:23 33:17 34:4,12,14,
15,16 35:1,5,13 36:3,4,7
37:5,6,12,14,20 39:18
40:3,12,23 41:3,9,16,18,
20 42:12 43:19,22,25
44:13 45:14 46:1,7,8,17
47:3,7,12 48:2,6,25 49:5,
17 51:1,4,25 52:5,8,14,
19,24 53:12 54:12,16
55:18 56:9,24 57:16
58:11 60:7 63:2,4,17
64:3,21,24 65:4,17,18
66:1,19 68:16,18

**modify**
20:6

**Monday**
7:22 55:4

**month**
44:3

**months**
30:8 55:5

**more**
6:6 16:17 38:18

**most**
7:6 17:14

**move**
14:5 16:24 24:8 41:12
67:7

**moved**
14:17 44:11,12 67:25

**moving**
41:15 44:19 57:16

**Mr**
5:6,7 8:22,25 9:1,2 22:7
32:13 33:5,19 35:4,11,
14,17,21,23 36:5,8,11,
15,23,25 37:2,7,16,17
51:6,8,10 57:21 64:18
65:1,20 69:22,24 70:1,3,
14,18

**MS**
8:16,23 12:3 14:25 20:17
34:17,21 35:8,13,15,19,
25 36:9,13 64:13 65:6
70:19

**much**
36:17,19

**must**
67:14

**my**
5:7,16 6:5 9:9 11:20
13:14,16 14:3,13 15:21

16:13 17:8,11,12,16 18:9
19:18 24:18 25:17 28:6,
15 29:2,4 30:13,22
31:12,24 36:6,13 37:3
38:11,21 39:16,20 42:15
46:2 47:7,21 48:22 53:8
55:1 60:11,15 61:5 63:1,
20 66:11,13,24 67:4

---

# N

**name**
5:8 22:10 29:12 42:12
51:13

**named**
22:1,12 55:12

**Natural**
12:6

**NECA**
12:5,7,10 59:21,22,24
60:4,6,7,13,16,20

**need**
5:21 7:5 8:20 29:20
34:21 48:19 63:25

**network**
22:4 23:7

**never**
17:14 31:20 33:12 38:2,
12 49:11 50:21 51:3 58:3
67:4,10 68:1 69:1

**new**
26:18,24

**next**
36:6 37:3

**no**
5:12 6:1 7:7 8:8,9,10
9:13,25 10:5 11:5,9,13
13:19 14:11 17:2 18:14,

22 19:22 20:7 21:17
22:17 23:5 24:7,11,14
25:13,21 28:22 30:7
32:5,12,18 33:7,10,18,25
34:15,20 39:23 40:20
42:24 43:10 44:5,10
45:1,3 46:4 47:20 48:23
49:11,18 50:15,17,20,23
51:2,5 52:13 53:15,18
54:1,4,14 58:8,12 59:16
60:18 61:8,9,23 62:2
63:5 64:4 66:3,9,21
67:17 68:6 69:9,12 70:16

**nobody**
13:22 32:2 48:22

**nods**
5:25

**not**
5:16 9:16,18,21,23 10:8
15:21 16:13,15,22 20:15
28:16 30:5 32:3 34:1
35:2,7,18,22 36:12,13,20
38:4,5 43:4 45:11 46:10,
22,24 47:1,6,9 51:20
52:3,9,14,21,24 53:23
56:8,18 60:15 64:7 66:1
67:21

**nothing**
15:22,25 38:5 45:16
60:22 61:1,2,3

**notice**
6:12,13 41:2,8 54:19
57:2 69:25 70:7,11

**noticed**
29:4

**number**
26:19,22 27:7

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

# O

**Object**
22:7 33:19 36:8 37:7
57:21 64:18 65:1,20

**objection**
20:17 34:17 36:9 64:13
65:6

**obtain**
42:21

**Obviously**
57:6

**of**
5:7,25 6:4,25 7:3,16,22
8:18,19 9:4,10,20 10:16
11:14 14:3 15:5 16:8
17:9,14,17,19 18:18,24
20:6,12,18 22:14 23:4
24:5,8 25:14 26:23 27:1,
12,21 28:9 29:3 30:8,10,
12 31:6,9,11,20,21 33:2,
14,17 34:14,22,23,25
35:5 36:4,10 37:12 40:9,
15,18 41:16,21 42:21
43:8,11,12 44:3 46:2
47:20,25 48:8,13 49:4,5,
10 51:12,18 52:5 53:3,9
54:23 55:3 58:4,11,16,18
59:4 61:22 62:12 63:5,7
64:3,21 65:23 67:3 68:8
70:6,7,12

**off**
36:17 46:2

**offer**
54:25 56:25 57:11,14

**office**
7:1 17:12 18:5 29:2,3,7,
10,16 37:23,25 38:11,22

39:16 50:6,9,11,14

**offices**
7:3

**often**
7:18

**Oh**
51:5 52:2 54:4 60:18

**okay**
5:13 6:3,9 7:20,23 8:2,5,
22,25 9:11,19,22 10:1,
16,19 11:9,17,22,25
12:13,22 13:2,9,15,17,23
14:14,20 15:6,15 16:11,
14,24 17:3,18,22 18:7,
11,18,21,23 19:9,13,20
20:3,8,10,15,25 21:5,15
22:3,21,24 23:6,9,12,23
24:1,4,22 25:2,10,18
26:7,14,25 27:9,12,15,23
28:4,7,19 29:6,9,17,19,
23 30:1,4,9,15,19,23
31:5,17,23 32:8,10 33:21
34:3,12 37:16 38:4,17,20
39:4,20,24 40:2,13 41:1,
12,25 42:4,10 43:3,7,11,
15,19,22 44:3 45:17,22,
25 46:5 47:10 49:7,13,
16,25 50:4 51:8 53:24
54:15,18 55:5,7 56:3,21
57:4,10,13,23 60:19,24
61:24 62:20,24 63:12,16,
21 65:23 66:15,18 67:23
68:24 69:21

**old**
14:3

**on**
6:7 9:9,20 10:16,22
11:20,21 12:11,21 13:5,
13,24 14:12,13,15 15:9,

13,16,19 16:5,9 17:9,15,
20 18:8,18,24 19:7 20:23
22:3 23:13,17,20 24:1,9,
15 25:2,22 28:13 30:13,
15,18,20,25 31:4,14 32:9
33:3 34:22 36:24 37:20
38:2 39:5,12,19 42:1,8
44:13 47:7,21 48:19
51:19,21 52:4,9 54:3,16
59:13 62:6,13 63:19
64:22,23,25 65:4,12,17,
22 67:11,14,18 68:4,9,20
69:7,19

**onboarding**
8:3

**once**
12:10 26:22 39:10 42:23
43:9 44:18

**one**
6:4 11:8,9,10 12:18 15:4
16:4 17:5,19 19:19
21:10,11,25 22:2,23,24
23:7,9,17,20 24:9,10
25:22 39:5,12,18 40:7
51:19 52:13 62:16

**only**
7:17 47:7 54:6 62:21

**onto**
14:17 24:5 41:12 67:8

**open**
15:21

**opened**
68:1,2

**opening**
22:9,13

**operate**
8:13

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**opposed**
52:15,20,21

**or**
5:17,21,22,25 6:1,5 7:5,
9,12,14,16 8:6 9:5,16
10:23 14:14,21,23 15:3,
23 16:2 17:4,19 18:9,23
19:1 21:10,12,23 22:15
23:3 25:11 26:4 27:1
28:20 29:3 37:19 38:1,8,
23 39:15 41:22 42:1,13,
23 43:8 44:13 46:6,7
47:13 48:2,25 51:1,19
55:25 58:6 59:1 60:3
63:23 64:7 66:1 67:1

**order**
42:7,8,11,15,16 43:5

**orders**
42:1

**orientation**
8:7 9:3,5

**original**
43:2

**other**
6:10 7:3 15:6,7 16:7,25
20:15 21:11 22:2 37:18
39:6,14,21 42:12 48:1

**others**
18:21

**our**
5:14 10:13 11:2 60:9

**ours**
63:6,11

**out**
6:12,25 9:10 15:22,25
17:9,20 20:12 29:3,8,16
31:10 33:13 34:7,9 45:16

51:3 54:8 63:17 67:3
69:6

**outside**
20:18 34:18 35:5 36:10,
16 37:12 47:25 48:8

**over**
5:13,17 7:18 15:18 16:10
17:16 29:16 30:22 44:16
57:7 65:18

**overhead**
21:13,24 22:2 42:13
60:3,5,11,16,22,25
61:11,25 62:5,12,22 63:4

**oversee**
6:25

**own**
10:13 11:6

---

### P

**P-19**
16:5 18:8,20,25 38:11
39:5,12 47:8 54:5 56:14
63:19 67:8,24 68:11

**P-19-2329**
14:16

**P.J.**
5:8

**packed**
38:6

**packet**
54:10,12

**page**
6:8

**Paper**
18:2

**paperwork**
8:6 9:10 54:8

**parameters**
6:17

**parents**
47:13,21 48:1,8

**part**
7:6

**paying**
69:15

**pens**
18:2

**people**
48:5,21 52:8,23 53:3

**Pepper**
32:10,20,21 51:13,14,15,
16

**period**
41:7,16 44:15

**person**
28:2

**personal**
14:9 15:16,19,20 16:1
17:25 28:12,16 30:13,20,
21 39:24 40:10,19 43:23
44:6,7,14 45:4 50:13
58:2 66:23 67:15,21

**personally**
56:19,20 57:24 65:8,13

**pertained**
39:17

**phone**
47:11,21 48:23

**phrase**
23:4

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**pictures**
  16:1

**pipeline**
  58:10

**pitch**
  66:13,15

**place**
  70:12

**placed**
  70:5

**please**
  70:15

**plug**
  16:8 18:7 39:6,14,21
  40:9,18 41:9

**plugged**
  16:18,20 27:25 37:25
  39:7,11 40:13,22 57:15

**plugging**
  18:17

**point**
  51:19

**pointed**
  67:3

**policies**
  8:12

**portfolio**
  31:11

**position**
  6:20 53:7

**positions**
  52:24

**possessed**
  12:18,19

**possession**

**37:20**

**possibility**
  55:3

**possible**
  46:11,12,13

**potential**
  54:23

**practice**
  45:9 48:15

**previous**
  19:24

**price**
  21:14

**primarily**
  26:7

**prior**
  11:20 18:16 19:18 25:17
  69:20,21

**probably**
  49:5 52:9 53:6

**procedures**
  8:12

**process**
  8:3 11:14 18:11

**progressed**
  31:7

**project**
  13:7,8 26:3,4 27:7 43:8,9

**projects**
  7:17 28:14 31:13 42:2,18
  43:12,13 58:6,10,11,14,
  18,22,24 59:1,3,13 66:8

**properly**
  5:18

**proposal**

**11:2 26:19,22,24**

**protocol**
  63:22

**provide**
  22:18 41:22

**provided**
  20:19 43:4 58:7

**provides**
  59:24

**purchase**
  30:9

**purchased**
  12:8 30:2,4,12

**purposes**
  58:2

**pursue**
  58:25

**pursued**
  58:6,9

**pursuing**
  58:11,14 59:5

**put**
  24:1,4 38:17 47:7 54:19
  55:1 57:2 67:18

---

**Q**

**question**
  7:5 10:1 32:22 35:1,9,16,
  20,24 36:1,6,24,25 37:3
  38:21 39:20 52:4 60:11,
  15

**questions**
  6:5,19 11:24 36:21 43:1
  51:18



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**quick**
51:7

**quite**
12:7

---

### R

**reached**
51:3

**read**
35:23,25

**real**
48:18

**realize**
14:4

**realized**
17:17

**really**
16:22

**reason**
5:23

**recall**
9:15 45:22 47:19 51:11
54:8 59:22

**recess**
51:9

**record**
36:18

**records**
14:9 31:21

**recruiting**
58:19

**referenced**
15:4

**referred**
51:15,16

**referring**
63:10

**regularly**
25:23

**reiterated**
57:10

**relate**
58:5

**related**
13:3 46:8 61:19

**relating**
9:15 27:20 45:25 47:2,11
48:2 69:14

**relation**
37:24

**remain**
26:25

**remember**
9:19,22 23:21 44:4 46:25

**remembered**
20:1 63:2

**reminded**
51:12

**rephrase**
6:7 40:17

**report**
49:19 50:18

**reporter**
36:2 51:12

**reporter's**
5:15

**reporting**
49:19

**represent**
5:8

**reside**
35:1,3

**resides**
35:6

**resignation**
41:2,8 54:19 55:1 57:2

**resigned**
30:6

**responded**
52:3

**resume**
58:2

**returned**
14:21 46:14

**review**
7:10,16 13:10 27:17
49:25 50:2,3,5 51:4
61:17

**reviewed**
11:16 62:4,23

**reviews**
7:11

**RFP**
68:11

**right**
6:14 30:24 35:12 54:18
60:12

**road**
17:15

**ROBICHAUX**
14:25

**role**
7:2

**Rouge**
38:12

**rules**
5:14

**Rutland**
51:14,16

---

**S**

**said**
9:13 14:2 17:19 29:8,20
32:16,17 37:21 51:4,21
54:6 57:8,13 62:2,25
66:25 69:9

**same**
5:17,19 6:7 10:1 21:16
27:1,5 36:9 39:7,9,15
42:4,9 54:12 56:25 57:1
60:7,8 63:3

**Saturday**
8:1

**saved**
27:6 62:13 67:14

**saw**
27:24 28:2 68:3,20

**say**
5:15 6:1 7:6 11:10 12:19
15:10 16:16 20:4 22:11
28:23,25 29:1,17,19
31:15 32:7 46:16,24
52:12,22 61:19 62:15
63:10

**say-so**
7:9,18

**saying**
30:23 37:13 38:5 46:21
49:1 52:14

**says**
68:11

**scan**
15:11,12

**scanning**
17:20

**scope**
8:20 20:18 34:18 36:10,
16

**second**
7:16 18:9

**secret**
34:4

**see**
6:13 15:18,20 16:9 25:2,
5,10 27:20 39:18 41:18
48:21 68:2,3

**seen**
27:16 70:9

**selling**
66:13

**send**
43:22 62:11

**sent**
45:14 61:15 68:12

**separate**
50:10

**series**
51:11,18

**server**
62:13,14,15

**set**
6:12 26:18,20,22

**Shannon**
8:16

**share**
23:9 34:13 36:3 37:4,11

**shared**
23:6 29:7,10 35:4

**sharing**
62:7

**sheet**
12:5 22:11,12 60:5,22
61:12 62:5,12,22 63:4,13

**sheets**
10:14 11:3 21:4,5,6,16,
19,21,23,25 22:1,2,5,12,
15,16 25:11,12 42:13
59:18 60:3,8,10,12,17,25
62:1 63:6,11 66:1

**shortly**
30:6

**should**
10:24 16:16 64:16,19

**signed**
9:14

**similar**
63:4

**since**
43:3 44:23 45:19 46:8
50:24 54:17 58:6

**site**
15:14 17:9

**sitting**
14:12,13,15

**size**
31:13

**so**
5:13,14,16,17 6:7,11,16
11:6 12:2,9,21 13:2 14:8,
12,17,20 15:13,15,17
16:3,22 17:8,15,22 18:3
21:24 22:3 24:22 26:7,
18,25 27:12 28:9 30:9,23

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

31:17 34:8 35:6 38:4,17,
21 39:23 41:5 43:3 44:21
45:1,15 48:23 49:19
54:18 55:5,23 57:19,23
60:11,24 62:5,20,25 63:8
65:3 66:10,15 67:10
68:12,14

**software**
23:3 43:11

**some**
5:13 8:18 17:17 47:20
48:13 49:4,5 59:24 63:5,
17 67:3

**somebody**
7:10 67:1

**someone**
32:19

**something**
29:18 31:6 48:16

**somewhere**
31:13 48:6 67:14

**sorry**
9:7 12:3 15:8 19:14 27:2
38:8 51:24

**south**
13:1 38:6 59:10

**speak**
5:16,17 53:21

**speaking**
38:2

**specific**
7:17 13:7 16:17 19:2,6
43:1 49:6 51:1 58:17,21
59:1,11,12 60:21

**specifically**
10:11 15:9,12 45:23 49:1
52:13 53:2

**specifics**
53:23

**Spectrum**
43:14,15,16

**speculate**
52:3

**speculation**
32:14 33:6 37:8 64:14
65:7

**spoke**
33:12 53:19

**spreadsheet**
11:12,15 12:22 13:3
24:24 26:11,17 59:19
63:8

**spreadsheets**
10:21,23 12:14,17 20:20
21:1,3 22:6 25:6,10,15,
19 42:5,11 68:5

**stack**
9:10

**staff**
63:14

**standard**
45:8 59:25

**standardized**
42:14

**stands**
12:7 45:16

**start**
7:21 41:22 55:2 59:2
67:5

**started**
12:9 44:18 45:19 55:12,
23 62:2,11

**status**
43:12

**stay**
27:4

**stick**
6:16

**still**
40:5 68:21

**stood**
15:22,25

**stop**
36:20

**straight**
34:22

**strictly**
31:21

**structure**
23:17 42:9

**stuff**
14:3 17:12,14,16,21 20:1
31:3,4 45:23 46:13,16
48:19,20

**submit**
11:2

**Sunday**
8:1

**superintendent**
55:11,15

**sure**
6:2,7 9:18,21 15:24
16:15,23 18:25 19:1 30:5
44:2,16 46:10,25 47:1,5,
6 48:4 52:8,22 61:21

**surprising**
64:5,9,12 65:3,9

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**Sutherland**
8:16,17,23 12:3 20:17
34:17,21 35:8,13,15,19,
25 36:9,13 65:6

**sworn**
5:3

**system**
23:3

**systems**
22:3,4

---

**T**

---

**take**
5:20 9:23 11:17 15:11
21:12 28:9 30:24 32:1,
11,20 33:17 51:6,20
52:1,6,22 53:17 54:1
56:23 57:9 61:15 66:19
67:5 68:14 70:19

**taken**
5:11

**taking**
5:15 31:9 52:15,20,25
57:22 58:1 66:24

**talk**
23:16 36:18 59:3

**talked**
16:4 39:4 47:22 53:22,24
54:4 59:21

**talking**
13:4 49:2 54:22 59:17,18

**targeted**
58:18,21

**tax**
15:22

**tell**
6:18,19 9:12 10:2,6,11
13:21 28:19,23 29:13,15
32:5 33:25 37:18 43:17
48:16 56:8,21 64:2

**telling**
9:23

**tells**
65:16

**template**
19:11,16,21 20:4 26:25
27:4 60:6

**templates**
26:20,21,23 27:4

**ten**
54:17

**terminology**
21:16

**terms**
7:3 8:18

**testified**
5:3 23:19 54:7

**testimony**
62:20

**text**
47:10 48:1,4,12,16,24
49:7,9

**than**
42:12 61:21

**that**
5:15,17,19 6:23,25 7:4,
10,15 8:17,20,23 9:14,
15,17,20,24 10:2,3,7,9,
12,13,24 11:1,3,18 12:8,
14,23,24,25 13:3,5,6,7,
12,13,18,21,22,24,25
14:7,20 15:2,3,4,16 16:2,

4,20 17:14 18:3,4,8,11,
16,17,25 19:2,5,6,7,17,
21,23,24 20:1,12,20,23
22:11 23:4,19,21,23
24:1,5,6,16,22,24 25:11,
16 26:10,12,14,15,16,17,
21,24 27:10,17,23 28:2,
4,5,7,13,14,23,24 29:9,
10,14 30:2,16,18,21,23
31:2,3,6,18 32:19,22,23
33:8,13 34:4,16 35:1,3,5,
7,8,15 36:7,15,24 37:5,
13,16,18,20 38:1,2,4,5,6,
9,10,14,17 39:2,5,7,12,
15,17,21 40:2,10,17,22,
24 41:1,7,9,13,16,19,23
42:11,17,25 43:15,23
44:4,7,13 45:13,14 46:6,
11,14,22,24 47:8,9,17,20
48:2,4,5,12,20 49:3,4,14,
25 50:2,13 51:13,15
52:2,4,5,12,20,21 53:4,
25 54:5,7,8,12 55:20
56:14 57:1,10,16 58:5,6,
10,11,14,18,24 59:6,7,9,
13,22 60:2,4,19 61:20
62:17,20 63:1,4,6,10,13,
19,21,25 64:2,5,6,9,11
65:3,11,21,25 66:9,18
67:3,9,10,24 68:5,9,11,
12,13,21,23 69:18,20
70:9,11,12

**that's**
12:12 19:7,13 27:11
28:16 29:18 34:1 35:11,
14 43:17 45:11 49:2,22
55:22 60:15,20 65:8,16
69:18,22 70:18

**the**
5:17,19,22 6:7,12,13,22
7:1,2,3,6,8,11,18 8:12,19



9:3 10:10,24 11:3,7,14,
23 12:5,10 13:2,24 14:1,
5,6,7,15,16,17,23 15:4,6,
7 16:4,5,7,17,19 17:15
18:3,7,8,11,12,20,21
19:1,20,24 20:19 21:1,2,
8,11,15 22:1,10 23:10,
16,17,20 24:5,9,19,23,24
25:22,23 26:8,10,22,25
27:1,4,5,6,12,17,18,20,
23 29:2,3 30:9,10,12,13,
19,24 31:9,20,21 32:23,
25 33:13 34:18,22,23
35:23 36:1,2,10,16,17,
23,25 37:9,17,24 38:11,
23 39:1,4,5,6,7,9,12,14
40:9,21 41:4,16,22 42:4,
6,8,9,10,21 43:2,12
44:15,16 45:1,24 46:14,
20 47:5,6,7,20 48:6,18,
19,24 49:6,25 50:2,6
51:12,13,20 52:9 53:8,9,
19,21,24 54:3,5,6,12,23
55:1,2,3,4,11,23 56:14,
16,17,25 57:1,6,7,8,11,
13,14,23 58:4,10,13,16,
18 59:4,10,13,17,18,21,
22,24 60:2,3,4,6,7,8,11,
13,16,20,21,25 61:25
62:3,12,13,14,15,16,17,
21,22 63:3,4,7,9,19,22
64:19 65:23 66:15,16
67:8,9,11,18 68:4,8,11,
12,14,19,20 69:24,25
70:4,5,11

**their**
60:8

**theirs**
63:14

**them**

15:18 16:9,10 17:19,20
21:2,18 25:19 32:6,20
34:9 37:22 39:9,17 40:11
49:5 52:15,20,25 53:17
54:2 57:22

**then**
6:4 13:2,11 15:6 21:11
27:5 30:15 39:14 42:6,23
54:17 56:3 57:13 59:3,11
67:7,14

**there**
7:9,10,23 8:2,7,11,17
9:4,14 11:8,9,21 12:8,10
15:15,19 17:4,17,20
18:10,19,23 19:16,19
20:13 21:20,23 23:19
24:18 25:3,6 26:3,5,20
38:5,9 42:2,10,12 44:16
53:9 55:11 58:13,17,18,
21,23 61:10 62:3,4,6,9
63:24 66:2,4,8 68:3,5,7,
9,10 69:10

**there's**
8:20 27:23 43:1 48:4
49:2 68:10

**these**
17:3 18:18,24 31:15,16
33:2,17 34:4 39:21 52:25
53:11 69:19

**they**
7:4,5,16,18 10:6,8,11,17
11:1,5,10 15:12 16:20
17:7,22 19:10,17 20:4,
19,23 21:2,5,22,24 22:4,
18,24 25:16,20 31:13
32:5,7 34:6,8 42:14,17
43:14,18 50:2,5 54:1
66:3,12 69:13,15,18,20,
21

**they're**
21:22,25 42:18

**they've**
19:25

**thing**
54:6 60:7,9 62:21

**things**
35:9 38:18 68:9

**think**
8:19 14:7 15:17 16:3,22
24:18 29:2,18 30:23
31:5,17 32:5,17 33:3
34:9,10,21 39:23 43:14
44:21 45:15 46:19 47:23
52:23 53:10 64:16,19
65:14 68:24 69:22

**thinking**
52:11 53:2,3

**this**
5:8 6:11,17 8:13,16,20
11:11,12,25 14:22 15:11
20:5 23:12 27:17 29:23
34:11,22,23 36:19,23
41:20 44:12 45:17 47:12,
22 48:2,9,25 49:2,8,14
53:22 61:11,16 62:11
66:14 69:6,15 70:15

**those**
6:16 7:15 10:15 15:2,5,9,
15 16:8,12,18,24 17:17
21:8,12 22:5,6 24:9,12
25:7,14 26:6,23 28:10,17
31:7,9 32:1,11 37:4
40:14,18 41:15 46:17,22
47:23 48:6,13 49:4,10,25
51:18 52:1,6,22 53:3
55:7,8 56:6,7 58:1,15
59:12 60:21 61:22 66:19,
22,24,25 67:5,6

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**though**
  50:11 69:3

**thought**
  59:14 60:13 68:14,21

**thoughts**
  61:17

**three**
  55:5

**through**
  15:18 29:20 31:7,19
  48:12

**throughout**
  31:24 67:4

**thumb**
  39:21

**Thursday**
  27:11,12 41:4

**tied**
  43:1

**time**
  5:17,20 7:23 16:17 28:15
  32:25 39:7,15 44:15
  45:24 53:8,19,21

**times**
  54:17 67:23

**to**
  5:9,16,20,21,22,24 6:6,
  16 8:20,24 9:10,15,16,
  23,24 10:8,13,17,20
  11:6,7,10,11,17,20,25
  13:3,7,12,14,16 14:6,22
  15:8,10,11,12,18,21,25
  16:9,13,25 17:23 18:4,16
  19:2,18,21,23 20:5
  21:10,12 22:7,18 23:9,23
  24:9,13 25:17 26:6,22
  27:6,21 28:9,13 29:16,

  17,20,21 30:24 31:7,11,
  20 32:21,24 33:19,21
  34:3,6,9,15,16,22,24,25
  35:2,6,7,17,18,21,22
  36:7,8,12,16,20,22 37:5,
  7,14,24 38:9,17 39:16,
  17,18 41:2,3,8,22,23
  42:6,15,21 43:2,12,20,23
  44:14 45:14 46:1,6,7,8,
  14,24 47:3,12 48:2,21
  49:20,22 50:3,11,18
  51:3,15,16,20 52:1,3,6,
  15,20,21,25 53:11,19
  54:4,7,15 56:8,16,18,22
  57:16,19,21,22 58:3,5,6,
  19,24 60:6,7,9,16,22,25
  61:19 62:7,21 63:1,4,10,
  18,25 64:5,9,18 65:1,3,
  20 66:1,10,13,14,16,18,
  24 67:5,10,15 68:2,21
  69:14 70:4,14

**today**
  40:5 46:21 69:23 70:12

**together**
  17:7

**told**
  28:24 29:13 32:12 33:4,
  10,18 59:4 63:25 64:24

**tomorrow**
  29:22

**tonight**
  29:21

**Tony**
  32:25 33:1,3,8,11

**too**
  30:16 70:4

**took**
  33:13 53:14,25 62:14

  66:24 70:12

**tools**
  10:7,17,18 18:13 25:19

**top**
  21:5,16,21,25 22:5,16
  25:11 42:13

**topic**
  36:24 61:20

**touch**
  42:18

**touched**
  17:15 47:9

**town**
  17:9

**track**
  43:12

**trained**
  20:23

**transfer**
  13:11

**transferred**
  13:13

**Travis**
  7:12,14 49:21,22

**tried**
  56:16

**trim**
  48:19

**true**
  24:22

**truthfully**
  66:12

**try**
  5:16 6:6 41:23

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**trying**
  34:3 36:16 42:5 58:4

**turn**
  34:10

**tweak**
  20:6 27:5 62:7

**two**
  17:19 20:13 21:9 49:25
  58:18

**type**
  9:4 31:14 58:16 59:4
  67:3

## U

**Uh-huh**
  17:13

**uh-huhs**
  6:1

**Um-huh**
  16:6 19:12 20:9 22:20
  25:8 45:20 46:3 48:14
  51:22 53:5 54:9 59:20
  60:1 68:25

**unboxed**
  17:16 38:3 39:3

**understand**
  6:4,10 8:17 51:14

**understanding**
  66:11

**units**
  59:25 60:21

**Unless**
  43:1

**unplugged**
  29:8

**until**
  38:12

**untouched**
  27:1

**up**
  17:12 21:13 26:16,18,20,
  23 28:6 30:13 33:2,9
  34:25 37:23,25 38:6,22,
  23 61:4,10 69:11

**upload**
  15:11,13

**upon**
  14:3

**us**
  5:23 6:18,20 11:1,5
  28:19,23 48:17 59:4

**use**
  9:16 10:6,14,17,20,24
  11:6,11 12:18 17:19
  19:20,23 20:20 21:15
  23:2,7 26:14 31:20 42:4,
  17 43:14,18 44:9,25
  52:25 58:2,3 60:4,16,25

**used**
  9:17 10:7 11:4 12:5,12,
  14 15:3,10,12 19:17,24,
  25 21:5 25:20 38:17
  40:11 42:11 44:13 51:13
  60:2,7,9 62:21 63:1

**useful**
  31:18

**uses**
  11:11 43:12 54:13 63:4

**using**
  11:25 12:9,13 26:17 27:6
  53:11 59:21 65:25 66:1
  67:6

## V

**very**
  5:14

**Virginia**
  38:7,8,15,22

**vocal**
  6:2

**vocalize**
  5:24

## W

**walked**
  29:1,8,15,16

**want**
  5:20,21,22 6:5 20:5 35:6,
  17,21 48:20 50:2 66:14
  67:15 70:14

**wanted**
  14:8 15:10 31:11 58:24
  66:18,22 67:10

**was**
  6:12 7:23 8:2,7,11,23
  9:4,9,14 10:9 11:7,19,25
  12:5,13,21,23,24,25
  13:6,7 14:2,7,12,13,14,
  23 15:4,13 16:5,9 17:5,
  15 18:11,15,16 20:12
  23:12,19 24:18 27:9,13,
  17 28:2,4,6,14,24 29:3,4,
  5,9,23 30:1,6 31:3,6,21
  33:13 37:3,22 38:4,5,6,9,
  12 40:11 41:1,2 42:2,9,
  10,11 43:25 44:16 47:8,
  17 51:14,18 52:24 53:8,9
  54:10,12 55:5,11,18
  57:1,8 58:1,10,19 59:7,9

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

61:24,25 62:3,4,6,22
63:19 65:25 66:1,9,11,
13,15 67:4,9 68:3,10,21,
24 69:3

**wasn't**
28:12 35:8,15 49:1 53:11
57:7,22 58:21

**way**
35:2 43:9 46:1 47:3,12
52:2,4 69:8

**we**
5:9,15,23 6:7,10 8:13,14,
19 10:14 11:1,7,11 12:5,
12 16:4 20:5 26:18 33:11
34:21 35:23 36:17 39:4
53:21 57:5 59:3,4,17
60:9 63:5,11,13,25 69:24
70:1

**we're**
6:7,16 10:13

**week**
11:21,22 18:9,10 24:20
41:5,7,16 54:19 57:13
62:4

**weeks**
56:1

**well**
13:20 21:6 34:24 54:3
62:10 64:3 68:9,15

**went**
15:18 31:11,12 39:16,18
62:13 67:1

**were**
11:6,7,14,22 12:9 13:3
15:2,10,12,15 16:20
17:3,7,17,22 18:12,18,23
21:24 23:13 25:11 28:4,
9,21 31:10,20 34:3,4,12

35:9 36:3 37:5 38:9,20,
22 39:2 40:3 42:11 44:13
45:13 52:11 55:8 57:15
58:4,11,13,17,23 59:13,
17 60:12,13 61:10 66:3,
12,25 68:5,7,9 69:7

**weren't**
41:15 69:11

**what**
6:22,23 8:14 9:12 10:11,
19 11:11,25 12:6,12,19,
22 16:9 19:7,23 20:5
21:1,18 23:3 25:19,22
28:4,20,23,24,25 29:13,
17,19 31:12,13,14,22
32:7,16,17 33:3 39:18
43:11,15,18 45:8,22
47:17 48:15 49:6 51:13
52:4 53:14 57:24 58:23
59:7,11 60:3,24 61:16,24
62:8,22,23 63:1,2,9,12
65:22 66:3,7 67:2,4 68:2,
3

**what's**
15:9 21:8 36:25 44:15
45:8 48:17 53:7 63:9
64:22,23

**whatever**
18:2 63:23

**when**
7:20,24 10:9 11:8 12:8,
11,19 15:13 16:16,17
17:8,11,15 18:7 19:9,16,
19 20:4 22:18 24:15
26:19 28:19,20 29:13
30:4 35:10 37:16,21,23,
24 38:3,11,20,21 39:1,3
41:1,7 42:5,6 46:16
48:18 51:15 52:11 53:3
54:7 55:2 56:21,23 57:7,

8,10 59:17 61:25 62:10,
15 63:10,16 67:25 68:2,
16,18,20 69:6

**When's**
53:19

**whenever**
63:22

**where**
11:24 17:3 26:10,12 29:4
35:1,2,6 36:18,22 42:2

**wherever**
31:10

**whether**
51:19 66:1

**which**
10:14 60:12

**while**
16:20 34:12 36:2 37:4
40:2 43:25 58:19

**who**
28:2 29:9 31:25 32:9,23
33:13 48:8 49:19 51:21,
25 52:3,11 53:2 55:7,14
65:12

**whole**
14:17 53:8

**why**
14:5 26:15 31:2 32:3,19
33:8 34:1 47:5 48:24
60:19 64:11,12 66:18
67:7 68:23,24

**will**
7:16 26:25 27:4,6 70:19

**win**
41:23 42:6

**with**

6:20 7:2,21 9:5 14:4
16:17 18:4 20:19 21:13
22:19 25:18 27:24 28:5,
10 29:7,10,11 30:9,12
32:1,11 34:13 35:5 36:4,
18 37:4,11,17 38:14
40:21 45:9 47:13,21,25
48:1,5,10,15 49:4,8,9,12
50:1,21,25 51:21 52:1,22
53:13,17,25 54:22 55:8,
23 56:9,19,23 58:15
59:2,14,19 60:22 61:4,
10,18 62:7,11 66:20
69:2,10,14

**within**
14:14 52:8

**without**
22:9,13 59:5

**witness**
5:2 14:23 37:9 70:4

**won**
42:2,24 43:9

**wonder**
36:22

**Word**
10:21,23 11:1

**work**
9:20 10:16 20:15 22:19,
21 30:21 31:10 40:12
42:21 59:4,8

**worked**
11:21 17:8,9 19:9 20:8,
13 30:18,20,25 31:4,14
33:2 35:10 62:6

**working**
11:20 44:13

**worksheet**

12:1

**would**
5:19 7:6 11:2 20:20 22:5,
6,12 31:5,6,17,18 32:5,7,
9,12,16,17 33:3,9,17,25
34:6,10,16 35:5 36:7
37:5,14 41:22,25 42:4
45:1 48:12 51:20,25
52:3,6,9,14,20,21,22,24
53:10 58:14 59:5 60:2,4,
15 61:17,19 62:17 64:5,
8,12,22 65:3 67:7

**wouldn't**
36:6 37:3 42:19 53:4
59:5

**writing**
34:24

**written**
69:11

**wrong**
27:3

---

**Y**

---

**y'all**
12:9 61:8 64:24 65:16

**Yates**
7:13 9:22 49:24 54:25
55:9 56:3,8 58:15 63:16
65:14 66:7 69:6

**Yates'**
50:8

**yeah**
9:4 11:16 12:11 13:5,13
15:1 17:6,24 29:20 30:22
31:1 36:15 39:20 40:25
41:24 44:1 45:7 46:12
47:16,24 49:9 50:12

54:4,9 55:6 56:10 57:3,
12 59:4 61:15 64:10
65:2,10,24 66:17 68:10,
17,22

**year**
17:8

**years**
20:2,13 44:16 54:16

**Yep**
17:10

**yes**
6:1,15 11:24 18:6,16
19:2,13,14 20:11,13,22,
24 21:7 22:20 23:1,8,11,
15,18,22,25 24:3,21
25:1,4,9 26:2,9,13 27:11,
19,22 28:1,8,11 29:25
30:3,22 38:16 40:1,4,6,8
41:6,11,14 42:3 43:21
44:8 45:21 50:7 51:17,
23,24 55:19,22 60:1
69:5,17 70:10,13

**you**
5:7,9,10,17,18,20,21 6:1,
4,5,10,13,18,19 7:2,8,10,
24 8:2,4,11,14,18 9:1,2,
5,9,12,14,15,17,19,22,
23,24 10:2,3,6,7,11,17,
18,19,23,24 11:3,6,9,10,
11,14,22 12:9,10,16,19,
20 13:3,11,17,20,21,23
14:5,10,15,17,20 15:3,4,
16,20,23 16:1,7,11,17,
19,24 17:4 18:4,7,12
19:9,16,20,23 20:4,5,8,
15,19,20,23 21:15,18
22:8,14,18,19,22,24
23:2,3,7,9,13,16,20,23
24:1,4,5,8,12,15,16,24
25:2,5,10,14,18,20,22

26:14,15 27:3,16,20,24
28:4,9,10,19,20,21,24,25
29:10,13,14,17,18,21
30:2,4,6,9,15,19,23,24
31:5,6,14,17,18,25 32:1,
5,6,10,11,12,15,17,19,
20,24 33:1,3,4,8,9,10,16,
18,21,24,25 34:3,4,8,9,
12,13,19 35:6,7,9,17,21,
22,25 36:2,3,6,11,19,21
37:3,5,13,18,23,24,25
38:14,17,20,21,22 39:1,
6,7,11,14,20,21,24 40:2,
3,5,9,13,14,17,18,22
41:1,2,7,8,12,15,22,25
42:1,2,4,5,6,24 43:3,4,7,
11,17,19,22 44:4,6,9,11,
12,13,18,19,22 45:1,5,
13,17,22,25 46:5,6,7,11,
13,14,16,21,22 47:1,5,
10,17,19,23 48:2,9,16,
20,24 49:7,10,19 50:1,8,
18,24,25 51:4,11,14,19,
20,21,25 52:1,5,6,11,21,
22 53:2,13,14,16,17,19,
22,24,25 54:7,8,15,18,22
55:3,20 56:8,9,13,16,19,
21,22,23 57:2,5,8,11,13,
15,19,24,25 58:4,6,9,10,
11,14,16,18,19,24 59:2,
12,14,21,22 60:4,13,15,
24 61:4,14,19,22,24
62:6,7,10,12,15,21
63:10,13,17,24 64:2,5,9,
16,24 65:8,11,12,13,17,
25 66:2,5,7,8,14,18,20,
22 67:2,7,11,14,15,18,23
68:1,4,14,20,21 69:6,7,
11,13,19 70:9

**you're**
9:16 19:10 26:7,17 27:5

30:23 36:18 38:4,10
42:5,20 49:19,22 50:6
53:3 57:23 63:10 65:14
66:13,15

**you've**
14:21 26:16 43:3 50:11,
21 51:3

**your**
5:10,25 6:2,13,20,23
7:20,21,24,25 9:20
10:16,22 11:6 13:12
14:5,12,15,18,22 16:8,
18,25 17:25 18:1 20:12
21:13 24:15,20 27:9,15,
21,25 28:12 29:9 30:10,
15,20 31:7,19 33:14
35:9,16,19 37:19,23,25
38:22 39:22 40:19,23
41:2,7,8,9 43:23 44:3,6,
7,14,22 45:4,8,9,18
46:14 47:2,11 48:1,8,15,
17 54:19,20 56:21 57:1,
2,14,15 61:6,17 62:20,22
63:14 66:19,22 67:2,8,21
69:7,14,15,19 70:12