UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**************************************************

MMR CONSTRUCTORS, INC.,

NO. 22-267

VS.


JB GROUP OF LA, LLC D/B/A
INFRASTRUCTURE SOLUTIONS GROUP
and DAVID HEROMAN

**************************************************


DEPOSITION OF MICHAEL LOWE


Taken on Wednesday, July 13, 2022,
At the Law Offices of
Dunlap Fiore, LLC
6700 Jefferson Highway, Bldg. 2, Baton Rouge, LA


REPORTED BY: KIMBERLY GIBNEY, CCR, RPR

**************************************************


**CERTIFIED
TRANSCRIPT**



MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.                    Pages 2..5
MICHAEL LOWE, 07/13/2022

Page 2

1                           INDEX
2
3                                               Page
4    Caption                                    1
5    Appearances                                3
6    Agreement of Counsel                       4
7    Reporter's Certificate                     76
8
                  INDEX TO WITNESSES
9
     Witness                                    Page
10
     MICHAEL LOWE
11
       By Mr. Kee                               6
12
13                  INDEX TO EXHIBITS
14   Exhibit     Description                     Page
15   1           Forensic Protocol              34
16
17
18
19
20
21
22
23
24
25

Page 3

1    APPEARANCES:
2
3    Representing the Plaintiff:
4        JONES WALKER
         201 St. Charles Avenue
5        New Orleans, LA 70170
         504-582-8000
6        pkee@joneswalker.com
7        BY: P.J. KEE, ESQ.
8
9    Representing the Defendants:
10       DUNLAP FIORE, LLC
         6700 Jefferson Highway, Bldg. 2
11       Baton Rouge, LA 70806
         225-282-0652
12       jfiore@dunlapfiore.com
13       BY:  JENNIFER A. FIORE, ESQ.
              ERIN G. FONACIER, ESQ.
14
15   Representing David Heroman:
16       KEEGAN, JUBAN, LOWE & ROBICHAUX, LLC
         5555 Hilton Avenue, Suite 205
17       Baton Rouge, LA 70808
         225-364-3600
18       anr@keeganjuban.com
19       BY:  AMBER N. ROBICHAUX, ESQ.
20
21
22
23
24
25

Page 4

1    Also Present Via Zoom Videoconference:
2    Shawn Breeland
     Kasey Kraft
3    Marcel Lalonde
     David Heroman
4    Matt Welborn
     Shannon Hampton Sutherland
5    Tom Hubert
     Jacob Pritt
6
7
8
9    Reported by:
10       Kimberly L. Gibney, CCR
         No. 2016010
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1                S T I P U L A T I O N
2
3        It is stipulated and agreed by and among
4    Counsel that the deposition of:
5
6        MICHAEL LOWE, on Wednesday, July 13, 2022,
7    is hereby being taken under the Louisiana Code
8    of Civil Procedure for all purposes as permitted
9    under law.
10
11       The witness reserves the right to read and
12   sign the deposition.
13
14       The original is to be delivered to and
15   retained by JONES WALKER for proper filing with
16   the Clerk of Court.
17
18       All objections, except those as to the form
19   of the questions and/or the responsiveness of
20   the answers, are reserved until the time of the
21   trial of this cause.
22
23
24
25



MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.                    Pages 6..9
MICHAEL LOWE, 07/13/2022

Page 6

1           MICHAEL LOWE,
2    having been called as a witness, being duly
3           sworn, testified as follows:
4                EXAMINATION
5           (Commencing at 10:07 a.m.)
6    BY MR. KEE:
7    Q.    Hi, Mr. Lowe.  My name is P.J. Kee.  We
8    just met a few seconds ago before the
9    deposition.  I represent MMR in this case.  And
10   today we've set a deposition of you where we had
11   questions about ISG's kind of IT and where
12   documents are located, how the servers interact.
13   So you were provided as someone who --
14   A.    Kind of helped out.  Got it.
15   Q.    So that's what our questions are going
16   to focus on today.
17   A.    Okay.
18   Q.    And hope to get you out of here before
19   lunch.
20              Are you employed by ISG?
21   A.    Yes.
22   Q.    Okay.  And what's your title?
23   A.    District manager.
24   Q.    Okay.  And where -- district manager in
25   what?

Page 7

1    A.    In Texas.  Communications Division in La
2    Porte, Texas.
3    Q.    As the district manager, how many -- are
4    you in charge of that office or that location?
5    A.    Yes.
6    Q.    And how many people report to you?
7    A.    Eight -- nine.  Nine.
8    Q.    Okay.  And those folks, are they -- are
9    they like technicians more so?  Are they --
10   A.    Yeah.  There's five -- five technicians,
11   a project manager, an estimator, and then an
12   assistant.
13   Q.    Okay.  Are you -- are you in charge of
14   IT for --
15   A.    No. I wasn't there yet.
16   Q.    Explain how -- your role in the IT is
17   maybe the best.
18   A.    I had -- they -- they had already had
19   the drives and everything set up at ISG when I
20   had got there.
21   Q.    Okay.
22   A.    They were letting -- had an employee
23   leave that helped set up the system.  I kind
24   of --
25   Q.    Okay.  Mind me jumping in?

Page 8

1    A.    Yeah.
2    Q.    And who was that?
3    A.    Ryan Milligan.
4    Q.    Okay.  You can continue what you were --
5    I think you were getting ready to explain what
6    you do now.
7    A.    I kind of raised my hand knowing that I
8    kind of knew more than everybody else.  I'm
9    certainly not an IT programmer or network
10   engineer or anything like that.  I just had a
11   little more experience than everybody else did.
12   So Jason asked if I could help.  And so I kind
13   of just took over what Ryan did.  Realized that
14   we had -- when he had built them, he built all
15   the drives on his personal -- on his company
16   account.
17   Q.    Okay.
18   A.    Basically, he shared all the drives
19   through his account.  So if Ryan left, Ryan got
20   hurt, then -- so I had to change it all over to
21   a company account.
22   Q.    Okay.  So let's -- I'm just going to
23   take a step back and talk about what Ryan had
24   set up.  What was it that he had set up -- when
25   he built the drives --

Page 9

1    A.    Sure.
2    Q.    -- what was that?
3    A.    ISG is running off of a Cloud-hosted
4    account, Go Daddy.  Go Daddy links with
5    Microsoft Suite, which is then -- everything
6    sits on Microsoft Suite on One Drive or
7    SharePoint.
8    Q.    Okay.
9    A.    So there's not really a -- we're not a
10   hardware -- there's not a server.
11   Q.    Sure.
12   A.    We -- touch.  It's all in the Cloud and
13   goes somewhere else.
14   Q.    Okay.  Okay.  And then you said -- so
15   all of the -- and Ryan Milligan had built all
16   the shared folders or drives?
17   A.    Yes, sir.  So he went on One Drive under
18   Ryan Milligan's account and built, you know,
19   folders, you know, for estimating, HR, and for
20   everybody to drop all the -- you know, all the
21   information into those folders.
22   Q.    Okay.
23   A.    Where I came in was it needed to be
24   under an ISG account, and that's kind of what
25   Jason had me do.

Case 3:22-cv-00267-BAJ-RLB    Document 119-5    03/07/24   Page 4 of 55

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 10..13
MICHAEL LOWE, 07/13/2022

Page 10

1  Q.      So was it Ryan Milligan had it set up
2  to, like, his personal --
3  A.      His company email.
4  Q.      Company email.
5  A.      He was sharing it, so --
6  Q.      Got it.
7  A.      -- it's only controlled by one person --
8  Q.      Got it.
9  A.      -- the best way to do that.
10 Q.      And so when you got there, that's -- for
11 the documents that people were sharing, it was
12 going into those folders that he had built?
13 A.      Correct.
14 Q.      Okay.  And then when you took over his
15 role, you changed it?
16 A.      Well --
17 Q.      Why don't you explain the changes you
18 did.
19 A.      I just happened to know more about it.
20 Jason said "Can you help."
21 Q.      Okay.
22 A.      So basically I took what he did.  I took
23 everything, copied it, and put it over to an ISG
24 email, ISG and ISG.work, so it's a company --
25 it's an administrative email where you can have,

Page 11

1  for example, Jason, John, whoever needs to have
2  access to it, can have access to it.  The other
3  things we did were giving rights to whoever
4  Jason asked me to give rights to.  So, for
5  example, HR doesn't need to be seeing -- you
6  know, estimator doesn't need to see HR, vice
7  versa.  So I came in and kind of protected some
8  of them, set up rights for whoever needed to see
9  those drives.
10 Q.      Okay.  I'm going to try to summarize how
11 I understand it.  And then maybe you can tell me
12 if I get something wrong.
13         So you set up a general
14 administrative account?
15 A.      Yes.
16 Q.      That would have control over all of the
17 shared folders and drives?
18 A.      Correct.
19 Q.      Okay.  And then that administrative
20 account is the one that can set limitations on
21 who can access certain folders?
22 A.      That's correct.
23 Q.      Okay.  And then how many folders are
24 there on ISG's system?  I'm just going to call
25 it system.

Page 12

1  A.      Yeah.  On One Drive I would say eight --
2  seven, eight, nine, something -- I don't recall.
3  Seven, eight or nine, somewhere in there.
4  Q.      So you said there's an estimating
5  folder?
6  A.      Yeah.  There would be an estimating
7  folder and HR folder.
8  Q.      HR.
9  A.      Safety.
10 Q.      Safety.
11 A.      General management.  Project management,
12 I believe.  General documents employee -- I have
13 to think.  I know there's -- I'm trying to think
14 if there's a few other ones.  I'd have to
15 look.
16 Q.      Is there, like, a finance folder?
17 A.      I don't know.  I'd have to look.  Really
18 offhand, I don't know.
19 Q.      Sure.  Okay.  Now, who -- and when -- so
20 let's just use, like, Kasey Kraft, for example.
21 A.      Um-huh.
22 Q.      Were you performing these services of
23 kind of monitoring the folders when he was
24 hired?
25 A.      No.  So I -- once I kind of got it

Page 13

1  running, I told Jason, look, I need to hire
2  another technician anyway.  He's from the IT
3  world.  I'm going to kind of give him the role
4  of taking it off of me because I wasn't really
5  hired to do IT.
6  Q.      Sure.
7  A.      So I had Luis Yebra, who worked
8  underneath me.  Kind of as we needed to hire
9  more people, Luis would go to Go Daddy, set up
10 the account.  Per instructions, he'd give them
11 the rights to whoever it needed to go to, you
12 know, whatever folders they needed.
13 Q.      Okay.
14 A.      So I kind of -- by the time Kasey got
15 there, I already had Luis.  I wasn't really
16 monitoring.
17 Q.      Sure.
18 A.      I didn't do it as much as I did
19 before.
20 Q.      I got you.
21 A.      I just tried to get it set up to where
22 when we had an IT Department, it wouldn't be so
23 cumbersome and messed up.
24 Q.      But, you know, if you wanted to go back
25 and see, for instance, who had access to what

Case 3:22-cv-00267-BAJ-RLB    Document 119-5    03/07/24   Page 5 of 55

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.        Pages 14..17
MICHAEL LOWE, 07/13/2022

Page 14

1  folders, you can do that through the
2  administrative account?
3  A.      Yes.  You should be able to do that.
4  Q.      So you could see, for instance, if Kasey
5  Kraft had access to the estimating folder?
6  A.      Sure.  Yeah, if Kasey goes in, you're
7  going to see.  If Kasey goes to a document, it's
8  going to say Kasey Kraft viewed this or edited
9  thirty seconds ago.  Whoever last touched it,
10  and then you can pull an audit, and says this is
11  everybody that's touched that document, correct.
12  Q.      And that's an audit that can be run
13  through the administrative account?
14  A.      I knew you were going to ask that.  I'm
15  not positive 'cause I've never done it.  I've
16  never dealt with Go Daddy much.  I don't know
17  exactly how you do it.  I'd have to find out.
18  Q.      You just understand that it could be
19  done if you needed to?
20  A.      Yes.
21  Q.      Okay.  I got you.  When someone is hired
22  at ISG while you were kind of handling it, did
23  you -- were you involved in the onboarding
24  process at all in telling them how to -- where
25  to put things, you know, how to --

Page 15

1  A.      No.  Other than my direct hires for my
2  office, you know, we would set up an email.
3  Gonzales would do their thing or Florida.  I
4  didn't have -- I didn't have -- just whoever was
5  working directly for me is where I told them to
6  put stuff.
7  Q.      And then in the folder structure of the
8  shared folders, is that separated by, like --
9  for instance, you're in Texas.  Is it separated
10  by Texas, Louisiana, Florida or is it --
11  A.      Only -- not really.  Only in the
12  estimating folder is separated to all and then
13  Texas and Florida.
14  Q.      Okay.  I got you.  Do you do
15  estimating?
16  A.      Yes.
17  Q.      And is it the general practice at ISG
18  that all estimating files are put into that
19  estimating folder?
20  A.      Yes.
21  Q.      And where did you work before ISG?
22  A.      MMR.
23  Q.      Okay.  Did you bring any estimating
24  documents with you from MMR to ISG?
25  A.      I had documents with me, but I didn't

Page 16

1  actively bring them to ISG.
2  Q.      How did you have those documents?
3  A.      They were on one of my -- I'm assuming
4  on one of my drives whenever I left.
5  Q.      So when you left MMR, you had -- I'll
6  just call them -- flash drives or thumb drives
7  with you?
8  A.      Um-huh.
9  Q.      Okay.  Did you have a hard drive?
10  A.      External hard drive, yeah.
11  Q.      It was a bit -- not little thumb drive,
12  it was a big hard drive?
13  A.      It had all of my stuff on it, so yeah,
14  personal --
15          ZOOM ATTENDEE:  Can we just get
16  an identification of who is present in person in
17  the room.  I didn't hear that at the beginning,
18  and I just want to make sure I have an
19  understanding of who is there.
20          (Zoom introductions.)
21  BY MR. KEE:
22  Q.      Okay.  So the external hard drive you
23  had, you understood it had MMR documents on it
24  as well?
25  A.      I would assume they did.  I mean, I took

Page 17

1  it whenever I left, which was my hard drive.
2  Q.      Okay.  And when you left MMR, had you
3  moved stuff to that hard drive knowing you would
4  lose access to it?
5  A.      No.  I mean, I was leaving MMR
6  regardless.  That happened to be my drive
7  whenever I was leaving.
8  Q.      Okay.  Did you tell anyone at MMR you
9  had documents on that hard drive?
10  A.      I talked to my boss, said, I'm going to
11  give my notice, you know, how would you like for
12  me to do it.  He said give me a little while.
13  Send me a letter.  Three weeks later -- I mean,
14  three hours it was, hey, you can go ahead and
15  leave, your computer's done.  Nobody said
16  anything to me, so I came back from lunch,
17  loaded up my stuff and left.
18  Q.      And who was that person?
19  A.      Billy Rich.
20  Q.      Billy Rich, okay.  Once you got to ISG,
21  did you move any documents from that hard drive
22  onto ISG's system?
23  A.      ISG's system, no.
24  Q.      Did you access that hard drive while --
25  have you accessed that hard drive since you've



MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 18..21
MICHAEL LOWE, 07/13/2022

Page 18

1  been employed by ISG?
2  A.      Well, sure.  It has pictures of my kids
3  and everything else on it.
4  Q.      And did you access that from your ISG
5  computer?
6  A.      I don't think so.  I had my personal
7  computer in my office -- I mean, at my house.
8  Q.      Sure.  Have you accessed any MMR files
9  since you've been at ISG employee?
10  A.      I'm sure I have, yes.
11  Q.      And that was to help you while you were
12  performing business for ISG?
13          MS. FIORE:  Object to form.
14          I'm sorry.  He's never given a
15  deposition, so we should probably lay a
16  little -- provide a little bit of background
17  first.
18          MR. KEE:  So some of my
19  questions may be objectionable, right?  And so
20  to preserve the record, Jennifer may say object
21  to form or have some objection, which is a
22  little jarring, I know.  Unless she tells you,
23  you know, don't answer the question, you can
24  answer.  Likely, you'll need me to repeat it
25  because -- but that's what just happened.  So

Page 19

1  I'll go ahead and try to find the question.
2  Q.      When you accessed those MMR files, you
3  were doing work on behalf of ISG?
4          MS. FIORE:  Object to form.  You
5  can answer.
6  A.      Yes.
7  Q.      And you were doing estimating work for
8  ISG?
9  A.      Yes.
10  Q.      And you were doing estimating work for
11  ISG while you were accessing those MMR files?
12  A.      No.  I was moving some of my database --
13  what I do in communications, we have a lot of
14  pieces and parts.  They don't come in under an
15  MMR file.  We have to add all of that after you
16  get a green sheet.  Because it's not in a
17  standard green sheet.  So I built -- my
18  equipment that I built through the years,
19  instead of having to go back and put every piece
20  and part back on, what I needed, I went and
21  copied what I had put on there previously and
22  then added it to my bidding sheet.
23  Q.      And when you say "green sheet," that's a
24  MMR term?
25  A.      Yeah.

Page 20

1  Q.      So that's the estimating tools that MMR
2  uses?
3          MS. FIORE:  Object to the
4  form.
5  A.      Yeah.  That's their spreadsheet.
6  Q.      Do you still have that hard drive?
7  A.      Mine?
8  Q.      Yeah.
9  A.      Sure.
10  Q.      Okay.  You haven't deleted any files off
11  of that?
12  A.      Since when?  I mean, it is my personal
13  one, so yeah.
14  Q.      Have you deleted any MMR files off of
15  that?
16  A.      No.  I wouldn't have a reason to.
17  Q.      Did ISG provide you with any estimating
18  tools?
19  A.      Yes.
20  Q.      To help you do your job?
21  A.      Yes.
22  Q.      And who built those?
23  A.      I don't -- I didn't build them, so I
24  don't know.
25  Q.      Were they similar to the ones used at

Page 21

1  MMR?
2  A.      They're similar, yes.
3  Q.      Do they look like the same?
4  A.      I mean, they're --
5          MS. FIORE:  Object to form.
6  A.      It's a spreadsheet.  It's an Excel
7  spreadsheet, so they all kind of look the same.
8  I don't know what you're --
9  Q.      Do you see any noticeable difference
10  between the two, the one ISG provided --
11  A.      There's other fields -- a lot more
12  fields in it than we had.
13  Q.      And do you use that spreadsheet, the ISG
14  one --
15  A.      Yes.
16  Q.      -- to estimate, or do you use the one
17  that you --
18  A.      No, no, no.  I use it.
19  Q.      Okay.  Now, does each -- kind of back to
20  the Cloud, the Go Daddy.  But it's through the
21  Microsoft 365?
22  A.      Yeah.  So you go through Go Daddy which
23  links to Microsoft.  So when you put in a new
24  employee in and put the email under Go Daddy, it
25  links to Microsoft, which then you can -- the

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 22..25
MICHAEL LOWE, 07/13/2022

Page 22

1  new employee can create the Microsoft account
2  and all that stuff.
3  Q.    Okay.  And so each ISG employee, do they
4  get a unique account?
5  A.    Yeah.  It's all through their email.
6  Q.    All through their email, okay.  And then
7  through the administrative side of it, that's
8  how you give access to the folders, you say this
9  user can have access to --
10 A.    Yes.
11 Q.    -- this folder?
12 A.    Yes.
13 Q.    Do you know what the retention policy is
14 on those -- the 365?
15 A.    I don't.
16 Q.    You don't, okay.  Are you aware of
17 whether it's been changed at all?
18 A.    The --
19 Q.    The retention policy?
20 A.    I have no idea.
21 Q.    You don't know, okay.  That's just
22 nothing that you messed --
23 A.    I don't know.
24 Q.    Right.  Now, an individual's -- I want
25 to try and talk about the mechanics of

Page 23

1  how documents go from a person's computer, an
2  employee's computer, to the shared folders.  And
3  then so we'll just start there.  Let's say your
4  ISG issues you a computer.  Were you involved in
5  the issuing of hardware, is that something that
6  --
7  A.    Only my office.
8  Q.    Just your office?
9  A.    Yeah.
10 Q.    Okay.  Do you know if all the offices
11 have the same type of procedure?
12 A.    I don't.
13 Q.    Okay.  So I'll just focus on what your
14 office and the time of your involvement.  When
15 you hire a new employee that needs a computer --
16 let's back up.
17       Do all ISG employees get the 365
18 account?
19 A.    I'd have to ask -- I really don't know.
20 I don't think -- I wouldn't know.  I just know
21 how many emails are in there.  I can tell you
22 who has them.  But I don't know all the
23 employees we have, so.  I don't think
24 technicians -- I really don't know that.
25 Q.    And then how is the -- how are the ISG

Page 24

1  computers issued and, you know, is there a user
2  profile created for?
3  A.    Yeah.  So I know they've changed it now.
4  I know the ones -- I only have a couple of
5  computers in my office.  So I don't know how the
6  ISG corporate guys, you know, at Gonzales did
7  it.  I set up a user account, an admin account
8  so I can get in there in case we got rid of
9  somebody.
10 Q.    Sure.  And then for -- is it -- is the
11 Cloud base, the 365 -- I'll just call it the
12 document management system.  And what I'm
13 talking about are the folders that you helped
14 create.  How does an employee get documents from
15 their computer, their personal computer or their
16 ISG computer that they're working on to the
17 shared folders?
18 A.    They would just upload it to the -- drag
19 and drop it into whatever folder they want to.
20 Q.    Okay.  And so when the computers are
21 built, is there like a network drive folder
22 structure where they can easily get to it, or
23 how do you navigate to that?
24 A.    Most -- well, no, not really cause it's
25 Cloud hosted.  And most people -- I go to

Page 25

1  Chrome, Outlook.  And then that is -- I mean,
2  it's essentially a virtual.  It's just a
3  website.  It looks like your computer, right.
4  So it already has the drives and everything in
5  the suite.
6  Q.    Okay.  And so the way to get a
7  document -- your understanding, the way to get a
8  document you're working on locally from a
9  computer is you just drag and drop it into the
10 folder?
11 A.    Upload it to the folder, correct.
12 Q.    Okay.  And so there's no, like,
13 automatic sync, you know, like, if you save a
14 document in your documents folder or your
15 desktop on your laptop, does it automatically
16 sync to some place on . . ?
17 A.    If you're using a document that you got
18 from this suite and you're working on it on your
19 computer and you hit auto save, it will auto
20 save it back to -- is that what you're asking?
21 Q.    Basically, yeah.
22 A.    That's what it will do.
23 Q.    Well, let's say you're working on a
24 document and you delete it off of your local
25 computer, will it delete from the shared drive,

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 26..29
MICHAEL LOWE, 07/13/2022

Page 26

1  or is there an extra step you would have to
2  take?
3  A.      It will -- I'm not positive about that.
4  You mean you would -- if you deleted it off of
5  your computer, it's still going to show up on
6  the drive because it's not -- unless you -- you
7  would have to go to the drive and delete it off
8  the drive.
9  Q.      That's what I'm wondering.  Because I've
10 seen somewhere it's kind of automatic, the
11 syncing.
12 A.      Yeah.
13 Q.      But it doesn't sound -- it sounds like
14 there's an extra step you would have to actually
15 go and delete from the shared drive.
16 A.      Yeah.  If you wanted to delete a
17 document off the shared drive, then you would
18 have to go to the share drive, click delete.
19 Are you sure you want to delete this?
20 Q.      Sure.
21 A.      Just because you do it from your
22 computer is not going to -- again, if you're
23 doing it on your hardware computer, not the
24 suite, yeah, you wouldn't be able to delete it
25 on the drive unless you went to the drives.

Page 27

1  Q.      Okay.  And then I know we talked about
2  the folders that you helped create for, it
3  sounded like work topic areas, I'll call it.
4  You were saying estimating, HR.  Do the
5  individual users get, like, personal folders
6  that are, you know, maybe just for them or that
7  can be shared with other people if they want?
8  Like, do you have a folder that is just the Mike
9  Lowe folder that's associated with your
10 account?
11 A.      I didn't create any of them.  I just
12 took them from Ryan's computer.  He already had
13 them set up when I got there.
14 Q.      Okay.
15 A.      Is there a folder on the drive that's my
16 personal folder?
17 Q.      Yes.
18 A.      On the ISG drive?
19 Q.      Um-huh.
20 A.      No.
21 Q.      No, okay.  So those are all -- as far as
22 you understand, those are all just the shared --
23 what's connected through the ISG account, that
24 administrative account, are just the -- the
25 folders that you've listed, the eight or so

Page 28

1  folders?
2  A.      Yeah.  I mean -- yes.  If you go into
3  the ISG folders, it would be -- you would be --
4  you have your own One Drive account, right, I
5  mean, they're just websites.  And so you have --
6  I have my own One Drive account.  I have ISG One
7  Drive.  I don't have my personal folder on the
8  ISG One Drive.
9  Q.      But you do have your own personal folder
10 somewhere?
11 A.      I have a personal -- I mean, I have a
12 folder that's on my computer, pictures,
13 documents, downloads, videos, whatever, you
14 know.
15 Q.      And that's all synced to your ISG
16 account?
17 A.      No.  It's on -- so you have a computer
18 system like you have folders.
19 Q.      Your local computer?
20 A.      So it's local there.  What I'm saying,
21 you can turn your computer on.  It doesn't mean
22 you're in the ISG suite because you've got to
23 log into the suite.  You've got to go to the
24 website, right?
25 Q.      Right.

Page 29

1  A.      Does that make --
2  Q.      It does.  I was just trying to
3  understand if by creating a new user account,
4  right, each person, like, a new employee gets an
5  email and a 365 account?
6  A.      Right.
7  Q.      If that would -- you'd automatically
8  have some folder associated with, you know, that
9  person or that account where documents could be
10 stored.  I didn't know if that was part of your
11 Go Daddy/365 package.
12 A.      Again, I'd have to look.  I'm not sure I
13 understand exactly what you're asking me.  Say
14 it one more time.
15 Q.      Sure.  So when a new account is created
16 and it's all linked through that ISG service
17 that you have with Go Daddy and the 365, right?
18 A.      Yeah.
19 Q.      If there's automatically a folder that
20 becomes associated with that user so that, like,
21 documents could be stored on the Cloud so you
22 didn't have to -- so that user didn't have to
23 save locally --
24 A.      Oh, yeah, yeah, yeah.  I understand what
25 you're asking.

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 30..33
MICHAEL LOWE, 07/13/2022

Page 30

1  Q.    -- but could save in the Cloud?
2  A.    I understand what you're saying.  When
3  you log -- when you have a new account in your
4  Microsoft Suite, that is your account, right?
5  So if I go to One Drive, it's going to be an
6  ISG, but it's going to be Mike -- the One Drive
7  is Mlowe@isg.com.  That's how Ryan was able to
8  build the drives into his account.
9  Q.    Right.
10 A.    So there's two different ones.  Your
11 personal one that you turn your computer on.
12 And then you have -- and then I took it away
13 from a personal one, which was Ryan's, and built
14 an ISG@isg.work.
15 Q.    Right.
16 A.    Does that answer your --
17 Q.    No, it does.  And then that
18 administrative account would have access over --
19 like, for instance, you have a personal --
20 A.    Yeah.
21 Q.    It's through the ISG?
22 A.    Yeah.
23 Q.    But it's your -- it's associated with
24 you.  Like you say, you can have One Drive and
25 you can store documents on it?

Page 31

1  A.    Right.
2  Q.    So as an administrator, if you were to
3  leave, for instance, ISG would still have access
4  to what was on your personal ISG?
5  A.    Yes -- well, they would have to have the
6  -- I'm pretty sure -- again, I'm not an IT guy.
7  But you would have to have the log-in
8  credentials of whatever they built.  So Mike
9  Lowe leaves, you'd have to have them load ISG
10 and you'd have to have my password to get into
11 the suite.
12 Q.    Right.
13 A.    I don't think as an administrator -- I
14 don't know this.  So I don't know if you can as
15 an admin, can you go into their account without
16 having a recovery email.  I can't just track --
17 can't just see everybody's account off of Go
18 Daddy.
19 Q.    Okay.  And the reason I'm asking is
20 trying to see where possible documents could be
21 located.  Just trying to figure out all the
22 different areas it could be.  So that's why I
23 was asking if there's -- I understand there's
24 the shared folder where everyone can get access
25 that you allow.  But I was wondering if there's

Page 32

1  also this personal One Drive that ISG would have
2  access to if they had the credentials --
3  A.    Yes.
4  Q.    -- where documents could also be
5  located?
6  A.    Yes.  If you have the credentials, you
7  could log into Mikelowe@isg and get into my One
8  Drive.
9  Q.    Okay.  And do you have an understanding
10 of how that syncs from your local computer to
11 the personal?  Is there any automatic syncing?
12 A.    I don't know.  I don't have the app.  I
13 go through the website on mine.  I know there's
14 an app you can put on.  I don't use it
15 personally, so I don't really know how it
16 works.
17 Q.    I know we've talked about Go Daddy.  Is
18 there any other Cloud storage that ISG uses for,
19 you know, document management or retention?
20 A.    Not that I'm aware of.
21 Q.    Okay.  So as far as you know, it's
22 only -- you said -- I thought you said you did
23 use SharePoint as well?
24 A.    That's part of your Microsoft Suite.  In
25 that suite you get multiple, just like you do

Page 33

1  when you turn on a Microsoft computer.
2  Q.    You get like Microsoft Teams?
3  A.    Right.  And all the products, Word and
4  Excel and everything.
5  Q.    And then N-One Drive as well?
6  A.    One Drive, yeah.
7  Q.    Aside from that package or that suite
8  of -- I don't know what you would call that --
9  of services that Microsoft gives you, is there
10 any other Cloud-based software that ISG uses to
11 house documents?
12 A.    We use Adobe for PDF, but I don't know
13 if that's Cloud -- I think it can be.  We use
14 Adobe, so that's not part of your Microsoft.
15 You have to buy that one.  I don't know if you
16 store there.
17 Q.    I'm more talking about, like, on the
18 kind of, like, server side for storage purposes,
19 not really applications like that.
20 A.    As far as I know, we use Microsoft Go
21 Daddy for everything.
22      MR. KEE:  I'm going to go ahead
23 and just mark this as Exhibit 1.  And for
24 everyone on the phone, I'm going to share what
25 we're going over.

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.        Pages 34..37
MICHAEL LOWE, 07/13/2022

Page 34

1    (Exhibit No. 1 marked for
2    identification.)
3    Q.    I'm going to just go over page 6, if you
4    turn to it. And I'll kind of give you some
5    background on what you're looking at.
6          Okay. So this was -- the
7    document you're looking at that's marked as
8    Exhibit 1 is the forensic protocol that is
9    governing some collection of documents,
10   examination of some computers in this case. So,
11   and part of that, ISG needed to list some
12   devices and accounts that are relevant for this.
13   And I just want to go over with you just the
14   accounts and just kind of make sure that this
15   captures what we're -- what we kind of went
16   over.
17         So if you look at, for instance,
18   that first name Tdardenne@isg.work, is that the
19   username that you were -- is that kind of the
20   account that you were saying gets created when a
21   new employee comes on?
22   A.    Yeah. That's correct.
23   Q.    Okay. And so that account, that would
24   be the email account?
25   A.    Yes.

Page 35

1    Q.    And then also that could link to these
2    other places where that account would have
3    access in the Cloud?
4    A.    Yes.
5    Q.    Okay. So -- then if you look at
6    Heroman, it looks like he has the D. Heroman
7    Microsoft account and a Go Daddy account.
8    A.    I don't -- I don't know. The Go Daddy
9    account is kind of your admin account.
10   Microsoft would be your -- would be your
11   working -- you know, your operating stuff, your
12   -- your Microsoft Suite.
13   Q.    So do you have a Go Daddy account?
14   A.    A personal, no.
15   Q.    Okay. Do you think -- well, you said --
16   do you know who has Go Daddy accounts?
17   A.    Shawn Breeland is the only one I know
18   that has an actual log-in account you can log
19   into. I don't have a Go Daddy that I can go to
20   Mlowe@isg.
21   Q.    Do you know what that account links to,
22   the Go Daddy account, what that gives you access
23   to?
24   A.    The Go Daddy account?
25   Q.    Um-huh.

Page 36

1    A.    Yeah, that's where you would set up your
2    emails, you know, employee emails and all that
3    kind of stuff.
4    Q.    Okay. So you would need the Go Daddy
5    account to set up new accounts?
6    A.    Yes.
7    Q.    So, like, if you had new hires and you
8    wanted to add them to the --
9    A.    Correct.
10   Q.    -- system, you would --
11   A.    Right.
12   Q.    -- need to go through Go Daddy?
13   A.    That's correct.
14   Q.    Do you -- and you don't have one for
15   your office in Texas, like, if you need to hire
16   someone? Who onboards them on the IT side?
17   A.    So we have one Go Daddy account as far
18   as I know. When I logged in -- when I was there
19   to help, I'd log under Shawn Breeland.
20   Q.    Through Shawn, okay. I got you.
21   A.    As far as I know, that's the only email
22   that you can log in under.
23   Q.    Okay. Understood. And then below the
24   Heroman list you see it says ISG One Drive
25   account?

Page 37

1    A.    Um-huh.
2    Q.    Okay. It looks like it says ties to
3    Microsoft accounts listed above. Is that -- I
4    think we talked about that through -- through
5    this user account you kind of get the whole
6    suite of or access to the Microsoft products or
7    folders and --
8    A.    Yes. I think I understand what you're
9    asking me. If you have -- say that one more
10   time.
11   Q.    Sure. It was a bad question. If you
12   see it says ties to Microsoft accounts listed
13   above, and I think what that means is because he
14   has this 365 account now, that it will allow
15   them to go to the One Drive and these other
16   places that has documents like --
17   A.    Only if the -- whoever set this account
18   up gave them the rights to go to whatever
19   folders you're asking for.
20   Q.    Okay. Do you know who set up David
21   Heroman?
22   A.    I want to say -- I don't think I did
23   that one. I'm guessing Luis probably set that
24   one up. I don't remember when David was
25   hired.



MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 38..41
MICHAEL LOWE, 07/13/2022

Page 38

1   Q.    He was hired after Kasey Kraft.
2   A.        Yeah.  I would say Luis probably -- I
3   had him set up an IT support email, so if
4   anybody needed anything from IT, that was Luis.
5   So I'm assuming he probably set up David.
6   Q.      Okay.  Do you -- I'm going to ask these
7   kind of hardware questions.  You may not know.
8   Do you know how many computers ISG issued to
9   David Heroman?
10  A.    Yeah, I wouldn't have a clue.
11  Q.    Kasey Kraft?
12  A.    (Indicating.)
13  Q.    Travis Dardenne?
14  A.    Huh-uh.  I wouldn't know.
15  Q.    Jason Yates?  Don't know?
16  A.    I only have the guys in my office.
17  Q.    And how many computers have been issued
18  to you?
19  A.    Me, just one.
20  Q.    One, okay.  And when did you -- when was
21  it that you came to ISG?  You may have told me.
22  A.    September.
23  Q.    September of?
24  A.    Last year.
25  Q.    Last year, okay.  And who was involved

Page 39

1   in hiring you?
2   A.        Who was involved?  Travis, I mean --
3   what are you asking who was -- who did I sit
4   down with after the fact?
5   Q.      Sure.  No.  I'll just say who was
6   involved in recruiting you or talking to you
7   about the potential of coming to --
8                   MS. FIORE: Object to form.
9   Q.      -- ISG?
10                  MS. FIORE: I just objected to
11  the form, the use of the word "recruiting."
12                  But you can answer on how it was
13  that you came to work for ISG.
14  A.    It wasn't really recruited so much as I
15  left MMR.  I was leaving MMR regardless.  I
16  talked to three different companies before I
17  went to ISG.
18  Q.    Okay.
19  A.    If you're asking who I sat down with at
20  the final deal would be Jason Yates, Travis
21  Dardenne, and Shawn Breeland.
22  Q.    And how was it that you heard about ISG?
23  A.    Travis and I are friends.  Known him
24  since before I was at MMR.
25  Q.    And did Travis reach out to you about

Page 40

1   the potential of coming to work at ISG?
2   A.        Not necessarily.  I think when he found
3   out I had quit MMR, he wanted to know where I
4   went.  And I was, like, I haven't gone anywhere
5   yet.  And so that's when we started talking.
6   Q.      So you resigned from MMR before you
7   had --
8   A.    Job offer.
9   Q.    -- a job offer?
10  A.    Absolutely.
11  Q.    And where were the other three places?
12  I think you said two or three other places?
13  A.    The other companies?
14  Q.    Yeah.
15  A.    Next Gen, ABB, and Rig Net.
16  Q.    Did ISG have a Texas office before they
17  hired you?
18  A.    No.
19  Q.    So was the pitch that you were going to,
20  I guess, launch a Texas office for them?
21  A.    That's correct, yes.
22  Q.    So did you have to go out and hire your
23  own employees for that Texas office?
24  A.    Yeah.  I had to start from scratch.
25  Q.    Okay.  And how many people -- and you've

Page 41

1   hired eight people?
2   A.    Yes.
3   Q.    How many were former MMR employees?
4   A.    Two.
5   Q.    Two?
6   A.    Three.  Kenneth, Luis, and Tony.  Three.
7   Kenneth Sims.
8   Q.    What's his role?
9   A.    He's a technician.
10  Q.    Okay.  And you said Luis.  That's the
11  technician we've been talking about?
12  A.    Technician/helping out with IT.
13  Q.    Okay.
14  A.    Tony Arimond, technician, and then moved
15  into supervisor role.
16  Q.    Okay.  Anyone else?
17  A.    Kenneth, Tony, Luis, Cory.  I think
18  Kevin -- I can't remember his last name.  I
19  think -- I know he had worked at MMR.  I don't
20  know if he was presently an employee at MMR that
21  we just recently hired.  But Tony kind of helps
22  run my operations, and so I'd have to ask if he
23  was currently employed or not, technician.  I
24  believe -- I don't know.  I'd have to find
25  out.

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.      Pages 42..45
MICHAEL LOWE, 07/13/2022

Page 42

1  Q.      And did these three employees come over
2  with you when you --
3  A.      No.
4  Q.      Like, were they there when you first
5  started?
6  A.      No, no.  They had -- Tony had heard that
7  I left.  Reached out to me and said, are you
8  interested, because I want to come that way.
9  Q.      Okay.
10 A.      I had recruited Tony to MMR when I came.
11 A lot of my guys, him especially, kind of went
12 with me when I went to MMR after the fact.
13 Q.      And how about Luis and Kenneth?
14 A.      So Tony -- Kenneth is Tony's right-hand
15 man.  Luis, I don't know -- I mean, I didn't
16 know him other than he worked at our office,
17 but.
18 Q.      Okay.  And did he reach out to you?
19 A.      Reached out to Tony, I believe.  Didn't
20 reach out to me directly.
21 Q.      Okay.  And are any of these three
22 individuals involved in estimating or -- we'll
23 start there.
24 A.      Tony will help out with some -- when
25 he's running jobs, he will help with doing some

Page 43

1  estimates on his job, but typically not new
2  projects or proposals.
3  Q.      Is it fair to say that these three
4  individuals get involved after work is won, like
5  are they --
6  A.      Yes.
7  Q.      -- the one's doing the work?
8  A.      Yes.
9  Q.      Okay.  So they're not involved on the
10 front end of business development or putting
11 together a bid to try to win a job?
12 A.      No.  Tony will assist.  His expertise is
13 -- because we do communications, his is a very
14 -- access control, he's very good at.  Make sure
15 final design is -- we've captured everything.
16 But as far as new business development, I have
17 somebody for that.
18 Q.      Okay.  Are you the only one in the
19 office that is doing estimating aside from Tony
20 who helps out?
21 A.      No.  I hired -- I hired an estimating
22 assistant trainee March -- February, March of
23 this year, Aaron Campise.
24 Q.      And before that, though, was it just you
25 doing that role?

Page 44

1  A.      Yeah.  Myself and then I would get
2  assistance from corporate, right.
3  Q.      Okay.  Well, that was going to be my
4  next question.  So when you build an estimate
5  and you feel like it's ready to go to a
6  potential client --
7  A.      Right.
8  Q.      -- what's the review -- are you
9  authorized just to send it out, or does it need
10 to be reviewed by --
11 A.      We didn't really --
12 Q.      -- someone else?
13 A.      -- have a set number.  It was more
14 discretionary.  If it was over a set number,
15 we'd get a hold of Jason or Travis and say,
16 listen, we probably need to look at this one.
17 Q.      Together?
18 A.      Yeah.
19 Q.      Okay.  Got you.  How many times would
20 you say you've gotten them involved, Travis
21 and/or Jason involved in --
22 A.      Reviewing an estimate?
23 Q.      -- reviewing an estimate before it went
24 to a client?
25 A.      I'm trying to think of the ones -- ten

Page 45

1  maybe.
2  Q.      Okay.  And were they all for this -- you
3  said you're communications.  Was it all for that
4  type of work?
5  A.      Yes.
6  Q.      Okay.  And I know -- where does
7  communications fall into the -- this kind of
8  industry?  Is it E & I work or is it
9  something --
10 A.      Yeah, it's a different animal.  This
11 would be camera systems, access control,
12 perimeter detection.
13 Q.      And would this be for like a -- like the
14 client base, is this industrial clients?
15 A.      Yes.
16 Q.      Okay.  It's not, like, governmental
17 clients?
18 A.      Not what I do, no.
19 Q.      It's not like public works?
20 A.      No.  Not out of my office.
21 Q.      And you're out of -- where in Texas are
22 you?
23 A.      La Porte.
24 Q.      So you're dealing with all that
25 industry, all that oil and gas industry around

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.        Pages 46..49
MICHAEL LOWE, 07/13/2022

Page 46

1  there?
2  A.      Um-huh.
3  Q.      Of those ten bids that were ten or so --
4  and I'm not holding you to that number.  But of
5  what you can recall of the bids that were
6  reviewed by -- I'll just call it corporate,
7  meaning Travis or Jason -- how many have you
8  won?
9  A.      Four maybe.  Four.  I'd say four.
10 Q.      And are those -- do you recall when you
11 won those?
12 A.      Three were just won recently.  This
13 month, maybe the end of last month.  One of them
14 was won in January.  Somewhere around in
15 there.
16 Q.      And so those projects are ongoing?
17 A.      Ongoing, yeah.
18         MR. KEE:  Okay.  So this
19 isn't -- I'm going to -- we don't have a
20 protective order in place.  But if you want
21 to -- I was going to ask him who are the four.
22         MS. FIORE:  Yeah.  We would like
23 to get a protective order in place.  And I
24 think -- you know, can we table that and you can
25 ask it a different day?

Page 47

1          MR. KEE:  Or if you want, I
2  mean, we can mark it.  Do you want to just say
3  this is attorneys' eyes only or, you know,
4  confidential?
5          MS. FIORE:  Well, Matt's on the
6  phone, so I think our attorneys' eyes only
7  excludes Matt from those sort of attorneys' eyes
8  only.
9          MR. KEE:  I'll take a break in a
10 little bit.
11         MS. FIORE:  Let's revisit it.
12         MR. KEE:  And then I'll
13 figure --
14         MS. FIORE:  Sure.
15         MR. KEE:  At some -- yeah,
16 that's not a problem.  Actually, maybe can I
17 take just a few minutes?
18         MS. FIORE:  Sure.
19         (Brief recess.)
20 BY MR. KEE:
21 Q.      We just have a few more questions.  I
22 think this was clear to me, but I want to make
23 sure that I -- what you said I understood.
24         Is it accurate that the ISG
25 computers that are issued to employees are not

Page 48

1  set up to synchronize with the Cloud-based
2  document management that ISG has?
3          MS. FIORE:  Object to form.
4  A.      I'm not real sure moving forward.  I
5  just know the one -- 'cause I didn't set up
6  the -- we didn't have a protocol where we didn't
7  have an IT program.  So I'm not sure what they
8  do at Gonzales or Florida.  I don't really have
9  a protocol in my own office.  I just don't use
10 it myself, so I'm not real familiar with it, if
11 that makes sense.
12 Q.      So as far as you know, it doesn't
13 synchronize -- the local computers don't
14 automatically synchronize with the
15 Cloud-based --
16 A.      The local stuff synchronizing with the
17 Cloud stuff, the ISG stuff, as far as I know,
18 no, I don't think so.  I don't know how it
19 could.
20 Q.      Okay.  Those folders that you
21 referenced, the estimating folder, HR folders,
22 are -- those folders are in ISG's One Drive?
23 A.      Yes.
24 Q.      Is that where those are?
25 A.      Yes.

Page 49

1  Q.      Is there -- are there any other shared
2  folders like, for instance, in SharePoint or
3  Microsoft Teams, any other place where documents
4  are stored?
5  A.      I understand what you're saying.
6  SharePoint.  SharePoint links with kind of One
7  Drive, so yeah.
8  Q.      Any others besides that?
9  A.      I mean, Teams, potentially, yeah, you
10 can attach a file to Teams.  So potentially you
11 can do it.  We don't -- I don't know that you --
12 yeah, yes, Teams you can have storage -- you
13 could have files attached on Teams.
14 Q.      Do you know if those same -- that folder
15 structure that's in One Drive, are there similar
16 folder structures built in Teams and SharePoint?
17 A.      Not Teams as far as -- I didn't put it
18 in there.  SharePoint is pretty much the same,
19 right.
20 Q.      Okay.  So I kind of just want to walk
21 through the project that you got input in from
22 corporate on your estimate.  Let's just use the
23 one in January.
24 A.      Okay.
25 Q.      Can you take me through the steps of

Page 50

1  what you did to build your estimate, like the --
2  where you went, how you built it?
3  A.      How I built my --
4  Q.      What was the process of putting together
5  your estimate that you then sent to Jason and
6  Travis?
7  A.      We put it on a sheet, figured out the
8  amount of labor, what I needed.  Built a sheet
9  to figure out the total cost and what we wanted
10 to make.  Sent it to Jason and had them review
11 it.  Is that what you're asking?
12 Q.      Yeah.  To bid that sheet, is there a
13 template that you start from?
14 A.      Yes.
15 Q.      And then you save it as -- then you do
16 it and you save it as project specific
17 estimate?
18 A.      Bid number -- whatever bid number it
19 is.
20 Q.      Okay.  And then where do you -- do you
21 have that stored locally, or do you have that
22 stored in the Cloud somewhere?
23 A.      It's definitely in the estimating
24 folder.  Probably stored on my computer as well
25 because I was working on that before I was real

Page 51

1  familiar with all the draft stuff.
2  Q.      Sure.  And so this is kind of -- I know
3  this is going to be tedious, but do you -- at
4  what point do you put it into the shared folder,
5  estimating folder?  Like if it's just a draft,
6  are you keeping that locally, or are you putting
7  it into the shared folder?
8  A.      We want to put everything in the shared
9  folder because if I'm not there, somebody else
10 needs to look at it.  So it typically will stay
11 in once it's -- that one's tough 'cause I don't
12 really remember.  We've slowly morphed, right,
13 so I can tell you the protocol what we do now if
14 that would help.
15 Q.      Yeah, that would help.
16 A.      The estimating process, we have a -- we
17 have an opportunity.  We build a proposal, a
18 number so we can track it.  Everything that goes
19 with that is going to go into a folder, so
20 therefore I can work on it or Jason if he needs
21 to or whoever.  So we try to keep where you
22 don't download onto the computer and then back
23 up because --
24 Q.      And you'll create like -- like for all
25 projects for 2022?

Page 52

1  A.      Right.
2  Q.      You'll have some kind of name?
3  A.      Yes.
4  Q.      Some kind of code?
5  A.      Right.
6  Q.      And then something to help you
7  identify --
8  A.      Correct.
9  Q.      -- the project?
10 A.      Right.
11 Q.      And then that's where -- and then that
12 goes into the estimating folder?
13 A.      If it's a project, it would go in the
14 project folder.  The project would be something
15 we've won.
16 Q.      Okay.  So -- but for the estimate you'll
17 have some coding that lets you know what it's
18 associated with?
19 A.      Correct.
20 Q.      Let's say if you do win the project,
21 does that estimate get moved into the project
22 folder, or does it always live in the estimate
23 folder?
24 A.      I don't know how Jason -- I don't know
25 how the other team does it because we really

Page 53

1  haven't got to where we've standardized
2  everything.  Not necessarily.  I mean, it
3  usually ends up there because the project
4  manager is going to need to know what he needs
5  to buy and everything else.
6  Q.      Okay.  So when you -- so is that how you
7  shared it with Jason and/or Travis?
8  A.      Probably in email at that point.
9  Q.      Email, okay.
10 A.      Yeah.
11 Q.      Now, if they had to -- for instance,
12 I'll just give you in my world, right, if we get
13 a document that we need to make edits to it, it
14 becomes version 2, 3, so on, when everybody
15 inputs different edits.
16 A.      Right.
17 Q.      Does something similar happen with the
18 estimates if Travis or Jason -- if they need to
19 make a change or want to tweak something, will
20 you be able to see what they've changed?  I
21 guess is there a second version of the estimate
22 that's saved?
23 A.      Typically not if it's going to be
24 reviewed internally.  If it goes to a client and
25 the client needs a revision, then we change and

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 54..57
MICHAEL LOWE, 07/13/2022

Page 54

1  call it revision.  Otherwise, we're
2  collaborating on -- he's looking at the document
3  same time I'm talking to him about it.  We'll
4  change what we need to change.  It doesn't get a
5  revision, so to speak.
6  Q.      I understand.
7  A.      I mean, a name to it.
8  Q.      I understand.  So the way to track
9  possible changes is if you shared it -- one
10 version through email, right?
11 A.      Right.
12 Q.      And then if it's -- if what you share in
13 the email is different than what's living in the
14 shared estimating folder, you can kind of see
15 what's changed?
16 A.      Say that one more time.
17 Q.      Sure.  If we take -- if we need to
18 track -- like you're saying you don't save
19 different versions --
20 A.      Right.
21 Q.      -- as it's a --
22 A.      A live document.
23 Q.      A live document before it goes to the
24 client.  So to track the kind of iterations
25 where you start and where it eventually goes to

Page 55

1  the client, we'd have to compare what you sent
2  by email to possibly what's stored in the
3  estimating folder or in other email traffic?
4  A.      If you wanted to see the changes that
5  happened before -- when it got to me and then
6  went to, say, Travis or Jason.  You would
7  possibly have to do that, yes.  Again, it's kind
8  of morphed as we've grown, so.
9  Q.      I'm just trying to figure out where --
10 like if you all saving it, you know, there's
11 various versions.
12 A.      Right.
13 Q.      I'm just trying to understand the kind
14 of practice.
15 A.      Yeah.
16 Q.      Now --
17 A.      You're referencing the January 1,
18 correct?
19 Q.      Yeah.
20 A.      Because it's different.  At this point
21 we've put everything to the drive.  Not a lot of
22 emails going back and forth on estimates now.
23 Q.      So now, like present day, if an
24 opportunity came in and you need to estimate,
25 you would put an estimate into the shared

Page 56

1  folder?
2  A.      Right.
3  Q.      And, what, just have, like, a Teams call
4  or some kind of call to discuss?
5  A.      Correct.
6  Q.      And would that be, like, you'd share the
7  screen, look at it, and then tweak it --
8  A.      Yes.
9  Q.      -- as you're discussing?
10 A.      Most of the time that's the way they do
11 it.
12 Q.      Okay.  When you -- when you came over to
13 ISG from MMR, at that point were there any bids
14 that you had been working on for MMR that had
15 not been sent to the client?
16 A.      Did I finalize every bid I was working
17 on before I left?
18 Q.      Um-huh.
19 A.      I can't answer that with yes or no.  I
20 couldn't imagine -- I mean, we worked on a lot
21 of bids, so.
22 Q.      Let me ask you this.  Were there any
23 pending bids?  When you left MMR and went to
24 ISG, were there any bids that were pending,
25 meaning you had sent it, but MMR had not heard

Page 57

1  whether they won the project or not?
2  A.      Oh, I'm pretty sure there would be quite
3  a few of those.
4  Q.      Okay.  Once you got to ISG, did you
5  pursue any work that MMR had either submitted a
6  bid for or you were working on a bid to be
7  submitted?
8          MS. FIORE:  Object to form.
9          THE WITNESS:  Do I answer that?
10         MS. FIORE:  It's just a compound
11 question, so to the extent you understand his
12 question, you can answer it.
13 A.      Say it one more time.
14 Q.      Sure.  So I had asked if there were any
15 pending bids when you left.  And you said you
16 were sure there was.  Let's just stick with
17 those, the ones that were pending.  When you got
18 to ISG, did you try to pursue any of that work
19 for ISG?
20 A.      The actual bids?
21 Q.      Just the -- yeah, work on those
22 projects.
23 A.      On those actual projects, no, it was
24 more client specific.
25 Q.      Okay.  Did you try to pursue some of

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 58..61
MICHAEL LOWE, 07/13/2022

Page 58

1  those same clients?
2  A.      The ones that I brought with me to MMR,
3  yes.  The clients that I work for now, I brought
4  to MMR and now still work for me at this
5  point.
6  Q.      What clients are those?
7              MS. FIORE:  We're not going
8  to -- that's going to be subject to a protective
9  order.
10             MR. KEE:  You're instructing him
11  not to --
12             MS. FIORE:  I'm instructing him
13  not to answer because we've been made aware that
14  MMR's been contacting ISG clients and
15  disparaging them.
16  Q.      How about the other part of the question
17  was -- I asked you if there were bids.  I think
18  you used the word "finalized."  There were
19  certain bids that you were working on for ISG
20  that may not have been finalized by the time you
21  left.
22  A.      When I left MMR?
23  Q.      Um-huh.
24  A.      Yes.  I would assume there were some.
25  Q.      Okay.  Once you got to ISG, did you

Page 59

1  pursue any of those projects?
2  A.      Those particular projects did I pursue?
3  Q.      Or did ISG pursue it?
4  A.      Well, ISG didn't.
5  Q.      And ISG and you, you know, I'm including
6  you in ISG.
7  A.      I'm sure there were clients that had
8  those projects opened.  But the -- I have to
9  answer this kind of long-winded.
10  Q.      Go ahead.
11  A.      There are some that I've done that I
12  know MMR bid on.  But because of the way that
13  they treated the client, we were going to lose
14  that client, several of them.  And that's why I
15  left MMR.  So it's kind of a hard question to
16  answer.  These clients left with me.  And that's
17  the reason I left MMR because my name was going
18  down with it.  So there are bids -- there's
19  projects that we've done since then, but were
20  not bid -- MMR didn't get to rebid any of those.
21  They were single sourced to us.
22  Q.      So MMR didn't get to bid those, but ISG
23  did?
24  A.      Correct.
25  Q.      Okay.  And ISG won that work?

Page 60

1  A.      Sure.  Yes.
2  Q.      Okay.  And had you talked to -- had you
3  talked to those customers that you're referring
4  to before you left MMR and told them you were
5  going to ISG or going somewhere else?
6  A.      I definitely told them I was leaving.
7  Q.      Leaving MMR?
8  A.      I had clients that said if you stay
9  there we're not going to use you.
10  Q.      Okay.  And so is that a reason why you
11  left?
12  A.      One of them, sure.
13  Q.      And did you tell them that you were
14  going to land on your feet at a different
15  company and that you could continue to work with
16  them?
17  A.      At that point, no, because I didn't know
18  where I was going.
19  Q.      Okay.  When you met with Travis and
20  Jason and Shawn to discuss possibly going to
21  ISG, did you talk with them about these
22  customers that you were going to pursue?
23  A.      Yes.
24  Q.      Did you have emails about that?
25  A.      About clients that we were going to

Page 61

1  pursue?
2  Q.      Um-huh.
3  A.      I'd have to look.  I don't know why -- I
4  mean, we sat down at a table.  I'd have to look.
5  I'm not sure.
6  Q.      Did you have text messages about it?
7  A.      Again, clients, I don't know.  I don't
8  know.  I'd have to look.  I don't know.  It's
9  been August, September, you know, I left them in
10  March.
11  Q.      Did you give them an expectation of how
12  much, like, revenue you thought you could
13  generate from these customers?
14  A.      Not client specific, I don't believe.  I
15  gave them a budget whenever we started talking a
16  projection of what I thought I could do.  But it
17  doesn't draft individual name clients on it.
18  Q.      Was that like a budget like an Excel
19  budget?
20  A.      Yeah.
21  Q.      So there was some document.  I'm
22  assuming --
23  A.      Yeah.
24  Q.      -- you sent that over email?
25  A.      Yes.

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.          Pages 62..65
MICHAEL LOWE, 07/13/2022

Page 62

1  Q.     And how much -- and was that revenue
2  based on projects you knew were open from these
3  customers?
4  A.     No.  I didn't have -- so we --
5  communication does a lot of little jobs.  We
6  don't do these big multi-million dollar deals.
7  There's no way I could project it off of two or
8  three projects that my client still had open or
9  proposals that were open -- jobs that weren't
10 done yet.
11 Q.     Okay.
12 A.     That's the same thing I did at MMR when
13 they hired me to do this over there, same kind
14 of budget.
15 Q.     Okay.  When you say it's different from
16 the big projects, you're talking about, like,
17 the big E & I projects?
18 A.     Yes.
19 Q.     What is it -- and that can be in the
20 millions of dollars?
21 A.     Correct -- thousands of dollars.
22 Q.     You're in the thousands of dollars
23 range.  Like 50,000, $100,000?
24 A.     On average?
25 Q.     Yeah.

Page 63

1  A.     Probably -- I would have to look.  Thus
2  far probably an average price of 18 to 22,000, I
3  would guess.
4  Q.     Okay.  And for the four that you won
5  that Jason and/or Travis reviewed the estimate
6  for, how much revenue did those -- will those
7  four projects generate?
8  A.     Almost half a million.
9  Q.     Okay.  And those projects --
10 communications -- I understand that E & I work
11 can span a long period.  Your communication
12 work, is it similar in length, or are they more
13 short-term projects?
14 A.     Most of those -- most of ours are within
15 a couple of days to a week.  Yeah, they're
16 short-term.  Most of them.
17 Q.     And these four projects that we've been
18 discussing, are those short-term as well, or are
19 they more -- have long-term components?
20 A.     One of them is a long-term year-long
21 contract.  The other two are -- what would you
22 say short-term is in your eyes?  I'm just
23 asking.  I mean, for me doing what I do, I think
24 it's longer.  Doing E & I it's probably -- it's
25 tiny.

Page 64

1  Q.     How long --
2  A.     Three weeks probably for a job I would
3  guess maybe.  But just so we're clear, none of
4  these jobs were the ones that I was working on
5  at MMR.  These are totally new projects, totally
6  new proposals, totally new opportunity.  I want
7  to make sure we weren't mixing those up.
8  Q.     Thank you for clarifying.
9  A.     They weren't open over there.
10 Q.     But are they the same customers that had
11 open projects?
12 A.     Yes.
13 Q.     Okay.
14 A.     One of them was.  I don't think the
15 other one had an open project.
16 Q.     We said four projects, but it sounds
17 like there only may be two customers?
18 A.     Correct.
19 Q.     Four projects for two customers?
20 A.     Yes.
21 Q.     Okay.  I have somewhat of a grasp on how
22 the E & I work is bid and won.  Is it the same
23 process for your communications work?
24        MS. FIORE:  Object to form.
25 Q.     If you know.  Why don't you just take me

Page 65

1  through there's an opportunity to learn about.
2  What is it --
3  A.     What differentiates the two in my
4  opinion, is that what you're asking?
5  Q.     I'm going to change the question.  It's
6  more of a walking through process.
7  A.     Okay.
8  Q.     And what I'm interested to know is, you
9  know, you learn about an opportunity, whether a
10 client calls you or however it is you learn it.
11 What's the process of -- the bidding process?
12 A.     Sure.
13 Q.     Do they send you documents?
14 A.     I understand.
15 Q.     Do you do a job walk?
16 A.     I would say on the communications
17 probably 95 percent of our work doesn't have
18 drawings or specs to it.  You have to have the
19 knowledge to be able to go in and walk it,
20 figure out what pieces and parts that have to go
21 to that job.  Because there's a lot of
22 components and a lot of calculations that have
23 to go into that.  So if you don't know how to do
24 that, you can't do it.
25 Q.     Right.

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.        Pages 66..69
MICHAEL LOWE, 07/13/2022

Page 66

1  A.    Do you follow me?
2  Q.    Yeah.  And is it something you need to
3  actually walk the site?
4  A.    More times than not, yes.
5  Q.    And is it -- usually how long does it
6  take to -- you know, when you learn about the
7  opportunity, you schedule the job walk to when
8  you're bidding, is it a long process?
9  A.    Sometimes we would bid it -- I mean,
10 depending on the size of the job, I mean, the
11 same day.  It might take a week.
12 Q.    Okay.  And is the client sending you
13 documents to put the bid together?
14 A.    Typically not.
15 Q.    Okay.
16 A.    You know, they rely on us to tell them
17 what they need.
18 Q.    I got you.  Okay.  And are you sending,
19 like, bid clarifications and things like that
20 with your estimate?
21 A.    Like, what we're willing to do and not
22 do, sure, absolutely.
23 Q.    All right.  And on the four projects
24 that you won, was that -- you said it was sole
25 sourced?

Page 67

1  A.    Yeah.  They didn't bid to anybody else
2  but us.  Nobody else bid it except for ISG.
3  Q.    So they came to you and said, give us a
4  bid --
5  A.    Yes.
6  Q.    -- and then they accepted that?
7  A.    Yeah.
8  Q.    Okay.  Now, was that -- did you need
9  like an MSA for each of these clients before you
10 could --
11 A.    One of them we needed an MSA -- to bid
12 it or to win the work?
13 Q.    For both.
14 A.    You can bid it without an MSA, right?
15 Q.    Sure.
16 A.    One of them we had an MSA with.  One of
17 them didn't require an MSA, more of an approved
18 vendor status.
19 Q.    Okay.  And so for those, I guess, the
20 two customers that had the four projects that
21 we've been discussing, one of them had an MSA
22 and another you're an approved vendor?
23 A.    Correct.
24 Q.    Okay.  Who handled that process of
25 getting approved and/or --

Page 68

1  A.    You mean filling everything out, is that
2  what you're asking me?
3  Q.    Yeah.  Or just the whole process of, you
4  know --
5  A.    Contract work?
6  Q.    No.  Just contacting the customer to get
7  yourself approved?
8  A.    It would be me.  These are my customers,
9  yeah.
10        MR. KEE:  Sure.  Okay.  All
11 right.  Let me just make one quick call.  But I
12 think we're -- unless somebody tells me
13 otherwise, I think we're done.
14        (Brief recess.)
15 BY MR. KEE:
16 Q.    Just two or three more questions or
17 topics.  Once a project is won at ISG, do you
18 have any documents or tools that you're using to
19 kind of track, you know, the spend on the
20 project versus what was estimated or bid, you
21 know, accepted as the bid?
22 A.    I don't know if they do.  I built my
23 own.  We didn't -- I didn't have one issued to
24 me that I could use, so I built my own
25 spreadsheet to track it myself.

Page 69

1  Q.    Okay.  So for the communications
2  project, that's all being tracked on the
3  spreadsheet that you use?
4  A.    Yes.
5  Q.    Okay.  Is that something you built once
6  you got to ISG or something you had been using
7  throughout your career?
8  A.    No.  That wasn't my role at MMR, so I
9  didn't have privy to the -- I didn't have privy
10 to those sheets, so.  I was a sales and
11 engineering guy at MMR.
12 Q.    Okay.  And so once you got to ISG, this
13 is something you've created to track your
14 projects?
15 A.    Yes.
16 Q.    Is that something that's saved on the
17 share folders, or is that a local document that
18 you are --
19 A.    I don't think it's -- it's on my One
20 Drive.  I don't know if there's a spreadsheet
21 that has all of my -- there is a spreadsheet
22 that has everything I've bid on, everything
23 we're winning.  But I don't think in actual
24 tracking my jobs is on there.  It wouldn't --
25 Jason needs it, he just asks for it.

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.                    Pages 70..73
MICHAEL LOWE, 07/13/2022

Page 70

1  Q.      Okay.  So on that spreadsheet -- so the
2  one you created, you track of what you bid, what
3  you won?
4  A.      Um-huh.
5  Q.      And then also do you track, you know,
6  the spend on those projects to make sure you're
7  not -- it's not getting -- it's no longer --
8  A.      Not on this one.  This is more kind of
9  knowing how much -- whatever I've bid so I know
10 where I can -- have we won this?  Do I need to
11 go back and talk to this -- it's more just
12 myself using that style my whole life.
13 Q.      Do you have a document or something that
14 you use to track, you know, your labor hour, you
15 know, whatever it is, equipment?
16 A.      That's the spreadsheet I'm telling you.
17 I literally had to go, here's how much I got.
18 And I had to build a sheet and these are my guys
19 and this is what we're spending, yeah.
20 Q.      This is the time they've put in?
21 A.      Yes.
22 Q.      This is what needs to be billed out to
23 the client?
24 A.      Yes.
25 Q.      Okay.  And then is that information put

Page 71

1  into any, like, accounting software or anything
2  like that, that's company --
3  A.      I wouldn't know because -- when we
4  work -- Jason and I talked.  He said, you need
5  to track your jobs until we get everything set
6  up because we don't have -- at that point in
7  time we don't have a tracking software, you
8  know.  As far as I understand he uses
9  QuickBooks.
10 Q.      Okay.
11 A.      This is me personally trying to track my
12 own stuff so I know how we're doing with my
13 office.
14 Q.      And how is it that, like, employees on
15 the projects you're in charge of, how are they
16 tracking their time, like, how are they
17 submitting the time they worked?
18 A.      Just a paper time sheet.
19 Q.      Okay.  And then what do you do with that
20 time sheet once you get it?  Where does it go
21 from there?
22 A.      Wait a minute.  Let me back up.  How
23 they track your jobs is with a time sheet,
24 that's correct.  That goes to -- I get it.  I
25 make sure it's approved.  And then I send it to

Page 72

1  somebody at corporate and they pay them.  Is
2  that what you're asking me?
3  Q.      Well, yeah.  But wondering how is that
4  you're tracking and what gets invoiced also to
5  the client.  You know, like, what's going to the
6  customer on the projects.  You know, how are you
7  tracking what you're going to bill out?
8  A.      Got you.  I understand what you're
9  asking.  Most of the jobs that we do are lump
10 sum, so I'm not cutting out time and sending a
11 piece of it and billing out that sort of thing,
12 if that's what you're -- I think that's what
13 you're asking.
14 Q.      But because it's lump sum, you've got to
15 be kind of concerned about how much you're
16 working on to keep it profitable, right, your
17 spend?
18 A.      The spreadsheet I built has --
19 Q.      That's all it is?
20 A.      That's it.  That's telling me how much
21 at the end -- how am I doing.
22 Q.      And then ISG hasn't -- there's not like
23 a company-wide document or tool for that?
24 A.      As far as I know, no.  I don't have
25 one.

Page 73

1  Q.      And as far as you know, is there some
2  kind of centralized system that keeps track of
3  hours billed on projects?
4  A.      As far as I know, we don't have
5  something in place at this point in time.  I've
6  got a spreadsheet.
7  Q.      Okay.  And then are you in charge of the
8  P & L at your branch?
9  A.      At my branch, not necessarily.  We're
10 still working through that.
11 Q.      Okay.
12 A.      I don't know all my expenses and
13 everything at this point.
14 Q.      Are you -- do you have access to the
15 QuickBooks?
16 A.      No.
17 Q.      Okay.  That's all handled --
18 A.      Yeah.
19 Q.      -- through corporate in Gonzales?
20 A.      Right.
21 Q.      And then I guess for revenue and profit,
22 that's all -- that's all handled elsewhere?
23 A.      I can tell you what my project is doing.
24 I don't know our total revenue in my office
25 because I don't have -- we don't have a

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.    Pages 74..77
MICHAEL LOWE, 07/13/2022

Page 74

1  mechanism as far as I know right now to tell me
2  where we're at.
3  Q.    Okay.  Have you heard of the company
4  Agilify?
5  A.    Agilify, no, I don't know what it is.
6         MR. KEE:  All right.  I think
7  that's it for me.
8         MS. FIORE:  We'll reserve our
9  right to question at a later time.
10        THE REPORTER:  Do you need a
11 copy of the transcript?
12        MS. FIORE:  Yes, please.  We'll
13 read and sign.
14    (Deposition concluded at 11:51 a.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 75

1             REPORTER'S PAGE
2             I, KIMBERLY L. GIBNEY,
3  Certified Court Reporter in and for the state of
4  Louisiana, Certificate No. 2016010, National
5  Registered Professional Reporter, Certificate
6  No. 095990, as defined in Rule 28 of the Federal
7  Rules of Civil Procedure and/or Article 1434(B)
8  of the Louisiana Code of Civil Procedure, do
9  hereby state on the Record:
10            That due to the interaction in
11 the spontaneous discourse of this proceeding,
12 dashes (--) have been used to indicate pauses,
13 changes in thought, and/or talkovers; that same
14 is the proper method for a transcription of
15 proceedings, and that the dashes (--) do not
16 indicate that words or phrases have been omitted
17 from this transcript;
18            That any spelling of words
19 and/or names which could not be verified through
20 reference material have been denoted with the
21 parenthetical "(phonetic)";
22            That the parenthetical "[SIC]"
23 is used to denote when a witness stated a word
24 or phrase that appears odd or erroneous to show
25 that it was quoted exactly as it stands.

Page 76

1             REPORTER'S CERTIFICATE
2             I, KIMBERLY L. GIBNEY,
3  Certified Court Reporter, Certificate
4  No. 2016010, as the officer before whom this
5  meeting was taken, do hereby certify that this
6  meeting was reported by me in stenographic
7  machine shorthand, was prepared and transcribed
8  by me or under my personal direction and
9  supervision, and is a true and correct
10 transcript to the best of my ability and
11 understanding; that the transcript has been
12 prepared in compliance with transcript format
13 guidelines required by statute or by the rules
14 of the board and that I am informed about the
15 complete arrangement, financial or otherwise,
16 with the person or entity making arrangements
17 for deposition services; that I have acted in
18 compliance with the prohibition on contractual
19 relationships as defined by Louisiana Code of
20 Civil Procedure Article 1434 and in the rules
21 and advisory opinions of the board; that I have
22 no actual or any prohibited employment or
23 contractual relationship, direct or indirect,
24 between a court reporting firm and any party
25 litigant in this matter nor is there any such

Page 77

1  relationship between myself and a party litigant
2  in this matter; that I am not related to counsel
3  or to the parties herein, nor am I otherwise
4  interested in the outcome of this matter.
5     This certification is valid only for a
6  transcript accompanied by my original signature
7  and original required seal on this page.
8
9             Signed: July 18, 2022
10
11
12
13
14            Kimberly L. Gibney, CCR
15            No. 2016010
16
17
18
19
20
21
22
23
24
25

MMR CONSTRUCTORS vs JB GROUP OF LA, LLC, et al.                    Pages 78..79
MICHAEL LOWE, 07/13/2022

Page 78

```
 1              ACKNOWLEDGMENT OF WITNESS
 2          I, MICHAEL LOWE, do hereby
 3   certify that I have read the foregoing pages and
 4   that the same is a correct transcription of the
 5   answers given by me to the questions therein
 6   propounded, except for the corrections or
 7   changes in form or substance, if any, noted in
 8   the attached Errata Sheet below:
 9
10
11   _____
12   MICHAEL LOWE                    DATE
13
14
15
16          Subscribed and sworn to before me this
17   the _____ day of _____, 20 _____.
18
19          My commission expires: _____
20
21
22
23   _____
24   Notary Public
25
```

Page 79

```
 1              ERRATA SHEET FOR THE
 2            DEPOSITION OF MICHAEL LOWE
 3             Taken on July 13, 2022
 4   PAGE LINE CHANGE
 5   ____ ____ _____
 6   ____ ____ _____
 7   ____ ____ _____
 8   ____ ____ _____
 9   ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   MICHAEL LOWE                    DATE
25
```



AdvancedONE LEGAL    (866) 715-7770    advancedONE.com

**Exhibits**

**Lowe, Michael 07-13-22 (**
**MMR Constructors, Inc.)**
 **Exhibit 1**
  2:15 33:23 34:1,8

**$**

**$100,000**
 62:23

**1**

**1**
 33:23 34:1,8 55:17
**10:07**
 6:5
**11:51**
 74:14
**18**
 63:2

**2**

**2**
 53:14
**2022**
 51:25
**22,000**
 63:2

**3**

**3**
 53:14
**365**

21:21 22:14 23:17 24:11
29:5,17 37:14

**5**

**50,000**
 62:23

**6**

**6**
 34:3

**9**

**95**
 65:17

**A**

**a.m.**
 6:5 74:14
**Aaron**
 43:23
**ABB**
 40:15
**able**
 14:3 26:24 30:7 53:20
 65:19
**about**
 6:11 8:23 10:19 22:25
 24:13 26:3 27:1 32:17
 33:17 37:4 39:7,22,25
 41:11 42:13 54:3 58:16
 60:21,24,25 61:6 62:16
 65:1,9 66:6 72:15
**above**
 37:3,13

**absolutely**
 40:10 66:22
**accepted**
 67:6 68:21
**access**
 11:2,21 13:25 14:5 17:4,
 24 18:4 22:8,9 30:18
 31:3,24 32:2 35:3,22
 37:6 43:14 45:11 73:14
**accessed**
 17:25 18:8 19:2
**accessing**
 19:11
**account**
 8:16,19,21 9:4,18,24
 11:14,20 13:10 14:2,13
 22:1,4 23:18 24:7 27:10,
 23,24 28:4,6,16 29:3,5,9,
 15 30:3,4,8,18 31:15,17
 34:20,23,24 35:2,7,9,13,
 18,21,22,24 36:5,17,25
 37:5,14,17
**accounting**
 71:1
**accounts**
 34:12,14 35:16 36:5
 37:3,12
**accurate**
 47:24
**actively**
 16:1
**actual**
 35:18 57:20,23 69:23
**actually**
 26:14 47:16 66:3
**add**
 19:15 36:8

**added**
19:22

**admin**
24:7 31:15 35:9

**administrative**
10:25 11:14,19 14:2,13
22:7 27:24 30:18

**administrator**
31:2,13

**Adobe**
33:12,14

**after**
19:15 38:1 39:4 42:12
43:4

**again**
26:22 29:12 31:6 55:7
61:7

**Agilify**
74:4,5

**ago**
6:8 14:9

**ahead**
17:14 19:1 33:22 59:10

**all**
8:14,18,20 9:12,15,20
11:16 14:24 15:12,18
16:13 19:15 21:7 22:2,5,
6,17 23:10,17,22 27:21,
22 28:15 29:16 31:21
33:3 36:2 45:2,3,24,25
51:1,24 55:10 66:23
68:10 69:2,21 72:19
73:12,17,22 74:6

**allow**
31:25 37:14

**Almost**
63:8

**already**
7:18 13:15 25:4 27:12

**also**
32:1,4 35:1 70:5 72:4

**always**
52:22

**am**
72:21

**amount**
50:8

**an**
7:11,22 8:9 9:24 10:23,
25 12:4,6 13:22 14:10,12
15:2 16:16,18 19:14 21:6
22:24 23:1 24:7,14 26:1,
14 29:4 30:5,14 31:2,6,
13,15 32:9,14 35:18 38:3
41:20 43:21 44:4,22,23
48:7 51:17 55:23,25
61:11,18 63:2 64:15
65:1,9 67:9,11,14,16,17,
21,22

**and**
6:9,11,18,22,24 7:6,8,11,
19 8:2,12,23 9:12,14,15,
18,19,24 10:10,14,23,24
11:7,11,17,19,23 12:7,19
13:23,25 14:10,12 15:7,
12,13,17,21 16:18 17:2,
14,17,18 18:3,4,11,19
19:1,7,10,14,19,20,21,23
20:22 21:13,24 22:2,3,6,
25 23:2,14,25 24:1,10,
12,19,20,25 25:1,4,6,9,
12,18,19,24 26:7,15 27:1
28:5,15 29:5,16,17
30:12,13,17,24 31:10,19
32:7,9 33:3,4,5,23 34:4,
11,12,13,14,23 35:1,5,7

36:2,7,14,23 37:7,13,15
38:17,20,25 39:21,22,23,
25 40:4,5,11,15,22,25
41:6,10,14,22 42:1,7,13,
18,21 43:24 44:1,5,15
45:2,6,13,21,25 46:4,10,
16,23,24 47:12 49:16
50:5,9,10,15,16,20 51:2,
22,24 52:6,11 53:5,24,25
54:12,25 55:5,22,24
56:3,6,7,23 57:15 58:4,
14 59:5,14,16,25 60:2,4,
10,13,15,19,20 62:1,19
63:4,9,17 64:22 65:8,19,
20,22 66:2,5,12,18,19,
21,23 67:3,6,19,22
69:10,12 70:5,11,18,19,
25 71:4,14,19,25 72:1,4,
10,11,22 73:1,7,12,21
74:13

**and/or**
44:21 53:7 63:5 67:25

**animal**
45:10

**another**
13:2 67:22

**answer**
18:23,24 19:5 30:16
39:12 56:19 57:9,12
58:13 59:9,16

**any**
15:23 17:21 18:8 20:10,
14,17 21:9 27:11 32:11,
18 33:10 42:21 49:1,3,8
56:13,22,24 57:5,14,18
59:1,20 68:18 71:1

**anybody**
38:4 67:1

**anyone**
17:8 41:16

**anything**
8:10 17:16 38:4 71:1

**anyway**
13:2

**anywhere**
40:4

**app**
32:12,14

**applications**
33:19

**approved**
67:17,22,25 68:7 71:25

**are**
6:12,15,20 7:3,8,9,13
11:23 15:18 22:16 23:21,
25 24:13,20 26:19 27:6,
21,22,24 34:12 39:3,23
42:7,21 43:5,18 44:8
45:21 46:10,16,21 47:25
48:22,24 49:1,4,15 51:6
58:6 59:11,18 63:12,14,
18,21 64:5,10 66:18 68:8
69:18 70:18 71:15,16
72:6,9 73:7,14

**areas**
27:3 31:22

**Arimond**
41:14

**around**
45:25 46:14

**as**
6:2,3,13 7:3 13:8,18
16:24 27:21 31:2,13,14
32:21,23 33:5,20,23 34:7
36:17,18,21 39:14 43:16

48:12,17 49:17 50:15,16,
24 54:21 55:8 56:9 63:18
68:21 71:8 72:24 73:1,4
74:1

**aside**
33:7 43:19

**ask**
14:14 23:19 38:6 41:22
46:21,25 56:22

**asked**
8:12 11:4 57:14 58:17

**asking**
25:20 29:13,25 31:19,23
37:9,19 39:3,19 50:11
63:23 65:4 68:2 72:2,9,
13

**asks**
69:25

**assist**
43:12

**assistance**
44:2

**assistant**
7:12 43:22

**associated**
27:9 29:8,20 30:23 52:18

**assume**
16:25 58:24

**assuming**
16:3 38:5 61:22

**at**
6:5 7:19 14:22,24 15:17
16:17 17:8 18:7,9 20:25
22:17 24:6 34:5,7,17
35:5 39:19,24 40:1
41:19,20 42:16 43:14
44:16 47:15 48:8 51:3,10

53:8 54:2 55:20 56:7,13
58:4 60:14,17 61:4 62:12
64:5 68:17 69:8,11 71:6
72:1,21 73:5,8,9,13 74:2,
9,14

**attach**
49:10

**attached**
49:13

**ATTENDEE**
16:15

**attorneys'**
47:3,6,7

**audit**
14:10,12

**August**
61:9

**authorized**
44:9

**auto**
25:19

**automatic**
25:13 26:10 32:11

**automatically**
25:15 29:7,19 48:14

**average**
62:24 63:2

**aware**
22:16 32:20 58:13

**away**
30:12

**B**

**back**
8:23 13:24 17:16 19:19,

20 21:19 23:16 25:20
51:22 55:22 70:11 71:22

**background**
18:16 34:5

**bad**
37:11

**base**
24:11 45:14

**based**
62:2

**basically**
8:18 10:22 25:21

**be**
9:23 11:5 12:6 13:22
14:3,12,18 17:6 18:19
26:24 27:7 28:3 29:9,21
30:5,6 31:20,22 32:4
33:13 34:24 35:10 39:20
44:3,10 45:11,13 51:3
52:14 53:20,23 56:6
57:2,6 58:8 62:19 64:17
65:19 68:8 70:22 72:15

**because**
13:4 18:25 19:16 26:6,9,
21 28:22 37:13 42:8
43:13 50:25 51:9,23
52:25 53:3 55:20 58:13
59:12,17 60:17 65:21
71:3,6 72:14 73:25

**becomes**
29:20 53:14

**been**
6:2 18:1,9 22:17 38:17
41:11 56:14,15 58:13,14,
20 61:9 63:17 67:21 69:6

**before**
6:8,18 13:19 15:21

39:16,24 40:6,16 43:24
44:23 50:25 54:23 55:5
56:17 60:4 67:9

**beginning**
16:17

**behalf**
19:3

**being**
6:2 69:2

**believe**
12:12 41:24 42:19 61:14

**below**
36:23

**besides**
49:8

**best**
7:17 10:9

**between**
21:10

**bid**
43:11 50:12,18 56:16
57:6 59:12,20,22 64:22
66:9,13,19 67:1,2,4,11,
14 68:20,21 69:22 70:2,9

**bidding**
19:22 65:11 66:8

**bids**
46:3,5 56:13,21,23,24
57:15,20 58:17,19 59:18

**big**
16:12 62:6,16,17

**bill**
72:7

**billed**
70:22 73:3

**billing**
72:11

**Billy**
17:19,20

**bit**
16:11 18:16 47:10

**boss**
17:10

**both**
67:13

**branch**
73:8,9

**break**
47:9

**Breeland**
35:17 36:19 39:21

**brief**
47:19 68:14

**bring**
15:23 16:1

**brought**
58:2,3

**budget**
61:15,18,19 62:14

**build**
20:23 30:8 44:4 50:1
51:17 70:18

**built**
8:14,25 9:15,18 10:12
19:17,18 20:22 24:21
30:13 31:8 49:16 50:2,3,
8 68:22,24 69:5 72:18

**business**
18:12 43:10,16

**but**

13:24 15:25 18:25 21:20
23:22 26:13 28:9 30:1,6,
23 31:7,25 33:12 39:12
41:21 42:17 43:1,16
46:4,20 47:22 51:3 52:16
56:25 59:8,12,19,22
61:16 64:3,10,16 67:2
68:11 69:23 72:3,14

**buy**
33:15 53:5

**by**
6:6,20 10:7 13:14 15:8,
10 16:21 18:1 29:3 44:10
46:6 47:20 55:2 58:20
68:15

**C**

**calculations**
65:22

**call**
11:24 16:6 24:11 27:3
33:8 46:6 54:1 56:3,4
68:11

**called**
6:2

**calls**
65:10

**came**
9:23 11:7 17:16 38:21
39:13 42:10 55:24 56:12
67:3

**camera**
45:11

**Campise**
43:23

**can**
8:4 10:20,25 11:2,11,20,

21 14:1,10,12 16:15
17:14 18:23 19:5 21:25
22:1,9 23:21 24:8,22
27:7 28:21 30:24,25
31:14,15,24 32:14 33:13
35:18,19 36:22 39:12
46:5,24 47:2,16 49:10,
11,12,25 51:13,18,20
54:14 57:12 62:19 63:11
67:14 70:10 73:23

**can't**
31:16,17 41:18 56:19
65:24

**captured**
43:15

**captures**
34:15

**career**
69:7

**case**
6:9 24:8 34:10

**cause**
14:15 24:24 48:5 51:11

**centralized**
73:2

**certain**
11:21 58:19

**certainly**
8:9

**change**
8:20 53:19,25 54:4 65:5

**changed**
10:15 22:17 24:3 53:20
54:15

**changes**
10:17 54:9 55:4

**charge**
7:4,13 71:15 73:7

**Chrome**
25:1

**clarifications**
66:19

**clarifying**
64:8

**clear**
47:22 64:3

**click**
26:18

**client**
44:6,24 45:14 53:24,25
54:24 55:1 56:15 57:24
59:13,14 61:14 62:8
65:10 66:12 70:23 72:5

**clients**
45:14,17 58:1,3,6,14
59:7,16 60:8,25 61:7,17
67:9

**Cloud**
9:12 21:20 24:11,25
29:21 30:1 32:18 33:13
35:3 48:17 50:22

**Cloud-based**
33:10 48:1,15

**Cloud-hosted**
9:3

**clue**
38:10

**code**
52:4

**coding**
52:17

**collaborating**
  54:2

**collection**
  34:9

**come**
  19:14 42:1,8

**comes**
  34:21

**coming**
  39:7 40:1

**commencing**
  6:5

**communication**
  62:5 63:11

**communications**
  7:1 19:13 43:13 45:3,7
  63:10 64:23 65:16 69:1

**companies**
  39:16 40:13

**company**
  8:15,21 10:3,4,24 60:15
  71:2 74:3

**company-wide**
  72:23

**compare**
  55:1

**components**
  63:19 65:22

**compound**
  57:10

**computer**
  18:5,7 23:1,2,4,15 24:15,
  16 25:3,9,19,25 26:5,22,
  23 27:12 28:12,17,19,21
  30:11 32:10 33:1 50:24
  51:22

**computer's**
  17:15

**computers**
  24:1,5,20 34:10 38:8,17
  47:25 48:13

**concerned**
  72:15

**concluded**
  74:14

**confidential**
  47:4

**connected**
  27:23

**contacting**
  58:14 68:6

**continue**
  8:4 60:15

**contract**
  63:21 68:5

**control**
  11:16 43:14 45:11

**controlled**
  10:7

**copied**
  10:23 19:21

**copy**
  74:11

**corporate**
  24:6 44:2 46:6 49:22
  72:1 73:19

**correct**
  10:13 11:18,22 14:11
  25:11 34:22 36:9,13
  40:21 52:8,19 55:18 56:5
  59:24 62:21 64:18 67:23
  71:24

**Cory**
  41:17

**cost**
  50:9

**could**
  8:12 14:4,18 29:9,21
  30:1 31:20,22 32:4,7
  35:1 48:19 49:13 60:15
  61:12,16 62:7 67:10
  68:24

**couldn't**
  56:20

**couple**
  24:4 63:15

**create**
  22:1 24:14 27:2,11 51:24

**created**
  24:2 29:15 34:20 69:13
  70:2

**creating**
  29:3

**credentials**
  31:8 32:2,6

**cumbersome**
  13:23

**currently**
  41:23

**customer**
  68:6 72:6

**customers**
  60:3,22 61:13 62:3
  64:10,17,19 67:20 68:8

**cutting**
  72:10

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

## D

**Daddy**
9:4 13:9 14:16 21:20,22,
24 29:17 31:18 32:17
33:21 35:7,8,13,16,19,
22,24 36:4,12,17

**Daddy/365**
29:11

**Dardenne**
38:13 39:21

**database**
19:12

**David**
37:20,24 38:5,9

**day**
46:25 55:23 66:11

**days**
63:15

**deal**
39:20

**dealing**
45:24

**deals**
62:6

**dealt**
14:16

**definitely**
50:23 60:6

**delete**
25:24,25 26:7,15,16,18,
19,24

**deleted**
20:10,14 26:4

**Department**
13:22

**depending**
66:10

**deposition**
6:9,10 18:15 74:14

**design**
43:15

**desktop**
25:15

**detection**
45:12

**development**
43:10,16

**devices**
34:12

**did**
8:11,13 10:18,22 11:3
13:18 14:22 15:21,23
16:2,9,25 17:8,21,24
18:4 20:17 24:6 32:22
37:22 38:20 39:3,25
40:16,22 42:1,18 50:1
56:16 57:4,18,25 58:25
59:2,3,23 60:13,21,24
61:6,11 62:12 63:6 67:8

**didn't**
13:18 15:4,25 16:17
20:23 27:11 29:10,22
42:15,19 44:11 48:5,6
49:17 59:4,20,22 60:17
62:4 67:1,17 68:23 69:9

**difference**
21:9

**different**
30:10 31:22 39:16 45:10
46:25 53:15 54:13,19

55:20 60:14 62:15

**differentiates**
65:3

**direct**
15:1

**directly**
15:5 42:20

**discretionary**
44:14

**discuss**
56:4 60:20

**discussing**
56:9 63:18 67:21

**disparaging**
58:15

**district**
6:23,24 7:3

**Division**
7:1

**do**
8:6 9:25 10:9 13:5,18
14:1,3,17 15:3,14 17:12
19:13 20:6,20 21:3,9,13,
16 22:3,13 23:10,17
24:23 25:22 26:21 27:4,8
28:9 32:9,25 35:13,15,
16,21 36:14 37:20 38:6,8
43:13 45:18 46:10 47:2
48:8 49:11,14 50:15,20,
21 51:3,4,13 52:20 55:7
56:10 57:9 61:16 62:6,13
63:23 65:13,15,23,24
66:1,21,22 68:17,22
70:5,10,13 71:19 72:9
73:14 74:10

**document**
14:7,11 24:12 25:7,8,14,

17,24 26:17 32:19 34:7
48:2 53:13 54:2,22,23
61:21 69:17 70:13 72:23

**documents**
6:12 10:11 12:12 15:24,
25 16:2,23 17:9,21 23:1
24:14 25:14 28:13 29:9,
21 30:25 31:20 32:4
33:11 34:9 37:16 49:3
65:13 66:13 68:18

**does**
21:19 24:14 25:15 29:1,2
30:16,17 44:9 45:6
52:21,22,25 53:17 62:5
66:5 71:20

**doesn't**
11:5,6 26:13 28:21 48:12
54:4 61:17 65:17

**doing**
19:3,7,10 26:23 42:25
43:7,19,25 63:23,24
71:12 72:21 73:23

**dollar**
62:6

**dollars**
62:20,21,22

**don't**
10:17 12:2,17,18 14:16
18:6,23 19:14 20:23,24
21:8 22:15,16,21,23
23:12,19,20,22,23,24
24:5 28:7 31:13,14
32:12,14,15 33:8,12,15
35:8,19 36:14 37:22,24
38:15 41:19,24 42:15
46:19 48:8,9,13,18 49:11
51:11,22 52:24 54:18
61:3,7,8,14 62:6 64:14,
25 65:23 68:22 69:19,20,

23 71:6,7 72:24 73:4,12,
24,25 74:5

**done**
14:15,19 17:15 59:11,19
62:10 68:13

**down**
39:4,19 59:18 61:4

**download**
51:22

**downloads**
28:13

**draft**
51:1,5 61:17

**drag**
24:18 25:9

**drawings**
65:18

**drive**
9:6,17 12:1 16:9,10,11,
12,22 17:1,3,6,9,21,24,
25 20:6 24:21 25:25
26:6,7,8,15,17,18,25
27:15,18 28:4,6,7,8 30:5,
6,24 32:1,8 33:5,6 36:24
37:15 48:22 49:7,15
55:21 69:20

**drives**
7:19 8:15,18,25 9:16
11:9,17 16:4,6 25:4
26:25 30:8

**drop**
9:20 24:19 25:9

**duly**
6:2

## E

**each**
21:19 22:3 29:4 67:9

**easily**
24:22

**edited**
14:8

**edits**
53:13,15

**eight**
7:7 12:1,2,3 27:25 41:1

**either**
57:5

**else**
8:8,11 9:13 18:3 41:16
44:12 51:9 53:5 60:5
67:1,2

**elsewhere**
73:22

**email**
10:3,4,24,25 15:2 21:24
22:5,6 29:5 31:16 34:24
36:21 38:3 53:8,9 54:10,
13 55:2,3 61:24

**emails**
23:21 36:2 55:22 60:24

**employed**
6:20 18:1 41:23

**employee**
7:22 12:12 18:9 21:24
22:1,3 23:15 24:14 29:4
34:21 36:2 41:20

**employee's**
23:2

**employees**
23:17,23 40:23 41:3 42:1
47:25 71:14

**end**
43:10 46:13 72:21

**ends**
53:3

**engineer**
8:10

**engineering**
69:11

**equipment**
19:18 70:15

**especially**
42:11

**essentially**
25:2

**estimate**
21:16 44:4,22,23 49:22
50:1,5,17 52:16,21,22
53:21 55:24,25 63:5
66:20

**estimated**
68:20

**estimates**
43:1 53:18 55:22

**estimating**
9:19 12:4,6 14:5 15:12,
15,18,19,23 19:7,10
20:1,17 27:4 42:22
43:19,21 48:21 50:23
51:5,16 52:12 54:14 55:3

**estimator**
7:11 11:6

**eventually**
54:25

**every**
19:19 56:16

**everybody**
8:8,11 9:20 14:11 53:14

**everybody's**
31:17

**everyone**
31:24 33:24

**everything**
7:19 9:5 10:23 18:3 25:4
33:4,21 43:15 51:8,18
53:2,5 55:21 68:1 69:22
71:5 73:13

**exactly**
14:17 29:13

**examination**
6:4 34:10

**example**
11:1,5 12:20

**Excel**
21:6 33:4 61:18

**except**
67:2

**excludes**
47:7

**exhibit**
33:23 34:1,8

**expectation**
61:11

**expenses**
73:12

**experience**
8:11

**expertise**
43:12

**explain**
7:16 8:5 10:17

**extent**
57:11

**external**
16:10,22

**extra**
26:1,14

**eyes**
47:3,6,7 63:22

**F**

**fact**
39:4 42:12

**fair**
43:3

**fall**
45:7

**familiar**
48:10 51:1

**far**
27:21 32:21 33:20 36:17,
21 43:16 48:12,17 49:17
63:2 71:8 72:24 73:1,4
74:1

**February**
43:22

**feel**
44:5

**feet**
60:14

**few**
6:8 12:14 47:17,21 57:3

**fields**
21:11,12

**figure**
31:21 47:13 50:9 55:9
65:20

**figured**
50:7

**file**
19:15 49:10

**files**
15:18 18:8 19:2,11
20:10,14 49:13

**filling**
68:1

**final**
39:20 43:15

**finalize**
56:16

**finalized**
58:18,20

**finance**
12:16

**find**
14:17 19:1 41:24

**FIORE**
18:13 19:4 20:3 21:5
39:8,10 46:22 47:5,11,
14,18 48:3 57:8,10 58:7,
12 64:24 74:8,12

**first**
18:17 34:18 42:4

**five**
7:10

**flash**
16:6

**Florida**
15:3,10,13 48:8

**focus**
6:16 23:13

**folder**
12:5,7,16 14:5 15:7,12,
19 22:11 24:19,21 25:10,
11,14 27:8,9,15,16 28:7,
9,12 29:8,19 31:24 48:21
49:14,16 50:24 51:4,5,7,
9,19 52:12,14,22,23
54:14 55:3 56:1

**folders**
9:16,19,21 10:12 11:17,
21,23 12:23 13:12 14:1
15:8 22:8 23:2 24:13,17
27:2,5,25 28:1,3,18 37:7,
19 48:20,21,22 49:2
69:17

**folks**
7:8

**follow**
66:1

**follows**
6:3

**for**
7:14 9:19 10:10 11:1,4,8
12:20 13:25 14:4 15:1,5,
9 17:11 18:12 19:7,10
24:2,10 27:2,6 30:19
31:3 32:18 33:12,18,21,
23 34:1,12,17 36:14
37:19 39:13 40:20,23
43:17 45:2,3,13 49:2
51:24,25 52:16 53:11
56:14 57:6,19 58:3,4,19
63:4,6,23 64:2,8,19,23
67:2,9,13,19 69:1,25
72:23 73:21 74:7

**forensic**
34:8

**form**
18:13,21 19:4 20:4 21:5
39:8,11 48:3 57:8 64:24

**former**
41:3

**forth**
55:22

**forward**
48:4

**found**
40:2

**four**
46:9,21 63:4,7,17 64:16,
19 66:23 67:20

**friends**
39:23

**from**
13:2 15:24 17:16,21 18:4
23:1 24:14 25:8,18,25
26:15,21 27:12 30:13
32:10 33:7 38:4 40:6,24
43:19 44:2 47:7 49:21
50:13 56:13 61:13 62:2,
15 71:21

**front**
43:10

---

**G**

---

**gas**
45:25

**gave**
37:18 61:15

**Gen**
40:15

**general**
11:13 12:11,12 15:17

(866) 715-7770
advancedONE.com

**generate**
    61:13 63:7

**get**
    6:18 11:12 13:21 16:15
    19:16 22:4 23:17 24:8,
    14,22 25:6,7 27:5 31:10,
    24 32:7,25 33:2 37:5
    43:4 44:1,15 46:23 52:21
    53:12 54:4 59:20,22 68:6
    71:5,20,24

**gets**
    29:4 34:20 72:4

**getting**
    8:5 67:25 70:7

**give**
    11:4 13:3,10 17:11,12
    22:8 34:4 53:12 61:11
    67:3

**given**
    18:14

**gives**
    33:9 35:22

**giving**
    11:3

**go**
    9:4 13:9,11,24 14:16
    17:14 19:1,19 21:20,22,
    24 23:1 24:25 26:7,15,18
    28:2,23 29:11,17 30:5
    31:15,17 32:13,17 33:20,
    22 34:3,13 35:7,8,13,16,
    19,22,24 36:4,12,17
    37:15,18 40:22 44:5
    51:19 52:13 59:10 65:15,
    19,20,23 70:11,17 71:20

**goes**
    9:13 14:6,7 51:18 52:12
    53:24 54:23,25 71:24

**going**
    6:15 8:22 10:12 11:10,24
    13:3 14:7,8,14 17:10
    26:5,22 30:5,6 33:22,24,
    25 34:3 38:6 40:19 44:3
    46:19,21 51:3,19 53:4,23
    55:22 58:7,8 59:13,17
    60:5,9,14,18,20,22,25
    65:5 72:5,7

**gone**
    40:4

**Gonzales**
    15:3 24:6 48:8 73:19

**good**
    43:14

**got**
    6:14 7:20 8:19 10:6,8,10
    12:25 13:14,20 14:21
    15:14 17:20 24:8 25:17
    27:13 28:22,23 36:20
    44:19 49:21 53:1 55:5
    57:4,17 58:25 66:18
    69:6,12 70:17 72:8,14
    73:6

**gotten**
    44:20

**governing**
    34:9

**governmental**
    45:16

**grasp**
    64:21

**green**
    19:16,17,23

**grown**
    55:8

**guess**

40:20 53:21 63:3 64:3
67:19 73:21

**guessing**
    37:23

**guy**
    31:6 69:11

**guys**
    24:6 38:16 42:11 70:18

---

**H**

**had**
    6:10 7:18,20,22 8:10,14,
    20,23,24 9:15,25 10:1,12
    13:7,15,22,25 14:5 15:25
    16:5,13,23 17:2,9 18:6
    19:21 21:12 27:12 32:2
    36:7 38:3 40:3,7,24
    41:19 42:6,10 50:10
    53:11 56:14,25 57:5,14
    59:7 60:2,8 62:8 64:10,
    15 67:16,20,21 69:6
    70:17,18

**half**
    63:8

**hand**
    8:7

**handled**
    67:24 73:17,22

**handling**
    14:22

**happen**
    53:17

**happened**
    10:19 17:6 18:25 55:5

**hard**
    16:9,10,12,22 17:1,3,9,

21,24,25 20:6 59:15

**hardware**
9:10 23:5 26:23 38:7

**has**
18:2 23:22 25:4 35:6,16,
18 37:14,16 48:2 69:21,
22 72:18

**hasn't**
72:22

**have**
10:25 11:1,2,16 12:12,
14,17 14:17 15:4 16:2,9,
18 17:25 18:8,10,21
19:13,15 20:6,14,16
22:9,20 23:11,19,23 24:4
26:1,7,14,18 27:8 28:4,5,
6,7,9,11,17,18 29:8,12,
17,22 30:3,12,18,19,24
31:3,5,7,9,10 32:1,6,9,12
33:15 35:2,13,19 36:14,
17 37:9 38:10,16,17,21
40:16,22 41:22,24 43:16
44:13 46:7,19 47:21
48:6,7,8 49:12,13 50:21
51:16,17 52:2,17 55:1,7
56:3 58:20 59:8 60:24
61:3,4,6,8 62:4 63:1,19
64:21 65:17,18,20,22
68:18,23 69:9 70:10,13
71:6,7 72:24 73:4,14,25
74:3

**haven't**
20:10 40:4 53:1

**having**
6:2 19:19 31:16

**he**
8:14,18,24,25 9:17 10:5,
12,22 12:23 17:12 27:12
35:6 37:13 38:1,5 40:2,3

41:19,20,22 42:16,18,25
51:20 53:4 69:25 71:4,8

**he'd**
13:10

**he's**
13:2 18:14 41:9 42:25
43:14 54:2

**hear**
16:17

**heard**
39:22 42:6 56:25 74:3

**help**
8:12 10:20 18:11 20:20
36:19 42:24,25 51:14,15
52:6

**helped**
6:14 7:23 24:13 27:2

**helps**
41:21 43:20

**here**
6:18

**here's**
70:17

**Heroman**
35:6 36:24 37:21 38:9

**hey**
17:14

**Hi**
6:7

**him**
13:3 38:3 39:23 42:11,16
46:21 54:3 58:10,12

**hire**
13:1,8 23:15 36:15 40:22

**hired**

12:24 13:5 14:21 37:25
38:1 40:17 41:1,21 43:21
62:13

**hires**
15:1 36:7

**hiring**
39:1

**his**
8:15,19 10:2,3,14 30:8
41:8,18 43:1,12,13 57:11

**hit**
25:19

**hold**
44:15

**holding**
46:4

**hope**
6:18

**hosted**
24:25

**hour**
70:14

**hours**
17:14 73:3

**house**
18:7 33:11

**how**
6:12 7:3,6,16 11:10,23
14:17,24,25 16:2 17:11
22:8 23:1,21,25 24:5,14,
23 30:7 32:10,15 38:8,17
39:12,22 40:25 41:3
42:13 44:19 46:7 48:18
50:2,3 52:24,25 53:6
58:16 61:11 62:1 63:6
64:1,21 65:23 66:5 70:9,
17 71:12,14,15,16,22

72:3,6,15,20,21

**however**
65:10

**HR**
9:19 11:5,6 12:7,8 27:4
48:21

**Huh-uh**
38:14

**hurt**
8:20

---

**I**

---

**I'D**
12:14,17 14:17 23:19
29:12 36:19 41:22,24
46:9 61:3,4,8

**I'LL**
16:5 19:1 23:13 24:11
27:3 34:4 39:5 46:6 47:9,
12 53:12

**I'M**
8:8,22 11:10,24 12:13
13:3 14:14 16:3 17:10
18:10,14 24:12 26:3,9
28:20 29:12 31:6,19
32:20 33:17,22,24 34:3
37:23 38:5,6 44:25 46:4,
19 48:4,7,10 51:9 54:3
55:9,13 57:2 58:12 59:5,
7 61:5,21 63:22 65:5,8
70:16 72:10

**I'VE**
14:15 26:9 59:11 69:22
70:9 73:5

**idea**
22:20

**identification**
16:16 34:2

**identify**
52:7

**if**
8:12,19 11:12 12:14
13:24 14:4,6,7,19 23:10
25:13,17 26:4,16,22 27:7
28:2 29:3,7,10,19 30:5
31:2,14,23,25 32:2,6
33:13,15 34:3,17 35:5
36:7,15 37:9,11,17 38:3
39:19 41:20,22 44:14
46:20 47:1 48:10 49:14
51:5,9,13,20 52:13,20
53:11,12,18,23,24 54:9,
12,17 55:4,10,23 57:14
58:17 60:8 64:25 65:23
68:22 69:20 72:12

**imagine**
56:20

**in**
6:9,24 7:1,4,13,16,25
9:12,23 11:7 12:3 14:6,
23,24 15:7,9,11 16:16
18:7 19:13,14,16 21:12,
23,24 23:4,21 24:5,8
25:4,14 28:22 30:1,3
32:24 34:10 35:3 36:15,
18,22 38:16 39:1,6 42:22
43:18 44:21 45:21 46:14,
20,23 47:9 48:9,22 49:2,
15,16,18,21,23 50:22,23
51:8,11 52:13,22 53:8,12
54:12,13 55:2,3,24 59:6
61:9 62:19,22 63:12,22
65:3,19 69:23 70:20
71:6,15 73:5,7,19,24

**including**
59:5

**Indicating**
38:12

**individual**
27:5 61:17

**individual's**
22:24

**individuals**
42:22 43:4

**industrial**
45:14

**industry**
45:8,25

**information**
9:21 70:25

**input**
49:21

**inputs**
53:15

**instance**
13:25 14:4 15:9 30:19
31:3 34:17 49:2 53:11

**instead**
19:19

**instructing**
58:10,12

**instructions**
13:10

**interact**
6:12

**interested**
42:8 65:8

**internally**
53:24

**into**
9:21 10:12 15:18 24:19

25:9 28:2,23 30:8 31:10,
15 32:7 35:19 41:15 45:7
51:4,7,19 52:12,21 55:25
65:23 71:1

**introductions**
16:20

**invoiced**
72:4

**involved**
14:23 23:4 38:25 39:2,6
42:22 43:4,9 44:20,21

**involvement**
23:14

**is**
6:7 7:16 9:3,5 11:20
12:16 14:10,21 15:5,8,9,
10,12,17 16:16,19 18:21
20:12 22:13 23:5,25
24:1,10,21 25:1,9,20
26:1,22 27:8,15 29:15
30:4,7 31:19 32:11,17
33:9 34:8,18,19 35:9,17
37:3,13 42:14 43:3,4,12,
13,15,19 45:8,14 47:3,24
48:24 49:1,18 50:11,12,
19 51:2,3,19 53:4,6,21
54:9,13 60:10 62:19
63:12,20,22 64:22 65:2,
4,8,10 66:2,5,8,12 68:1,
17 69:5,13,16,17,21,24
70:8,15,19,20,22,25
71:11,14,23 72:1,3,19
73:1,23 74:5

**ISG**
6:20 7:19 9:3,24 10:23,
24 14:22 15:17,21,24
16:1 17:20 18:1,4,9,12
19:3,8,11 20:17 21:10,13
22:3 23:4,17,25 24:6,16

27:18,23 28:3,6,8,15,22
29:16 30:6,21 31:3,4,9
32:1,18 33:10 34:11
36:24 38:8,21 39:9,13,
17,22 40:1,16 47:24
48:2,17 56:13,24 57:4,
18,19 58:14,19,25 59:3,
4,5,6,22,25 60:5,21 67:2
68:17 69:6,12 72:22

**ISG's**
6:11 11:24 17:22,23
48:22

**ISG.WORK**
10:24

**lsg@isg.work.**
30:14

**isn't**
46:19

**issued**
24:1 38:8,17 47:25 68:23

**issues**
23:4

**issuing**
23:5

**it**
6:11,14 7:14,16 8:9,20,
24 9:23 10:1,5,6,8,11,15,
19,23 11:2,11,25 12:25
13:2,4,5,11,18,21,22
14:9,15,17,18,22 15:9,
10,17 16:11,12,13,23
17:1,4,12,14 18:2,3,24
19:22 20:12 21:12,18,24
22:7 24:3,7,10,11,18,19,
22 25:3,4,9,11,15,18,19,
20,22,24,25 26:3,4,7,13,
21,23,24 27:2,3 28:3,21
29:2,14 30:12,17,25

31:6,22 32:14,15 33:13
34:4 35:6 36:16,24 37:2,
11,12,14 38:3,4,21
39:12,14,22 41:12 43:3,
24 44:9,13,14,23 45:3,8
46:6,25 47:2,11,24 48:7,
10,12,18 49:11,17 50:2,
7,10,11,15,16,18 51:4,7,
10,18,20 52:13,22,25
53:2,7,13,24 54:1,3,4,7,
9,23,25 55:5,10 56:7,11,
25 57:12,13,23 59:3,18
61:6,16,17 62:7,19 63:12
64:16,22 65:2,10,18,19,
24 66:2,5,8,9,11,24 67:2,
12,14 68:8,25 69:24,25
70:15 71:14,20,24,25
72:11,16,19,20 74:5,7

**it's**
9:12 10:7,24,25 14:7
19:16 21:6,20 22:5,17
24:24 25:2 26:5,6,10
28:17,20 29:16 30:5,6,
21,23 32:21 44:5 45:10,
16,19 50:23 51:5,11
52:13,17 53:23 54:12,21
55:7,20 57:10 59:15 61:8
62:15 63:24 65:5 69:19
70:7,11 71:25 72:14

**iterations**
54:24

---

**J**

**January**
46:14 49:23 55:17

**jarring**
18:22

**Jason**
8:12 9:25 10:20 11:1,4



13:1 38:15 39:20 44:15,
21 46:7 50:5,10 51:20
52:24 53:7,18 55:6 60:20
63:5 69:25 71:4

**Jennifer**
18:20

**job**
20:20 40:8,9 43:1,11
64:2 65:15,21 66:7,10

**jobs**
42:25 62:5,9 64:4 69:24
71:5,23 72:9

**John**
11:1

**jumping**
7:25

**just**
6:8 8:10,13,22 10:19
11:24 12:20 13:21 14:18
15:4 16:6,15,18 18:25
22:21 23:3,8,13,20
24:11,18 25:2,9 26:21
27:6,8,11,22,24 28:5
29:2 31:16,17,21 32:25
33:23 34:3,13,14 38:19
39:5,10 41:21 43:24 44:9
46:6,12 47:2,17,21 48:5,
9 49:20,22 51:5 53:12
55:9,13 56:3 57:10,16,21
63:22 64:3,25 68:3,6,11,
16 69:25 70:11 71:18

---

### K

**Kasey**
12:20 13:14 14:4,6,7,8
38:1,11

**Kee**

6:6,7 16:21 18:18 33:22
46:18 47:1,9,12,15,20
58:10 68:10,15 74:6

**keep**
51:21 72:16

**keeping**
51:6

**keeps**
73:2

**Kenneth**
41:6,7,17 42:13,14

**Kevin**
41:18

**kids**
18:2

**kind**
6:11,14 7:23 8:7,8,12
9:24 11:7 12:23,25 13:3,
8,14 14:22 21:7,19 26:10
33:18 34:4,14,15,19 35:9
36:3 37:5 38:7 41:21
42:11 45:7 49:6,20 51:2
52:2,4 54:14,24 55:7,13
56:4 59:9,15 62:13 68:19
70:8 72:15 73:2

**knew**
8:8 14:14 62:2

**know**
9:18,19,20 10:19 11:6
12:13,17,18 13:12,24
14:16,25 15:2 17:11
18:22,23 20:24 21:8
22:13,21,23 23:10,19,20,
22,24 24:1,3,4,5,6 25:13
27:1,6 28:14 29:8,10
31:14 32:12,13,15,17,19,
21 33:8,12,15,20 35:8,
11,16,17,21 36:2,18,21

37:20 38:7,8,14,15 40:3
41:19,20,24 42:15,16
45:6 46:24 47:3 48:5,12,
17,18 49:11,14 51:2
52:17,24 53:4 55:10
59:5,12 60:17 61:3,7,8,9
64:25 65:8,9,23 66:6,16
68:4,19,21,22 69:20
70:5,9,14,15 71:3,8,12
72:5,6,24 73:1,4,12,24
74:1,5

**knowing**
8:7 17:3 70:9

**knowledge**
65:19

**Known**
39:23

**Kraft**
12:20 14:5,8 38:1,11

---

### L

**La**
7:1 45:23

**labor**
50:8 70:14

**land**
60:14

**laptop**
25:15

**last**
14:9 38:24,25 41:18
46:13

**later**
17:13 74:9

**launch**
40:20



**lay**
18:15

**learn**
65:1,9,10 66:6

**leave**
7:23 17:15 31:3

**leaves**
31:9

**leaving**
17:5,7 39:15 60:6,7

**left**
8:19 16:4,5 17:1,2,17
39:15 42:7 56:17,23
57:15 58:21,22 59:15,16,
17 60:4,11 61:9

**length**
63:12

**Let**
56:22 68:11 71:22

**let's**
8:22 12:20 23:3,16 25:23
47:11 49:22 52:20 57:16

**lets**
52:17

**letter**
17:13

**letting**
7:22

**life**
70:12

**like**
7:9 8:10 10:2 12:16,20
15:8 17:11 21:3 24:21
25:3,12,13 26:13 27:3,5,
8 28:18 29:4,20 30:19,24
32:25 33:2,17,18,19 35:6

36:7,15 37:2,16 40:4
42:4 43:4 44:5 45:13,16,
19 46:22 49:2 50:1 51:5,
24 54:18 55:10,23 56:3,6
61:12,18 62:16,23 64:17
66:19,21 67:9 71:1,2,14,
16 72:5,22

**Likely**
18:24

**limitations**
11:20

**link**
35:1

**linked**
29:16

**links**
9:4 21:23,25 35:21 49:6

**list**
34:11 36:24

**listed**
27:25 37:3,12

**listen**
44:16

**literally**
70:17

**little**
8:11 16:11 17:12 18:16,
22 47:10 62:5

**live**
52:22 54:22,23

**living**
54:13

**load**
31:9

**loaded**
17:17

**local**
25:24 28:19,20 32:10
48:13,16 69:17

**locally**
25:8 29:23 50:21 51:6

**located**
6:12 31:21 32:5

**location**
7:4

**log**
28:23 30:3 32:7 35:18
36:19,22

**log-in**
31:7 35:18

**logged**
36:18

**long**
63:11 64:1 66:5,8

**long-term**
63:19,20

**long-winded**
59:9

**longer**
63:24 70:7

**look**
12:15,17 13:1 21:3,7
29:12 34:17 35:5 44:16
51:10 56:7 61:3,4,8 63:1

**looking**
34:5,7 54:2

**looks**
25:3 35:6 37:2

**lose**
17:4 59:13

**lot**

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

19:13 21:11 42:11 55:21
56:20 62:5 65:21,22

**Louisiana**
15:10

**Lowe**
6:1,7 27:9 31:9

**Luis**
13:7,9,15 37:23 38:2,4
41:6,10,17 42:13,15

**lump**
72:9,14

**lunch**
6:19 17:16

**M**

**made**
58:13

**make**
16:18 29:1 34:14 43:14
47:22 50:10 53:13,19
64:7 68:11 70:6 71:25

**makes**
48:11

**man**
42:15

**management**
12:11 24:12 32:19 48:2

**manager**
6:23,24 7:3,11 53:4

**many**
7:3,6 11:23 23:21 38:8,
17 40:25 41:3 44:19 46:7

**March**
43:22 61:10

**mark**
33:23 47:2

**marked**
34:1,7

**Matt**
47:7

**Matt's**
47:5

**may**
18:19,20 38:7,21 58:20
64:17

**maybe**
7:17 11:11 27:6 45:1
46:9,13 47:16 64:3

**me**
7:25 9:25 11:4,11 13:4,8
15:5,25 17:12,13,16
18:24 29:13 37:9 38:19,
21 42:7,12,20 47:22
49:25 55:5 56:22 58:2,4
59:16 62:13 63:23 64:25
66:1 68:2,8,11,12,24
71:11,22 72:2,20 74:1,7

**mean**
16:25 17:5,13 18:7 20:12
21:4 25:1 26:4 28:2,5,11,
21 39:2 42:15 47:2 49:9
53:2 54:7 56:20 61:4
63:23 66:9,10 68:1

**meaning**
46:7 56:25

**means**
37:13

**mechanics**
22:25

**mechanism**
74:1

**messages**
61:6

**messed**
13:23 22:22

**met**
6:8 60:19

**MICHAEL**
6:1

**Microsoft**
9:5,6 21:21,23,25 22:1
30:4 32:24 33:1,2,9,14,
20 35:7,10,12 37:3,6,12
49:3

**might**
66:11

**Mike**
27:8 30:6 31:8

**Mikelowe@isg**
32:7

**Milligan**
8:3 9:15 10:1

**Milligan's**
9:18

**million**
63:8

**millions**
62:20

**Mind**
7:25

**mine**
20:7 32:13

**minute**
71:22

**minutes**
47:17

(866) 715-7770
advancedONE.com

**mixing**
64:7

**Mlowe@isg**
35:20

**Mlowe@isg.com.**
30:7

**MMR**
6:9 15:22,24 16:5,23
17:2,5,8 18:8 19:2,11,15,
24 20:1,14 21:1 39:15,24
40:3,6 41:3,19,20 42:10,
12 56:13,14,23,25 57:5
58:2,4,22 59:12,15,17,
20,22 60:4,7 62:12 64:5
69:8,11

**MMR's**
58:14

**monitoring**
12:23 13:16

**month**
46:13

**more**
7:9 8:8,11 10:19 13:9
21:11 29:14 33:17 37:9
44:13 47:21 54:16 57:13,
24 63:12,19 65:6 66:4
67:17 68:16 70:8,11

**morphed**
51:12 55:8

**most**
24:24,25 56:10 63:14,16
72:9

**move**
17:21

**moved**
17:3 41:14 52:21

**moving**
19:12 48:4

**Mr**
6:6,7 16:21 18:18 33:22
46:18 47:1,9,12,15,20
58:10 68:10,15 74:6

**MS**
18:13 19:4 20:3 21:5
39:8,10 46:22 47:5,11,
14,18 48:3 57:8,10 58:7,
12 64:24 74:8,12

**MSA**
67:9,11,14,16,17,21

**much**
13:18 14:16 39:14 49:18
61:12 62:1 63:6 70:9,17
72:15,20

**multi-million**
62:6

**multiple**
32:25

**my**
6:7 8:7 15:1 16:3,4,13
17:1,6,10,11,17 18:2,6,7,
18 19:12,17,22 20:12
23:7 24:5 27:15 28:6,7,
12 31:10 32:7 38:16
41:22 42:11 44:3 45:20
48:9 50:3,24 53:12 59:17
62:8 65:3 68:8,22,24
69:8,19,21,24 70:12,18
71:11,12 73:9,12,23,24

**myself**
44:1 48:10 68:25 70:12

---

**N**

---

**N-ONE**

33:5

**name**
6:7 34:18 41:18 52:2
54:7 59:17 61:17

**navigate**
24:23

**necessarily**
40:2 53:2 73:9

**need**
11:5,6 13:1 18:24 36:4,
12,15 44:9,16 53:4,13,18
54:4,17 55:24 66:2,17
67:8 70:10 71:4 74:10

**needed**
9:23 11:8 13:8,11,12
14:19 19:20 34:11 38:4
50:8 67:11

**needs**
11:1 23:15 51:10,20
53:4,25 69:25 70:22

**Net**
40:15

**network**
8:9 24:21

**never**
14:15,16 18:14

**new**
21:23 22:1 23:15 29:3,4,
15 30:3 34:21 36:5,7
43:1,16 64:5,6

**next**
40:15 44:4

**nine**
7:7 12:2,3

**no**
7:15 12:25 15:1 17:5,23

19:12 20:16 21:18 22:20
24:24 25:12 27:20,21
28:17 30:17 34:1 35:14
39:5 40:18 42:3,6 43:12,
21 45:18,20 48:18 56:19
57:23 60:17 62:4,7 68:6
69:8 70:7 72:24 73:16
74:5

**Nobody**
17:15 67:2

**none**
64:3

**not**
8:9 9:9,10 14:15 15:11
16:11 19:16 24:24 26:3,
6,22,23 29:12 31:6 32:20
33:14,19 38:7 40:2 41:23
43:1,9 45:16,18,19,20
46:4 47:16,25 48:4,7,10
49:17 51:9 53:2,23 55:21
56:15,25 57:1 58:7,11,
13,20 59:20 60:9 61:5,14
66:4,14,21 70:7,8 72:10,
22 73:9

**nothing**
22:22

**notice**
17:11

**noticeable**
21:9

**now**
8:6 12:19 21:19 22:24
24:3 37:14 51:13 53:11
55:16,22,23 58:3,4 67:8
74:1

**number**
44:13,14 46:4 50:18
51:18

## O

**object**
18:13,20 19:4 20:3 21:5
39:8 48:3 57:8 64:24

**objected**
39:10

**objection**
18:21

**objectionable**
18:19

**of**
6:10,11,14,18 7:4,13,24
8:7,8,13 9:3,15,24 11:7,
8,16 12:22,23,25 13:3,4,
8,14 14:22 15:7 16:3,4,
13,16,19 18:2,16,18
19:3,12,13,15,19 20:11,
14 21:7,19 22:7,16,25
23:5,11,14 24:4,8 25:24
26:4,10 27:11 29:10
31:8,17 32:10,20,24
33:8,9,14,18 34:4,9,10,
11,14,15,19 35:9 36:3
37:5,6 38:7,23 39:7,11
40:1 41:21 42:11,21
43:10,22 44:15,25 45:4,
7,20,21 46:3,4,5,13 47:7
49:6,20,25 50:4,8 51:2
52:2,4 53:21 54:14,24
55:8,14,21 56:4,10,21
57:3,18,25 58:16 59:1,9,
12,14,15,20 60:12 61:11,
16 62:5,7,14,20,21,22
63:2,14,15,16,20 64:3,
14,21 65:6,11,17,21,22
66:10 67:9,11,16,17,21,
24 68:3,19 69:21 70:2,8
71:15 72:9,11,15 73:2,7

74:3,11

**off**
9:3 13:4 20:10,14 25:24
26:4,7,17 31:17 62:7

**offer**
40:8,9

**offhand**
12:18

**office**
7:4 15:2 18:7 23:7,8,14
24:5 36:15 38:16 40:16,
20,23 42:16 43:19 45:20
48:9 71:13 73:24

**offices**
23:10

**Oh**
29:24 57:2

**oil**
45:25

**okay**
6:17,22,24 7:8,13,21,25
8:4,17,22 9:8,14,22
10:14,21 11:10,19,23
12:19 13:13 14:21 15:14,
23 16:9,22 17:2,8,20
20:10 21:19 22:3,6,16,21
23:10,13 24:20 25:6,12
27:1,14,21 31:19 32:9,21
34:6,23 35:5,15 36:4,20,
23 37:2,20 38:6,20,25
39:18 40:25 41:10,13,16
42:9,18,21 43:9,18 44:3,
19 45:2,6,16 46:18 48:20
49:20,24 50:20 52:16
53:6,9 56:12 57:4,25
58:25 59:25 60:2,10,19
62:11,15 63:4,9 64:13,21
65:7 66:12,15,18 67:8,

19,24 68:10 69:1,5,12
70:1,25 71:10,19 73:7,
11,17 74:3

**on**
6:16 8:15 9:6,17 11:20,
24 12:1 16:3,4,13,23
17:9 18:3 19:3,20,21
22:14 23:13 24:16 25:8,
15,16,18,23 26:5,23,25
27:15,18 28:7,12,17,21
29:21 30:11,25 31:4
32:13,14 33:1,17,24
34:5,21 36:16 39:12
43:1,9 47:5 49:13,22
50:7,24,25 51:20 53:14
54:2 55:22 56:14,17,20
57:6,21,23 58:19 59:12
60:14 61:17 62:2,24
64:4,21 65:16 66:10,16,
23 68:19 69:2,16,19,22,
24 70:1,6,8 71:14 72:6,
16 73:3

**onboarding**
14:23

**onboards**
36:16

**once**
12:25 17:20 51:11 57:4
58:25 68:17 69:5,12
71:20

**one**
9:6,17 10:7 11:20 12:1
16:3,4 20:13 21:10,14,16
28:4,6,8 29:14 30:5,6,11,
13,24 32:1,7 33:6,15
35:17 36:14,17,24 37:9,
15,23,24 38:19,20 43:18
44:16 46:13 48:5,22
49:6,15,23 54:9,16 57:13
60:12 63:20 64:14,15

67:11,16,21 68:11,23
69:19 70:2,8 72:25

**one's**
43:7 51:11

**ones**
12:14 20:25 24:4 30:10
44:25 57:17 58:2 64:4

**ongoing**
46:16,17

**only**
10:7 15:11 23:7 24:4
32:22 35:17 36:21 37:17
38:16 43:18 47:3,6,8
64:17

**onto**
17:22 51:22

**open**
62:2,8,9 64:9,11,15

**opened**
59:8

**operating**
35:11

**operations**
41:22

**opinion**
65:4

**opportunity**
51:17 55:24 64:6 65:1,9
66:7

**or**
7:4 8:9,10 9:6,16 12:3
14:8 15:3,10 16:6 18:21
21:16 24:15,22 25:14
26:1 27:6,25 29:9 32:19
33:7 37:6 39:6 40:12
41:23 42:22 43:2,10
44:9,15 45:8 46:3,7 47:1,

3 48:8 49:2 50:21 51:6,
20,21 52:22 53:18,19
55:3,6 56:4,19 57:1,6
59:3 60:5 62:7,8 63:12,
18 65:10,18 67:12 68:3,
16,18,20 69:6,17 70:13
71:1 72:23

**order**
46:20,23 58:9

**other**
11:2 12:14 15:1 21:11
27:7 32:18 33:10 35:2
37:15 40:11,12,13 42:16
49:1,3 52:25 55:3 58:16
63:21 64:15

**others**
49:8

**otherwise**
54:1 68:13

**our**
6:15 42:16 47:6 65:17
73:24 74:8

**ours**
63:14

**out**
6:14,18 14:17 31:21
39:25 40:3,22 41:12,25
42:7,18,19,20,24 43:20
44:9 45:20,21 50:7,9
55:9 65:20 68:1 70:22
72:7,10,11

**Outlook**
25:1

**over**
8:13,20 10:14,23 11:16
30:18 33:25 34:3,13,16
42:1 44:14 56:12 61:24
62:13 64:9



**own**
28:4,6,9 40:23 48:9
68:23,24 71:12

---

## P

**P.J.**
6:7

**package**
29:11 33:7

**page**
34:3

**paper**
71:18

**part**
19:20 29:10 32:24 33:14
34:11 58:16

**particular**
59:2

**parts**
19:14 65:20

**password**
31:10

**pay**
72:1

**PDF**
33:12

**pending**
56:23,24 57:15,17

**people**
7:6 10:11 13:9 24:25
27:7 40:25 41:1

**Per**
13:10

**percent**
65:17

**performing**
12:22 18:12

**perimeter**
45:12

**period**
63:11

**person**
10:7 16:16 17:18 29:4,9

**person's**
23:1

**personal**
8:15 10:2 16:14 18:6
20:12 24:15 27:5,16
28:7,9,11 30:11,13,19
31:4 32:1,11 35:14

**personally**
32:15 71:11

**phone**
33:24 47:6

**pictures**
18:2 28:12

**piece**
19:19 72:11

**pieces**
19:14 65:20

**pitch**
40:19

**place**
25:16 46:20,23 49:3 73:5

**places**
35:2 37:16 40:11,12

**please**
74:12

**point**
51:4 53:8 55:20 56:13

**58:5 60:17 71:6 73:5,13**

**policy**
22:13,19

**Porte**
7:2 45:23

**positive**
14:15 26:3

**possible**
31:20 54:9

**possibly**
55:2,7 60:20

**potential**
39:7 40:1 44:6

**potentially**
49:9,10

**practice**
15:17 55:14

**present**
16:16 55:23

**presently**
41:20

**preserve**
18:20

**pretty**
31:6 49:18 57:2

**previously**
19:21

**price**
63:2

**privy**
69:9

**probably**
18:15 37:23 38:2,5 44:16
50:24 53:8 63:1,2,24
64:2 65:17

**problem**
47:16

**procedure**
23:11

**process**
14:24 50:4 51:16 64:23
65:6,11 66:8 67:24 68:3

**products**
33:3 37:6

**profile**
24:2

**profit**
73:21

**profitable**
72:16

**program**
48:7

**programmer**
8:9

**project**
7:11 12:11 49:21 50:16
52:9,13,14,20,21 53:3
57:1 62:7 64:15 68:17,20
69:2 73:23

**projection**
61:16

**projects**
43:2 46:16 51:25 57:22,
23 59:1,2,8,19 62:2,8,16,
17 63:7,9,13,17 64:5,11,
16,19 66:23 67:20 69:14
70:6 71:15 72:6 73:3

**proposal**
51:17

**proposals**
43:2 62:9 64:6

**protected**
11:7

**protective**
46:20,23 58:8

**protocol**
34:8 48:6,9 51:13

**provide**
18:16 20:17

**provided**
6:13 21:10

**public**
45:19

**pull**
14:10

**purposes**
33:18

**pursue**
57:5,18,25 59:1,2,3
60:22 61:1

**put**
10:23 14:25 15:6,18
19:19,21 21:23,24 32:14
49:17 50:7 51:4,8 55:21,
25 66:13 70:20,25

**putting**
43:10 50:4 51:6

_____

**Q**

**question**
18:23 19:1 37:11 44:4
57:11,12 58:16 59:15
65:5 74:9

**questions**
6:11,15 18:19 38:7 47:21
68:16

**quick**
68:11

**Quickbooks**
71:9 73:15

**quit**
40:3

**quite**
57:2

_____

**R**

**raised**
8:7

**range**
62:23

**reach**
39:25 42:18,20

**Reached**
42:7,19

**read**
74:13

**ready**
8:5 44:5

**real**
48:4,10 50:25

**Realized**
8:13

**really**
9:9 12:17 13:4,15 15:11
23:19,24 24:24 32:15
33:19 39:14 44:11 48:8
51:12 52:25

**reason**
20:16 31:19 59:17 60:10

**rebid**
59:20

**recall**
12:2 46:5,10

**recently**
41:21 46:12

**recess**
47:19 68:14

**record**
18:20

**recovery**
31:16

**recruited**
39:14 42:10

**recruiting**
39:6,11

**referenced**
48:21

**referencing**
55:17

**referring**
60:3

**regardless**
17:6 39:15

**relevant**
34:12

**rely**
66:16

**remember**
37:24 41:18 51:12

**repeat**
18:24

**report**
7:6

**REPORTER**
74:10

**represent**
6:9

**require**
67:17

**reserve**
74:8

**resigned**
40:6

**retention**
22:13,19 32:19

**revenue**
61:12 62:1 63:6 73:21,24

**review**
44:8 50:10

**reviewed**
44:10 46:6 53:24 63:5

**reviewing**
44:22,23

**revision**
53:25 54:1,5

**revisit**
47:11

**Rich**
17:19,20

**rid**
24:8

**Rig**
40:15

**right**
18:19 22:24 25:3 28:4,
24,25 29:4,6,17 30:4,9,
15 31:1,12 33:3 36:11
44:2,7 49:19 51:12 52:1,
5,10 53:12,16 54:10,11,
20 55:12 56:2 65:25
66:23 67:14 68:11 72:16

73:20 74:1,6,9

**right-hand**
42:14

**rights**
11:3,4,8 13:11 37:18

**role**
7:16 10:15 13:3 41:8,15
43:25 69:8

**room**
16:17

**run**
14:12 41:22

**running**
9:3 13:1 42:25

**Ryan**
8:3,13,19,23 9:15,18
10:1 30:7

**Ryan's**
27:12 30:13

——————

**S**

**Safety**
12:9,10

**said**
9:14 10:20 12:4 17:10,
12,15 32:22 35:15 40:12
41:10 42:7 45:3 47:23
57:15 60:8 64:16 66:24
67:3 71:4

**sales**
69:10

**same**
21:3,7 23:11 49:14,18
54:3 58:1 62:12,13
64:10,22 66:11

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**sat**
  39:19 61:4

**save**
  25:13,19,20 29:23 30:1
  50:15,16 54:18

**saved**
  53:22 69:16

**saving**
  55:10

**say**
  12:1 14:8 18:20 19:23
  22:8 23:3 25:23 29:13
  30:24 37:9,22 38:2 39:5
  43:3 44:15,20 46:9 47:2
  52:20 54:16 55:6 57:13
  62:15 63:22 65:16

**saying**
  27:4 28:20 30:2 34:20
  49:5 54:18

**says**
  14:10 36:24 37:2,12

**schedule**
  66:7

**scratch**
  40:24

**screen**
  56:7

**second**
  53:21

**seconds**
  6:8 14:9

**see**
  11:6,8 13:25 14:4,7 21:9
  31:17,20 36:24 37:12
  53:20 54:14 55:4

**seeing**

**11:5**

**seen**
  26:10

**send**
  17:13 44:9 65:13 71:25

**sending**
  66:12,18 72:10

**sense**
  48:11

**sent**
  50:5,10 55:1 56:15,25
  61:24

**separated**
  15:8,9,12

**September**
  38:22,23 61:9

**server**
  9:10 33:18

**servers**
  6:12

**service**
  29:16

**services**
  12:22 33:9

**set**
  6:10 7:19,23 8:24 10:1
  11:8,13,20 13:9,21 15:2
  24:7 27:13 36:1,5 37:17,
  20,23 38:3,5 44:13,14
  48:1,5 71:5

**seven**
  12:2,3

**several**
  59:14

**share**

**26:18 33:24 54:12 56:6**
**69:17**

**shared**
  8:18 9:16 11:17 15:8
  23:2 24:17 25:25 26:15,
  17 27:7,22 31:24 49:1
  51:4,7,8 53:7 54:9,14
  55:25

**Sharepoint**
  9:7 32:23 49:2,6,16,18

**sharing**
  10:5,11

**Shawn**
  35:17 36:19,20 39:21
  60:20

**she**
  18:22

**sheet**
  19:16,17,22,23 50:7,8,12
  70:18 71:18,20,23

**sheets**
  69:10

**short-term**
  63:13,16,18,22

**should**
  14:3 18:15

**show**
  26:5

**side**
  22:7 33:18 36:16

**sign**
  74:13

**similar**
  20:25 21:2 49:15 53:17
  63:12

**Sims**
41:7

**since**
17:25 18:9 20:12 39:24
59:19

**single**
59:21

**sir**
9:17

**sit**
39:3

**site**
66:3

**sits**
9:6

**size**
66:10

**slowly**
51:12

**so**
6:13,15 7:9 8:12,19,20,
22 9:9,14,17 10:1,5,10,
22,24 11:4,7,13 12:4,19,
25 13:7,14,22 14:4 16:5,
13,22 17:16 18:6,15,18,
19,25 19:17 20:1,13,23
21:7,22,23 22:3 23:3,13,
23 24:3,5,8,20 25:4,6,12
27:21,25 28:5,17,20
29:15,20,21,22 30:5,10
31:2,8,14,22 32:15,21
33:14 34:6,10,17,23
35:5,13 36:4,7,17 38:3,5
39:14 40:5,6,19,22 41:22
42:14 43:9 44:4 45:24
46:3,16,18 47:6 48:7,10,
12,18 49:7,10,20 51:2,
10,13,18,19,21 52:16

53:6,14 54:5,8,24 55:8,
23 56:21 57:11,14 59:15,
18,22 60:10 61:21 62:4
64:3 65:23 67:3,19 68:24
69:1,8,10,12 70:1,9
71:12 72:10

**software**
33:10 71:1,7

**sole**
66:24

**some**
11:7 18:18,21 19:12
25:16 29:8 34:4,9,10,11
42:24,25 47:15 52:2,4,17
56:4 57:25 58:24 59:11
61:21 73:1

**somebody**
24:9 43:17 51:9 68:12
72:1

**someone**
6:13 14:21 36:16 44:12

**something**
11:12 12:2 23:5 45:9
52:6,14 53:17,19 66:2
69:5,6,13,16 70:13 73:5

**Sometimes**
66:9

**somewhat**
64:21

**somewhere**
9:13 12:3 26:10 28:10
46:14 50:22 60:5

**sorry**
18:14

**sort**
47:7 72:11

**sound**
26:13

**sounded**
27:3

**sounds**
26:13 64:16

**sourced**
59:21 66:25

**span**
63:11

**speak**
54:5

**specific**
50:16 57:24 61:14

**specs**
65:18

**spend**
68:19 70:6 72:17

**spending**
70:19

**spreadsheet**
20:5 21:6,7,13 68:25
69:3,20,21 70:1,16 72:18
73:6

**standard**
19:17

**standardized**
53:1

**start**
23:3 40:24 42:23 50:13
54:25

**started**
40:5 42:5 61:15

**status**
67:18

**stay**
 51:10 60:8

**step**
 8:23 26:1,14

**steps**
 49:25

**stick**
 57:16

**still**
 20:6 26:5 31:3 58:4 62:8
 73:10

**storage**
 32:18 33:18 49:12

**store**
 30:25 33:16

**stored**
 29:10,21 49:4 50:21,22,
 24 55:2

**structure**
 15:7 24:22 49:15

**structures**
 49:16

**stuff**
 15:6 16:13 17:3,17 22:2
 35:11 36:3 48:16,17 51:1
 71:12

**style**
 70:12

**subject**
 58:8

**submitted**
 57:5,7

**submitting**
 71:17

**suite**

 9:5,6 25:5,18 26:24
 28:22,23 30:4 31:11
 32:24,25 33:7 35:12 37:6

**sum**
 72:10,14

**summarize**
 11:10

**supervisor**
 41:15

**support**
 38:3

**sure**
 9:1,11 12:19 13:6,17
 14:6 16:18 18:2,8,10
 20:9 24:10 26:19,20
 29:12,15 31:6 34:14
 37:11 39:5 43:14 47:14,
 18,23 48:4,7 51:2 54:17
 57:2,14,16 59:7 60:1,12
 61:5 64:7 65:12 66:22
 67:15 68:10 70:6 71:25

**sworn**
 6:3

**sync**
 25:13,16

**synced**
 28:15

**synchronize**
 48:1,13,14

**synchronizing**
 48:16

**syncing**
 26:11 32:11

**syncs**
 32:10

**system**

 7:23 11:24,25 17:22,23
 24:12 28:18 36:10 73:2

**systems**
 45:11

**T**

**table**
 46:24 61:4

**take**
 8:23 26:2 47:9,17 49:25
 54:17 64:25 66:6,11

**taking**
 13:4

**talk**
 8:23 22:25 60:21 70:11

**talked**
 17:10 27:1 32:17 37:4
 39:16 60:2,3 71:4

**talking**
 24:13 33:17 39:6 40:5
 41:11 54:3 61:15 62:16

**Tdardenne@isg.work**
 34:18

**team**
 52:25

**Teams**
 33:2 49:3,9,10,12,13,16,
 17 56:3

**technician**
 13:2 41:9,11,14,23

**Technician/helping**
 41:12

**technicians**
 7:9,10 23:24

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**tedious**
51:3

**tell**
11:11 17:8 23:21 51:13
60:13 66:16 73:23 74:1

**telling**
14:24 70:16 72:20

**tells**
18:22 68:12

**template**
50:13

**ten**
44:25 46:3

**term**
19:24

**testified**
6:3

**Texas**
7:1,2 15:9,10,13 36:15
40:16,20,23 45:21

**text**
61:6

**than**
8:8,11 15:1 21:12 42:16
54:13 66:4

**Thank**
64:8

**that**
7:4,23 8:2,7,10,13,24 9:2
10:9,11,12 11:16,19,20
14:1,3,11,12,14,18 15:8,
18 16:17 17:3,6,9,18,21,
24,25 18:4,11 19:15,18
20:1,6,11,15 21:13,17
22:2,22 23:5,15,24
24:13,16,23 25:1,17,20
26:3 27:2,6,8,23,25 29:1,

7,8,9,10,16,17,19,20,22
30:4,11,16,17 31:25
32:1,10,18,20,25 33:7,8,
9,10,15,19 34:8,11,12,
14,18,19,20,23 35:1,2,
18,19,21,22 36:2,22
37:3,4,9,13,14,16,23
38:4,21 39:13,22 40:19,
23 41:20 42:6,8 43:3,17,
19,24,25 44:3 45:3,24,25
46:3,4,5,24 47:23,24,25
48:2,11,20,24 49:8,11,
14,21 50:5,11,12,13,21,
25 51:6,11,14,15,18,19
52:11,17,21 53:6,8,13
54:16 55:4,7 56:6,13,14,
19,24 57:5,9,17,18 58:2,
3,13,19,20 59:7,11,12,
14,19,25 60:3,8,10,13,
15,17,22,24,25 61:18,24
62:1,8,9,19 63:4,5,10,17
64:4,10 65:4,20,21,22,
23,24 66:19,24 67:6,8,
20,24 68:1,18,24 69:3,5,
8,16,17,21,22 70:1,12,
13,25 71:2,6,14,19,24
72:2,3,9,11,23 73:2,10

**that's**
6:15 9:24 10:10 11:22
14:11,12 18:25 19:23
20:1,5 22:7,21 25:22
26:9 27:9,15 28:12,15
30:7 31:22 32:24 33:13,
14 34:7,22 36:1,13,21
40:5,21 41:10 47:16
49:15 52:11 53:22 56:10
58:8 59:14,16 62:12
69:2,16 70:16 71:2,24
72:12,19,20 73:17,22
74:7

**the**
6:8,12 7:3,16,17,19,23
8:15,18,25 9:12,15,16,20
10:9,11,17 11:2,16,20
12:23 13:2,3,10,11,14
14:1,5,13,23 15:7,11,17
16:17,22 18:20,23 19:1,
18 20:1,3,25 21:3,7,10,
13,16,20,24,25 22:1,7,8,
13,14,18,19,25 23:2,5,
10,11,14,17,22,25 24:4,
5,10,11,13,16,18,20
25:4,5,6,7,9,11,25 26:6,
7,8,10,15,17,18,23,25
27:2,4,8,15,18,22,23,24,
25 28:3,7,22,23 29:17,21
30:1,6,8,21 31:5,7,11,19,
21,24 32:2,6,11,12,13
33:3,17,24 34:6,8,13,18,
19,24 35:3,6,8,17,22,24
36:4,8,16,21,23 37:5,6,
15,17,18 38:16 39:4,7,
11,20 40:1,11,13,19
41:10 42:12 43:7,9,18
44:8,25 45:7,13 46:5,13,
21 47:5,24 48:1,5,6,13,
14,16,17,21 49:18,21,22,
25 50:1,4,7,9,22,23 51:1,
4,7,8,13,16,22 52:9,12,
13,14,16,20,21,22,25
53:3,17,21,25 54:2,8,13,
23,24 55:1,2,4,13,17,21,
25 56:6,10,15 57:1,9,11,
17,20,21 58:2,3,16,18,20
59:8,12,13,17 62:12,16,
17,19,22 63:4,5,21 64:4,
10,14,22 65:3,5,11,16,18
66:3,6,7,10,12,13,23
67:12,19,20 68:3,6,19,21
69:1,2,9,16 70:1,6,16,20,
23 71:15,17 72:5,6,9,18,
21 73:7,14 74:3,10,11

**their**
15:3 20:5 22:5,6 24:15
31:15 71:16

**them**
8:14 11:8 13:10 14:24
15:5 16:1,6 20:23 23:22
27:6,11,12,13 31:9 36:8,
16 37:15,18 40:20 44:20
46:13 50:10 58:15 59:14
60:4,6,12,13,16,21 61:9,
11,15 63:16,20 64:14
66:16 67:11,16,17,21
72:1

**then**
7:11 8:20 9:5,14 10:14
11:11,19,23 14:10 15:7,
12 19:22 21:25 22:6
23:3,25 24:10 25:1 26:17
27:1 30:12,17 33:5 35:1,
5 36:23 41:14 44:1 47:12
50:5,15,20 51:22 52:6,11
53:25 54:12 55:5 56:7
59:19 67:6 70:5,25
71:19,25 72:22 73:7,21

**there**
7:15,20 10:10 11:24
12:3,6,16 13:15 16:19
19:21 23:3,21 24:1,8,21
26:1 27:13,15 28:20
32:11,18 33:9,16 36:18
42:4,23 46:1,15 49:1,15,
18 50:12 51:9 53:3,21
56:13,22,24 57:2,14,16
58:17,18,24 59:7,11,18
60:9 61:21 62:13 64:9,17
69:21,24 71:21 73:1

**there's**
7:10 9:9,10 12:4,13,14
21:11 25:12 26:14 29:19
30:10 31:23,25 32:13

55:10 59:18 62:7 65:1,21
69:20 72:22

**therefore**
51:20

**these**
12:22 35:1 37:15 38:6
42:1,21 43:3 59:16 60:21
61:13 62:2,6 63:17 64:4,
5 67:9 68:8 70:18

**they**
7:8,9,18,22 13:12 16:3,
25 19:14 20:25 21:3,7
22:3 24:18,19,22 27:7
31:5,8 32:2 40:16 42:4,6
43:5 45:2 48:7 53:11,18
56:10 57:1 59:13,21
62:13 63:12,19 64:9,10
65:13 66:16,17 67:1,3,6
68:22 71:15,16,17,23
72:1

**they're**
21:2,4 24:16 28:5 43:9
63:15

**they've**
24:3 53:20 70:20

**thing**
15:3 62:12 72:11

**things**
11:3 14:25 66:19

**think**
8:5 12:13 18:6 23:20,23
31:13 33:13 35:15 37:4,
8,13,22 40:2,12 41:17,19
44:25 46:24 47:6,22
48:18 58:17 63:23 64:14
68:12,13 69:19,23 72:12
74:6

**thirty**
14:9

**this**
6:9 14:8,10 22:8,11
25:18 26:19 31:14 32:1
33:23 34:6,10,12,14
37:5,14,17 43:23 44:16
45:2,7,10,13,14 46:12,18
47:3,22 51:2,3 55:20
56:22 58:4 59:9 62:13
69:12 70:8,10,11,19,20,
22 71:11 73:5,13

**those**
7:8 9:21 10:12 11:9 16:2
19:2,11 20:22 22:14
27:21,22 46:3,10,11,16
47:7 48:20,22,24 49:14
57:3,17,21,23 58:1,6
59:1,2,8,20,22 60:3 63:6,
9,14,18 64:7 67:19 69:10
70:6

**though**
43:24

**thought**
32:22 61:12,16

**thousands**
62:21,22

**three**
17:13,14 39:16 40:11,12
41:6 42:1,21 43:3 46:12
62:8 64:2 68:16

**through**
8:19 14:1,13 19:18
21:20,22 22:5,6,7 27:23
29:16 30:21 32:13 36:12,
20 37:4 49:21,25 54:10
65:1,6 73:10,19

**throughout**



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

69:7

**thumb**
16:6,11

**Thus**
63:1

**ties**
37:2,12

**time**
13:14 23:14 29:14 37:10
54:3,16 56:10 57:13
58:20 70:20 71:7,16,17,
18,20,23 72:10 73:5 74:9

**times**
44:19 66:4

**tiny**
63:25

**title**
6:22

**to**
6:16,18 7:6 8:5,20,22
9:20,23 10:2,9,19,23
11:1,2,3,4,5,6,8,10,24
12:13,14,17 13:1,3,5,8,9,
11,21,24,25 14:3,5,7,8,
14,17,19,24,25 15:5,12,
24 16:1,18 17:3,4,6,10,
12,16,20 18:11,13,20,21,
24 19:1,4,15,19,22 20:3,
16,20,25 21:5,16,19,23,
25 22:8,9,25 23:2,19
24:16,18,19,22,23,25
25:6,7,11,16,20 26:1,5,7,
14,16,18,19,22,24,25
28:15,22,23 29:2,12,22
30:5,6,7 31:2,4,5,7,9,10,
20,21 32:2,10 33:10,15,
22,24 34:3,4,11,13 35:1,
19,21,23 36:5,8,12,15,19

37:2,6,12,15,18,22 38:6,
8,18,21 39:6,7,8,10,13,
16,17,25 40:1,3,19,22,24
41:22,24 42:7,8,10,12,
18,19,20 43:3,11 44:3,5,
9,10,16,24,25 46:4,19,
21,23 47:2,22,25 48:1,3
49:10,20 50:1,5,9,10,12
51:3,8,10,19,21 52:6
53:1,4,5,11,13,18,19,20,
23,24 54:3,4,5,7,8,17,23,
24,25 55:1,2,4,5,6,7,9,
13,21,24 56:4,12,15,23
57:4,6,8,11,18,25 58:2,4,
8,11,13,25 59:8,13,15,
20,21,22 60:2,3,4,5,9,14,
15,20,22,25 61:3,4,8
62:13 63:1,2,15 64:7,24
65:1,5,8,18,19,20,21,23
66:2,6,7,13,16,21 67:1,3,
11,12 68:6,18,23,25
69:6,9,10,12,13 70:6,10,
11,14,17,18,22 71:5,11,
24,25 72:4,5,7,14,16
73:14 74:1,9

**today**
6:10,16

**together**
43:11 44:17 50:4 66:13

**told**
13:1 15:5 38:21 60:4,6

**Tony**
41:6,14,17,21 42:6,10,
14,19,24 43:12,19

**Tony's**
42:14

**took**
8:13 10:14,22 16:25
27:12 30:12

**tool**
72:23

**tools**
20:1,18 68:18

**topic**
27:3

**topics**
68:17

**total**
50:9 73:24

**totally**
64:5,6

**touch**
9:12

**touched**
14:9,11

**tough**
51:11

**track**
31:16 51:18 54:8,18,24
68:19,25 69:13 70:2,5,14
71:5,11,23 73:2

**tracked**
69:2

**tracking**
69:24 71:7,16 72:4,7

**traffic**
55:3

**trainee**
43:22

**transcript**
74:11

**Travis**
38:13 39:2,20,23,25
44:15,20 46:7 50:6 53:7,



**AdvancedONE**
LEGAL

(866) 715-7770
advancedONE.com

18 55:6 60:19 63:5

**treated**
59:13

**tried**
13:21

**try**
11:10 19:1 22:25 43:11
51:21 57:18,25

**trying**
12:13 29:2 31:20,21
44:25 55:9,13 71:11

**turn**
28:21 30:11 33:1 34:4

**tweak**
53:19 56:7

**two**
21:10 30:10 40:12 41:4,5
62:7 63:21 64:17,19 65:3
67:20 68:16

**type**
23:11 45:4

**typically**
43:1 51:10 53:23 66:14

———————————

**U**

**Um-huh**
12:21 16:8 27:19 35:25
37:1 46:2 56:18 58:23
61:2 70:4

**under**
9:17,24 19:14 21:24
36:19,22

**underneath**
13:8

**understand**

11:11 14:18 27:22 29:3,
13,24 30:2 31:23 37:8
49:5 54:6,8 55:13 57:11
63:10 65:14 71:8 72:8

**understanding**
16:19 25:7 32:9

**understood**
16:23 36:23 47:23

**unique**
22:4

**unless**
18:22 26:6,25 68:12

**until**
71:5

**up**
7:19,23 8:24 10:1 11:8,
13 13:9,21,23 15:2 17:17
23:16 24:7 26:5 27:13
36:1,5 37:18,20,24 38:3,
5 48:1,5 51:23 53:3 64:7
71:6,22

**upload**
24:18 25:11

**us**
59:21 66:16 67:2,3

**use**
12:20 21:13,16,18 32:14,
23 33:12,13,20 39:11
48:9 49:22 60:9 68:24
69:3 70:14

**used**
20:25 58:18

**user**
22:9 24:1,7 29:3,20,22
37:5

**username**
34:19

**users**
27:5

**uses**
20:2 32:18 33:10 71:8

**using**
25:17 68:18 69:6 70:12

**usually**
53:3 66:5

———————————

**V**

**various**
55:11

**vendor**
67:18,22

**versa**
11:7

**version**
53:14,21 54:10

**versions**
54:19 55:11

**versus**
68:20

**very**
43:13,14

**vice**
11:6

**videos**
28:13

**viewed**
14:8

**virtual**
25:2

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

## W

**Wait**
71:22

**walk**
49:20 65:15,19 66:3,7

**walking**
65:6

**want**
16:18 22:24 24:19 26:19
27:7 34:13 37:22 42:8
46:20 47:1,2,22 49:20
51:8 53:19 64:6

**wanted**
13:24 26:16 36:8 40:3
50:9 55:4

**was**
8:2,24 9:2,23 10:1,5,11
12:23 15:4 16:11,12
17:1,5,7,14,18 18:11
19:12 29:2,10 30:7,13
31:4,23,25 34:6 36:18
37:11,24 38:1,4,20,25
39:2,3,5,12,15,22,24
40:4,19 41:20,23 43:24
44:3,13,14 45:3 46:14,21
47:22 50:4,25 56:16
57:16,23 58:17 59:17
60:6,18 61:18,21 62:1
64:4,14 66:24 67:8 68:20
69:10

**wasn't**
7:15 13:4,15 39:14 69:8

**way**
10:9 25:6,7 42:8 54:8
56:10 59:12 62:7

**we**

6:7,10 8:14 9:12 11:3
12:25 13:8,22 15:2 16:15
18:15 19:13,15 21:12
23:23 24:8 27:1 33:12,
13,20 34:15 36:17 37:4
40:5 41:21 43:13 44:11,
16 46:19,22,24 47:2,21
48:6 49:11 50:7,9 51:8,
13,16,17,18,21 52:25
53:12,13,25 54:4,17
56:20 59:13 60:25 61:4,
15 62:4,5 64:7,16 66:9
67:11,16 68:23 70:10
71:3,5,6,7 72:9 73:4,25

**we'd**
44:15 55:1

**we'll**
23:3 42:22 54:3 74:8,12

**we're**
9:9 33:25 34:15 54:1
58:7 60:9 64:3 66:21
68:12,13 69:23 70:19
71:12 73:9 74:2

**we've**
6:10 32:17 41:11 43:15
51:12 52:15 53:1 55:8,21
58:13 59:19 63:17 67:21

**website**
25:3 28:24 32:13

**websites**
28:5

**week**
63:15 66:11

**weeks**
17:13 64:2

**well**
10:16 16:24 18:2 24:24
25:23 31:5 32:23 33:5

35:15 44:3 47:5 50:24
59:4 63:18 72:3

**went**
9:17 19:20 26:25 34:15
39:17 40:4 42:11,12
44:23 50:2 55:6 56:23

**were**
6:13 7:22 8:4,5 10:11
11:3 12:22 14:14,22,23
16:3 18:11 19:3,7,10,11
20:25 23:4 27:4 31:2
34:19,20 40:11,19 41:3
42:4 45:2 46:3,5,12
56:13,22,24 57:6,14,16,
17 58:17,18,19,24 59:7,
13,19,21 60:4,13,22,25
62:2,9 64:4

**weren't**
62:9 64:7,9

**what**
6:15,25 8:4,5,13,23,24
9:2,24 10:22 13:25 18:25
19:13,20,21 21:8 22:13
23:13 24:12 25:20,22
26:9 28:20 29:13,24 30:2
31:4 33:8,24 34:5,15
35:21,22 37:8,13 39:3
45:18 46:5 47:23 48:7
49:5 50:1,4,8,9,11 51:4,
13 52:17 53:4,20 54:4,12
55:1 56:3 58:6 61:16
62:19 63:21,23 65:2,3,4,
8,20 66:17,21 68:2,20
70:2,19,22 71:19 72:2,4,
7,8,12 73:23 74:5

**what's**
6:22 27:23 41:8 44:8
54:13,15 55:2 65:11 72:5

**whatever**

13:12 24:19 28:13 31:8
37:18 50:18 70:9,15

**when**
7:19 8:14,24 10:10,14
12:19,23 13:22 14:21
16:5 17:2 19:2,23 20:12
21:23 23:14 24:20 27:13
29:15 30:2,3 33:1 34:20
36:18 37:24 38:20 40:2,5
42:2,4,10,12,24 44:4
46:10 53:6,14 55:5
56:12,23 57:15,17 58:22
60:19 62:12,15 66:6,7
71:3

**whenever**
16:4 17:1,7 61:15

**where**
6:10,11,24 9:23 10:25
13:21 14:24 15:5,21
24:22 29:9 31:20,24 32:4
35:2 36:1 40:3,11 45:6,
21 48:6,24 49:3 50:2,20
51:21 52:11 53:1 54:25
55:9 60:18 70:10 71:20
74:2

**whether**
22:17 57:1 65:9

**which**
9:5 17:1 18:21 21:22,25
30:13

**while**
14:22 17:12,24 18:11
19:11

**who**
6:13 8:2 11:21 12:19
13:7,25 16:16,19 17:18
20:22 23:22 35:16 36:16
37:20 38:25 39:2,3,5,19
43:20 46:21 67:24

**whoever**
11:1,3,8 13:11 14:9 15:4
37:17 51:21

**whole**
37:5 68:3 70:12

**why**
10:17 31:22 59:14 60:10
61:3 64:25

**will**
25:19,22,25 26:3 37:14
42:24,25 43:12 51:10
53:19 63:6

**willing**
66:21

**win**
43:11 52:20 67:12

**winning**
69:23

**with**
9:4 14:16 15:24,25 16:7
20:17 27:7,9 29:8,17,20
30:23 34:13 39:4,19
41:12 42:2,12,24,25
45:24 48:1,10,14,16 49:6
51:1,19 52:18 53:7,17
56:19 57:16 58:2 59:16,
18 60:15,19,21 66:20
67:16 71:12,19,23

**within**
63:14

**without**
31:15 67:14

**witness**
6:2 57:9

**won**
43:4 46:8,11,12,14 52:15
57:1 59:25 63:4 64:22

66:24 68:17 70:3,10

**wondering**
26:9 31:25 72:3

**word**
33:3 39:11 58:18

**work**
15:21 19:3,7,10 27:3
39:13 40:1 43:4,7 45:4,8
51:20 57:5,18,21 58:3,4
59:25 60:15 63:10,12
64:22,23 65:17 67:12
68:5 71:4

**worked**
13:7 41:19 42:16 56:20
71:17

**working**
15:5 24:16 25:8,18,23
35:11 50:25 56:14,16
57:6 58:19 64:4 72:16
73:10

**works**
32:16 45:19

**world**
13:3 53:12

**would**
11:16 12:1,6 13:9 15:2,3
16:25 17:3,11 24:18
26:1,4,7,14,17 28:3 29:7
30:18 31:3,5,7 32:1 33:8
34:23 35:2,10 36:1,4,10
38:2 39:20 44:1,19
45:11,13 46:22 51:14,15
52:13,14 55:6,25 56:6
57:2 58:24 63:1,3,21
64:2 65:16 66:9 68:8

**wouldn't**
13:22 20:16 23:20 26:24
38:10,14 69:24 71:3



**wrong**
11:12

**Y**

**Yates**
38:15 39:20

**yeah**
7:10 8:1 12:1,6 14:6
16:10,13 19:25 20:5,8,13
21:22 22:5 23:9 24:3
25:21 26:12,16,24 28:2
29:18,24 30:20,22 33:6
34:22 36:1 38:2,10
40:14,24 44:1,18 45:10
46:17,22 47:15 49:7,9,12
50:12 51:15 53:10 55:15,
19 57:21 61:20,23 62:25
63:15 66:2 67:1,7 68:3,9
70:19 72:3 73:18

**year**
38:24,25 43:23

**year-long**
63:20

**years**
19:18

**Yebra**
13:7

**yes**
6:21 7:5 9:17 11:15 14:3,
20 15:16,20 18:10 19:6,9
20:19,21 21:2,15 22:10,
12 27:17 28:2 31:5 32:3,
6 34:25 35:4 36:6 37:8
40:21 41:2 43:6,8 45:5,
15 48:23,25 49:12 50:14
52:3 55:7 56:8,19 58:3,
24 60:1,23 61:25 62:18
64:12,20 66:4 67:5 69:4,

15 70:21,24 74:12

**yet**
7:15 40:5 62:10

**you**
6:10,13,18,20 7:4,6,13
8:4,5,6 9:14,18,19,20
10:10,14,15,17,20,25
11:5,11,13 12:4,22
13:11,20,24 14:1,3,4,10,
14,17,18,19,21,22,23,25
15:2,14,21,23,24 16:2,5,
7,9,22,23 17:2,3,8,11,14,
20,21,24,25 18:4,8,11,
22,23 19:2,4,7,10,11,15,
23 20:6,10,14,17,20
21:9,13,16,17,22,23,25
22:8,13,16,21,22 23:4,
10,15,21 24:1,6,13,23
25:9,13,17,19,24 26:1,4,
6,14,16,17,19,21,24,25
27:2,4,6,8,22 28:2,3,4,5,
9,13,17,18,21 29:8,17,21
30:3,11,12,19,24,25
31:2,7,14,15,25 32:6,9,
14,19,21,22,25 33:1,2,8,
9,15 34:3,4,13,17,19,20
35:5,11,13,15,16,18,21,
22 36:1,2,4,7,10,14,15,
20,22,24 37:5,9,11,20
38:6,7,8,18,20,21 39:1,3,
6,12,13,22,25 40:6,12,
17,19,22 41:10 42:2,4,7,
18 43:18,24 44:4,5,8,19,
20 45:2,22 46:4,5,7,10,
20,24 47:1,2,3,23 48:12,
20 49:9,10,11,12,14,21,
25 50:1,2,5,13,15,16,20,
21 51:3,4,6,13,21 52:6,
17,20 53:6,12,20 54:9,
12,14,18,25 55:1,4,6,10,
24,25 56:12,14,22,23,25

57:4,6,11,12,15,17,18,25
58:17,18,19,20,25 59:5,6
60:2,4,8,9,10,13,15,19,
21,22,24 61:6,9,11,12,24
62:2,15 63:4,21 64:8,25
65:8,9,10,13,15,18,23,24
66:1,2,6,7,12,16,18,24
67:3,8,9,14 68:1,3,17,19,
20 69:3,5,6,12,18 70:2,3,
5,13,14,16 71:4,7,19,20
72:5,6,8 73:1,7,14,23
74:3,10

**you'd**
29:7 31:9,10 56:6

**you'll**
18:24 51:24 52:2,16

**you're**
14:6 15:9 21:8 25:8,17,
18,20,23 26:22 28:22
29:13,25 30:2 34:5,7
37:8,19 39:19 45:3,21,24
49:5 50:11 54:18 55:17
56:9 58:10 60:3 62:16,22
65:4 66:8 67:22 68:2,18
70:6 71:15 72:2,4,7,8,12,
13,15

**you've**
17:25 18:9 27:25 28:22,
23 40:25 44:20 69:13
72:14

**your**
6:22 7:16 17:15 18:4
20:20 23:3,8,13,14 25:3,
7,14,15,18,24 26:5,21,23
27:9 28:4,9,15,19,21
29:10 30:3,4,10,11,16,23
31:4 32:10,24 33:14
35:9,10,11,12 36:1,15
40:22 49:22 50:1,5 60:14
63:11,22 64:23 66:20

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

69:7,13 70:14 71:5,23
72:16 73:8

**yourself**
68:7

---

## Z

**zoom**
16:15,20