```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF LOUISIANA
    **************************************************

MMR CONSTRUCTORS, INC.,

                          NO. 22-267

VS.


JB GROUP OF LA, LLC D/B/A
INFRASTRUCTURE SOLUTIONS GROUP
and DAVID HEROMAN

    **************************************************



                DEPOSITION OF BEN HUFFMAN


          Taken on Monday, March 27, 2023,
                at the Law Offices of
                  Dunlap Fiore, LLC
          6700 Jefferson Highway, Baton Rouge, LA


          REPORTED BY: KIMBERLY GIBNEY, CCR, RPR

    **************************************************
```

**CERTIFIED TRANSCRIPT**



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 2..5
BEN HUFFMAN, 03/27/2023

Page 2

```
 1                    INDEX
 2
 3                                          Page
 4   Caption                                1
 5   Appearances                            5
 6   Agreement of Counsel                   6
 7   Reporter's Certificate                 152
 8
               INDEX TO WITNESSES
 9
     Witness                                Page
10
     BEN HUFFMAN
11
       By Mr. Kee                           7
12
13              INDEX TO EXHIBITS
14   Exhibit     Description                Page
15   1           Ben Huffman Resume         23
16   2           MMR Project Controls Plan  31
                 - MARKED AEO
17
     3           Excel Spreadsheet, JA Report  45
18               - MARKED AEO
19   4           February 22, 2022 Email, Ben  55
                 Huffman offer letter
20               - MARKED AEO
21   5           February 23, 2022 Ben Huffman  64
                 Application for Employment
22
     6           2021-2022 ISG Employee     83
23               Handbook
24   7           May 12, 2015 MMR           90
                 Acknowledgment of Receipt of
25               Updated Policies and
                 Procedures
```

Page 3

```
 1
                INDEX TO EXHIBITS CONTINUED
 2
     Exhibit     Description                Page
 3
     8           March 7, 2022 Email from T.  99
 4               Dardenne to B. Huffman, Blank
                 Timesheet
 5
     9           Excel Spreadsheet of Timesheet  103
 6               - MARKED AOE
 7   10          March 8, 2022 Email from S.  103
                 Huffman  to S. Breeland and J.
 8               Yates, BS Report Test, New -
                 With Formulas
 9
     11          Excel Spreadsheet BS Report,  108
10               New - With Formulas
                 - MARKED AEO
11
     12          March 17, 2022 Email from B.  109
12               Huffman to S. Breeland and J.
                 Yates, BS Report with New
13               Codes with Attachments
14   13          Excel Spreadsheet,         111
                 Second BS Report
15               - MARKED AEO
16   14          March 14, 2022 Email Thread,  114
                 Airline at Clearview Schedule
17
     15          ISG Document from Timekeeping  119
18               Program
19   16          March 17, 2022 Email from T.  124
                 Dardenne to B. Huffman,
20               OHTS_Project Title
21   17          Excel Spreadsheet, MMR     125
                 Overhead Top Sheet
22               - MARKED AEO
23   18          March 17, 2023 Email to B.  127
                 Huffman from D. Bourgeois,
24               ISG 22-0022 GS
25   19          Excel Spreadsheet, Green Sheet  132
                 - MARKED AEO
```

Page 4

```
 1              INDEX TO EXHIBITS CONTINUED
 2   Exhibit    Description                 Page
 3   20         Excel Spreadsheet, Diamond  134
                Est.
 4              - MARKED AEO
 5   21         March 21, 2022 Email to T.  134
                Besse from B. Huffman, Mounes
 6              Working Schedule
 7   22         March 22, 2022 Email from B.  137
                Huffman, Proposal Issue Form
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1   APPEARANCES:
 2   Representing the Plaintiff:
 3     JONES WALKER
       201 St. Charles Avenue
 4     New Orleans, LA 70170
       504-582-8000
 5     pkee@joneswalker.com
 6     BY:  P.J. KEE, ESQ.
 7
     Representing Infrastructure Solutions Group:
 8
       DUANE MORRIS LLP
 9     30 South 17th Street
       Philadelphia, PA 19103
10     215-979-1104
       shsutherland@duanemorris.com
11
       BY:  SHANNON HAMPTON SUTHERLAND, ESQ.
12
13   Representing David Heroman:
14
       KEEGAN, JUBAN, LOWE & ROBICHAUX, LLC
15     5555 Hilton Avenue, Suite 205
       Baton Rouge, LA 70808
16     225-364-3600
       anr@keeganjuban.com
17
       BY:  AMBER N. ROBICHAUX, ESQ.
18
19   Also Present:  Matt Welborn
                    Jason Yates
20   Also Present via Zoom:
21           JONES WALKER
              Tom Hubert, Esq.
22            Michael Lowe
              David Heroman
23
     Reported by: Kimberly L. Gibney, CCR
24               No. 2016010
25
```



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 6..9
BEN HUFFMAN, 03/27/2023

Page 6
```
1              S T I P U L A T I O N
2
3      It is stipulated and agreed by and among
4  Counsel that the deposition of:
5
6      BEN HUFFMAN, on Monday, March 27, 2023,
7  is hereby being taken under the Louisiana Code
8  of Civil Procedure for all purposes as permitted
9  under law.
10
11     The witness RESERVES the right to read and
12 sign the deposition.
13
14     The original is to be delivered to and
15 retained by P.J. KEE, ESQ., for proper filing
16 with the Clerk of Court.
17
18     All objections, except those as to the form
19 of the questions and/or the responsiveness of
20 the answers, are reserved until the time of the
21 trial of this cause.
22
23
24               BEN HUFFMAN
25   having been called as a witness, being duly
```

Page 7
```
1          sworn, testified as follows:
2               EXAMINATION
3          (Commencing at 9:40 a.m.)
4  BY MR. KEE:
5  Q.     Mr. Huffman, my name is P.J. Kee.  I
6  represent your former employer, MMR.  We just
7  met a few minutes ago.  Nice to meet you and
8  thank you for patience on a little bit of a
9  delayed start.
10 A.     No problem.
11              MS. HAMPTON SUTHERLAND:  P.J.,
12 just before you get started, we do reserve the
13 right for the witness to read and sign.
14              MR. KEE:  Okay.
15 Q.     Mr. Huffman, you understand that MMR has
16 sued ISG?
17 A.     Yes.
18 Q.     And you understand that MMR is claiming
19 in the lawsuit that ISG has engaged in certain
20 unlawful conduct?
21              MS. HAMPTON SUTHERLAND:
22 Objection to form.  Vague.
23 A.     Can you rephrase the question?
24 Q.     Do you understand that MMR is claiming
25 that ISG has engaged in some unlawful conduct?
```

Page 8
```
1              MS. HAMPTON SUTHERLAND:
2  Objection to form.
3  A.     I know there's a lawsuit.  As far as
4  specifics . . .
5  Q.     Okay.  You understand that MMR's
6  claiming that ISG has misappropriated
7  information and documents, correct?
8              MS. HAMPTON SUTHERLAND:
9  Objection to the form.
10 A.     Can you simplify the question?
11 Q.     Do you understand that MMR is claiming
12 that ISG has misappropriated information?
13 A.     Yes.
14 Q.     Okay.  Information like MMR's green
15 sheets?
16 A.     Yes.
17 Q.     MMR's overhead sheets?
18 A.     Yes.
19 Q.     Budget and spend reports?
20 A.     I haven't heard about that one.
21 Q.     Proposals?
22 A.     I have heard about that one.
23 Q.     And you know that ISG has, in fact, used
24 that type of information, correct?
25 A.     Yes.
```

Page 9
```
1              MS. HAMPTON SUTHERLAND:
2  Objection to form.  Compound.
3              You can answer one by one.
4  Break it down.
5              MR. KEE:  You can object to
6  form.
7  A.     Can you rephrase the question?
8  Q.     My question was, you understand ISG has,
9  in fact, used MMR's information?
10             MS. HAMPTON SUTHERLAND:
11 Objection to form.  Compound.
12 A.     Can you specify the information?
13 Q.     Any information.  You know that ISG has
14 used MMR information?
15 A.     Yes.
16 Q.     Okay.  What information do you know that
17 ISG has used?
18 A.     Green sheets.
19 Q.     Overhead sheets?
20 A.     Yes.
21 Q.     What else?
22 A.     That's about all I know about.
23 Q.     So just -- you know that ISG has used
24 green sheets and overhead sheets that belong to
25 MMR?
```



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                Pages 10..13
BEN HUFFMAN, 03/27/2023

Page 10

1    A.    Yes.
2            MS. HAMPTON SUTHERLAND:
3    Objection to form.
4    Q.    You said yes?
5    A.    Yes.
6    Q.    And they used that to try to obtain
7    business?
8            MS. HAMPTON SUTHERLAND:
9    Objection to the form.  Assumes facts not in
10   evidence.
11   A.    I'm not aware of that.
12   Q.    Why else would you use a green sheet
13   other than to obtain business?
14   A.    To create an estimate.
15   Q.    To give to a client to get business,
16   correct?
17   A.    Yes.
18   Q.    Okay.  And when -- you know that when
19   ISG was using MMR's green sheets, they were
20   trying to get business, correct?
21           MS. HAMPTON SUTHERLAND:
22   Objection to the form.
23   A.    Can you restate it?
24   Q.    You know that when ISG was using MMR's
25   green sheets, ISG was trying to obtain business?

Page 11

1            MS. HAMPTON SUTHERLAND:  Object
2    to form.
3    Q.    Correct?
4    A.    As far as I know.
5    Q.    Same with the overhead sheets?
6    A.    Yes.
7    Q.    Since working at ISG, have you seen any
8    other MMR information or documents other than
9    those green sheets and overhead sheets?
10   A.    Not that I can recall.
11   Q.    While you were employed by ISG, did you
12   have access to any MMR documents?
13   A.    Yes.  They were on the share drive.
14   Q.    And what MMR documents were those?
15   A.    The green sheets and the overhead
16   sheets, top sheets.
17   Q.    And how was it that you had access to
18   those documents?
19   A.    Access to the One Drive.  It's a One
20   Drive, it's not a local server.
21   Q.    So you're saying once you got access to
22   ISG's cloud-based server, you saw that there
23   were MMR green sheets and overhead sheets stored
24   on that cloud server?
25   A.    Yes.

Page 12

1    Q.    What was your reaction when you saw
2    that?
3            MS. HAMPTON SUTHERLAND:
4    Objection to the form.
5    A.    Didn't really have one.
6    Q.    Did you think that was appropriate?
7    A.    Didn't really have an opinion.
8    Q.    Okay.  Did you tell -- who did you --
9    did you have a discussion with Jason Yates about
10   why MMR documents would be on ISG's Cloud-based
11   server?
12   A.    I didn't think it was relevant.
13   Q.    Okay.  What about Shawn Breeland?
14   A.    No.
15   Q.    Travis Dardenne?
16   A.    (Indicating.)
17   Q.    You didn't see any problem with that --
18           MS. HAMPTON SUTHERLAND:
19   Objection to the form.
20   Q.    -- the fact that there were MMR green
21   sheets and overhead sheets on ISG's cloud-based
22   server?
23   A.    Didn't really have an opinion of it.
24   Q.    How about sitting here today, do you
25   have an opinion about it?

Page 13

1            MS. HAMPTON SUTHERLAND:
2    Objection to the form.
3    A.    Not really.
4    Q.    Do you think it was appropriate?
5    A.    I don't really have an opinion.
6    Q.    And did you work on any of those MMR
7    green sheets?
8    A.    No.
9            MS. HAMPTON SUTHERLAND:
10   Objection to form.
11           Hold on a second.  Let's just
12   slow down.  Objection to the form.  Time frame.
13   Did he work on them at MMR?
14           MR. KEE:  Object to form, okay?
15   You can object to form.  You've objected and
16   spoken on every single question I've asked.
17           MS. HAMPTON SUTHERLAND:  I have
18   not.
19           MR. KEE:  You can object to
20   form.
21           MS. HAMPTON SUTHERLAND:  I can
22   handle my deposition the way --
23           MR. KEE:  I'm asking you, please
24   object to form.
25           MS. HAMPTON SUTHERLAND:  I



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                Pages 14..17
BEN HUFFMAN, 03/27/2023

Page 14

1  did.
2                    MR. KEE:  You don't need to say
3  anything after that.
4                    MS. HAMPTON SUTHERLAND:  I'll
5  say what I think I need to say when your
6  questions are vague and inappropriate.
7                    You can answer if you understand
8  the question.
9  A.      Can you repeat the question?
10 Q.      Sure.  Did you do any work on those MMR
11 green sheets that you saw?
12                   MS. HAMPTON SUTHERLAND:
13 Objection to the form.  Time frame.
14 A.      Time frame?
15 Q.      You can answer.  At any point.
16 A.      At ISG?
17 Q.      Correct.
18 A.      No.
19 Q.      You didn't touch those green sheets at
20 all?
21 A.      I'm sure I opened them at some point,
22 but I didn't do any modification to them.
23 Q.      Did you open them?
24 A.      Yes, I'm sure I have at some point.
25 Q.      Why would you open those green sheets?

Page 15

1  A.      Working with estimates.
2  Q.      So as you're working on estimates you
3  were opening MMR's green sheets?
4  A.      Yes.
5  Q.      How about the overhead sheets?
6                    MS. HAMPTON SUTHERLAND:
7  Objection to form.
8  A.      Yes.
9  Q.      Okay.  And you opened those overhead
10 sheets?
11 A.      Yes.
12 Q.      And did you do any work with any of
13 those overhead sheets?
14 A.      No.
15 Q.      Why was it that you were opening them?
16 A.      To review estimates.
17 Q.      When you say "review estimates," what
18 does that mean?
19 A.      Just the review process at the end of a
20 bid.  Basically, we take the estimated sheets
21 and then you review the overhead sheets to make
22 sure everything's in the bid.
23 Q.      To make sure it's in the bid?
24 A.      Yes.
25 Q.      Okay.  So you saw that ISG had used

Page 16

1  MMR's overhead sheets and green sheets to build
2  bids?
3  A.      Yes.
4                    MS. HAMPTON SUTHERLAND:
5  Objection to form.
6  Q.      And the purpose of building those bids
7  were to obtain work for ISG?
8  A.      Yes.
9  Q.      Did they win any of those projects?
10 A.      Not that I'm aware of.
11 Q.      Not one?
12 A.      Not that I'm aware of.
13 Q.      Who do you consider to be a part of the
14 executive team at ISG?
15 A.      Jason Yates, Shawn Breeland, and Travis
16 Dardenne.
17 Q.      Are you part of the executive team?
18 A.      No.
19 Q.      Did any members of that executive team
20 ask you to work on any MMR green sheets?
21 A.      No.
22 Q.      Did they ask you to work on any MMR
23 overhead sheets?
24 A.      No.
25 Q.      How was it that you came to open those

Page 17

1  documents then?
2  A.      In the review process of estimates.
3  Q.      Okay.  What does that mean?  I'm a
4  little confused.  What does that mean "in the
5  review process of estimates"?
6  A.      When an estimate is completed or they
7  fill out the sheets.
8  Q.      Okay.  Let me just stop you right there.
9  Maybe use -- like who is doing the estimates?
10 A.      It varied on whoever the estimator was.
11 It could have been anyone of the PMs or
12 whatnot.
13 Q.      Okay.  Could it have been Kasey Kraft?
14                   MS. HAMPTON SUTHERLAND:
15 Objection to form.  Calls for speculation.
16 Q.      You can answer.
17 A.      Kasey came after we developed the new
18 sheets.
19 Q.      After you developed the new sheets?
20 A.      Yes.
21 Q.      He was hired after you were -- ISG was
22 no longer using MMR's green sheets?
23 A.      As far as I know.
24 Q.      And who developed those new sheets?
25 A.      I did.

 AdvancedONE LEGAL  is now  LEXITAS

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                    Pages 18..21
BEN HUFFMAN, 03/27/2023

Page 18

1  Q.    You did?
2  A.    Yes.
3  Q.    Just you?
4  A.    Yes.
5  Q.    Did you have any experience in
6  estimating before you got to ISG?
7  A.    Estimating, no.  However, I had
8  extensive experience with the green sheets and
9  the overhead sheets prior to.
10 Q.    Okay.  Did you have any experience with
11 how to actually develop an estimate?
12 A.    Yes.  I have a construction management
13 background from LSU and over 15 years of
14 experience.
15 Q.    Okay.  Did you ever estimate any
16 projects in your 15 years of experience?
17 A.    Not at MMR.
18 Q.    Okay.  And you were at MMR since 2013?
19 A.    That is correct.
20 Q.    Okay.  So you had no experience in the
21 nine years prior to joining ISG and actually
22 estimating any projects?
23 A.    That is correct.
24 Q.    You said you developed -- once you got
25 there you developed new green sheets or new

Page 19

1  estimating sheets, I'll say?
2  A.    Labor and material sheets.
3  Q.    Okay.  And overhead sheets?
4  A.    Yes.
5  Q.    Okay.  Who directed you to do that?
6  A.    I did it myself.
7  Q.    Why?
8  A.    Because I wanted new sheets to roll into
9  our new ERP system that we were fixing to
10 implement.
11 Q.    Why did you want new sheets?
12 A.    Because I wanted to be able to smoothly
13 flow the information to the new ERP system.
14 Q.    So no one in the executive team told you
15 to correct new sheets?
16 A.    No.
17 Q.    What's ERP stand for?
18 A.    Enterprise Resource Program.  It's an
19 accounting system, basically.
20 Q.    And what is that?
21 A.    Viewpoint.
22 Q.    Viewpoint?
23 A.    Yes.
24 Q.    And that's what you used at MMR?
25 A.    It's a different system.  It's Viewpoint

Page 20

1  Spectrum.
2  Q.    Okay.  What do they use at MMR?
3  A.    Viewpoint Vista.
4  Q.    What's the difference?
5  A.    Viewpoint owns both.  Actually, Trimble,
6  the mega software company, owns both of them.
7  Viewpoint had the larger company market share,
8  and a former company known as Dexter Chaney had
9  Spectrum, which is cloud based.  And I believe
10 Viewpoint Vista is server based.  They're two
11 different platforms.  They're two different
12 softwares.
13 Q.    Functionally, are they the same?
14        MS. HAMPTON SUTHERLAND:  Object
15 to the form.
16 A.    Overall function, they're accounting
17 softwares.
18 Q.    Was it an easy transition to go from one
19 to the other, or --
20 A.    No.
21 Q.    -- did you have to completely learn a
22 new --
23        MS. HAMPTON SUTHERLAND:  Hold on
24 one second.  You guys are talking over one
25 another.  So let him finish his question, then

Page 21

1  when he's complete, then you answer.
2  Q.    Was it like learning something
3  completely new when you started using Viewpoint
4  Spectrum?
5  A.    Yes.
6  Q.    So I want to go over some of your --
7  just some of your background.
8        You joined MMR in 2013, correct?
9  A.    Yes.
10 Q.    And what was your position when you
11 joined?
12 A.    I joined at Valero Saint Charles in
13 2013.  I guess you'd call my title project
14 engineer.  I was working directly for the Valero
15 director of major projects, more or less as a
16 pass-through employee.  It was for them to help
17 track loop package turnover.
18 Q.    Okay.  And then can you walk me through
19 just the different positions that you did have
20 at MMR before you left, like up to --
21 A.    Up to and through?
22 Q.    And your departure, yeah.
23 A.    So from 2013 my initial job with them
24 was to do loop package turnover, basically,
25 tracking, building spreadsheets, compiling or

 is now LEXITAS™

MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 22..25
BEN HUFFMAN, 03/27/2023

Page 22

1  creating databases to compile information for
2  that director so that he could meet his
3  reporting requirements.  I taught myself the
4  database functionality to try to streamline
5  that.  Working 7-, 12-hour days, seven days on,
6  one day off, gets a bit tedious.
7  Q.      Were you saying Access?  What were you
8  using for --
9  A.      Yes.  Standard --
10  Q.      Microsoft Access to build databases?
11  A.      Yes, sorry.
12  Q.      And we can go into what you were
13  actually doing, but what was your titles as your
14  title changed, if you recall?
15  A.      Project engineer.  Then once I left
16  Valero, I got brought into the home office there
17  under project controls.
18  Q.      Okay.
19  A.      As I guess you would call it project
20  engineer.
21  Q.      Okay.  And did you remain in project
22  controls throughout your tenure at MMR?
23  A.      Yes.
24  Q.      Okay.  And were you the manager, the
25  project control manager?

Page 23

1  A.      I became the project control manager
2  2019, 2020, somewhere in that time frame, I
3  think.
4  Q.      So were you in charge of project
5  controls?  I mean, was that your -- were you the
6  head person in that --
7  A.      Yes.
8  Q.      -- division?  Okay.  And who did you
9  report to?
10  A.      John Clouatre.
11  Q.      And how many people reported to you as
12  project control manager?
13  A.      It varied.  It could be anywhere from
14  eight to 15.
15  Q.      I'm going to show you what I'll mark as
16  Exhibit 1.
17          (Exhibit No. 1 marked for
18  identification.)
19          MS. HAMPTON SUTHERLAND:  Any
20  document he shows you, just take your time to
21  orient.
22          MR. KEE:  Let me know,
23  Mr. Huffman, whenever you're done reviewing it.
24  A.      Okay.
25  Q.      Do you recognize this document?

Page 24

1  A.      It's a resume for myself.
2  Q.      Okay.  You drafted this?
3  A.      No.
4  Q.      Do you know who drafted it?
5  A.      I'm not sure.
6  Q.      When looking at it, does it all seem
7  accurate?
8  A.      Yeah.
9  Q.      I want to focus on the MMR portion of
10  it.  It lists -- it says under MMR Constructors,
11  Inc. project controls manager.  And that was
12  your title when you --
13  A.      When I left.
14  Q.      When you left, okay.
15  A.      Yes.
16  Q.      So the first bullet point says you
17  spearheaded corporate level project controls for
18  MMR and trained employees regarding
19  implementation of set standards and procedures
20  to enhance performance efficiency.
21          What does that mean,
22  specifically corporate level project controls,
23  what was it you were spearheading?
24  A.      Just how we track projects.
25  Q.      And how was it that you were tracking

Page 25

1  projects?
2  A.      We would use job analysis and things
3  like that to track a job.
4  Q.      And you were instructed --
5  A.      Sorry.
6  Q.      You were in charge of -- you spearheaded
7  that effort?
8  A.      Yes.
9  Q.      And the job analysis, how was that done?
10  Was that done through a database or an Excel
11  spreadsheet?  How was that tracked?
12  A.      It was an Excel spreadsheet.
13  Q.      Have you seen a job analysis spreadsheet
14  that belonged to MMR on ISG's systems anywhere?
15  A.      Not that I could recall.
16  Q.      Have you worked on any job analysis
17  spreadsheets for ISG?
18  A.      Yes.
19  Q.      Okay.  And you built that?
20  A.      Yes.
21  Q.      And you built that from scratch?
22  A.      Yes.
23  Q.      What did you use to build that?
24  A.      I used the information that I have in my
25  head and what I learned over the years through



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 26..29
BEN HUFFMAN, 03/27/2023

Page 26

1  programming and otherwise.
2  Q.      Okay.  Did you have any other -- were
3  you looking at -- did you start from scratch
4  from a blank Excel spreadsheet?
5  A.      Yes.
6  Q.      And you built it from there?
7  A.      Yes.
8  Q.      Okay.  And how long did it take you to
9  build that?
10  A.      Base program, a week.
11  Q.      A week, okay.  And is that set up to
12  generate histograms?
13  A.      Yes.  That's one function, yes.
14  Q.      And set up to do curves, S-curves and
15  man loads?
16  A.      Yes.
17  Q.      Was there any -- so we talked about the
18  job analysis.  Was there any other corporate
19  level project controls that this bullet point
20  refers to that you spearheaded?
21  A.      I mean, team keeping.
22  Q.      What is that?  When you say "team
23  keeping," what do you mean by that?
24  A.      Just the programming that was used to
25  keep time in the field so they could turn it in

Page 27

1  for payroll.
2  Q.      Okay.  And was that an Access database?
3  A.      Yes.
4  Q.      Did you create that?
5  A.      Yes.
6  Q.      At MMR?
7  A.      Yes.
8  Q.      And have you built one similar for
9  ISG?
10          MS. HAMPTON SUTHERLAND:
11  Objection to the form.
12  A.      I have built one similar, yes.
13  Q.      And how did you build that?
14  A.      From scratch.
15  Q.      From scratch from a blank Access file?
16  A.      Um-huh.
17  Q.      And what did you use to do that?
18  A.      Microsoft Access.
19  Q.      What else did you use?
20  A.      Programming language and what I know.
21  Q.      You didn't look at any documents?
22  A.      Not that I recall.
23  Q.      No files?
24  A.      Not that I recall.
25  Q.      So you built a similar one -- one

Page 28

1  similar to MMR's, but you just used what you
2  remembered?
3          MS. HAMPTON SUTHERLAND:
4  Objection to the form.
5  Q.      You can answer.
6  A.      Yes.
7  Q.      Okay.  Any other project controls that
8  you spearheaded?
9  A.      That was about it.  Scheduling was
10  another one.
11  Q.      Tell me about that.
12  A.      Utilizing -- not Microsoft -- Microsoft
13  project was one of them.  Systems we very rarely
14  used.  And then Primavera P6, which is the
15  industry standard software.
16  Q.      Okay.  Anything else that you
17  spearheaded on the project under corporate level
18  project controls?
19  A.      That was mainly it.
20  Q.      And the next bullet point it says,
21  "oversee all schedules."  Is that what you were
22  just referring to?
23  A.      Yes.
24  Q.      And that's the Primavera P6 software?
25  A.      Yes.

Page 29

1  Q.      Okay.  What did MMR refer to as the
2  bible while you were working there?
3  A.      When I was working at MMR there was
4  nothing I knew about a bible.  That being said,
5  I built a document called the bible at ISG for
6  project creation, job creation.
7  Q.      So your testimony is at MMR there was no
8  database called the bible?
9  A.      Not that I'm aware of.
10  Q.      The last bullet point, it says,
11  "designed and constructed database system for
12  billing of T&M services within billion-dollar
13  enterprise."  You see that?
14  A.      Um-huh.
15  Q.      What database system are you referring
16  to there on your resume?
17  A.      The timekeeping system.
18  Q.      So when you look at the -- your work
19  history and you look at the ISG bullet points --
20          MS. HAMPTON SUTHERLAND:  You're
21  on page 1?
22          MR. KEE:  Page 1 and extends to
23  page 2.
24  Q.      -- are you essentially doing the same
25  thing at ISG that you were doing at MMR?



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 30..33
BEN HUFFMAN, 03/27/2023

Page 30

1      MS. HAMPTON SUTHERLAND:
2  Objection to the form.
3  A.     Can you rephrase?
4  Q.     **Are you essentially doing the same thing**
5  **at ISG that you were doing at MMR?**
6          MS. HAMPTON SUTHERLAND:  Same
7  objection.
8  A.     My main task at this point is conversion
9  of that ERP system, so not necessarily controls.
10  Q.    **Okay.  Are you in charge of project**
11  **controls at ISG?**
12  A.    Yes.
13  Q.    **Have you built databases for ISG that**
14  **are similar to the databases you built for**
15  **MMR?**
16          MS. HAMPTON SUTHERLAND:
17  Objection to the form.
18  A.    Other than the timekeeping, no.
19  Q.    **What about the proposal system?**
20  **Proposal tracking system?**
21  A.    The bible, yes.
22  Q.    **Okay.  And did MMR have something**
23  **similar to that?**
24  A.    Not that I know of.  They used something
25  else.

Page 31

1  Q.     **What does MMR use?**
2  A.     A PMS system I think is what they call
3  it.
4  Q.     **What is the PMS system?**
5  A.     It's a cloud-based -- I say cloud based,
6  it may be server based, I don't know the
7  specifics of it -- for awarding projects.
8  Q.     **And did that fall under project**
9  **controls --**
10  A.    No.
11  Q.    **-- while you were at MMR?**
12  A.    No.
13  Q.    **I'm going to mark this as Exhibit 2.**
14          (Exhibit No. 2 marked for
15  identification.)
16          MR. KEE:  I'm going to designate
17  this Exhibit AEO.
18  BY MR. KEE:
19  Q.    **But for the purposes of the deposition,**
20  **do you recognize this document?**
21  A.    Yes.
22  Q.    **I'll represent to you that this was**
23  **located through the forensic examinations that**
24  **have taken place in this case.  Can you explain**
25  **what this document is?**

Page 32

1  A.     It's the project controls plan.
2  Q.     **Okay.  And you drafted it?**
3  A.     Yes.
4  Q.     **While -- this is MMR's project controls**
5  **plan, correct?**
6  A.     Yes.
7  Q.     **If you go to the third page of the**
8  **document where it says, "project controls plan,**
9  **2.0 project controls plan, MMR Group, Inc.,"**
10  **paren, "MMR," closed paren, "recognizes that in**
11  **today's competitive marketplace, effective**
12  **project controls are essential when providing**
13  **detailed job tracking information to our**
14  **clients.  MMR is dedicated to providing accurate**
15  **and detailed job tracking information to our**
16  **clients.  As outlined in this plan, MMR uses**
17  **multiple systems to provide this information."**
18          **Did I read that correctly?**
19  A.     Yes.
20  Q.     **And you drafted that language?**
21  A.     I was involved in it.  I had an intern
22  at the time that drafted most of it.
23  Q.     **But you reviewed it and approved it**
24  **before this document went out, correct?**
25  A.     That's correct.

Page 33

1  Q.     **And you agree with what's said here?**
2  A.     I mean, generally speaking, yes.
3  Q.     **When it says, "MMR uses multiple**
4  **systems," what were you referring to?**
5  A.     Timekeeping, job analysis.
6  Q.     **And that's an important function of the**
7  **work that MMR was doing?**
8          MS. HAMPTON SUTHERLAND:
9  Objection to the form.
10  A.    Can you rephrase?
11  Q.    **Sure.  What you discuss here in this**
12  **project controls plan and what MMR does on a**
13  **project control basis, that was an important**
14  **part of the business, correct?**
15          MS. HAMPTON SUTHERLAND:
16  Objection to the form.
17  A.    My personal opinion is that, yes, it is
18  important.  They allowed managers to track
19  projects and see how they were performing
20  against their bids.
21  Q.    **And it was a valuable tool for clients,**
22  **correct?**
23  A.    Yes.
24  Q.    **And it helped -- it was something that**
25  **helped maintain client relationships?**



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC          Pages 34..37
BEN HUFFMAN, 03/27/2023

Page 34

1  A.     It had no bearing in that as far as I
2  could tell.
3  Q.     Okay.  Well, clients were happy to have
4  project controls in place, correct?
5              MS. HAMPTON SUTHERLAND:
6  Objection to form.  Calls for speculation.
7  A.     Clients in general, they ask for
8  x-amount of documents very rarely.  One set of
9  documents work for each client.  Client
10 requirements change project to project.
11 Q.     But you knew what you were doing was
12 important to deliver the services that MMR was
13 delivering to its clients, correct?
14 A.     I believe so.
15 Q.     And this was valuable?
16 A.     I believe so.
17 Q.     Now if you look at 3.0, timekeeping
18 program, was that the timekeeping database that
19 you testified to earlier?
20 A.     Yes.
21 Q.     And so that is all reflected -- where is
22 the timekeeping program if you look through the
23 documents?  Where does it end?
24 A.     Page 13 -- no, wait.  Yeah, page 12,
25 sorry.

Page 35

1  Q.     Page 12?
2  A.     Um-huh.
3  Q.     And these were screenshots from the
4  timekeeping database?
5  A.     Um-huh.
6  Q.     That's a yes?
7  A.     Yes.  Sorry.
8  Q.     And the descriptions of those
9  screenshots are -- kind of describes what it is
10 that this allowed or the type of reporting that
11 can be run through the database, generated
12 through the database?
13             MS. HAMPTON SUTHERLAND:
14 Objection to the form.
15 A.     It's examples of what the database was
16 capable of.
17 Q.     Okay.  And is it your testimony that you
18 built a similar timekeeping database for ISG?
19 A.     Yes.
20 Q.     And it's your testimony you did not have
21 access to MMR's database while you were creating
22 that for ISG?
23 A.     As far as I know.
24 Q.     What computer did you use to create the
25 ISG timekeeping database?

Page 36

1  A.     My laptop.
2  Q.     When you say your laptop, the one ISG
3  issued or your personal laptop?
4  A.     ISG.
5  Q.     Okay.  Did you share versions as you
6  were developing the database with anyone at ISG?
7  A.     No.
8  Q.     Who currently has access to this
9  timekeeping database?
10             MS. HAMPTON SUTHERLAND:
11 Objection to the form.  What timekeeping
12 database?
13             MR. KEE:  The ISG timekeeping
14 database.
15 A.     Just me.
16 Q.     Just you, okay.  So it's not currently
17 in use by anyone at ISG?
18 A.     Never was.
19 Q.     Is it because you're still developing
20 it?
21 A.     No.
22 Q.     Why hasn't it been in use?
23 A.     Because one of the failures I would say
24 that I had at MMR was having a custom built
25 software such as that that only one person can

Page 37

1  work on.  And it was my decision to abandon that
2  and look at using purchased options to
3  develop -- basically, it's a fail safe.  If I go
4  outside, get hit by a bus, nobody's there to
5  work on it, can take care of it or maintain it.
6  It's a calculated risk.  Yes, you have
7  customization and you can modify things, but
8  it's not really worth it.
9  Q.     So did you actually complete a finalized
10 version of this, of the ISG timekeeping system?
11 A.     Close, I guess.
12 Q.     Did you stop working -- was part of the
13 reason to stop working on it because you
14 couldn't get it to work?
15 A.     No.
16 Q.     Okay.  So in your opinion it was fully
17 -- close to being fully operational?
18 A.     I would say so.
19 Q.     How many -- how long did you work on
20 this timekeeping database for ISG?
21 A.     Three, four weeks.
22 Q.     Okay.  How many hours a day would you
23 say you worked on it in those three or four
24 weeks?
25 A.     I don't know.  Two, three hours a day,



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 38..41
BEN HUFFMAN, 03/27/2023

Page 38

1   something like that.
2   Q.       When you got to ISG you said that there
3   was a failure or a problem you had at MMR was
4   working -- was having this customized database,
5   correct?
6                MS. HAMPTON SUTHERLAND:
7   Objection to the form.
8   Q.       That's one of your issues?
9   A.       Can you specify?
10  Q.       You just testified that one of the
11  issues you had at MMR was you being one of the
12  only people that could operate the database,
13  correct?
14  A.       Yes.
15  Q.       Okay.  So why was it that you spent
16  three to four weeks working on it at ISG if you
17  already knew that was a problem?  Like, why
18  didn't you just immediately look for
19  off-the-shelf programs?
20  A.       My initial thought was pride.  I was
21  proud of being able to make documents and do
22  things.  But as I realized that we were going to
23  an ERP system and that's one of the things that,
24  you know, initially I disagreed with because you
25  would lose the customization, it really makes

Page 39

1   sense from a standpoint of if, you know,
2   something happens software-wise, there's
3   somebody they can call on a 1-800 number.  They
4   don't have to call my cell when I'm on vacation
5   at Disney with my kids or things like that.
6   Q.       Okay.  Did you have -- you said there
7   was something you initially disagreed with.
8   There were discussions with the executive team
9   about whether to use this program were --
10  this database you were designing or an
11  off-the-shelf version?
12                MS. HAMPTON SUTHERLAND:
13  Objection to the form.
14  A.       Can you specify?
15  Q.       What didn't you understand about that?
16  A.       Can you repeat, please?
17                MS. HAMPTON SUTHERLAND:  You're
18  not asking questions, that's the issue.
19                MR. KEE:  No, no, I'm asking
20  questions.
21                MS. HAMPTON SUTHERLAND:  No,
22  you're saying there were, period.
23                MR. KEE:  Correct?
24                MS. HAMPTON SUTHERLAND:  No, you
25  didn't say that.

Page 40

1   Q.       You can assume if I say a statement and
2   there's no "correct," that's what I'm asking
3   you.
4                MS. HAMPTON SUTHERLAND:  And I'm
5   going to keep objecting.
6                MR. KEE:  Objection noted.
7                MS. HAMPTON SUTHERLAND:  Just
8   ask him a question, he'll answer it.
9                MR. KEE:  I'm trying if you'd
10  stop talking.
11                (Previous question read back by
12  court reporter.)
13  A.       I had some discussions, yes.
14  Q.       And who were those discussions with?
15  A.       Jason.
16  Q.       Okay.  And did you show him the database
17  that you were working on?
18  A.       Yes.
19  Q.       Okay.  Whose decisions ultimately was it
20  to not go with the timesheet or the timekeeping
21  database?
22  A.       Mine.
23  Q.       You're saying you showed Jason the
24  database.  Did he have any input as you were
25  building it?

Page 41

1   A.       Not really.
2   Q.       How was it that you showed him?  Did you
3   send it to him over email or he looked at it on
4   your computer?
5   A.       Looked at it on the computer.
6   Q.       You said the description in Exhibit 2
7   about the timekeeping database ended at page 12,
8   correct?
9   A.       Correct.
10  Q.       Okay.  Page 13 starts with 4.0 job
11  analysis program.  And is that the job analysis
12  spreadsheet that you were discussing earlier?
13  A.       From ISG?
14  Q.       MMR.
15  A.       MMR, yes.
16  Q.       And what is it that the job analysis
17  spreadsheet did?
18  A.       So the job analysis spreadsheet takes
19  the raw data from the estimate, basically, unit
20  rates and quantities.  It then applies or
21  creates a unit rate for an activity.  But it
22  doesn't simply do it for one piece or part.  So,
23  for example, I may have four different pieces --
24  sizes of conduit to install.  Well, I may group
25  two together because they have a similar unit



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                Pages 42..45
BEN HUFFMAN, 03/27/2023

Page 42

1  rate, whereas two do not.  So half-inch conduit
2  is very easy to install versus 6-inch conduit is
3  not, so I would group those separately and get
4  an effective unit rate, not just based on the
5  footage of the conduit, but the fittings and
6  everything else.  It's an aggregate to determine
7  how fast our guys estimate that they can install
8  this conduit.
9          What we do with it then is in
10  turn record the quantities that are installed in
11  the field on a daily basis per those and apply
12  it to the system.  What it does is it tells you,
13  hey, they installed, a thousand feet today
14  versus what they should have installed was
15  10,000.  And then they get what's called a work
16  factor, performance factor.  It varies in the
17  industry to what you call it.
18          And, basically, you look at it,
19  and from a managerial standpoint, typically on a
20  weekly basis, to determine how you're doing on a
21  project versus what you had in the estimate.
22  Allows you to kind of look ahead.
23  Q.      Okay.  So it's a valuable tool?
24  A.      To me.
25  Q.      That's a yes?

Page 43

1  A.      Yeah.
2  Q.      Okay.  I'm going to share my screen and
3  show you a native version of a document which --
4          MS. HAMPTON SUTHERLAND: Let me
5  see it first.
6          MR. KEe:  I'm going to mark it
7  as Exhibit 3.
8          MS. HAMPTON SUTHERLAND:  What's
9  the reference for this document?
10         MR. KEE:  And also I'm going to
11  mark it AEO.
12         MS. HAMPTON SUTHERLAND:  What's
13  the reference for this document?  I'm trying to
14  see it.  I can't see that little print.
15         MR. KEE:  It's 60656.
16         And, Shannon, after -- I'm
17  having someone -- I realized after the fact, I'm
18  going to generate the hash -- because this was a
19  document collected through the forensic process.
20  They didn't come with a Bates label.  But I'm
21  going to -- I can send you the hash value of
22  it.
23         MS. HAMPTON SUTHERLAND:  Yeah.
24  Send just hash value for any -- well --
25         MR. KEE:  I'll just send them

Page 44

1  all.
2          MS. HAMPTON SUTHERLAND:  Just
3  real quick.  I see these numbers, but they don't
4  necessarily match the numbers we have.
5          MR. KEE:  Right.
6          MS. HAMPTON SUTHERLAND:  We have
7  to figure out a better way to do this because of
8  the way you guys have it versus we have it.  No
9  one's talking -- and looking up a hash value is
10  --
11         MR. KEE:  It's not easy.
12         MS. HAMPTON SUTHERLAND:  Yeah,
13  and sometimes your hash values aren't even
14  coming up in our system, which we experienced
15  before.  So let's just try to figure out a good
16  way to deal with this to make sure -- just give
17  me the full list of hash values and the natives,
18  etcetera.
19         MR. KEE:  Shannon, what we'll do
20  on our end is, I think, we'll probably just run
21  a production from the documents from the
22  forensics that we think is any way relevant to
23  the case so that we can have -- we can all be
24  talking about the same --
25         MS. FONACIER:  Bates label.

Page 45

1          MR. KEE:  Bates label, yeah.
2          MS. HAMPTON SUTHERLAND:  One of
3  the other things that's been kind of problematic
4  just in terms of like the custodian info, so if
5  you do that, I'm sure you can give us all that
6  stuff 'cause it's -- and if there's multiple
7  custodians -- we'll talk about that later.
8          MR. KEE:  Sure.
9          MS. HAMPTON SUTHERLAND:  Can you
10  just let us see the full thing before you start
11  drilling in on --
12         MR. KEE:  You want me to give
13  you control of the document?
14         (Discussion off the record.)
15  BY MR. KEE:
16  Q.      I'm going to mark this as Exhibit 4.  We
17  were just talking about the job analysis for --
18         MS. HAMPTON SUTHERLAND:  Just
19  real quick.  You're skipping 3?
20         MR. KEE:  Oh, yeah, Exhibit 3.
21         (Exhibit No. 3 marked for
22  identification.)
23  Q.      And we were talking about the job
24  analysis spreadsheet.  Do you recall that?
25  A.      Yes.



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 46..49
BEN HUFFMAN, 03/27/2023

Page 46

1  Q.    Okay.  Is this a version of the job
2  analysis spreadsheet?
3                  MS. HAMPTON SUTHERLAND:
4  Objection to form.
5  A.    At MMR, yes.
6  Q.    Since leaving MMR, have you seen a job
7  analysis spreadsheet?
8  A.    Not that I can recall.
9  Q.    Okay.  And you said you built one of
10 these for ISG, a similar version of this for
11 ISG?
12                  MS. HAMPTON SUTHERLAND:
13 Objection to the form.
14 A.    I built a new version for ISG.
15 Q.    And was it similar to this?
16 A.    Not really.
17 Q.    Okay.  What was different?
18 A.    Pretty much everything.  The concepts
19 were the same.  You know, you're tracking
20 productivity, manpower.  But the one I have has
21 several other features with it.  Formatting's
22 different.  Formulation's are different.  Trying
23 to do a little bit of automation on the
24 histograms and the commodity curves.
25 Q.    Okay.  Who has access to the job

Page 47

1  analysis form that you built at ISG?
2  A.    Project management does.
3  Q.    Okay.  And is that on -- located on each
4  of their computers or is it stored?
5  A.    It's on the One Drive.
6  Q.    On the One Drive, okay.  Is it in the
7  project management folder on the One Drive?
8  A.    It's either there or estimating.  I
9  can't remember which.
10 Q.    Okay.  Is this an estimating tool?
11 A.    This ties into whatever estimating
12 documents we use.  In our case, labor and
13 material sheets, where we pull the estimated
14 information and then compile it into our job
15 analysis.
16 Q.    Is that done -- is that an automated
17 process, or is it a manual process?
18 A.    It is a manual process.
19 Q.    Okay.  So let me try to summarize this
20 and see if -- I'm going to see if I can describe
21 the process.  You tell me where I'm wrong or if
22 I'm correct.  So the estimators at ISG will use
23 the labor and material sheets that you built to
24 develop an estimate, correct?
25 A.    Correct.

Page 48

1  Q.    Okay.  And what is the overhead sheets
2  used for?
3  A.    The overhead sheet is used for applying
4  overhead to the estimate.  You take the labor
5  and material sheets, the total amounts of labor,
6  cost, and material cost.  You compile it, put it
7  in the overhead sheets.  And then overhead
8  sheets, then you add things such as equipment,
9  staff, safety equipment, any hourly charges.
10 And then you do what's basically called a risk
11 analysis AKA, a gut feel where senior management
12 comes in and says, this is our number, but we
13 feel like we want to do this or do that.  It's
14 ultimately a gut feel on the management side.
15 Q.    Are you involved in that -- on those gut
16 feel discussions --
17 A.    No.
18 Q.    -- at ISG?  That's a no?
19 A.    That's a no.  Sorry.
20 Q.    So once -- it sounds like the labor and
21 material sheets and the overhead sheets are used
22 to develop an estimate that is then ultimately
23 approved by senior management team, which will
24 go to a customer or client, is that accurate?
25                  MS. HAMPTON SUTHERLAND:

Page 49

1  Objection to the form.
2  Q.    Is that accurate?
3  A.    Labor and material sheets are used to
4  compile with overhead sheets.  And then the
5  ultimate estimate is sent to a client for a bid
6  or whatever.
7  Q.    Okay.  And then the interaction between
8  what's in those estimating sheets and what
9  eventually goes into the job analysis
10 spreadsheet that you built at ISG, will the job
11 have to be awarded before you start interacting
12 with those three documents?
13                  MS. HAMPTON SUTHERLAND:
14 Objection to the form.
15 Q.    For instance -- well, the project
16 managers are inputting, you said, manually
17 inputting data from the estimating and overhead
18 sheets into the job analysis sheets, correct?
19 A.    Correct.
20 Q.    Okay.  They only started doing that once
21 the project's actually won?
22 A.    It depends.  If it's a large project and
23 we want to do an initial look at it, we'll run
24 it.
25 Q.    Okay.



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 50..53
BEN HUFFMAN, 03/27/2023

Page 50

1  A.      But if it's small, which the majority of
2  our projects are very small, we won't do that or
3  we won't run a job analysis at all.
4  Q.      Okay.  And for the larger projects
5  you'll do that, you'll input the data -- and I'm
6  saying "you," but the project managers will
7  input the data into the job analysis form to run
8  those histograms and S-curves to be able to
9  provide that to the clients?
10         MS. HAMPTON SUTHERLAND:
11  Objection to form.
12  Q.      Is that correct?
13  A.      Not necessarily for histograms and
14  S-curves.  It depends on the needs of that
15  particular client, whether they need those or
16  not.  The main thing a project manager is
17  utilizing that for is the simple formulas for
18  the productivity.
19  Q.      For like planning purposes?
20  A.      Not really planning, just productivity.
21  If you tell me it's going to take you ten hours
22  to install that window and it takes you 20, you
23  and I are going to have a conversation.
24  Q.      Now, those conversations, though, come
25  after the product's been awarded and you can see

Page 51

1  the actual productivity on the job?
2  A.      Generally speaking, yes.  But what it
3  can do as well is tell you, hey, you estimated
4  ten hours to install that window, when another
5  manager may look at it and say it really should
6  be 15.  It allows you to kind of look ahead.
7  Q.      Okay.  If you flip the page on Exhibit
8  2 -- do you have Exhibit 2 in front of you?
9  A.      Sorry.  What page?
10  Q.      Page 14.  Sorry.
11  A.      Okay.
12  Q.      You see there's a screenshot of the
13  project weekly report?
14  A.      Yes.
15  Q.      Is that something that's generated by
16  MMR's job analysis report or its spreadsheet?
17  A.      Yes.
18  Q.      Does ISG's spreadsheet that you built
19  allow that same reporting to be generated?
20         MS. HAMPTON SUTHERLAND:
21  Objection to form.
22  A.      It has a recap sheet.
23  Q.      If you turn the next page in Exhibit 2,
24  page 15, gives you a table of contents of, I
25  guess, it's a project progress report,

Page 52

1  correct?
2  A.      The top one?  Oh, you're talking about
3  the name of the sheet, yeah.
4  Q.      Okay.  And all of these names here that
5  have the check, the boxes checked, those are all
6  reports that can be generated by the job
7  analysis spreadsheet?
8  A.      Yes.
9  Q.      Okay.  The job analysis spreadsheet you
10  built at ISG, does it allow you to generate
11  these same reports?
12         MS. HAMPTON SUTHERLAND:
13  Objection to the form.
14  A.      The one I built at ISG will allow me to
15  build similar reports in nature, but these are
16  all standard reports in the industry,
17  histograms, S-curves, commodity curve, change
18  order log, just basic spreadsheets.
19  Q.      Is there any on this list on page 15,
20  any of these reports, that your ISG job analysis
21  spreadsheets does not produce?
22  A.      Cable and conduit schedule sheet.
23  Q.      But all the rest, your sheet at ISG is
24  able to generate?
25  A.      Similar.

Page 53

1         MS. HAMPTON SUTHERLAND:
2  Objection to the form.
3  Q.      I may have asked you this.  I just don't
4  recall.  How long did it take you to build the
5  job analysis report -- job analysis spreadsheet
6  at ISG?
7  A.      If I remember right, it's a week,
8  something like that, maybe two, tops.
9  Q.      Okay.  Do you recall when you completed
10  it?
11  A.      It was sometime in March, if I recall
12  right.
13  Q.      Okay.  So soon after you got there?
14  A.      Yes.
15  Q.      When was it that you informed MMR that
16  you were deciding to leave?
17  A.      I don't remember the specific date.  I
18  know it was towards the end of February that
19  year.
20  Q.      Did you give them two weeks notice?
21  A.      I did.
22  Q.      Okay.  And who recruited you to leave
23  MMR and join ISG?
24         MS. HAMPTON SUTHERLAND:
25  Objection to the form.



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 54..57
BEN HUFFMAN, 03/27/2023

Page 54

1  A.    I wasn't necessarily recruited.  So
2  whenever I made -- I say, made up my mind.  I
3  started contemplating leaving MMR probably six
4  or eight months before that.
5  Q.    Can we be precise?  So that would have
6  been the fall of --
7  A.    No.  It would have been back in the
8  spring or summer.
9  Q.    Spring Of 2021?
10  A.    That's correct.
11  Q.    Okay.
12  A.    I started contemplating whether I wanted
13  to be there or not.  The more it ate at me, the
14  more it was bothering me.  And towards the end
15  of the year I actually did pay a resume writing
16  service to write my resume.  I applied to a
17  couple of jobs remotely via online because
18  everybody knows everybody in this small town we
19  live in.  Didn't get too much response from it,
20  but I was still looking.
21          I just happened to run into
22  Jason one day.  Got off on the topic.  You know,
23  he asked whether I was happy or not, and I said,
24  well, not really.  And that's kind of how that
25  happened.

Page 55

1  Q.    Did you -- where was it you submitted
2  your resume or an application to?
3  A.    I'd have to go look at the name of the
4  company.  I really don't recall.  But I can do
5  so.
6  Q.    Was it a competitor of MMR?
7  A.    No.
8  Q.    I'm going to show you what I'm marking
9  as Exhibit 4.
10          (Exhibit No. 4 marked for
11  identification.)
12  Q.    Just let me know when you've had a
13  chance to read this?
14          MS. HAMPTON SUTHERLAND:  This
15  print is testing my eyes today.
16          MR. KEE:  I know.
17  Q.    Can you see it?
18  A.    Yeah.
19  Q.    Do you recognize it?
20  A.    Yes.
21  Q.    Okay.  And this is an email from Jason
22  Yates to your personal email account, is that
23  correct?
24  A.    That's correct.
25  Q.    And he attaches -- and the date of it is

Page 56

1  February 22nd, 2022, correct?
2  A.    That's what it says on the paper,
3  yeah.
4  Q.    And he attaches your offer letter or
5  offer of employment to ISG?
6  A.    Yes.
7  Q.    Okay.  How many conversations had you
8  had with Jason about going to ISG before this
9  offer was made?
10  A.    After I talked to him initially, I went
11  and sat down with an interview with him.  And
12  then after that I got the offer letter.
13  Q.    Okay.  Do you recall how -- was it a
14  week before?  Two weeks before?  Do you recall
15  the time period?
16  A.    From --
17  Q.    Before this offer was made, your
18  discussions with Jason?
19  A.    If I recall correctly, it was the next
20  day or maybe two days later.  It was quick.
21  Q.    And how about the time period -- you
22  said you ran into Jason?
23  A.    Um-huh.
24  Q.    And then you had an interview with him?
25  A.    Um-huh.

Page 57

1  Q.    What was the time difference there
2  between running into him and the interview?
3  A.    It was sometime back in December or so.
4  I don't remember the specific date.
5  Q.    You ran into him in December?
6  A.    Yes.
7  Q.    Is that accurate?
8  A.    Yes.
9  Q.    And then when did you have the interview
10  with him?
11  A.    Right before this.
12  Q.    Okay.  And did you have discussions with
13  him between December and the meeting or the
14  interview in February of 2022?
15  A.    I may have talked to him a couple of
16  times, but that was about it.
17  Q.    Was there anyone else at the interview?
18  A.    Shawn Breeland and I believe Travis was
19  there as well.
20  Q.    What was the pitch to you?  What did
21  they say?
22          MS. HAMPTON SUTHERLAND:
23  Objection to the form.
24  A.    I mean, they were interested and talked
25  to me about potentially, you know, starting up



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                    Pages 58..61
BEN HUFFMAN, 03/27/2023



Page 58

1  project controls and then helping them with this
2  ERP project.
3      Q.      So was their idea to launch an EPR
4  project at that interview?
5          MS. HAMPTON SUTHERLAND:
6  Objection to the form.
7      A.      The ERP project or the Spectrum
8  conservation, they had committed to that, I
9  guess, in January.  It was before my time.
10     Q.      Okay.
11     A.      And they wanted some help with the
12 conversion.  It was getting to that point in
13 time that they needed the help.
14     Q.      And they thought that you would be a
15 person that could help with that?
16     A.      As far as I know.
17     Q.      I mean, did they tell you that --
18     A.      Yes.
19     Q.      -- in the interview?
20     A.      Yes.
21     Q.      Did they tell you anything else about
22 your -- what they would envision you doing for
23 the company?
24     A.      I believe the specific words were
25 something along the lines of "your court."

Page 59

1  We'll support whatever you need to do.
2  Obviously, talk to us.
3      Q.      Okay.  Did they talk about any projects
4  they were going after?
5      A.      No.
6      Q.      Any other hires that they were looking
7  to make?
8      A.      Not that I'm aware of.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 60

1      Q.      At that interview did they tell you,
2  make sure you don't bring any MMR documents if
3  you come over?
4      A.      It was not mentioned.
5      Q.      Did they ever instruct you not to bring
6  any MMR documents with you to ISG?
7      A.      No.
8      Q.      Did they ever instruct you not to use
9  any MMR documents while working for ISG?
10     A.      No.
11     Q.      And how long after receiving this offer
12 letter did you decide to accept it?
13     A.      It was either the next day or -- it was
14 pretty quick.
15
16
17
18
19
20
21
22          MS. HAMPTON SUTHERLAND:  Hold on
23 one second.  We're marking this as attorney eyes
24 only, so either we can do it now or at the end.
25 But the others on the line will need to leave.

Page 61

1          MR. KEE:  It's just attorneys
2  from our side.
3          MS. HAMPTON SUTHERLAND:  No,
4  it's not.  There's folks from our side that
5  aren't necessarily privy to this information,
6  and there are attorneys who are not privy to the
7  attorneys' eyes only designation sitting in the
8  room.
9          MR. KEE:  What would you like to
10 happen?
11         MS. HAMPTON SUTHERLAND:  Either
12 we can do it at the end or we can have people
13 step off.  I don't care how we do it.
14         MR. KEE:  So you're saying you
15 want Mr. Welborn to step out of the office?
16         MS. HAMPTON SUTHERLAND:
17 Mr. Welborn, and let's see who's on currently.
18         MR. KEE:  It's Mike Lowe and
19 David Heroman.
20         MS. HAMPTON SUTHERLAND:  They
21 need to step out as well.
22         MR. KEE:  We've been going for a
23 little over an hour.  You want to take a break?
24         MS. HAMPTON SUTHERLAND:  Let's
25 just take a break.  Thanks.

 AdvancedONE LEGAL is now LEXITAS

MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 62..65
BEN HUFFMAN, 03/27/2023

Page 62

1          (Brief recess.)
2              MR. KEE:  Tom, we're going to
3   make sure no one hears what they should not.
4   We're going to mute the Zoom call and then we'll
5   unmute it when we're off the AEO.
6              MR. HUBERT:  Wait.  So can't you
7   just have Heroman and the other ones wait?
8              MR. KEE:  We're just making sure
9   that they can't hear.
10             MR. HUBERT:  Okay.  But then
11  nobody can hear, right?
12             MR. KEE:  Just you.  You'll be
13  the only one who can't hear.  Then we'll come
14  right back on.  This will be a real quick
15  question.
16             MR. HUBERT:  That's fine.  I
17  just thought maybe they could jump off and then
18  come back on after you're finished with your
19  line of questions.  In other words, they could
20  leave the Zoom and return to the Zoom separately
21  once you're finished.  That's what we typically
22  would do.
23             MR. KEE:  It's just going to be
24  one question.
25             MR. HUBERT:  Okay.  That's fine.

Page 63

1   Y'all do it however you want to do it.
2   BY MR. KEE:
3   Q.  ███████████████████████████
4   ████████████████████████████████████
5   ████████████████████████
6   ████████████████████████████████
7   ███████████████████████████████████
8   ██████████████████████████████
9   ████████████████████████████████████
10  █████████████████████████████████████
11  █████████████████████████
12  ████████████████████████████████████
13  ██████████████████████████████
14  ███████████████
15             MR. KEE:  That's the last
16  sensitive question on his comp if we want to --
17             MS. HAMPTON SUTHERLAND:  That's
18  fine.  I don't know if you have, like, other
19  things that might fall in similar categories and
20  you want to do them now.  I don't care how we do
21  it.
22             MR. KEE:  I think we'll just
23  have to go -- you tell me when you think it's
24  sensitive.
25             MS. HAMPTON SUTHERLAND:  All

Page 64

1   right.  We're designating Huffman 4 as AEO.
2   BY MR. KEE:
3   Q.  **I'm going to show you, Mr. Huffman,**
4   **Exhibit 5, which is your job application.**
5              (Exhibit No. 5 marked for
6   identification.)
7              MS. HAMPTON SUTHERLAND:  So I
8   have an issue with this.
9              MR. KEE:  Sure.
10             MS. HAMPTON SUTHERLAND:  When we
11  produced this, we redacted out social security
12  numbers.  You haven't redacted social security
13  numbers, and I'm concerned that there's a
14  document with his socials floating around
15  here.
16             MR. KEE:  So this came from the
17  forensic.
18             MS. HAMPTON SUTHERLAND:  You
19  pulled it out of forensics --
20             MR. KEE:  Correct.
21             MS. HAMPTON SUTHERLAND:  But,
22  again, like social security numbers, bank
23  account numbers, those kinds of things shouldn't
24  be floating around, so can we at least get a
25  marker and just cross them out?

Page 65

1              MR. KEE:  Sure.
2              MS. HAMPTON SUTHERLAND:  And
3   then in the future if you're going to use them,
4   let's just make sure they're -- thank you.
5              I've had my own identity stolen,
6   so I'm very sensitive to that.  I think we have
7   to do it anyway for the court.  I mean, I'm okay
8   with you asking him questions for now.
9              MR. KEE:  Okay.  Perfect.
10  Q.  **Okay.  Mr. Huffman, did you fill this**
11  **out?**
12  A.  Yes.
13  Q.  **And is the date accurate of when you**
14  **filled it out?**
15  A.  It should be.
16  Q.  **Okay.  So this was a day after you**
17  **received the offer letter?**
18  A.  Sounds right.
19  Q.  **Okay.  And did you inform MMR that you**
20  **were resigning on this date?  Did you give your**
21  **notice of resignation?**
22  A.  It was either this day or the next one.
23  It was very quick.
24  Q.  **Who did you tell at MMR you were**
25  **leaving?**



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                Pages 66..69
BEN HUFFMAN, 03/27/2023

Page 66

1    A.       John Clouatre.
2    Q.       I see on the third page you have reason
3    for leaving. You said "time to move."
4    A.       Yes.
5    Q.       Okay. Did you tell John that you were
6    leaving MMR to join ISG?
7    A.       I don't know if I told him directly, but
8    I told other individuals there. It was well
9    known I was leaving to go to ISG.
10   Q.       Who handled the offboarding at MMR?
11   A.       Can you define offboarding because --
12   Q.       Sure. Did you hand in your computer?
13   A.       Yes.
14   Q.       Your MMR computer?
15   A.       Yes.
16   Q.       Who did you hand that in to?
17   A.       The director of IT or VP of IT, Marcel
18   Lalonde.
19   Q.       When you talked to John, did you all --
20   what did you all discuss when you said you were
21   putting in your resignation?
22   A.       My reasons for leaving. Basically, you
23   know, I had gotten to the point that I was
24   stressed out. I didn't particularly care for
25   what the future looked like at MMR. My biggest

Page 67

1    concerns being what's going to happen in the
2    next five to ten years there in regards to
3    management. Most of the managers are primed for
4    retirement or fixing to leave. And with it
5    being privately owned, you're talking about 60
6    to 80 percent of the ownership being gone in the
7    next five to ten years.
8            Me approaching 40, okay, if in
9    five years all my senior management above me is
10   gone, what direction is the company taking, and
11   I could find myself in a situation where, hey, I
12   have to move because there's nowhere else to go
13   with it. So that was one reason.
14   Q.       What did John say in response to that?
15   A.       John's response to me was that -- he
16   said it wasn't 80 percent, it was closer to 60,
17   if I remember correctly, which doesn't make it
18   any easier.
19           That being said, you know, I
20   told him that, you know, that was part of the
21   issue is I didn't see the long-term plan moving
22   forward.
23           Moving beyond that, part of my
24   role at MMR was to train engineers or interns to
25   come through the system and train them in all

Page 68

1    the project controls and get them ready to go to
2    job sites and everything else. And even though
3    I was the project controls manager there, I
4    didn't really have any control over it. I had
5    no control over pay, no control over whether an
6    intern, hey, they need to study for longer. I
7    could voice my opinions. Sometimes they would
8    heed it. A lot of times, no.
9            For example, employee got
10   offered to go to the Beaumont office. He didn't
11   want to go to the Beaumont office. He was told
12   to go to the Beaumont office. He filled a role.
13   He worked there six months, got aggravated and
14   quit. And now I had to have a second employee
15   go there and fill that role. So instead of
16   let's have the discussion, find someone who
17   wants to go in that place, the answer is, you go
18   and you go now.
19           And I get it. The old school
20   construction, you know, attitude is you do what
21   you're told, stick your head in the sand.
22   Nowadays, it's just different. Technological
23   world is crazy. Any one of us, anybody in this
24   room anywhere, can walk out of this building and
25   within an hour or less have a job with the way

Page 69

1    cell phones are nowadays. And that's just the
2    way it is.
3            But what it did is, you invest a
4    year, two years into the lives of these kids,
5    basically. I mean, you're talking about 18 to
6    22 year olds. And it's like having your own
7    team, your own family that you're instructing
8    and you're preparing. So imagine having your
9    own kid, 18 to 22, you're trying to teach them
10   as much as you can in that small window, that
11   small window. Yet somebody comes in and says,
12   no, I want them to go here. And I say, they're
13   not ready. You're setting them up to fail. And
14   you don't get the choice. Boom, they go. They
15   may succeed they may not.
16           But my concern was greater on
17   the kids themselves. It was destroying good
18   candidates. And I brought this up to John. I
19   said, I can give you ten project controls
20   candidates, and you might get one or two
21   diamonds. And I used another employee as
22   reference, like Duby (ph), he rose to the top.
23   And I agree with John on that, yeah, the cream
24   rises to the top. But you have six -- five, six
25   employees in there that could be good to great



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                Pages 70..73
BEN HUFFMAN, 03/27/2023

Page 70

1  engineers or employees if they're put in the
2  right situation and allowed to grow properly.
3  And I just didn't see it.
4           It would tear me up to watch
5  those kids leave, call me and just, basically,
6  be in tears saying, I don't know what to do.
7  They're on top of me.  They think I'm horrible,
8  whatnot, and then quit.  Or they'd be relegated
9  to, well, he ain't worth anything.  You have to
10 tailor positions to kids' strength at that age.
11 Over time, yes, they will gain experience and
12 everything else.
13          But, basically, having to feed
14 your family or your close friends, the ones that
15 you've taught into a meat grinder and hope they
16 come out on the other side, it's tough.  It
17 takes a toll.  My leaving was not an easy
18 decision.  It hurt me more to leave because I
19 was leaving that family.  I worked there for ten
20 years.  MMR was a family.  I still have a lot of
21 very close friends there.  This process here
22 makes it worse because I don't feel like I can
23 talk to them.  It just is what it is.
24          So that aspect there, that was
25 another piece of the puzzle as to why I was

Page 71

1  leaving.  The next thing is looking forward on
2  projects, and this is the next point I brought
3  up to John is --
4  Q.     **What did John say to you when you**
5  **brought that concern up?**
6          MS. HAMPTON SUTHERLAND:  I'm
7  sorry.  Were you finished your answer?
8          THE WITNESS:  No.
9          MS. HAMPTON SUTHERLAND:  Go
10 ahead.
11 Q.     **Before you get into that.  That's a**
12 **third point you want to bring up.  Point No. 2**
13 **about the interns and making the decisions to**
14 **put them in places that you or they didn't think**
15 **they were ready for.  You voiced that to John?**
16 A.     Yes.
17 Q.     **Okay.  And what was his response?**
18 A.     His response was that you'll get a David
19 Wale every once in a while that will pop rise to
20 the top.  And David is very successful, amazing
21 kid, extremely brilliant.  And my answer back to
22 him was you lose that case of those five, six
23 employees that could be good or great if you
24 don't put the time in and listen to me on the
25 development of these kids.  Because we lose so

Page 72

1  many to attrition.
2  Q.     **Okay.  And then you were getting ready**
3  **to tell me the third thing you brought up to**
4  **John.**
5  A.     So the third thing I brought up to John
6  was MMR's turn in how they were approaching
7  bids.  Not specifically projects, but the mega
8  projects, the projects that are the 50, 100, 150
9  million-dollar projects.  Part of that meat
10 grinder I was referring to before.  They're
11 going and taking three and four of these kids
12 and thinking they're ten-year veterans out in
13 the field, and they're not.  And I'm telling
14 them they're not.  Cream rises to the top.
15          But the concern there to me on a
16 personal level was you're getting 50, 100, 150
17 million-dollar projects, your senior upper
18 executive level management will probably be gone
19 in five years, if that's the trend, where is the
20 second line of management going to come in and
21 run this?  I didn't see it.  John's response to
22 that was, next man up.  You know, you think we
23 were ready when we got this place?  My response
24 to him is there, no, I don't think you were
25 ready, but I think you were coached up to be

Page 73

1  ready.
2          I had a great deal of respect
3  for the management there.  I think they do an
4  amazing job.  I just think -- I disagree with
5  them on the handling of the next generation that
6  goes through.  And that was a major point in why
7  I left.
8  Q.     **Okay.  And you thought ISG was doing a**
9  **better job of that?**
10 A.     ISG is a tiny company.  I don't have any
11 employees working for me.
12 Q.     **Right.  So when you looked at longevity,**
13 **you were concerned about management leaving MMR**
14 **and maybe the stability of the company.  Is that**
15 **a fair assessment?**
16 A.     You could say that.
17 Q.     **And you thought it would be better to go**
18 **to this startup company, more longevity there?**
19          MS. HAMPTON SUTHERLAND:
20 Objection to the form.
21 Q.     **Is that accurate?**
22 A.     Not necessarily longevity, but control.
23 Being able to grow it the way I want to grow it.
24 That was part of the interview process that got
25 my attention is that it's your group, you can



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                Pages 74..77
BEN HUFFMAN, 03/27/2023

Page 74

1  grow it however you see fit as long as we agree
2  to a degree.  I've known Jason for a decade.  I
3  trust him.
4            And quite frankly, here's the
5  deal, I was looking for another job to begin
6  with.  I'm taking a chance on a man I trust.  If
7  it doesn't work out -- which I hope it does --
8  if it doesn't work out, I'll do something
9  else.
10 Q.    In that interview, did Jason, Travis, or
11 Shawn tell you that they had been using MMR's
12 green sheets and overhead top sheets to bid on
13 work?
14 A.    Not at that time.
15 Q.    Okay.  Did you have a discussion with
16 them about that?
17 A.    Not a specific discussion I can think
18 of.
19 Q.    Since your time at ISG you've not had
20 one conversation with Jason, Travis, or Shawn
21 Breeland about the fact that they used MMR's
22 estimating tools to bid on work?
23            MS. HAMPTON SUTHERLAND:
24 Objection to the form.
25 Q.    Is that your testimony?

Page 75

1  A.    No.  Your question was referring to
2  during that interview.
3  Q.    Okay.  Then tell me about the
4  discussions that you've had with them about
5  that.
6  A.    Just in passing.
7  Q.    What did they say, or what did you say?
8  A.    I just noted that they were using them.
9  That was about it.
10 Q.    You said you noted, to whom?
11 A.    Jason.
12 Q.    And you said what?
13 A.    Just that I see some familiar sheets
14 here.
15 Q.    Okay.  And his response was?
16 A.    I don't recall.
17 Q.    When did you note that to him?
18 A.    Shortly after I started.
19 Q.    And did you tell him we need to develop
20 our own, we can't be using MMR's sheets?
21            MS. HAMPTON SUTHERLAND:
22 Objection to the form.
23 A.    No.
24 Q.    Did you think it was okay for ISG to be
25 using MMR's estimating sheets?

Page 76

1            MS. HAMPTON SUTHERLAND:
2  Objection to the form.
3  A.    I didn't think it was a big deal.
4  Q.    Okay.  Why didn't you think it was a big
5  deal?
6  A.    They're very common sheets.  All they
7  are are V look-ups to a database sheets that
8  returns the unit rates.  And the unit rates are
9  public knowledge as far as the NECA values.
10 Q.    How do you know that's public
11 knowledge?
12 A.    Because I purchased one of the books.
13 We already had one in-house.  And that's the
14 standard rates that are used for the industry.
15 All you do is you plug it into a database, and
16 you do a V look-up based on the code you want to
17 use for the reference.
18 Q.    Where did you get this -- Who told you
19 that?  You didn't do estimating at MMR, correct?
20            MS. HAMPTON SUTHERLAND:
21 Objection to the form.  That was compound.
22 Q.    You didn't do estimating at MMR,
23 correct?
24 A.    Correct.
25 Q.    How do you know how they develop the

Page 77

1  unit rate?
2  A.    Because I was taught at MMR how they
3  pulled the information from that.  They built it
4  from the V look-ups.
5  Q.    Who told you that?
6  A.    Jeremiah Blum.
7  Q.    And they don't deviate at all from
8  what's published in the NECA manual?  Is that
9  your testimony?
10 A.    No.  My testimony as far as that goes is
11 the NECA rates are a benchmark.  They use them
12 in the green sheets to get a base estimate.
13 They then take the overhead and top sheets and
14 do the adjustments you were referring to.
15 Q.    Okay.  Is it your testimony that the MMR
16 green sheets are publicly available?
17            MS. HAMPTON SUTHERLAND:
18 Objection to the form.
19 Q.    Is that your testimony?
20 A.    I wouldn't say publicly available, but
21 it's widespread throughout the company.
22 Q.    Throughout MMR?
23 A.    Yes.
24 Q.    Okay.  But outside of MMR you can't get
25 a copy of MMR's green sheets, correct?



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                Pages 78..81
BEN HUFFMAN, 03/27/2023

Page 78

```
 1   A.      I don't know.
 2   Q.      Tell me a way that you can get it
 3   publicly if you're not inside MMR?
 4   A.      I don't know.
 5   Q.      You don't know of one, correct?
 6   A.      Correct.
 7   Q.      That's because you can't, correct?
 8               MS. HAMPTON SUTHERLAND:
 9   Objection to form.  Asked and answered.
10   A.      I guess.
11   Q.      You said yes?
12   A.      I said I guess.
13               MS. HAMPTON SUTHERLAND:  And you
14   shouldn't guess --
15   Q.      Same with the overhead top sheets,
16   right?
17               MS. HAMPTON SUTHERLAND:  Hold on
18   one second.  You should never guess, and he
19   should never ask you to guess.
20   Q.      Same with the overhead top sheets,
21   correct?
22   A.      Correct.
23   Q.      You can't go to -- did you say NECA?
24   A.      Um-huh.
25   Q.      You can't go to NECA and say, give me
```

Page 79

```
 1   MMR's green sheets, correct?
 2   A.      Correct.
 3   Q.      MMR doesn't publish their unit rates
 4   anywhere, correct?
 5   A.      As far as I know.
 6   Q.      Well, you've been in the business for a
 7   while, correct?
 8   A.      Correct.
 9   Q.      And you know of nowhere where you can
10   publicly get that information, correct?
11   A.      The NECA information or MMR's?
12   Q.      MMR's green sheets and the unit rates in
13   their green sheets?
14   A.      As far as I know, no.
15   Q.      When you saw that Jason Yates and others
16   at ISG had been using MMR's green sheets to bid
17   on work, did you ask him how he came up with the
18   unit rates that ISG was using?
19   A.      No.
20   Q.      So you have no knowledge about before
21   you got there how ISG came up with their unit
22   rates?
23   A.      No.
24   Q.      Do you know that they were using
25   MMR's?
```

Page 80

```
 1               MS. HAMPTON SUTHERLAND:
 2   Objection to the form.
 3   A.      Once I got there I realized they were
 4   using MMR's green sheets.  I don't know about
 5   the rates.
 6   Q.      Which had the unit rates in it,
 7   correct?
 8   A.      I assume.
 9   Q.      So they were using MMR's unit rates,
10   correct?
11               MS. HAMPTON SUTHERLAND:
12   Objection to the form.  Calls for speculation.
13   A.      I do not know.
14   Q.      The labor and material sheets you worked
15   on, you changed the unit rates?
16   A.      No.
17   Q.      You kept what was in the MMR green sheet
18   unit rates and put it into your -- the labor and
19   material sheets you were using?
20               MS. HAMPTON SUTHERLAND:
21   Objection to form.
22   A.      No.  I built the form and provided it to
23   Jason and Travis to populate the sheets.
24   Q.      You had no -- you didn't do anything
25   with the unit rates that were in the labor and
```

Page 81

```
 1   material sheets you built, correct?
 2   A.      Correct.
 3   Q.      And you said you provided it to Jason?
 4   A.      And Travis.
 5   Q.      And Travis, okay.  Did you ever see them
 6   change the unit rates?
 7   A.      Not that I know of.  But they could
 8   have.
 9   Q.      So as you sit here today though -- I
10   don't want you to guess like your attorney just
11   said -- you have not seen and do not know
12   whether Jason Yates, Travis Dardenne, or Shawn
13   Breeland changed the unit rates that were in the
14   labor and material sheets that you built,
15   correct?
16   A.      I do not know.
17   Q.      Is there a standard labor and material
18   sheet that is being used by ISG now?
19   A.      Yes.
20   Q.      Okay.  Did Jason Yates, Shawn Breeland,
21   or Travis Dardenne ever instruct you to change
22   the unit rates in that standard form that's
23   being used right now?
24   A.      I have not changed any of them, nor have
25   I been instructed to change any of them.
```



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC            Pages 82..85
BEN HUFFMAN, 03/27/2023

---

Page 82

1  Q.    Okay.  So you send them a labor and
2  material sheet that's going to be the standard
3  form for ISG and ask them to review it, correct?
4  A.    Yes.
5  Q.    And they never instructed you to change
6  the unit rates on the form that you sent to
7  them, correct?
8  A.    The form I sent them did not have unit
9  rates.
10  Q.    So you're saying that there is a
11  standard labor and material sheet that is being
12  used by ISG, correct?
13  A.    Yes.
14  Q.    And it had unit rates in it when you
15  sent it to Jason, Travis, and Mr. Breeland,
16  correct?
17            MS. HAMPTON SUTHERLAND:
18  Objection to form.
19  A.    The labor and material sheets provided,
20  they got them and they applied the rates to
21  them.
22  Q.    Okay.  Did you see them change the unit
23  rates that you sent to them?
24  A.    I didn't see anything, but I wouldn't
25  know.

---

Page 83

1  Q.    Okay.  Is it your testimony that you
2  think they changed it and then sent you back a
3  sheet that had the changed unit rates?
4  A.    I do not know.
5  Q.    You don't know, okay.  But you just know
6  they never asked you to change any of the unit
7  rates in the labor and material sheets that is
8  currently being used by ISG, correct?
9            MS. HAMPTON SUTHERLAND:
10  Objection to the form.
11  A.    Correct.
12  Q.    That's correct?
13  A.    Yes.
14  Q.    I'm going to show you what I'm marking
15  as Exhibit 6.  Before I show you this,
16  currently, is ISG using the labor and material
17  sheet that you built to bid on work?
18  A.    As far as I know.
19            (Exhibit No. 6 marked for
20  identification.)
21  Q.    And this is a copy of the employee
22  handbook that I believe you signed.  Just let me
23  know once you've had a chance to look through
24  that.  It's long, I know.  There are, I'm
25  noticing, socials --

---

Page 84

1            THE WITNESS:  Can we, please --
2            MR. KEE:  Yes, we will address
3  that.
4  Q.    Okay.
5  Q.    Those are your signatures --
6  A.    Yes.
7  Q.    -- in the document?  And the date's
8  accurate?  Do you remember signing this the same
9  day you filled out the application?
10  A.    I think that was right.
11  Q.    When you filled out these pages, did you
12  also note as you did with the estimating sheets
13  that this was a copy of MMR's employee
14  handbook?
15            MS. HAMPTON SUTHERLAND:
16  Objection to form.
17  A.    I didn't recognize it because I hadn't
18  filled one out with MMR for ten years, so.
19  Q.    That's your -- okay.
20  A.    I don't recognize it.  Like I say, I
21  don't recognize it because it's been so long
22  since I filled one out.
23  Q.    Fair enough.  So the front page, it says
24  approved by Laiton -- his last name is?
25  A.    McCaughey.

---

Page 85

1  Q.    Laiton McCaughey.  Who is Laiton
2  McCaughey?
3  A.    He is our corporate HSE manager.
4  Q.    Okay.  And HSE stands for Health,
5  Safety, and Environmental?
6  A.    I guess.
7  Q.    Okay.  And he worked with you at MMR?
8  A.    No.  He never worked with me at MMR.
9  Now I know he worked at MMR.
10  Q.    Maybe a poor question.
11            Are you aware that you all
12  worked at MMR at the same time?
13  A.    Yes.
14  Q.    But it's your testimony you didn't --
15  you never interacted with him as an MMR employee
16  or the two of you didn't interact while you were
17  at MMR?
18  A.    Correct.
19  Q.    Do you know when Laiton resigned or left
20  MMR to join ISG?
21  A.    I do not.
22  Q.    Okay.  So if you flip to page 37.
23  A.    Okay.
24  Q.    Do you see it has Laiton's signature,
25  electronic signature, there and it's dated



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                Pages 86..89
BEN HUFFMAN, 03/27/2023

Page 86

1  12/6/2015.  Do you see that?
2  A.      Yes.
3  Q.      ISG wasn't around in 2015, correct?
4  A.      As far as I know.
5  Q.      And Laiton was an MMR employee in
6  2015?
7  A.      I do not know.
8  Q.      Okay.  Fair enough.  All right.  If you
9  turn to page 46.  Do you see that?
10  A.      Um-huh.
11  Q.      And this is an agreement to keep -- I'll
12  just read the name of the agreement.  It's
13  Employer Loyalty/Confidentiality/Trade
14  Secrets/Conflict of Interest Agreement.  Do you
15  see that?
16  A.      Yes.
17  Q.      And you signed this?
18  A.      Yes.
19  Q.      Okay.  And No. 1, Confidential
20  Information and Trade Secrets.  It says, "During
21  and after the term of his employment, the
22  employee," meaning you, "agrees to hold as
23  confidential all knowledge and information he
24  has acquired in connection with his/her
25  employment with ISG and which is not otherwise

Page 87

1  generally available to the public or third
2  parties, including, but not limited to, customer
3  lists, financial information, pricing
4  information, marketing material, technical data,
5  drawings, memorandum notes, programs, electronic
6  gear, personnel records, policies, other items,
7  and papers and reproductions."
8          And then, open paren, "all of
9  which is deemed confidential and a trade
10  secret," closed paren, "thereof relating" to the
11  business -- "relating the business of ISG."
12          See that?
13  A.      Yes.
14  Q.      Okay.  So what is your understanding of
15  your obligation here?
16  A.      Just what you said there.
17  Q.      To keep ISG's, for instance, pricing
18  information confidential?
19  A.      Customer information, financial and
20  third party, yeah.
21  Q.      So, like, proposals to customers?
22              MS. HAMPTON SUTHERLAND:
23  Objection --
24  Q.      You're obligated to keep that
25  confidential?

Page 88

1              MS. HAMPTON SUTHERLAND:
2  Objection to the form.
3  A.      The object is not to, you know, provide
4  information to other people.
5  Q.      My question is:  Do you understand
6  that's your contractual obligation to ISG that
7  you can't share that information --
8  A.      Yes.
9  Q.      -- outside of ISG?
10              MS. HAMPTON SUTHERLAND:
11  Objection to the form.
12  Q.      Same with, like, the estimating sheets
13  you built for them, you can't share that, that's
14  confidential, correct?
15              MS. HAMPTON SUTHERLAND:
16  Objection to the form.
17  A.      I assume so.
18  Q.      Okay.  How about the other sheets or
19  databases that you've created for ISG, that's
20  confidential information that you can't share?
21              MS. HAMPTON SUTHERLAND:
22  Objection to form.
23  A.      I would assume.
24  Q.      If you left ISG, you couldn't take any
25  of that information with you, correct?

Page 89

1  A.      I would assume.
2  Q.      And if you look at No. 3, the next page,
3  under -- it's Conflict of Interest.  Misuse of
4  information.  Employee may not use confidential
5  information contained through his or her
6  employment for any purpose not authorized by ISG
7  or carried out in the course and scope of
8  employment.  So if you were to leave ISG, you
9  understand you could not use, for instance, the
10  labor and material sheets, you could not use
11  that on behalf of another employer, correct?
12              MS. HAMPTON SUTHERLAND:
13  Objection to the form.
14  A.      I would assume so.
15  Q.      You're assuming.  You know that to be
16  true, correct?
17  A.      I assume so.
18  Q.      What is it that you're assuming?  Maybe
19  I'm not understanding why you're assuming so.
20  A.      Yeah.
21  Q.      That's a yes?
22  A.      Yes.
23  Q.      And same with the databases you created
24  for ISG, you couldn't use that, bring those
25  databases to a new company and start using them,



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                Pages 90..93
BEN HUFFMAN, 03/27/2023

Page 90

1  correct?
2                MS. HAMPTON SUTHERLAND:
3  Objection to the form.
4  A.      It would determine the scope of the
5  database, whether it was anything that was
6  relevant or generic to the industry.
7  Q.      Okay.  I'm talking specifically about
8  the databases you've created for ISG, okay, you
9  could not take those databases upon your
10 departure without Mr. Yates or a member of the
11 executive team's approval, bring those to a new
12 employer and start using them on that employer's
13 behalf, correct?
14               MS. HAMPTON SUTHERLAND:
15 Objection to form.  Asked and answered.
16 Q.      You can answer.
17 A.      Yes.
18 Q.      I'm going to show you what's marked as
19 Exhibit 7.
20               (Exhibit No. 7 marked for
21 identification.)
22 Q.      Keep Exhibit 6 close.
23         Okay.  Mr. Huffman, you had testified --
24               MS. HAMPTON SUTHERLAND:  Take
25 your time.

Page 91

1  Q.      I'll just note, this is an
2  acknowledgment of receipt of updated policies
3  and procedures.  Is that your printed --
4                MS. HAMPTON SUTHERLAND:  The
5  first page is --
6  Q.      -- name and your signature on the first
7  page?
8  A.      Yes.
9  Q.      And it's dated May 12, 2015, correct?
10 A.      That's what it looks like.
11 Q.      And you can look through it.  Just let
12 me know once you've had a chance, once you're
13 ready to answer questions.
14               MS. HAMPTON SUTHERLAND:  Same
15 thing here.  We've got personal information,
16 driver's license, etcetera, that needs to be
17 redacted.
18 Q.      Ready?  If you look at the first -- I'm
19 sorry.  Bates labels at the bottom of Exhibit 7
20 MMR-595 is where I am.
21 A.      Okay.
22 Q.      It says "employment at-will"?
23 A.      Um-huh.
24 Q.      And that's your signature on the first
25 line?

Page 92

1  A.      Yes.
2  Q.      Okay.  If you look at Exhibit 6, page
3  14?
4  A.      Page 14.
5                MS. HAMPTON SUTHERLAND:  Hold on
6  one second.
7  Q.      Looking at that language, would you
8  agree with me the only difference is that MMR
9  has been replaced with ISG?
10               MS. HAMPTON SUTHERLAND:
11 Objection to the form.
12 A.      It appears so.
13 Q.      And flip the page, the next on Exhibit
14 7, 596, is MMR Fair Wage Compliance Policy.  Do
15 you see that?  And, again, when you compare with
16 Exhibit 6, the only difference is MMR has been
17 replaced with ISG, correct?
18               MS. HAMPTON SUTHERLAND:
19 Objection to the form.
20 A.      I'd have to look at it in greater
21 detail, but I already see a price difference per
22 week.  So it's not just the ISG change.
23 Q.      Do you have any idea how ISG created
24 this employee handbook?
25 A.      I wasn't involved in any of it.

Page 93

1  Q.      And it's your testimony this didn't look
2  familiar to you when you signed it for ISG?
3  A.      Not that I recall.
4  Q.      Okay.  Look at on Exhibit 7, MMR-623.
5  And if you turn in Exhibit 6 to page 46.
6  A.      46?
7  Q.      Um-huh.
8  A.      Okay.
9  Q.      Do you recall your answers and the
10 questions about Exhibit 6, page 46, the employer
11 loyalty, trade secrets, conflict of interest
12 agreement?
13 A.      Yes.
14 Q.      And do you see you also signed the same
15 agreement with MMR?
16 A.      Yes, sir.
17 Q.      And the only difference in the language
18 of the agreement is that ISG has been replaced
19 with MMR, correct?
20               MS. HAMPTON SUTHERLAND:
21 Objection to form.
22 A.      Appears so.
23 Q.      And I've got the same questions about
24 your obligations to MMR regarding
25 confidentiality information, right?  You



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 94..97
BEN HUFFMAN, 03/27/2023

Page 94

1  understood that the green sheets were
2  confidential information belonging to MMR that
3  you needed to protect the confidentiality of,
4  correct?
5              MS. HAMPTON SUTHERLAND:
6  Objection to the form.
7  Q.    You can answer.
8  A.    Based on this, I would assume so.
9  Q.    Same with the overhead sheets?
10 A.    I would assume so.
11 Q.    Same with the project control databases
12 you created for MMR?
13 A.    I would assume so.
14 Q.    Same with the job analysis spreadsheet
15 that you worked on or created for MMR?
16 A.    I would assume so, yes.
17 Q.    Same with MMR proposals to customers?
18 A.    I wasn't involved with those, but I
19 would assume so.
20 Q.    Same with consolidated financial
21 statements of MMR, correct?
22 A.    I would assume so.  I wasn't involved in
23 any of that.
24            MS. HAMPTON SUTHERLAND:  And you
25 shouldn't be assuming.  If you know, you know.

Page 95

1  You don't, you don't.
2  Q.    Okay.  And you do know, for instance,
3  green sheets, MMR's green sheets, you were
4  contractually obligated to keep those
5  confidential, correct?
6              MS. HAMPTON SUTHERLAND:
7  Objection to the form.
8  A.    It appears so.
9  Q.    Okay.  Sitting here today, were you
10 contractually obligated to keep those
11 confidential?
12             MS. HAMPTON SUTHERLAND:
13 Objection to form.
14 A.    It would appear so.
15 Q.    Okay.  Look at the conflict of interest,
16 No. 3, second page of Exhibit 7 or second page
17 of that agreement in Exhibit 7, which is
18 MMR-624?
19 A.    Um-huh.
20 Q.    Misuse of information.  Employee may not
21 use confidential information obtained through
22 his or her employment for any purpose not
23 authorized by MMR or carry out in the course and
24 scope of employment.
25            Reading this, you were

Page 96

1  contractually obligated not to use MMR's green
2  sheets while working for ISG, correct?
3              MS. HAMPTON SUTHERLAND:
4  Objection to the form.
5  A.    It appears so.
6  Q.    Okay.  Same with the overhead sheets
7  that belonged to MMR?
8  A.    It appears so.
9  Q.    Same with those MMR databases project
10 control databases you created for MMR?
11             MS. HAMPTON SUTHERLAND:
12 Objection to the form.
13 A.    It appears so.
14 Q.    Okay.  Same with the job analysis
15 spreadsheet you created for MMR?
16             MS. HAMPTON SUTHERLAND:
17 Objection to the form.
18 A.    It appears so.
19 Q.    When you left MMR or while you were
20 working at MMR, did you use any external storage
21 devices?
22 A.    Yes.
23 Q.    Okay.  And they contained MMR
24 information?
25 A.    Yes.

Page 97

1  Q.    Okay.  On the date of your departure,
2  what did you do with those devices?
3  A.    I left them in my drawers.
4  Q.    Okay.  Did you retain any external
5  devices that contained MMR information?
6  A.    Not that I'm aware of.
7  Q.    Did you plug in -- have you used any
8  external devices while at ISG?
9  A.    Not that I can recall.
10 Q.    Okay.  Has anyone plugged in any storage
11 devices into your ISG computer?
12 A.    Not that I know of or that I can recall.
13 Q.    And you don't recall doing that?
14 A.    No.  I mean, the only thing plugged into
15 it is a dock each day.
16 Q.    Okay.  Did you use any type of -- I'll
17 just call it file sharing or file storage
18 account or cloud-based account like a Dropbox,
19 or?
20 A.    Other than the --
21             MS. HAMPTON SUTHERLAND:  Hold on
22 a second.  Let him finish.
23 Q.    Like a One Drive or Google Drive while
24 working at MMR --
25             MS. HAMPTON SUTHERLAND:



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 98..101
BEN HUFFMAN, 03/27/2023

Page 98

1  Objection.
2  Q.      -- and for the purpose of doing, you
3  know, business for MMR?
4  A.      One Drive, no, I never used it at MMR.
5  They had a server-based system that had the
6  estimating server and other stuff.  I would
7  utilize that.
8  Q.      Okay.  And I should have been more --
9  I'm talking like a personal, like, Dropbox or
10 Google Drive?
11         MS. HAMPTON SUTHERLAND:
12 Objection to the form.
13 Q.      First of all, do you have access to an
14 account like that?
15 A.      No.  I have a Gmail account which has
16 that information -- or has that opportunity.
17 Q.      Sure.
18 A.      But, no, I never used it in my course at
19 MMR.
20 Q.      In any of those, like, a Google Drive or
21 Dropbox that you currently have access to, do
22 any of those accounts contain MMR information on
23 it?
24 A.      Not that I'm aware of.
25 Q.      I'm going to show you what I'm marking

Page 99

1  as Exhibit 8.
2          (Exhibit No. 8 marked for
3  identification.)
4          MR. KEE:  I apologize for the
5  small print it is.
6          MS. HAMPTON SUTHERLAND:  Where's
7  the rest?
8          MR. KEE:  The Excel sheet?
9          MS. HAMPTON SUTHERLAND:  Yeah.
10         MR. KEE:  I'm going to pull it
11 up.
12 BY MR. KEE:
13 Q.      Do you recognize this document, this
14 email?
15 A.      I see a title.  I don't remember the
16 email but if you got . . .
17 Q.      Okay.  So I'll represent -- it doesn't
18 appear -- the subject line was blank on this
19 email, but there's an attachment, blank
20 timesheet and it's an Excel spreadsheet.
21         March 7, 2022, that was your
22 first day of employment at ISG?
23 A.      I'd have to go back and look, but that
24 sounds close.
25 Q.      Okay.  And this is sent from Travis

Page 100

1  Dardenne, correct?
2  A.      Correct.
3  Q.      Do you recall why he was sending you a
4  blank timesheet?
5  A.      I don't recall.
6  Q.      I'm going to pull up for you and try to
7  share it, and hopefully it's a little smoother,
8  the actual native document that was attached.
9          MS. HAMPTON SUTHERLAND:  Just
10 give me a second.
11 Q.      Can you see that, Mr. Huffman?
12 A.      Yes.
13 Q.      So I'm showing right now the
14 spreadsheet, the timesheet.  And then the second
15 one is employee set-up template.  Do you see
16 that?
17 A.      Yes.
18 Q.      And the third is earn types?
19 A.      Yes.
20 Q.      And the fourth is a hidden sheet but
21 it's called Magic.  Do you see that?
22 A.      Um-huh.
23 Q.      Did you work on this timesheet?
24 A.      Not that I recall.  I mean, I know he
25 sent it to me and I've worked on it since

Page 101

1  then.
2  Q.      Are you aware one way or the other that
3  this is based on an MMR document that was
4  retained by either Mr. Yates or Mr. Dardenne?
5  A.      I'm not aware of it, but.
6  Q.      Okay.  Is this a time -- are you all
7  using this timesheet currently at ISG?
8  A.      Something similar.
9  Q.      Okay.  And did you develop work on a
10 similar version?  Are you the one who updated
11 the version?
12 A.      Yes.
13 Q.      Are you using this Magic sheet?  What
14 did you change, I guess, is a better question?
15         MS. HAMPTON SUTHERLAND:
16 Objection to the form.  Assumes facts.
17         Go ahead.  You can answer.
18 A.      No, it does not use a Magic sheet.
19 Q.      Okay.  But esthetically it looks
20 different, but the functionality is a little
21 different, is that --
22         MS. HAMPTON SUTHERLAND:
23 Objection to the form.
24 Q.      -- an accurate assessment?
25 A.      It's a basic timesheet.  I mean, this is



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC          Pages 102..105
BEN HUFFMAN, 03/27/2023

Page 102

1  a summarized version of what we use.
2  Q.      Your current timesheet, does that
3  interact with your -- do you call it EBR?
4  A.      EPR.
5  Q.      EPR system?
6  A.      Um-huh.
7  Q.      Yes?
8  A.      Does it interact with it directly, no.
9  Q.      Okay.  What does the timesheet interact
10 with?
11 A.      It creates a import sheet that is then
12 manually uploaded into the EPR system.
13 Q.      Okay.  So people in the field will fill
14 out the timesheet, and then it's sent to you to
15 input, or is it -- do you have people on your
16 team that input it?
17 A.      So the field turns in timesheets, and it
18 is compiled at the office.  And then I will in
19 turn create the update.
20 Q.      Okay.  And that's all a manual
21 process?
22 A.      Yes.
23 Q.      I'll mark that as Exhibit 8, the Excel.
24         MS. HAMPTON SUTHERLAND:  I think
25 the cover email was 8.

Page 103

1         MR. KEE:  I'm sorry, Exhibit 9.
2         (Exhibit No. 9 marked for
3  identification.)
4  Q.      At MMR was there a budget versus spend
5  report that you all utilized?
6  A.      Yes.
7  Q.      Okay.  And what was that?
8  A.      That was an output report from Viewpoint
9  that they would use to track the financials on a
10 job.
11 Q.      Okay.  And would it be generated as an
12 Excel file?
13 A.      No.  It would come out as a PDF.
14 Q.      Was there an Excel file that was called
15 a budget versus spend report?
16 A.      There may have been.
17 Q.      I'm going to show you what I'm marking
18 as Exhibit 10.
19         (Exhibit No. 10 marked for
20 identification.)
21 Q.      Do you recall this email?
22 A.      I don't recall this specific one, but I
23 see it.
24 Q.      Okay.  This was sent your second day of
25 work at ISG?

Page 104

1  A.      It appears so.
2  Q.      And it's an email from you to Shawn
3  Breeland and Jason Yates, correct?
4  A.      Yes.
5  Q.      Subject line, BS report with an
6  attachment entitled BS report test, dash, new,
7  dash, with formulas, correct?
8  A.      Correct.
9  Q.      And you state, "Here's the Excel version
10 of the BS report with sample data and all of the
11 formulas.  Please let me know if you have any
12 questions.  Thanks."
13         Did I read that right?
14 A.      Correct.
15 Q.      I'm going to show you the attachment,
16 which is an Excel sheet.  And let me know once
17 you've had a chance to look at it.
18         MS. HAMPTON SUTHERLAND:  Where's
19 the control number on this document?
20         MR. KEE:  I'll have to -- it's
21 the attachment to the -- I'll get it to you.
22         MS. HAMPTON SUTHERLAND:  Let the
23 record reflect that we can't verify that at this
24 point.
25         MR. KEE:  At a break I'll give

Page 105

1  you the control number.
2  BY MR. KEE:
3  Q.      Do you recognize this document?
4  A.      Yes.
5  Q.      And this is the document that you sent
6  to Shawn Breeland and Jason Yates, correct?
7  A.      Yes.
8  Q.      And at the top it says, "MMR
9  Constructors, Inc.," correct?
10 A.      Correct.
11 Q.      Okay.  And job --
12         MS. HAMPTON SUTHERLAND:  Well --
13 okay.  Sorry.  Go ahead.
14 Q.      And job cell, do you see that that I
15 have highlighted?
16 A.      Yes.
17 Q.      It says BR10201TM, correct?
18 A.      Yes.
19 Q.      That's not a designations that ISG uses
20 for jobs, correct?
21 A.      Correct.
22 Q.      Who uses designations like that?
23 A.      MMR.
24 Q.      Okay.  Is this an MMR document?
25 A.      I couldn't recall if it was an MMR



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 106..109
BEN HUFFMAN, 03/27/2023

Page 106

1    document or if I built it while I was there.
2    Q.      Okay.  It's got a creation date of
3    6/25/2021.  Do you see that?
4    A.      Yes.
5    Q.      So do you think that you built that
6    while you were there?
7    A.      I can't recall.
8    Q.      Is it your testimony that you actually
9    built this?
10   A.      I can't recall if I built it.  I've
11   built hundreds of sheets.
12   Q.      Why as you're working on ISG on your
13   second day of work would you build a sheet that
14   says MMR Constructors on it?
15   A.      I don't know.
16   Q.      There's no reason to, correct?
17   A.      Correct.
18   Q.      Did Jason Yates provide you with a
19   similar report like this or similar Excel?
20   A.      I can't recall.
21   Q.      What would you need to see to be able to
22   recall?
23   A.      I don't know.
24   Q.      Okay.  Do you recall why you're sending
25   this budget versus spend report to Jason Yates

Page 107

1    and Shawn Breeland on your second day of work at
2    ISG?
3    A.      I would assume just to see how it looks.
4    Q.      Okay.  Did you build sheets like this at
5    MMR?
6    A.      I'm sure I did.
7    Q.      Do you recall specifically building a
8    sheet like this at MMR?
9    A.      I don't recall specifically.
10   Q.      Do you recall specifically working on a
11   sheet like this for MMR?
12   A.      I don't recall.
13   Q.      If you built it on your second day of
14   work in 2022 of March, why would you be putting
15   in 2021 dates in this report?
16   A.      I don't know.
17   Q.      What's that?
18   A.      I don't know.
19   Q.      And why would you put on L-3 MMR
20   hospitalization if you were building it your
21   second day of work at ISG?
22   A.      I don't know.
23   Q.      Okay.  And for MMR hospitalization there
24   is a value for -- you see that, PIP-CO here?
25   A.      Yes.

Page 108

1    Q.      Where would you have gotten that number
2    from?
3    A.      I don't know.
4    Q.      Is it your testimony that on your second
5    day of work at ISG you just randomly said $3,161
6    should go into this cell here?
7    A.      I don't recall.
8    Q.      Okay.  How about the -- do you recall
9    anything about this report at all that you can
10   tell us?
11   A.      I mean, it looks like a BS report.
12   Q.      Used at MMR, correct?
13   A.      Yeah.
14   Q.      So sitting here today, the only thing
15   you can tell us is that this looks like a BS
16   report that was used at MMR, correct?
17   A.      Correct.
18           MR. KEE:  I'm going to mark that
19   Excel as 11.
20           (Exhibit No. 11 marked for
21   identification.)
22   Q.      And then I'm going to show you Exhibit
23   12.
24           (Exhibit No. 12 marked for
25   identification.)

Page 109

1    Q.      You looked at it, okay.
2    A.      Yes.
3    Q.      Do you recognize Exhibit 12 as an email
4    that you sent to Shawn Breeland and Jason Yates
5    on March 17th, 2022?
6    A.      Yes.
7    Q.      Okay.  And the subject line is BS report
8    with new codes with an attachment, BS report
9    test, dash, new codes, correct?
10   A.      Correct.
11   Q.      And this is a follow-up to the email
12   that we marked as Exhibit 11?
13           MS. HAMPTON SUTHERLAND:
14   Objection to the form.
15   Q.      Correct?  Do you have Exhibit 11?
16   A.      Was 11 the spreadsheet?
17   Q.      I'm sorry, Exhibit 10.
18   A.      I would assume so.  It's not a reply
19   email, but.
20   Q.      But it's the same subject.  You're
21   talking about the BS report that you sent on
22   March 8th, correct?
23   A.      It looks like it.
24   Q.      And on March 17th you're sending an
25   updated version, correct?



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                 Pages 110..113
BEN HUFFMAN, 03/27/2023

Page 110

1  A.      That's what it looks like.
2  Q.      Okay.  I'm going to show you the
3  attachment.  Okay.  Do you see it?
4  A.      Yes, I see it.
5  Q.      Okay.  So one difference I notice is
6  you've -- you made the edits to this report,
7  correct?
8  A.      Yes.
9  Q.      You replaced MMR at the top left with
10 Infrastructure Solutions Group, correct?
11 A.      Correct.
12 Q.      And the job you replaced was the MMR
13 coding for a job with an ISG 22-0022, correct?
14 A.      Correct.
15 Q.      And that's an actual ISG job, correct?
16 A.      I don't recall whether it is or not.
17 Q.      But that is how ISG is coding their
18 projects, correct?
19 A.      No.  They don't have that preference
20 anymore, but at the time, yes.
21 Q.      What is their new preference?
22 A.      It's based off the ERP system.  It's
23 just a number.
24 Q.      Got it.  Okay.  What changes did you
25 make from the first report that we looked at to

Page 111

1  this one, which I'll mark this as Exhibit 13.
2              (Exhibit No. 13 marked for
3  identification.)
4  A.      It appears we changed some of the face
5  codes.
6  Q.      Okay.  But looking at this, do you still
7  recognize this as an MMR report like you did for
8  the previous version?
9              MS. HAMPTON SUTHERLAND:
10 Objection to the form.
11 A.      It looks similar, yes.
12 Q.      Okay.  Is it your testimony that simply
13 changing the name MMR and replacing it with
14 Infrastructure Solutions Group makes that an ISG
15 document?
16 A.      Not necessarily.
17 Q.      This is still an MMR report, correct?
18              MS. HAMPTON SUTHERLAND:
19 Objection to the form.
20 A.      I would say so.
21 Q.      And you think -- we read your
22 contractual obligation about misusing
23 information, correct?
24 A.      Yes.
25              MS. HAMPTON SUTHERLAND:

Page 112

1  Objection to the form.
2  Q.      How does you working on this MMR report
3  not violate that contractual obligation?
4              MS. HAMPTON SUTHERLAND:
5  Objection to the form.  He's not a lawyer.
6  Q.      You can answer.  You're a party to that
7  contract.
8              MS. HAMPTON SUTHERLAND:
9  Actually, if we're going to go there, you keep
10 calling it a contract.  It says "policy," it
11 doesn't say contract.
12              MR. KEE:  You can answer.
13              MS. HAMPTON SUTHERLAND:  But you
14 can answer if you know.
15 A.      I don't know.
16 Q.      Explain to me how this complies --
17 whether you call it a policy or agreement, how
18 does it comply with your obligations?
19 A.      I don't know.
20 Q.      You don't know how it does?  And that's
21 because it doesn't comply with those
22 obligations, correct?
23              MS. HAMPTON SUTHERLAND:
24 Objection to the form.
25 A.      It appears so.

Page 113

1  Q.      It appears that you were not in
2  compliance with those obligations, correct?
3              MS. HAMPTON SUTHERLAND:
4  Objection to the form.
5  A.      Correct.
6  Q.      When you're sending this to Shawn
7  Breeland and Jason Yates, did they ever tell
8  you, look, ISG does not want MMR's information,
9  stop working on this immediately?
10 A.      No.
11 Q.      They were happy to receive these
12 reports, correct?
13              MS. HAMPTON SUTHERLAND:
14 Objection to form.  Calls for speculation.
15 A.      I don't know how they reacted to it.
16 Q.      They never told you to stop, correct?
17 A.      Correct.
18 Q.      And you kept working on it, correct?
19 A.      Correct.
20              MS. HAMPTON SUTHERLAND:  P.J.,
21 when you have a good breaking point, I'd like to
22 take a restroom break.
23              (Lunch recess.)
24 BY MR. KEE:
25 Q.      Mr. Huffman, we took a brief lunch



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC          Pages 114..117
BEN HUFFMAN, 03/27/2023

Page 114

1  break.  During that time did you discuss your
2  testimony today with anyone?
3  A.      No.
4  Q.      So when we -- before we took a break, we
5  were talking about those BS reports.  And I want
6  to kind of talk about schedules.  Do you
7  remember working on schedules for ISG?
8  A.      I've worked on a couple.
9  Q.      Okay.  I'm going to show you what I'm
10 marking as Exhibit 14.
11          (Exhibit No. 14 marked for
12 identification.)
13 Q.      And I'm going to start -- it looks like
14 the emails go from the bottom, so on the second
15 page is the first email.  And then the last in
16 kind is the second.  I'm just going to start
17 chronologically on the first email.
18 A.      Okay.  You're starting from the first
19 email?
20 Q.      So the first email in this thread is --
21 it's a March 14th, 2022 email from Trevor Besse
22 to you, and the subject line is Airline at
23 Clearview schedule.
24 A.      Yes.
25 Q.      Trevor Besse, what's his position at

Page 115

1  ISG?
2  A.      He was DOT estimator.  He's no longer
3  with the company.
4  Q.      When did he leave ISG?
5  A.      Sometime in December, I think.
6  Q.      Okay.  Do you know where he is
7  currently?
8  A.      I do not.
9  Q.      Did he work at MMR?
10 A.      No.  Not that I'm aware of.
11 Q.      Not that you're aware of, okay.
12          Okay.  And then you then forward
13 the email to Jason Yates and Shawn Breeland,
14 correct?
15 A.      Yes.
16 Q.      Okay.  And it looks like you tell them
17 in order to create the schedule I'm going to
18 need a P6 license?
19 A.      Yes.  That's correct.
20 Q.      Okay.  And P6 is the Primavera P6
21 product software?
22 A.      It's the industry standard in what we do
23 for scheduling.
24 Q.      And Oracle provides that?
25 A.      It is an Oracle product.

Page 116

1  Q.      Did ISG purchase this P6 software?
2  A.      Yes, they did.
3  Q.      Do you remember when?
4  A.      I couldn't tell you when it was.
5  Q.      Okay.  Would you have been able to
6  create what you're calling the industry standard
7  schedule without having the P6 license?
8  A.      No.
9  Q.      Okay.  Do you recall -- well, if you
10 look, if you skip forward -- I don't have any
11 questions about the in-between emails.  It looks
12 like you explain to them on the top email on
13 page 1 of this exhibit --
14          MS. HAMPTON SUTHERLAND:
15 Objection to the form.
16          You can read whatever you want,
17 and it says what it says, not what he says it
18 says.
19 Q.      I'm going to -- feel free to read that,
20 but I'm going to ask you just about the last
21 email in time in this thread.
22 A.      Okay.
23 Q.      Okay.  So this is March 15th, and you're
24 talking about a five-seat version.  Do you see
25 that?

Page 117

1  A.      Yes.
2  Q.      Did ISG purchase the five-seat or did
3  they do just the single user?
4  A.      No.  If I recall right, it was working
5  with Global PM.  And after I talked to the
6  representative there, we ended up just getting
7  the stand-alone version for one user.
8  Q.      Okay.  Who is the user at ISG that can
9  use the software?
10 A.      That's me.
11 Q.      You, okay.  So would you be the only
12 person at ISG who could create one of these
13 schedules?
14 A.      Yes, the P6 portion.
15 Q.      Okay.  And does that fall within your
16 job duties at ISG?
17 A.      Yes.
18 Q.      So you're currently creating schedules
19 for your projects?
20 A.      Yes, to a degree.  I haven't done that
21 many, though.  Most of our projects are small.
22 Q.      Okay.  I'll show you -- when you say
23 "most of your projects are small," what does
24 that mean in relation to needing a schedule?
25 A.      Most projects, if their span is less



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC          Pages 118..121
BEN HUFFMAN, 03/27/2023

Page 118

1  than a week, less than two weeks, it's not
2  necessarily worth it for a schedule.  Exceptions
3  of that would be turnaround work.  If they're
4  long, drawn-out schedules where you're looking
5  at manpower, then it could be worthwhile.
6  Q.     Okay.  So who would be the one to ask
7  you to develop a schedule?
8  A.     It would depend.  It would be based on
9  the estimator that's doing it and in conjunction
10 with the project manager.  Because depending on
11 the scope of the schedule could require that we
12 may have an actual schedule from a client that
13 ties to mechanical or things like that, so it
14 varies.
15 Q.     And are the schedules created at the
16 time that you submit a proposal, or is it after
17 a job is awarded?
18 A.     Depends on what the schedule is supposed
19 to be.
20 Q.     Okay.
21 A.     Most estimating schedules are created --
22 I say most.  Estimating schedules are created at
23 the time of bid based off of the estimate.
24 Actual schedules can happen any time after a
25 project is awarded.

Page 119

1  Q.     Okay.  I'm going to show you what I'm
2  marking as Exhibit 15.
3              (Exhibit No. 15 marked for
4  identification.)
5              MS. HAMPTON SUTHERLAND:  Do you
6  know what the actual date of this document is?
7  I don't think this is the actual date.
8              MR. KEE:  March 17th, '22?
9              MS. HAMPTON SUTHERLAND:  I'm
10 sorry.  I thought it said '23, sorry.
11             MR. KEE:  That's all right.
12 BY MR. KEE:
13 Q.     Do you recognize this document?
14 A.     I've seen it before, yes.
15 Q.     Okay.  What was used to generate this
16 document?
17 A.     It looks like it's from a timekeeping
18 program.
19 Q.     And was that the timekeeping program
20 that you were building for ISG?
21 A.     Yes.
22 Q.     Okay.  In this -- the codes here, BR, do
23 you see that?
24 A.     Yes.
25 Q.     Okay.  Were those MMR codes?

Page 120

1  A.     Those were sample job codes.
2  Q.     Using MMR's coding?
3  A.     We used similar there, yes.
4  Q.     Okay.  But ISG doesn't use this coding,
5  correct?
6  A.     No.  That is correct.
7  Q.     And you see here vacation, you've got
8  client, MMR?
9  A.     Yeah.
10 Q.     And then MMR's timekeeping database,
11 same thing, correct --
12             MS. HAMPTON SUTHERLAND:
13 Objection to form.
14 Q.     -- for vacation it's billed to MMR?
15 A.     Similar.
16 Q.     Why if you're building this timekeeping
17 database from scratch, why would you ever have
18 MMR listed in it?
19 A.     I can't explain that.
20 Q.     Okay.  Why did -- I'm asking you why you
21 have MMR in this timekeeping database if you're
22 creating it from scratch for ISG?
23 A.     I don't know.
24 Q.     You don't know?
25 A.     No.

Page 121

1  Q.     Is that because you were actually using
2  a version that MMR had?
3  A.     I may have had that.  I don't know.
4  Q.     Okay.  So now -- earlier you testified
5  you didn't have it, now you're saying you may
6  have had MMR's database?
7              MS. HAMPTON SUTHERLAND:
8  Objection to the form.
9  Q.     You can answer.
10 A.     Maybe.
11 Q.     Maybe, okay.  'Cause these codes on the
12 left, that's all the BR, LC, that's a code
13 convention at MMR, correct?
14 A.     Yes, similar.
15 Q.     Okay.  So what can we do to determine
16 whether or not you had it or not, MMR's
17 database?
18 A.     I don't know.
19 Q.     Would we need to look at your computer?
20             MS. HAMPTON SUTHERLAND:
21 Objection to the form.
22 Q.     You can answer.
23             MS. HAMPTON SUTHERLAND:  Calls
24 for speculation.
25 A.     I don't know.



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 122..125
BEN HUFFMAN, 03/27/2023

Page 122

1  Q.    Would it be -- would you have created
2  this on your ISG computer?
3  A.    Yes.
4  Q.    Okay.  So would you agree that it
5  might -- looking at your computer, we might be
6  able to tell if you ever had the MMR database on
7  there?
8              MS. HAMPTON SUTHERLAND:
9  Objection.  Calls for speculation.
10 A.    Yes.
11 Q.    The decision to kind of scrap the
12 database that you said you were creating for
13 ISG, did that come before or after this lawsuit
14 was filed?
15             MS. HAMPTON SUTHERLAND:
16 Objection to the form.
17 A.    Before.
18 Q.    When?
19 A.    Sometime the middle of March.
20 Q.    Was it before or after Kasey Kraft was
21 hired?
22 A.    I can't recall.
23 Q.    Was it before or after David Heroman was
24 hired?
25 A.    I can't recall.

Page 123

1  Q.    Do you still have the timekeeping
2  database that you were trying to build for ISG?
3  A.    Yes.
4  Q.    Okay.  Where is that?
5  A.    On my computer.
6  Q.    ISG computer?
7  A.    Yes.
8  Q.    Would there be emails -- do you recall
9  sending or exchanging emails with Jason Yates or
10 anyone else from the executive team about the
11 decision not to implement the timekeeping
12 database that you were working on for ISG?
13 A.    I don't recall any emails.
14 Q.    Okay.  Since this lawsuit has been
15 filed, and I'll represent we filed on April
16 25th, 2022, have you deleted anything from your
17 computer that related to any database that you
18 were working on?
19 A.    Not that I'm aware of, no.
20 Q.    Do you recall deleting any MMR
21 information from your computer?
22 A.    Not that I recall.
23 Q.    Do you recall deleting the MMR database
24 that related to timekeeping?
25 A.    No.

Page 124

1              MS. HAMPTON SUTHERLAND:
2  Objection to form.
3  Q.    Is the timekeeping database that you
4  were working on for ISG also saved on ISG's
5  server?
6  A.    Not that I recall.
7  Q.    I'm going to show you what I've marked
8  as Exhibit 16.
9              (Exhibit No. 16 marked for
10 identification.)
11 Q.    Okay.  This is an email sent on March 17
12 and there's no subject line.  But it's sent from
13 Travis Dardenne to you.  Do you see that?
14 A.    Yes.
15 Q.    And there's an attachment titled OHTS,
16 under score, project -- let me start over.
17 OHTS, under score, project, space, title.  Do
18 you see that?
19 A.    Yes.
20 Q.    And that is MMR's overhead top sheet,
21 correct?
22 A.    I don't know.
23 Q.    Do you recall him sending that to you?
24 A.    I don't recall, but obviously he sent it
25 to me.

Page 125

1  Q.    Okay.  I'll pull it up, the Excel.
2              I'll mark the Excel as Exhibit
3  17.
4              (Exhibit No. 17 marked for
5  identification.)
6  Q.    Do you see it?
7  A.    Yes, I see it.
8  Q.    And this is --
9              MS. HAMPTON SUTHERLAND:  Hold on
10 one second.  I'm just trying to -- thanks.
11 Q.    Okay.  And this is an MMR overhead top
12 sheet, correct?
13 A.    It looks like it, yes.
14 Q.    And when you received this on March
15 17th, you saw that it was an MMR overhead top
16 sheet, correct?
17 A.    I would assume so, yes.
18 Q.    What did Travis instruct you to do with
19 this MMR top sheet?
20 A.    I don't recall.
21 Q.    Do you recall working on this in any
22 way?
23 A.    I don't recall working on it, no.
24 Q.    Did you tell him -- is this when you
25 noted -- did you note to Travis that this is an



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC              Pages 126..129
BEN HUFFMAN, 03/27/2023

Page 126

1  MMR overhead top sheet?
2  A.      I don't recall.
3  Q.      Did you ask him, why are you sending me
4  an MMR overhead top sheet?
5  A.      No.
6  Q.      Did you tell him you shouldn't be doing
7  that?
8              MS. HAMPTON SUTHERLAND:
9  Objection to the form.
10  A.      I don't recall.
11  Q.      Okay.  I'm showing you at the T&M tab or
12  spreadsheet, I guess, whatever you want to call
13  it, I've clicked on T&M down at the bottom.  Do
14  you see that?
15  A.      Yes.
16  Q.      It looks like someone has written, "ISG
17  extra work rates."  Do you see that?
18  A.      I see that.
19  Q.      Okay.  Did you do that?
20  A.      No.
21  Q.      Okay.  Is it your testimony that because
22  this says "ISG extra work rates" that this
23  becomes an ISG document rather than an MMR
24  document?
25              MS. HAMPTON SUTHERLAND:

Page 127

1  Objection to the form.
2  A.      Can you restate?
3  Q.      Sure.  Is it your testimony that because
4  this document, where I pointed to you, says "ISG
5  extra work rates," that this becomes an ISG
6  document rather than an MMR document?
7  A.      I wouldn't say so.
8  Q.      This remains an MMR overhead top sheet,
9  correct?
10              MS. HAMPTON SUTHERLAND:
11  Objection to the form.
12  Q.      You can answer.
13  A.      I would say so.
14  Q.      I'm going to show you what I've marked
15  as Exhibit 18.
16              (Exhibit No. 18 marked for
17  identification.)
18              MS. FONACIER: Is 17 the
19  attachment?
20              MR. KEE: Yes, correct.
21  Q.      Do you recognize this document?
22  A.      Looks like an email to me from Drake
23  Bourgeois.
24  Q.      And who is Drake Bourgeois?
25  A.      He's one of our contacts, I guess, is

Page 128

1  his title.
2  Q.      I'm sorry, what was that?
3  A.      Communications tech/supervisor.
4  Q.      Okay.  Got you.  Is he an estimator?
5  A.      He estimates his projects, yes.
6  Q.      Okay.  And this was sent, like, 15
7  minutes after you got the email from Travis,
8  correct, that we went over in the previous
9  exhibits?
10  A.      That's what it looks like, yes.
11  Q.      Okay.  And this has a subject line, ISG
12  22-0022.  See that?
13  A.      Yes.
14  Q.      And that's a project, a proposal code
15  for a bid that ISG submitted to a client?
16              MS. HAMPTON SUTHERLAND:
17  Objection to the form.
18  A.      It's a proposal number.
19  Q.      Okay.  Do you know what client this went
20  to?
21  A.      Not without looking at it.
22  Q.      Okay.  Why did Drake send you this?  He
23  sent you two attachments.  One attachment is ISG
24  22-0022 GS, and the other is same prefix and
25  estimate.

Page 129

1  A.      I don't recall.
2  Q.      Were you to start working on these
3  documents?
4  A.      I don't recall.  I don't remember the
5  context of it.
6  Q.      Okay.  And the GS is a green sheet,
7  correct?
8  A.      I assume so.
9  Q.      Okay.  I'll pull up the attachment.  Are
10  you able to see that?
11  A.      It's loading.
12  Q.      I will scroll to the top.  Is this an
13  MMR green sheet?
14              MS. HAMPTON SUTHERLAND:
15  Objection to the form.
16  A.      It looks like it.
17  Q.      Well, is it?
18  A.      I assume so.
19  Q.      Okay.  GN sheets, that's -- do you see
20  this tab here?
21  A.      Yes.
22  Q.      That's what the green sheets at MMR look
23  like, correct?
24  A.      Correct.
25  Q.      You say you assume so.  Are you not



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                    Pages 130..133
BEN HUFFMAN, 03/27/2023

Page 130

1  sure?  I mean, it's a yes or no.  Is this a MMR
2  green sheet or not?
3                  MS. HAMPTON SUTHERLAND:
4  Objection to the form.
5  A.      Correct.
6  Q.      Correct, it is?
7  A.      Yes.
8  Q.      Yes.  And you don't have any
9  recollection of why this is being sent to you on
10  March 17?
11  A.      I do not.
12  Q.      Okay.  Do you have Exhibit 11 in front
13  of you?
14                  MS. HAMPTON SUTHERLAND:  We
15  don't have Exhibit 11.
16                  MR. KEE:  10, do you have
17  Exhibit 10?
18  A.      Yes.
19  Q.      And -- I can pull it up actually.  Do
20  you remember we were talking about the BS
21  reports?
22  A.      Yes.
23  Q.      Before lunch?
24  A.      Yes.
25  Q.      Is it sharing?  Do you see the BS report

Page 131

1  that we marked as an Exhibit 11?
2  A.      Huh-uh.
3  Q.      I'm sharing it with you now.  Do you see
4  it?
5  A.      It's loading.
6  Q.      Do you see it now?
7  A.      Yes.
8  Q.      Do you see this was the one that you
9  edited on March 17th, which is the same date
10  that Drake sent you this email?
11  A.      I see that.
12  Q.      Okay.  Has the same job number, correct,
13  ISG 22-0022?
14  A.      Yes.
15  Q.      Okay.  Does this green sheet that Drake
16  sent you and this BS report that you're working
17  on relate to the same job?
18  A.      I would assume so in that case, yes.
19  Q.      Does this refresh your recollection of
20  why you're being sent these documents?
21  A.      If it was sent there, maybe it was to
22  fill out that document.
23  Q.      So you're using an MMR green sheet to
24  populate an MMR BS report on behalf of ISG?
25                  MS. HAMPTON SUTHERLAND:

Page 132

1  Objection to form.
2  A.      Yes.  It appears that way.
3  Q.      And, again, the purpose of this proposal
4  is to obtain business for ISG, correct?
5                  MS. HAMPTON SUTHERLAND:
6  Objection to the form.
7  A.      This isn't a proposal, but yeah.
8  Q.      So there was a separate attachment.
9          Did I mark that first attachment
10  as an exhibit?
11          I'm sharing with you -- this is
12  the green sheet that was attached to Drake's
13  email from March 17th, and I'm going to mark
14  this as Exhibit 19.
15                  (Exhibit No. 19 marked for
16  identification.)
17  Q.      Then there was a second attachment you
18  see on the email?
19  A.      The one that says estimate?
20  Q.      Correct.  I'm going to show you that.
21  Are you able to see this?
22  A.      Yes.
23  Q.      Do you know what this document is?
24  A.      That's a DOT estimate sheet.  Bo (ph)
25  Trevor Besse built that.

Page 133

1  Q.      Have you heard of the company Diamond
2  Electric?
3  A.      Yes, I've heard of them.
4  Q.      Is that a competitor of ISG?
5  A.      As far as I know, yeah.
6  Q.      Is that where Trevor Besse came from?
7  A.      I do not know.
8  Q.      Do you know Ryan Milligan?  Does that
9  name sound familiar?
10  A.      I've heard the name, but I don't know
11  him.
12  Q.      Did he come from Diamond Electric?
13  A.      I don't know.
14  Q.      Do you know if this document was a
15  Diamond Electronic document that an employee of
16  ISG brought with him?
17  A.      I do not know that.
18  Q.      Okay.  You didn't use this document in
19  any way, correct?
20  A.      I did not use that document.
21  Q.      And that's 'cause you had never seen it
22  before, correct?
23                  MS. HAMPTON SUTHERLAND:
24  Objection to the form.
25  A.      I mean, prior to that I hadn't seen that



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC          Pages 134..137
BEN HUFFMAN, 03/27/2023

Page 134

1  document.
2  Q.      Right.  You didn't know how to use this
3  or why it would be relevant for your purposes,
4  correct?
5  A.      I mean, I didn't have a need for it.
6  Q.      Right.  That's because you had the green
7  sheet which you were very familiar with,
8  correct?
9            MS. HAMPTON SUTHERLAND:
10  Objection to the form.
11  A.     Yes.
12            MR. KEE:  I'm going to show --
13  going to mark the second Excel as Exhibit 20.
14  And this will be Exhibit 21.
15            (Exhibit No. 20 marked for
16  identification.)
17            (Exhibit No. 21 marked for
18  identification.)
19  Q.      So the two attachments -- I'm, sorry
20  there's one attachment?
21  A.      That's the PDF on the back.
22  Q.      The PDF, yes.  Do you recognize this
23  document?
24  A.      I recognize the schedule.  I don't
25  remember specifically doing this one.

Page 135

1  Q.      Okay.  Did you create that schedule?
2  A.      Yeah.
3  Q.      Okay.  And would you have needed the P6
4  software to create the schedule?
5  A.      Yes.  It was generated off of P6.
6  Q.      So did you have -- had ISG purchased the
7  license by March 21st, 2022?
8  A.      By this point, yes, they would have
9  purchased it because of that.
10  Q.      Okay.  And so once you have that
11  software, you're able to do the inputs, and this
12  is what it generates?
13  A.      Yes.  You can build the schedule with
14  P6.  And they can look however the user wants it
15  to look.
16  Q.      Are you looking at the attachment, which
17  is the schedule?
18  A.      Yes.
19  Q.      Did you -- are you the one who created
20  how this looks?
21  A.      Yes.
22  Q.      Anyone else at ISG help you with this?
23  A.      No.
24  Q.      Before you got to ISG what were -- are
25  you aware of what ISG was using to create

Page 136

1  schedules like that?
2  A.      As far as I know, they weren't using
3  anything to create schedules.
4  Q.      Okay.  They weren't creating schedules
5  before you got there?
6  A.      I don't know.
7  Q.      Okay.  I'm going to show you what I'm
8  marking as Exhibit 22.
9            (Exhibit No. 22 marked for
10  identification.)
11  Q.      And, Mr. Huffman, as you look at this,
12  I'll represent to you that the way -- and it's
13  just through the forensics, but the way this was
14  produced, so with the snippets in these emails,
15  came as attachments.  So I want to make sure to
16  ask you if the grayed-out portion in the middle
17  is what I have behind the document.
18  A.      You're asking me if that's --
19            MS. HAMPTON SUTHERLAND:  I'm not
20  following you.
21  Q.      Okay.  So the way that your company's
22  forensic expert produced these documents, the
23  email came as a stand-alone document and then
24  with attachments, which included what you see
25  here on the back.

Page 137

1  A.      Okay.
2  Q.      And so if you read the email, which is a
3  March 22nd, 2022 email from you to Jason Yates,
4  Travis Dardenne, and Breeland, the subject line,
5  proposal issue form, it says, "Guys, please take
6  a look at the snippet below."  You with me?
7  A.      Yes.
8  Q.      And if you had the actual email, there
9  would be a snippet?
10  A.      I would have to assume that matches up
11  with this, yes.  But, like I say, it's grayed
12  out.
13  Q.      So I will represent to you that this is
14  the snippet, this issue proposal.
15  A.      Yes.
16  Q.      So I've got just a few questions about
17  this issue proposal.  What generated what we're
18  looking at here as the issue proposal snippet?
19            MS. HAMPTON SUTHERLAND:  You
20  keep saying "issue proposal," you mean proposal
21  issue?
22  Q.      If you look at the next page, the issue
23  proposal, what generated that?
24  A.      The database I mentioned before, the
25  bible that I created.

 is now 

MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 138..141
BEN HUFFMAN, 03/27/2023

Page 138

1  Q.    The bible?  And that's different from
2  the timekeeping database, correct?
3  A.    Yes.
4  Q.    Okay.  And is ISG still using that, the
5  bible?
6  A.    Yes.
7  Q.    It says the new -- in your email to the
8  executive team it says, "The new system for
9  generating new proposal numbers and tracking
10 them."  Is this something that's done outside of
11 that ERP system you talked about?
12 A.    Yes.
13 Q.    Why is it outside of that?  Why is it
14 not integrated?
15 A.    ERP is based on actual projects and
16 things like that, whereas this is tracking the
17 proposals from when they're bid to award.  If
18 they're awarded, they will generate the award.
19 Then we create the job in the system.  Otherwise
20 your accounting system would be completely
21 cluttered.
22 Q.    Okay.  And it's your testimony that you
23 did not -- in developing this proposal database,
24 that you did not rely on anything that you had
25 worked on at MMR?

Page 139

1  A.    That is correct.
2  Q.    And you're positive about that?
3  A.    Yes.  I did not rely on any of that.
4  Q.    So you are positive about it for what
5  you're calling the bible, but you're unsure
6  about that same question when it relates to the
7  timekeeping database you were working on,
8  correct?
9  A.    Correct.
10 Q.    Why is there uncertainty there?
11 A.    I don't know.
12 Q.    Is it because you knew you were working
13 with an MMR database to create the timekeeping
14 database for ISG?
15        MS. HAMPTON SUTHERLAND:  Object
16 to the form.
17 A.    I had an MMR database.
18 Q.    You did.  So you're changing your
19 testimony.  You now remember you had an MMR
20 database?
21 A.    Yes.
22 Q.    Okay.  Why weren't you forthright when
23 we first asked you about this?
24        MS. HAMPTON SUTHERLAND:
25 Objection to the form.

Page 140

1  A.    I don't know.
2  Q.    You know you took an oath to tell the
3  truth?
4  A.    I did.
5  Q.    Why didn't you tell us the truth?
6  A.    I don't know.  I don't know.
7  Q.    Are you not taking this process
8  seriously?
9  A.    No, I am.
10 Q.    Where is the MMR database?
11 A.    On my ISG computer.
12 Q.    Why have we not received a copy of that?
13 A.    It wasn't requested.
14 Q.    Have you told Jason Yates that you have
15 the MMR database on your computer?
16 A.    No.
17 Q.    Who have you told that you have the MMR
18 database on your computer?
19 A.    No one.
20 Q.    Why?
21 A.    I don't know.
22        MR. KEE:  I'm going to take a
23 break.
24    (Brief recess from 2:09 to 2:55 p.m.)
25        THE COURT REPORTER:  Where would

Page 141

1  you like me to send the read and sign, to you or
2  the witness?
3        MS. HAMPTON SUTHERLAND:  Both.
4        THE REPORTER:  So you need a
5  copy of the transcript?
6        MS. HAMPTON SUTHERLAND:  Yes.
7    (Phone conversation with Law Clerk Jason Hall.)
8        LAW CLERK:  Judge Bourgeois'
9  chambers.
10        MR. HUBERT:  Is this Jason?
11        LAW CLERK:  Yes, this is Jason
12 Hall.
13        MR. HUBERT:  Tom Hubert again.
14 So we have J.P. Kee on the line, Jennifer Fiore,
15 and Shannon Sutherland.  Is that everybody?
16        MS. FIORE:  Amber Robichaux and
17 Erin Fonacier is also with us in the room.
18        MR. HUBERT:  Jason, P.J., and I
19 represent MMR, and all the other lawyers, I
20 believe -- they can say who they represent.
21 Some present individuals, some represent ISG.
22        LAW CLERK:  Who's the individual
23 deponent?
24        MS. FIORE:  It's an ISG
25 employee, Benjamin Huffman.  And he is not a



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 142..145
BEN HUFFMAN, 03/27/2023

Page 142

1   named defendant and not represented by separate
2   counsel as the other individual employees who
3   have been named as defendants.
4            So Mr. Huffman was being
5   represented by ISG's attorney, us, in his
6   deposition today, for part of his deposition.
7            LAW CLERK: Again, my
8   understanding is that y'all no longer want to
9   represent MR. Huffman in the deposition?
10           MS. FIORE: Correct. We would
11   like to, like we've done with the other
12   employees who've been named as defendants,
13   provide him with separate counsel.
14           LAW CLERK: Okay. And
15   Mr. Huffman wants separate counsel?
16           MS. HAMPTON SUTHERLAND: Yes.
17           LAW CLERK: And as I told
18   Mr. Hubert, Judge Bourgeois is not in today.
19   He's out on a personal matter. The best you've
20   got is me right now. And this isn't going to be
21   on the record, but I'm just going to tell y'all
22   that if you want to terminate the deposition,
23   either side, after the termination of the
24   deposition, can file a written motion to re-open
25   the deposition or seek sanctions for terminating

Page 143

1   the deposition, whatever it is, under Rule 30
2   that you want to do.
3            But what I've seen is that Judge
4   Bourgeois in these situations will normally have
5   one party pay fees or sanctions. Does that make
6   sense? So, I mean, if that's what you want to
7   do, I mean, there's nothing that I think
8   Mr. Hubert and . . .
9            MR. KEE: Mr. Kee.
10           LAW CLERK: Mr. Kee can do that
11   to make y'all continue with the deposition if
12   you're going to stop -- go ahead.
13           MS. HAMPTON SUTHERLAND: So let
14   me speak to this, if you don't mind. This is
15   Shannon Sutherland, and I'm one of the attorneys
16   representing ISG here. I think there's been a
17   representation by Mr. Hubert that this is
18   something that we want. I think this is
19   something that we're bound by the rules of
20   ethics to advise him now that he should be
21   presented by separate counsel. We have
22   done that, and we think that's in his best
23   interest. So, you know, I don't think this is a
24   situation where either side should be seeking
25   sanctions.

Page 144

1            Certainly, we have no objection
2   to his deposition continuing once he has the
3   opportunity to be -- to be advised by separate
4   counsel.
5            LAW CLERK: Sure. And the
6   deposition can continue without him obtaining
7   separate counsel right here and right now. So
8   all I'm saying, I mean, if you're going to
9   terminate a deposition under Rule 30 (d)(3) and
10   y'all are representing him at that deposition,
11   regardless of whether it falls under the ethical
12   rules, you know, a party may move for sanctions.
13   I'm not saying whether any party's getting that.
14   I'm not making any kind of ruling, that was just
15   an observation.
16           MR. KEE: This is P.J. Kee. The
17   issue we have is what terminated it or what has
18   caused the termination or threatened termination
19   is that he has -- he first said he did not take
20   a database. And this is a trade secret case.
21   There was a TRO and injunction that's still in
22   place to return information. He testifies he
23   didn't take anything, didn't have it. After
24   cross-examination of about three hours, he all
25   of a sudden admits he lied and did have it.

Page 145

1            This is problematic from my
2   client's standpoint because we've been waiting.
3   That injunction was over a year ago. And we're
4   just now learning -- we've had to depose someone
5   who's lied. And now we're just learning a year
6   later that this database is on his ISG computer.
7   And so we have -- there is -- we were just
8   getting ready to ask questions how did it get
9   there? What else is there? And now he's left
10   the building essentially.
11           So this is a case for sanctions,
12   and there is no reason this employee --
13   management level employee of ISG can't go
14   forward with his deposition just answering fact
15   questions. Truthfully, hopefully, this time.
16           MS. HAMPTON SUTHERLAND: What
17   Mr. Kee -- if I may really quickly, what Mr. Kee
18   left out of that -- first of all, I think it's a
19   misrepresentation of his testimony. But most
20   importantly what the witness testified was that
21   he had never disclosed that to the management of
22   ISG or to anyone else.
23           And so it is the first time that
24   ISG is hearing that information. And that
25   changes the situation with regard to whether we



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                Pages 146..149
BEN HUFFMAN, 03/27/2023

Page 146

1  should represent this individual who is not a
2  named party and entitled to his own lawyer,
3  whether that person should, you know, get his
4  own counsel to get to the bottom of whatever it
5  is that needs to be addressed.  And then he can
6  continue testifying.
7          MR. HUBERT:  Can I say something
8  here real quick, Jason, is that ISG has been
9  represented by various lawyers from the very
10 beginning of this.  And it was their obligation
11 under the TRO to go out and seek anything that
12 was MMR related in their systems.  And they
13 clearly did not do that.
14         So if they are just now finding
15 out today that an entire database exists within
16 a laptop or a computer of an individual who is a
17 manager of ISG, that in and of itself is a
18 problem.  And I think with P.J. -- and one thing
19 everyone should agree on right now -- and this
20 is P.J.'s deposition -- but everyone ought to
21 agree that his laptop should be quarantined,
22 that he should not have access to it, that it
23 should be imaged immediately, that those steps
24 should be taken now before he leaves the
25 building so that he can't then go and destroy

Page 147

1  anything -- not that he would, but he might.
2  And that way it's all protected.  At the very
3  least, those steps ought to be taken today,
4  immediately.
5          And we will, you know, likely
6  file motion for sanctions for what's happened
7  today on more than one basis.  And as far as
8  the -- P.J. misrepresenting, I listened to the
9  testimony, and Mr. Huffman did say he did have a
10 database, and earlier in the deposition he said
11 he did not.  So it's pretty clear to me that it
12 was 180-degree flip of his testimony from one
13 moment to something three hours later.
14         P.J.'s not misrepresenting
15 anything.
16         LAW CLERK:  Understood.  And,
17 look, I think y'all have given level positions.
18 I understand MMR's desire to continue with the
19 deposition.  Looks like the deponent's left the
20 building and there's physically nothing that can
21 be done as far as --
22         MS. FIORE:  He has not.
23         MR. KEE:  I was saying
24 essentially.
25         LAW CLERK:  Regardless of

Page 148

1  whether he's left, I'm the law clerk.  I'm not
2  ordering the guy to stay for his deposition, guy
3  or gal.  It's just going to have to be done by
4  motion practice after the fact.  That's just how
5  it's going to have to be done.
6          I don't know the scope of the
7  TRO.  I don't know if this would have fallen
8  under it.  I don't know if this is something
9  that should be brought up before Judge Jackson
10 as far as, you know, whether his order in the
11 TRO has been violated.
12         MS. HAMPTON SUTHERLAND:  Look,
13 and no one's going to run into a problem on our
14 end in terms of having that computer, the ISG
15 computer, imaged and appropriately searched.
16         MS. FIORE:  Right.
17         MR. HUBERT:  Jason, should we --
18 could I ask, is there any problem with us
19 calling Judge Jackson's chambers to see if he
20 would be in a position to order this deposition
21 to go forward?
22         LAW CLERK:  No. I'm not going to
23 stop you from doing that.  I will say -- I can
24 see if I can get his -- I don't know if he's in
25 the courthouse is what I'm trying to say.  It's

Page 149

1  a Monday and things have changed as far as
2  teleworking opportunities at the courthouse.
3          MR. KEE:  Understood.
4          LAW CLERK:  I don't know if he's
5  here, but y'all can definitely try his chambers
6  and see if he can handle it.  I'm sorry Judge
7  Bourgeois is not available.  He just is not.  So
8  I think that's really the best I can give you as
9  his law clerk is that, you know, I file
10 something pretty soon.  I'm going to let him
11 know about this conversation and what's
12 happened.  Would y'all give me, please, the
13 deponent's name?
14         MR. KEE:  It's Ben Huffman.  His
15 full name is Walter Ben Huffman.  He goes by
16 Ben.
17         LAW CLERK:  He's currently not a
18 defendant.  I don't know if y'all will be filing
19 something with respect to his party status.  But
20 I'll let Judge Bourgeois know that we had this
21 conversation.  And, look, I'm not saying that
22 sanctions are merited.  You know, I understand
23 the predicament of defense counsel to the extent
24 it's been represented to me of the ethical
25 obligations.  So let's just say that.  I'm



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    Pages 150..153
BEN HUFFMAN, 03/27/2023

Page 150
```
1   trying to be as neutral as possible, and that's
2   how I'm going to represent it to Judge
3   Bourgeois, okay?
4               MS. HAMPTON SUTHERLAND:  Thank
5   you.
6               MR. HUBERT:  Thank you.
7        (Deposition adjourned at 3:06 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 151
```
1               REPORTER'S PAGE
2               I, KIMBERLY L. GIBNEY,
3   Certified Court Reporter in and for the state of
4   Louisiana, Certificate No. 2016010, National
5   Registered Professional Reporter, Certificate
6   No. 095990, as defined in Rule 28 of the Federal
7   Rules of Civil Procedure and/or Article 1434(B)
8   of the Louisiana Code of Civil Procedure, do
9   hereby state on the Record:
10              That due to the interaction in
11  the spontaneous discourse of this proceeding,
12  dashes (--) have been used to indicate pauses,
13  changes in thought, and/or talkovers; that same
14  is the proper method for a transcription of
15  proceedings, and that the dashes (--) do not
16  indicate that words or phrases have been omitted
17  from this transcript;
18              That any spelling of words
19  and/or names which could not be verified through
20  reference material have been denoted with the
21  parenthetical *(phonetic)*;
22              That the parenthetical *[SIC]*
23  is used to denote when a witness stated a word
24  or phrase that appears odd or erroneous to show
25  that it was quoted exactly as it stands.
```

Page 152
```
1               REPORTER'S CERTIFICATE
2               I, KIMBERLY L. GIBNEY,
3   Certified Court Reporter, Certificate
4   No. 2016010, as the officer before whom this
5   meeting was taken, do hereby certify that this
6   meeting was reported by me in stenographic
7   machine shorthand, was prepared and transcribed
8   by me or under my personal direction and
9   supervision, and is a true and correct
10  transcript to the best of my ability and
11  understanding; that the transcript has been
12  prepared in compliance with transcript format
13  guidelines required by statute or by the rules
14  of the board and that I am informed about the
15  complete arrangement, financial or otherwise,
16  with the person or entity making arrangements
17  for deposition services; that I have acted in
18  compliance with the prohibition on contractual
19  relationships as defined by Louisiana Code of
20  Civil Procedure Article 1434 and in the rules
21  and advisory opinions of the board; that I have
22  no actual or any prohibited employment or
23  contractual relationship, direct or indirect,
24  between a court reporting firm and any party
25  litigant in this matter nor is there any such
```

Page 153
```
1   relationship between myself and a party litigant
2   in this matter; that I am not related to counsel
3   or to the parties herein, nor am I otherwise
4   interested in the outcome of this matter.
5        This certification is valid only for a
6   transcript accompanied by my original signature
7   and original required seal on this page.
8
9        Signed:
10
11
12
13          Kimberly L. Gibney, CCR
14          Kimberly L. Gibney, CCR
15          No. 2016010
```



Page 154

```
 1              ACKNOWLEDGMENT OF WITNESS

 2

 3        I,BEN HUFFMAN, do hereby certify that I

 4  have read the foregoing pages and that the same

 5  is a correct transcription of the answers given

 6  by me to the questions therein propounded,

 7  except for the corrections or changes in form or

 8  substance, if any, noted in the attached Errata

 9  Sheet below:

10

11

12  _____

13  DAVID HEROMAN                        DATE

14

15           Subscribed and sworn to before me

16  this the _____day of _____, 20 _____.

17

18     My commission expires: _____

19

20  _____

21  Notary Public

22

23

24

25
```

Page 155

```
 1              ERRATA SHEET FOR THE

 2              DEPOSITION OF BEN HUFFMAN

 3           Taken on March 27, 2023

 4  PAGE LINE CHANGE

 5  ____ ____ _____

 6  ____ ____ _____

 7  ____ ____ _____

 8  ____ ____ _____

 9  ____ ____ _____

10  ____ ____ _____

11  ____ ____ _____

12  ____ ____ _____

13  ____ ____ _____

14  ____ ____ _____

15  ____ ____ _____

16  ____ ____ _____

17  ____ ____ _____

18  ____ ____ _____

19  ____ ____ _____

20  ____ ____ _____

21  ____ ____ _____

22  ____ ____ _____

23

24  _____

25  BEN HUFFMAN                          DATE
```



## Exhibits

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 1**
  2:15 23:16,17

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 2 - AEO**
  2:16 31:13,14 41:6 51:7, 8,23

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 4 - AEO**
  2:19 45:16 55:9,10

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 5**
  2:21 64:4,5

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 6**
  2:22 83:15,19 90:22 92:2,16 93:5,10

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 7**
  2:24 90:19,20 91:19 92:13,14 93:4 95:16,17

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 8**
  3:3 99:1,2 102:23

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 10**
  3:7 103:18,19 109:17 130:17

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 12**
  3:11 108:22,23,24 109:3

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 14**
  3:16 114:10,11

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 15**
  3:17 119:2,3

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 16**
  3:19 124:8,9

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 18**
  3:23 127:15,16

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 21**
  4:5 134:14,17

**Huffman, Ben 03-27-23 ( MMR Constructors, Inc.) Exhibit 22**
  4:7 136:8,9

## $

**$3,161**
  108:5

## (

**(d)(3)**
  144:9

## 1

**1**
  23:16,17 29:21,22 86:19 116:13

**1-800**
  39:3

**10**
  103:18,19 109:17 130:16,17

**10,000**
  42:15

**100**
  72:8,16

**11**
  108:19,20 109:12,15,16 130:12,15 131:1

**12**
  34:24 35:1 41:7 91:9 108:23,24 109:3

**12-hour**
  22:5

**12/6/2015**
  86:1

**13**
  34:24 41:10 111:1,2

**14**
  51:10 92:3,4 114:10,11

**14th**
  114:21

**15**
  18:13,16 23:14 51:6,24 52:19 119:2,3 128:6

**150**
  72:8,16




MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC          157
BEN HUFFMAN, 03/27/2023                      Index: 15th..60656

**15th**
116:23

**16**
124:8,9

**17**
124:11 125:3,4 127:18
130:10

**17th**
109:5,24 119:8 125:15
131:9 132:13

**18**
69:5,9 127:15,16

**180-degree**
147:12

**19**
132:14,15

---

**2**

**2**
29:23 31:13,14 41:6
51:8,23 71:12

**2.0**
32:9

**20**
50:22 134:13,15

**2013**
18:18 21:8,13,23

**2015**
86:3,6 91:9

**2019**
23:2

**2020**
23:2

**2021**
54:9 107:15

**2022**
56:1 57:14 99:21 107:14
109:5 114:21 123:16
135:7 137:3

**21**
134:14,17

**21st**
135:7

**22**
69:6,9 119:8 136:8,9

**22-0022**
110:13 128:12,24 131:13

**22nd**
56:1 137:3

**23**
119:10

**25th**
123:16

**2:09**
140:24

**2:55**
140:24

---

**3**

**3**
43:7 45:19,20,21 89:2
95:16

**3.0**
34:17

**30**
143:1 144:9

**37**
85:22

**3:06**
150:7

---

**4**

**4**
45:16 55:9,10 64:1

**4.0**
41:10

**40**
67:8

**46**
86:9 93:5,6,10

---

**5**

**5**
64:4,5

**50**
72:8,16

**596**
92:14

---

**6**

**6**
83:15,19 90:22 92:2,16
93:5,10

**6-inch**
42:2

**6/25/2021**
106:3

**60**
67:5,16

**60656**
43:15



## 7

**7**
90:19,20 91:19 92:14
93:4 95:16,17 99:21

**7-**
22:5

## 8

**8**
99:1,2 102:23,25

**80**
67:6,16

**8th**
109:22

## 9

**9**
103:1,2

**9:40**
7:3

## A

**a.m.**
7:3

**abandon**
37:1

**able**
19:12 38:21 50:8 52:24
73:23 106:21 116:5
122:6 129:10 132:21
135:11

**about**
8:20,22 9:22 12:9,13,24,

25 15:5 26:17 28:9,11
29:4 30:19 39:9,15 41:7
44:24 45:7,17,23 52:2
56:8,21 57:16,25 58:21
59:3,9,23 60:20 67:5
69:5 71:13 73:13 74:16,
21 75:3,4,9 79:20 80:4
88:18 90:7 93:10,23
108:8,9 109:21 111:22
114:5,6 116:11,20,24
123:10 130:20 137:16
138:11 139:2,4,6,23
144:24 149:11

**above**
67:9

**accept**
60:12

**access**
11:12,17,19,21 22:7,10
27:2,15,18 35:21 36:8
46:25 98:13,21 146:22

**account**
55:22 64:23 97:18 98:14,
15

**accounting**
19:19 20:16 138:20

**accounts**
98:22

**accurate**
24:7 32:14 48:24 49:2
57:7 65:13 73:21 84:8
101:24

**acknowledgment**
91:2

**acquired**
86:24

**activity**

41:21

**actual**
51:1 100:8 110:15
118:12,24 119:6,7 137:8
138:15

**actually**
18:11,21 20:5 22:13 37:9
49:21 54:15 106:8 112:9
121:1 130:19

**add**
48:8

**address**
84:2

**addressed**
146:5

**adjourned**
150:7

**adjustments**
77:14

**admits**
144:25

**advise**
143:20

**advised**
144:3

**AEO**
31:17 43:11 62:5 64:1

**after**
14:3 17:17,19,21 43:16,
17 50:25 53:13 56:10,12
59:4 60:11 62:18 65:16
75:18 86:21 117:5
118:16,24 122:13,20,23
128:7 142:23 144:23
148:4

**again**




64:22 92:15 132:3
141:13 142:7

**against**
33:20

**age**
70:10

**aggravated**
68:13

**aggregate**
42:6

**ago**
7:7 145:3

**agree**
33:1 69:23 74:1 92:8
122:4 146:19,21

**agreement**
86:11,12,14 93:12,15,18
95:17 112:17

**agrees**
86:22

**ahead**
42:22 51:6 71:10 101:17
105:13 143:12

**ain't**
70:9

**Airline**
114:22

**AKA**
48:11

**all**
9:22 14:20 24:6 28:21
34:21 44:1,23 45:5 50:3
52:4,5,16,23 59:20 63:25
66:19,20 67:9,25 76:6,15
77:7 85:11 86:8,23 87:8
98:13 101:6 102:20

103:5 104:10 108:9
119:11 121:12 141:19
144:8,24 145:18 147:2

**allow**
51:19 52:10,14

**allowed**
33:18 35:10 70:2

**allows**
42:22 51:6

**along**
58:25

**already**
38:17 76:13 92:21

**also**
43:10 84:12 93:14 124:4
141:17

**am**
91:20 140:9

**amazing**
71:20 73:4

**Amber**
141:16

**amounts**
48:5

**an**
10:14 12:7,23,25 13:5
17:6 18:11 19:18 20:18
25:10,12 27:2 32:21
33:6,13 38:23 39:10
41:21 42:4,6 47:10,16,24
48:22 49:23 55:2,21
56:11,24 58:3 59:17
61:23 64:8 68:5,25 70:17
73:3 85:15 86:5,11 91:1
98:13 99:19,20 101:3,24
103:8,11,14 104:2,5,16
105:24,25 109:3,8,24

110:13,15 111:7,14,17
115:25 118:12 124:11,15
125:11,15,25 126:4,23
127:5,6,8,22 128:4
129:12 131:1,23,24
132:10 133:15 139:13,
17,19 140:2 141:24
144:15 146:15,16

**analysis**
25:2,9,13,16 26:18 33:5
41:11,16,18 45:17,24
46:2,7 47:1,15 48:11
49:9,18 50:3,7 51:16
52:7,9,20 53:5 94:14
96:14

**and**
7:7,13,18 8:7,19,23 9:24
10:6,18 11:9,14,15,17,23
12:21 13:6,15 14:6 15:9,
12,21 16:1,6,15 17:24
18:8,13,18,21 19:2,3,20,
24 20:8,9 21:10,18,21,22
22:12,21,24 23:8,11
24:11,18,19,25 25:2,4,9,
19,21,25 26:1,6,8,11,14
27:2,8,13,17,20 28:14,
20,24 29:11,19,22 30:22
31:8 32:2,15,20,23 33:1,
6,12,19,21,24 34:15,21
35:3,8,17,20 37:1,2,7
38:21,23 40:1,4,14,16
41:11,16,20 42:3,5,11,
15,18,19 43:2,10,16
44:9,13,17 45:6,23 46:9,
15,24 47:3,12,14,20,23
48:1,5,6,7,10,12,20,21
49:3,4,7,8,17,22 50:4,5,
8,13,22,23,25 51:5 52:4,
22 53:22,23 54:14,23,24
55:21,25 56:4,11,21,24
57:2,9,12,13,18,24 58:1,



11,14 59:10 60:11 61:6,
17,18 62:4,7,17,20 63:19
64:13,25 65:2,13,19
67:4,10,25 68:1,2,13,14,
15,18,19,24 69:1,6,8,11,
12,13,18,20,21,23 70:2,
3,5,8,11,15 71:2,13,17,
20,21,24 72:2,11,12,13,
20 73:6,8,14,17 74:4,12
75:12,15,19 76:8,13,15
77:7,13 78:9,13,18,25
79:9,12,15 80:14,18,22,
23,25 81:3,4,5,11,14,17
82:1,3,5,11,14,15,19,20
83:2,7,16,21 84:7 85:4,5,
7,25 86:5,11,17,19,20,
21,23,25 87:7,8,9,19
89:2,7,10,23,25 90:12,15
91:3,6,9,11,24 92:13,15
93:1,5,9,14,17,23 94:24
95:2,23 96:23 97:13
98:2,6,8 99:20,23,25
100:6,7,14,18,20,25
101:9 102:14,17,18,20
103:7,11 104:2,3,9,10,16
105:5,6,8,11,14 107:1,
19,23 108:22 109:4,7,11,
24 110:12,15 111:13,21
112:20 113:7,18 114:5,
13,15,22 115:12,13,16,
20,24 116:17,23 117:5,
15 118:9,15 119:19
120:7,10 123:15 124:12,
15,20 125:8,11,14
127:24 128:6,11,14,24
129:6 130:8,19 131:16
132:3,13 133:21 134:14
135:3,10,11,14 136:11,
12,23 137:2,4,8 138:1,4,
9,15,22 139:2 141:1,15,
16,18,19,25 142:1,14,17,
20 143:8,15,21,22 144:5,

7,9,20,21,25 145:3,5,7,9,
12,23,24 146:2,5,10,11,
12,17,18,19,25 147:2,5,
7,9,10,16,20 148:13,15
149:1,6,11,21 150:1

**another**
20:25 28:10 51:4 69:21
70:25 74:5 89:11

**answer**
9:3 14:7,15 17:16 21:1
28:5 40:8 68:17 71:7,21
90:16 91:13 94:7 101:17
112:6,12,14 121:9,22
127:12

**answered**
78:9 90:15

**answering**
145:14

**answers**
93:9

**any**
9:13 11:7,12 12:17 13:6
14:10,15,22 15:12 16:9,
19,20,22 18:5,10,15,22
23:19 25:16 26:2,17,18
27:21 28:7 40:24 43:24
44:22 48:9 52:19,20
59:3,6,23 60:2,6,9,15,18
63:12 67:18 68:4,23
73:10 81:24,25 83:6
88:24 89:6 92:23,25
94:23 95:22 96:20 97:4,
7,10,16 98:20,22 104:11
116:10 118:24 123:13,
17,20 125:21 130:8
133:19 139:3 144:13,14
148:18

**anybody**
68:23

**anymore**
110:20

**anyone**
17:11 36:6,17 57:17
97:10 114:2 123:10
135:22 145:22

**anything**
14:3 28:16 58:21 59:13
70:9 80:24 82:24 90:5
108:9 123:16 136:3
138:24 144:23 146:11
147:1,15

**anyway**
65:7

**anywhere**
23:13 25:14 68:24 79:4

**apologize**
99:4

**appear**
95:14 99:18

**appears**
92:12 93:22 95:8 96:5,8,
13,18 104:1 111:4
112:25 113:1 132:2

**application**
55:2 64:4 84:9

**applied**
54:16 82:20

**applies**
41:20

**apply**
42:11

**applying**
48:3

**approaching**
67:8 72:6



**appropriate**
  12:6 13:4

**appropriately**
  148:15

**approval**
  90:11

**approved**
  32:23 48:23 84:24

**April**
  123:15

**are**
  14:6 16:17 20:13,24
  29:15,24 30:4,10,14
  32:12 35:9 42:10 46:22
  48:15,21 49:3,16 50:2,23
  52:5,15 61:6 63:7 67:3
  69:1 72:8 76:7,8,14
  77:11,16 83:24 84:5
  85:11 101:2,6,10,13
  117:21,23 118:15,21,22
  126:3 129:9,25 132:21
  135:16,19,24 139:4
  140:7 144:10 146:14
  149:22

**aren't**
  44:13 61:5

**around**
  64:14,24 86:3

**as**
  7:1 8:3 11:4 15:2 17:23
  20:8 21:15 22:13,19
  23:11,15 29:1 31:13
  32:16 34:1 35:23 36:5,25
  38:22 40:24 43:7 45:16
  48:8 51:3 55:9 57:19
  58:16 59:12 60:23 61:21
  63:8 64:1 69:10,21 70:25
  74:1 76:9 77:10 79:5,14

  81:9 83:15,18 84:12
  85:15 86:4,22 90:18 99:1
  102:23 103:11,13,18
  106:12 108:19 109:3,12
  111:1,7 114:10 119:2
  124:8 125:2 127:15
  131:1 132:10,14 133:5
  134:13 136:2,8,11,15,23
  137:18 142:2,3,12,17
  147:7,21 148:10 149:1,8
  150:1

**ask**
  16:20,22 34:7 40:8 78:19
  79:17 82:3 116:20 118:6
  126:3 136:16 145:8
  148:18

**asked**
  13:16 53:3 54:23 78:9
  83:6 90:15 139:23

**asking**
  13:23 39:18,19 40:2 65:8
  120:20 136:18

**aspect**
  70:24

**assessment**
  73:15 101:24

**assume**
  40:1 80:8 88:17,23 89:1,
  14,17 94:8,10,13,16,19,
  22 107:3 109:18 125:17
  129:8,18,25 131:18
  137:10

**Assumes**
  10:9 101:16

**assuming**
  89:15,18,19 94:25

**at**
  7:3 11:7 13:13 14:15,16,

  19,21,24 15:19 16:14
  18:17,18 19:24 20:2
  21:12,20 22:22 24:6 26:3
  27:6,21 29:3,5,7,18,19,
  25 30:5,8,11 31:11 32:22
  34:17 36:6,17,24 37:2
  38:3,11,16 39:5 41:3,5,7
  42:18 46:5 47:1,22 48:18
  49:10,23 50:3 51:5
  52:10,14,23 53:6 54:13
  55:3 57:17 58:4 59:20,25
  60:1,19,24 61:12 63:5
  64:24 65:24 66:10,25
  67:24 70:10 73:12 74:14,
  19 76:19,22 77:2,7 79:16
  85:7,8,9,12,17 89:2
  91:18,19 92:2,7,20 93:4
  95:15 96:20 97:8,24
  98:4,18 99:22 101:7
  102:18 103:4,25 104:17,
  23,25 105:8 107:1,4,8,21
  108:5,9,12,16 109:1
  110:9,20,25 111:6
  114:22,25 115:9 117:8,
  12,16 118:5,15,22
  121:13,19 122:5 126:11,
  13 128:21 129:22
  135:16,22 136:11 137:6,
  18,22 138:25 144:10
  147:2 149:2 150:7

**at-will**
  91:22

**ate**
  54:13

**attached**
  100:8 132:12

**attaches**
  55:25 56:4

**attachment**
  99:19 104:6,15,21 109:8

 

110:3 124:15 127:19
128:23 129:9 132:8,9,17
134:20 135:16

**attachments**
128:23 134:19 136:15,24

**attention**
73:25

**attitude**
68:20

**attorney**
60:23 81:10 142:5

**attorneys**
61:1,6 143:15

**attorneys'**
61:7

**attrition**
72:1

**authorized**
89:6 95:23

**automated**
47:16

**automation**
46:23

**available**
77:16,20 87:1 149:7

**award**
138:17,18

**awarded**
49:11 50:25 118:17,25
138:18

**awarding**
31:7

**aware**
10:11 16:10,12 29:9 59:8
85:11 97:6 98:24 101:2,5

115:10,11 123:19 135:25

---

**B**

---

**back**
40:11 54:7 57:3 62:14,18
71:21 83:2 99:23 134:21
136:25

**background**
18:13 21:7

**bank**
64:22

**base**
26:10 77:12

**based**
20:9,10 31:5,6 42:4
63:13 76:16 94:8 101:3
110:22 118:8,23 138:15

**basic**
52:18 101:25

**basically**
15:20 19:19 21:24 37:3
41:19 42:18 48:10 66:22
69:5 70:5,13

**basis**
33:13 42:11,20 147:7

**Bates**
43:20 44:25 45:1 91:19

**be**
12:10 16:13 19:12 23:13
31:6 35:11 44:23 49:11
50:8 51:6,19 52:6 54:5,
13 58:14 62:12,14,23
63:13 64:24 65:15 69:25
70:6,8 71:23 72:18,25
73:17 75:20,24 82:2
89:15 91:16 94:25
103:11 106:21 107:14

117:11 118:3,5,6,8,19
122:1,5 123:8 126:6
134:3,14 137:9 138:20
142:20 143:20,24 144:3
146:5,21,23,24 147:3,21
148:3,5,9,20 149:18
150:1

**bearing**
34:1

**Beaumont**
68:10,11,12

**became**
23:1

**because**
19:8,12 36:19,23 37:13
38:24 41:25 43:18 44:7
54:17 66:11 67:12 70:18,
22 71:25 76:12 77:2 78:7
84:17,21 112:21 118:10
121:1 126:21 127:3
134:6 135:9 139:12
145:2

**becomes**
126:23 127:5

**been**
17:11,13 36:22 45:3
50:25 54:6,7 61:22 63:6
74:11 79:6,16 81:25
84:21 92:9,16 93:18 98:8
103:16 116:5 123:14
142:3,12 143:16 145:2
146:8 148:11 149:24

**before**
7:12 18:6 21:20 32:24
44:15 45:10 49:11 54:4
56:8,14,17 57:11 58:9
63:3 71:11 72:10 79:20
83:15 114:4 119:14
122:13,17,20,23 130:23

 is now 

133:22 135:24 136:5
137:24 146:24 148:9

**begin**
74:5

**beginning**
146:10

**behalf**
89:11 90:13 131:24

**behind**
136:17

**being**
29:4 37:17 38:11,21
67:1,5,6,19 73:23 81:18,
23 82:11 83:8 130:9
131:20 142:4

**believe**
20:9 34:14,16 57:18
58:24 83:22 141:20

**belong**
9:24

**belonged**
25:14 96:7

**belonging**
94:2

**below**
137:6

**Ben**
149:14,15,16

**benchmark**
77:11

**Benjamin**
141:25

**Besse**
114:21,25 132:25 133:6

**best**

142:19 143:22 149:8

**better**
44:7 73:9,17 101:14

**between**
49:7 57:2,13

**beyond**
67:23

**bible**
29:2,4,5,8 30:21 137:25
138:1,5 139:5

**bid**
15:20,22,23 49:5 74:12,
22 79:16 83:17 118:23
128:15 138:17

**bids**
16:2,6 33:20 72:7

**big**
76:3,4

**biggest**
66:25

**billed**
120:14

**billing**
29:12

**billion-dollar**
29:12

**bit**
7:8 22:6 46:23

**blank**
26:4 27:15 99:18,19
100:4

**Blum**
77:6

**Bo**
132:24

**bonus**
60:18,21 63:4,7

**books**
76:12

**Boom**
69:14

**both**
20:5,6 141:3

**bothering**
54:14

**bottom**
91:19 114:14 126:13
146:4

**bound**
143:19

**Bourgeois**
127:23,24 142:18 143:4
149:7,20 150:3

**Bourgeois'**
141:8

**boxes**
52:5

**BR**
119:22 121:12

**BR10201TM**
105:17

**break**
9:4 61:23,25 63:4 104:25
113:22 114:1,4 140:23

**breaking**
113:21

**Breeland**
12:13 16:15 57:18 74:21
81:13,20 82:15 104:3
105:6 107:1 109:4 113:7
115:13 137:4



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                    164
BEN HUFFMAN, 03/27/2023                        Index: brief..can't

**brief**
  62:1 113:25 140:24

**brilliant**
  71:21

**bring**
  60:2,5 71:12 89:24 90:11

**brought**
  22:16 69:18 71:2,5 72:3,
  5 133:16 148:9

**BS**
  104:5,6,10 108:11,15
  109:7,8,21 114:5 130:20,
  25 131:16,24

**budget**
  8:19 103:4,15 106:25

**build**
  16:1 22:10 25:23 26:9
  27:13 52:15 53:4 106:13
  107:4 123:2 135:13

**building**
  16:6 21:25 40:25 68:24
  107:7,20 119:20 120:16
  145:10 146:25 147:20

**built**
  25:19,21 26:6 27:8,12,25
  29:5 30:13,14 35:18
  36:24 46:9,14 47:1,23
  49:10 51:18 52:10,14
  77:3 80:22 81:1,14 83:17
  88:13 106:1,5,9,10,11
  107:13 132:25

**bullet**
  24:16 26:19 28:20 29:10,
  19

**bus**
  37:4

**business**

**10:**7,13,15,20,25 33:14
  79:6 87:11 98:3 132:4

**but**
  14:22 22:13 28:1 31:19
  32:23 34:11 37:7 38:22
  41:21 42:5 43:20 44:3
  46:20 48:12 50:1,6 51:2
  52:15,23 54:20 55:4
  57:16 60:25 62:10 63:9
  64:21 66:7 69:3,16,24
  70:13 72:7,15,25 73:22
  77:20,24 81:7 82:24 83:5
  85:14 87:2 92:21 94:18
  98:18 99:16,19,23
  100:20 101:5,19,20
  103:22 109:19,20
  110:17,20 111:6 112:13
  116:20 120:4 124:12,24
  132:7 133:10 136:13
  137:11 139:5 142:21
  143:3 145:19 146:20
  147:1 149:5,19

**by**
  7:4 9:3 11:11 26:23
  31:18 36:17 37:4 40:11
  45:15 48:23 51:15 52:6
  63:2 64:2 81:18 82:12
  83:8 84:24 89:6 95:23
  99:12 101:4 105:2
  113:24 119:12 135:7,8
  142:1,5 143:17,19,21
  144:3 146:9 148:3
  149:15

─────────────

**C**

─────────────

**Cable**
  52:22

**calculated**
  37:6

**call**
  21:13 22:19 31:2 39:3,4
  42:17 62:4 70:5 97:17
  102:3 112:17 126:12

**called**
  29:5,8 42:15 48:10
  100:21 103:14

**calling**
  112:10 116:6 139:5
  148:19

**Calls**
  17:15 34:6 80:12 113:14
  121:23 122:9

**came**
  16:25 17:17 64:16 79:17,
  21 133:6 136:15,23

**can**
  7:23 8:10 9:3,5,7,12
  10:23 11:10 13:15,19,21
  14:7,9,15 17:16 21:18
  22:12 28:5 30:3 31:24
  33:10 35:11 36:25 37:5,7
  38:9 39:3,14,16 40:1
  42:7 43:21 44:23 45:5,9
  46:8 47:20 50:25 51:3
  52:6 54:5 55:4,17 60:24
  61:12 62:11 64:24 66:11
  68:24 69:10,19 70:22
  73:25 74:17 78:2 79:9
  84:1 90:16 91:11 94:7
  97:9,12 100:11 101:17
  108:9,15 112:6,12,14
  116:16 117:8 118:24
  121:9,15,22 127:2,12
  130:19 135:13,14 141:20
  142:24 143:10 144:6
  146:5,7 147:20 148:23,
  24 149:5,6,8

**can't**

 is now 

MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                         165
BEN HUFFMAN, 03/27/2023                              Index: candidates..code

43:14 47:9 62:6,9,13
75:20 77:24 78:7,23,25
88:7,13,20 104:23 106:7,
10,20 120:19 122:22,25
145:13 146:25

**candidates**
69:18,20

**capable**
35:16

**care**
37:5 61:13 63:20 66:24

**carried**
89:7

**carry**
95:23

**case**
31:24 44:23 47:12 71:22
131:18 144:20 145:11

**categories**
63:19

**cause**
45:6 121:11 133:21

**caused**
144:18

**cell**
39:4 69:1 105:14 108:6

**certain**
7:19

**Certainly**
144:1

**chambers**
141:9 148:19 149:5

**chance**
55:13 74:6 83:23 91:12
104:17

**Chaney**
20:8

**change**
34:10 52:17 81:6,21,25
82:5,22 83:6 92:22
101:14

**changed**
22:14 80:15 81:13,24
83:2,3 111:4 149:1

**changes**
110:24 145:25

**changing**
111:13 139:18

**charge**
23:4 25:6 30:10

**charges**
48:9

**Charles**
21:12

**check**
52:5

**checked**
52:5

**choice**
69:14

**chronologically**
114:17

**claiming**
7:18,24 8:6,11

**clear**
147:11

**clearly**
146:13

**Clearview**
114:23

**clerk**
141:7,8,11,22 142:7,14,
17 143:10 144:5 147:16,
25 148:1,22 149:4,9,17

**clicked**
126:13

**client**
10:15 33:25 34:9 48:24
49:5 50:15 118:12 120:8
128:15,19

**client's**
145:2

**clients**
32:14,16 33:21 34:3,7,13
50:9

**close**
37:11,17 70:14,21 90:22
99:24

**closed**
32:10 87:10

**closer**
67:16

**Clouatre**
23:10 66:1

**cloud**
11:24 20:9 31:5

**cloud-based**
11:22 12:10,21 31:5
97:18

**cluttered**
138:21

**coached**
72:25

**code**
76:16 121:12 128:14

 is now 

**codes**
109:8,9 111:5 119:22,25
120:1 121:11

**coding**
110:13,17 120:2,4

**collected**
43:19

**come**
43:20 50:24 59:21 60:3
62:13,18 67:25 70:16
72:20 103:13 122:13
133:12

**comes**
48:12 69:11

**coming**
44:14

**commencing**
7:3

**committed**
58:8

**commodity**
46:24 52:17

**common**
76:6

**Communications**
128:3

**comp**
63:16

**company**
20:6,7,8 55:4 58:23
59:24 60:16 67:10 73:10,
14,18 77:21 89:25 115:3
133:1

**company's**
136:21

**compare**
92:15

**competitive**
32:11

**competitor**
55:6 133:4

**compile**
22:1 47:14 48:6 49:4

**compiled**
102:18

**compiling**
21:25

**complete**
21:1 37:9

**completed**
17:6 53:9

**completely**
20:21 21:3 138:20

**compliance**
92:14 113:2

**complies**
112:16

**comply**
112:18,21

**compound**
9:2,11 76:21

**computer**
35:24 41:4,5 66:12,14
97:11 121:19 122:2,5
123:5,6,17,21 140:11,15,
18 145:6 146:16 148:14,
15

**computers**
47:4

**concepts**

46:18

**concern**
69:16 71:5 72:15

**concerned**
64:13 73:13

**concerns**
67:1

**conduct**
7:20,25

**conduit**
41:24 42:1,2,5,8 52:22

**confidential**
86:19,23 87:9,18,25
88:14,20 89:4 94:2 95:5,
11,21

**confidentiality**
93:25 94:3

**conflict**
89:3 93:11 95:15

**confused**
17:4

**conjunction**
118:9

**connection**
86:24

**conservation**
58:8

**consider**
16:13

**consolidated**
94:20

**constructed**
29:11

**construction**
18:12 68:20

 

**Constructors**
24:10 105:9 106:14

**contacts**
127:25

**contain**
98:22

**contained**
89:5 96:23 97:5

**contemplating**
54:3,12

**contents**
51:24

**context**
129:5

**continue**
143:11 144:6 146:6
147:18

**continuing**
144:2

**contract**
112:7,10,11

**contractual**
88:6 111:22 112:3

**contractually**
95:4,10 96:1

**control**
22:25 23:1,12 33:13
45:13 68:4,5 73:22 94:11
96:10 104:19 105:1

**controls**
22:17,22 23:5 24:11,17,
22 26:19 28:7,18 30:9,11
31:9 32:1,4,8,9,12 33:12
34:4 58:1 68:1,3 69:19

**convention**
121:13

**conversation**
50:23 74:20 141:7
149:11,21

**conversations**
50:24 56:7

**conversion**
30:8 58:12

**copy**
77:25 83:21 84:13
140:12 141:5

**corporate**
24:17,22 26:18 28:17
85:3

**correct**
8:7,24 10:16,20 11:3
14:17 18:19,23 19:15
21:8 32:5,24,25 33:14,22
34:4,13 38:5,13 39:23
40:2 41:8,9 47:22,24,25
49:18,19 50:12 52:1
54:10 55:23,24 56:1
63:11 64:20 76:19,23,24
77:25 78:5,6,7,21,22
79:1,2,4,7,8,10 80:7,10
81:1,2,15 82:3,7,12,16
83:8,11,12 85:18 86:3
88:14,25 89:11,16 90:1,
13 91:9 92:17 93:19
94:4,21 95:5 96:2 100:1,
2 104:3,7,8,14 105:6,9,
10,17,20,21 106:16,17
108:12,16,17 109:9,10,
15,22,25 110:7,10,11,13,
14,15,18 111:17,23
112:22 113:2,5,12,16,17,
18,19 115:14,19 120:5,6,
11 121:13 124:21
125:12,16 127:9,20
128:8 129:7,23,24 130:5,
6 131:12 132:4,20

133:19,22 134:4,8 138:2
139:1,8,9 142:10

**correctly**
32:18 56:19 67:17

**cost**
48:6

**could**
17:11,13 22:2 23:13
25:15 26:25 34:2 38:12
58:15 62:17,19 67:11
68:7 69:25 71:23 73:16
81:7 89:9,10 90:9 117:12
118:5,11 148:18

**couldn't**
37:14 88:24 89:24
105:25 116:4

**counsel**
142:2,13,15 143:21
144:4,7 146:4 149:23

**couple**
54:17 57:15 114:8

**course**
89:7 95:23 98:18

**court**
40:12 58:25 65:7 140:25

**courthouse**
148:25 149:2

**cover**
102:25

**crazy**
68:23

**cream**
69:23 72:14

**create**
10:14 27:4 35:24 102:19
115:17 116:6 117:12



135:1,4,25 136:3 138:19
139:13

**created**
88:19 89:23 90:8 92:23
94:12,15 96:10,15
118:15,21,22 122:1
135:19 137:25

**creates**
41:21 102:11

**creating**
22:1 35:21 117:18
120:22 122:12 136:4

**creation**
29:6 106:2

**cross**
64:25

**cross-examination**
144:24

**current**
102:2

**currently**
36:8,16 60:20 61:17 63:4
83:8,16 98:21 101:7
115:7 117:18 149:17

**curve**
52:17

**curves**
26:14 46:24

**custodian**
45:4

**custodians**
45:7

**custom**
36:24

**customer**
48:24 87:2,19

**customers**
87:21 94:17

**customization**
37:7 38:25

**customized**
38:4

---

**D**

**daily**
42:11

**Dardenne**
12:15 16:16 81:12,21
100:1 101:4 124:13
137:4

**dash**
104:6,7 109:9

**data**
41:19 49:17 50:5,7 87:4
104:10

**database**
22:4 25:10 27:2 29:8,11,
15 34:18 35:4,11,12,15,
18,21,25 36:6,9,12,14
37:20 38:4,12 39:10
40:16,21,24 41:7 76:7,15
90:5 120:10,17,21 121:6,
17 122:6,12 123:2,12,17,
23 124:3 137:24 138:2,
23 139:7,13,14,17,20
140:10,15,18 144:20
145:6 146:15 147:10

**databases**
22:1,10 30:13,14 88:19
89:23,25 90:8,9 94:11
96:9,10

**date**
53:17 55:25 57:4 65:13,

20 97:1 106:2 119:6,7
131:9

**date's**
84:7

**dated**
85:25 91:9

**dates**
107:15

**David**
61:19 71:18,20 122:23

**day**
22:6 37:22,25 54:22
56:20 60:13 65:16,22
84:9 97:15 99:22 103:24
106:13 107:1,13,21
108:5

**days**
22:5 56:20

**deal**
44:16 73:2 74:5 76:3,5

**decade**
74:2

**December**
57:3,5,13 115:5

**decide**
60:12

**deciding**
53:16

**decision**
37:1 70:18 122:11
123:11

**decisions**
40:19 71:13

**dedicated**
32:14




**deemed**
  87:9

**defendant**
  142:1 149:18

**defendants**
  142:3,12

**defense**
  149:23

**define**
  66:11

**definitely**
  149:5

**degree**
  74:2 117:20

**delayed**
  7:9

**deleted**
  123:16

**deleting**
  123:20,23

**deliver**
  34:12

**delivering**
  34:13

**departure**
  21:22 90:10 97:1

**depend**
  118:8

**depending**
  118:10

**depends**
  49:22 50:14 118:18

**deponent**
  141:23

**deponent's**
  147:19 149:13

**depose**
  145:4

**deposition**
  13:22 31:19 142:6,9,22,
  24,25 143:1,11 144:2,6,
  9,10 145:14 146:20
  147:10,19 148:2,20
  150:7

**describe**
  47:20

**describes**
  35:9

**description**
  41:6

**descriptions**
  35:8

**designate**
  31:16

**designating**
  64:1

**designation**
  61:7

**designations**
  105:19,22

**designed**
  29:11

**designing**
  39:10

**desire**
  147:18

**destroy**
  146:25

**destroying**

69:17

**detail**
  92:21

**detailed**
  32:13,15

**details**
  63:10

**determine**
  42:6,20 90:4 121:15

**develop**
  18:11 37:3 47:24 48:22
  75:19 76:25 101:9 118:7

**developed**
  17:17,19,24 18:24,25

**developing**
  36:6,19 138:23

**development**
  71:25

**deviate**
  77:7

**devices**
  96:21 97:2,5,8,11

**Dexter**
  20:8

**Diamond**
  133:1,12,15

**diamonds**
  69:21

**did**
  11:11 12:6,8,9 13:6,13
  14:1,10,23 15:12 16:9,
  19,22 17:25 18:1,5,10,15
  19:6,11 20:21 21:19
  22:21 23:8 25:23 26:2,3,
  8 27:4,13,17,19 29:1
  30:22 31:8 32:18 35:20,




24 36:5 37:9,12,19 39:6
40:16,24 41:2,17 53:4,
20,21 54:15 55:1 57:9,
12,20 58:17,21 59:3,9,
15,17,20,21,23 60:1,5,8,
12,15 65:10,19,20,24
66:5,12,16,19,20 67:14
69:3 71:4 74:10,15 75:7,
17,19,24 76:18 78:23
79:17 81:5,20 82:8,22
84:11,12 96:20 97:2,4,7,
16 100:23 101:9,14
104:13 106:18 107:4,6
110:24 111:7 113:7
114:1 115:4,9 116:1,2
117:2 120:20 122:13
125:18,24,25 126:3,6,19
128:22 132:9 133:12,20
135:1,6,19 138:23,24
139:3,18 140:4 144:19,
25 145:8 146:13 147:9,
11

**didn't**
12:5,7,12,17,23 14:19,22
27:21 38:18 39:15,25
43:20 54:19 66:24 67:21
68:4,10 70:3 71:14 72:21
76:3,4,19,22 80:24 82:24
84:17 85:14,16 93:1
121:5 133:18 134:2,5
140:5 144:23

**difference**
20:4 57:1 92:8,16,21
93:17 110:5

**different**
19:25 20:11 21:19 41:23
46:17,22 68:22 101:20,
21 138:1

**directed**
19:5

**direction**
67:10

**directly**
21:14 66:7 102:8

**director**
21:15 22:2 66:17

**disagree**
73:4

**disagreed**
38:24 39:7

**disclosed**
145:21

**discuss**
33:11 59:20 66:20 114:1

**discussed**
63:6

**discussing**
41:12

**discussion**
12:9 45:14 68:16 74:15,
17

**discussions**
39:8 40:13,14 48:16
56:18 57:12 75:4

**Disney**
39:5

**division**
23:8

**do**
7:12,24 8:11 9:16 12:24
13:4 14:10,22 15:12
16:13 19:5 20:2 21:24
23:25 24:4 26:14,23
27:17 31:20 38:21 41:22
42:1,9 44:7,19 45:5,24
46:23 48:10,13 49:23

50:2,5 51:3,8 53:9 55:4,
19 56:13,14 59:1 60:24
61:12,13 62:22 63:1,20
65:7 68:20 70:6 73:3
74:8 76:10,15,16,19,22,
25 77:14 79:24 80:13,24
81:11,16 83:4 84:8
85:19,21,24 86:1,7,9,14
88:5 92:14,23 93:9,14
95:2 97:2 98:13,21 99:13
100:3,15,21 102:3,15
103:21 105:3,14 106:3,5,
24 107:7,10 108:8 109:3,
15 110:3 111:6 114:6
115:6,8,22 116:3,9,24
117:3 119:5,13,22
121:15 123:1,8,20,23
124:13,17,23 125:6,18,
21 126:13,17,19 127:21
128:19 129:19 130:11,
12,16,19,25 131:3,6,8
132:23 133:7,8,14,17
134:22 135:11 143:2,7,
10 146:13

**dock**
97:15

**document**
23:20,25 29:5 31:20,25
32:8,24 43:3,9,13,19
45:13 64:14 84:7 99:13
100:8 101:3 104:19
105:3,5,24 106:1 111:15
119:6,13,16 126:23,24
127:4,6,21 131:22
132:23 133:14,15,18,20
134:1,23 136:17,23

**documents**
8:7 11:8,12,14,18 12:10
17:1 27:21 34:8,9,23
38:21 44:21 47:12 49:12

 

60:2,6,9 129:3 131:20
136:22

**does**
15:18 17:3,4 24:6,21
31:1 33:12 34:23 42:12
47:2 51:18 52:10,21 74:7
101:18 102:2,8,9 112:2,
18,20 113:8 117:15,23
131:15,19 133:8 143:5

**doesn't**
41:22 67:17 74:7,8 79:3
99:17 112:11,21 120:4

**doing**
17:9 22:13 29:24,25
30:4,5 33:7 34:11 42:20
49:20 58:22 73:8 97:13
98:2 118:9 126:6 134:25
148:23

**don't**
13:5 14:2 31:6 37:25
39:4 44:3 53:3,17 55:4
57:4 60:2 61:13 63:10,
18,20 66:7 69:14 70:6,22
71:24 72:24 73:10 75:16
77:7 78:1,4,5 80:4 81:10
83:5 84:20,21 95:1 97:13
99:15 100:5 103:22
106:15,23 107:9,12,16,
18,22 108:3,7 110:16,19
112:15,19,20 113:15
116:10 119:7 120:23,24
121:3,18,25 123:13
124:22,24 125:20,23
126:2,10 129:1,4 130:8,
15 133:10,13 134:24
136:6 139:11 140:1,6,21
143:14,23 148:6,7,8,24
149:4,18

**done**
23:23 25:9,10 47:16

117:20 138:10 142:11
143:22 147:21 148:3,5

**DOT**
115:2 132:24

**down**
9:4 13:12 56:11 126:13

**drafted**
24:2,4 32:2,20,22

**Drake**
127:22,24 128:22
131:10,15

**Drake's**
132:12

**drawers**
97:3

**drawings**
87:5

**drawn-out**
118:4

**drilling**
45:11

**drive**
11:13,19,20 47:5,6,7
97:23 98:4,10,20

**driver's**
91:16

**Dropbox**
97:18 98:9,21

**Duby**
69:22

**during**
75:2 86:20 114:1

**duties**
117:16

## E

**each**
34:9 47:3 97:15

**earlier**
34:19 41:12 121:4
147:10

**earn**
100:18

**easier**
67:18

**easy**
20:18 42:2 44:11 70:17

**EBR**
102:3

**edited**
131:9

**edits**
110:6

**effective**
32:11 42:4

**efficiency**
24:20

**effort**
25:7

**eight**
23:14 54:4

**either**
47:8 60:13,24 61:11
65:22 101:4 142:23
143:24

**Electric**
133:2,12

**electronic**
85:25 87:5 133:15



AdvancedONE LEGAL   is now   LEXITAS™

**eligible**
63:7

**else**
9:21 10:12 27:19 28:16
30:25 42:6 57:17 58:21
67:12 68:2 70:12 74:9
123:10 135:22 145:9,22

**email**
41:3 55:21,22 99:14,16,
19 102:25 103:21 104:2
109:3,11,19 114:15,17,
19,20,21 115:13 116:12,
21 124:11 127:22 128:7
131:10 132:13,18 136:23
137:2,3,8 138:7

**emails**
114:14 116:11 123:8,9,
13 136:14

**employed**
11:11

**employee**
21:16 68:9,14 69:21
83:21 84:13 85:15 86:5,
22 89:4 92:24 95:20
100:15 133:15 141:25
145:12,13

**employees**
24:18 69:25 70:1 71:23
73:11 142:2,12

**employer**
7:6 86:13 89:11 90:12
93:10

**employer's**
90:12

**employment**
56:5 86:21,25 89:6,8
91:22 95:22,24 99:22

**end**
15:19 34:23 44:20 53:18
54:14 60:24 61:12
148:14

**ended**
41:7 117:6

**engaged**
7:19,25

**engineer**
21:14 22:15,20

**engineers**
67:24 70:1

**enhance**
24:20

**enough**
84:23 86:8

**enterprise**
19:18 29:13

**entire**
146:15

**entitled**
104:6 146:2

**Environmental**
85:5

**envision**
58:22

**EPR**
58:3 102:4,5,12

**equipment**
48:8,9

**Erin**
141:17

**ERP**
19:9,13,17 30:9 38:23
58:2,7 110:22 138:11,15

**essential**
32:12

**essentially**
29:24 30:4 145:10
147:24

**esthetically**
101:19

**estimate**
10:14 17:6 18:11,15
41:19 42:7,21 47:24
48:4,22 49:5 77:12
118:23 128:25 132:19,24

**estimated**
15:20 47:13 51:3

**estimates**
15:1,2,16,17 17:2,5,9
128:5

**estimating**
18:6,7,22 19:1 47:8,10,
11 49:8,17 74:22 75:25
76:19,22 84:12 88:12
98:6 118:21,22

**estimator**
17:10 115:2 118:9 128:4

**estimators**
47:22

**etcetera**
44:18 91:16

**ethical**
144:11 149:24

**ethics**
143:20

**even**
44:13 68:2

**eventually**
49:9





MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                173
BEN HUFFMAN, 03/27/2023                         Index: ever..family

**ever**
18:15 60:5,8 81:5,21
113:7 120:17 122:6

**every**
13:16 71:19

**everybody**
54:18 141:15

**everyone**
146:19,20

**everything**
42:6 46:18 68:2 70:12

**everything's**
15:22

**evidence**
10:10

**EXAMINATION**
7:2

**examinations**
31:23

**example**
41:23 68:9

**examples**
35:15

**Excel**
25:10,12 26:4 99:8,20
102:23 103:12,14 104:9,
16 106:19 108:19 125:1,
2 134:13

**Exceptions**
118:2

**exchanging**
123:9

**executive**
16:14,17,19 19:14 39:8
72:18 90:11 123:10
138:8

**exhibit**
23:16,17 31:13,14,17
41:6 43:7 45:16,20,21
51:7,8,23 55:9,10 64:4,5
83:15,19 90:19,20,22
91:19 92:2,13,16 93:4,5,
10 95:16,17 99:1,2
102:23 103:1,2,18,19
108:20,22,24 109:3,12,
15,17 111:1,2 114:10,11
116:13 119:2,3 124:8,9
125:2,4 127:15,16
130:12,15,17 131:1
132:10,14,15 134:13,14,
15,17 136:8,9

**exhibits**
128:9

**exists**
146:15

**experience**
18:5,8,10,14,16,20 70:11

**experienced**
44:14

**expert**
136:22

**explain**
31:24 112:16 116:12
120:19

**extends**
29:22

**extensive**
18:8

**extent**
149:23

**external**
96:20 97:4,8

**extra**

126:17,22 127:5

**extremely**
71:21

**eyes**
55:15 60:23 61:7

___

**F**

**face**
111:4

**fact**
8:23 9:9 12:20 43:17
74:21 145:14 148:4

**factor**
42:16

**facts**
10:9 101:16

**fail**
37:3 69:13

**failure**
38:3

**failures**
36:23

**fair**
73:15 84:23 86:8 92:14

**fall**
31:8 54:6 63:19 117:15

**fallen**
148:7

**falls**
144:11

**familiar**
75:13 93:2 133:9 134:7

**family**
69:7 70:14,19,20

 is now 

**far**
8:3 11:4 17:23 34:1
35:23 58:16 59:12 63:8
76:9 77:10 79:5,14 83:18
86:4 133:5 136:2 147:7,
21 148:10 149:1

**fast**
42:7

**features**
46:21

**February**
53:18 56:1 57:14

**feed**
70:13

**feel**
48:11,13,14,16 70:22
116:19

**fees**
143:5

**feet**
42:13

**few**
7:7 59:10 137:16

**field**
26:25 42:11 72:13
102:13,17

**figure**
44:7,15

**file**
27:15 97:17 103:12,14
142:24 147:6 149:9

**filed**
122:14 123:15

**files**
27:23

**filing**
149:18

**fill**
17:7 65:10 68:15 102:13
131:22

**filled**
65:14 68:12 84:9,11,18,
22

**finalized**
37:9

**financial**
87:3,19 94:20

**financials**
103:9

**find**
67:11 68:16

**finding**
146:14

**fine**
62:16,25 63:18

**finish**
20:25 97:22

**finished**
62:18,21 71:7

**Fiore**
141:14,16,24 142:10
147:22 148:16

**first**
24:16 43:5 91:5,6,18,24
98:13 99:22 110:25
114:15,17,18,20 132:9
139:23 144:19 145:18,23

**fit**
74:1

**fittings**
42:5

**five**
67:2,7,9 69:24 71:22
72:19

**five-seat**
116:24 117:2

**fixing**
19:9 67:4

**flip**
51:7 85:22 92:13 147:12

**floating**
64:14,24

**flow**
19:13

**focus**
24:9

**folder**
47:7

**folks**
61:4

**follow-up**
109:11

**following**
136:20

**follows**
7:1

**Fonacier**
44:25 127:18 141:17

**footage**
42:5

**for**
7:8,13 16:7 17:15 19:17
21:14,16 22:1,8 23:17
24:1,17 25:17 27:1,8
29:5,11 30:13,14 31:7,
14,19 33:21 34:6,7,9
35:18,22 37:20 38:18



41:21,22,23 43:9,13,24
45:17,21 46:10,14 48:2,3
49:5,15 50:4,13,17,19
55:10 58:22 60:9 61:22
63:7 64:5 65:7,8 66:3,22,
24 67:3 68:6,9 70:19
71:15 73:3,11 74:2,5
75:24 76:14,17 79:6
80:12 82:3 83:19 84:18
85:4 87:17 88:13,19
89:6,9,24 90:8,20 93:2
94:12,15 95:2,22 96:2,
10,15 98:2,3 99:2,4
100:6 103:2,19 105:20
107:11,23,24 108:20,24
110:13 111:2,7 113:14
114:7,11 115:23 117:7,
19 118:2 119:3,20
120:14,22 121:24 122:9,
12 123:2,12 124:4,9
125:4 127:16 128:15
132:4,15 134:3,5,15,17
136:9 138:8 139:4,14
142:6,25 144:12 145:11
147:6 148:2

**forensic**
31:23 43:19 64:17
136:22

**forensics**
44:22 64:19 136:13

**form**
7:22 8:2,9 9:2,6,11 10:3,
9,22 11:2 12:4,19 13:2,
10,12,14,15,20,24 14:13
15:7 16:5 17:15 20:15
27:11 28:4 30:2,17 33:9,
16 34:6 35:14 36:11 38:7
39:13 46:4,13 47:1 49:1,
14 50:7,11 51:21 52:13
53:2,25 57:23 58:6 73:20

74:24 75:22 76:2,21
77:18 78:9 80:2,12,21,22
81:22 82:3,6,8,18 83:10
84:16 88:2,11,16,22
89:13 90:3,15 92:11,19
93:21 94:6 95:7,13 96:4,
12,17 98:12 101:16,23
109:14 111:10,19 112:1,
5,24 113:4,14 116:15
120:13 121:8,21 122:16
124:2 126:9 127:1,11
128:17 129:15 130:4
132:1,6 133:24 134:10
137:5 139:16,25

**Formatting's**
46:21

**former**
7:6 20:8

**formulas**
50:17 104:7,11

**Formulation's**
46:22

**forthright**
139:22

**forward**
67:22 71:1 115:12
116:10 145:14 148:21

**four**
37:21,23 38:16 41:23
72:11

**fourth**
100:20

**frame**
13:12 14:13,14 23:2

**frankly**
74:4

**free**

116:19

**friends**
70:14,21

**from**
18:13 20:18 21:23 23:13
25:21 26:3,4,6 27:14,15
35:3 39:1 41:13,19 42:19
44:21 49:17 54:19 55:21
56:16 61:2,4 64:16 77:3,
4,7 99:25 103:8 104:2
108:2 110:25 114:14,18,
21 118:12 119:17
120:17,22 123:10,16,21
124:12 127:22 128:7
132:13 133:6,12 137:3
138:1,17 140:24 145:1
146:9 147:12 148:23

**front**
51:8 84:23 130:12

**full**
44:17 45:10 149:15

**fully**
37:16,17

**function**
20:16 26:13 33:6

**functionality**
22:4 101:20

**Functionally**
20:13

**future**
65:3 66:25

---

## G

**gain**
70:11

**gal**




MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                              176
BEN HUFFMAN, 03/27/2023                                  Index: gear..grinder

148:3

**gear**
 87:6

**general**
 34:7

**generally**
 33:2 51:2 59:14 87:1

**generate**
 26:12 43:18 52:10,24
 119:15 138:18

**generated**
 35:11 51:15,19 52:6
 103:11 135:5 137:17,23

**generates**
 135:12

**generating**
 138:9

**generation**
 73:5

**generic**
 90:6

**get**
 7:12 10:15,20 37:4,14
 42:3,15 54:19 64:24
 68:1,19 69:14,20 71:11,
 18 76:18 77:12,24 78:2
 79:10 104:21 145:8
 146:3,4 148:24

**gets**
 22:6

**getting**
 58:12 72:2,16 117:6
 144:13 145:8

**give**
 10:15 44:16 45:5,12
 53:20 65:20 69:19 78:25

100:10 104:25 149:8,12

**given**
 147:17

**gives**
 51:24

**Global**
 117:5

**Gmail**
 98:15

**GN**
 129:19

**go**
 20:18 21:6 22:12 32:7
 37:3 40:20 48:24 55:3
 63:23 66:9 67:12 68:1,
 10,11,12,15,17,18 69:12,
 14 71:9 73:17 78:23,25
 99:23 101:17 105:13
 108:6 112:9 114:14
 143:12 145:13 146:11,25
 148:21

**goes**
 49:9 73:6 77:10 149:15

**going**
 23:15 31:13,16 38:22
 40:5 43:2,6,10,18,21
 45:16 47:20 50:21,23
 55:8 56:8 59:4 61:22
 62:2,4,23 64:3 65:3 67:1
 72:11,20 82:2 83:14
 90:18 98:25 99:10 100:6
 103:17 104:15 108:18,22
 110:2 112:9 114:9,13,16
 115:17 116:19,20 119:1
 124:7 127:14 132:13,20
 134:12,13 136:7 140:22
 142:20,21 143:12 144:8
 148:3,5,13,22 149:10

150:2

**gone**
 67:6,10 72:18

**good**
 44:15 59:16 69:17,25
 71:23 113:21

**Google**
 97:23 98:10,20

**got**
 11:21 18:6,24 22:16 38:2
 53:13 54:22 56:12 68:9,
 13 72:23 73:24 79:21
 80:3 82:20 91:15 93:23
 99:16 106:2 110:24
 120:7 128:4,7 135:24
 136:5 137:16 142:20

**gotten**
 66:23 108:1

**grayed**
 137:11

**grayed-out**
 136:16

**great**
 69:25 71:23 73:2

**greater**
 69:16 92:20

**green**
 8:14 9:18,24 10:12,19,25
 11:9,15,23 12:20 13:7
 14:11,19,25 15:3 16:1,20
 17:22 18:8,25 74:12
 77:12,16,25 79:1,12,13,
 16 80:4,17 94:1 95:3
 96:1 129:6,13,22 130:2
 131:15,23 132:12 134:6

**grinder**
 70:15 72:10

 is now 

MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    177
BEN HUFFMAN, 03/27/2023                    Index: Ground..have

**Ground**
  59:20

**group**
  32:9 41:24 42:3 73:25
  110:10 111:14

**grow**
  70:2 73:23 74:1

**growth**
  59:12,16

**GS**
  128:24 129:6

**guess**
  21:13 22:19 37:11 51:25
  58:9 78:10,12,14,18,19
  81:10 85:6 101:14
  126:12 127:25

**gut**
  48:11,14,15

**guy**
  148:2

**guys**
  20:24 42:7 44:8 137:5

---

**H**

---

**had**
  11:17 15:25 18:7,20
  20:7,8 32:21 34:1 36:24
  38:3,11 40:13 42:21
  55:12 56:7,8,24 58:8
  59:17 65:5 66:23 68:4,14
  73:2 74:11,19 75:4 76:13
  79:16 80:6,24 82:14
  83:3,23 90:23 91:12 98:5
  104:17 121:2,3,6,16
  122:6 133:21 134:6
  135:6 137:8 138:24
  139:17,19 145:4,21

  149:20

**hadn't**
  84:17 133:25

**half-inch**
  42:1

**Hall**
  141:7,12

**HAMPTON**
  7:11,21 8:1,8 9:1,10
  10:2,8,21 11:1 12:3,18
  13:1,9,17,21,25 14:4,12
  15:6 16:4 17:14 20:14,23
  23:19 27:10 28:3 29:20
  30:1,6,16 33:8,15 34:5
  35:13 36:10 38:6 39:12,
  17,21,24 40:4,7 43:4,8,
  12,23 44:2,6,12 45:2,9,
  18 46:3,12 48:25 49:13
  50:10 51:20 52:12 53:1,
  24 55:14 57:22 58:5
  60:22 61:3,11,16,20,24
  63:17,25 64:7,10,18,21
  65:2 71:6,9 73:19 74:23
  75:21 76:1,20 77:17
  78:8,13,17 80:1,11,20
  82:17 83:9 84:15 87:22
  88:1,10,15,21 89:12
  90:2,14,24 91:4,14 92:5,
  10,18 93:20 94:5,24
  95:6,12 96:3,11,16
  97:21,25 98:11 99:6,9
  100:9 101:15,22 102:24
  104:18,22 105:12 109:13
  111:9,18,25 112:4,8,13,
  23 113:3,13,20 116:14
  119:5,9 120:12 121:7,20,
  23 122:8,15 124:1 125:9
  126:8,25 127:10 128:16
  129:14 130:3,14 131:25
  132:5 133:23 134:9

  136:19 137:19 139:15,24
  141:3,6 142:16 143:13
  145:16 148:12 150:4

**hand**
  66:12,16

**handbook**
  83:22 84:14 92:24

**handle**
  13:22 149:6

**handled**
  66:10

**handling**
  73:5

**happen**
  61:10 67:1 118:24

**happened**
  54:21,25 147:6 149:12

**happens**
  39:2

**happy**
  34:3 54:23 113:11

**has**
  7:15,19,25 8:6,12,23 9:8,
  13,17,23 36:8 46:20,25
  51:22 85:24 86:24 92:9,
  16 93:18 97:10 98:15,16
  123:14 126:16 128:11
  131:12 144:2,17,19
  146:8 147:22 148:11

**hash**
  43:18,21,24 44:9,13,17

**hasn't**
  36:22 63:6

**have**
  8:22 11:7,12 12:5,7,9,23,
  25 13:5,17 14:24 17:11,



13 18:5,10,12 20:21
21:19 25:13,16,24 26:2
27:8,12 30:13,22 31:24
34:3 35:20 37:6 39:4,6
40:24 41:23,25 42:14
44:4,6,8,23 46:6,20
49:11 50:23 51:8 52:5
53:3 54:5,7 55:3 57:9,12,
15 61:12 62:7 63:12,18,
23 64:8 65:6 66:2 67:12
68:4,14,16,25 69:24
70:9,20 73:10 74:15
79:20 81:8,11,24 82:8
92:20,23 97:7 98:8,13,
15,21 99:23 102:15
103:16 104:11,20 105:15
108:1 109:15 110:19
113:21 116:5,10 118:12
120:17,21 121:3,5,6
122:1 123:1,16 130:8,12,
15,16 133:1 134:5 135:3,
6,8,10 136:17 137:10
140:12,14,17 141:14
142:3 143:4 144:1,17,23,
25 145:7 146:22 147:9,
17 148:3,5,7 149:1

**haven't**
8:20 64:12 117:20

**having**
36:24 38:4 43:17 69:6,8
70:13 116:7 148:14

**he**
13:13 17:21 22:2 23:20
40:24 41:3 54:23 55:25
56:4 67:15 68:10,11,12,
13 69:22 70:9 78:18
79:17 85:3,7,8,9 86:23
100:3,24 115:2,4,6,9
116:17 124:24 128:4,5,
22 133:12 141:25 143:20

144:2,19,22,24,25
145:21 146:5,22,24,25
147:1,9,10,11,22 148:19
149:6,7,15

**he'll**
40:8

**he's**
21:1 112:5 115:2 127:25
142:19 145:9 148:1,24
149:4,17

**head**
23:6 25:25 68:21

**Health**
85:4

**hear**
62:9,11,13

**heard**
8:20,22 63:12 133:1,3,10

**hearing**
145:24

**hears**
62:3

**heed**
68:8

**help**
21:16 58:11,13,15
135:22

**helped**
33:24,25

**helping**
58:1

**her**
89:5 95:22

**here**
12:24 33:1,11 52:4 64:15
69:12 70:21 75:14 81:9

87:15 91:15 95:9 107:24
108:6,14 119:22 120:7
129:20 136:25 137:18
143:16 144:7 146:8
149:5

**here's**
74:4 104:9

**Heroman**
61:19 62:7 122:23

**hey**
42:13 51:3 67:11 68:6

**hidden**
100:20

**High**
59:20

**highlighted**
105:15

**him**
20:25 40:8,16 41:2,3
56:10,11,24 57:2,5,10,
13,15 65:8 66:7 67:20
71:22 72:24 74:3 75:17,
19 79:17 85:15 97:22
124:23 125:24 126:3,6
133:11,16 142:13 143:20
144:6,10 149:10

**hired**
17:21 122:21,24

**hires**
59:6

**his**
20:25 22:2 63:16 64:14
71:17,18 75:15 84:24
86:21 89:5 95:22 114:25
128:1,5 142:5,6 143:22
144:2 145:6,14,19 146:2,
3,21 147:12 148:2,10,24



149:5,9,14,19

**his/her**
86:24

**histograms**
26:12 46:24 50:8,13
52:17

**history**
29:19

**hit**
37:4

**hold**
13:11 20:23 60:22 78:17
86:22 92:5 97:21 125:9

**home**
22:16

**hope**
70:15 74:7

**hopefully**
100:7 145:15

**horrible**
70:7

**hospitalization**
107:20,23

**hour**
61:23 68:25

**hourly**
48:9

**hours**
37:22,25 50:21 51:4
144:24 147:13

**how**
11:17 12:24 15:5 16:25
18:11 23:11 24:24,25
25:9,11 26:8 27:13 33:19
37:19,22 41:2 42:7,20
53:4 54:24 56:7,13,21

60:11,20 61:13 63:20
72:6 76:10,25 77:2
79:17,21 88:18 92:23
107:3 108:8 110:17
112:2,16,17,20 113:15
134:2 135:20 145:8
148:4 150:2

**however**
18:7 63:1 74:1 135:14

**HSE**
85:3,4

**Hubert**
62:6,10,16,25 141:10,13,
18 142:18 143:8,17
146:7 148:17 150:6

**Huffman**
7:5,15 23:23 63:3 64:1,3
65:10 90:23 100:11
113:25 136:11 141:25
142:4,9,15 147:9 149:14,
15

**Huh-uh**
131:2

**hundreds**
106:11

**hurt**
70:18

_____

**I**
_____

**I'D**
55:3 92:20 99:23 113:21

**I'LL**
14:4 19:1 23:15 31:22
43:25 74:8 86:11 91:1
97:16 99:17 102:23
104:20,21,25 111:1
117:22 123:15 125:1,2

129:9 136:12 149:20

**I'M**
10:11 13:23 14:21,24
16:10,12 17:3 23:15 24:5
29:9 31:13,16 39:4,19
40:2,4,9 43:2,6,10,13,16,
17,20 45:5,16 47:20,21,
22 50:5 55:8 59:8 64:3,
13 65:6,7 70:7 71:6
72:13 74:6 83:14,24
89:19 90:7,18 91:18 97:6
98:9,24,25 99:10 100:6,
13 101:5 103:1,17
104:15 107:6 108:18,22
109:17 110:2 114:9,13,
16 115:10,17 116:19,20
119:1,9 120:20 123:19
124:7 125:10 126:11
127:14 128:2 131:3
132:11,13,20 134:12,19
136:7,19 140:22 142:21
143:15 144:8,13,14
148:1,22,25 149:6,10,21,
25 150:2

**I'VE**
13:16 65:5 74:2 93:23
100:25 106:10 114:8
119:14 124:7 126:13
127:14 133:3,10 137:16
143:3

**idea**
58:3 92:23

**identification**
23:18 31:15 45:22 55:11
64:6 83:20 90:21 99:3
103:3,20 108:21,25
111:3 114:12 119:4
124:10 125:5 127:17
132:16 134:16,18 136:10




**identity**
65:5

**if**
14:7 22:14 32:7 34:17,22
37:3 38:16 39:1 40:1,9
45:4,6 47:20,21 49:22
50:1,21 51:7,23 53:7,11
56:19 60:2 63:16,18 65:3
66:7 67:8,17 70:1 71:23
72:19 74:6,8 78:3 85:22
86:8 88:24 89:2,8 91:18
92:2 93:5 94:25 99:16
104:11 105:25 106:1,10
107:13,20 112:9,14
116:9,10 117:4,25 118:3
120:16,21 122:6 131:21
133:14 136:16,18 137:2,
8,22 138:17 142:22
143:6,11,14 144:8
145:17 146:14 148:7,8,
19,24 149:4,6,18

**imaged**
146:23 148:15

**imagine**
69:8

**immediately**
38:18 113:9 146:23
147:4

**implement**
19:10 123:11

**implementation**
24:19

**import**
102:11

**important**
33:6,13,18 34:12

**importantly**
145:20

**in**
7:19,25 8:23 9:9 10:9
15:22,23 17:2,4 18:5,16,
20 19:14 21:8,12 22:21
23:2,4,6 25:6,24 26:25
30:10 31:24 32:10,16,21
33:11 34:1,4,7 36:17,22
37:16,23 41:6 42:9,10,
16,21 44:14 45:4,11
47:6,12 48:7,12,15 49:8
51:8,23 52:15,16 53:11
54:7,18,19 57:3,5,14
58:9,12,19 59:24 60:15
61:7 62:19 63:19 65:3
66:12,16,21 67:1,2,6,8,
11,14,25 68:17,21,23
69:10,11,25 70:1,6
71:14,19,24 72:6,12,19,
20 73:6 74:10 75:6 77:8,
12 79:6,12 80:6,17,25
81:13,22 82:14 83:7 84:7
86:3,5,24 89:7 92:20,25
93:5,17 94:22 95:17,23
97:3,7,10 98:18,20
102:13,17,18 107:14,15
113:1 114:15,20 115:5,
17,22 116:21 117:24
118:9 119:22 120:18,21
125:21 128:8 130:12
131:18 133:18 136:14,16
138:7,19,23 141:17
142:5,9,18 143:4,22
144:21 146:12,17 147:10
148:10,14,20,24

**in-between**
116:11

**in-house**
76:13

**inappropriate**
14:6

**Inc**
24:11 32:9 105:9

**included**
136:24

**including**
87:2

**Indicating**
12:16

**indications**
63:12

**individual**
141:22 142:2 146:1,16

**individuals**
66:8 141:21

**industry**
28:15 42:17 52:16 76:14
90:6 115:22 116:6

**info**
45:4

**inform**
65:19

**information**
8:7,12,14,24 9:9,12,13,
14,16 11:8 19:13 22:1
25:24 32:13,15,17 47:14
61:5 77:3 79:10,11
86:20,23 87:3,4,18,19
88:4,7,20,25 89:4,5
91:15 93:25 94:2 95:20,
21 96:24 97:5 98:16,22
111:23 113:8 123:21
144:22 145:24

**informed**
53:15

**Infrastructure**
110:10 111:14



**initial**
21:23 38:20 49:23

**initially**
38:24 39:7 56:10

**injunction**
144:21 145:3

**input**
40:24 50:5,7 102:15,16

**inputs**
135:11

**inputting**
49:16,17

**inside**
78:3

**install**
41:24 42:2,7 50:22 51:4

**installed**
42:10,13,14

**instance**
49:15 87:17 89:9 95:2

**instead**
68:15

**instruct**
60:5,8 81:21 125:18

**instructed**
25:4 81:25 82:5

**instructing**
69:7

**integrated**
138:14

**interact**
85:16 102:3,8,9

**interacted**
85:15

**interacting**
49:11

**interaction**
49:7

**interest**
86:14 89:3 93:11 95:15
143:23

**interested**
57:24

**intern**
32:21 68:6

**interns**
67:24 71:13

**interview**
56:11,24 57:2,9,14,17
58:4,19 59:25 60:1 73:24
74:10 75:2

**into**
19:8 22:12,16 47:11,14
49:9,18 50:7 54:21 56:22
57:2,5 69:4 70:15 71:11
76:15 80:18 97:11,14
102:12 108:6 148:13

**invest**
69:3

**investor**
59:17

**investors**
59:24

**involved**
32:21 48:15 92:25 94:18,
22

**is**
7:5,18,24 8:11 17:6,9
18:19,23 19:20 20:9,10
26:11,22 28:14,21 29:7
30:8 31:2,4,25 32:4,14

33:17 34:21 35:9,17
36:19 41:11,16 42:2,9,12
44:9,20,22 46:1 47:3,4,6,
10,16,17,18 48:1,3,12,
22,24 49:2,5 50:12,16,17
51:3,15 52:19,23 55:15,
21,22,25 57:7 60:20
63:4,9 64:4 65:13 67:9,
10,21 68:17,20,23 69:2,3
70:23 71:1,2,3,20 72:19,
24 73:10,14,21,25 74:25
76:15 77:8,10,15,19
81:17,18 82:10,11 83:1,
7,16,21 84:24 85:1,3
86:11,25 87:9,14 88:3,5
89:18 91:1,3,5,20 92:8,
14,16 93:18 95:17 97:15
99:5,25 100:15,18,20
101:3,6,14,20,21,25
102:11,15,18 104:16
105:5,24 106:8 107:24
108:4,15 109:7,11 110:5,
16,17,21 111:12,17
114:15,16,20,22 115:6,
20,25 116:23 117:8,25
118:16,17,18,25 119:6,7
120:6 121:1 123:4 124:3,
11,20 125:8,11,24,25
126:21 127:3,18,24,25
128:4,23,24 129:6,12,17
130:1,6,9,25 131:9
132:4,11,23 133:4,6
135:12,17 136:17 137:2,
13 138:4,10,13,15,16
139:1,10,12 140:10
141:10,11,15,17,25
142:8,18,20 143:1,3,14,
17,18,23 144:16,17,19,
20 145:1,6,7,9,11,12,23,
24 146:1,5,8,16,17,20
148:8,18,25 149:7,9,15

 is now 

**ISG**

7:16,19,25 8:6,12,23 9:8, 13,17,23 10:19,24,25 11:7,11 14:16 15:25 16:7,14 17:21 18:6,21 25:17 27:9 29:5,19,25 30:5,11,13 35:18,22,25 36:2,4,6,13,17 37:10,20 38:2,16 41:13 46:10,11, 14 47:1,22 48:18 49:10 52:10,14,20,23 53:6,23 56:5,8 59:10 60:6,9 63:5 66:6,9 73:8,10 74:19 75:24 79:16,18,21 81:18 82:3,12 83:8,16 85:20 86:3,25 87:11 88:6,9,19, 24 89:6,8,24 90:8 92:9, 17,22,23 93:2,18 96:2 97:8,11 99:22 101:7 103:25 105:19 106:12 107:2,21 108:5 110:13, 15,17 111:14 113:8 114:7 115:1,4 116:1 117:2,8,12,16 119:20 120:4,22 122:2,13 123:2, 6,12 124:4 126:16,22,23 127:4,5 128:11,15,23 131:13,24 132:4 133:4, 16 135:6,22,24,25 138:4 139:14 140:11 141:21,24 143:16 145:6,13,22,24 146:8,17 148:14

**ISG's**

11:22 12:10,21 25:14 51:18 87:17 124:4 142:5

**isn't**

132:7 142:20

**issue**

39:18 64:8 67:21 137:5, 14,17,18,20,21,22

144:17

**issued**

36:3

**issues**

38:8,11

**it**

9:4 10:23 11:17 12:12, 23,25 13:4 15:15 16:25 17:10,11,13 19:6 20:18 21:2,16 22:19 23:13,23 24:4,6,10,23,25 25:12 26:6,8,25 28:9,19,20 29:10 31:3,6,7 32:2,8,21, 22,23 33:3,17,21,24 34:1,23 35:9,17 36:19, 20,22 37:1,5,8,13,14,16, 23 38:15,16,25 40:8,19, 25 41:2,3,5,16,20,21,22 42:9,12,16,17,18 43:5,6, 11,14,22 44:8 46:15,21 47:4,6,14,17,18 48:6,20 49:22,23,24 50:14,22 51:2,5,6,22 52:10 53:4, 10,11,15,18 54:7,13,14, 19 55:1,6,17,19,25 56:2, 13,19,20 57:3,16 58:9,12 60:4,12,13,24 61:12,13 62:5 63:1,6,13,21 64:19 65:7,14,15,22,23 66:8,17 67:4,13,16,17 68:4,8,19 69:2,3,17 70:3,4,16,18, 22,23 72:21 73:17,23 74:1,7,8 75:9,24 76:3,4, 15 77:3,15 78:2 80:6,18, 22 81:3 82:3,14,15 83:1, 2 84:17,20,21,23 85:24 86:20 89:18 90:4,5 91:10,11,22 92:12,20,25 93:2 95:8,14 96:5,8,13, 18 97:15,17 98:4,18,23

99:5,10,17 100:7,25 101:5,18,19 102:3,8,11, 15,16,17 103:11,13,23 104:1,17,21 105:8,17,25 106:1,8,10,14 107:3,13, 20 108:4,11 109:1,23 110:1,3,4,16,24 111:4, 11,12,13 112:10,17,18, 20,21,25 113:1,15,18 114:13 115:16,25 116:4, 11,17 117:4 118:2,5,8,9, 13,16 119:10,14,17 120:18,22 121:5,16 122:1,4,20,23 124:24 125:1,6,7,13,15,23 126:13,16,21 127:3 128:10,21 129:5,16,17 130:6,19,25 131:3,4,6,21 132:2 133:21 134:3,5 135:5,9,12,14 137:5 138:7,8,13 139:4,6,12 140:13 143:1 144:11,17, 23,25 145:8,23 146:4,10, 22 147:11 148:8 149:6 150:2

**it's**

11:19,20 15:23 19:18,25 24:1 31:5 32:1 35:15,20 36:16 37:3,6,8 42:6,23 43:15 44:11 45:6 47:5,8 48:13 49:22 50:1,21 51:25 53:7 61:1,4,18 62:23 63:23 68:22 69:6 70:16 73:25 77:21 83:24 84:21 85:14,25 86:12 89:3 91:9 92:22 93:1 99:20 100:7,21 101:25 102:14 104:2,20 106:2 109:18,20 110:22 114:21 115:22 118:1 119:17 120:14 124:12 128:18



129:11 130:1 131:5
136:12 137:11 138:22
141:24 145:18 147:2,11
148:3,5,25 149:14,24

**items**
87:6

**its**
34:13 51:16

**itself**
146:17

---

**J**

---

**J.P.**
141:14

**Jackson**
148:9

**Jackson's**
148:19

**January**
58:9

**Jason**
12:9 16:15 40:15,23
54:22 55:21 56:8,18,22
74:2,10,20 75:11 79:15
80:23 81:3,12,20 82:15
104:3 105:6 106:18,25
109:4 113:7 115:13
123:9 137:3 140:14
141:7,10,11,18 146:8
148:17

**Jennifer**
141:14

**Jeremiah**
77:6

**job**
21:23 25:2,3,9,13,16

26:18 29:6 32:13,15 33:5
41:10,11,16,18 45:17,23
46:1,6,25 47:14 49:9,10,
18 50:3,7 51:1,16 52:6,9,
20 53:5 64:4 68:2,25
73:4,9 74:5 94:14 96:14
103:10 105:11,14
110:12,13,15 117:16
118:17 120:1 131:12,17
138:19

**jobs**
54:17 105:20

**John**
23:10 66:1,5,19 67:14
69:18,23 71:3,4,15 72:4,
5

**John's**
67:15 72:21

**join**
53:23 66:6 85:20

**joined**
21:8,11,12

**joining**
18:21

**Judge**
141:8 142:18 143:3
148:9,19 149:6,20 150:2

**jump**
62:17

**just**
7:6,12 9:23 13:11 15:19
17:8 18:3 21:7,19 23:20
24:24 26:24 28:1,22
36:15,16 38:10,18 40:7
42:4 43:24,25 44:2,15,
16,20 45:4,10,17,18
50:20 52:18 53:3 54:21
55:12 61:1,25 62:7,8,12,

17,23 63:9,22 64:25 65:4
68:22 69:1 70:3,5,23
73:4 75:6,8,13 81:10
83:5,22 86:12 87:16
91:1,11 92:22 97:17
100:9 107:3 108:5
110:23 114:16 116:20
117:3,6 125:10 136:13
137:16 142:21 144:14
145:4,5,7,14 146:14
148:3,4 149:7,25

---

**K**

---

**Kasey**
17:13,17 122:20

**Kee**
7:4,5,14 9:5 13:14,19,23
14:2 23:22 29:22 31:16,
18 36:13 39:19,23 40:6,9
43:6,10,15,25 44:5,11,19
45:1,8,12,15,20 55:16
61:1,9,14,18,22 62:2,8,
12,23 63:2,15,22 64:2,9,
16,20 65:1,9 84:2 99:4,8,
10,12 103:1 104:20,25
105:2 108:18 112:12
113:24 119:8,11,12
127:20 130:16 134:12
140:22 141:14 143:9,10
144:16 145:17 147:23
149:3,14

**keep**
26:25 40:5 86:11 87:17,
24 90:22 95:4,10 112:9
137:20

**keeping**
26:21,23

**kept**
80:17 113:18




**kid**
69:9 71:21

**kids**
39:5 69:4,17 70:5 71:25
72:11

**kids'**
70:10

**kind**
35:9 42:22 45:3 51:6
54:24 114:6,16 122:11
144:14

**kinds**
64:23

**knew**
29:4 34:11 38:17 139:12

**know**
8:3,23 9:13,16,22,23
10:18,24 11:4 17:23
23:22 24:4 27:20 30:24
31:6 35:23 37:25 38:24
39:1 46:19 53:18 54:22
55:12,16 57:25 58:16
63:8,10,18 66:7,23
67:19,20 68:20 70:6
72:22 76:10,25 78:1,4,5
79:5,9,14,24 80:4,13
81:7,11,16 82:25 83:4,5,
18,23,24 85:9,19 86:4,7
88:3 89:15 91:12 94:25
95:2 97:12 98:3 100:24
104:11,16 106:15,23
107:16,18,22 108:3
112:14,15,19,20 113:15
115:6 119:6 120:23,24
121:3,18,25 124:22
128:19 132:23 133:5,7,8,
10,13,14,17 134:2 136:2,
6 139:11 140:1,2,6,21
143:23 144:12 146:3

147:5 148:6,7,8,10,24
149:4,9,11,18,20,22

**knowledge**
76:9,11 79:20 86:23

**known**
20:8 66:9 74:2

**knows**
54:18

**Kraft**
17:13 122:20

---

**L**

**L-3**
107:19

**label**
43:20 44:25 45:1

**labels**
91:19

**labor**
19:2 47:12,23 48:4,5,20
49:3 80:14,18,25 81:14,
17 82:1,11,19 83:7,16
89:10

**Laiton**
84:24 85:1,19 86:5

**Laiton's**
85:24

**Lalonde**
66:18

**language**
27:20 32:20 92:7 93:17

**laptop**
36:1,2,3 146:16,21

**large**
49:22

**larger**
20:7 50:4

**last**
29:10 63:15 84:24
114:15 116:20

**later**
45:7 56:20 145:6 147:13

**launch**
58:3

**law**
141:7,8,11,22 142:7,14,
17 143:10 144:5 147:16,
25 148:1,22 149:4,9,17

**lawsuit**
7:19 8:3 122:13 123:14

**lawyer**
112:5 146:2

**lawyers**
141:19 146:9

**LC**
121:12

**learn**
20:21

**learned**
25:25

**learning**
21:2 145:4,5

**least**
64:24 147:3

**leave**
53:16,22 60:25 62:20
67:4 70:5,18 89:8 115:4

**leaves**
146:24

**leaving**



46:6 54:3 65:25 66:3,6,9,
22 70:17,19 71:1 73:13

**left**
21:20 22:15 24:13,14
73:7 85:19 88:24 96:19
97:3 110:9 121:12 145:9,
18 147:19 148:1

**less**
21:15 68:25 117:25
118:1

**let**
17:8 20:25 23:22 43:4
45:10 47:19 55:12 83:22
91:11 97:22 104:11,16,
22 124:16 143:13
149:10,20

**let's**
13:11 44:15 61:17,24
65:4 68:16 149:25

**letter**
56:4,12 60:12 65:17

**level**
24:17,22 26:19 28:17
72:16,18 145:13 147:17

**license**
91:16 115:18 116:7
135:7

**lied**
144:25 145:5

**like**
8:14 17:9 21:2,20 25:3
38:1,17 39:5 45:4 48:13,
20 50:19 53:8 59:12 61:9
63:18 64:22 66:25 69:6,
22 70:22 81:10 84:20
87:21 88:12 91:10 97:18,
23 98:9,14,20 105:22
106:19 107:4,8,11

108:11,15 109:23 110:1
111:7 113:21 114:13
115:16 116:12 118:13
119:17 125:13 126:16
127:22 128:6,10 129:16,
23 136:1 137:11 138:16
141:1 142:11 147:19

**likely**
147:5

**limited**
87:2

**line**
60:25 62:19 72:20 91:25
99:18 104:5 109:7
114:22 124:12 128:11
137:4 141:14

**lined**
59:18

**lines**
58:25

**list**
44:17 52:19

**listed**
120:18

**listen**
71:24

**listened**
147:8

**lists**
24:10 87:3

**little**
7:8 17:4 43:14 46:23
61:23 100:7 101:20

**live**
54:19

**lives**

69:4

**loading**
129:11 131:5

**loads**
26:15

**local**
11:20

**located**
31:23 47:3

**log**
52:18

**long**
26:8 37:19 53:4 60:11
74:1 83:24 84:21 118:4

**long-term**
67:21

**longer**
17:22 68:6 115:2 142:8

**longevity**
73:12,18,22

**look**
27:21 29:18,19 34:17,22
37:2 38:18 42:18,22
49:23 51:5,6 55:3 83:23
89:2 91:11,18 92:2,20
93:1,4 95:15 99:23
104:17 113:8 116:10
121:19 129:22 135:14,15
136:11 137:6,22 147:17
148:12 149:21

**look-up**
76:16

**look-ups**
76:7 77:4

**looked**
41:3,5 59:16 66:25 73:12



109:1 110:25

**looking**
24:6 26:3 44:9 54:20
59:6 71:1 74:5 92:7
111:6 118:4 122:5
128:21 135:16 137:18

**looks**
91:10 101:19 107:3
108:11,15 109:23 110:1
111:11 114:13 115:16
116:11 119:17 125:13
126:16 127:22 128:10
129:16 135:20 147:19

**loop**
21:17,24

**lose**
38:25 71:22,25

**lot**
68:8 70:20

**Lowe**
61:18

**loyalty**
93:11

**Loyalty/confidentiality/trade**
86:13

**LSU**
18:13

**lunch**
113:23,25 130:23

---

**M**

---

**made**
54:2 56:9,17 110:6

**Magic**
100:21 101:13,18

**main**
30:8 50:16

**mainly**
28:19

**maintain**
33:25 37:5

**major**
21:15 73:6

**majority**
50:1

**make**
15:21,23 38:21 44:16
59:7 60:2 62:3 65:4
67:17 110:25 136:15
143:5,11

**makes**
38:25 70:22 111:14

**making**
62:8 71:13 144:14

**man**
26:15 72:22 74:6

**management**
18:12 47:2,7 48:11,14,23
67:3,9 72:18,20 73:3,13
145:13,21

**manager**
22:24,25 23:1,12 24:11
50:16 51:5 68:3 85:3
118:10 146:17

**managerial**
42:19

**managers**
33:18 49:16 50:6 67:3

**manpower**
46:20 118:5

**manual**
47:17,18 77:8 102:20

**manually**
49:16 102:12

**many**
23:11 37:19,22 56:7 72:1
117:21

**Marcel**
66:17

**March**
53:11 99:21 107:14
109:5,22,24 114:21
116:23 119:8 122:19
124:11 125:14 130:10
131:9 132:13 135:7
137:3

**mark**
23:15 31:13 43:6,11
45:16 102:23 108:18
111:1 125:2 132:9,13
134:13

**marked**
23:17 31:14 45:21 55:10
64:5 83:19 90:18,20 99:2
103:2,19 108:20,24
109:12 111:2 114:11
119:3 124:7,9 125:4
127:14,16 131:1 132:15
134:15,17 136:9

**marker**
64:25

**market**
20:7

**marketing**
87:4

**marketplace**
32:11

 is now 

**marking**
55:8 60:23 83:14 98:25
103:17 114:10 119:2
136:8

**match**
44:4

**matches**
137:10

**material**
19:2 47:13,23 48:5,6,21
49:3 80:14,19 81:1,14,17
82:2,11,19 83:7,16 87:4
89:10

**matter**
142:19

**may**
31:6 41:23,24 51:5 53:3
57:15 69:15 89:4 91:9
95:20 103:16 118:12
121:3,5 144:12 145:17

**maybe**
17:9 53:8 56:20 62:17
73:14 85:10 89:18
121:10,11 131:21

**Mccaughey**
84:25 85:1,2

**me**
17:8 21:18 23:22 28:11
36:15 42:24 43:4 44:17
45:12 47:19,21 50:21
52:14 54:13,14 55:12
57:25 63:6,23 67:8,9,15
70:4,5,7,18 71:24 72:3,
15 73:11 75:3 78:2,25
83:22 85:8 91:12 92:8
100:10,25 104:11,16
112:16 117:10 124:16,25
126:3 127:22 136:18

137:6 141:1 142:20
143:14 147:11 149:12,24

**mean**
15:18 17:3,4 23:5 24:21
26:21,23 33:2 57:24
58:17 65:7 69:5 97:14
100:24 101:25 108:11
117:24 130:1 133:25
134:5 137:20 143:6,7
144:8

**meaning**
86:22

**meat**
70:15 72:9

**mechanical**
118:13

**meet**
7:7 22:2

**meeting**
57:13

**mega**
20:6 72:7

**member**
90:10

**members**
16:19

**memorandum**
87:5

**mentioned**
60:4 137:24

**merited**
149:22

**met**
7:7

**Microsoft**
22:10 27:18 28:12

**middle**
122:19 136:16

**might**
63:13,19 69:20 122:5
147:1

**Mike**
61:18

**Milligan**
133:8

**million-dollar**
72:9,17

**mind**
54:2 143:14

**Mine**
40:22

**minutes**
7:7 128:7

**misappropriated**
8:6,12

**misrepresentation**
145:19

**misrepresenting**
147:8,14

**Misuse**
89:3 95:20

**misusing**
111:22

**MMR**
7:6,15,18,24 8:11 9:14,
25 11:8,12,14,23 12:10,
20 13:6,13 14:10 16:20,
22 18:17,18 19:24 20:2
21:8,20 22:22 24:9,10,18
25:14 27:6 29:1,3,7,25
30:5,15,22 31:1,11 32:9,
10,14,16 33:3,7,12 34:12

 

36:24 38:3,11 41:14,15
46:5,6 53:15,23 54:3
55:6 60:2,6,9 65:19,24
66:6,10,14,25 67:24
70:20 73:13 76:19,22
77:2,15,22,24 78:3 79:3
80:17 84:18 85:7,8,9,12,
15,17,20 86:5 92:8,14,16
93:15,19,24 94:2,12,15,
17,21 95:23 96:7,9,10,
15,19,20,23 97:5,24
98:3,4,19,22 101:3 103:4
105:8,23,24,25 106:14
107:5,8,11,19,23 108:12,
16 110:9,12 111:7,13,17
112:2 115:9 119:25
120:8,14,18,21 121:2,13
122:6 123:20,23 125:11,
15,19 126:1,4,23 127:6,8
129:13,22 130:1 131:23,
24 138:25 139:13,17,19
140:10,15,17 141:19
146:12

**MMR's**
8:5,14,17 9:9 10:19,24
15:3 16:1 17:22 28:1
32:4 35:21 51:16 72:6
74:11,21 75:20,25 77:25
79:1,11,12,16,25 80:4,9
84:13 95:3 96:1 113:8
120:2,10 121:6,16
124:20 147:18

**MMR-595**
91:20

**MMR-623**
93:4

**MMR-624**
95:18

**modification**
14:22

**modify**
37:7

**moment**
147:13

**Monday**
149:1

**months**
54:4 68:13

**more**
21:15 54:13,14 70:18
73:18 98:8 147:7

**most**
32:22 67:3 117:21,23,25
118:21,22 145:19

**motion**
142:24 147:6 148:4

**move**
66:3 67:12 144:12

**moving**
67:21,23

**Mr**
7:4,5,14,15 9:5 13:14,19,
23 14:2 23:22,23 29:22
31:16,18 36:13 39:19,23
40:6,9 43:6,10,15,25
44:5,11,19 45:1,8,12,15,
20 55:16 61:1,9,14,15,
17,18,22 62:2,6,8,10,12,
16,23,25 63:2,3,15,22
64:2,3,9,16,20 65:1,9,10
82:15 84:2 90:10,23
99:4,8,10,12 100:11
101:4 103:1 104:20,25
105:2 108:18 112:12
113:24,25 119:8,11,12
127:20 130:16 134:12
136:11 140:22 141:10,
13,18 142:4,9,15,18

143:8,9,10,17 144:16
145:17 146:7 147:9,23
148:17 149:3,14 150:6

**MS**
7:11,21 8:1,8 9:1,10
10:2,8,21 11:1 12:3,18
13:1,9,17,21,25 14:4,12
15:6 16:4 17:14 20:14,23
23:19 27:10 28:3 29:20
30:1,6,16 33:8,15 34:5
35:13 36:10 38:6 39:12,
17,21,24 40:4,7 43:4,8,
12,23 44:2,6,12,25 45:2,
9,18 46:3,12 48:25 49:13
50:10 51:20 52:12 53:1,
24 55:14 57:22 58:5
60:22 61:3,11,16,20,24
63:17,25 64:7,10,18,21
65:2 71:6,9 73:19 74:23
75:21 76:1,20 77:17
78:8,13,17 80:1,11,20
82:17 83:9 84:15 87:22
88:1,10,15,21 89:12
90:2,14,24 91:4,14 92:5,
10,18 93:20 94:5,24
95:6,12 96:3,11,16
97:21,25 98:11 99:6,9
100:9 101:15,22 102:24
104:18,22 105:12 109:13
111:9,18,25 112:4,8,13,
23 113:3,13,20 116:14
119:5,9 120:12 121:7,20,
23 122:8,15 124:1 125:9
126:8,25 127:10,18
128:16 129:14 130:3,14
131:25 132:5 133:23
134:9 136:19 137:19
139:15,24 141:3,6,16,24
142:10,16 143:13 145:16
147:22 148:12,16 150:4



**much**
46:18 54:19 69:10

**multiple**
32:17 33:3 45:6

**mute**
62:4

**my**
7:5 9:8 13:22 21:13,23
25:24 30:8 33:17 36:1
37:1 38:20 39:4,5 43:2
54:2,16 55:15 58:9 63:3
65:5 66:22,25 67:9,23
68:7 69:16 70:17 71:21
72:23 73:25 77:10 88:5
97:3 98:18 123:5 140:11
142:7 145:1

**myself**
19:6 22:3 24:1 67:11

## N

**name**
7:5 52:3 55:3 59:21
84:24 86:12 91:6 111:13
133:9,10 149:13,15

**named**
142:1,3,12 146:2

**names**
52:4

**native**
43:3 100:8

**natives**
44:17

**nature**
52:15

**NECA**
76:9 77:8,11 78:23,25

79:11

**necessarily**
30:9 44:4 50:13 54:1
61:5 73:22 111:16 118:2

**need**
14:2,5 50:15 59:1 60:25
61:21 68:6 75:19 106:21
115:18 121:19 134:5
141:4

**needed**
58:13 94:3 135:3

**needing**
117:24

**needs**
50:14 91:16 146:5

**neutral**
150:1

**never**
36:18 78:18,19 82:5 83:6
85:8,15 98:4,18 113:16
133:21 145:21

**new**
17:17,19,24 18:25 19:8,
9,11,13,15 20:22 21:3
46:14 89:25 90:11 104:6
109:8,9 110:21 138:7,8,9

**next**
28:20 51:23 56:19 59:10
60:13 65:22 67:2,7 71:1,
2 72:22 73:5 89:2 92:13
137:22

**Nice**
7:7

**nine**
18:21

**no**
7:10 12:14 13:8 14:18

15:14 16:18,21,24 17:22
18:7,20 19:14,16 20:20
23:17 24:3 27:23 29:7
30:18 31:10,12,14 34:1,
24 36:7,21 37:15 39:19,
21,24 40:2 44:8 45:21
48:17,18,19 54:7 55:7,10
59:5,19,22,25 60:7,10,
17,19 61:3 62:3 63:14
64:5 68:5,8 69:12 71:8,
12 72:24 75:1,23 77:10
79:14,19,20,23 80:16,22,
24 83:19 85:8 86:19 89:2
90:20 95:16 97:14 98:4,
15,18 99:2 101:18 102:8
103:2,13,19 106:16
108:20,24 110:19 111:2
113:10 114:3,11 115:2,
10 116:8 117:4 119:3
120:6,25 123:19,25
124:9,12 125:4,23 126:5,
20 127:16 130:1 132:15
134:15,17 135:23 136:9
140:9,16,19 142:8 144:1
145:12 148:13,22

**nobody**
62:11

**nobody's**
37:4

**nor**
81:24

**normally**
143:4

**not**
10:9,11 11:10,20 13:3,18
16:10,11,12 18:17 24:5
25:15 27:22,24 28:12
29:9 30:9,24 35:20 36:16
37:8 39:18 40:20 41:1
42:1,3,4 44:11 46:8,16

 

50:13,16,20 52:21 54:13,
23,24 59:8,25 60:4,5,8,
19 61:4,6 62:3 69:13,15
70:17 72:7,13,14 73:22
74:14,17,19 78:3 80:13
81:7,11,16,24 82:8 83:4
85:21 86:7,25 87:2 88:3
89:4,6,9,10,19 90:9
92:22 93:3 95:20,22 96:1
97:6,9,12 98:24 100:24
101:5,18 105:19 109:18
110:16 111:16 112:3,5
113:1,8 115:8,10,11
116:17 118:1 121:16
123:11,19,22 124:6
128:21 129:25 130:2,11
133:7,17,20 136:19
138:14,23,24 139:3
140:7,12 141:25 142:1,
18 144:13,14,19 146:1,
13,22 147:1,11,14,22
148:1,22 149:7,17,21

**note**
75:17 84:12 91:1 125:25

**noted**
40:6 75:8,10 125:25

**notes**
87:5

**nothing**
29:4 143:7 147:20

**notice**
53:20 65:21 110:5

**noticing**
83:25

**now**
34:17 50:24 60:24 63:20
65:8 68:14,18 81:18,23
85:9 100:13 121:4,5
131:3,6 139:19 142:20

143:20 144:7 145:4,5,9
146:14,19,24

**nowadays**
68:22 69:1

**nowhere**
67:12 79:9

**number**
39:3 48:12 104:19 105:1
108:1 110:23 128:18
131:12

**numbers**
44:3,4 64:12,13,22,23
138:9

---

## O

**oath**
140:2

**object**
9:5 11:1 13:14,15,19,24
20:14 88:3 139:15

**objected**
13:15

**objecting**
40:5

**objection**
7:22 8:2,9 9:2,11 10:3,9,
22 12:4,19 13:2,10,12
14:13 15:7 16:5 17:15
27:11 28:4 30:2,7,17
33:9,16 34:6 35:14 36:11
38:7 39:13 40:6 46:4,13
49:1,14 50:11 51:21
52:13 53:2,25 57:23 58:6
73:20 74:24 75:22 76:2,
21 77:18 78:9 80:2,12,21
82:18 83:10 84:16 87:23
88:2,11,16,22 89:13

90:3,15 92:11,19 93:21
94:6 95:7,13 96:4,12,17
98:1,12 101:16,23
109:14 111:10,19 112:1,
5,24 113:4,14 116:15
120:13 121:8,21 122:9,
16 124:2 126:9 127:1,11
128:17 129:15 130:4
132:1,6 133:24 134:10
139:25 144:1

**obligated**
87:24 95:4,10 96:1

**obligation**
87:15 88:6 111:22 112:3
146:10

**obligations**
93:24 112:18,22 113:2
149:25

**observation**
144:15

**obtain**
10:6,13,25 16:7 132:4

**obtained**
95:21

**obtaining**
144:6

**obviously**
59:2 124:24

**of**
7:8 8:24 10:11 12:23
13:6 15:12,19 16:6,9,10,
12,13,17,19 17:2,5,11
18:13,16 20:6 21:6,7,15
23:4 24:9,19 25:6 28:13
29:9,12 30:9,10,24 31:7,
19 32:7,22 33:6,14 34:8
35:8,9,10,15,16 36:23
37:5,10,12 38:8,10,11,




21,23 39:1 41:24 42:5,22
43:3,21 44:7,17 45:2,3,4,
13 46:1,9,10,23 47:4
48:5 50:1,14 51:6,8,12,
24 52:3,4,20 53:18 54:6,
9,15,17,24 55:3,6,25
56:5 57:14,15 58:25
59:8,10 61:15 62:19
63:10,12 64:19,23 65:13,
21 66:17 67:3,6,20,23
68:8,15,23,24 69:4 70:7,
20,25 71:22,25 72:9,11,
20 73:2,5,9,14,24 74:18
76:12 77:24,25 78:5 79:9
81:7,24,25 83:6,21 84:13
85:16 86:12,14,21 87:8,
11,14 88:9,25 89:3,7,11
90:4,10 91:2,19 92:25
93:11,18 94:3,21,23
95:15,16,17,20,24 97:1,
6,12,16 98:2,13,20,22,24
99:22 101:5 102:1
103:24 104:10 106:2,11,
13 107:1,13,14,21 108:5
111:4 114:6 115:10,11
116:13 117:12,21,23
118:3,11,23 119:6
122:11,19 123:19 127:25
129:5 130:9,13 131:19,
24 132:3 133:1,3,4,15
135:5,9,25 138:10,13
139:3 140:12 141:5
142:6,23 143:15,19
144:11,14,24,25 145:13,
18,19,21 146:4,10,16,17
147:12,25 148:6,14
149:23,24

**off**
22:6 45:14 54:22 61:13
62:5,17 110:22 118:23
135:5

**off-the-shelf**
38:19 39:11

**offboarding**
66:10,11

**offer**
56:4,5,9,12,17 60:11,15
65:17

**offered**
68:10

**office**
22:16 61:15 68:10,11,12
102:18

**Oh**
45:20 52:2

**OHTS**
124:15,17

**okay**
7:14 8:5,14 9:16 10:18
12:8,13 13:14 15:9,25
17:3,8,13 18:10,15,18,20
19:3,5 20:2 21:18 22:18,
21,24 23:8,24 24:2,14
25:19 26:2,8,11 27:2
28:7,16 29:1 30:10,22
32:2 34:3 35:17 36:5,16
37:16,22 38:15 39:6
40:16,19 41:10 42:23
43:2 46:1,9,17,25 47:3,6,
10,19 48:1 49:7,20,25
50:4 51:7,11 52:4,9 53:9,
13,22 54:11 55:21 56:7,
13 57:12 58:10 59:3
60:20 62:10,25 63:7,9
65:7,9,10,16,19 66:5
67:8 71:17 72:2 73:8
74:15 75:3,15,24 76:4
77:15,24 81:5,20 82:1,22
83:1,5 84:4,19 85:4,7,22,
23 86:8,19 87:14 88:18

90:7,8,23 91:21 92:2
93:4,8 95:2,9,15 96:6,14,
23 97:1,4,10,16 98:8
99:17,25 101:6,9,19
102:9,13,20 103:7,11,24
105:11,13,24 106:2,24
107:4,23 108:8 109:1,7
110:2,3,5,24 111:6,12
114:9,18 115:6,11,12,16,
20 116:5,9,22,23 117:8,
11,15,22 118:6,20 119:1,
15,22,25 120:4,20 121:4,
11,15 122:4 123:4,14
124:11 125:1,11 126:11,
19,21 128:4,6,11,19,22
129:6,9,19 130:12
131:12,15 133:18 135:1,
3,10 136:4,7,21 137:1
138:4,22 139:22 142:14
150:3

**old**
68:19

**olds**
69:6

**on**
7:8 11:13,24 12:10,21
13:6,11,13,16 14:10 15:2
16:20,22 17:10 20:23
22:5 24:9 25:14,16 28:17
29:16,21 33:12 37:1,5,
13,19,23 38:16 39:3,4
40:17 41:3,5 42:4,11,19,
20 44:20 45:11 46:23
47:3,5,6,7 48:14,15
50:14 51:1,7 52:19 54:22
56:2 60:22,25 61:17
62:14,18 63:13,16 65:20
66:2 69:16,23 70:7,16
71:1,24 72:15 73:5 74:6,
12,22 76:16 78:17 79:17



80:15 82:6 83:17 89:11
90:12 91:6,24 92:5,13
93:4 94:8,15 97:1,21
98:22 99:18 100:23,25
101:3,9 102:15 103:9
104:19 106:12,14 107:1,
10,13,19 108:4 109:5,21,
24 112:2 113:9,18 114:7,
8,14,17 116:12 118:8,10,
18 121:11 122:2,6 123:5,
12,15,18 124:4,11 125:9,
14,21,23 126:13 129:2
130:9 131:9,17,24
132:18 134:21 136:25
138:15,24,25 139:3,7
140:11,15,18 141:14
142:19,21 145:6 146:19
147:7 148:13

**once**
11:21 18:24 22:15 48:20
49:20 62:21 71:19 80:3
83:23 91:12 104:16
135:10 144:2

**one**
8:20,22 9:3 11:19 12:5
16:11 19:14 20:18,24
22:6 26:13 27:8,12,25
28:10,13 34:8 36:2,23,25
38:8,10,11,23 41:22 45:2
46:9,20 47:5,6,7 52:2,14
54:22 60:23 62:3,13,24
65:22 67:13 68:23 69:20
74:20 76:12,13 78:5,18
84:18,22 92:6 97:23 98:4
100:15 101:2,10 103:22
110:5 111:1 117:7,12
118:6 125:10 127:25
128:23 131:8 132:19
134:20,25 135:19 140:19
143:5,15 146:18 147:7,
12

**one's**
44:9 148:13

**ones**
62:7 70:14

**online**
54:17

**only**
36:25 38:12 49:20 60:24
61:7 62:13 92:8,16 93:17
97:14 108:14 117:11

**open**
14:23,25 16:25 87:8

**opened**
14:21 15:9

**opening**
15:3,15

**operate**
38:12

**operational**
37:17

**opinion**
12:7,23,25 13:5 33:17
37:16

**opinions**
68:7

**opportunities**
149:2

**opportunity**
98:16 144:3

**options**
37:2

**or**
11:8 17:6,11 18:25 20:19
21:15,25 25:10 35:10
36:3 37:5,23 38:3 39:5,
10 40:20 41:3,20,22

47:4,8,17,21 48:13,24
49:6 50:2,15 51:16 54:4,
8,13,23 55:2 56:4,20
57:3,13 58:7 59:12,16
60:13,24 61:12 65:22
66:17 67:4,24 68:25
69:20 70:1,8,14 71:14,23
74:10,20 75:7 79:11
81:12,21 85:16,19 87:1
88:18 89:5,7 90:6,10
94:15 95:16,22,23 96:19
97:12,17,18,19,23 98:9,
16,20 101:2,4 102:15
106:1,19 110:16 112:17
117:2 118:13,16 121:16
122:13,20,23 123:9
126:11 130:1,2 134:3
141:1 142:25 143:5
144:17,18 145:22 146:16
148:3

**Oracle**
115:24,25

**order**
52:18 115:17 148:10,20

**ordering**
148:2

**orient**
23:21

**other**
10:13 11:8 20:19 26:2,18
28:7 30:18 45:3 46:21
59:6 62:7,19 63:18 66:8
70:16 87:6 88:4,18 97:20
98:6 101:2 128:24
141:19 142:2,11

**others**
60:25 79:15

**otherwise**
26:1 86:25 138:19



**ought**
  146:20 147:3

**our**
  19:9 32:13,15 42:7
  44:14,20 47:12,14 48:12
  50:2 61:2,4 75:20 85:3
  117:21 127:25 148:13

**out**
  17:7 32:24 44:7,15
  61:15,21 64:11,19,25
  65:11,14 66:24 68:24
  70:16 72:12 74:7,8 84:9,
  11,18,22 89:7 95:23
  102:14 103:13 131:22
  137:12 142:19 145:18
  146:11,15

**outlined**
  32:16

**output**
  103:8

**outside**
  37:4 77:24 88:9 138:10,
  13

**over**
  18:13 20:24 21:6 25:25
  41:3 59:10 60:3 61:23
  68:4,5 70:11 124:16
  128:8 145:3

**Overall**
  20:16

**overhead**
  8:17 9:19,24 11:5,9,15,
  23 12:21 15:5,9,13,21
  16:1,23 18:9 19:3 48:1,3,
  4,7,21 49:4,17 74:12
  77:13 78:15,20 94:9 96:6
  124:20 125:11,15 126:1,
  4 127:8

**oversee**
  28:21

**own**
  65:5 69:6,7,9 75:20
  146:2,4

**owned**
  67:5

**ownership**
  60:15 67:6

**owns**
  20:5,6

---

## P

**P.J.**
  7:5,11 113:20 141:18
  144:16 146:18 147:8

**P.j.'s**
  146:20 147:14

**p.m.**
  140:24 150:7

**P6**
  28:14,24 115:18,20
  116:1,7 117:14 135:3,5,
  14

**package**
  21:17,24

**page**
  29:21,22,23 32:7 34:24
  35:1 41:7,10 51:7,9,10,
  23,24 52:19 66:2 84:23
  85:22 86:9 89:2 91:5,7
  92:2,4,13 93:5,10 95:16
  114:15 116:13 137:22

**pages**
  84:11

**paper**
  56:2

**papers**
  87:7

**paren**
  32:10 87:8,10

**part**
  16:13,17 33:14 37:12
  41:22 67:20,23 72:9
  73:24 142:6

**particular**
  50:15

**particularly**
  66:24

**parties**
  87:2

**party**
  87:20 112:6 143:5
  144:12 146:2 149:19

**party's**
  144:13

**pass-through**
  21:16

**passing**
  75:6

**patience**
  7:8

**pay**
  54:15 68:5 143:5

**payroll**
  27:1

**PDF**
  103:13 134:21,22

**people**
  23:11 38:12 61:12 88:4



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                194
BEN HUFFMAN, 03/27/2023                    Index: per..preparing

102:13,15

**per**
42:11 92:21

**percent**
67:6,16

**Perfect**
65:9

**performance**
24:20 42:16

**performing**
33:19

**period**
39:22 56:15,21

**person**
23:6 36:25 58:15 117:12
146:3

**personal**
33:17 36:3 55:22 72:16
91:15 98:9 142:19

**personnel**
87:6

**ph**
69:22 132:24

**phone**
141:7

**phones**
69:1

**physically**
147:20

**piece**
41:22 70:25

**pieces**
41:23

**PIP-CO**
107:24

**pitch**
57:20

**place**
31:24 34:4 68:17 72:23
144:22

**places**
71:14

**plan**
32:1,5,8,9,16 33:12
67:21

**planning**
50:19,20

**platforms**
20:11

**please**
13:23 39:16 84:1 104:11
137:5 149:12

**plug**
76:15 97:7

**plugged**
97:10,14

**PM**
117:5

**PMS**
17:11 31:2,4

**point**
14:15,21,24 24:16 26:19
28:20 29:10 30:8 58:12
66:23 71:2,12 73:6
104:24 113:21 135:8

**pointed**
127:4

**points**
29:19

**policies**
87:6 91:2

**policy**
92:14 112:10,17

**poor**
85:10

**pop**
71:19

**populate**
80:23 131:24

**portion**
24:9 117:14 136:16

**position**
21:10 114:25 148:20

**positions**
21:19 70:10 147:17

**positive**
139:2,4

**possible**
59:23 150:1

**potential**
60:21 63:5

**potentially**
57:25

**practice**
148:4

**precise**
54:5

**predicament**
149:23

**preference**
110:19,21

**prefix**
128:24

**preparing**
69:8

 is now 

**present**
 141:21

**presented**
 143:21

**pretty**
 46:18 60:14 147:11
 149:10

**previous**
 40:11 111:8 128:8

**price**
 92:21

**pricing**
 87:3,17

**pride**
 38:20

**Primavera**
 28:14,24 115:20

**primed**
 67:3

**print**
 43:14 55:15 99:5

**printed**
 91:3

**prior**
 18:9,21 133:25

**privately**
 67:5

**privy**
 61:5,6

**probably**
 44:20 54:3 72:18

**problem**
 7:10 12:17 38:3,17
 146:18 148:13,18

**problematic**

 45:3 145:1

**procedures**
 24:19 91:3

**process**
 15:19 17:2,5 43:19
 47:17,18,21 70:21 73:24
 102:21 140:7

**produce**
 52:21

**produced**
 64:11 136:14,22

**product**
 115:21,25

**product's**
 50:25

**production**
 44:21

**productivity**
 46:20 50:18,20 51:1

**program**
 19:18 26:10 34:18,22
 39:9 41:11 119:18,19

**programming**
 26:1,24 27:20

**programs**
 38:19 87:5

**progress**
 51:25

**project**
 21:13 22:15,17,19,21,25
 23:1,4,12 24:11,17,22
 26:19 28:7,13,17,18 29:6
 30:10 31:8 32:1,4,8,9,12
 33:12,13 34:4,10 42:21
 47:2,7 49:15,22 50:6,16
 51:13,25 58:1,2,4,7 68:1,

 3 69:19 94:11 96:9
 118:10,25 124:16,17
 128:14

**project's**
 49:21

**projected**
 59:10

**projects**
 16:9 18:16,22 21:15
 24:24 25:1 31:7 33:19
 50:2,4 59:3 71:2 72:7,8,
 9,17 110:18 117:19,21,
 23,25 128:5 138:15

**properly**
 70:2

**proposal**
 30:19,20 118:16 128:14,
 18 132:3,7 137:5,14,17,
 18,20,23 138:9,23

**proposals**
 8:21 87:21 94:17 138:17

**prospects**
 59:9

**protect**
 94:3

**protected**
 147:2

**proud**
 38:21

**provide**
 32:17 50:9 88:3 106:18
 142:13

**provided**
 80:22 81:3 82:19

**provides**
 115:24

 is now 

**providing**
32:12,14

**public**
76:9,10 87:1

**publicly**
77:16,20 78:3 79:10

**publish**
79:3

**published**
77:8

**pull**
47:13 99:10 100:6 125:1
129:9 130:19

**pulled**
64:19 77:3

**purchase**
116:1 117:2

**purchased**
37:2 76:12 135:6,9

**purpose**
16:6 89:6 95:22 98:2
132:3

**purposes**
31:19 50:19 134:3

**put**
48:6 70:1 71:14,24 80:18
107:19

**putting**
66:21 107:14

**puzzle**
70:25

---

**Q**

**quantities**
41:20 42:10

**quarantined**
146:21

**question**
7:23 8:10 9:7,8 13:16
14:8,9 20:25 40:8,11
62:15,24 63:3,16 75:1
85:10 88:5 101:14 139:6

**questions**
14:6 39:18,20 62:19 65:8
91:13 93:10,23 104:12
116:11 137:16 145:8,15

**quick**
44:3 45:19 56:20 60:14
62:14 65:23 146:8

**quickly**
145:17

**quit**
68:14 70:8

**quite**
74:4

---

**R**

**ran**
56:22 57:5

**randomly**
108:5

**rarely**
28:13 34:8

**rate**
41:21 42:1,4 77:1

**rates**
41:20 76:8,14 77:11
79:3,12,18,22 80:5,6,9,
15,18,25 81:6,13,22
82:6,9,14,20,23 83:3,7
126:17,22 127:5

**rather**
126:23 127:6

**raw**
41:19

**re-open**
142:24

**reacted**
113:15

**reaction**
12:1

**read**
7:13 32:18 40:11 55:13
86:12 104:13 111:21
116:16,19 137:2 141:1

**Reading**
95:25

**ready**
68:1 69:13 71:15 72:2,
23,25 73:1 91:13,18
145:8

**real**
44:3 45:19 62:14 146:8

**realized**
38:22 43:17 80:3

**really**
12:5,7,23 13:3,5 37:8
38:25 41:1 46:16 50:20
51:5 54:24 55:4 68:4
145:17 149:8

**reason**
37:13 66:2 67:13 106:16
145:12

**reasons**
66:22

**recall**
11:10 22:14 25:15 27:22,




MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                          197
BEN HUFFMAN, 03/27/2023                            Index: recap..report

24 45:24 46:8 53:4,9,11
55:4 56:13,14,19 75:16
93:3,9 97:9,12,13 100:3,
5,24 103:21,22 105:25
106:7,10,20,22,24 107:7,
9,10,12 108:7,8 110:16
116:9 117:4 122:22,25
123:8,13,20,22,23 124:6,
23,24 125:20,21,23
126:2,10 129:1,4

**recap**
51:22

**receipt**
91:2

**receive**
113:11

**received**
65:17 125:14 140:12

**receiving**
60:11

**recess**
62:1 113:23 140:24

**recognize**
23:25 31:20 55:19 84:17,
20,21 99:13 105:3 109:3
111:7 119:13 127:21
134:22,24

**recognizes**
32:10

**recollection**
130:9 131:19

**record**
42:10 45:14 104:23
142:21

**records**
87:6

**recruited**
53:22 54:1

**redacted**
64:11,12 91:17

**refer**
29:1

**reference**
43:9,13 69:22 76:17

**referring**
28:22 29:15 33:4 72:10
75:1 77:14

**refers**
26:20

**reflect**
104:23

**reflected**
34:21

**refresh**
131:19

**regard**
145:25

**regarding**
24:18 93:24

**regardless**
144:11 147:25

**regards**
67:2

**relate**
131:17

**related**
123:17,24 146:12

**relates**
139:6

**relating**
87:10,11

**relation**
117:24

**relationships**
33:25

**relegated**
70:8

**relevant**
12:12 44:22 90:6 134:3

**rely**
138:24 139:3

**remain**
22:21

**remains**
127:8

**remember**
47:9 53:7,17 57:4 67:17
84:8 99:15 114:7 116:3
129:4 130:20 134:25
139:19

**remembered**
28:2

**remotely**
54:17

**repeat**
14:9 39:16

**rephrase**
7:23 9:7 30:3 33:10

**replaced**
92:9,17 93:18 110:9,12

**replacing**
111:13

**reply**
109:18

**report**
23:9 51:13,16,25 53:5



103:5,8,15 104:5,6,10
106:19,25 107:15 108:9,
11,16 109:7,8,21 110:6,
25 111:7,17 112:2
130:25 131:16,24

**reported**
23:11

**reporter**
40:12 140:25 141:4

**reporting**
22:3 35:10 51:19

**reports**
8:19 52:6,11,15,16,20
113:12 114:5 130:21

**represent**
7:6 31:22 99:17 123:15
136:12 137:13 141:19,
20,21 142:9 146:1 150:2

**representation**
143:17

**representative**
117:6

**represented**
142:1,5 146:9 149:24

**representing**
143:16 144:10

**reproductions**
87:7

**requested**
140:13

**require**
118:11

**requirements**
22:3 34:10

**reserve**
7:12

**resignation**
65:21 66:21

**resigned**
85:19

**resigning**
65:20

**Resource**
19:18

**respect**
73:2 149:19

**response**
54:19 67:14,15 71:17,18
72:21,23 75:15

**rest**
52:23 99:7

**restate**
10:23 127:2

**restroom**
113:22

**resume**
24:1 29:16 54:15,16 55:2

**retain**
97:4

**retained**
101:4

**retirement**
67:4

**return**
62:20 144:22

**returns**
76:8

**review**
15:16,17,19,21 17:2,5
82:3

**reviewed**

32:23

**reviewing**
23:23

**right**
7:13 17:8 44:5 53:7,12
57:11 62:11,14 64:1
65:18 70:2 73:12 78:16
81:23 84:10 86:8 93:25
100:13 104:13 117:4
119:11 134:2,6 142:20
144:7 146:19 148:16

**rise**
71:19

**rises**
69:24 72:14

**risk**
37:6 48:10

**Robichaux**
141:16

**role**
67:24 68:12,15

**roll**
19:8

**room**
61:8 68:24 141:17

**rose**
69:22

**Rule**
143:1 144:9

**rules**
143:19 144:12

**ruling**
144:14

**run**
35:11 44:20 49:23 50:3,7
54:21 72:21 148:13

 is now 

**running**
57:2

**Ryan**
133:8

**S**

**S-CURVES**
26:14 50:8,14 52:17

**safe**
37:3

**safety**
48:9 85:5

**said**
10:4 18:24 29:4 33:1
38:2 39:6 41:6 46:9
49:16 54:23 56:22 66:3,
20 67:16,19 69:19 75:10,
12 78:11,12 81:3,11
87:16 108:5 119:10
122:12 144:19 147:10

**Saint**
21:12

**same**
11:5 20:13 29:24 30:4,6
44:24 46:19 51:19 52:11
78:15,20 84:8 85:12
88:12 89:23 91:14 93:14,
23 94:9,11,14,17,20
96:6,9,14 109:20 120:11
128:24 131:9,12,17
139:6

**sample**
104:10 120:1

**sanctions**
142:25 143:5,25 144:12
145:11 147:6 149:22

**sand**
68:21

**sat**
56:11

**saved**
124:4

**saw**
11:22 12:1 14:11 15:25
79:15 125:15

**say**
14:2,5 15:17 19:1 26:22
31:5 36:2,23 37:18,23
39:25 40:1 51:5 54:2
57:21 59:15 67:14 69:12
71:4 73:16 75:7 77:20
78:23,25 84:20 111:20
112:11 117:22 118:22
127:7,13 129:25 137:11
141:20 146:7 147:9
148:23,25 149:25

**saying**
11:21 22:7 39:22 40:23
50:6 61:14 70:6 82:10
121:5 137:20 144:8,13
147:23 149:21

**says**
24:10,16 28:20 29:10
32:8 33:3 48:12 56:2
69:11 84:23 86:20 91:22
105:8,17 106:14 112:10
116:17,18 126:22 127:4
132:19 137:5 138:7,8

**schedule**
52:22 114:23 115:17
116:7 117:24 118:2,7,11,
12,18 134:24 135:1,4,13,
17

**schedules**

28:21 114:6,7 117:13,18
118:4,15,21,22,24 136:1,
3,4

**scheduling**
28:9 115:23

**school**
68:19

**scope**
89:7 90:4 95:24 118:11
148:6

**score**
124:16,17

**scrap**
122:11

**scratch**
25:21 26:3 27:14,15
120:17,22

**screen**
43:2

**screenshot**
51:12

**screenshots**
35:3,9

**scroll**
129:12

**searched**
148:15

**second**
13:11 20:24 60:23 68:14
72:20 78:18 92:6 95:16
97:22 100:10,14 103:24
106:13 107:1,13,21
108:4 114:14,16 125:10
132:17 134:13

**secret**
87:10 144:20




**secrets**
86:20 93:11

**Secrets/conflict**
86:14

**security**
64:11,12,22

**see**
12:17 29:13 33:19 43:5,
14 44:3 45:10 47:20
50:25 51:12 55:17 61:17
66:2 67:21 70:3 72:21
74:1 75:13 81:5 82:22,24
85:24 86:1,9,15 87:12
92:15,21 93:14 99:15
100:11,15,21 103:23
105:14 106:3,21 107:3,
24 110:3,4 116:24
119:23 120:7 124:13,18
125:6,7 126:14,17,18
128:12 129:10,19 130:25
131:3,6,8,11 132:18,21
136:24 148:19,24 149:6

**seek**
142:25 146:11

**seeking**
143:24

**seem**
24:6

**seen**
11:7 25:13 46:6 81:11
119:14 133:21,25 143:3

**send**
41:3 43:21,24,25 82:1
128:22 141:1

**sending**
100:3 106:24 109:24
113:6 123:9 124:23
126:3

**senior**
48:11,23 67:9 72:17

**sense**
39:1 143:6

**sensitive**
63:16,24 65:6

**sent**
49:5 82:6,8,15,23 83:2
99:25 100:25 102:14
103:24 105:5 109:4,21
124:11,12,24 128:6,23
130:9 131:10,16,20,21

**separate**
132:8 142:1,13,15
143:21 144:3,7

**separately**
42:3 62:20

**seriously**
140:8

**server**
11:20,22,24 12:11,22
20:10 31:6 98:6 124:5

**server-based**
98:5

**service**
54:16

**services**
29:12 34:12

**set**
24:19 26:11,14 34:8

**set-up**
100:15

**setting**
69:13

**seven**
22:5

**several**
46:21

**Shannon**
43:16 44:19 141:15
143:15

**share**
11:13 20:7 36:5 43:2
88:7,13,20 100:7

**sharing**
97:17 130:25 131:3
132:11

**Shawn**
12:13 16:15 57:18 74:11,
20 81:12,20 104:2 105:6
107:1 109:4 113:6
115:13

**sheet**
10:12 48:3 51:22 52:3,
22,23 80:17 81:18 82:2,
11 83:3,17 99:8 100:20
101:13,18 102:11 104:16
106:13 107:8,11 124:20
125:12,16,19 126:1,4
127:8 129:6,13 130:2
131:15,23 132:12,24
134:7

**sheets**
8:15,17 9:18,19,24
10:19,25 11:5,9,15,16,23
12:21 13:7 14:11,19,25
15:3,5,10,13,20,21 16:1,
20,23 17:7,18,19,22,24
18:8,9,25 19:1,2,3,8,11,
15 47:13,23 48:1,5,7,8,
21 49:3,4,8,18 74:12
75:13,20,25 76:6,7
77:12,13,16,25 78:15,20
79:1,12,13,16 80:4,14,
19,23 81:1,14 82:19 83:7

 

84:12 88:12,18 89:10
94:1,9 95:3 96:2,6
106:11 107:4 129:19,22

**Shortly**
75:18

**should**
42:14 51:5 62:3 65:15
78:18,19 98:8 108:6
143:20,24 146:1,3,19,21,
22,23,24 148:9,17

**shouldn't**
64:23 78:14 94:25 126:6

**show**
23:15 40:16 43:3 55:8
64:3 83:14,15 90:18
98:25 103:17 104:15
108:22 110:2 114:9
117:22 119:1 124:7
127:14 132:20 134:12
136:7

**showed**
40:23 41:2

**showing**
100:13 126:11

**shows**
23:20

**side**
48:14 61:2,4 70:16
142:23 143:24

**sign**
7:13 141:1

**signature**
85:24,25 91:6,24

**signatures**
84:5

**signed**
83:22 86:17 93:2,14

**signing**
84:8

**similar**
27:8,12,25 28:1 30:14,23
35:18 41:25 46:10,15
52:15,25 63:19 101:8,10
106:19 111:11 120:3,15
121:14

**simple**
50:17

**simplify**
8:10

**simply**
41:22 111:12

**since**
11:7 18:18 46:6 74:19
84:22 100:25 123:14

**single**
13:16 117:3

**sir**
93:16

**sit**
81:9

**sites**
68:2

**sitting**
12:24 61:7 95:9 108:14

**situation**
67:11 70:2 143:24
145:25

**situations**
143:4

**six**
54:3 68:13 69:24 71:22

**sizes**
41:24

**skip**
116:10

**skipping**
45:19

**slow**
13:12

**small**
50:1,2 54:18 69:10,11
99:5 117:21,23

**smoother**
100:7

**smoothly**
19:12

**snippet**
137:6,9,14,18

**snippets**
136:14

**so**
9:23 11:21 15:2,25 18:20
19:14 20:25 21:6,23 22:2
23:4 24:16 26:17,25
27:25 29:7,18 30:9
34:14,16,21 36:16 37:9,
16,18 38:15 41:18,22
42:1,3,23 44:15,23 45:4
47:19,22 48:20 53:13
54:1,5 55:5 57:3 58:3
60:24 61:14 62:6 63:3
64:7,16,24 65:6,16 67:13
68:15 69:8 70:24 71:25
72:5 73:12 79:20 80:9
81:9 82:1,10 84:18,21,23
85:22 87:14,21 88:17
89:8,14,17,19 92:12,22
93:22 94:8,10,13,16,19,
22 95:8,14 96:5,8,13,18
99:17 100:13 102:13,17
104:1 106:5 108:14



MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                          202
BEN HUFFMAN, 03/27/2023                          Index: social..stand

109:18 110:5 111:20
112:25 114:4,14,20
116:23 117:11,18 118:6,
13 121:4,15 122:4
125:17 127:7,13 129:8,
18,25 131:18,23 132:8
134:19 135:6,10 136:14,
15,21 137:2,13,16 139:4,
18 141:4,14 142:4 143:6,
13,21,23 144:7 145:7,11,
23 146:14,25 147:11
149:7,25

**social**
64:11,12,22

**socials**
64:14 83:25

**software**
20:6 28:15,24 36:25
115:21 116:1 117:9
135:4,11

**software-wise**
39:2

**softwares**
20:12,17

**Solutions**
110:10 111:14

**some**
7:25 14:21,24 21:6,7
40:13 58:11 75:13 111:4
141:21

**somebody**
39:3 69:11

**someone**
43:17 68:16 126:16
145:4

**something**
21:2 30:22,24 33:24 38:1

39:2,7 51:15 53:8 58:25
74:8 101:8 138:10
143:18,19 146:7 147:13
148:8 149:10,19

**sometime**
53:11 57:3 115:5 122:19

**sometimes**
44:13 68:7

**somewhere**
23:2

**soon**
53:13 149:10

**sorry**
22:11 25:5 34:25 35:7
48:19 51:9,10 71:7 91:19
103:1 105:13 109:17
119:10 128:2 134:19
149:6

**sound**
133:9

**sounds**
48:20 65:18 99:24

**space**
124:17

**span**
117:25

**speak**
143:14

**speaking**
33:2 51:2

**spearheaded**
24:17 25:6 26:20 28:8,17

**spearheading**
24:23

**specific**
53:17 57:4 58:24 74:17

103:22

**specifically**
24:22 72:7 90:7 107:7,9,
10 134:25

**specifics**
8:4 31:7

**specify**
9:12 38:9 39:14

**Spectrum**
20:1,9 21:4 58:7

**speculation**
17:15 34:6 80:12 113:14
121:24 122:9

**spend**
8:19 103:4,15 106:25

**spent**
38:15

**spoken**
13:16

**spreadsheet**
25:11,12,13 26:4 41:12,
17,18 45:24 46:2,7 49:10
51:16,18 52:7,9 53:5
94:14 96:15 99:20
100:14 109:16 126:12

**spreadsheets**
21:25 25:17 52:18,21

**spring**
54:8,9

**stability**
73:14

**staff**
48:9

**stand**
19:17




**stand-alone**
117:7 136:23

**standard**
22:9 28:15 52:16 76:14
81:17,22 82:2,11 115:22
116:6

**standards**
24:19

**standpoint**
39:1 42:19 145:2

**stands**
85:4

**start**
7:9 26:3 45:10 49:11
89:25 90:12 114:13,16
124:16 129:2

**started**
7:12 21:3 49:20 54:3,12
75:18

**starting**
57:25 114:18

**starts**
41:10

**startup**
73:18

**state**
104:9

**statement**
40:1

**statements**
94:21

**status**
149:19

**stay**
148:2

**steady**
59:16

**step**
61:13,15,21

**steps**
146:23 147:3

**stick**
68:21

**still**
36:19 54:20 70:20 111:6,
17 123:1 138:4 144:21

**stolen**
65:5

**stop**
17:8 37:12,13 40:10
113:9,16 143:12 148:23

**storage**
96:20 97:10,17

**stored**
11:23 47:4

**streamline**
22:4

**strength**
70:10

**stressed**
66:24

**study**
68:6

**stuff**
45:6 98:6

**subject**
99:18 104:5 109:7,20
114:22 124:12 128:11
137:4

**submit**

118:16

**submitted**
55:1 128:15

**succeed**
69:15

**successful**
71:20

**such**
36:25 48:8

**sudden**
144:25

**sued**
7:16

**summarize**
47:19

**summarized**
102:1

**summer**
54:8

**support**
59:1

**supposed**
118:18

**sure**
14:10,21,24 15:22,23
24:5 33:11 44:16 45:5,8
60:2 62:3,8 64:9 65:1,4
66:12 98:17 107:6 127:3
130:1 136:15 144:5

**Sutherland**
7:11,21 8:1,8 9:1,10
10:2,8,21 11:1 12:3,18
13:1,9,17,21,25 14:4,12
15:6 16:4 17:14 20:14,23
23:19 27:10 28:3 29:20
30:1,6,16 33:8,15 34:5

 is now 

35:13 36:10 38:6 39:12,
17,21,24 40:4,7 43:4,8,
12,23 44:2,6,12 45:2,9,
18 46:3,12 48:25 49:13
50:10 51:20 52:12 53:1,
24 55:14 57:22 58:5
60:22 61:3,11,16,20,24
63:17,25 64:7,10,18,21
65:2 71:6,9 73:19 74:23
75:21 76:1,20 77:17
78:8,13,17 80:1,11,20
82:17 83:9 84:15 87:22
88:1,10,15,21 89:12
90:2,14,24 91:4,14 92:5,
10,18 93:20 94:5,24
95:6,12 96:3,11,16
97:21,25 98:11 99:6,9
100:9 101:15,22 102:24
104:18,22 105:12 109:13
111:9,18,25 112:4,8,13,
23 113:3,13,20 116:14
119:5,9 120:12 121:7,20,
23 122:8,15 124:1 125:9
126:8,25 127:10 128:16
129:14 130:3,14 131:25
132:5 133:23 134:9
136:19 137:19 139:15,24
141:3,6,15 142:16
143:13,15 145:16 148:12
150:4

**sworn**
7:1

**system**
19:9,13,19,25 29:11,15,
17 30:9,19,20 31:2,4
37:10 38:23 42:12 44:14
67:25 98:5 102:5,12
110:22 138:8,11,19,20

**systems**
25:14 28:13 32:17 33:4

146:12

---

# T

**T&m**
29:12 126:11,13

**tab**
126:11 129:20

**table**
51:24

**tailor**
70:10

**take**
15:20 23:20 26:8 37:5
48:4 50:21 53:4 61:23,25
77:13 88:24 90:9,24
113:22 137:5 140:22
144:19,23

**taken**
31:24 146:24 147:3

**takes**
41:18 50:22 70:17

**taking**
67:10 72:11 74:6 140:7

**talk**
45:7 59:2,3,9,23 70:23
114:6

**talked**
26:17 56:10 57:15,24
66:19 117:5 138:11

**talking**
20:24 40:10 44:9,24
45:17,23 52:2 67:5 69:5
90:7 98:9 109:21 114:5
116:24 130:20

**task**
30:8

**taught**
22:3 70:15 77:2

**teach**
69:9

**team**
16:14,17,19 19:14 26:21,
22 39:8 48:23 69:7
102:16 123:10 138:8

**team's**
90:11

**tear**
70:4

**tears**
70:6

**tech/supervisor**
128:3

**technical**
87:4

**Technological**
68:22

**tedious**
22:6

**teleworking**
149:2

**tell**
12:8 28:11 34:2 47:21
50:21 51:3 58:17,21
59:17 60:1 63:23 65:24
66:5 72:3 74:11 75:3,19
78:2 108:10,15 113:7
115:16 116:4 122:6
125:24 126:6 140:2,5
142:21

**telling**
72:13

**tells**



42:12

**template**
100:15

**ten**
50:21 51:4 67:2,7 69:19
70:19 84:18

**ten-year**
72:12

**tenure**
22:22

**term**
86:21

**terminate**
142:22 144:9

**terminated**
144:17

**terminating**
142:25

**termination**
142:23 144:18

**terms**
45:4 148:14

**test**
104:6 109:9

**testified**
7:1 34:19 38:10 90:23
121:4 145:20

**testifies**
144:22

**testifying**
146:6

**testimony**
29:7 35:17,20 63:9 74:25
77:9,10,15,19 83:1 85:14
93:1 106:8 108:4 111:12

114:2 126:21 127:3
138:22 139:19 145:19
147:9,12

**testing**
55:15

**than**
10:13 11:8 30:18 97:20
118:1 126:23 127:6
147:7

**thank**
7:8 65:4 150:4,6

**thanks**
61:25 104:12 125:10

**that**
7:15,18,19,24,25 8:5,6,
11,12,20,22,23,24 9:13,
16,23,24 10:6,11,18,24
11:10,17,22,24 12:2,6,
17,20 14:3,11 15:15,18,
25 16:10,12,19,25 17:3,4
18:19,23 19:5,9,20 21:19
22:2,5 23:2,5,6 24:11,21,
25 25:3,7,9,10,11,14,15,
19,21,23,24 26:9,11,19,
20,22,23,24 27:2,4,13,
17,22,24 28:7,9,11,16,
19,21 29:4,9,13,25 30:5,
9,13,23,24 31:8,22,23
32:10,18,20,22 33:7,13,
17,24 34:1,12,18,21
35:10,17,22 36:24,25
37:1 38:1,2,10,12,15,17,
22,23 39:5,15,25 40:17
41:2,11,12,16 42:7,10
43:14 44:22,23 45:5,7,24
46:8 47:1,3,16,23 48:13,
15,22,24 49:2,10,20
50:2,5,9,12,14,17,22
51:4,15,18,19 52:4,6,20
53:8,15,18 54:4,5,24

55:22 56:12 57:7,16
58:4,8,12,13,14,15,17
59:6,8,12,21 60:1,19
61:4 62:9 63:10,19 64:13
65:6,19 66:5,16,23
67:13,14,15,19,20,23
68:15,17 69:7,10,23,25
70:10,14,19,24 71:5,11,
14,15,18,19,22,23 72:8,
9,22 73:5,6,9,14,16,21,
24,25 74:10,11,14,16,21,
25 75:2,4,5,8,9,13,17
76:7,14,19,21 77:3,5,8,
10,15,19 78:2 79:10,15,
18,24 80:25 81:7,13,14,
18,22 82:6,10,11,23
83:1,3,7,17,22,24 84:3,
10,13 85:11 86:1,9,15
87:12,24 88:6,7,13,19,
20,25 89:11,15,18,24
90:5,12 91:3,16 92:7,8,
15 93:3,18 94:1,2,15,23
95:17 96:7 97:5,6,9,12,
13 98:5,7,14,16,21,24
99:21,23 100:8,11,16,21,
24 101:2,3,21 102:2,11,
16,23 103:5,7,8,9,14
104:13,23 105:5,14,19,
22 106:3,5,8,13 107:17,
24 108:1,4,9,15,16,18
109:4,12,21 110:17,19,
25 111:12,14 112:3,6
113:1 114:1 115:10,11,
24 116:19,25 117:8,15,
20,24 118:3,11,12,13,16
119:19,20,23 120:6,19
121:1,2,3 122:4,12,13
123:2,4,12,17,19,22,24
124:3,6,13,18,20,23
125:15,25 126:7,14,17,
18,19,21,22 127:3,5
128:2,8,12,15 129:10

 is now 

131:1,8,10,11,15,16,18,
22 132:2,9,12,19,20,25
133:4,6,8,15,17,20,25
135:1,9,10 136:1,12,21
137:10,13,23,25 138:4,
11,13,16,22,24 139:1,2,
3,6 140:12,14,17 141:15
142:8,22 143:2,3,5,7,10,
17,18,19,20,22 144:10,
13,14,19 145:3,6,18,20,
21,23,24 146:3,5,8,11,
13,15,17,21,22,23,25
147:1,2,11,20 148:9,14,
23 149:9,20,21,25

**that's**
9:22 19:24 26:13 28:24
32:25 33:6 35:6 38:8,23
39:18 40:2 42:25 45:3
48:18,19 51:15 54:10,24
55:24 56:2 62:16,21,25
63:15,17 69:1 71:11
72:19 76:10,13 78:7
81:22 82:2 83:12 84:19
88:6,13,19 89:21 91:10,
24 102:20 105:19 110:1,
15 112:20 115:19 117:10
118:9 119:11 121:12
128:10,14 129:19,22
132:24 133:21 134:6,21
136:18 138:1,10 143:6,
22 144:21 148:4 149:8
150:1

**the**
7:12,13,19,23 8:9,10 9:7,
12 10:9,22 11:5,13,15,19
12:4,19,20 13:2,12,22
14:8,9,13 15:5,19,20,21,
22,23 16:6,13,17 17:2,4,
7,9,10,11,17,19 18:8,9,
20 19:13,14 20:4,6,7,13,
15,19 21:14,19 22:3,16,

24 23:1,5 24:9,16 25:9,
24,25 26:17,24,25 27:11
28:4,14,17,20,24 29:1,5,
8,10,17,18,19,24 30:2,4,
14,17,18,19,21 31:4,6,
19,23 32:1,7,22 33:6,9,
14,16 34:12,18,22 35:3,
8,10,11,12,14,15,24
36:2,6,11,13,23 37:10,12
38:7,10,11,12,23,25
39:8,13,18 40:16,20,23
41:5,6,7,11,16,18,19
42:4,5,10,11,12,16,21
43:9,13,17,18,19,21
44:4,8,17,21,23,24 45:3,
4,10,13,14,17,23 46:1,
13,18,19,20,23,24,25
47:5,6,7,13,21,22,23
48:1,3,4,5,7,14,20,21
49:1,4,7,9,10,14,15,17,
18,21 50:1,4,5,6,7,9,14,
16,17,18,25 51:1,7,12,
21,23 52:2,3,5,6,9,13,14,
16,23 53:2,4,17,18,25
54:6,7,13,14,15,22 55:3,
25 56:2,12,15,19,21
57:1,2,4,9,13,17,20,23
58:6,7,11,13,19,23,24,25
59:9,10,24,25 60:13,15,
24,25 61:6,7,12,15 62:4,
5,7,13,20 63:10,15 64:16
65:3,7,13,17,22 66:2,10,
17,23,25 67:1,3,6,10,20,
21,25 68:1,3,10,11,12,
16,17,19,21,25 69:1,4,
14,17,22,23,24 70:1,14,
16,25 71:1,2,8,13,20,24
72:3,5,7,8,13,14,15,19
73:3,5,14,20,23,24 74:4,
21,24 75:3,22 76:2,8,9,
12,13,14,16,17,21,25
77:3,4,8,11,12,13,14,15,

18,21 78:15,20 79:6,11,
12,17 80:2,5,6,12,14,15,
17,18,22,23,25 81:6,13,
22 82:2,6,8,19,20,22
83:3,6,7,10,16,21 84:1,7,
8,9,12,23 85:12,16
86:12,21 87:1,10,11
88:2,3,11,12,16,18 89:2,
7,9,13,23 90:3,4,6,8,10
91:4,6,18,19,24 92:8,11,
13,16,19,22 93:9,10,14,
17,18,23 94:1,3,6,9,11,
14 95:7,15,23 96:4,6,12,
14,17 97:1,14,20 98:2,5,
12 99:4,7,8,15,18 100:8,
13,14,18,20 101:2,10,11,
16,20,23 102:9,12,13,14,
17,18,19,23,25 103:9
104:9,10,15,19,21,22
105:1,5,8 108:8,14
109:7,11,14,16,20,21
110:2,6,9,12,20,22,25
111:4,8,10,13,19 112:1,
5,24 113:4 114:14,15,16,
17,18,20,22 115:3,13,17,
20,22 116:6,7,11,12,15,
20 117:2,3,5,7,8,9,11,14
118:6,9,10,11,15,18,23
119:6,7,19,22 121:8,11,
12,21 122:6,11,16,19
123:1,10,11,23 124:3
125:1,2 126:9,11,13
127:1,11,18 128:7,8,17,
24 129:4,6,9,12,15,22
130:4,20,25 131:8,9,12,
17 132:3,6,12,18,19
133:1,10,24 134:6,10,13,
19,21,22,24 135:3,4,6,
11,13,14,16,17,19
136:12,13,14,16,17,21,
22,25 137:2,4,6,8,14,18,
22,24 138:1,2,4,7,8,16,



18,19 139:5,6,13,16,25
140:2,5,10,15,17,25
141:1,2,4,5,14,17,19,22
142:2,9,11,19,21,22,23,
25 143:1,11,15,19 144:2,
5,11,16,18 145:10,20,21,
23,25 146:4,9,11,24
147:2,8,10,18,19 148:1,
2,4,6,10,14,25 149:2,8,
12,23,24

**their**
33:20 47:4 58:3 79:3,13,
21 110:17,21 117:25
146:10,12

**them**
13:13 14:21,22,23 15:15
20:6 21:16,23 28:13
43:25 53:20 58:1 63:20
64:25 65:3 67:25 68:1
69:9,12,13 70:23 71:14
72:14 73:5 74:16 75:4,8
77:11 81:5,24,25 82:1,3,
7,8,20,21,22,23 88:13
89:25 90:12 97:3 115:16
116:12 133:3 138:10

**themselves**
69:17

**then**
15:21 17:1 20:25 21:1,18
22:15 28:14 41:20 42:9,
15 47:14 48:7,8,10,22
49:4,7 56:12,24 57:9
58:1 62:4,10,13,17 65:3
70:8 72:2 75:3 77:13
83:2 87:8 100:14 101:1
102:11,14,18 108:22
114:15 115:12 118:5
120:10 132:17 136:23
138:19 146:5,25

**there**
11:22 12:20 17:8 18:25
22:16 26:6,17,18 29:2,3,
7,16 37:4 38:2 39:6,8,22
47:8 52:19 53:13 54:13
57:1,17,19 61:6 66:8
67:2 68:3,13,15 69:25
70:19,21,24 72:15,24
73:3,18 79:21 80:3 81:17
82:10 83:24 85:25 87:16
103:4,14,16 106:1,6
107:23 112:9 117:6
120:3 122:7 123:8
131:21 132:8,17 136:5
137:8 139:10 144:21
145:7,9,12 148:18

**there's**
8:3 39:2 40:2 45:6 51:12
61:4 64:13 67:12 99:19
106:16 124:12,15 134:20
143:7,16 147:20

**thereof**
87:10

**these**
35:3 44:3 46:10 52:4,11,
15,20 69:4 71:25 72:11
84:11 113:11 117:12
121:11 129:2 131:20
136:14,22 143:4

**they**
10:6,19 11:13 16:9,22
17:6 20:2,13 26:25 30:24
31:2 33:18,19 34:7 39:3
41:25 42:7,13,14,15
43:20 44:3 49:20 50:15
57:21,24 58:8,11,13,14,
17,21,22 59:3,4,6,9,10,
15,17,20,23 60:1,5,8,15
61:20 62:3,9,17,19 68:6,
7 69:14,15 70:7,11,15

71:14,15 72:6 73:3
74:11,21 75:7,8 76:6,25
77:2,3,7,11,13 79:24
80:3,9 81:7 82:5,20 83:2,
6 96:23 98:5 103:9
110:19 113:7,11,15,16
116:2 117:3 135:8,14
136:2,4 138:18 141:20
146:12,14

**they'd**
70:8

**they're**
20:10,11,16 65:4 69:12
70:1,7 72:10,12,13,14
76:6 118:3 138:17,18

**thing**
29:25 30:4 45:10 50:16
71:1 72:3,5 91:15 97:14
108:14 120:11 146:18

**things**
25:2 37:7 38:22,23 39:5
45:3 48:8 59:12 63:19
64:23 118:13 138:16
149:1

**think**
12:6,12 13:4 14:5 23:3
31:2 44:20,22 63:22,23
65:6 70:7 71:14 72:22,
24,25 73:3,4 74:17 75:24
76:3,4 83:2 84:10 102:24
106:5 111:21 115:5
119:7 143:7,16,18,22,23
145:18 146:18 147:17
149:8

**thinking**
72:12

**third**
32:7 66:2 71:12 72:3,5
87:1,20 100:18

 is now 

MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                     208
BEN HUFFMAN, 03/27/2023                                Index: this..to

**this**
23:25 24:2 26:19 30:8
31:13,17,20,22,24,25
32:4,16,17,24 33:11
34:15 35:10 36:8 37:10,
20 38:4 39:9,10 42:8
43:9,13,18 44:7,16 45:16
46:1,10,15 47:10,11,19
48:12,13 52:19 53:3
54:18 55:13,14,21 56:8,
17 57:11 58:1 60:11,23
61:5 62:14 64:8,11,16
65:10,16,20,22 68:23,24
69:18 70:21 71:2 72:21,
23 73:18 76:18 83:15,21
84:8,13 86:11,17 91:1
92:24 93:1 94:8 95:25
99:13,18,25 100:23
101:3,6,7,13,25 103:21,
22,24 104:19,23 105:3,5,
24 106:9,19,25 107:4,8,
11,15 108:6,9,15 109:11
110:6 111:1,6,7,17
112:2,16 113:6,9 114:20
116:1,13,21,23 119:6,7,
13,15,22 120:4,16,21
122:2,13 123:14 124:11
125:8,11,14,19,21,24,25
126:22 127:4,5,8,21
128:6,11,19,22 129:12,
20 130:1,9 131:8,10,15,
16,19 132:3,7,11,14,21,
23 133:14,18 134:2,14,
22,25 135:8,11,20,22
136:11,13 137:11,13,14,
17 138:10,16,23 139:23
140:7 141:10,11 142:20
143:14,17,18,23 144:16,
20 145:1,6,11,12,15
146:1,10,19 148:7,8,20
149:11,20

**those**
11:9,14,18 13:6 14:10,
19,25 15:9,13 16:6,9,25
17:24 35:8 37:23 40:14
42:3,11 48:15 49:8,12
50:8,15,24 52:5 64:23
70:5 71:22 84:5 89:24
90:9,11 94:18 95:4,10
96:9 97:2 98:20,22
112:21 113:2 114:5
119:25 120:1 146:23
147:3

**though**
50:24 68:2 81:9 117:21

**thought**
38:20 58:14 62:17 73:8,
17 119:10

**thousand**
42:13

**thread**
114:20 116:21

**threatened**
144:18

**three**
37:21,23,25 38:16 49:12
72:11 144:24 147:13

**through**
21:18,21 25:10,25 31:23
34:22 35:11,12 43:19
67:25 73:6 83:23 89:5
91:11 95:21 136:13

**throughout**
22:22 77:21,22

**ties**
47:11 118:13

**time**
13:12 14:13,14 23:2,20

26:25 32:22 56:15,21
57:1 58:9,13 60:19 66:3
70:11 71:24 74:14,19
85:12 90:25 101:6
110:20 114:1 116:21
118:16,23,24 145:15,23

**timekeeping**
29:17 30:18 33:5 34:17,
18,22 35:4,18,25 36:9,
11,13 37:10,20 40:20
41:7 119:17,19 120:10,
16,21 123:1,11,24 124:3
138:2 139:7,13

**times**
57:16 68:8

**timesheet**
40:20 99:20 100:4,14,23
101:7,25 102:2,9,14

**timesheets**
102:17

**tiny**
73:10

**title**
21:13 22:14 24:12 99:15
124:17 128:1

**titled**
124:15

**titles**
22:13

**to**
7:7,13,22 8:2,9 9:2,5,11,
24 10:3,6,9,13,14,15,20,
22,25 11:2,12,17,19,21
12:4,19 13:2,10,12,14,
15,19,24 14:2,5,13,22
15:7,16,21,23 16:1,5,7,
13,20,22,25 17:15 18:6,
9,11,21 19:5,8,9,12,13,



15 20:15,18,19,21 21:6,
16,20,21,24 22:1,4,10
23:9,11,14,15,20 24:9,20
25:3,14,23 26:8,11,14,
20,24 27:11,17 28:1,4,22
29:1,16,22 30:2,14,17,23
31:13,16,22 32:7,13,14,
15,17 33:4,9,16,18 34:3,
6,10,12,13,19 35:14,21,
24 36:8,11 37:1,2,4,13,
14,17 38:2,7,16,21,22
39:4,9,13 40:5,20 41:3,
24 42:2,6,12,17,20,22,24
43:2,6,10,13,18,21 44:7,
15,16,22 45:12,16 46:4,
13,15,23,25 47:19,20,23
48:4,13,22,24 49:1,3,5,
11,14,23 50:7,8,9,11,21,
22,23 51:4,6,19,21
52:10,13,14,24 53:2,4,
16,22,25 54:13,16,21
55:2,3,8,13,22 56:5,8,10
57:15,20,23,25 58:3,6,8,
12 59:1,2,7,9 60:5,6,8,
12,25 61:5,6,9,15,21,23
62:2,4,20,23 63:1,16,20,
23 64:3 65:3,6,7 66:3,6,
9,16,19,23 67:1,2,4,6,7,
12,14,15,16,24 68:1,6,
10,11,12,14,17 69:5,9,
12,13,18,22,24,25 70:2,
4,6,9,10,13,18,23,25
71:3,4,12,13,15,19,21,24
72:1,3,5,10,14,15,20,21,
24,25 73:17,18,20,23
74:2,5,12,22,24 75:1,10,
17,19,22,24 76:2,7,16,21
77:12,14,18 78:9,19,23,
25 79:16 80:2,12,21,22,
23 81:3,10,21,25 82:2,3,
5,6,15,18,20,23 83:6,10,
14,17,23 84:16 85:20,22

86:9,11,22 87:1,2,10,17,
21,24 88:2,3,4,6,11,16,
22 89:8,13,15,25 90:3,6,
11,15,18 91:13,16 92:11,
19,20 93:2,5,21,24 94:2,
3,6,17 95:4,7,10,13 96:1,
4,7,12,17 98:12,13,21,25
99:10,23 100:6,25
101:16,23 102:14 103:9,
17 104:2,15,17,20,21
105:6 106:16,21,25
107:3 108:18,22 109:4,
11,14 110:2,6,25 111:10,
19 112:1,5,6,9,16,24
113:4,6,11,14,15,16,21
114:6,9,13,16,22 115:13,
17 116:5,12,15,19,20
117:5,20,24 118:6,7,13,
19 119:1,15 120:13,14
121:8,15,19,21 122:6,11,
16 123:2,11,17,24 124:2,
7,13,23,25 125:10,18,25
126:9,12 127:1,4,11,14,
22 128:15,17,20 129:2,
10,12,15 130:4,9 131:17,
21,23 132:1,4,6,12,13,
20,21 133:24,25 134:2,
10,12,13 135:4,11,15,24,
25 136:3,7,12,15 137:3,
10,13 138:7,17 139:6,13,
16,25 140:2,22,24 141:1
142:8,11,20,21,22,24
143:2,6,11,12,14,20
144:2,3,8,22 145:4,8,21,
22,25 146:2,4,5,11,20,22
147:3,8,11,13,18 148:2,
3,5,13,19,20,21,22,25
149:10,19,23,24 150:1,2

**today**
12:24 42:13 55:15 81:9
95:9 108:14 114:2 142:6,

18 146:15 147:3,7

**today's**
32:11

**together**
41:25

**told**
19:14 66:7,8 67:20
68:11,21 76:18 77:5
113:16 140:14,17 142:17

**toll**
70:17

**Tom**
62:2 141:13

**too**
54:19

**took**
63:4 113:25 114:4 140:2

**tool**
33:21 42:23 47:10

**tools**
74:22

**top**
11:16 52:2 69:22,24 70:7
71:20 72:14 74:12 77:13
78:15,20 105:8 110:9
116:12 124:20 125:11,
15,19 126:1,4 127:8
129:12

**topic**
54:22

**tops**
53:8

**total**
48:5

**touch**
14:19


AdvancedONE LEGAL is now LEXITAS

**tough**
70:16

**towards**
53:18 54:14

**town**
54:18

**track**
21:17 24:24 25:3 33:18
103:9

**tracked**
25:11

**tracking**
21:25 24:25 30:20 32:13,
15 46:19 138:9,16

**trade**
86:20 87:9 93:11 144:20

**train**
67:24,25

**trained**
24:18

**transcript**
141:5

**transition**
20:18

**Travis**
12:15 16:15 57:18 74:10,
20 80:23 81:4,5,12,21
82:15 99:25 124:13
125:18,25 128:7 137:4

**trend**
72:19

**Trevor**
114:21,25 132:25 133:6

**Trimble**
20:5

**TRO**
144:21 146:11 148:7,11

**true**
89:16

**trust**
74:3,6

**truth**
140:3,5

**Truthfully**
145:15

**try**
10:6 22:4 44:15 47:19
100:6 149:5

**trying**
10:20,25 40:9 43:13
46:22 69:9 123:2 125:10
148:25 150:1

**turn**
26:25 42:10 51:23 72:6
86:9 93:5 102:19

**turnaround**
118:3

**turnover**
21:17,24

**turns**
102:17

**two**
20:10,11 37:25 41:25
42:1 53:8,20 56:14,20
69:4,20 85:16 118:1
128:23 134:19

**type**
8:24 35:10 97:16

**types**
100:18

**typically**
42:19 62:21

---

**U**

**ultimate**
49:5

**ultimately**
40:19 48:14,22

**Um-huh**
27:16 29:14 35:2,5
56:23,25 78:24 86:10
91:23 93:7 95:19 100:22
102:6

**uncertainty**
139:10

**under**
22:17 24:10 28:17 31:8
89:3 124:16,17 143:1
144:9,11 146:11 148:8

**understand**
7:15,18,24 8:5,11 9:8
14:7 39:15 88:5 89:9
147:18 149:22

**understanding**
87:14 89:19 142:8

**understood**
94:1 147:16 149:3

**unit**
41:19,21,25 42:4 76:8
77:1 79:3,12,18,21 80:6,
9,15,18,25 81:6,13,22
82:6,8,14,22 83:3,6

**unlawful**
7:20,25

**unmute**
62:5





MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    211
BEN HUFFMAN, 03/27/2023                      Index: unsure..voice

**unsure**
139:5

**up**
21:20,21 26:11,14 44:9,
14 54:2 57:25 59:18,21
69:13,18 70:4 71:3,5,12
72:3,5,22,25 79:17,21
99:11 100:6 117:6 125:1
129:9 130:19 137:10
148:9

**update**
102:19

**updated**
91:2 101:10 109:25

**uploaded**
102:12

**upon**
90:9

**upper**
72:17

**us**
45:5,10 59:2 68:23
108:10,15 140:5 141:17
142:5 148:18

**use**
10:12 17:9 20:2 25:2,23
27:17,19 31:1 35:24
36:17,22 39:9 47:12,22
60:8 65:3 76:17 77:11
89:4,9,10,24 95:21 96:1,
20 97:16 101:18 102:1
103:9 117:9 120:4
133:18,20 134:2

**used**
8:23 9:9,14,17,23 10:6
15:25 19:24 25:24 26:24
28:1,14 30:24 48:2,3,21
49:3 69:21 74:21 76:14

81:18,23 82:12 83:8 97:7
98:4,18 108:12,16
119:15 120:3

**user**
117:3,7,8 135:14

**uses**
32:16 33:3 105:19,22

**using**
10:19,24 17:22 21:3 22:8
37:2 74:11 75:8,20,25
79:16,18,24 80:4,9,19
83:16 89:25 90:12 101:7,
13 120:2 121:1 131:23
135:25 136:2 138:4

**utilize**
98:7

**utilized**
103:5

**utilizing**
28:12 50:17

---

## V

**vacation**
39:4 120:7,14

**vague**
7:22 14:6

**Valero**
21:12,14 22:16

**valuable**
33:21 34:15 42:23

**value**
43:21,24 44:9 107:24

**values**
44:13,17 76:9

**varied**

17:10 23:13

**varies**
42:16 118:14

**various**
146:9

**verify**
104:23

**version**
37:10 39:11 43:3 46:1,
10,14 101:10,11 102:1
104:9 109:25 111:8
116:24 117:7 121:2

**versions**
36:5

**versus**
42:2,14,21 44:8 103:4,15
106:25

**very**
28:13 34:8 42:2 50:2
65:6,23 70:21 71:20 76:6
134:7 146:9 147:2

**veterans**
72:12

**via**
54:17

**Viewpoint**
19:21,22,25 20:3,5,7,10
21:3 103:8

**violate**
112:3

**violated**
148:11

**Vista**
20:3,10

**voice**
68:7




MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC                    212
BEN HUFFMAN, 03/27/2023                    Index: voiced..weeks

**voiced**
71:15

**VP**
66:17

---

**W**

---

**Wage**
92:14

**wait**
34:24 62:6,7

**waiting**
145:2

**Wale**
71:19

**walk**
21:18 68:24

**Walter**
149:15

**want**
19:11 21:6 24:9 45:12
48:13 49:23 61:15,23
63:1,16,20 68:11 69:12
71:12 73:23 76:16 81:10
113:8 114:5 116:16
126:12 136:15 142:8,22
143:2,6,18

**wanted**
19:8,12 54:12 58:11

**wants**
68:17 135:14 142:15

**was**
9:8 10:19,24,25 11:17
12:1,6,12 13:4 15:15
16:25 17:10,21 20:18
21:2,10,14,16,24 22:13
23:5 24:11,23,25 25:9,
10,11,12 26:17,18,24
27:2 28:9,13,19 29:3,7
31:22 32:21 33:7,13,21,
24 34:11,12,15,18 35:15
36:18,24 37:1,12,16
38:3,4,11,15,17,20 39:7
40:19 41:2 42:14 43:18
46:15,17 53:11,15,18
54:14,20,23 55:1,6 56:9,
13,17,19,20 57:1,3,16,
17,18,20 58:3,9,12 60:4,
13 63:4 65:16,22,23
66:8,9,23 67:13,15,16,
20,24 68:3,11 69:16,17
70:17,19,20,24,25 71:17,
18,22 72:6,10,16,22
73:6,8,24 74:5 75:1,9,15,
24 76:3,4,21 77:2 79:18
80:17 84:10,13 86:5 90:5
99:18,21 100:3,8 101:3
102:25 103:4,7,8,14,24
105:25 106:1 108:16
109:16 110:12 115:2
116:4 117:4 119:15,19
122:14,20,23 125:15
128:2,6 131:8,21 132:8,
12,17 133:14 135:5,25
136:13 142:4 144:14,21
145:3,20 146:10,12
147:12,23

**wasn't**
54:1 67:16 86:3 92:25
94:18,22 140:13

**watch**
70:4

**way**
13:22 44:7,8,16,22 68:25
69:2 73:23 78:2 101:2
125:22 132:2 133:19
136:12,13,21 147:2

**we**
7:6,12 15:20 17:17 19:9
22:12 24:24 25:2 26:17
28:13 38:22 42:9 44:4,6,
8,14,22,23 45:16,23
47:12,13 48:12,13 49:23
50:2,3 54:5,18 60:24
61:12,13 62:21 63:3,16,
20 64:10,11,24 65:6
71:25 72:22,23 74:1
75:19,20 76:13 84:1,2
102:1 104:23 109:12
110:25 111:4,21 113:25
114:4 115:22 117:6
118:11 120:3 121:15,19
122:5 123:15 128:8
130:14,20 131:1 138:19
139:23 140:12 141:14
142:10 143:18,22 144:1,
17 145:7,25 147:5
148:17 149:20

**we'll**
44:19,20 45:7 49:23 59:1
62:4,13 63:22

**we're**
60:23 62:2,4,5,8 64:1
112:9 137:17 143:19
145:3,5

**we've**
61:22 91:15 142:11
143:21 145:2,4

**week**
26:10,11 53:7 56:14
92:22 118:1

**weekly**
42:20 51:13

**weeks**
37:21,24 38:16 53:20
56:14 118:1

 is now 

MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                    213
BEN HUFFMAN, 03/27/2023                    Index: Welborn..who

**Welborn**
61:15,17

**well**
34:3 41:24 43:24 49:15
51:3 54:24 57:19 61:21
66:8 70:9 79:6 105:12
116:9 129:17

**went**
32:24 56:10 128:8,19

**were**
10:19 11:11,13,14,23
12:20 15:3,15 16:7 17:21
18:18 19:9 22:7,12,24
23:4,5 24:23,25 25:4,6
26:2 28:21 29:2,25 30:5
31:11 33:4,19 34:3,11
35:3,21 36:6 38:22 39:8,
9,10,22 40:14,17,24
41:12 45:17,23 46:19
53:16 57:24 58:24 59:4,6
65:20,24 66:5,20 71:7,15
72:2,6,23,24,25 73:13
75:8 77:14 79:24 80:3,9,
19,25 81:13 85:16 89:8
94:1 95:3,9,25 96:19
106:6 107:20 113:1,11
114:5 119:20,25 120:1
121:1 122:12 123:2,12,
18 124:4 129:2 130:20
134:7 135:24 139:7,12
145:7

**weren't**
136:2,4 139:22

**what**
9:16,21 11:14 12:1,13
14:5 15:17 17:3,4 19:20,
24 20:2 21:10 22:7,12,13
23:15 24:21,23 25:23,25
26:22,23 27:17,19,20
28:1,21 29:1,15 30:19

31:1,2,4,25 33:4,11,12
34:11 35:9,15,24 36:11
39:15 40:2 41:16 42:9,
12,14,17,21 44:19 46:17
48:1 49:8 51:2,9 55:8
56:2 57:1,20 58:22
59:10,15 60:20 61:9
62:3,21 63:4,12 66:20,25
67:10,14 68:20 69:3
70:6,23 71:4,17 75:7,12
80:17 83:14 87:14,16
89:18 91:10 97:2 98:25
101:13 102:1,9 103:7,17
106:21 110:1,21,24
114:9 115:22 116:6,17
117:23 118:18 119:1,6,
15 121:15 124:7 125:18
127:14 128:2,10,19
129:22 132:23 135:12,
24,25 136:7,17,24
137:17,23 139:4 143:3,6
144:17 145:9,16,17,20
148:25

**what's**
19:17 20:4 33:1 42:15
43:8,12 48:10 49:8 67:1
77:8 90:18 107:17
114:25 147:6 149:11

**whatever**
47:11 49:6 59:1 116:16
126:12 143:1 146:4

**whatnot**
17:12 70:8

**when**
10:18,24 12:1 14:5 15:17
17:6 21:1,3,10 24:6,12,
13,14 26:22 29:3,18
32:12 33:3 36:2 38:2
39:4 51:4 53:9,15 55:12
57:9 62:5 63:23 64:10

65:13 66:19,20 71:4
72:23 73:12 75:17 79:15
82:14 84:11 85:19 92:15
93:2 96:19 113:6,21
114:4 115:4 116:3,4
117:22 122:18 125:14,24
138:17 139:6,22

**whenever**
23:23 54:2

**where**
32:8 34:21,23 47:13,21
48:11 55:1 67:11 72:19
76:18 79:9 91:20 108:1
115:6 118:4 123:4 127:4
133:6 140:10,25 143:24

**Where's**
99:6 104:18

**whereas**
42:1 138:16

**whether**
39:9 50:15 54:12,23 68:5
81:12 90:5 110:16
112:17 121:16 144:11,13
145:25 146:3 148:1,10

**which**
20:9 28:14 43:3 44:14
47:9 48:23 50:1 64:4
67:17 74:7 80:6 86:25
87:9 95:17 98:15 104:16
111:1 131:9 134:7
135:16 136:24 137:2

**while**
11:11 29:2 31:11 32:4
35:21 60:9 71:19 79:7
85:16 96:2,19 97:8,23
106:1,6

**who**
12:8 16:13 17:9,24 19:5

 is now 

23:8 24:4 36:8 40:14
46:25 53:22 61:6 62:13
65:24 66:10,16 68:16
76:18 77:5 85:1 101:10
105:22 117:8,12 118:6
127:24 135:19 140:17
141:20 142:2 146:1,16

**who's**
61:17 141:22 145:5

**who've**
142:12

**whoever**
17:10

**whom**
75:10

**Whose**
40:19

**why**
10:12 12:10 14:25 15:15
19:7,11 36:22 38:15,17
70:25 73:6 76:4 89:19
100:3 106:12,24 107:14,
19 120:16,17,20 126:3
128:22 130:9 131:20
134:3 138:13 139:10,22
140:5,12,20

**widespread**
77:21

**will**
47:22 48:23 49:10 50:6
52:14 60:25 62:14 70:11
71:19 72:18 84:2 102:13,
18 129:12 134:14 137:13
138:18 143:4 147:5
148:23 149:18

**win**
16:9

**window**
50:22 51:4 69:10,11

**with**
11:5 12:9,17 15:1,12
18:8,10 21:23 33:1 36:6
38:24 39:5,7,8 40:14,20
41:10 42:9 43:20 44:16
46:21 49:4,12 56:8,11,
18,24 57:10,12 58:1,11,
15 60:6 62:18 63:6 64:8,
14 65:8 67:4,13 68:25
69:23 73:4 74:6,15,20
75:4 78:15,20 79:17,21
80:25 84:12,18 85:7,8,15
86:24,25 88:12,25 89:23
92:8,9,15,17 93:15,19
94:9,11,14,17,18,20
96:6,9,14 97:2 102:3,8,
10 104:5,7,10 106:18
109:8 110:9,13 111:13
112:18,21 113:2 114:2
115:3 117:5 118:10
123:9 125:18 131:3
132:11 133:16 134:7
135:13,22 136:14,24
137:6,11 139:13 141:7,
17 142:11,13 143:11
145:14,25 146:18 147:18
148:18 149:19

**within**
29:12 68:25 117:15
146:15

**without**
90:10 116:7 128:21
144:6

**witness**
7:13 71:8 84:1 141:2
145:20

**won**
49:21

**won't**
50:2,3

**words**
58:24 62:19

**work**
13:6,13 14:10 15:12
16:7,20,22 29:18 33:7
34:9 37:1,5,14,19 42:15
74:7,8,13,22 79:17 83:17
100:23 101:9 103:25
106:13 107:1,14,21
108:5 115:9 118:3
126:17,22 127:5

**worked**
25:16 37:23 68:13 70:19
80:14 85:7,8,9,12 94:15
100:25 114:8 138:25

**working**
11:7 15:1,2 21:14 22:5
29:2,3 37:12,13 38:4,16
40:17 60:9 73:11 96:2,20
97:24 106:12 107:10
112:2 113:9,18 114:7
117:4 123:12,18 124:4
125:21,23 129:2 131:16
139:7,12

**world**
68:23

**worse**
70:22

**worth**
37:8 70:9 118:2

**worthwhile**
118:5

**would**
10:12 12:10 14:25 22:19
25:2 36:23 37:18,22
38:25 42:3 54:5,7 58:14,




MMR CONSTRUCTORS, INC. vsJB GROUP OF LA, LLC                        215
BEN HUFFMAN, 03/27/2023                      Index: wouldn't..you

22 61:9 62:22 68:7 70:4
73:17 88:23 89:1,14 90:4
92:7 94:8,10,13,16,19,22
95:14 98:6 103:9,11,13
106:13,21 107:3,14,19
108:1 109:18 111:20
116:5 117:11 118:3,6,8
120:17 121:19 122:1,4
123:8 125:17 127:13
131:18 134:3 135:3,8
137:9,10 138:20 140:25
142:10 147:1 148:7,20
149:12

**wouldn't**
77:20 82:24 127:7

**write**
54:16

**writing**
54:15

**written**
126:16 142:24

**wrong**
47:21

---

**X**

**x-amount**
34:8

---

**Y**

**y'all**
63:1 142:8,21 143:11
144:10 147:17 149:5,12,
18

**Yates**
12:9 16:15 55:22 79:15
81:12,20 90:10 101:4

104:3 105:6 106:18,25
109:4 113:7 115:13
123:9 137:3 140:14

**yeah**
21:22 24:8 34:24 43:1,23
44:12 45:1,20 52:3 55:18
56:3 69:23 87:20 89:20
99:9 108:13 120:9 132:7
133:5 135:2

**year**
53:19 54:15 69:4,6
145:3,5

**years**
18:13,16,21 25:25 59:11
67:2,7,9 69:4 70:20
72:19 84:18

**yes**
7:17 8:13,16,18,25 9:15,
20 10:1,4,5,17 11:6,13,
25 14:24 15:4,8,11,24
16:3,8 17:20 18:2,4,12
19:4,23 21:5,9 22:9,11,
23 23:7 24:15 25:8,18,
20,22 26:5,7,13,16 27:3,
5,7,12 28:6,23,25 30:12,
21 31:21 32:3,6,19 33:2,
17,23 34:20 35:6,7,19
37:6 38:14 40:13,18
41:15 42:25 45:25 46:5
51:2,14,17 52:8 53:14
55:20 56:6 57:6,8 58:18,
20 59:13,14 63:8 65:12
66:4,13,15 70:11 71:16
77:23 78:11 81:19 82:4,
13 83:13 84:2,6 85:13
86:2,16,18 87:13 88:8
89:21,22 90:17 91:8 92:1
93:13,16 94:16 96:22,25
100:12,17,19 101:12
102:7,22 103:6 104:4

105:4,7,16,18 106:4
107:25 109:2,6 110:4,8,
20 111:11,24 114:24
115:15,19 116:2 117:1,
14,17,20 119:14,21,24
120:3 121:14 122:3,10
123:3,7 124:14,19 125:7,
13,17 126:15 127:20
128:5,10,13 129:21
130:1,7,8,18,22,24
131:7,14,18 132:2,22
133:3 134:11,22 135:5,8,
13,18,21 137:7,11,15
138:3,6,12 139:3,21
141:6,11 142:16

**Yet**
69:11

**you**
7:7,8,12,15,18,23,24 8:5,
10,11,23 9:3,5,7,8,12,13,
16,23 10:4,12,18,23,24
11:7,11,17,21,22 12:1,6,
8,9,17,24 13:4,6,15,19,
23 14:2,7,9,10,11,15,19,
23,25 15:2,9,12,15,17,
21,25 16:13,17,20,22,25
17:8,16,19,21 18:1,3,5,6,
10,15,18,20,24,25 19:5,
11,14,24 20:21,24 21:1,
3,8,10,18,19,20 22:7,12,
14,19,21,24 23:4,5,8,11,
15,20,25 24:2,4,12,14,
16,23,25 25:4,6,13,16,
19,21,23 26:2,3,6,8,20,
22,23 27:4,8,13,17,19,
21,25 28:1,5,8,16,21
29:2,13,15,18,19,24,25
30:3,4,5,10,13,14 31:11,
20,22,24 32:2,7,20,23
33:1,4,10,11 34:11,17,
19,22 35:17,20,21,24




36:2,5,16 37:6,7,9,12,13,
19,22,23 38:2,3,9,10,11,
15,16,18,24 39:1,6,7,9,
10,14,15,16,24 40:1,3,
16,17,23,24 41:2,6,12
42:12,17,18,21,22 43:3,
21 44:8 45:5,9,10,12,13,
24 46:6,9,19 47:1,21,23
48:4,6,8,10,15 49:10,11,
16 50:6,21,22,25 51:3,6,
7,8,12,18,23,24 52:9,10
53:3,4,9,13,15,16,20,22
54:22 55:1,8,17,19 56:7,
13,14,21,22,24 57:5,9,
12,20,25 58:14,17,21,22
59:1,9,17 60:1,2,3,5,6,8,
12,15 61:9,14,23 62:6,12
63:1,7,9,12,18,20,23
64:3,12,18 65:4,8,10,13,
16,19,20,24 66:2,3,5,11,
12,16,19,20,22 67:19,20
68:17,18,20 69:3,10,14,
19,20,24 70:9 71:4,7,11,
12,14,15,22,23 72:2,3,
22,24,25 73:8,12,13,16,
17,25 74:1,11,15 75:7,
10,12,17,19,24 76:4,10,
15,16,18,19,22,25 77:5,
14,24 78:2,5,7,11,13,18,
19,23,25 79:9,15,17,20,
21,24 80:14,15,17,19,24
81:1,3,5,9,10,11,14,21
82:1,5,6,14,22,23 83:1,2,
5,6,14,15,17,22 84:8,9,
11,12 85:7,11,14,15,16,
19,22,24 86:1,8,9,14,17,
22 87:16 88:3,5,7,13,20,
24,25 89:2,8,9,10,15,23,
24 90:8,16,18,23 91:11,
18 92:2,7,15,23 93:2,5,9,
14,25 94:3,7,12,15,24,25
95:1,2,3,9,25 96:10,15,

19,20 97:2,4,7,13,16
98:2,13,21,25 99:13,16
100:3,6,11,15,21,23
101:2,6,9,10,13,14,17
102:3,14,15 103:5,17,21
104:2,9,11,15,21 105:1,
3,5,14 106:3,5,6,8,13,18,
21,24 107:4,7,10,13,14,
19,20,24 108:1,5,8,9,15,
22 109:1,3,4,15,21
110:2,3,6,9,12,24 111:6,
7,21 112:2,6,9,12,13,14,
17,20 113:1,8,16,18,21
114:1,6,9,22 115:6,12,16
116:3,4,5,9,10,12,16,20,
24 117:11,22 118:7,16
119:1,5,13,20,23 120:7,
17,20,24 121:1,4,5,9,16,
22 122:1,4,6,12 123:1,2,
8,12,16,17,20,23 124:3,
7,13,18,23 125:6,14,15,
18,21,24,25 126:3,6,11,
12,14,17,19 127:2,4,12,
14,21 128:4,7,19,22,23
129:2,10,19,25 130:8,9,
12,13,16,20,25 131:3,6,
8,10,16 132:11,17,20,21,
23 133:1,8,14,18,21
134:2,6,7,22 135:1,3,6,
10,13,16,19,22,24,25
136:5,7,11,12,16,20,24
137:2,3,6,8,13,19,20,22
138:11,22,24 139:4,7,12,
18,19,22,23 140:2,5,7,
14,17 141:1,4 142:22
143:2,6,14,23 144:12
146:3 147:5 148:10,23
149:8,9,22 150:5,6

**you'd**
21:13 40:9

**you'll**
50:5 62:12 71:18

**you're**
11:21 15:2 23:23 29:20
36:19 39:17,22 40:23
42:20 45:19 46:19 52:2
61:14 62:18,21 65:3 67:5
68:21 69:5,7,8,9,13
72:16 78:3 82:10 87:24
89:15,18,19 91:12
106:12,24 109:20,24
112:6 113:6 114:18
115:11 116:6,23 117:18
118:4 120:16,21 121:5
131:16,20,23 135:11
136:18 139:2,5,18
143:12 144:8

**you've**
13:15 55:12 70:15 74:19
75:4 79:6 83:23 88:19
90:8 91:12 104:17 110:6
120:7 142:19

**your**
7:6 12:1 14:5 18:16 21:6,
7,10,22 22:13,22 23:5,20
24:12 29:7,16,18 35:17,
20 36:2,3 37:16 38:8
41:4 44:13 52:20,23
55:2,22 56:4,17 58:22,25
60:20 62:18 63:4,9 64:4
65:20 66:12,14,21 68:21
69:6,7,8 70:14 71:7
72:17 73:25 74:19,25
75:1 77:9,15,19 80:18
81:10 83:1 84:5,19 85:14
87:14,15 88:6 90:9,25
91:3,6,24 93:1,9,24 97:1,
11 99:21 102:2,3,15
103:24 106:8,12 107:1,
13,20 108:4 111:12,21



112:18 114:1 117:15,19,
23 121:19 122:2,5
123:16,21 126:21 127:3
131:19 134:3 136:21
138:7,20,22 139:18
140:15,18

---

**Z**

---

**Zoom**
62:4,20

