UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**************************************************

MMR CONSTRUCTORS, INC.,

                    NO. 22-267

VS.


JB GROUP OF LA, LLC D/B/A
INFRASTRUCTURE SOLUTIONS GROUP
and DAVID HEROMAN.

**CERTIFIED TRANSCRIPT**

**************************************************


DEPOSITION OF BEN HUFFMAN


Taken on Thursday, February 8, 2024,
At the Law Offices of
Dunlap Fiore, LLC
6700 Jefferson Highway, Baton Rouge, LA


REPORTED BY: KIMBERLY GIBNEY, CCR, RPR

**************************************************



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          Pages 2..5
BEN HUFFMAN, 02/08/2024

Page 2

INDEX

| | | Page |
|---|---|---|
| Caption | | 1 |
| Appearances | | 3 |
| Agreement of Counsel | | 4 |
| Reporter's Certificate | | 287 |

INDEX TO WITNESSES

| Witness | | Page |
|---|---|---|
| BEN HUFFMAN | | |
| By Mr. Kee | | 10 |

INDEX TO EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| 23 | Forensic Report by Lee Whitfield | 37 |
| 24 | 3-17-2022 ISG Report, CTRLISG269517_0001-0005 | 50 |
| 25 | 5-20-2022 Stipulated Preliminary Injunction | 63 |
| 26 | 4-12-2022 Emails - ISG Letterhead and Clarifications, CTRLISG00197144_0001-0002 | 80 |
| 27 | 4-12-2022 Emails - ISG Letterhead and Clarifications, CTRLISG00193043_0001-0002 | 83 |
| 28 | ISG - Commercial Terms, CTRLISG00267168_0001-0008 | 83 |

Page 3

INDEX TO EXHIBITS CONTINUED

| Exhibit | Description | Page |
|---|---|---|
| 29 | 9-23-2022 Email - Comps, CTRLISG00220052_0001 | 87 |
| | Version of Bible Database - | 116 |
| 31 | 5-13-2022 Email - Job Log Report, CTRLISG00213533_0001-0002, CTRLISG00213533.0002_0001-0009 | 120 |
| 32 | ISG Proposal Request Workflow issued 5-18-2022, CTRLISG00267505_0001-0006 | 126 |
| 33 | To-do List | 135 |
| 34 | 10-25-2022 Email - IFTN Reports, CTRLISG224095_0001, CTRLISG00224095.0001_0001 | 139 |
| 35 | 7-11-2022 Email, ITFN Input, CTRLISG00216932_0001 | 142 |
| 36 | ITFN input Excel Sheet | 143 |
| 37 | 7-12-2022 Email TM Rates Spreadsheet, CTRLISG00186015_0001 | 150 |
| 38 | 7-13-2022 Email - Finalize ITFN Form Master, CTRLISG00222499_0001 | 151 |
| 39 | Capital JA Tracking Master | 158 |
| 40 | 3-25-2022 Email - Histogram, CTRLISG00075723_0001, CTRLISG.0001_0001-0002 | 162 |
| 41 | Manload-S-Curve Master | 165 |
| 42 | 6-28-2022 Email, 21-1029 JA, CTRLISG00226158_0001 | 172 |

Page 4

INDEX TO EXHIBITS CONTINUED

| Exhibit | Description | Page |
|---|---|---|
| 43 | ISG-Job Analysis-Master Attachment | 173 |
| 44 | 7-18-2022 Email, Project Execution Overview, CTRLISG00187487_0001, CTRLISG00187487.0001_0001-.0002-0001 | 177 |
| 45 | 3-17-2022 Email, Task Assigned, CTRLISG00012790_0001 | 189 |
| 46 | Overhead Top Sheet Attachment, CTRLISG00018884_0001 | 190 |
| 47 | 3-17-2022 Email ISG22-0022GS - green sheet | 193 |
| 48 | 3-17-2022 Email sending four green sheets, CTRLISG00199825_0001 | 194 |
| 49 | 3-24-2022 Email - Jared's Lost Green Sheets, CTRLISG00200324_0001 | 195 |
| 50 | 3-24-2022 Email with attachment - Jared's Lost green sheet | 195 |
| 51 | 3-31-2022 Email, Air Liquide Proposal attached, CTRLISG00207852_0001, CTRLISG00207852.0004_0001-0003 | 196 |
| 52 | 4-7-2022 Email, ISG22-0080 Master Green Sheet, CTRLISG00264663_0001 | 205 |
| 53 | 4-7-2022 Email ISG22-0080 Master Green Sheet Attachment | 205 |

Page 5

INDEX TO EXHIBITS CONTINUED

| Exhibit | Description | Page |
|---|---|---|
| 54 | 4-11-2022 Email - ISG22-0080 Performance Contractors with attached proposal, CTRLISG00001125_0001, CTRLISG00001125.0001_0001-0003 | 205 |
| 55 | 4-11-2022 Email - DOT Estimating Sheets CTRLISG00004043_0001 | 206 |
| 56 | 4-18-2022 Email, Labor & Material Sheets Review, CTRLISG00003707_0001 | 208 |
| 57 | 4-18-2022 Email, Labor & Material Sheets Review attachment | 210 |
| 58 | 4-18-2022 Email from B. Hoffman, Overhead Sheets Review, CTROLISG00004608_0001 | 227 |
| 59 | 4-18-2022 Email from B. Hoffman, Overhead Sheets Review attachment | 227 |
| 60 | 4-18-2022 Email, Overhead Sheets Review, CTRLISG00003849_0001 | 234 |
| 61 | 5-5-2022 Email, Safey Topics, CTRLISG00219844_001_002 | 238 |
| 62 | 7-20-2022 Email, Vehicle, Equipment, and Warehouse Inventory, CTRLISG00216807_001-0019 | 239 |
| 63 | 6-30-2022 Email, PPE List, CTRLISG00220131_0001 | 240 |
| 64 | 6-30-2022 Email, PPE List attachment | 247 |




MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          Pages 6..9
BEN HUFFMAN, 02/08/2024

Page 6

INDEX TO EXHIBITS CONTINUED

| Exhibit | Description | Page |
|---|---|---|
| 65 | 2-28-2023 Campbell Business Solutions Invoice, CTRLISG00188293_0001-0002 | 255 |
| 66 | 7-1-2022 Email, NDA, CTRLISG00221738_001-0002 with Non-Disclosure Agreement | 257 |
| 67 | 1-24-2023 Email, JB Group LLC Financial Statement 12-31-2022, CTRLISG00223271-0001 | 258 |
| 68 | 3-12-2023 Email, ████, ISG000006731_0001, ISG000006732_0001-0018 - MARKED AEO | 264 |
| 69 | ISG Who We Are Document, ISG000011432 - MARKED AEO | 265 |
| 70 | 9-12-2022 Email, Proforma Financials, CTRLISG00201365_0001 - MARKED AEO | 267 |
| 71 | 12-7-2022 Email, Call Follow-up, CTRLISG00207687_0001-0003 - MARKED AEO | 268 |
| 72 | 12-20-2022 Email, AP & AR Comparion Report 12-20-22, CTRLISG00218841_0001 - MARKED AEO | 269 |
| 73 | 1-24-2023 Email, iPhone, CTRLISG00260736_0001 | 270 |
| 74 | 2-15-2023 Email, ████████, CTRLISG00220253_0001 | 273 |

INDEX TO EXHIBITS CONTINUED

Page 7

| Exhibit | Description | Page |
|---|---|---|
| 75 | 3-1-2023 Email, 2023-3-1 Copy Edited ████.docx, CTRLISG00219287_0001 - MARKED AEO | 274 |
| 76 | 3-1-2023 Email, 2023-3-1 Copy Edited ████.docx, Attachment - MARKED AEO | 275 |
| 77 | 8-23-2023 Email, ISG000011144_0001, ISG0000011145_0001-0028, ISG000011173_0001-0017 - MARKED AEO | 281 |

Page 8

APPEARANCES:

Representing the Plaintiffs:
    JONES WALKER
    201 St. Charles Avenue
    New Orleans, LA 70170
    504-582-8000
    pkee@joneswalker.com
    BY:  P.J. KEE, ESQ.

Representing Infrastructure Solutions Group:
    DUANE MORRIS LLP
    30 South 17th Street
    Philadelphia, PA 19103
    215-979-1104
    shsutherland@duanemorris.com
    BY:  SHANNON HAMPTON SUTHERLAND, ESQ.

Representing David Heroman:
    KEEGAN, JUBAN, LOWE & ROBICHAUX, LLC
    5555 Hilton Avenue, Suite 205
    Baton Rouge, LA 70808
    225-364-3600
    anr@keeganjuban.com
    BY:  AMBER N. ROBICHAUX, ESQ.

Page 9

APPEARANCES CONTINUED:

Representing Ben Huffman:
    ROBERT BLANKENSHIP LLC
    10518 Kentshire Ct.
    Baton Rouge, LA 70810
    225-766-0200
    robert@blankenshipllc.com
    BY:  ROBERT L. BLANKENSHIP, ESQ.

Also Present:  JONES WALKER, LLP
               JACOB J. PRITT, ESQ.

               Jason Yates
               Matt Welborn

Reported by:
    Kimberly L. Gibney, CCR
    No. 2016010




MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 10..13
BEN HUFFMAN, 02/08/2024

Page 10

1          S T I P U L A T I O N
2
3     It is stipulated and agreed by and between
4  Counsel that the deposition of:
5
6     BEN HUFFMAN, on Thursday, February 8, 2024,
7  is hereby being taken under the Louisiana Code
8  of Civil Procedure for all purposes as permitted
9  under law.
10
11    The witness WAIVES the right to read and
12 sign the deposition.
13
14    The original is to be delivered to and
15 retained by P.J. KEE, ESQ., for proper filing
16 with the Clerk of Court.
17
18    All objections, except those as to the form
19 of the questions and/or the responsiveness of
20 the answers, are reserved until the time of the
21 trial of this cause.
22
23
24
25

Page 11

1                 BEN HUFFMAN
2  having been called as a witness, being duly
3      sworn, testified as follows:
4               EXAMINATION
5          (Commencing at 1:59 p.m.)
6  BY MR. KEE:
7     Q.    Mr. Huffman, you realize that you just
8  took an oath to tell the truth today?
9     A.    Yes.
10    Q.    And do you intend to tell the truth
11 today?
12    A.    Yes.
13    Q.    Okay.  Do you agree -- we took your
14 first deposition on March 27th of last year,
15 correct?
16    A.    Yes.
17    Q.    And do you agree that you were not
18 truthful during that first deposition?
19          MR. BLANKENSHIP:  Objection.
20    A.    Not necessarily.
21    Q.    I'm sorry?
22    A.    Not necessarily.
23    Q.    Were there certain things that you were
24 not truthful about during that deposition?
25    A.    Not that I recall.

Page 12

1     Q.    You don't recall being untruthful?
2     A.    Not that I recall.
3     Q.    Do you remember testifying that you did
4  not have access to MMR's timekeeping database
5  when you were building a timekeeping database
6  for ISG?
7     A.    I don't remember.
8     Q.    You don't remember what, that
9  testimony?
10    A.    Yes.  I don't remember.
11    Q.    Did you have a chance to review your
12 deposition transcript before today?
13    A.    Briefly.
14    Q.    Okay.  So is it your testimony today
15 that you were entirely truthful during your
16 first deposition?
17          MR. BLANKENSHIP:  Object to
18 form.
19    A.    I'd have to go back and look at
20 everything there.  I think I was.
21    Q.    Okay.  Do you remember the deposition
22 needing to be shut down?
23    A.    Yes.
24    Q.    Okay.  And what do you recall about
25 that?

Page 13

1     A.    It just got to a point that we had to
2  stop it.
3     Q.    Because a conflict arose?
4     A.    I believe.
5     Q.    Okay.  And that's because you had
6  changed your testimony about the MMR timekeeping
7  database?
8          MS. HAMPTON SUTHERLAND:
9  Objection to the form.
10    Q.    You can answer.
11    A.    Can you re-ask the question again,
12 please?
13    Q.    Sure.  And I said, And that's because
14 you had changed your testimony about the MMR
15 timekeeping database?
16          MS. HAMPTON SUTHERLAND:
17 Objection to the form.
18    A.    As far as the ending of it, correct.
19    Q.    Correct.  So now you do remember
20 changing your testimony about the MMR
21 timekeeping database?
22    A.    I remember the ending on that.
23    Q.    And you remember changing your testimony
24 about the MMR timekeeping database, correct?
25    A.    Correct.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al        Pages 14..17
BEN HUFFMAN, 02/08/2024

Page 14

1  Q.      Okay.  When I asked you just two minutes
2  ago, you said you did not recall.  How did you
3  all of a sudden remember that within two
4  minutes?  You said "I don't recall" a lot during
5  your first deposition.
6  A.      Um-huh.
7  Q.      Is that something that you do when you
8  don't really want to tell the full truth?
9              MR. BLANKENSHIP:  Object to
10 form.
11 A.      I don't know.
12 Q.      Huh?
13 A.      I don't know.
14 Q.      But you did recall that you had changed
15 your deposition testimony about the MMR
16 timekeeping database, correct?
17 A.      I don't remember the questions before
18 that, so I don't recall.
19 Q.      Do you recall --
20             MR. BLANKENSHIP:  You want to
21 show him the deposition testimony?
22             MR. KEE:  Not yet.
23 Q.      Do you recall testifying that you didn't
24 have access to any MMR information while at ISG
25 other than the green sheets and overhead top

Page 15

1  sheets?
2  A.      I don't remember the specific questions.
3  I remember going over multiple questions.
4  Q.      Who did you meet with to prepare for
5  your first deposition?
6  A.      We did a Zoom call with, I believe it
7  was, Shannon and Erin.
8  Q.      Okay.  Did anyone from ISG
9  participate?
10 A.      Jason.
11 Q.      Jason Yates?
12 A.      Yates, yeah.
13 Q.      Did you tell any of them that you had
14 the MMR timekeeping database on your ISG
15 computer?
16             MS. HAMPTON SUTHERLAND:  Asked
17 and answered.
18 Q.      You can answer.
19 A.      No.
20 Q.      You did not?
21 A.      No.
22 Q.      Were you asked that question?
23 A.      I don't recall.
24 Q.      Were you asked whether you had any MMR
25 information on your ISG computer?

Page 16

1              MS. HAMPTON SUTHERLAND:  To the
2  extent that you're asking him what was discussed
3  during what was then an attorney-client
4  privileged communication, we're not going to
5  allow him to answer those.
6              MR. KEE:  You're instructing him
7  not to answer that?
8              MS. HAMPTON SUTHERLAND:  I'm
9  instructing him not to disclose attorney-client
10 privileged communications.  Is that what you're
11 asking for?
12             MR. KEE:  Are you instructing
13 him not to answer?
14             MS. HAMPTON SUTHERLAND:  I'm
15 instructing him not to provide attorney-client
16 privileged communications.
17 BY MR. KEE:
18 Q.      After the deposition, did you talk to
19 anyone about your deposition testimony?
20 A.      No.
21 Q.      No one?
22 A.      No.
23 Q.      Didn't talk to Jason Yates about it?
24 A.      No.
25 Q.      So when it was disclosed during your

Page 17

1  first deposition that you, in fact, were using
2  an MMR timekeeping database to build a similar
3  one for ISG, it's your testimony that Jason
4  Yates never spoke to you about that testimony?
5  A.      No.  We didn't talk specifics of
6  testimony at all.  I was instructed not to talk
7  about the case until I got representation.
8  Q.      Okay.  Who instructed you this?
9  A.      Shannon and Erin.
10 Q.      Told you not to talk to anyone?
11 A.      Correct.
12 Q.      Okay.  So were you reprimanded for
13 having the MMR database on your ISG computer and
14 using it to build an ISG database?
15             MS. HAMPTON SUTHERLAND:
16 Objection to the form.
17 A.      By who?
18 Q.      Anyone.
19 A.      No.
20 Q.      No.  No reprimand from any management at
21 ISG?
22 A.      No.
23 Q.      They didn't even talk to you about it?
24 Is that your testimony?
25 A.      Correct.



Page 18

1  Q.    After your deposition, did anyone from
2  ISG ask you what else from MMR you might have on
3  your ISG computer?
4  A.    No.
5  Q.    Did anyone ask you from ISG whether you
6  had used MMR's information to build any, for
7  instance, databases or programs for ISG?
8  A.    No.
9  Q.    How about anyone from High Ground?
10 A.    No.
11 Q.    Has anyone asked you that question?
12 A.    No.
13 Q.    The answer to that question would have
14 been yes if they had have asked, correct?
15              MR. BLANKENSHIP:  Object to
16 form.
17 A.    Correct.
18 Q.    So you used MMR information to build
19 programs for ISG, correct?
20              MS. HAMPTON SUTHERLAND:
21 Objection to the form.
22 A.    No.  Like I say, I didn't use it to
23 build anything that I needed.
24 Q.    You used it -- you incorporated aspects
25 of things that you brought from MMR into

Page 19

1  databases or programs that you built for ISG?
2              MR. BLANKENSHIP:  Object to
3  form.
4              MS. HAMPTON SUTHERLAND:  Object
5  to the form.
6  A.    The things that I built for ISG, I built
7  for ISG.
8  Q.    But you didn't build it from scratch,
9  correct?
10             MR. BLANKENSHIP:  Let him finish
11 his answer.
12             MS. HAMPTON SUTHERLAND:  Hold
13 on.  Yeah, you cut him off.
14 Q.    You didn't build it from scratch,
15 correct?
16             MR. BLANKENSHIP:  Which one?
17 Q.    You did not build it from scratch,
18 correct?
19             MR. BLANKENSHIP:  Object to
20 form.
21 A.    Which one?  I'm sorry.
22 Q.    Let's talk about the job analysis
23 program that you built for ISG.  You did not
24 build that from scratch, correct?
25 A.    I don't recall using anything from MMR

Page 20

1  to build that.
2  Q.    So it's your testimony that you did not
3  use any job analysis -- database or job analysis
4  Excel sheet to build a similar program or
5  database for ISG?
6  A.    Not that I remember.
7  Q.    You do recall, though, that you brought
8  those things with you from MMR to ISG, correct?
9  A.    I don't remember what I had.
10 Q.    Okay.  You remember you had a flash
11 drive?
12 A.    No.  I don't recall.
13 Q.    On your first day you don't recall
14 plugging in a flash drive into your ISG computer
15 that contained MMR information?  Is that your
16 testimony?
17 A.    I don't recall.
18 Q.    Sitting here today, you do not recall
19 that?
20 A.    Correct.
21 Q.    ISG has retained a forensic expert to
22 help them in this case, correct?
23 A.    As far as I know, yes.
24 Q.    Okay.  You know what forensic does?
25 A.    Yes.

Page 21

1  Q.    You know your computer's been
2  forensically imaged?
3  A.    Yes.
4  Q.    You know it will tell you exactly when
5  flash drives were plugged into your ISG
6  computer, correct?
7  A.    Yes.
8  Q.    You looked at those forensic reports?
9  A.    No, I have not.
10 Q.    You have not?
11 A.    No.
12 Q.    Have you asked to look at those?
13 A.    No.
14 Q.    Do you not want to know what those
15 say?
16 A.    I just didn't ask.
17 Q.    You're a computer savvy guy, correct?
18 A.    I guess.
19 Q.    Well, I mean, you were kind of hired to
20 build these programs, these computer software
21 programs, correct?
22 A.    I guess.
23 Q.    I don't want you to guess.  Yes, you
24 were, correct?
25 A.    I was hired to do project controls.



Page 22

1  Q.    And that requires a certain
2  sophistication with computers, right?
3  A.    Yes.
4  Q.    Okay.  Coding language, correct?
5  A.    Yes.
6  Q.    Okay.  You're not going to dispute what
7  the forensic reports indicate happened on your
8  ISG computer, are you?
9              MS. HAMPTON SUTHERLAND:
10  Objection to the form.
11  A.    I would think not.
12  Q.    Okay.  You think you can trust the
13  forensic examiner that your company hired to
14  assist in this litigation, correct?
15              MS. HAMPTON SUTHERLAND:
16  Objection to the form.
17  A.    I would think so.
18  Q.    Thank you.
19          You do recall testifying that
20  you had the MMR database, the MMR timekeeping
21  database, on your ISG computer?
22  A.    I recall, yes.
23  Q.    And you know exactly how it got there,
24  correct?
25  A.    I don't remember exactly.

Page 23

1  Q.    It wasn't there when you -- when you
2  were handed that computer, it wasn't there for
3  you to look at, right?
4  A.    I don't recall.
5  Q.    So your testimony is that it may have
6  been -- is it your testimony that that
7  timekeeping database may have been on your ISG
8  computer before it was handed to you?
9  A.    I don't recall.
10  Q.    Okay.  So I brought a binder with the
11  previous exhibits.
12          MR. BLANKENSHIP:  Can I move
13  this back?
14          MR. KEE:  Sure.
15  Q.    So if you look at Exhibit 2, do you
16  recognize this document?
17  A.    Yes.
18  Q.    You remember we discussed it during your
19  first deposition?
20  A.    Yes.
21  Q.    Okay.  And this was a document that I
22  believe you testified you weren't sure if you
23  had actually typed the language yourself in
24  here, but you authorized it to be released, you
25  were supervising the release of this document,

Page 24

1  correct?
2  A.    Yes.
3  Q.    You do recall that?
4  A.    Yeah.  I recall that.
5          MR. BLANKENSHIP:  Speak up a
6  little bit.
7          THE WITNESS:  I'm sorry.
8  Q.    Look at page 2.  This is the table of
9  contents for the project controls plan for MMR,
10  correct?
11  A.    That's what it looks like, yes.
12  Q.    Okay.  And this lists the various
13  programs that were in place while you were
14  working at MMR?
15  A.    Yes.
16  Q.    And that you oversaw?
17  A.    Yes.
18  Q.    That you helped build?
19  A.    Yes.
20  Q.    Okay.  Which one of these programs here
21  was the one that you testified you had while
22  working at ISG?
23  A.    It was the timekeeping.
24  Q.    So if the timekeeping program -- so
25  that's 3.0?

Page 25

1  A.    Yeah.
2  Q.    Okay.  And that's on page 3 of this
3  control plan.  So if that indicates -- do you
4  see page 3?
5  A.    Yeah.
6  Q.    And it starts -- there's a -- it's
7  bolded, timekeeping program 3.0.  See that?
8  A.    Um-huh.
9  Q.    Okay.  And if I say that you stated
10  these things, would that be accurate, this was
11  you as the project controls director saying
12  these things about your programs, correct?
13          MR. BLANKENSHIP:  Object to
14  form.
15  Q.    So these words here --
16  A.    Um-huh.
17  Q.    -- are you comfortable with me saying
18  you are saying these things?
19          MS. HAMPTON SUTHERLAND:
20  Objection to form.
21          MR. BLANKENSHIP:  On the
22  exhibit?
23          MR. KEE:  Correct.
24  A.    I may not have drafted it, but --
25  Q.    I guess a better question is but you



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al        Pages 26..29
BEN HUFFMAN, 02/08/2024

Page 26

1  agree with what's written here?
2  A.    Yeah.
3  Q.    That's a yes, right?
4  A.    Yes.
5  Q.    And MMR uses a -- it says, "custom
6  database system." Do you see that?
7  A.    Um-huh.
8  Q.    Okay. And custom means that it's unique
9  to MMR, correct?
10  A.    In this case, yes.
11  Q.    So you couldn't go buy the timekeeping
12  program from the store --
13         MS. HAMPTON SUTHERLAND:
14  Objection to the form.
15  Q.    -- correct?
16  A.    Correct.
17  Q.    And you couldn't get it from anywhere
18  else other than being inside MMR, correct?
19  A.    Correct.
20  Q.    So ISG couldn't have put the MMR
21  timekeeping computer [SIC] on its computer
22  before it handed it to you, correct?
23         MR. BLANKENSHIP: Object to
24  form. You mean database?
25         MR. KEE: Yeah.

Page 27

1  A.    I don't know. Like I say, that database
2  was spread out amongst hundreds of devices at
3  MMR.
4  Q.    But not ISG, correct?
5         MR. BLANKENSHIP: Let him finish
6  his answer.
7  Q.    Not ISG?
8         MR. BLANKENSHIP: Let him finish
9  his answer.
10  A.    I don't know.
11  Q.    You know it wasn't on your computer
12  before you got there, correct?
13         MR. BLANKENSHIP: Object to
14  form.
15  A.    As far as I know.
16  Q.    As far as you know what?
17  A.    As far as I know. I don't know.
18  Q.    You don't know what? You're confusing.
19         MR. BLANKENSHIP: He doesn't
20  know if something was on his computer before he
21  got there. It wasn't there.
22  Q.    You know when that computer was handed
23  to you, it did not have the MMR timekeeping
24  database on it, correct?
25  A.    I don't recall.

Page 28

1  Q.    And I believe you testified you have not
2  been given access to the forensic reports from
3  your ISG computer?
4  A.    I have not seen them, no.
5  Q.    Okay. What did you do to prepare for
6  your deposition today?
7  A.    Met with my attorney.
8  Q.    Did you review any documents?
9  A.    Huh?
10  Q.    Did you review any documents?
11  A.    We reviewed some.
12  Q.    What documents?
13  A.    It was just a few various documents.
14  Like, on -- from his forensic side of it. We
15  didn't go through -- I didn't see the whole
16  reports.
17  Q.    So you did review forensic documents
18  like forensic reporting?
19  A.    Some reports that he pulled up and we
20  went through.
21  Q.    Okay. Was there reports --
22         MR. BLANKENSHIP: Documents
23  versus reports.
24  Q.    Were they Excel spreadsheets?
25  A.    I think a couple of them were.

Page 29

1  Q.    And it listed a lot of file paths?
2  A.    I believe so.
3  Q.    Indicating these were documents that you
4  had accessed while -- or from your ISG
5  computer?
6  A.    I think so.
7  Q.    Okay. So you did look at those
8  reports -- that report?
9  A.    Yes.
10         MR. BLANKENSHIP: P.J., just for
11  my clarification, "report" being what you sent
12  over like the list of those documents that were
13  responsive that y'all served, like after y'all
14  forensiced this computer? Is there not a
15  separate, like, actual report summarizing what
16  happened, it's just the list of responsive
17  documents?
18         MS. FONACIER: Let's go off the
19  record for a second.
20         (Discussion off the record.)
21         MR. BLANKENSHIP: So I can
22  clarify, P.J. We looked at the documents from
23  your remediation list. Not all of them, some of
24  them. That's what we did.
25  BY MR. KEE:



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          Pages 30..33
BEN HUFFMAN, 02/08/2024

Page 30

1   Q.      Okay.  So you have not seen an actual
2   forensic report from ISG's forensic examiner?
3   A.      No.
4   Q.      But you know that that exists,
5   correct?
6   A.      You're telling me it exists.
7   Q.      Is this the first time you're hearing
8   that?
9   A.      I mean, I assume that would be
10  something.
11  Q.      Okay.  So March 7, 2022, was your first
12  day of work at ISG, correct?
13  A.      That sounds about right.
14  Q.      Okay.  And that was the day they handed
15  you a -- was it a Surface Pro that you were
16  working on?
17  A.      That sounds right.
18  Q.      And ISG gave that to you or is that
19  something you brought in yourself?
20  A.      No.  They gave it to me.
21  Q.      Okay.  And they set up a user profile
22  for you.  It's F-O-L-E [SIC].  Is it foule?
23  A.      On that.  Foule, yeah.
24  Q.      Okay.  I'll represent to you that on the
25  forensic report, your user profile is f-o-u-l-e.

Page 31

1   A.      Okay.
2   Q.      Why would that be your user profile?
3   A.      I don't remember on that case there.
4   That was kind of -- that was initial setup, I
5   think, to get around setting up Windows or
6   something like that.
7   Q.      But foule, that's -- your personal email
8   address has that in it, correct?
9   A.      Yes.
10  Q.      So would that be why?
11  A.      It probably is if that's the case.
12  Q.      Okay.  Do you have your deposition
13  transcript right there?
14          MR. BLANKENSHIP:  Which one is
15  it?
16          MR. KEE:  The little binder.
17          MR. BLANKENSHIP:  Maybe
18  underneath yours.
19  Q.      Okay.  You see page 140 on the top left,
20  lines 10 and 11 there?
21          MR. BLANKENSHIP:  The
22  highlighted part?
23          MR. KEE:  Yes.  I'm just going
24  to read two lines.
25  Q.      I asked you, Where is the MMR database?

Page 32

1   Do you see that?
2   A.      Um-huh.
3   Q.      And then your answer is, On my ISG
4   computer.  Do you see that?
5   A.      I see that.
6   Q.      Okay.  And was that truthful testimony?
7   A.      As far as I know.
8   Q.      Okay.  Do you recall deleting that
9   database?
10  A.      I don't recall deleting anything, but.
11  Q.      So as far as you're concerned, the
12  forensic examination should have been able to
13  locate that database?
14  A.      As far as I know.
15  Q.      Okay.  Do you know how -- it was a
16  Surface Pro or Surface?
17  A.      Some type of Surface.
18  Q.      And that's a Microsoft computer?
19  A.      Yes.
20  Q.      Okay.  I'll just call it -- you okay if
21  I just call it the Surface for ease of
22  reference?
23  A.      Yes.
24  Q.      Do you know how the Surface Pro
25  interacted with One Drive, the ISG One Drive?

Page 33

1   A.      I'm not sure on the specifics.  I think
2   it's some type of sync with it.
3   Q.      And that's my question.  So if you
4   saved, for instance, a new document on the
5   desktop of the Surface, would that automatically
6   sync to the One Drive, or would you have to take
7   an additional step to have it appear on the One
8   Drive?
9   A.      As far as I know, it would have
10  synced.
11  Q.      So automatically?
12  A.      I believe so.
13  Q.      Okay.  And it's your understanding --
14  how does ISG -- ISG has Office 365 accounts for
15  its users, correct?
16  A.      Yes.
17  Q.      And it's the business side of Office?
18  A.      It's through Go Daddy.  I don't know the
19  specifics of it.
20  Q.      Okay.  So ISG pays per person, per
21  employee, who's getting access to an account?
22  A.      Um-huh.
23  Q.      Right?  A certain fee for all of the
24  applications associated with a 365 --
25  A.      Um-huh.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al        Pages 34..37
BEN HUFFMAN, 02/08/2024

Page 34

1  Q.    -- Office 356, correct?
2  A.    As far as I know, yes.
3  Q.    So that includes -- let's stick with
4  you, okay?  You would get Outlook, correct?
5  A.    Um-huh.
6  Q.    You would get an associated One Drive?
7  A.    Um-huh.
8  Q.    Would you get SharePoint?
9  A.    Never really used SharePoint but I would
10 assume so.
11 Q.    Are there any other -- you would get
12 Teams?
13 A.    Yes.
14 Q.    Do you use Teams?
15 A.    Sometimes.  Not much.
16 Q.    So the two you generally use are?
17 A.    Outlook.
18 Q.    Outlook and the One Drive.  And some of
19 that One Drive may be operating in the
20 background where you don't even need to do
21 anything --
22 A.    Correct.
23 Q.    -- to have it store to the One Drive
24 associated with your user profile, correct?
25 A.    Yes.

Page 35

1  Q.    And that would be stored -- you don't
2  have servers at ISG, physical servers,
3  correct?
4  A.    As far as I know, no, we do not.
5  Cloud --
6  Q.    So just say in the cloud, however
7  Microsoft --
8         MR. BLANKENSHIP:  Let him finish
9  his answer.
10        THE WITNESS:  I'm sorry.
11 Q.    However Microsoft keeps the Cloud, it
12 would be up in the Cloud somewhere, correct?
13 A.    Correct.
14 Q.    What was the title of the MMR
15 timekeeping database that you had on your ISG
16 computer?
17 A.    I don't recall.
18        MR. BLANKENSHIP:  The question
19 was whether he had access on the computer or?
20        MR. KEE:  Just asking for the
21 title of the MMR timekeeping database that was
22 on his ISG computer.
23        MR. BLANKENSHIP:  On the
24 computer, not access to it from the computer?
25        MR. KEE:  Yes.

Page 36

1  A.    I don't recall.
2  Q.    Would it have a file extension of
3  ACCDB?
4  A.    Possibly.
5  Q.    Or MDB?
6  A.    Yeah.  Something like that.
7  Q.    Okay.  I'm going to pull up for you --
8  and I'll share this.  And I'll mark it as --
9         I'll get this to you during the
10 break or if you want me to put it in the chat.
11 We can work on that.
12        I'm going to show you --
13        MS. HAMPTON SUTHERLAND:  We all
14 need to see it too.
15        MR. KEE:  I'm on the Zoom.
16        MS. HAMPTON SUTHERLAND:  We
17 can't be on the Zoom.  It's not going to --
18        MR. KEE:  I'm on Zoom.
19        MR. BLANKENSHIP:  You want to
20 plug it in?  Erin, can you show it up there, if
21 that helps?
22        MS. HAMPTON SUTHERLAND:  Again,
23 tell us what it is you're pulling up.
24        (Brief recess.)
25 Q.    This is going to be -- I'm going to mark

Page 37

1  this as Exhibit 23.  And I'll represent to you
2  that this is a copy of a forensic report issued
3  by Mr. Lee Whitfield relating to your -- to the
4  Surface computer that we've been discussing.
5         (Exhibit No. 23 marked for
6  identification.)
7         MS. HAMPTON SUTHERLAND:  Are you
8  going to pull it up, P.J.?
9         MR. BLANKENSHIP:  He doesn't
10 have access to that.
11        MS. HAMPTON SUTHERLAND:  Which
12 report?
13        MR. KEE:  The -- the one
14 relating to the Surface USB report.
15        MS. HAMPTON SUTHERLAND:  Okay.
16 There's highlighting on there.
17        MR. KEE:  Correct.  So what I
18 have done is I have highlighted things for
19 demonstrative purposes so it makes this
20 deposition easier, okay?
21        THE WITNESS:  Okay.
22        MS. HAMPTON SUTHERLAND:  Can you
23 send it to everybody so we can see what you have
24 highlighted 'cause we can't see what -- the
25 document you have, and it's not what we



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al        Pages 38..41
BEN HUFFMAN, 02/08/2024

Page 38

1  received.  So can you just email it?
2                  MR. KEE:  This is what you
3  received, it just has my highlights.
4                  MS. HAMPTON SUTHERLAND:  I can't
5  see where you're highlighting.
6                  MR. KEE:  Okay.  Time out.
7  Let's go off the record.
8                  (Brief recess.)
9  BY MR. KEE:
10  Q.      So, Mr. Huffman, while we were waiting,
11  I have sorted -- first of all, you know what
12  file paths are?
13  A.      Yes.
14  Q.      You can read this?
15  A.      Yes.
16  Q.      Is this something you deal with
17  regularly?
18  A.      Fairly common.
19  Q.      Okay.  I've sorted the file paths just
20  to search for anything that has DB in it, and
21  this is what comes up.  I'm going to give you
22  remote control, and I'm going to give you remote
23  control, and I'd like you to look through these
24  entries, these file paths, and identify for me
25  which one is the MMR timekeeping database.

Page 39

1                  You see the first entry?  I'll
2  just read the -- the file name is "job tracking
3  data, open paren, master, closed paren."
4  A.      I see that.
5  Q.      That's an MMR database, correct?
6  A.      I don't know.
7  Q.      What's that?
8  A.      I said I don't know.
9  Q.      Okay.  That was -- you see target
10  created here?  You see that column?
11  A.      Yes.
12  Q.      Created on 3/7/2022?
13  A.      Okay.
14  Q.      Okay.  You didn't create that for ISG on
15  your first day of work, correct?
16  A.      Obviously not.
17  Q.      So obviously that is a MMR database,
18  correct?
19                  MS. HAMPTON SUTHERLAND:
20  Objection to form.
21  Q.      Correct?
22  A.      It must be.
23  Q.      Okay.  And is that the timekeeping
24  database you testified about?
25  A.      No.

Page 40

1  Q.      Okay.  That's a different MMR database
2  you had on your ISG computer, correct?
3  A.      That's what that looks like.
4  Q.      Okay.  No one else could have put that
5  on your ISG computer other than you, correct?
6  A.      As far as I know.
7  Q.      Okay.  You know -- come on, you know
8  that you put that on your MMR -- put that on
9  your ISG computer, correct?
10                  MR. BLANKENSHIP:  Object to
11  form.
12  A.      As far as I know.
13  Q.      You recall doing that?
14  A.      Yes.
15  Q.      And that's not the only thing from MMR
16  that you put on your ISG computer, correct?
17                  MR. BLANKENSHIP:  Object to
18  form.
19  A.      Looking at the list, no.
20  Q.      Okay.  You remember putting a lot of MMR
21  documents on your ISG computer, correct?
22                  MR. BLANKENSHIP:  Object to
23  form.
24                  MS. HAMPTON SUTHERLAND:
25  Objection to form.

Page 41

1  A.      I see several.
2  Q.      But I'm asking you do you recall doing
3  that?  Now that you see these listings, do you
4  recall doing that?
5  A.      Yes.  Vaguely.
6  Q.      And you know exactly how you did it,
7  correct?
8                  MR. BLANKENSHIP:  Object to
9  form.
10  A.      I don't remember exactly how, but.
11  Q.      You remember generally how you did it,
12  correct?
13  A.      Yes.
14  Q.      Okay.  I'm going to scroll through, and
15  I want you to tell me -- so this is lines 23
16  through 70 right now.  Can you see that?
17                  MS. HAMPTON SUTHERLAND:  And,
18  P.J., you're going to give us a copy of this
19  document?
20                  MR. KEE:  Correct.
21                  MS. HAMPTON SUTHERLAND:  'Cause
22  you're sorted so the line numbers won't match
23  up.
24                  MR. KEE:  The lines stay the
25  same, it just filters out, right?  Is that how



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al        Pages 42..45
BEN HUFFMAN, 02/08/2024

Page 42

1  that works, Ben, when you filter, will they stay
2  the same?
3              THE WITNESS:  I believe so.
4  BY MR. KEE:
5  Q.      Okay.  So lines 23 through 70, these are
6  all MMR documents, correct?
7  A.      Looking at the modified or original
8  dates, I would say so.
9  Q.      I mean, you know -- no one at ISG gave
10 you an Access database, correct?
11 A.      Not that I recall.
12 Q.      Okay.  And before you got to ISG, no one
13 was using Access databases anywhere in the
14 company, correct?
15 A.      I do not know.
16 Q.      To the best of your knowledge, no one
17 was using Access databases at ISG before you got
18 there, correct?
19             MR. BLANKENSHIP:  Object to
20 form.  He answered.
21 A.      I don't know.
22 Q.      Huh?
23 A.      I don't know.
24 Q.      You don't know?
25 A.      No.  I don't know if they were using --

Page 43

1  Q.      You haven't -- since you've gotten
2  there, you have not seen anyone using -- any
3  evidence of anyone using an Access database
4  before you got to ISG, correct?
5              MR. BLANKENSHIP:  Is this a
6  different question?
7  Q.      Correct.
8              MR. BLANKENSHIP:  I mean, it's a
9  compound.
10 Q.      Do you understand that question?
11             MR. BLANKENSHIP:  No.
12             MR. KEE:  I'm not asking you,
13 I'm asking the deponent.
14             MR. BLANKENSHIP:  But you're
15 conflating current versus prior.  You said it
16 twice.
17 Q.      Okay.  Since you have been at ISG, you
18 have seen evidence that no one was using Access
19 databases before you got to ISG, correct?
20 A.      As far as anybody I've seen, no.
21 Q.      The only evidence you've seen is you
22 were the first person at ISG to use any Access
23 databases, correct?
24 A.      I guess.
25 Q.      So let's go to 71 through 81.  All MMR

Page 44

1  documents?
2  A.      From file paths, I would say so.  I'm
3  not sure.
4  Q.      The file paths that I have, do you see
5  that open paren, ID, with the string of numbers,
6  closed paren?
7  A.      Yes.
8  Q.      You know that that's an MMR document ID
9  number, correct?
10 A.      Oh, I did not know that.
11 Q.      ISG didn't have any document ID numbers
12 that were assigned to documents saved on its
13 system, correct?
14 A.      As far as I know.
15 Q.      Okay.  But you knew MMR does?
16 A.      I guess I did.  I mean . . .
17 Q.      Looking at this, it doesn't jog your
18 memory?
19             MR. BLANKENSHIP:  Let him finish
20 his answer, please.
21 A.      I assume they did.
22 Q.      Now that we've gone through some of
23 these, which one is the timekeeping database
24 that was MMR's?  And I can give you remote or if
25 you want to direct me if you don't see it on the

Page 45

1  23 through 68.
2              MR. BLANKENSHIP:  How about let
3  him look through, and he can tell you when to go
4  to the next batch.
5              MR. KEE:  Sure.
6  A.      I would think it would be No. 65.
7  Q.      Okay.  And 65 is timesheets, dash, I
8  guess, it's version, 8.0 --
9  A.      Yeah.
10 Q.      -- master, okay.  And how was it that
11 you started building -- like, I want to know the
12 actual mechanics.  How did you start building an
13 ISG database, timekeeping database?
14 A.      Timekeeping database?
15 Q.      Um-huh.
16 A.      Basically, just kind of started from --
17 from a blank database and then worked my way
18 through the forms similar in nature.
19 Q.      Okay.  So your testimony is you
20 didn't -- you didn't use an MMR database and
21 then just start editing to make it look like an
22 ISG database?
23 A.      From what I recall, I was -- I looked at
24 the ones, but I was creating it separate.
25 Q.      Okay.  And you were copying and pasting



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          Pages 46..49
BEN HUFFMAN, 02/08/2024

Page 46

1  language and code into the one that you're
2  saying you built from scratch?
3  A.      Pieces and parts.
4  Q.      Okay.  So in the database, the ISG
5  timekeeping database, you were pulling
6  information from the MMR timekeeping database
7  and dumping it into the ISG database, is that
8  your testimony?
9              MR. BLANKENSHIP:  Object to
10 form.
11 A.      From what I recall.
12 Q.      Okay.  So you are with the MMR -- with
13 the ISG timekeeping database that you were
14 building, it included MMR information in it,
15 correct?
16             MS. HAMPTON SUTHERLAND:
17 Objection to the form.
18 A.      Information that's in -- what
19 information?
20 Q.      Whatever you were copying from the MMR
21 database.
22 A.      The code.
23 Q.      It included code, correct?
24 A.      Yes, sir.
25 Q.      And code's how you make the database

Page 47

1  work, correct?
2  A.      Yes.
3  Q.      And nobody outside of MMR could get that
4  code, correct?
5  A.      As far as I know.
6  Q.      So you do recall actually
7  starting with the ISG timekeeping database, you
8  recall starting from a blank Access file?
9  A.      From what I remember, yes.
10 Q.      Okay.  What did you call that?
11 A.      I don't remember the exact name.  It
12 would have been something timekeeping.
13 Q.      ISG timekeeping?
14 A.      I guess.  I don't know.
15 Q.      Okay.  And it's your testimony -- well,
16 the MMR timekeeping database had the term MMR in
17 it, correct?
18 A.      Yes.
19 Q.      And it's your testimony you didn't
20 delete that?
21 A.      As far as I know.  I don't recall
22 deleting anything.
23 Q.      Do you recall you were forwarded a copy
24 of this lawsuit in April when it was filed?
25 A.      I don't recall.

Page 48

1  Q.      You don't recall Shawn Breeland
2  forwarding it to you?
3  A.      I don't recall.  I get hundreds of
4  emails every day.
5  Q.      This is an important email, correct?
6  A.      Yes.
7  Q.      It's not every day you're named in a
8  lawsuit, correct?
9              MS. HAMPTON SUTHERLAND:
10 Objection to the form.
11             MR. BLANKENSHIP:  Objection.
12 Form.
13 Q.      Correct?
14 A.      That's correct.
15 Q.      And you know that you were named in the
16 complaint?
17 A.      Yes.
18 Q.      Okay.  What efforts did you take to
19 ensure that nothing was -- nothing that you
20 brought from MMR and put on your ISG computer
21 was deleted?
22 A.      As far as I know, I don't think anything
23 got deleted.  I mean, I don't . . .
24 Q.      Now, when you were building the ISG
25 timekeeping database, were you testing it to

Page 49

1  see -- to make sure it was working?
2  A.      As I was going through it?
3  Q.      Um-huh.
4  A.      Yes.  More than likely.
5  Q.      Okay.  And one of the things that the
6  timekeeping database does well or some of the
7  things that the timekeeping database does well
8  or did well at MMR while you were there is
9  incorporated and explained in this Exhibit 2
10 controls plan, correct?
11 A.      Yes.
12 Q.      So if you look at Exhibit 2 -- and we're
13 on page 3 -- and I'll read it.  It says, "This
14 program allows for tracking of employee
15 attendants, work orders, areas worked,
16 equipment, vendor invoices, and billing
17 invoices."
18             You see that?
19 A.      Yes.
20 Q.      And if you flip the page until the 3.0
21 ends, these are all examples of some of the
22 reporting that can be generated from this
23 timekeeping database, correct?
24 A.      Yes.
25 Q.      And it's a very helpful tool, correct?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 50..53
BEN HUFFMAN, 02/08/2024

Page 50

1    MS. HAMPTON SUTHERLAND:
2  Objection to form.
3           MR. BLANKENSHIP:  Object to
4  form.
5  A.    Helpful in that it's just basic
6  reporting for jobs just in general in
7  association with time.
8  Q.    And it's helpful information to have --
9  being able to be pulled and generated into
10  reports, correct?
11           MR. BLANKENSHIP:  Object to
12  form.
13  A.    Yes.
14  Q.    Okay.  I'm going to hand you what I'm
15  marking as Exhibit 28 -- I'm sorry, 24.
16           (Exhibit No. 24 marked for
17  identification.)
18  Q.    Okay.  Do you recognize this document?
19  A.    Yes.
20  Q.    Okay.  And what generated this document?
21  A.    That timekeeping program.
22  Q.    The timekeeping program that you were
23  building for ISG?
24  A.    Yes.
25  Q.    Okay.  And this -- the top right, report

Page 51

1  description list.  This is, basically, generates
2  a listing of all the different types of
3  reporting that can be generated from the
4  timekeeping database, correct?
5  A.    Correct.
6  Q.    Now, if you go to the second page, you
7  see this ISG database.  One of the report
8  descriptions is MMR PO reports.
9  A.    Um-huh.
10  Q.    How is it that MMR PO reports would be
11  one of the reporting options for ISG?
12  A.    That would have been copied in the code.
13  Q.    So that's something that you copied from
14  the MMR database code and you put in the ISG
15  database?
16  A.    Um-huh.
17  Q.    Because if you look back at Exhibit 2,
18  Exhibit 2, page 8, some of the reporting is that
19  you can report from MMR PO, right?
20  A.    Yes.
21  Q.    So this is an example of you pulling in
22  code from the MMR database and including it in
23  your ISG database, right?
24           MR. BLANKENSHIP:  "This" being
25  this document or this one?

Page 52

1           MR. KEE:  The example in --
2           MR. BLANKENSHIP:  Exhibit 24?
3           MR. KEE:  Exhibit 24.
4  A.    Yes.
5  Q.    Now, the reason you were running this
6  report is you wanted to show people all the
7  capabilities that it had?
8           MR. BLANKENSHIP:  Object to
9  form.
10           MS. HAMPTON SUTHERLAND:
11  Objection to form.
12  A.    Weren't you talking about running the
13  report?
14  Q.    You ran the report March 17th, 2022?
15  See at the bottom?
16  A.    Okay.
17  Q.    You wanted to show everyone all the
18  capabilities that this timekeeping database had,
19  correct?
20  A.    I assume so.  That was when it was
21  run.
22  Q.    Okay.  And management knew you were
23  working on this timekeeping database, correct?
24  A.    I'm not sure what management knew.
25  Q.    Well, you talked to Jason Yates and

Page 53

1  Travis Dardenne about this, correct?
2  A.    I don't recall.
3  Q.    Is it your testimony that you just
4  printed this just for yourself to look at?
5  A.    I don't recall who I talked to about it
6  or if I talked to anybody about it.
7  Q.    You're not denying that you spoke to
8  them about it?
9  A.    I don't recall.
10  Q.    My question is, you're not denying that
11  you spoke to them about it?
12           MR. BLANKENSHIP:  Object to
13  form.
14  A.    I'm not denying it, but I don't
15  recall.
16  Q.    Okay.  All right.  The date of this
17  report is -- looks like it's March 17th, 2022,
18  correct?
19  A.    Yes.
20  Q.    Okay.  If we look back at Exhibit 23,
21  which I'm showing you on the screen.  All right.
22  I'm going to go to March 17th.  Bear with me.
23           Okay.  I sorted it by the color
24  lavender.  You see this?
25  A.    Um-huh.


is now

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 54..57
BEN HUFFMAN, 02/08/2024

Page 54

1  Q.    Now, on March 17th -- I'll just scroll
2  through.  Looks like you're accessing a lot of
3  reports that were generated from the timekeeping
4  database, correct?
5  A.    That's what it looks like.
6  Q.    I'll just scroll all the way down so you
7  can see.  This is the first time you're seeing
8  this?
9  A.    Yes.
10 Q.    This is the first time you're seeing
11 this spreadsheet?
12 A.    As far as I know.
13              This isn't what we looked at,
14 was it?
15              MR. BLANKENSHIP:  Yeah.
16 Q.    You're still looking at all these
17 reports?
18 A.    Yes.
19 Q.    Okay.  Now, why were you accessing or
20 why were you generating all of these reports on
21 the 17th?
22 A.    If I recall, just to make sure they were
23 working.
24 Q.    Okay.  And they were?
25 A.    From what I could tell.  I believe so.

Page 55

1  Q.    And then you reported back to Travis or
2  Jason Yates about the status of this testing
3  that you were doing, correct?
4  A.    I don't recall who I talked to.
5  Q.    You didn't just keep it to yourself, did
6  you?
7  A.    I don't recall.
8  Q.    Okay.  When you got your ISG computer,
9  was there -- what was the folder structure when
10 you got it?  You know, when you look at your
11 desktop, what folders were there for you?
12 A.    I don't recall exactly.  I know we got
13 set up on whatever their SharePoint or One Drive
14 was.  Other than that, I guess just the basic
15 folder structure.
16 Q.    But what do you recall?
17 A.    I mean, that's all I recall.
18 Q.    Just documents, a Documents folder?
19 A.    Something like that.
20 Q.    So if you look at Exhibit 23, so, for
21 instance, you see at line 12?
22 A.    Um-huh.
23 Q.    This folder BDa tools?
24 A.    Yes.
25 Q.    That's a folder you would have

Page 56

1  created?
2  A.    Yes.
3  Q.    Same for -- you see on line 19,
4  programs?
5  A.    Yes.
6  Q.    Folder you would have created?
7  A.    Yes.
8  Q.    Same with the folder timekeeping on line
9  20?
10 A.    Yes.
11 Q.    Same with line 21, forms?
12 A.    Yes.
13 Q.    And same on line 22, job analysis?
14 A.    Yes.
15 Q.    Okay.  You pulled those folders over
16 from a flash drive, correct?
17              MR. BLANKENSHIP:  Object to
18 form.
19 A.    I don't recall exactly.
20 Q.    Well, how was -- so you created -- so
21 this folder -- you see this file path here on 19
22 that ends with JA tracking master?
23 A.    Yeah.
24 Q.    You said -- you testified earlier it was
25 an MMR database or MMR Excel sheet?

Page 57

1  A.    Have we talked about that one?
2  Q.    Okay.  You don't disagree that that's an
3  MMR database or --
4  A.    I would need to see the file path.
5  Q.    -- MMR spreadsheet?
6              MR. BLANKENSHIP:  Let him finish
7  his question.
8  Q.    Do you agree that's an MMR Excel
9  spreadsheet?
10 A.    I see a file path.  I don't know what --
11 Q.    Okay.  The JA tracking master, you agree
12 that's an MMR Excel sheet, correct?
13 A.    I'd have to see the file.
14 Q.    Okay.  So this was created on your first
15 day of work, 3/7/22?  You see that?
16 A.    It looks like it.
17 Q.    Okay.  No one gave you a JA tracking
18 master at ISG, correct?
19 A.    No.
20 Q.    You didn't build one on your first day
21 on the job, correct?
22 A.    No.
23 Q.    So it was an MMR JA tracking master
24 Excel sheet, correct?
25 A.    I assume so.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al        Pages 58..61
BEN HUFFMAN, 02/08/2024

Page 58

1  Q.      You know so.  I mean, let's not be coy.
2               MR. BLANKENSHIP: Object to
3  form.  He said he'd know if he could see the
4  document.
5  Q.      You know by looking at this title and
6  the time it was put on the computer that you
7  didn't build it at ISG, correct?
8  A.      I assume so.
9  Q.      Okay.  But you do know that MMR was
10  using and had -- and may had access to it --
11  spreadsheets called JA tracking master, correct?
12  A.      Correct.
13  Q.      Okay.  And that was the template that
14  was to be used at MMR, correct?
15  A.      For JA for them?
16  Q.      Yes.
17  A.      Yes, I guess.
18  Q.      Okay.  And you know that that document
19  made its way to the ISG computer because you put
20  it there, correct?
21  A.      I assume so, yes.
22  Q.      No one else had access to your computer
23  on March 7th, 2022, correct?
24  A.      Not that I recall.
25  Q.      So the only way any of these documents

Page 59

1  could have gotten there is you put it there,
2  correct?
3  A.      Correct.
4               MR. BLANKENSHIP: Object to
5  form.
6  Q.      Okay.  On the VBA tools, you see that
7  folder?  VBA stands for Visual Basics for
8  Application, right?
9  A.      Yes.
10  Q.      And that is a computer coding language
11  that's used in Microsoft products, correct?
12  A.      Correct.
13  Q.      And you're proficient in VBA?
14  A.      I wouldn't say proficient, but I can get
15  around in it.
16  Q.      You use it?
17  A.      Yes.
18  Q.      Correct.  Okay.  I believe I asked you
19  about your awareness of the lawsuit.  Do you
20  remember that?
21  A.      Yes.
22  Q.      And being sent a copy of the complaint?
23  A.      I believe so, yes.
24  Q.      And you were aware that forensics were
25  being conducted on ISG computers, correct?

Page 60

1  A.      I assume so, yes.
2  Q.      Okay.  I'll pull up -- so I just
3  searched "forensics." And on line 677, you see
4  here?
5  A.      Um-huh.
6  Q.      Okay.  This is your user profile One
7  Drive on the One Drive account here.  See this
8  forensic protocol devices?
9  A.      Um-huh.
10  Q.      Okay.  You put this document on the One
11  Drive, correct?
12  A.      I would assume so if it's there.
13  Q.      And so were you involved in
14  collecting computers for a forensic examination?
15  A.      No.  I was not involved in that.  I'm
16  trying to remember what that was for, whether
17  that was just a -- I forget what that was for.
18  Q.      So you have no recollection of why you
19  have the forensic protocol devices document on
20  your ISG computer or One Drive?
21  A.      I don't recall.
22  Q.      Okay.  But you were aware that forensics
23  were being done, correct?
24  A.      Yes.
25  Q.      Okay.  And you were aware that forensics

Page 61

1  was being done to go locate MMR documents on ISG
2  devices, correct?
3  A.      Correct.
4  Q.      And at this time you also knew that MMR
5  documents were on your ISG computer, correct?
6               MR. BLANKENSHIP: Object to
7  form.
8  A.      Correct.
9  Q.      You also knew MMR documents were on One
10  Drive, correct?
11  A.      Correct.
12  Q.      And you knew that because you yourself
13  put them there, correct?
14               MR. BLANKENSHIP: Object to
15  form.
16  A.      Correct.
17  Q.      And it's your testimony you didn't tell
18  one person that, hey, since you're looking for
19  MMR documents, you should also look in my
20  computer?
21               MR. BLANKENSHIP: Object to
22  form.
23  A.      Can you restate, I'm sorry?
24  Q.      Sure.  Is it your testimony that you
25  didn't tell one person that they should be



Page 62

1  looking at your computer and within your One
2  Drive account because you had stored MMR
3  documents there?
4  A.    I don't recall.
5  Q.    Did you tell anyone?
6  A.    I don't recall if I did or not.
7  Q.    When you were looking at this forensic
8  protocol devices, did you alert anyone --
9              MR. BLANKENSHIP:  Object to
10  form.
11  Q.    -- that you also had MMR documents on
12  your ISG computer?
13              MR. BLANKENSHIP:  Hold on. Hold
14  on. He had not testified that he looked at the
15  forensic protocol.  He hasn't testified that he
16  looked at it.
17  Q.    How else would -- do you agree with your
18  forensic report that you opened -- you
19  opened/access -- see here, last opened, access.
20  You see that?  See that column?
21  A.    Um-huh.
22  Q.    Okay.  What's the date?
23  A.    5/16.
24  Q.    And what's the file that you
25  opened/accessed?

Page 63

1  A.    It says forensic protocol devices.
2  Q.    Okay.  So on that date you're not
3  disputing that you either opened or accessed
4  that file, correct?
5  A.    For that computer, no, I'm not disputing
6  that.
7  Q.    Okay.  So back to my question.  Do you
8  recall it?
9  A.    Recall informing them or recall
10  opening --
11  Q.    Informing anyone at ISG that you too had
12  a computer with MMR documents on it?
13  A.    I don't recall.  I don't recall
14  informing anybody.
15  Q.    But you did know that that is indeed
16  true, that you those documents on your ISG
17  computer?
18  A.    Yes.
19  Q.    I'm going to show you what I'm marking
20  as 25.
21          (Exhibit No. 25 marked for
22  identification.)
23              And I'll represent to you that
24  this is a copy of the injunction that was issued
25  four days after you opened or accessed the

Page 64

1  forensic protocol devices.  Do you see that?
2  A.    Okay.
3  Q.    5/20, do you see that?
4  A.    Yes.
5  Q.    And you've seen this before, correct?
6  A.    Was that that email?
7  Q.    At any point since 5/20/2022, have you
8  seen this document?
9  A.    I would assume so.  I'm not sure.
10  Q.    And do you see here where it says
11  starting at "it is further ordered" in bold?
12  A.    Yes.
13  Q.    Okay.  "That a preliminary injunction be
14  and is hereby entered, enjoining and prohibiting
15  defendants and those persons or entities in
16  active concert or participation with them."
17  Okay?  So do you see defendants is your
18  employer, correct?
19  A.    Yeah.
20  Q.    That is one of the defendants, correct?
21  A.    Um-huh.
22  Q.    And are you acting in concert or
23  participation with your employer?
24  A.    What do you mean by that?
25  Q.    Can you read that?  "Those persons or

Page 65

1  entities in active concert or participation
2  with."  Do you agree that includes that?
3  A.    Yes.
4  Q.    Some of the things that you are
5  prohibited from doing is using MMR's trade
6  secrets and confidential business information,
7  right?
8  A.    Yes.
9              MR. BLANKENSHIP:  I'm sorry,
10  which one are you reading from at the top?
11              MR. KEE:  Page 2.
12              MR. BLANKENSHIP:  Paragraph 1?
13              MR. KEE:  Yes.
14  Q.    "That reside on any electronic storage
15  devices, storage device, cloud-based file
16  repository or file-sharing account and/or email
17  account used by Mr. Heroman or any other former
18  MMR employee that now works for ISG."
19              That includes you, correct?
20  A.    (Indicating.)
21  Q.    "During their employment with MMR or in
22  their possession, custody, or control during his
23  employment with MMR or in his possession,
24  custody, or control."  Okay?  You're also
25  prohibited from, and so is ISG, from accessing,



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          Pages 66..69
BEN HUFFMAN, 02/08/2024

Page 66

1  studying, or copying MMR's trade secrets,
2  right?
3  A.     Right.
4  Q.     And then if you go down to 4, "failing
5  to return." Do you see that?
6  A.     Okay.
7  Q.     How is it you're keeping MMR information
8  on your ISG computer in compliance with this
9  injunction?
10         MR. BLANKENSHIP: Object to
11 form.
12             MS. HAMPTON SUTHERLAND:
13 Objection to the form and calls for a legal
14 conclusion. You're -- also not read the entire
15 paragraph.
16 Q.     You can answer.
17             MS. HAMPTON SUTHERLAND: You're
18 missing words.
19 A.     I'm not sure the question. Can you
20 repeat or rephrase?
21 Q.     Do you know what compliance -- I just
22 told you the things you can't do, right?
23 A.     Um-huh.
24 Q.     Do you agree that keeping MMR
25 information on your ISG computer and not telling

Page 67

1  anyone is in compliance with this injunction?
2             MS. HAMPTON SUTHERLAND:
3  Objection. Calls for a legal conclusion. And
4  when you say "you told him what he can't do,"
5  you didn't tell him what the actual order says.
6             MR. KEE: Shannon, just form
7  will work.
8             You can answer.
9  A.     I mean, compliance, I don't know. I
10 mean, it's -- when they did the forensics, I
11 thought the One Drive captured everything. I
12 didn't think it was separate.
13 Q.     So it was your understanding and
14 communication with whom that they were imaging
15 your One Drive?
16 A.     I mean, I thought the image was of the
17 entire One Drive.
18 Q.     Who told you that?
19 A.     It would have either been Jason or
20 Shawn.
21 Q.     Okay. So you did have communications
22 about forensics that were happening with either
23 Shawn Breeland or Jason Yates?
24 A.     Yes.
25 Q.     And they told you that your information

Page 68

1  was being imaged?
2  A.     I assumed it. I don't know whether it
3  was specific to that. I just know they were
4  imaging all the share drive and everything.
5  Q.     But not your computer, correct?
6  A.     But my computer was connected to One
7  Drive. So that was my assumption, that it was
8  tied to that.
9  Q.     Okay. And having looked at this
10 injunction about prohibiting you from using
11 information, do you think this injunction allows
12 ISG to copy or take MMR information, dump it
13 into an ISG document?
14         MR. BLANKENSHIP: Object to
15 form.
16             MS. HAMPTON SUTHERLAND:
17 Objection to the form.
18 A.     I would say not.
19 Q.     You're prohibited from doing that,
20 correct?
21             MR. BLANKENSHIP: Object to
22 form.
23 A.     I would say so.
24 Q.     And you know ISG is doing exactly that,
25 correct?

Page 69

1             MS. HAMPTON SUTHERLAND:
2  Objection to the form. Frame.
3  A.     Can you specify?
4  Q.     Today, you know ISG is currently doing
5  that?
6             MR. BLANKENSHIP: Like, doing it
7  right now?
8             MR. KEE: Correct.
9  Q.     You know people are estimating, right?
10 A.     People are estimating, yes.
11 Q.     Right now, today, correct?
12 A.     To do what? Can you specify the
13 question?
14 Q.     ISG estimators are estimating jobs
15 today, correct?
16 A.     ISG estimators are estimating jobs
17 today, yes.
18 Q.     Okay. And they're using tools that you
19 helped build, correct?
20 A.     Yes.
21 Q.     And you helped build those tools by
22 taking information from green sheets that belong
23 to MMR and overhead top sheets that belong to
24 MMR and putting them into Excel sheets that are
25 now titled labor and material sheets or overhead



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al      Pages 70..73
BEN HUFFMAN, 02/08/2024

Page 70

1  top sheets of ISG, correct?
2              MR. BLANKENSHIP:  Object to
3  form.
4      A.    I built the sheets with interaction of
5  Jason and Travis and Kasey Kraft as well as far
6  as how they wanted them.  Outside of that --
7      Q.    No, no.  My question's very simple.
8  Let's stick with the green sheets --
9      A.    Okay.
10     Q.    -- what you're now -- ISG's calling
11 labor and material sheets, okay?
12     A.    Um-huh.
13     Q.    You were instrumental in building those
14 labor and material sheets, correct?
15     A.    Correct.
16     Q.    And you took or copied information from
17 the MMR green sheets and put them in the labor
18 and material sheets, correct?
19     A.    I did not copy anything from their green
20 sheets to the labor and material sheets.  I
21 built the forms and the look-ups for Jason,
22 Travis, and Kasey.
23     Q.    Okay.  You know that there is
24 information in the labor and material sheets of
25 ISG that is identical to the information that

Page 71

1  was in the MMR green sheets, correct?
2      A.    I assume so.
3              MS. HAMPTON SUTHERLAND:
4  Objection to form.
5      Q.    You know so, correct?
6      A.    I said I would assume so.  I haven't
7  seen them.
8      Q.    And you know currently those labor and
9  material sheets that include the information
10 that were taken or copied from the MMR green
11 sheets are being used today?
12             MS. HAMPTON SUTHERLAND:
13 Objection to the form.
14     Q.    Correct?
15     A.    The labor and material sheets are being
16 used.
17     Q.    Okay.  With that information that was
18 taken from the MMR green sheets, correct?
19     A.    I do not know that, the information that
20 is in them.  I don't use them.
21     Q.    Okay.  But the ones that you were
22 involved in in building and that were approved
23 as the template, correct?  You built a
24 template?
25     A.    Yes.

Page 72

1      Q.    Okay.  And that was approved by Jason
2  Yates, correct?
3      A.    I believe it was Travis.
4      Q.    It was approved by Travis, correct?
5      A.    Yes.
6      Q.    That included information that came
7  directly from the MMR green sheets, correct?
8      A.    I don't know.  I don't know what they
9  put in that.  Like I say, I built the
10 template.
11     Q.    The database in the green sheets, right?
12     A.    Yes.
13     Q.    Is identical to the database that is in
14 the labor and material sheets, correct?
15     A.    The database there, as far as I know,
16 the rates and everything come from the NECA
17 books that can be purchased from anywhere
18 online.
19     Q.    Okay.  Who told you that?
20     A.    That's from Travis and Kasey.
21     Q.    Okay.  But how did the database make it
22 from the MMR green sheet to the labor and
23 material sheet that you built?
24     A.    It's just like I say, the template.  I
25 don't know if information matches exactly or

Page 73

1  not.  I gave it to them.
2      Q.    No, no.  But you gave it to them with
3  the database already there, correct?
4      A.    Not that I recall.  They populated that
5  from what I remember.
6      Q.    When did they populate it?
7      A.    I don't recall.
8      Q.    Okay.  We've got the email traffic.
9  We're going to go through it.
10     A.    Okay.  I mean, I don't recall.
11     Q.    Okay.  But you do recall that it is the
12 same database?
13     A.    It's similar.
14     Q.    Okay.  What's different about it?  What
15 do you recall being different?
16     A.    I don't recall.
17     Q.    Tell me one difference.
18     A.    Some of the formatting.
19     Q.    Besides esthetic look.
20     A.    I don't know.
21     Q.    You don't know?
22     A.    No.
23     Q.    You can't name one difference besides
24 the esthetic?
25             MR. BLANKENSHIP:  Objection to



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 74..77
BEN HUFFMAN, 02/08/2024

Page 74

1  form.
2  A.    Some of the sheets, I believe.  It's
3  been a while since I've looked at it.
4  Q.    Because you don't use those sheets?
5  A.    No, I do not.
6  Q.    Okay.  If you look at your deposition,
7  previous deposition -- do you have that
8  transcript?  I'm looking at page 9.
9            MR. BLANKENSHIP:  I'm sorry,
10  P.J., what's the page again?
11            MR. KEE:  Page 9.
12  A.    The highlighted piece, is that what
13  you're referring to?
14  Q.    Starting on line 13.
15  A.    Okay.
16  Q.    Question, "You know that ISG has used
17  MMR information?"  Your answer was yes.
18  A.    Yes.
19  Q.    And I said, "What information do you
20  know that ISG has used?"  And you answered,
21  "Green sheets."  Right?
22  A.    Yes.
23  Q.    And then if you go over to page 11 --
24  A.    Okay.
25  Q.    -- line 7, I say -- I ask you, "Since

Page 75

1  working at ISG, have you seen any other MMR
2  information or documents other than those green
3  sheets and overhead sheets?"  And what did you
4  say?  "Not that I recall."
5            That testimony could not have
6  been true, correct?
7            MR. BLANKENSHIP:  Object to
8  form.
9  A.    I didn't recall at the time.
10  Q.    You didn't recall having all those
11  databases that we looked at?
12            MR. BLANKENSHIP:  Object to
13  form.
14  A.    Okay.
15  Q.    That was not truthful testimony?
16            MR. BLANKENSHIP:  Object to
17  form.
18  Q.    Correct?
19  A.    That's what it looks like.  I'm sorry.
20  Q.    I don't want you to have to apologize.
21  I just want to get the truth.  We're here to
22  just tell the truth.  There's no -- that's it.
23  A.    Yeah.
24  Q.    We need to have a clean record.  We're
25  trying to get facts.  That's all we want is the

Page 76

1  truth.  That's your only job --
2  A.    Yeah.
3  Q.    -- is to tell the truth?
4  A.    Yeah.
5  Q.    So sitting here today, what information
6  of MMR's did you have -- have you had access to
7  since working for ISG?
8  A.    Specifically?
9  Q.    Yes.  I want specifics.
10  A.    Judging from the list here, timekeeping,
11  a job analysis, green sheets, overhead sheets.
12  Q.    So estimating tools?
13            MS. HAMPTON SUTHERLAND:
14  Objection to the form.
15  A.    I guess.
16  Q.    That's what the green sheets are, right,
17  and overhead top sheets, is estimating tools?
18  A.    Yes.
19  Q.    And I think you said there's some
20  project controls documents that you had access
21  to?
22  A.    That's what it looks like.
23  Q.    And that was MMR's job analysis sheet?
24  A.    That's what it looks like.
25            MR. BLANKENSHIP:  Just for the

Page 77

1  record, he's looking at your list you have.  So
2  the record knows, he's looking at the record you
3  have.  It's not up there, but your kind of
4  cultivated list.  When he's saying -- he's
5  referencing looking at the list.
6  Q.    This is ISG's forensic examiner's
7  forensic report.  Is that what you're talking
8  about?
9            MS. HAMPTON SUTHERLAND:
10  Objection to the form.
11  Q.    Is that what you're referring to?
12            MR. BLANKENSHIP:  Yeah.  When
13  you were asking for specifics, he's looking at
14  the list.
15  Q.    You're looking at Exhibit 23 is what
16  you're trying to clarify?
17  A.    Yes.  The spreadsheets, that's all.
18  Q.    Okay.  We don't need to -- I don't want
19  to distract you.
20            So you said estimating tools,
21  which included the MMR's green sheets and
22  overhead top sheets, then some MMR project
23  controls documents, including the job analysis?
24  A.    Yes.
25  Q.    What do you call it, the job analysis



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 78..81
BEN HUFFMAN, 02/08/2024

Page 78

1  program?
2  A.      I believe it's just called job
3  analysis.
4  Q.      Job analysis.  But is it a database?
5  A.      No.
6  Q.      It's just called job analysis?
7  A.      Yes.
8  Q.      Okay.  What else?
9  A.      Timekeeping.
10  Q.      Timekeeping.  And is that a project
11  controls --
12  A.      Yes.
13  Q.      -- document?  Okay.  Anything else?
14  A.      That's what I can remember.
15  Q.      How about MMR's commercial terms and
16  clarifications?
17  A.      I don't recall that one.
18  Q.      No one ever provided that to you?
19  A.      Not that I know of.
20  Q.      What is -- what about the MMR's job
21  tracking database?
22  A.      That may be one as well.  I'm sorry.
23  Q.      That's one as well?
24  A.      I think so.  I saw it in this.
25  Q.      Okay.  If you look at -- if you look at

Page 79

1  Exhibit 2 --
2              MR. BLANKENSHIP:  After this
3  line, can we take a quick break?
4              MR. KEE:  Sure.
5  A.      Exhibit 2.
6  Q.      Exhibit 2, do you see, if we go to the
7  page 2, the table of contents?
8  A.      Yes.
9  Q.      Where would job -- the job tracking
10  database fall into?
11  A.      This is older.  It would kind of
12  incorporate the last three items, cabling
13  conduit schedule, instrument bubble sheets,
14  equipment tracking.
15  Q.      Okay.  So just to clarify what you just
16  said, and then we can take a break.
17  A.      Okay.
18  Q.      6, 7, and 8 on the table of contents of
19  Exhibit 2 --
20  A.      I believe that's what that incorporates
21  from what I remember.
22  Q.      Okay.  So let me just clarify and then
23  you can answer, you know, yes or no.
24              So 6, 7, and 8 at the time of
25  this document was called the cable and conduit

Page 80

1  schedule program was 6.  7 was the instrument
2  bubble sheets programs, that's 7.  And 8 is the
3  equipment tracking program.  And I believe your
4  testimony is that the job-tracking program or
5  database basically became the catch-all for all
6  three of those?  Is that right?
7  A.      Correct.
8  Q.      Okay.
9              (Brief recess.)
10  BY MR. KEE:
11  Q.      Let me show you what I'm marking as
12  Exhibit 26.
13              (Exhibit No. 26 marked for
14  identification.)
15              Okay.  Have you reviewed the
16  email?
17              MR. BLANKENSHIP:  You want him
18  to go through the whole thing?
19  Q.      It's short.  It starts on the second
20  page and goes up.
21              MR. BLANKENSHIP:  So start
22  there.
23  Q.      My first question, who's -- is it Trevor
24  Besse or Trevor Besse?
25  A.      Besse is how I believe you pronounce it.

Page 81

1              MR. BLANKENSHIP:  P.J., we're on
2  the second page from Kasey?  Which one are you
3  looking at?
4              MR. KEE:  Just the first one.
5  Q.      I was wondering who Trevor Besse is.
6  A.      Trevor Besse is no longer employed with
7  us.  He was the DOT estimator.
8  Q.      Was he a former MMR employee?
9  A.      No.
10  Q.      He came from Diamond?
11  A.      I think that's where he came from.
12  Q.      Do you know where he is now?
13  A.      I do not.
14  Q.      And it looks like he sends or you ask
15  him -- I'll just go all the way back.  Kasey
16  Kraft on February -- on April 11th asked
17  Jason, Travis, and you for ISG's letterhead and
18  clarifications that y'all are using, correct?
19  A.      Yes.
20  Q.      Okay.  Did you have -- is that anything
21  you had?  You don't really work with
22  clarifications --
23  A.      I really don't work with that stuff.
24              MR. BLANKENSHIP:  Let him finish
25  his question.

 is now **LEXITAS**™

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 82..85
BEN HUFFMAN, 02/08/2024

Page 82

1    THE WITNESS: I'm sorry.
2    Q.    In your position, you don't really work
3    with commercial terms or clarifications,
4    correct?
5    A.    Correct.
6    Q.    Okay. That's something that's put into
7    proposals?
8    A.    As far as I know, yes.
9    Q.    And so -- and that's why you ask Trevor,
10   because he was in estimating at ISG?
11   A.    Yes.
12   Q.    And he sent you the proposals that start
13   on . . .
14   A.    The third page.
15   Q.    The third page, correct. Is that
16   accurate?
17   A.    That's what it looks like, yes.
18   Q.    Now, are you aware that these
19   clarifications are based on ordinarily identical
20   to MMR's clarifications?
21             MS. HAMPTON SUTHERLAND:
22   Objection to the form.
23   A.    Not really, no.
24   Q.    I'm going to show you --
25             MR. BLANKENSHIP: Done with that

Page 83

1    one, P.J.?
2    Q.    I'm showing you what I'm marking as
3    Exhibit 27.
4             (Exhibit No. 27 marked for
5    identification.)
6             Do you remember receiving that
7    email?
8    A.    I don't remember specifically receiving
9    it, but I can see the email.
10             MR. BLANKENSHIP: I'm sorry. I
11   missed 26. This is 25, and then this is 27.
12   Did you skip one?
13             MR. KEE: I'm on Exhibit 27.
14   Okay.
15   Q.    So looks like he also responded again to
16   your April 11th letter -- email where you asked
17   him, "Do you have the clarifications?"
18   A.    Um-huh.
19   Q.    Okay. And he says to you, "Come get
20   with me for more clarifications."
21             You see that?
22   A.    I do.
23   Q.    Okay. I'm going to show you what I'm
24   marking as Exhibit 28.
25             (Exhibit No. 28 marked for

Page 84

1    identification.)
2             Do you see this?
3    A.    (Indicating.)
4    Q.    This was a document on your -- that was
5    produced from your computer.
6    A.    Okay.
7    Q.    Do you see these are commercial terms?
8    A.    Yes.
9    Q.    And are you aware that these are MMR's
10   commercial terms?
11             MS. HAMPTON SUTHERLAND:
12   Objection to the form.
13   A.    No. I never fooled with them.
14   Q.    Okay. You would have no basis, though,
15   to deny that these are basically identical --
16   MMR'S commercial terms?
17             MS. HAMPTON SUTHERLAND:
18   Objection to the form.
19   A.    I wouldn't know 'cause I've never seen
20   either one.
21   Q.    Okay. Let's go back to Exhibit 27. So
22   he says, "Come get with me for more
23   clarifications." He then -- second sentence, "I
24   have some things I'm not supposed to have."
25             Do you see that?

Page 85

1    A.    I do.
2    Q.    Okay. And the things he's not supposed
3    to have are MMR documents, correct?
4             MR. BLANKENSHIP: Object to
5    form.
6             MS. HAMPTON SUTHERLAND:
7    Objection to the form.
8    A.    I don't know. I don't remember the
9    context of it.
10   Q.    Do you remember going to get with him?
11   A.    I do not. I mean, that was almost two
12   years ago.
13   Q.    Okay. Do you remember Trevor -- was
14   Trevor Besse kind of a guy that would joke
15   around?
16   A.    I mean, I guess. I didn't know him that
17   well.
18   Q.    Was he light? I mean, was he somebody
19   that -- quick to make jokes?
20   A.    I guess.
21   Q.    Okay. How closely did you work with
22   him?
23   A.    Not very close. I mean, periodically.
24   Q.    How about the first month or so that you
25   were on the job?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          Pages 86..89
BEN HUFFMAN, 02/08/2024

Page 86

1  A.      A fair amount.  I mean, just trying to
2  see what he was doing on the estimating side.
3  Q.      Okay.  And you all were working kind of
4  closely together at the office, ISG office?
5  A.      Yes.  In the same building.
6  Q.      And also at the same time that this
7  lawsuit was filed?
8  A.      I believe that was around that time.
9  Q.      Okay.  Did you ever hear him joking
10 about a computer he had access to that had MMR
11 information all over it?
12 A.      I don't remember that, no.
13 Q.      Never heard him talk about that?
14 A.      I don't recall, no.
15 Q.      You ever heard him talking about having
16 access to an old spare computer?
17 A.      I don't recall that, no.
18 Q.      Okay.  Is there an old spare computer at
19 ISG's office?
20 A.      I don't know.
21 Q.      You have a controller function, correct?
22 A.      Yes.
23 Q.      Okay.  So your job duties -- you have --
24 project controls falls under your
25 responsibilities?

Page 87

1  A.      Essentially, yes.
2  Q.      And also you're a controller?
3  A.      Yes.  To a degree.
4  Q.      In that role, you're responsible for
5  overseeing accounts payable?
6  A.      Yes.
7  Q.      Accounts receivable?
8  A.      Yes.
9  Q.      Cash flow?
10 A.      Yes.
11 Q.      Okay.  Accounts payable, you're
12 responsible for paying, for instance, the
13 Microsoft 365 --
14 A.      Yes.
15 Q.      -- account?
16 A.      Yes.
17 Q.      Are those subscriptions yearly or are
18 they monthly?
19 A.      It depends on how they purchased it.
20 You get a discount if you do it yearly.  It's
21 done via credit card, so it's just through a
22 credit card transaction.
23 Q.      Let me show you what I'm marking as 29.
24         (Exhibit No. 29 marked for
25 identification.)

Page 88

1               Who's Dan Howell?
2  A.      He's an employee at ISG.
3  Q.      I am going to pull up the -- because
4  it's an Excel document.
5  A.      Okay.
6  Q.      All right.  So this is the attachment to
7  the email that we just saw.
8  A.      Um-huh.
9  Q.      Did you put this together, this
10 spreadsheet, of looks like computers?
11 A.      Yes.
12 Q.      Okay.  And you have -- according to your
13 account, there are 44 computers?
14 A.      Yes.  However, that was -- looks like
15 that was an old document.  And I turned that
16 over once I started doing controller stuff.
17 Q.      Okay.  But as of September 23rd, 2022?
18 A.      Is that the date that's on it, on the
19 document?
20 Q.      That was the email.
21 A.      That was the email, okay.
22 Q.      And so this was attached.
23 A.      That would have been --
24 Q.      As of September 23rd, 2022, there were
25 44 computers at ISG?

Page 89

1  A.      That's what it looks like, yes.
2  Q.      And included in those computers at ISG
3  is a computer of Shawn Breeland, correct?
4  A.      Yes.
5  Q.      Also, do you see here on line 37, old
6  spare?  What's on the old spare?
7  A.      I don't remember what that one was.
8  Q.      Who had access to it?
9  A.      I don't remember.  I don't know who
10 would have had access to it.  I was just asked
11 to compile a list.
12 Q.      Okay.  And this was in your controller
13 role?
14 A.      That was before I went into the
15 controller role.
16 Q.      But it was important to track this
17 accurately --
18 A.      Just to get an idea --
19         MR. BLANKENSHIP:  Let him
20 finish.
21         THE WITNESS:  I'm sorry.
22         MR. KEE:  That's all right.
23 Q.      It was important to get an accurate
24 accounting and inventory of the computers at
25 ISG?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al      Pages 90..93
BEN HUFFMAN, 02/08/2024

Page 90

1   A.      Yes.
2   Q.      And that's because you were buying --
3   you were paying for Business 365 for these
4   folks, correct?
5   A.      Yes.  To get a cost.
6   Q.      Okay.  So when Shawn Breeland comes,
7   does he work from the ISG office?
8   A.      Yes.
9   Q.      He does?
10  A.      Yes.
11  Q.      How often is he there?
12  A.      Lately, one, two days a week.
13  Q.      Okay.  How about in the 2022 time frame
14  when you started, how often was he there?
15  A.      When I started, it was one, two days a
16  week.  After that it got more.  And then, like I
17  say, lately he's been traveling more.
18  Q.      Okay.  And when he's in the office -- he
19  has his own office?
20  A.      Yes.
21  Q.      Working from the computer doing whatever
22  it is he's doing?
23  A.      Yes.
24  Q.      Does Kevin Alexander have an office at
25  ISG?

Page 91

1   A.      Yes.
2   Q.      And what's his role?  What's his title
3   at ISG?
4   A.      Basically an analyst or advisor.
5   Q.      Okay.  Is he a senior vice president?
6   A.      Not that I'm aware of.
7   Q.      You're not aware that High Ground
8   Holdings holds him out as a senior vice
9   president?
10          MS. HAMPTON SUTHERLAND:
11  Objection to the form.
12  A.      No.
13  Q.      Okay.  Is he part of the executive
14  team?
15  A.      I assume so.
16  Q.      When you're in your controller function,
17  you're communicating with Shawn Breeland and
18  Kevin Alexander, correct?
19  A.      Yes.
20  Q.      Do you consider -- in the hierarchy of
21  reporting, do you consider Kevin Alexander above
22  Jason Yates?
23  A.      No.
24  Q.      Okay.  Where are they?  Side by side?
25  A.      I would say side by side.

Page 92

1   Q.      Okay.  So Kevin Alexander doesn't report
2   to Jason Yates?
3   A.      No.
4   Q.      Okay.  Even though Jason Yates is the
5   CEO of the company?
6   A.      Yes.
7   Q.      Who does Kevin Alexander report to?
8   A.      I mean, I guess you could say Shawn, but
9   that's about it.
10  Q.      So no one -- and Shawn is the highest in
11  the org chart?
12  A.      I would say so, yes.
13  Q.      So the big commercial -- the big list of
14  commercial terms I showed you --
15  A.      Um-huh.
16  Q.      -- 28, Exhibit 28, do you know if ISG is
17  still using this document as a form -- as a
18  master form for clarifications and commercial
19  terms?
20          MS. HAMPTON SUTHERLAND:
21  Objection to the form.
22  A.      I don't know.  Like I say, I don't fool
23  with that.
24  Q.      All right.  Do you recall during your
25  first deposition testifying about the use of

Page 93

1   external storage devices at ISG?
2   A.      I don't recall specifically.
3   Q.      Okay.  Do you have your -- the
4   deposition binder?
5   A.      Where at?
6   Q.      Okay.  Page 96, starting at line 19.
7   Okay.  So line 19 I ask, "When you left MMR or
8   while you were working at MMR, did you use any
9   external devices?"  Your answer was "yes."  And
10  then I asked, "And they contained MMR
11  information?"  Your answer was "yes."
12          And then if we skip down and
13  then on page 97, line 1, I said, "On the date of
14  your departure, did you -- what did you do with
15  those devices?"  And you answered, "I left them
16  in my drawers."
17          Is that true or false?
18          MR. BLANKENSHIP:  That he
19  testified about?
20  Q.      The substance of that testimony, was it
21  true or false?
22  A.      I left jump drives in my drawers.
23  Q.      But not all of them, correct?
24  A.      Correct.
25  Q.      You kept some that had MMR information



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 94..97
BEN HUFFMAN, 02/08/2024

Page 94

1  on it, correct?
2  A.    Correct.
3  Q.    Why were you being dishonest --
4            MR. BLANKENSHIP:  Object to
5  form.
6  Q.    -- in this first deposition about the
7  use of external storage devices?
8  A.    I wasn't prepared.  I didn't know.
9  Q.    You didn't know you needed to tell the
10  truth?
11  A.    No, not that.  I just -- I wasn't
12  prepared for this.
13  Q.    What do you mean?
14  A.    I just didn't know what to expect.
15  Q.    Were you nervous you were going to get
16  in trouble if you told the truth?
17  A.    Yes.
18  Q.    Okay.  Because you knew you'd done
19  something you shouldn't have, correct?
20            MR. BLANKENSHIP:  Object to
21  form.
22  A.    Yes.
23  Q.    You were embarrassed about it?
24  A.    Yes.
25  Q.    You knew you could get ISG in trouble?

Page 95

1  A.    Yes.
2  Q.    And you might personally get in trouble,
3  correct?
4  A.    Yes.
5  Q.    So instead of telling the truth, you
6  thought you'd hide it, correct?
7            MR. BLANKENSHIP:  Object to
8  form.
9  A.    Yes.
10  Q.    Are you still doing that today?
11  A.    No.
12  Q.    Have I asked you any questions that you
13  think if you told the truth you might get in
14  trouble?
15  A.    I don't know.  Can you rephrase that?
16  Q.    Sure.  Have I asked you any questions
17  that gave you pause because you thought if you
18  answered truthfully you might get in trouble?
19  A.    I mean, you've asked a lot of questions,
20  but I've been forthcoming with what I'm telling
21  you, so.
22  Q.    Okay.  And then if we go back to page
23  97, line 10 -- I'm sorry, line 7, "Did you plug
24  in -- have you used any external storage -- any
25  external devices while at ISG?"  And your answer

Page 96

1  was, "Not that I recall."
2            That was also false, correct?
3  A.    Correct.
4  Q.    Because you knew your first day of work
5  you were plugging in that flash drive into your
6  ISG computer, correct?
7            MR. BLANKENSHIP:  Object to
8  form.
9  A.    Correct.
10  Q.    And you were moving MMR documents off of
11  that flash drive and onto your ISG computer,
12  correct?
13  A.    Correct.
14  Q.    And you started that first day using
15  those MMR documents to start creating similar
16  copies or versions that you could use at ISG,
17  correct?
18            MR. BLANKENSHIP:  Object to
19  form.
20  A.    Correct.
21  Q.    You know where those flash drives are,
22  correct?
23  A.    Huh?
24  Q.    You know where those external devices
25  are?

Page 97

1  A.    No, I do not.
2  Q.    When was the last time you saw them?
3  A.    Two years ago.
4  Q.    The last time you saw them was two years
5  ago?
6  A.    Yes.
7  Q.    What did you do with them?
8  A.    I can't recall.  I can't find them.
9  Q.    Where were you plugging in these flash
10  drives?  I know you were plugging them into your
11  ISG computer, but where were you physically when
12  you were plugging them into your ISG computer?
13  A.    At ISG.
14  Q.    In your ISG office?
15  A.    Yes.
16  Q.    Was the door open?
17  A.    Yes.  It was -- like I say, we were
18  cubicles.
19  Q.    You were in a cubicle?
20  A.    Yes.
21  Q.    Who could see what you were doing?
22            MS. HAMPTON SUTHERLAND:
23  Objection to form.  Calls for speculation.
24  Q.    That you recall?
25            MS. HAMPTON SUTHERLAND:



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 98..101
BEN HUFFMAN, 02/08/2024

Page 98

1  Objection to form.
2  A.      I can't remember the name of the guy
3  that was sitting next to me.  It was somebody
4  that was only there for a short time.
5  Q.      Okay.  What department was he in?
6  A.      Project superintendent.
7  Q.      Former MMR employee?
8  A.      I don't think so.
9  Q.      Was it Ryan Milligan?
10 A.      No.
11 Q.      What was his role?
12 A.      He wasn't there whenever I was there.
13 Q.      Oh, he was gone?
14 A.      Yes.
15 Q.      Okay.  All right.  So I'm going to go
16 back to Exhibit 23.
17         MR. BLANKENSHIP:  23, you said,
18 P.J.?
19         MR. KEE:  It's the forensic.
20 There you go.
21 Q.      Okay.  So I'm going to -- you see
22 there's three sheets in this workbook?
23 A.      Um-huh.
24 Q.      I'm going to click on the connective
25 devices.  And I have color coded what appears to

Page 99

1  me to be external storage devices.  And I'll
2  just ask you about it.
3  A.      Okay.
4  Q.      The SanDisk Ultra was first plugged into
5  your ISG computer on 3/7?
6  A.      Yes.
7  Q.      Is that the external storage device that
8  contained MMR information?
9  A.      I would assume so.
10 Q.      And the last time you plugged it in was
11 4/12?
12 A.      That's what it looks like.
13 Q.      And it's your testimony that you do not
14 know where that --
15 A.      Correct.
16 Q.      -- is?  Okay.
17         Now, 4/12, that was about two
18 weeks before the lawsuit was filed, correct?
19 A.      When was it filed?
20 Q.      I believe it was April 25th of 2022.
21 A.      Yes.
22 Q.      And you were sent a copy of that
23 complaint the same day, correct?
24 A.      I assume.  It was some time --
25 Q.      Or very soon after it was filed?

Page 100

1  A.      I assume so, yes.
2  Q.      Okay.  What steps -- and you knew there
3  was MMR -- you knew the allegations in the
4  complaint, right?
5  A.      Um-huh.
6  Q.      The allegations were a former employee
7  had information and so did ISG, correct?
8  A.      Yes.
9  Q.      Okay.  What efforts did you take to
10 preserve this SanDisk Ultra?
11 A.      I mean, I don't know.  Like I say --
12 Q.      Nothing?  You didn't take any steps?
13 A.      Yeah.
14 Q.      No steps?
15 A.      I didn't know.
16 Q.      Okay.  Did anyone come tell you, Ben,
17 you know, if you have any MMR information, make
18 sure to preserve it?
19 A.      No.
20 Q.      At any point?
21 A.      No.
22 Q.      During this -- since April 25th --
23 A.      Not that I recall.
24 Q.      -- 2022?  Okay.
25         Have you taken any efforts to

Page 101

1  preserve anything?
2  A.      I didn't delete anything off of the
3  computers, so I knew not to do that.
4  Q.      Okay.  But you can't locate this SanDisk
5  Ultra, correct?
6  A.      That's correct.
7  Q.      Did you throw it away after you received
8  the copy of the complaint?
9  A.      No.
10 Q.      Where were you keeping this SanDisk
11 Ultra?
12 A.      It was just on my desk.
13 Q.      I mean, it was an important device for
14 you, correct?
15 A.      Yes.
16 Q.      Okay.  And you took -- where would you
17 keep it?
18         MR. BLANKENSHIP:  Object to
19 form.
20 A.      It was just sitting on my desk.
21 Q.      At all times it was where, just on the
22 top of your desk?
23 A.      Yes.
24 Q.      Did you have drawers?
25 A.      No.  Just cubicles.



Page 102

1  Q.    Okay.  When did you realize it was
2  missing?
3  A.    I don't remember exactly.
4  Q.    Was it when -- was it after your first
5  deposition?
6  A.    No.  I don't remember.
7  Q.    How about this USB disc 3.0, do you see
8  that on row 5?
9  A.    Um-huh.
10  Q.   Did that contain MMR information as
11  well?
12  A.    I don't know.
13  Q.    Okay.  And where is that device?
14  A.    I don't know.
15  Q.    So you took no efforts to preserve that
16  one?
17            MR. BLANKENSHIP:  Object to
18  form.
19  A.    I don't have any of them.
20  Q.    You don't have any devices listed on
21  here?
22  A.    That I know of, no.
23  Q.    Okay.  Do you dispute that all of the --
24  do you dispute that devices that are color-coded
25  here in a reddish color contained MMR

Page 103

1  information?
2            MS. HAMPTON SUTHERLAND:  Object
3  to form.
4  A.    I don't know what was on those.
5  Q.    Okay.  The SanDisk, you know had MMR
6  information, correct?
7  A.    I would assume so.
8  Q.    But the others you're not -- you don't
9  dispute it, but you're not sure?  Is that
10  accurate?
11  A.    Correct.
12  Q.    The Seagate Portable, is that yours?
13  A.    I don't know.  I don't recognize that
14  one, but.
15  Q.    Was that like an external hard drive?
16  Do you own it?  Do you have an external hard
17  drive?
18  A.    That would be one, but I don't know
19  where I would have connected to that unless I
20  connected to somebody's dock one day.  I really
21  don't recognize that one.
22  Q.    Okay.  The SanDisk Cruzer, line 9, do
23  you remember plugging that in?
24  A.    Huh-uh.
25  Q.    Did anyone provide -- did anyone give

Page 104

1  you either a flash drive or an external hard
2  drive to plug in that you plugged into your
3  device?
4  A.    I don't recall.  But early on they may
5  have been.
6  Q.    Okay.  And during this time period where
7  these devices are being plugged in, this
8  March --
9            MR. BLANKENSHIP:  That's column
10  C, P.J.?
11  Q.    -- through April -- so first connected
12  and last -- these dates here.  I'll leave off
13  the Seagate for now, but these here from lines 4
14  through 9, at that time frame, that's when you
15  were building new project control documents or
16  databases for ISG, using and looking back at the
17  MMR databases and documents?
18            MR. BLANKENSHIP:  Object to
19  form.
20            MS. HAMPTON SUTHERLAND:
21  Objection to the form.
22  Q.    Correct?
23  A.    I was building ISG documents at that
24  time frame.
25  Q.    And that's when you were looking back or

Page 105

1  copying from --
2            MR. BLANKENSHIP:  Object to
3  form.
4  Q.    -- MMR documents and databases,
5  correct?
6            MS. HAMPTON SUTHERLAND:
7  Objection to form.
8  A.    Correct.
9  Q.    So based on that, orienting you in that
10  time frame, do you think that these devices that
11  you were plugging in contained MMR information?
12  A.    I don't know about all of them.
13  Q.    Because it looks like your use of flash
14  drives occur just in this March time frame and
15  about four days before we filed the lawsuit,
16  right?
17  A.    That's what it looks like.
18  Q.    Okay.  You don't remember anybody giving
19  you a flash drive of information -- a flash
20  drive that contained, you know, exclusively ISG
21  information, do you?
22  A.    I don't remember.
23  Q.    Do you remember anyone giving you a
24  flash drive or hard drive?
25  A.    I really don't remember.  I know early




MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 106..109
BEN HUFFMAN, 02/08/2024

Page 106

1  on we were trying to figure out estimating
2  stuff, so they could have been.
3  Q.     Okay.  And at that time before the
4  lawsuit, ISG was using, for estimating, MMR's
5  green sheets and overhead top sheets?
6  A.     At that time, yes.
7  Q.     So if somebody was giving you a flash
8  drive to look at for estimating purposes, you
9  would have been looking at MMR's green sheets
10  and overhead top sheets, correct?
11         MS. HAMPTON SUTHERLAND:
12  Objection to the form.
13  A.     If that's what we were looking at.  If
14  it was DOT stuff, it would have been something
15  different.
16  Q.     Okay.  Well, Trevor Besse was using
17  green sheets, MMR green sheets, correct?
18  A.     As far as I know, yes.
19  Q.     Was he a DOT estimator?
20  A.     He was.
21  Q.     Okay.  Did you plug any of these devices
22  into any other ISG's employees' computers?
23  A.     Not that I can recall.
24  Q.     Did you give any of these devices to any
25  ISG employees?

Page 107

1  A.     Not that I recall.
2  Q.     Do you have a personal computer?
3  A.     Yes.
4  Q.     And did you plug any of these devices
5  into that computer?
6  A.     Not that I recall.
7  Q.     Do you ever work from home?
8  A.     On my ISG computer.
9  Q.     So you would bring your ISG computer --
10  A.     Home.
11  Q.     -- home?  Okay.
12         Is there any way for us to know
13  everything that was on these external storage
14  devices other than having the devices
15  themselves?
16  A.     I don't know.
17  Q.     You didn't keep an inventory anywhere?
18  A.     No.
19  Q.     You didn't generate, like, a file
20  listing of what was on these devices?
21  A.     No.
22  Q.     When you plugged in -- so it looks like
23  you plugged this SanDisk Ultra in on March 7th.
24  And it's UTC time, so you've got to subtract, I
25  think it's five or six hours, so whatever that

Page 108

1  is, on March 7.  And I'm going to switch back to
2  the Access files listing.  What you were doing
3  is you were pulling folders over from the flash
4  drive and just putting them onto your ISG
5  computer.  Is that accurate?
6  A.     That's what it looks like.
7  Q.     Okay.  And that includes a folder called
8  VBA tools, right?
9  A.     That's what it looks like.
10  Q.     It also includes a folder called
11  programs?
12  A.     That's what it looks like.
13  Q.     Okay.  Does it also include these
14  timekeeping forms, jobs analysis?
15  A.     That's what it look like.
16  Q.     Are those folders still on your
17  ISG computer?
18  A.     As far as I know.
19  Q.     Okay.  Have you deleted any folders from
20  your ISG computer?
21  A.     Not that I know of.
22  Q.     Okay.  On this -- see, there's an entry
23  for the One Drive here on line 24, general, old.
24  Did you have a folder called old?
25  A.     I mean, I have an old folder in most of

Page 109

1  my documents -- or most of my folders.
2  Q.     Let me ask, so on the -- again, this is
3  3/7/2022, right?
4  A.     Um-huh.
5  Q.     Did you pull over a document from one of
6  the external storage devices that was called
7  old?
8  A.     I don't know if that is that or not, but
9  it looks like it.
10  Q.     Okay.  Do you recall there being a
11  folder called old on your external storage
12  device?
13  A.     I don't recall.
14  Q.     You did have folders called old at MMR?
15  A.     I've had folders called old at --
16  anything I do.  It's just a practice I've had
17  for years is just keeping --
18         MR. BLANKENSHIP:  Let him finish
19  his answer.
20  Q.     I don't mean to cut you off.  I was just
21  agreeing with you.  It seems like programmers --
22  that seems customary, for programmers to keep a
23  folder called old for versions they're testing
24  and things like that.  Is that right, kind of
25  custom in your line of work?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 110..113
BEN HUFFMAN, 02/08/2024

Page 110

1  A.    I guess it's custom.  I've always done
2  that.
3  Q.    Okay.  So let me sort this just by the
4  reddish color.  Okay.  So you see these entries
5  that have the D drive?
6  A.    Um-huh.
7  Q.    So it's mapped to the D?
8  A.    Um-huh.
9  Q.    And you understand the D drive is the
10 port for the driver external storage devices,
11 correct?
12 A.    I assume so.
13 Q.    Okay.  And what this is indicating is
14 you clicked on things actually on your -- as the
15 thumb drive was plugged in, you're clicking on
16 folders or documents on the thumb drive, right?
17 A.    Okay.
18 Q.    Now, clearly this on 4/12, line 364,
19 Crystal Reports-MMR?
20 A.    Um-huh.
21 Q.    That's an MMR document, correct?
22 A.    Yes.
23 Q.    Okay.  First of all, what are Crystal
24 Reports?
25 A.    Crystal is a report generator.  It's

Page 111

1  used in a lot of programs online as far as
2  generating reports.  It's just a engine.  It's
3  kind of like Microsoft Word or Microsoft Excel
4  but it's specific for running reports out of
5  databases.
6  Q.    Okay.  Why did you have this on your --
7  on this external storage device?
8  A.    I don't recall exactly.
9  Q.    Do you recall what you were doing that
10 you needed to look at Crystal Reports?
11 A.    I don't.  I mean, that's a PDF, so that
12 would just be a rendering.
13 Q.    Okay.  When you say a rendering?
14 A.    A PDF.
15 Q.    Right.  But a rendering of something
16 that's generated from a database, is that
17 what you're -- when you saying a rendering?
18 A.    No.
19 Q.    Okay.
20 A.    Because database is -- Crystal Reports,
21 we don't use that for Access databases.  You
22 can, but we never did.
23 Q.    Okay.  This here also, you've got a
24 folder called "stuff."  What is that?
25 A.    I couldn't tell you.

Page 112

1  Q.    The only way you can really tell what's
2  on these devices is if you have the device
3  itself, right?
4        MR. BLANKENSHIP:  You mean the
5  document?
6  Q.    Correct.
7  A.    Yeah.  I would assume so.
8  Q.    And here you see on this entry here,
9  line 137?
10 A.    Yes.
11 Q.    You've got a folder now called ISG
12 timekeeping reports?
13 A.    Yes.
14 Q.    And was that things being generated from
15 the timekeeping report, the timekeeping
16 database?
17 A.    I would assume so.
18 Q.    And is ISG using this timekeeping
19 database in any way?
20 A.    No.
21 Q.    Why not?
22 A.    Main reason is because I didn't want to
23 be maintaining a database again.  That was one
24 of my downfalls at MMR was I was kind of the
25 sole point of use there.  As I was leaving MMR,

Page 113

1  or in the time frame before I was leaving MMR,
2  they were switching to a new system that was
3  cloud-based to get rid of all of the programs,
4  the job analysis, the job tracking, the
5  timekeeping programs.  That was all cloud-based
6  and run through IT to mitigate that issue.  So
7  basically you had a help desk you could call.
8  It's not calling me on the weekend, if I'm on
9  vacation or whenever.
10 Q.    Okay.  But you were building Access
11 databases for ISG, though, right?
12 A.    Yes.
13 Q.    So it didn't really alleviate that
14 problem, correct?
15 A.    In that case, no, it did not.  However,
16 we did not end up using it because I talked them
17 into using just the Spectrum system.
18 Q.    Okay.  You're using the job analysis
19 program, though, correct at ISG?
20 A.    We're using a job analysis program,
21 yes.
22 Q.    And that job analysis program is -- you
23 built that, correct?
24 A.    Yes.
25 Q.    And while you were building it, you had



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 114..117
BEN HUFFMAN, 02/08/2024

Page 114

1  the MMR job analysis program, correct?
2  A.    What it looks like, yes.
3  Q.    Okay.  And you were taking pieces of
4  that MMR job analysis program and putting it
5  into the ISG job analysis program, correct?
6  A.    I don't remember using it much, if at
7  all, because I was rebuilding it myself in that
8  case.  It had been years since it had been
9  rebuilt, so I tried to go with a blank slate.
10 Q.    Okay.  But you had the job analysis
11 spreadsheet database from MMR, right?
12 A.    Yes.
13 Q.    And is it your testimony that you
14 weren't looking at that as you were trying to
15 build what you call a new job analysis program
16 for ISG?
17 A.    I don't recall looking at it actively
18 while doing it.
19 Q.    Would it surprise you that it looks
20 very, very similar?
21 A.    I would have to pull the two documents
22 up side by side to see.
23 Q.    We'll do that.  But is it your testimony
24 right now that you did not use the MMR job
25 tracking, JA tracking database, in any way when

Page 115

1  building a job analysis program for ISG?
2  A.    I don't recall.  I don't remember using
3  it, but.
4  Q.    You recall having it?
5  A.    I recall having it, yes.
6  Q.    But it's your testimony that you don't
7  recall using it while building the job analysis
8  program?
9  A.    That is correct.
10 Q.    Okay.  Even though you had the MMR
11 timekeeping database and were using that to
12 build the ISG database, correct?
13        MR. BLANKENSHIP:  Object to
14 form.
15 Q.    Correct?
16 A.    Correct.
17 Q.    Okay.  So in the one case you were using
18 it but you're saying you don't recall using it
19 in the second case?
20        MR. BLANKENSHIP:  Object to
21 form.
22 Q.    Is that your answer?
23 A.    That is my answer.
24 Q.    So do you recall testifying about the
25 database that you call the bible?

Page 116

1  A.    Yes.
2  Q.    And do you recall being certain that
3  that was not based off of an MMR database?
4  A.    Yes.
5  Q.    And is that truthful?
6  A.    Yes.
7  Q.    I'm showing you what I'm going to mark
8  as 30.
9            (Exhibit No. 30 marked for
10 identification.)
11            Is this a version of the bible?
12 A.    Yes.
13 Q.    Okay.
14        MS. HAMPTON SUTHERLAND:  Wait a
15 minute.  Can you give us what document this is?
16        MR. KEE:  279591.002.
17        MS. HAMPTON SUTHERLAND:  Is it
18 CTRLISG --
19        MR. KEE:  Yes.
20        MS. HAMPTON SUTHERLAND:  --
21 00279?
22 Q.    Is this a version of the bible?
23 A.    Yes.
24 Q.    Now, if I want to get to the code of
25 this database, I would go to database tools,

Page 117

1  correct?
2  A.    Yes.
3  Q.    So if I click on that -- and then what
4  would I go to, Visual Basic?
5  A.    Yes.
6  Q.    If I want to see just all the options
7  for all of the code that you have in this
8  database, where do I go from here?
9  A.    It's like it's cut off.
10 Q.    Now can you see?
11 A.    Yeah.
12 Q.    So where would I go?
13 A.    You're going to have to do "U," I
14 believe.
15 Q.    Okay.
16 A.    You have to click on it again.
17 Q.    Okay.
18 A.    Is it object browser maybe?
19        MR. BLANKENSHIP:  Speak up a
20 little bit, Ben.
21        THE WITNESS:  I'm sorry.
22 A.    No.  That's not it.  Go to view.  Sorry.
23 Look at locals window -- no, project explorer
24 down there.  There you go.
25 Q.    So if I click on these, it will show

 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 118..121
BEN HUFFMAN, 02/08/2024

Page 118

1  me --
2  A.    It should show code for each one of
3  those.
4  Q.    Okay.  Now, what is module?  What does
5  this mean here?
6  A.    It's just a module of code so you can
7  put them in separate pieces, parts.
8  Q.    So if I go to emails output -- having
9  trouble here.  I'm sorry, emails.  All right.
10  It's working now.  And I go down to -- you see
11  in the green message box?
12  A.    Yep.
13  Q.    You're the one -- you're saying you
14  built this from scratch, correct?
15  A.    I didn't remember doing that, but.
16  Q.    Okay.  So this here in the code of this
17  document is MMR, correct?
18  A.    Yes.
19  Q.    And it's a message that would pop up on
20  MMR's database that said, "Emails successfully
21  sent to the project controls department. I guess
22  since you finally listened, I'll give you back
23  your buttons."  Correct?
24  A.    Yes.
25  Q.    You see that?  And that was a prompt

Page 119

1  that you had created for MMR databases, correct?
2  A.    Yes.
3  Q.    Okay.  And that was you personally,
4  right?
5  A.    I believe so.
6  Q.    And the buttons you give back, are these
7  -- are these MMR buttons, correct?
8  A.    That's what it looks like, yes.
9  Q.    So MMR equipment visible, MMR PO
10  visible, correct?
11  A.    Yes.
12  Q.    Okay.  So I'm having a real hard time
13  understanding how if you built this from
14  scratch, right, a blank Access database, we
15  could have a prompt that you -- in the code --
16  that you created for MMR's databases and that
17  include MMR in the code.
18  A.    I must have used some of the code.  I
19  completely forgot about that.
20  Q.    Okay.  So what happened was you were
21  using MMR's database and code to create this
22  database for ISG, correct?
23           MR. BLANKENSHIP:  Object to
24  form.
25  A.    It looks like I had some code, yes.

Page 120

1  Q.    Okay.  And this database, this bible, is
2  in use at ISG today, correct?
3  A.    Yes.
4  Q.    I'm going to show you what I'm marking
5  as Exhibit 31.
6           (Exhibit No. 31 marked for
7  identification.)
8           Do you recognize this email?
9  A.    Yes.
10  Q.    Now, this is -- it looks like you're
11  discussing with your management team, Jason
12  Yates, Shawn Breeland, Travis Dardenne, about a
13  report that can be generated from some database
14  you're using, correct?
15  A.    Yes.  This would be the bible.
16  Q.    The bible, okay.  And you're letting
17  them know -- and this is in May of 13, 2022 --
18  what the bible is going to look like, some
19  functionality, some reports it can run, correct?
20  A.    That's what it looks like, yes.
21  Q.    Okay.  And is it your testimony that you
22  didn't do something similar to this for the
23  timekeeping database?
24  A.    What do you mean?
25  Q.    Well, you said you couldn't recall

Page 121

1  telling your management team what you were
2  working on on the timekeeping database.
3  A.    I don't recall talking to them with the
4  timekeeping thing.
5  Q.    But obviously with the bible, you were
6  keeping them up-to-date on the types of project
7  control reports that could be run, correct?
8  A.    Correct.
9  Q.    And then if we turn the page and
10  actually look at the report you attached?
11  A.    Which one?
12  Q.    The job log.
13  A.    Okay.
14           MR. BLANKENSHIP:  You're on page
15  1 of the job log, P.J.?
16           MR. KEE:  Yes.
17  Q.    This is by -- it looks like you run it
18  by project manager so that it's in alphabetical
19  order.  Is that right?
20  A.    That's what it looks like, yes.
21  Q.    Okay.  And Tony -- how do you say his
22  last name, Arimond?
23  A.    Arimond, I believe.
24  Q.    Arimond, okay.  He's a project -- is he
25  still at ISG?

 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 122..125
BEN HUFFMAN, 02/08/2024

Page 122

1   A.    I believe so.
2   Q.    Okay.  Jared Babin is the next one on
3   page 2.  Is he at ISG?
4   A.    Yes.
5   Q.    Christian Berthelot?
6   A.    Yes.
7   Q.    Still at ISG?
8   A.    No.
9   Q.    Do you know where he is?
10  A.    I'm not sure where he's at.
11  Q.    Drake Bourgeois?
12  A.    Yes.
13  Q.    Shawn Breeland, you have him listed as a
14  project manager.  Does he, like, assign certain
15  accounts or certain jobs?
16  A.    That was early on.
17  Q.    Okay.  Early on he was, though?
18  A.    Yeah.
19  Q.    Travis Dardenne, he obviously had
20  some -- he's still there, correct?
21  A.    Yes.
22  Q.    Chris Guidry, is he still at ISG?
23  A.    Yes.
24  Q.    Cory Harold?  I'm on page 5.
25  A.    Okay.

Page 123

1   Q.    Is he still at ISG?
2   A.    No.
3   Q.    Do you know where he is?
4   A.    No.
5   Q.    Mike Lowe?
6   A.    Yes.
7   Q.    He's still at ISG?
8   A.    Yes.
9   Q.    Looks like Jason Yates, you have him
10  assigned to Shintech?
11  A.    That's what it looks like.
12  Q.    Okay.  And then you have Trevor Besse,
13  right, DOTD?
14  A.    Yes.
15  Q.    Okay.  And then everyone else has first,
16  last name.  And then you just have Kevin.  Who
17  is that?
18  A.    I'm not sure who that would be.
19  Q.    Okay.  But Kevin's assigned to a lot of
20  this -- it looks like quite a few projects --
21              MR. BLANKENSHIP:  Let him finish
22  his question.
23              THE WITNESS:  Sorry.
24  Q.    Correct?
25              MR. BLANKENSHIP:  Can you repeat

Page 124

1   it, P.J.?
2              MR. KEE:  Sure.
3   Q.    Kevin's assigned to quite a few of these
4   projects, correct?
5   A.    Yes.
6   Q.    And it looks like he's assigned -- if
7   this is going in order, if you look at contract
8   status, it looks like you've got numbers on the
9   side of those, 1010, 1011.  Were those early on
10  in ISG's contract numbering system as it existed
11  at the time of this report being generated?
12  A.    Yes.
13  Q.    Okay.  Who is that?
14  A.    I'm not sure who that is because that
15  was DOT work right when I started.
16  Q.    Right.
17  A.    And that was a PM, I believe, that had
18  left the company.  I don't know.  I just know
19  that the name on the PM was Kevin.  I don't
20  remember who that is.  You'd have to ask
21  somebody else.
22  Q.    So what were you looking at when you
23  were creating?  I guess, in the code you would
24  have created project manager, you have a
25  dropdown list of project managers or some

Page 125

1   code that made -- these are the options for
2   project managers, correct?
3   A.    Correct.
4   Q.    And it looks like the convention was
5   last name, comma, first name, correct?
6   A.    Correct.
7   Q.    Except for this Kevin?
8   A.    Correct.
9   Q.    But no idea who that is?
10  A.    I don't know.  Like I say, that was
11  early projects.  They may have had a PM that was
12  named that before.  But the information I was
13  provided there, that's all I had.
14  Q.    Okay.  Now, once you got this, the
15  bible, up and running according to when you
16  thought it was ready to be in use, right?
17  A.    Um-huh.
18  Q.    When was that?  Was that in this May
19  time frame, May, June of 2022?
20  A.    I don't recall.
21  Q.    Okay.  Fair enough.  But you also put
22  together a proposal request workflow, right?
23  A.    Yes.
24  Q.    So that was a workflow that was supposed
25  to tell everyone who had access to this database

 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al      Pages 126..129
BEN HUFFMAN, 02/08/2024

Page 126

1 how to use it and the requirements, right?
2 A.    Yes.  Determining the request.
3 Q.    Okay.  I'm going to show you what I'm
4 marking as Exhibit 32.
5                (Exhibit No. 32 marked for
6 identification.)
7                Okay.  Do you recognize this
8 document?  Did you put this together?
9 A.    Yes.
10 Q.    Okay.  It was issued on May 18th, 2022?
11 A.    That's what it looks like, yes.
12 Q.    So would the bible have been complete at
13 that point?
14 A.    It would have been complete before this.
15 Q.    Okay.  And is this the proposal request
16 workflow that's in use still today?
17 A.    As far as I know, yes.
18 Q.    Okay.  So if we look at the second page,
19 okay.  And I'm going to -- I want you to tell me
20 if I get anything wrong.  Make sense?
21 A.    Okay.
22 Q.    Okay.  So the first step that you have
23 in your workflow is an estimator.  Someone at
24 the company receives a request for a proposal on
25 work?

Page 127

1 A.    Correct.
2 Q.    Okay.  And then is that given to an
3 estimator to then fill out a proposal number
4 request --
5 A.    Yes.
6 Q.    -- step two?  Okay.  So the estimator
7 would be filling out the proposal request?
8 A.    Yes.
9 Q.    And that, if you look on page 3
10 of the document, that's what page 3 is?
11 A.    Yes.
12 Q.    Okay.  This proposal request, is that
13 within the bible, or is that something, it's
14 like an attachment that you sent in an email?
15 How does this work?
16 A.    It's just an Excel document.  They have
17 an Excel template that they fill out and turn
18 in.
19 Q.    Okay.  So all estimators have this
20 template for proposal request?
21 A.    Yes.
22 Q.    Okay.  And then they send that to you
23 and Kasey?
24 A.    This is dated.  It's mainly to Kasey
25 now.  I don't fool with them anymore.

Page 128

1 Q.    So they send that in to Kasey.  Okay.
2 Now we're leaving the orange workflow and into
3 the gray.  And you say the gray means handled by
4 others.  What does that mean?
5 A.    That's going to -- so the orange is for
6 the estimators to take care of.  The gray would
7 be, at the time, myself or Kasey generating the
8 number out of the system.
9 Q.    And then today are you still involved in
10 this?
11 A.    No.
12 Q.    Or is it Kasey?
13 A.    Kasey.
14 Q.    At the time it went to you or Kasey, but
15 now it goes to Kasey.  And he generates a
16 proposal number from the bible?
17 A.    Correct.
18 Q.    Okay.  That's gray step number one.
19 Gray step number 2, a proposal folder is
20 created?
21 A.    Correct.
22 Q.    Is that on the One Drive?
23 A.    Correct.
24 Q.    So he leaves the bible once he gets
25 that -- or you can stay in the bible and create

Page 129

1 it?
2 A.    The bible itself will create the
3 folder.
4 Q.    So the bible is communicating with your
5 One Drive?
6 A.    Yes.
7 Q.    Okay.  So once Kasey puts in the
8 proposal number request or generates a proposal
9 number, the bible will create a folder that will
10 be stored on One Drive?
11 A.    Yes.
12 Q.    Okay.  And anybody with access to the
13 estimating folder will have access to that?
14 A.    Yes.
15 Q.    And then the third gray step is proposal
16 folder populated.  What does that mean?
17 A.    It creates the subfolders that would be
18 needed there.
19 Q.    So if we go to page 4 -- I'm sorry, page
20 5.
21 A.    The folders you show here?
22 Q.    Yes.  Okay.  So is that happening in
23 gray step number three, it is generating these
24 subfolders that we see listed on page 5?
25 A.    Yes.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 130..133
BEN HUFFMAN, 02/08/2024

Page 130

1  Q.      Okay. So -- well, let me back up. On
2  page 5, the first snippet for the file path
3  estimating/1-proposal folders, that's something
4  that has already been -- who created that?
5  A.      I'm not sure here who created that, but
6  that already exists.
7  Q.      That exists?
8  A.      That does not get created.
9  Q.      Okay. And the bible is not putting
10 anything into the templates folder here,
11 correct?
12 A.      No, no.
13 Q.      What's in the templates folder on
14 estimating?
15 A.      I don't remember.
16 Q.      Is that where you keep the master
17 labor and material sheet?
18 A.      Maybe. I don't know. Like I say, Kasey
19 is the one that handles all of that.
20 Q.      Once you put the procedure and process
21 in place, you stepped away from that?
22 A.      Yes.
23 Q.      Okay. So -- I guess what the bible is
24 doing then is once you get the proposal number
25 that's in the snippet number two,

Page 131

1  estimating/1-proposal/year?
2  A.      '22.
3  Q.      And then you get the example of ISG
4  23-001. Okay. So that will be the proposal
5  number that's been generated?
6  A.      Yes.
7  Q.      Okay. And then snippet number three
8  shows everything, all the subfolders that are
9  generated?
10 A.      Yes.
11 Q.      Okay. So that it's bid forms, client
12 RFP docs, emails, material pricing, overhead and
13 LS proposal docs, correct?
14 A.      Yes.
15 Q.      And then this PDF, will that be, like,
16 the proposal number issued document?
17 A.      Yes. That would be the award.
18 Q.      Which would be page number 4?
19 A.      Yes.
20 Q.      Okay. Now, it generates these
21 subfolders but it doesn't put anything within
22 the folders, correct?
23 A.      I believe it does. It puts the labor
24 and material and overhead sheets in the
25 folder.

Page 132

1  Q.      So it gives them --
2  A.      I believe it does.
3  Q.      So they wouldn't have to go to a
4  templates folder to start. The estimator can
5  just pull what's saved in the OH and LS and
6  begin estimating right there?
7  A.      If I remember right, yes. It's been a
8  while since I've built that.
9  Q.      And then that's where the estimator
10 starts building the estimate to be submitted to
11 the client?
12 A.      Yes.
13 Q.      Okay. And from whenever this was put in
14 place -- so I guess it would have been as of
15 5/18/2022?
16 A.      Um-huh.
17 Q.      This is kind of the folder structure and
18 the documents we could expect to find within the
19 estimating folder on the One Drive?
20 A.      As far as I know. Unless they've
21 changed something.
22 Q.      Okay. But no one's told you they've
23 changed anything?
24 A.      Correct.
25 Q.      So if we wanted, for instance, to pull

Page 133

1  all of the overhead and LS sheets that were used
2  for estimating on all the jobs, we could just
3  follow this file path and find them right there,
4  correct?
5  A.      Yes. I believe so.
6  Q.      Okay. Now -- so that's from 5/18/2022
7  going forward unless they changed it in some
8  way. How did you account for proposals back in
9  time? Did you try to pull those all into the
10 same folder structure?
11 A.      As far as into the system with the old
12 proposals?
13 Q.      Or just into One Drive? Like -- I
14 understand -- let me just -- you did a great job
15 here of cleaning it up and making it -- the
16 process work. And it's very easy. Everybody
17 knows where to go and where to find all the
18 documents needed to build a proposal or look
19 back and find everything that you did for a
20 proposal. But what about -- what did you do
21 before you got there, all those proposals, all
22 those estimating sheets?
23 A.      As far as generating proposals, Trevor
24 Besse was the one that was doing that. He did
25 it in an Excel document, so just the next number



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 134..137
BEN HUFFMAN, 02/08/2024

Page 134

1  in the list.
2  Q.    Okay.
3  A.    But I think at that time he was the only
4  one that was estimating unless it was Travis or
5  one of the others doing it.
6  Q.    Okay.  So did you do anything to try to
7  locate where all those, what I'll say are,
8  historical documents and put them somewhere on
9  the One Drive in one place?
10 A.    I don't believe I did that as far as
11 moving stuff there.  I really don't remember
12 that.
13 Q.    Okay.
14       MR. BLANKENSHIP:  You done with
15 this one, P.J.?
16       MR. KEE:  Hold on just a
17 second.
18 Q.    In the templates folder -- let me go
19 back.  If you look at the snippets on page 5?
20 A.    Okay.
21 Q.    Okay.  And you said that this was
22 already -- these folders had already been
23 created, you think?
24 A.    I think so.  I don't remember whether we
25 just consolidated years or not.  I really don't

Page 135

1  remember.
2  Q.    Okay.  Did you create this templates
3  folder or was that already there?
4  A.    I don't remember whether I created that
5  one or not.
6  Q.    And sitting here today, you don't have
7  any recollection of what's in there?
8  A.    I'm not sure what's in there.
9  Q.    Okay.  It does look like there's a 2021
10 folder.  Would that possibly include all of the
11 estimating documents related to 2021?
12       MR. BLANKENSHIP:  You're looking
13 at Bates No. 5, P.J.?
14       MR. KEE:  Yeah.  The top
15 snippet.
16 A.    I would assume so.
17 Q.    Okay.  I'm going to show you a document
18 I'm going to mark as tab or Exhibit 33.  And
19 it's the actual numbers.  It's ISG -- Control
20 ISG and it's 276871.
21       (Exhibit No. 33 marked for
22 identification.)
23       I'm going to share that document
24 with you now on my -- when you started working
25 at ISG, you created a to-do list for yourself?

Page 136

1  A.    It looks like it.
2  Q.    I mean, do you recall doing that?
3  A.    Yeah.
4  Q.    And this is it?
5  A.    Yes.
6  Q.    And there's a column C, which has role
7  responsible.  And I think the options are
8  controller or project controls director?
9  A.    Yes.
10 Q.    Do you see that?  Okay.  And those are
11 your -- you were trying to characterize what you
12 were doing and what role it was you were doing
13 them in.  Is that fair?
14 A.    Yes.
15 Q.    Okay.  So the first item that you have
16 on your to-do list is updated BS report mockup.
17 Do you see that?
18 A.    Yes.
19 Q.    And if you have the binder of the first
20 exhibits, Exhibit 10, okay, do you remember us
21 discussing this email?
22 A.    I believe so.
23       MR. BLANKENSHIP:  Are you going
24 back to the first email?
25       MR. KEE:  Yes, sir.

Page 137

1  Q.    I'm going to show you -- I'm going to
2  pull up what we marked as Exhibit 11 in that
3  email.
4  A.    It's a file.
5  Q.    It's the attachment to that email?
6  A.    Yeah.
7  Q.    And this was an MMR BS report,
8  correct?
9  A.    An Excel version, yes.
10 Q.    Okay.  What does that mean, an Excel
11 version?  I guess, why did you qualify it as an
12 Excel version?  What other versions are there?
13 A.    The BS report is that Crystal Report.
14 Q.    Okay.
15 A.    That is generated out of the accounting
16 system.  The Excel version is just a layout of
17 what it does.  It's not fed any information.
18 Q.    Okay.  And so is that why if we -- if we
19 look back at your to-do list, Exhibit 33, you
20 see updated BS report mockup, that's what you're
21 referring to is updating this MMR BS report?
22 A.    That's what it looks like.
23 Q.    Okay.  Why were you doing that?
24 A.    As far as a layout of it?
25 Q.    This is on your to-do list, you know.

 AdvancedONE LEGAL is now LEXITAS

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 138..141
BEN HUFFMAN, 02/08/2024

Page 138

1  A.    To set up a report similar.
2  Q.    So you wanted to use MMR's report and
3  create the same one for ISG?
4             MR. BLANKENSHIP:  Object to
5  form.
6  A.    Similar.
7  Q.    Okay.  Some aspects you wanted of it, of
8  the MMR report?
9  A.    Yes.
10 Q.    Okay.  You didn't just start from
11 scratch on building this report for ISG,
12 correct?
13 A.    Correct.
14 Q.    How did you get this?
15 A.    Which one?
16 Q.    I'm sorry, the VS -- what's in Exhibit
17 11.
18 A.    I don't recall on that one.
19             MS. HAMPTON SUTHERLAND:  When
20 you have a second, my son's getting an MRI and
21 he's calling me.
22             MR. KEE:  This is good.
23             (Brief recess.)
24 Q.    So we left off talking about Exhibit 11,
25 the BS report.  Okay?  And I'm going to show you

Page 139

1  what I marked as Exhibit 34.
2             (Exhibit No. 34 marked for
3  identification.)
4             Do you recognize this email?
5  I've just attached -- I'll represent for the
6  record, in order to save paper -- and I really
7  just want to use one -- the attachment was about
8  a hundred pages or so.  But I just printed the
9  one page of the -- first page of the
10 attachment.
11 A.    Okay.
12 Q.    If we look back at the actual cover
13 email, it says -- ITFN reports is the subject.
14 A.    Yes.
15 Q.    What is ITFN?  What does that stand
16 for?
17 A.    Internal financial.
18 Q.    And if we look at the first page of the
19 attachment, it's an ITFN report.  What generates
20 this?
21 A.    Viewpoint Spectrum.
22 Q.    Viewpoint Spectrum, okay.  I left
23 Exhibit 11 on the screen so you could look at
24 it.  Were you building -- do you agree that this
25 is very similar, 11 -- the MMR BS report in

Page 140

1  Exhibit 11 is very similar to the ITFN report?
2  A.    Yes.
3             MS. HAMPTON SUTHERLAND:  Object
4  to form.
5  Q.    And, for instance, like some of the
6  phase description like H1, H2.  Home office
7  support is H1; H2, training.  Do you see that?
8  It's the same on both?
9  A.    Yes.
10 Q.    And then if we scroll down, the same is
11 true under subtotal labor on Exhibit 34.  02
12 through 11 is the same as what's in Exhibit 11?
13 A.    It's slightly different.
14 Q.    The difference is the period?
15 A.    No.  Not the period, the content.
16 Q.    Okay.  And 9 on the MMR BS report is MMR
17 equipment rental.  And it looks like you
18 modified that on the ITFN report to be ISG equip
19 rental?
20             MS. HAMPTON SUTHERLAND:
21 Objection to form.
22 A.    It looks like it's ISG equipment.
23 Q.    Now, on that to-do list that we
24 discussed earlier where you discussed creating
25 the BS mockup, right, you with me?  Remember

Page 141

1  it?
2  A.    Yeah.
3  Q.    And you worked from Exhibit 11 for that,
4  correct, you started from Exhibit 11?
5  A.    Yes.
6  Q.    Okay.  And then it eventually -- you
7  started with this, and it eventually became what
8  we're seeing in Exhibit 34, the ITFN report,
9  correct?
10 A.    Correct.
11 Q.    And this ITFN report is being used
12 currently at ISG?
13 A.    Yes.
14 Q.    Is this an important financial tool,
15 reporting tool, at ISG?
16 A.    It's a job cost report, so yes, I would
17 say so.
18 Q.    It's how you keep track -- how you keep
19 management informed of the financials on
20 projects, correct?
21 A.    Yes.
22 Q.    And you started working on the mockup of
23 the MMR BS report on your first day of
24 employment at ISG, correct?
25 A.    I don't know when it was.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 142..145
BEN HUFFMAN, 02/08/2024

Page 142

1  Q.    Okay.  If we look at Exhibit 10.
2  A.    I see it.
3  Q.    By your second day, you had sent this
4  to -- this MMR BS report, to Shawn Breeland and
5  Jason Yates, correct?
6  A.    That's what it looks like.
7  Q.    Now, I think you testified that the ITFN
8  report, that falls within the controller job
9  responsibilities?
10 A.    Yeah.  I would say so.
11 Q.    Okay.  I'm going to show you what I'm
12 marking as Exhibit 35.
13        (Exhibit No. 35 marked for
14 identification.)
15        Okay.  So this email that you
16 sent to Chris Comeaux, the subject is ITFN
17 input.  And you attached the ITFN input form
18 master, which is an Excel document, correct?
19 A.    Correct.
20 Q.    What we just went over with Exhibit 34
21 was the ITFN report, right?
22 A.    Correct.  Right.
23 Q.    And you said that that is produced from
24 Spectrum?
25 A.    Yes.

Page 143

1  Q.    This has the same -- it has the same
2  acronym, ITFN?
3  A.    Yes.
4  Q.    What is this?  What is this Excel sheet
5  that you created or circulated?
6  A.    That allows the PMs to populate what
7  they have as far as budgets, change orders,
8  billings, things like that, that they go and put
9  in the Spectrum system.
10 Q.    Okay.
11 A.    And it will show them that report.
12 Q.    Okay.  So I have -- I'll pull up the
13 actual Excel sheet for you.  And we can mark
14 this as Exhibit 36.
15        (Exhibit No. 36 marked for
16 identification.)
17        And I'll share the screen.
18 Okay.  Is this the Excel sheet, the ITFN input
19 program?
20 A.    Yes.
21 Q.    And so it indirects -- this is basically
22 to build rates?  Explain to me, what is this.
23 A.    This isn't specifically to build the
24 rates.
25 Q.    Okay.

Page 144

1  A.    The estimators will build the rates.
2  But what this does is break down the rates.
3  They'll have the same information but it splits
4  it between, like, staff people and indirects,
5  which is your manual labor.
6  Q.    Okay.
7  A.    And it breaks it out and whatnot.
8  Q.    Okay.  And then what's the input?
9  What's this here?
10 A.    Okay.  So like, for example, on line 8,
11 staff class --
12 Q.    Okay.
13 A.    -- so if I went to the indirects' page,
14 staff class one is that first block.  You see
15 the name up there in D-2?
16 Q.    Yeah.
17 A.    So you would put project manager or
18 whatever it is, fill out the base wage, see the
19 buildup.  And on the input sheet, you're putting
20 total hours to calculate it out.
21 Q.    Okay.  And then the breakout, what's
22 this?
23 A.    So all the breakout is, is what needs to
24 be input into the Spectrum system.  So basically
25 where you see the code over here on the left for

Page 145

1  phase, I may have five different types of D-1,
2  electrician, helper, apprentice, whatever.  All
3  those hours are added up, and that total cost,
4  hours and amount would show up there.  So,
5  therefore, the input totals would be there.
6  Q.    Okay.  And I'm seeing from the BS
7  report, it's again -- remember we went over the
8  phase codes?  Looks like H1, H2, same?
9  A.    Um-huh.
10 Q.    Right?  So were you using -- you were
11 using the BS report to create this as well?
12        MS. HAMPTON SUTHERLAND:
13 Objection to the form.
14 Q.    Go ahead.
15 A.    Not that I remember.  This is just a
16 breakout of those phase codes.
17 Q.    Okay.  But those phase codes were unique
18 to ISG -- I mean, MMR, correct?
19 A.    The specific phase codes, yes.
20 Q.    So you had to have been looking at
21 something from MMR to create this input form
22 master, correct?
23 A.    Not necessarily in that case 'cause the
24 phase codes, I know them by heart.
25 Q.    Okay.  So you would -- you know them by



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 146..149
BEN HUFFMAN, 02/08/2024

Page 146

1  heart, and you just -- you could just write them
2  exactly as they are on --
3  A.     Pretty much.
4  Q.     Okay.  And so you're saying that you
5  have that good of a memory that you could
6  remember the phase codes?
7  A.     Whenever I was building it.
8  Q.     When you were building it, okay.  So you
9  were building this at the same time you were
10 doing the BS, the input, the markup?
11 A.     It would have been after that, but yeah.
12 Q.     And there you didn't just memorize it,
13 you took it from the MMR document, correct?
14 A.     Correct.
15 Q.     But for this you're saying you just
16 memorized it?
17         MR. BLANKENSHIP:  Let him finish
18 his question.
19 A.     As far as I remember.  I mean, like I
20 say, the codes are pretty much the same.  I've
21 been using them -- had been using them for
22 years.  So could have used it as a reference.
23 Q.     So what were you looking at to get all
24 these costs and indirects?
25 A.     So the cost and everything, that would

Page 147

1  have been provided by Travis or Jason.
2  Q.     Okay.  And you know Travis and Jason had
3  MMR documents --
4         MS. HAMPTON SUTHERLAND:
5  Objection.
6  Q.     -- with them, correct?
7  A.     When are you referring to?
8  Q.     When you were building this.
9  A.     I mean, I knew about the green sheets,
10 overhead sheets.
11 Q.     Okay.  And that had costs in there,
12 correct?
13 A.     Yes.
14 Q.     Okay.  So it's your testimony that they
15 had input on what's included in the indirects
16 and directs as far as any pricing that we see?
17         MS. HAMPTON SUTHERLAND:
18 Objection to the form.
19 A.     Yes.
20 Q.     Okay.  And are they the ones that
21 inputted this, the pricing?
22 A.     As far as I know, yes.  I mean, the
23 standardized numbers are there based off
24 formulas, but they're the ones that use it.  I
25 don't --

Page 148

1  Q.     How did they --
2         MR. BLANKENSHIP:  Wait.
3  A.     I don't really use it, so.
4  Q.     And how did they put this pricing into
5  this spreadsheet?
6  A.     They just plugged it in, I mean.
7  Q.     And then sent it back to you?
8  A.     As far as I know, yeah.  Like I say, the
9  base formulas and everything are in there that I
10 put in there.  But the data, they fill it out.
11 Q.     Okay.  And the base formulas came from
12 what?
13 A.     From what we calculated there.  So
14 basically like a percentage, FICA, FUTA, SUI,
15 that's based on a percentage they told me to
16 plug in there.
17 Q.     So the percentages came from Jason and
18 Travis?
19 A.     Yes.
20 Q.     And you have no idea what they were
21 looking at to creat that?
22 A.     No.
23 Q.     Okay.  But you do know before you got
24 there, for instance, on the estimating for the
25 green sheets, they were using MMR's green

Page 149

1  sheets?
2         MS. HAMPTON SUTHERLAND:
3  Objection.
4  Q.     For pricing, correct?
5         MS. HAMPTON SUTHERLAND:
6  Objection to the form.
7  A.     Yes.
8  Q.     What's that?
9  A.     Yes.
10 Q.     Yes.  And who came up with these
11 multipliers?
12 A.     That's a calculation.  It was either
13 Travis or Jason came up with the calculation for
14 the multiplier.
15 Q.     Whatever they told you to do, you went
16 with it?
17 A.     Yes.
18 Q.     Okay.  And you never asked them how they
19 got there?
20 A.     No.
21 Q.     Okay.  Are you aware that Jason Yates
22 had fake build up sheets from MMR?
23 A.     I don't know what he had.
24 Q.     Okay.  Did Shawn Breeland ever tell you
25 that Jason Yates sent him MMR's rate build up



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 150..153
BEN HUFFMAN, 02/08/2024

Page 150

1  sheets when he first started at ISG?
2              MS. HAMPTON SUTHERLAND:
3  Objection to the form.
4  A.      I don't know what he sent him or I don't
5  know.
6  Q.      He never told you that?
7  A.      No.
8  Q.      Okay.  Was Shawn Breeland involved in
9  the creation of this ITFN form master?
10 A.      I don't think so.  I don't remember him
11 being involved.
12 Q.      I'm going to go back to Exhibit 30 --
13 Exhibit 33.  So number eight, you have the ITFN
14 report for Spectrum?
15 A.      Um-huh.
16 Q.      Okay.  And this was -- this referred
17 back to this BS report mockup, correct?
18 A.      Yes.
19 Q.      I'm going to show you what I'm marking
20 as Exhibit 37.
21              (Exhibit No. 37 marked for
22 identification.)
23              Okay.  Who's Cory Harold?
24 A.      He was an employee with us.
25 Q.      Okay.  And you see here he's asking in

Page 151

1  July 12 for the -- for a TM rates build up
2  sheet?
3  A.      Yes.
4  Q.      Asking if you have one in Excel?
5  A.      Yes.
6  Q.      Okay.  Was it known that you were
7  building a TM rates build up sheet?
8  A.      I mean, it would be this input sheet,
9  but I assume so.
10 Q.      Okay.  I thought you said this wasn't
11 really a rates build up sheet, it was more for
12 them to input data they had already created on
13 the estimating side.
14 A.      It is from that side of it.  He's just
15 calling it that on that case there because, like
16 I say, most of the time a TM build up sheet is
17 provided by the client.  They give you columns
18 to go out with specific percentages and
19 everything.  The purpose of this document from
20 my world was being able to populate the ITFN
21 report.
22 Q.      I'll show you Exhibit 38.
23              (Exhibit No. 38 marked for
24 identification.)
25 A.      Okay.

Page 152

1  Q.      Here's Chris Comeaux, and he's
2  sending you -- he's sending you a version of the
3  ITFN input form master, sending it to Travis and
4  you, and saying -- asking if you have time to
5  talk?
6  A.      That's what it looks like.
7  Q.      Do you recall this being -- relating to
8  a Shell project?
9  A.      I don't.  I see Shell in the email
10 there so.
11 Q.      Do you remember him -- do you remember
12 meeting with him about this?
13 A.      I don't.
14 Q.      Do you remember talking about building
15 up rates for a Shell project using this
16 document?
17 A.      I don't remember.
18 Q.      Okay.  If you look back at Exhibit 33,
19 which I have.
20 A.      The one on the screen?
21 Q.      The one on the screen.  All right.  You
22 have an entry here for job analysis, correct,
23 that's an item?
24 A.      Yes.
25 Q.      And for description, complete new, new

Page 153

1  job analysis program.  And that's because it's
2  new because ISG didn't have a job analysis
3  program when you started, correct?
4  A.      Correct.
5  Q.      Okay.  And you have -- column D doesn't
6  have a description, but there is a column D.
7  And you have finalizing weekly reports and
8  curves, correct?
9  A.      Yes.
10 Q.      Okay.  Do you have the old exhibits
11 right in front of you?
12              MR. BLANKENSHIP: He does.
13 Q.      If you look at Exhibit 2 --
14 A.      What page?
15 Q.      Exhibit 2, page 2.  This is the MMR --
16 reference to the MMR job analysis program,
17 correct?
18 A.      Yes.
19 Q.      And it looks like it starts on page 13.
20 A.      Okay.
21 Q.      Okay.  Again, the job analysis program,
22 there's a paragraph to describe -- to describe
23 it, correct?
24 A.      Yes.
25 Q.      And it's a custom system for job

 is now 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 154..157
BEN HUFFMAN, 02/08/2024

Page 154

1  analysis, meaning it was unique to MMR, correct?
2  A.    It was unique, however, the concept of
3  the job analysis is industry standard.
4  Q.    Sure.  No, no.  But how MMR does it and
5  what tools they're using to create a job
6  analysis was unique to MMR, correct?
7  A.    Yes.
8  Q.    And that's why you have referenced here,
9  custom system for job analysis, right?
10  A.    Yes.
11  Q.    And you couldn't find this anywhere
12  outside of MMR, correct?
13              MR. BLANKENSHIP:  Object to
14  form.
15  A.    I don't know.
16  Q.    Where would you go to find it outside of
17  MMR?
18  A.    I don't know.
19  Q.    Nowhere, correct?
20              MR. BLANKENSHIP:  Objection.
21  He's answered it.
22  Q.    Correct?
23  A.    Correct.
24  Q.    Okay.  And it says the system tracks
25  overall project percent complete, percent

Page 155

1  complete by cost code, productivity, man-hours,
2  remaining man-hours spent, and quantity
3  installed.  This program assists management in
4  showing areas that may need improvement as the
5  project progresses.  The program provides the
6  client with several up-to-date reports.
7              So you call it a program, right?
8  A.    Yes.
9  Q.    Okay.  Is it an Access database, or is
10  it an Excel --
11  A.    It's an Excel.
12  Q.    -- program?  It's an Excel program,
13  okay.
14  A.    Yes.
15  Q.    And it's valuable in the information it
16  allows management to quickly digest, correct?
17              MS. HAMPTON SUTHERLAND:
18  Objection to form.
19  A.    Valuable as in valuable to the company
20  or?
21  Q.    It's valuable -- internally it's
22  valuable so that management can make whatever
23  business decisions it needs on a particular
24  project, correct?
25              MS. HAMPTON SUTHERLAND:

Page 156

1  Objection to form.
2  A.    The job analysis is valuable in that it
3  shows the productivity on the job and allows
4  supervision to determine whether you need more
5  manpower or less through strict schedule, so.
6  Q.    'Cause on these projects, right, you're
7  getting for management there are tons of
8  information going on and that could get lost.
9  It could just -- problems could go unabated.
10  But because you're tracking it and you have this
11  system, it allows management to quickly see what
12  is going on at any given point in time, correct?
13  A.    Correct.
14  Q.    Okay.  And then it also allows
15  management to communicate with clients about
16  projects, right?
17  A.    Weekly reporting, yes.
18  Q.    Right.  Or if there's an issue that we
19  need to quickly address, we can get out in front
20  of this and do some client control, correct?
21  A.    Correct.
22  Q.    And that's why it was one of the first
23  things that you have on your to-do list once you
24  got to ISG, because they didn't have a job
25  analysis program, correct?

Page 157

1  A.    Correct.
2              MS. HAMPTON SUTHERLAND:
3  Objection to the form.
4  Q.    Okay.  I'm going to show you what we
5  marked as 23.
6              MR. BLANKENSHIP:  He's reading
7  the line number you had on there.
8  Q.    So line 19, JA tracking master, that is
9  the Excel sheet that is MMR's job tracking
10  analysis program, correct?
11  A.    I'd have to see it.
12  Q.    Okay.  Well, look here, okay.  Time?
13  A.    Yeah.
14  Q.    That was right after you plugged in the
15  flash drive, correct?
16  A.    Correct.
17  Q.    And we've established ISG didn't have a
18  job-tracking program, correct?
19  A.    Correct.
20  Q.    And we've established that MMR's job
21  analysis tracking program was an Excel sheet,
22  correct?
23  A.    Correct.
24  Q.    Okay.  You still have doubts that this
25  is the MMR job-tracking analysis?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 158..161
BEN HUFFMAN, 02/08/2024

Page 158

1  A.    Not with that logic.
2  Q.    Okay.  So we are in agreement that this
3  is MMR's job analysis tracking program,
4  correct?
5              MR. BLANKENSHIP:  Object to
6  form.
7  A.    That's what it looks like.
8  Q.    Okay.  And I'm going to show you what
9  is -- I'll mark it as Exhibit 39, but it's an
10 Excel.  And it's ISG -- it's a lot of zeros --
11 6137.
12             (Exhibit No. 39 marked for
13 identification.)
14             MS. HAMPTON SUTHERLAND:  Do you
15 have the specific number, P.J.?
16             MR. PRITT:  000006137.
17             MS. HAMPTON SUTHERLAND:  And
18 just ISG, not CTRLISG?
19             MR. PRITT:  Right.
20 ISG000006137.
21 Q.    Do you recognize this document?  The
22 title of it was capital JA tracking master but
23 it has in quotes "weekly-blank, closed paren,
24 open paren, ID 4084778, closed paren.
25 A.    Yes.

Page 159

1  Q.    Okay.  Is this MMR's job-tracking
2  analysis?
3  A.    Yes.
4  Q.    And there are several tabs here,
5  right?
6  A.    Yes.
7  Q.    Now, you said you do the -- it can
8  generate the weekly report?
9  A.    Yes.
10 Q.    And if I tap -- if I hit the tab weekly
11 cover, is this what it looks like?  And if
12 there's actual content in here, it will generate
13 a report that has all these logs and various
14 other reports, correct?
15 A.    To a degree.  Some of the stuff you
16 would have to input manually.
17 Q.    Okay.  And there's the manload curve
18 here, right?
19 A.    Um-huh.
20 Q.    Right?  That's the histogram here,
21 right?
22 A.    Yes.
23 Q.    And then there's the S-curve, correct?
24 A.    Yes.
25 Q.    Okay.  And you plug in values on the

Page 160

1  left, and will it generate the actual curve here
2  on the right?
3  A.    Yes.
4  Q.    Okay.  And there's various other sheets
5  here, but there's a change order, correct?
6  A.    Yes.
7  Q.    EO log?
8  A.    Yes.
9  Q.    Concern log, invoice log, RFI log?
10 A.    Yes.
11 Q.    Correct?  Okay.  And you brought that --
12 the one we looked at, the JA tracking that
13 showed up on the forensic report on Exhibit
14 23 --
15 A.    Um-huh.
16 Q.    -- you brought that with you on the
17 flash drive from MMR to ISG?
18             MR. BLANKENSHIP:  Object to
19 form.
20 A.    That's what it looks like, it was on the
21 flash drive.
22 Q.    Okay.  And this is what it would have
23 included, MMR in that document?  Like in the
24 document, it would have said MMR within it?
25 A.    I assume so.

Page 161

1  A.    I mean, looking at this, you have --
2  A.    Yeah.
3  Q.    Okay.  Do you -- we didn't receive that
4  document in forensics, it wasn't provided to us.
5             MS. HAMPTON SUTHERLAND:  I'm
6  sorry, what document?  Which document?
7  Q.    The JA tracking master.  So this here.
8  This document here with this, this entry on line
9  9, JA tracking master, see that?
10 A.    Um-huh.
11 Q.    We didn't receive a document with that
12 title.
13 A.    Okay.
14 Q.    But it was on your computer, right, as
15 of 3/7/2022?
16 A.    Um-huh.
17 Q.    That's a yes?
18 A.    I assume so, yes.
19 Q.    I was just saying that because you said
20 um-huh.
21 A.    Sorry.
22 Q.    Do you know why it wouldn't have been
23 included in the forensic production?
24 A.    I do not.
25 Q.    Did you delete it?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 162..165
BEN HUFFMAN, 02/08/2024

Page 162

1  A.    Not that I remember.  I don't remember
2  deleting it.
3  Q.    Okay.
4        (Brief recess.)
5  Q.    I have on the screen what we marked as
6  Exhibit 39.  I just wanted to confirm.  I think
7  this is accurate but, for instance, like the
8  manload and the S-curve, this allows you to --
9  this Excel allows you to generate PDFs from
10 it?
11 A.    Yes.  You can print a PDF from an Excel
12 document, yes.
13 Q.    Okay.  And once this data is in, you can
14 just hit print and it will print a PDF and it
15 will give you a hard copy instead of a native
16 version of whatever it is you tell it to print.
17 Is that accurate?
18 A.    Yes.
19 Q.    Okay.  I'm going to show you what I've
20 marked as Exhibit 40.
21        (Exhibit No. 40 marked for
22 identification.)
23        Okay.  This is an email string
24 between -- namely, the people responding are you
25 and Trevor, some people cc'd, but it looks like

Page 163

1  Trevor is asking you -- well, let me ask you.
2  Is Trevor asking you to build a histogram?
3  A.    That's what it looks like, yes.
4  Q.    And this is for an ISG project, correct?
5  A.    Correct.
6  Q.    Okay.  And then if you look at what you
7  attached to your email -- and I've just given
8  the histogram, not the schedule -- the
9  attachment is the histogram or -- no, I have the
10 schedule.  I'm sorry.  But I'd like to just
11 focus on the histogram, which is the second page
12 of this document.
13        Okay.  This is a printout of an
14 S-curve and a histogram.  Is that accurate?
15 A.    Yes.
16 Q.    Okay.  And you were using an MMR
17 database or MMR Excel sheet, tracking sheet, to
18 do this, correct?
19 A.    It looks similar to this.
20 Q.    Okay.  Well, here's why I know
21 because -- does ISG have offices in Baton Rouge?
22 A.    No.
23 Q.    Right.  So you see in the footer of this
24 document?
25 A.    Yeah.

Page 164

1  Q.    Okay.  That is Baton Rouge area [SIC]
2  code 70817, correct?
3  A.    Correct.
4  Q.    That's MMR -- this is MMR's address,
5  correct?
6  A.    I assume so.
7  Q.    And what you did is, it looks like you
8  erased the actual, you know, street.  Is that
9  accurate?
10 A.    I don't remember.
11 Q.    Okay.  And ISG doesn't even have a dot
12 com, right, they're ISG dot work?
13 A.    Yes.
14 Q.    Okay.  So you would never have a dot com
15 in a domain, correct?
16 A.    Correct.
17 Q.    If you look at Exhibit 2, see the first
18 page of Exhibit 2?
19 A.    Yes.
20 Q.    You see the footer on Exhibit 2, the
21 first page?
22 A.    Yes.
23 Q.    See, it has the exact -- that's MMR's
24 address.  And it's the same as what's in Exhibit
25 40, right?

Page 165

1  A.    That's what it looks like.
2  Q.    And so you erased the other indicating
3  information that would clearly say that this
4  related to MMR, correct?
5        MR. BLANKENSHIP:  Object to
6  form.
7  A.    I guess.  I don't know.
8  Q.    It doesn't just disappear on its own?
9  A.    Correct.
10 Q.    And you were using the MMR job tracking
11 program to generate this, correct?
12 A.    Correct.
13 Q.    Okay.  So you were using an MMR projects
14 control tool to benefit ISG?
15        MR. BLANKENSHIP:  Object to
16 form.
17 Q.    Correct?
18 A.    Yes.
19 Q.    I'm going to show you what I'm marking
20 as Exhibit 41.
21        (Exhibit No. 41 marked for
22 identification.)
23        This is a document -- I believe
24 it's control ISG.  The actual numbers are
25 276351.  And it's called manload-S-curve master.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 166..169
BEN HUFFMAN, 02/08/2024

Page 166

1  Okay.  This is a document -- do you recognize
2  this document?
3  A.     Yes.
4  Q.     Okay.  You put this logo here?
5  A.     Yes.
6  Q.     ISG?  Okay.  And -- but ISG didn't have
7  a project in 2018, correct?
8  A.     Correct.
9  Q.     Okay.  That was an MMR project?
10 A.     I assume so.
11 Q.     Okay.  And, again, we know that 'cause
12 if we click on the data tab, right here's MMR,
13 correct?
14 A.     Yes.
15 Q.     So this was -- this was a MMR's
16 manload-S-curve master document?
17 A.     That's what it looks like, yes.
18 Q.     And you were trying to make this look
19 like an ISG document, correct?
20        MR. BLANKENSHIP:  Object to
21 form.
22 Q.     By putting the ISG logo on it?
23 A.     That's what it looks like, yes.
24 Q.     Why were you doing that?
25 A.     Ease of access, I guess.  It's just --

Page 167

1  Q.     Why were you trying to hide --
2         MR. BLANKENSHIP:  Let him finish
3  his --
4  A.     It's just an S-curve.  There's nothing
5  really special about it.  But --
6  Q.     Why didn't you --
7         MR. BLANKENSHIP:  Let him finish
8  his answer, please.
9  Q.     Why didn't you just build it yourself if
10 it's nothing special?  Why did you have to take
11 MMR's and hide the fact that -- what you were
12 doing?
13        MR. BLANKENSHIP:  Object to
14 form.
15 A.     It was just easier.
16 Q.     Why wouldn't you just leave the MMR
17 label on it?  That would have been easier,
18 right?
19 A.     Yes, that would have been easier.
20 Q.     But this looks more like a little
21 deceitful.
22        MR. BLANKENSHIP:  Object to
23 form.
24 Q.     Do you agree with that?
25 A.     I guess.

Page 168

1  Q.     And this document was something that you
2  brought with you from MMR?
3  A.     I don't remember if it was or not.
4  Q.     Is it possible that someone else in
5  management at ISG gave this to you?
6  A.     It could have been on the drive.  I
7  don't remember specifically on that.
8  Q.     Or someone else could have given it to
9  you?
10        MR. BLANKENSHIP:  Objection.
11 A.     Could have been.
12 Q.     Okay.  And it could have been because it
13 was your experience that others at ISG had MMR
14 information?
15        MS. HAMPTON SUTHERLAND:
16 Objection to the form.
17 A.     Can you rephrase?
18 Q.     Sure.  I asked you is it possible that
19 someone else at ISG gave this to you?
20 A.     I would say so, yes.
21 Q.     Okay.  And I said, you're saying it's
22 possible because other employees at ISG had
23 MMR's information?
24        MS. HAMPTON SUTHERLAND:
25 Objection to the form.

Page 169

1  Q.     Correct?
2  A.     Correct.
3  Q.     And others at ISG before you got there
4  were using MMR's information, correct?
5         MS. HAMPTON SUTHERLAND:
6  Objection to the form.
7  A.     As far as I know.
8  Q.     And once you got there, you continued
9  that practice and used MMR's information --
10        MR. BLANKENSHIP:  Object to
11 form.
12 Q.     -- correct?
13 A.     To a degree.
14 Q.     Okay.  And you tried to hide that --
15        MR. BLANKENSHIP:  Object to
16 form.
17 Q.     -- correct?
18 A.     Correct.
19 Q.     If we look back at the to-do list, which
20 is Exhibit 33, for your entry -- so the first
21 thing is you're going to try to complete the new
22 job analysis program on line 4, correct?
23 A.     Correct.
24 Q.     With the focus on finalizing reports and
25 curves, correct?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 170..173
BEN HUFFMAN, 02/08/2024

Page 170

1          MS. HAMPTON SUTHERLAND:
2    Objection to the form.
3    A.      That's what it looks like.
4    Q.      And we just went over some curve
5    documents that you were using that belonged to
6    MMR, correct?
7    A.      Correct.
8    Q.      So in finalizing these curves, you were
9    using MMR's information, correct?
10   A.      I don't remember.
11   Q.      I just showed you that you were using --
12   A.      That was a separate document, but I
13   don't remember specifically.
14   Q.      Okay.  Were you not then going to
15   incorporate that into --
16   A.      I don't know.  I mean, I don't recall
17   exactly.
18   Q.      Okay.  In any event, it looks as if this
19   was happening in steps, the finalizing of the JA
20   tracking program?  See 17, fine tune?
21   A.      Yes.
22   Q.      Okay.  And at this point, you're
23   focusing on locking down sheets, expirations,
24   etcetera.  What does that mean?
25   A.      Just putting password protection on the

Page 171

1    sheets.
2    Q.      What's expirations mean?
3    A.      Put for the document to expire over
4    time.
5    Q.      And why is that?
6    A.      Just to make sure the latest versions
7    are out there.
8    Q.      Okay.  So currently today, has any of
9    your versions that you created expired?
10   A.      I don't know.  I haven't followed up
11   with those.
12   Q.      Is there a master version currently at
13   ISG that's being used?
14   A.      There should be, yes.
15   Q.      It's your expectation as project
16   controls director, right?
17   A.      Um-huh.
18   Q.      That everyone's working from the master?
19   A.      They should be, yes.
20   Q.      That you yourself approved?
21   A.      Yes.
22   Q.      Did you have to get approval from Jason
23   Yates, Travis Dardenne, or Shawn Breeland before
24   you approved the master?
25   A.      Yes.

Page 172

1    Q.      Okay.  And they approved it?
2    A.      Yes.
3    Q.      And they knew that you had the MMR job
4    tracking analysis, correct?
5          MS. HAMPTON SUTHERLAND:
6    Objection to the form.
7    A.      I don't know what they knew.  Whether
8    they knew I had that or not, I don't know.
9    Q.      Okay.  You didn't tell them?
10         MR. BLANKENSHIP:  Let him finish
11   his answer.
12   Q.      Did you tell them?
13   A.      I don't remember if I told them or
14   not.
15   Q.      Did Jason Yates ever tell you that he
16   had a copy of that?
17   A.      I don't recall him saying that, no.
18   Q.      Okay.  He never provided you with a
19   copy?
20   A.      I don't remember.
21   Q.      All right.  I'm going to show you what
22   I'm marking as Exhibit 42.
23         (Exhibit No. 42 marked for
24   identification.)
25         Okay.  Sam Cole was an intern?

Page 173

1    A.      He currently is.
2    Q.      He's still an intern at ISG?
3    A.      Yes.
4    Q.      And Jared Babin is an estimator?
5    A.      Project manager, I believe, is his
6    title.
7    Q.      Did he ever have an estimating
8    function?
9    A.      He did some estimating.
10         You okay?
11   Q.      Sorry.  At this point, had the -- I see
12   the attachment is ISG job analysis-master.  Was
13   this the master version?
14   A.      I would assume so, yes.
15   Q.      If we pull up -- and I marked the
16   attachment as 43.
17         (Exhibit No. 43 marked for
18   identification.)
19         Okay.  I'm going to share it
20   now.  Is this the master -- is this the ISG
21   version of the job analysis?
22   A.      Yes.
23   Q.      And is it -- looking at these forms
24   after having just looked at the MMR one -- I'll
25   keep going.  So here is -- I guess this is --



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 174..177
BEN HUFFMAN, 02/08/2024

Page 174

1 where is the reporting?  What did you call it
2 here, report package?
3 A.    Yes.
4 Q.    Okay.  Here's your -- and it's a weekly
5 report?
6 A.    Yes.
7 Q.    Looks similar to the weekly report at
8 MMR, correct?
9 A.    Yes.
10 Q.    Okay.  And it's got all these reporting
11 that you can do.  I want to go to histogram.
12 This is what we were looking at, right, earlier
13 at the MMR one, correct?
14 A.    Correct.
15 Q.    And MMR had reporting on the side?
16 Where is the -- where does the ISG one -- is it
17 here?
18 A.    Right here.
19 Q.    So instead of on the same page, it just
20 gets a new tab?
21 A.    Yes.
22 Q.    But it's still communicating -- it's
23 still the same thing, correct?
24        MR. BLANKENSHIP:  Object to
25 form.

Page 175

1 Q.    It's basically you're just having it
2 communicate on two separate tabs rather than on
3 one?
4 A.    It's connected -- I'm sorry.
5        MR. BLANKENSHIP:  You can
6 explain it.
7 A.    It's connected to the separate sheet, so
8 it uses two separate sheets.
9 Q.    Okay.  And this looks -- this looks like
10 the MMR S-curve, right, and histogram?
11 A.    Similar, yes.
12 Q.    Okay.  And is it your testimony looking
13 at all this data in this spreadsheet that you
14 were not looking at or using the MMR job
15 tracking analysis program when creating this?
16 A.    I don't remember using it.  I may have.
17 I don't know.  But I don't remember specifically
18 using it.
19 Q.    Looking at this, there's no way you
20 could have remembered all this data to create
21 something from scratch, right --
22        MS. HAMPTON SUTHERLAND:
23 Objection to the form.
24 Q.    -- without looking back at the MMR job
25 analysis program, correct?

Page 176

1 A.    As much as I was involved with it at the
2 time, I would argue that, yeah, I could have
3 produced it.
4 Q.    But you didn't, correct?
5        MR. BLANKENSHIP:  Object to
6 form.
7 A.    I don't remember.  I don't remember if I
8 used any of that.
9 Q.    You now remember that you were accessing
10 the MMR job tracking analysis that you took from
11 MMR, correct?
12 A.    Obviously on the computer it shows that.
13 Q.    Right.  You're looking at it.  And then
14 in your to-do list, you're creating a new one
15 for ISG at the same exact time, correct?
16 A.    Correct.
17 Q.    So given those things, do you agree that
18 you were looking at accessing MMR's job tracking
19 database to create this ISG job tracking
20 database?
21        MR. BLANKENSHIP:  Object to
22 form.  He's answered this.
23 A.    I don't remember specifically doing
24 that.  But, like I say, it looks that way.
25 Q.    It looks that way, okay.

Page 177

1        And this job analysis program is
2 being used today?
3        MS. HAMPTON SUTHERLAND:  Object
4 to form.
5 A.    As far as I know, it is.
6 Q.    There's been no instruction, for
7 instance, since this lawsuit was filed, the
8 injunction's been in place, everyone stop using
9 the job analysis program, we're going to
10 completely start over?
11 A.    Not that I know of.
12 Q.    There's been no instruction at all to
13 stop using the job analysis program, correct?
14 A.    Not that I know of.
15 Q.    Okay.  I'm going to show you what I'm
16 marking as Exhibit 44.
17        (Exhibit No. 44 marked for
18 identification.)
19        Before I do, once you had this
20 master version of the job analysis program
21 finalized, you were, again, able -- like you did
22 with the bible and the proposal database, you
23 were able to create a workflow?
24 A.    I don't remember.  I think I did.
25 Q.    So this is Exhibit 44.  Do you recognize



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 178..181
BEN HUFFMAN, 02/08/2024

Page 178

1  this document?
2  A.    I don't remember making this document.
3  Q.    But you sent it?
4  A.    I see the email but I don't remember
5  making the document.
6  Q.    And this is a project controls related
7  document, correct?
8  A.    Project execution.
9  Q.    And with a focus on project controls in
10 the midst of it, correct?
11 A.    There's a piece of project controls in
12 there.  Most of it is construction.
13 Q.    Okay.  And this is what I kind of want
14 to focus on is the project control set up
15 process.
16 A.    Um-huh.
17 Q.    So it looks like estimator -- someone at
18 the company gets a proposal, correct?
19 A.    Yes.
20 Q.    You go through the process of generating
21 it?
22 A.    Yes.
23 Q.    Where you get the proposal number and
24 then you estimate it, send it out, project's
25 awarded, okay?  And then is there a construction

Page 179

1  turnover meeting with estimating project
2  controls and project management?
3  A.    Depends on the size of the award.  If
4  it's something small, probably not.  If it's a
5  large project, there will be.
6  Q.    Okay.  And then after that meeting or
7  once -- at some point after the project's
8  awarded is when project controls gets set up?
9  A.    Typically.
10 Q.    Okay.  And first thing or one of the
11 first things is you build a project schedule?
12 A.    Yes.
13 Q.    Right?  Okay.  And then you start with
14 the S-curve and histograms, right?
15 A.    Yes.
16 Q.    And that is where the job analysis
17 program comes in?
18 A.    It depends whether it's associated with
19 the schedule or if it's separate from the job
20 analysis.
21 Q.    Okay.  If it's separate from the job
22 analysis, is that where you would have that
23 standalone S-curve manload master document that
24 we looked at that originated at MMR?
25 A.    Yes.

Page 180

1  Q.    And then if you don't use the
2  standalone, then you go and you start building
3  the job analysis?
4  A.    Yes.
5  Q.    Who is in charge of doing that?
6  A.    At this time it would be Dan Howell that
7  does it.  But we don't set up many projects with
8  it at this time because the majority of our
9  projects are so small they don't require a
10 schedule or a job analysis.
11 Q.    But the ones that do, does this
12 accurately describe what's happening, you're
13 breaking down the estimate into trackable
14 commodities that the construction team can
15 update and provide productivity reports to
16 management through our job analysis system that
17 is in place?
18 A.    Yes.
19 Q.    Okay.  And then after -- so then safety
20 gets involved, QAQC gets involved.  And then
21 after that, the project is underway?
22 A.    Yes.  Generally speaking.
23 Q.    And that is when project management says
24 here, second bullet point under project
25 management and process, "Project management will

Page 181

1  work closely with project controls to make sure
2  all systems are set up correctly."  Is that
3  accurate?
4  A.    Yes.
5  Q.    And so that's where project controls is
6  looking at, what, at the data from the sheet,
7  from the job analysis sheet?
8  A.    Yes.
9  Q.    Okay.  And who's populating all the
10 data?
11 A.    It's going to depend on the project.  If
12 the project's big enough, it would be the field
13 engineer on the project or the project
14 engineer.
15 Q.    Okay.  So the project engineer is
16 responsible for gathering the data, filtering.
17 You guys and project control, you particularly,
18 in charge of filtering it and making sure
19 everything is working as smoothly as possible?
20 A.    So on that side of it, Dan Howell's
21 taken over that more so.  But generally
22 speaking, the field will put everything together
23 and just generate a report off of it.
24 Q.    And then in terms of communicating the
25 weekly report or the reporting that you can



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 182..185
BEN HUFFMAN, 02/08/2024

Page 182

1  generate to go to clients, is that something
2  Dan -- or you were doing or Dan is doing now, or
3  is that something that you generate and give it
4  to the contact at the client?
5  A.    Usually on a project that's large enough
6  to need a job analysis, it's done with the
7  project engineer on-site.  They go straight to
8  the client with it after review with their
9  superintendent.
10 Q.    And I see an email in December of --
11 December 27, 2022, between you and Dan where
12 you're sending him the job analysis.  Would that
13 be -- on that date, would that have been when he
14 was taking over?
15 A.    That would have been somewhere around
16 those lines, I think.  I wouldn't know it
17 specifically.
18 Q.    Okay.  Fair enough.  But sometime you
19 sent him the master version, and he assumed kind
20 of the supervision of that program and making
21 sure it's all running smoothly?
22 A.    Yes.
23 Q.    And what's Dan Howell's position?
24 A.    I think his title is project manager.
25 Q.    Does he have a supervisory role where

Page 183

1  he's overseeing multiple projects?
2  A.    I would say so, yes.
3  Q.    Okay.  You testified in your first
4  deposition, I think some today, that ISG was
5  using MMR's green sheets and overhead top sheets
6  before you arrived, correct?
7  A.    Yes.  As far as I know.
8  Q.    Did you bring any green sheets with you
9  to ISG?
10 A.    Not that I recall.
11 Q.    Okay.  At MMR, did you have access to
12 the green sheets?
13 A.    I had access to . . .
14 Q.    Go ahead.
15 A.    I had access to them on a regular basis
16 for setting up job analysis and stuff like
17 that.
18 Q.    Okay.  I think -- I think I recall your
19 testimony was you would get -- you would get the
20 finalized estimate if the project was awarded so
21 that you could start building the job analysis
22 worksheets and other project control related
23 documents.  Is that accurate?
24 A.    Yes.
25 Q.    Okay.  Did you bring any overhead top

Page 184

1  sheets with you from MMR?
2  A.    Not that I recall.
3  Q.    But if we look -- so if we look at 23,
4  Exhibit 23 -- I'm trying to clear this out.
5  Hold on just a second.
6         Do you see -- and I'm looking
7  here.
8             MR. BLANKENSHIP:  The green one?
9             MR. KEE:  Yeah.
10 Q.    Okay.  Looks like your first day of work
11 this was created.  It's ISG 220022GS.  GS stands
12 for green sheet, correct?
13 A.    I would assume so, yes.
14 Q.    Do you recall why on your first day of
15 work you would have been . . ?
16 A.    I don't know that.  Like I say, that's
17 got an ISG number.  I don't know why it would be
18 like that.
19 Q.    I'm just wondering why you would have
20 received a green sheet on your first day.
21 A.    If I was working on estimates or
22 anything with that with them, so.
23 Q.    Okay.  Do you recall -- before we get
24 into the green sheets and overhead top sheets,
25 do you recall -- we were talking about earlier

Page 185

1  today the -- how the cable and conduit schedule
2  program, the instrument bubble sheet program,
3  and the equipment tracking program basically
4  fell under one umbrella before you left MMR?
5  A.    Yes.
6  Q.    What was that called?
7  A.    Job tracking.
8  Q.    Job tracking, okay.  And that's
9  different from the job analysis program,
10 correct?
11 A.    Yes.
12 Q.    Okay.  Here you've got this entry where
13 you're accessing the job tracking data master
14 database from your ISG computer.  This is the
15 MMR database that we were discussing had the
16 three programs referenced in a 2016 project
17 controls plan, correct?
18 A.    Correct.
19 Q.    Okay.  Did you build something similar
20 to that for ISG?
21 A.    I don't remember building anything
22 similar for it.  I know we don't have anything
23 in use like that 'cause we just don't do any big
24 projects that would necessitate it.
25 Q.    Okay.  What exactly did it do, that job

 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 186..189
BEN HUFFMAN, 02/08/2024

Page 186

1 tracking?
2 A.      So the job tracking in general is like a
3 cable schedule.  So in a electrical world, if
4 you've got to install 200 cables, you have a
5 list of all 200.  And then in the industrial
6 world, they actually label those cables so you
7 know what's going where and everything else.
8 Well, there's a process that involves installing
9 conduit, pulling the cable, terming the cable,
10 terming to, terming from, loop check, the whole
11 nine yard throughout it.  And it just follows
12 the checklist through it.
13 Q.      Okay.
14 A.      That's more of an industry standard type
15 deal as far as the process.
16 Q.      Okay.  And that was eventually -- I
17 mean, that was an Access database?
18 A.      Yes.
19 Q.      Okay.  Understood.
20          In Exhibit 2, there's a
21 reference to activity tracking programs.  Would
22 that have been -- and it's 5.0.  Would that have
23 been -- it looks like --
24          MR. BLANKENSHIP:  What page?
25 Q.      23, 24, 25, 26.

Page 187

1 A.      That's just referencing the JA and the
2 schedule.
3 Q.      The schedule, okay.
4 A.      Yeah.
5 Q.      And it looks like -- you testified about
6 the standalone manload S-curves.  Would that
7 have been . . ?
8 A.      No.  These would have come from the job
9 analysis.
10 Q.      Got it.  Okay.  Understood.
11          In your industry, what does DCR
12 stand for?
13 A.      That could be daily construction report
14 or daily change report, maybe.
15 Q.      Okay.
16 A.      I think it has a couple different
17 meanings.  But daily construction report is the
18 most common DCR.
19 Q.      Okay.  I'm going to pull back up the
20 to-do list, which I believe is 33.
21          You have referenced here item
22 update master OHNT sheets.  Do you see this?
23 A.      Um-huh.
24 Q.      Okay.  At the time, the master -- and
25 that's line 5.  At the time, the master OHNT

Page 188

1 sheets were -- the ones that were being used at
2 ISG were MMR's, correct?
3 A.      I believe so.
4 Q.      I mean, you saw that to be true, right?
5 A.      Yes.
6 Q.      Yes, okay.  So in updating a master
7 version that ISG would be using, you first
8 needed to collect the versions that were in use
9 at ISG?
10 A.      No.  It would just be going forward.
11 There wouldn't be any going back individually
12 and fix any of them.
13 Q.      Not fix them.  I mean collect them so
14 you could see what was being used and you could
15 decide how to move forward.  Is that accurate?
16 Would that be a fair assessment?
17 A.      This is referring to mapping and phase
18 codes.
19 Q.      Okay.  What does that mean?
20 A.      Just lining up the phase codes to match
21 what we have for Spectrum.
22 Q.      Okay.  And what was the master OHNT
23 sheet that you were updating?
24 A.      I'm assuming it was one of those
25 overhead sheets.

Page 189

1 Q.      And it's date issue.  You have -- I
2 mean, this is your own keeping yourself
3 accountable, I think.  You say on 3/17 you give
4 yourself this task, correct?
5 A.      That's what it looks like, yes.
6 Q.      And, like you said, the purpose was to
7 make it function with your Spectrum, right?
8 A.      Yes.
9 Q.      You weren't too concerned that it was
10 MMR's overhead top sheet, you just wanted it to
11 work better with the systems that you were using
12 at ISG?
13 A.      I would say so.
14 Q.      Okay.  So if you look at what I'm
15 showing -- what I'm marking as Exhibit 45.
16 Okay.  Do you remember why -- this is the same
17 date that you've assigned yourself to map the
18 master overhead top sheet.  Do you recall
19 that?
20          (Exhibit No. 45 marked for
21 identification.)
22 A.      I don't recall it specifically, but I
23 see the email.
24 Q.      I mean, you remember that you assigned
25 yourself the task on 3/17?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 190..193
BEN HUFFMAN, 02/08/2024

Page 190

1  A.     That's what the document says.
2  Q.     Okay.  And then this email, Travis sends
3  you an overhead top sheet on 3/17, okay.  Now
4  I'll show you what I'm marking as Exhibit 33,
5  which is the attachment.
6                MS. HAMPTON SUTHERLAND:  33?
7                MR. PRITT:  46.
8  Q.     46, I'm sorry.  That was my tab.
9                (Exhibit No. 46 marked for
10 identification.)
11               All right.  And what Travis sent
12 to you was MMR's overhead top sheet, correct?
13 A.     Correct.
14 Q.     Now, when you say update the phase
15 codes, what was it on here that you were needing
16 to update?
17 A.     Go to the recap sheet.
18 Q.     Recap, okay.
19 A.     Scroll down.
20 Q.     Sure.
21 A.     Keep going.  Keep going.  Keep going.
22 Right there.
23 Q.     Uh-huh.  So you're updating these?
24 A.     Yes.
25 Q.     And Viewpoint export recap, this was for

Page 191

1  MMR?
2  A.     Yes.
3  Q.     This wasn't -- this was not
4  communicating with Viewpoint for ISG, correct?
5  A.     Not at that time, no.
6  Q.     So what you were doing, you weren't --
7  initially, you weren't trying to change any of
8  this stuff above or, I guess, across this box?
9  A.     Correct.
10 Q.     And these are -- these codes look very
11 similar, for instance, the BS mockup report?
12 A.     Yes, the phase codes.
13 Q.     And do you know how long ISG had been
14 using this overhead top sheet or version of this
15 overhead top sheet before you got there?
16 A.     I do not know.
17 Q.     Okay.  It looks like -- you see up here,
18 ISG work rates?  It looks like they tried to
19 hide that this was an MMR document as well,
20 correct?
21 A.     That's what it looks like.
22               MS. HAMPTON SUTHERLAND:
23 Objection to the form.  Calls for speculation.
24 Q.     What's that?
25 A.     That's what it looks like.

Page 192

1  Q.     Now, did you ask Travis to send that to
2  you so that you could begin to map the new phase
3  codes, or was that something they asked you to
4  do?
5  A.     I don't remember.
6  Q.     Okay.  Do you recall telling them, look,
7  we've got Viewpoint, we're going to have
8  Spectrum, we should have these estimating tools
9  communicating with this program?
10 A.     I don't specifically remember.
11 Q.     Would they have realized that?  Is that
12 something that would have . . ?
13 A.     They may have.
14 Q.     They just hadn't done it?
15 A.     Yeah.
16 Q.     For maybe a year or so before you got
17 there, correct?
18 A.     Correct.
19 Q.     Is it because they didn't know how to
20 make it communicate with Viewpoint?
21 A.     I don't know whether they would have
22 known how or not.
23 Q.     When they were talking about hiring you,
24 was it something that you all discussed, you
25 know, how to make all these tools communicate in

Page 193

1  a way that creates more efficiencies?
2  A.     I don't remember specifically what we
3  talked about.
4  Q.     I'm going to show you what I'm marking
5  now as 47.
6                (Exhibit No. 47 marked for
7  identification.)
8                Okay.  Drake Bourgeois, is he in
9  estimating?
10 A.     No.  He's a technician.
11 Q.     Okay.  If you recall, this was --
12 remember we talked about on that spreadsheet on
13 Exhibit 23, the entry about ISG22-0022GS?
14 A.     Yes.
15 Q.     Do you recall that?  Okay.  And it looks
16 like about ten days later from that entry, Drake
17 is sending you a green sheet?
18 A.     That's what it looks like.
19 Q.     Okay.  And Travis is cc'd?
20 A.     (Indicating.)
21 Q.     This is the same day that Travis sent
22 you the overhead top sheet, correct?
23 A.     That's what it looks like.
24 Q.     Do you recall why they would be sending
25 you green sheets as well as overhead top



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 194..197
BEN HUFFMAN, 02/08/2024

Page 194

1  sheets?
2  A.      I don't recall.
3  Q.      I'm marking this document as Exhibit 48.
4          (Exhibit No. 48 marked for
5  identification.)
6          That same day Drake Bourgeois is
7  sending you four overhead top sheets.
8  A.      That's what it looks like, yes.
9  Q.      Those are also MMR overhead top sheets,
10 correct?
11 A.      I would assume so.
12 Q.      Okay.  And do you know why there seems
13 to be some concerted effort on that day of March
14 17th to send you these overhead top sheets and
15 green sheets?
16          MS. HAMPTON SUTHERLAND:
17 Objection to the form.
18 A.      I don't remember specifics.  But if he
19 was sending me that many, it was probably to
20 make a schedule or something.
21 Q.      Did it have something to do with you
22 starting to rework on these?
23 A.      I don't remember.
24 Q.      You don't remember.
25          I'm going to show you what I'm

Page 195

1  marking as Exhibit 49.
2          (Exhibit No. 49 marked for
3  identification.)
4          Okay.  Looks like a week later
5  Jared Babin is sending you a green sheet.  Do
6  you see that?
7  A.      That's what it looks like, yes.
8  Q.      Do you recall why he was sending
9  you . . ?
10 A.      I don't remember specifically.  Like I
11 say, it could have been to create a schedule or
12 something like that.
13 Q.      Okay.  I'm going to share what I'm
14 marking as Exhibit 50, which is the attachment
15 that's he titled "Jared's lost green sheet."  Do
16 you see that?
17          (Exhibit No. 50 marked for
18 identification.)
19 A.      Um-huh.
20 Q.      And any dispute that this is an MMR
21 green sheet?
22 A.      No.
23 Q.      It appears Jared's using this while at
24 ISG?
25 A.      That's what it looks like.

Page 196

1  Q.      All right.  I'm going to show you what
2  I'm marking as Exhibit 51.
3          (Exhibit No. 51 marked for
4  identification.)
5          And this is a week later on
6  March 31st, 2022, Jared Babin.  Looks like
7  subject line is Air Liquide proposal, correct?
8  A.      That's what it looks like, yes.
9  Q.      Okay.  And he's also sending you the
10 overhead top sheet he used to create this
11 proposal, correct?
12 A.      That's what it looks like.
13 Q.      The green sheet that he used to create
14 the proposal, correct?
15 A.      That's what it looks like.
16 Q.      And the actual proposal?
17 A.      Yes.  That's what it looks like.
18 Q.      And then if you look -- if you look at
19 the proposal -- so the next page, I included the
20 attachment in the exhibit of the actual
21 proposal.
22 A.      This is it.
23          MR. BLANKENSHIP:  Is that a
24 two-bates label or a three?  Oh, four?
25 Q.      So the second -- when you flip the

Page 197

1  email, it's the next page starts the proposal.
2  A.      Okay.
3  Q.      So this is a proposal that Jared
4  actually sent?
5  A.      Is it a proposal Jared sent?  I would
6  assume so.
7          MR. BLANKENSHIP:  P.J., you mean
8  actually sent to that person, the direct on
9  there?
10 Q.      Yeah.  Was this a --
11 A.      I would assume so.  I don't know.
12 Q.      Looks like it was a lump sum of
13 $408,354.00  Correct?
14 A.      Correct.
15 Q.      Do you know if ISG won that award?
16 A.      I don't remember if they won it or
17 not.
18 Q.      Or was awarded that project?
19 A.      I'm sorry.
20 Q.      No.  That was me.
21          Looking at these, I think you
22 testified you don't -- looking at the
23 clarifications and the commercial terms, you
24 don't know where those came from?
25 A.      No, I do not.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 198..201
BEN HUFFMAN, 02/08/2024

Page 198

1  Q.    Okay.  I want to go back real quick to
2  his lost green sheet, which is Exhibit 50.  I'm
3  going to share it.  Can you see it?
4  A.    Um-huh.
5  Q.    I'm going to navigate to the notes tab
6  of this green sheet.
7  A.    Um-huh.
8  Q.    Looks like this is kind of where you
9  keep the -- where MMR's keeping the changes that
10 it was making to the green sheet, and this is
11 changes to database.  What's the importance of
12 that database?
13 A.    What do you mean specifically?
14 Q.    Well, I clicked on the database.  What
15 is this?
16 A.    So what the database does is basically
17 it's stockpiled standard information from the
18 NECA rates as far as the size of --
19 Q.    Let me --
20         MS. HAMPTON SUTHERLAND:  Let him
21 finish.
22 Q.    -- on the MMR side of things?
23 A.    Can you specify?  What do you mean?  The
24 importance of the database on MMR side?  I'm
25 asking.

Page 199

1  Q.    I want to know what is it that this
2  does, like functionally.  This includes pricing,
3  or had MMR included the pricing?
4  A.    No.
5  Q.    The labor units?
6  A.    So it includes the labor units, which
7  are based off of NECA rates.  The pricing is
8  sent out to whoever your vendors are to give you
9  pricing, then plugged in there.  And then what
10 happens is the green sheet details sheet is
11 utilizing V look-ups.  So if you scroll to the
12 left there, there should be a code for every
13 item they need.  As the estimator is taking off
14 the items, say, I need 500 foot of this, a
15 thousand foot of that, 300 couplings, whatever,
16 it's doing V look-up, saying, hey, I need this
17 much.  And it's rolling it back to a total
18 quantity on this.
19 Q.    Okay.  At MMR, the labor units here in F
20 column, it's your position that these are NECA
21 units, these are based on NECA?
22 A.    They're based on NECA units.
23 Q.    And are they exactly what NECA
24 publishes?
25 A.    I don't know that.

Page 200

1  Q.    You have no idea?
2  A.    No.
3  Q.    So who at MMR would know that?
4  A.    Jeremiah Blum.
5  Q.    And if Jeremiah Blum says we look at
6  NECA and then make adjustments off of that
7  and --
8         MS. HAMPTON SUTHERLAND:
9  Objection to the form.
10 Q.    -- publish it in and it gets put in our
11 master green sheet, do you have any reason to
12 dispute that?
13         MS. HAMPTON SUTHERLAND:
14 Objection to form.  Calls for speculation.
15 Q.    I'm asking you personally.  Do you have
16 any reason to dispute that?
17 A.    I mean, I don't.  I mean, I don't know
18 their process with it, but.
19 Q.    Okay.  You just think -- are you
20 speculating that it's based off of NECA?
21 A.    No.  I'm aware that it's off of NECA.
22 Q.    Okay.  But you're not aware if there's
23 adjustments made off of what NECA suggests?
24 A.    I'm not.
25 Q.    You're not aware?

Page 201

1  A.    No.
2  Q.    And that's something Jeremiah Blum -- is
3  that what you said, Jeremiah Blum, he could
4  testify about what MMR does in terms of its
5  labor units and what it includes in the green
6  sheets, correct?
7  A.    Correct.
8  Q.    Now, these notes -- see the changes to
9  database?  These were changes that MMR made to
10 its database, correct?
11         MS. HAMPTON SUTHERLAND:
12 Objection to the form.
13 Q.    This is an MMR --
14 A.    I would assume so, yes.
15 Q.    And it gives the reasoning, right, of
16 why changes were made?
17 A.    Um-huh.
18 Q.    Okay.  There's -- would you agree
19 there's several?
20 A.    Yes.
21 Q.    Okay.  And there's a log here, change
22 log, right?
23 A.    Um-huh.
24 Q.    And these are obviously 2019.  That was
25 not ISG employees making changes, correct?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 202..205
BEN HUFFMAN, 02/08/2024

Page 202

1  A.    Correct.
2  Q.    Okay. And your initials aren't on here
3  for making any changes to MMR's green sheets,
4  correct?
5  A.    Not that I can tell, no.
6  Q.    And that's because you didn't make any
7  to the master green sheets, correct?
8  A.    That's correct.
9  Q.    So going back to the email from Jared
10 Babin, which is Exhibit 51. Do you see that?
11         MR. BLANKENSHIP: Yeah, I got
12 it.
13 Q.    See it?
14 A.    Yes.
15 Q.    Okay. He sends you these proposals, the
16 green sheets and the proposal overhead top
17 sheet, and he tells you, "Keep this in a safe
18 space," right?
19 A.    Um-huh.
20 Q.    Okay. When someone's typing and they
21 use all caps and three exclamations at the end,
22 it's kind of like an indication like screaming,
23 like. Do you agree?
24 A.    I do.
25 Q.    And so he's screaming, "Not on the One

Page 203

1  Drive," correct?
2  A.    Um-huh. As you bring this up, there's a
3  funny story behind that one. It's because he
4  lost the documents on his own computer and
5  couldn't find them on the One Drive.
6  Q.    Okay.
7  A.    It took him a day to find it, so hence
8  why he's being sarcastic there.
9  Q.    Okay. And these are MMR green sheets
10 that he does not want to lose, correct?
11 A.    I guess that's the concept.
12 Q.    Okay. And where did you store these?
13 A.    If I would have stored them, it would
14 have been on the One Drive.
15 Q.    So you would have put it on the One
16 Drive?
17 A.    Yes.
18 Q.    Okay. Do you know where Jared Babin got
19 these green sheets and overhead top sheets?
20 A.    I don't.
21 Q.    He worked at MMR?
22 A.    Yes.
23 Q.    Did you ask him if he took anything with
24 him?
25 A.    I have not.

Page 204

1  Q.    At MMR were you authorized to make any
2  material changes to the green sheets or overhead
3  top sheets?
4         MS. HAMPTON SUTHERLAND:
5  Objection to the form.
6  A.    No.
7  Q.    Okay. Who had that authority at MMR?
8  A.    Jeremiah, Tyler Loupe, Bradley Ferrara,
9  Matt Jean, Chris Grafton.
10 Q.    Okay. I'm going to show you what I'm
11 marking as Exhibit 52.
12         (Exhibit No. 52 marked for
13 identification.)
14         Okay. So on April 7th, Kasey
15 Kraft is sending you a master, what's called a
16 master green sheet. Do you see that?
17 A.    I see that.
18 Q.    How long had Kasey Kraft -- do you know
19 when Kasey Kraft started at ISG?
20 A.    I don't know an exact date.
21 Q.    Was it in April?
22 A.    I think it was in early April. I could
23 be wrong.
24 Q.    So this was around his first week on the
25 job?

Page 205

1  A.    Sounds about right.
2  Q.    And the master green sheet was also an
3  MMR green sheet, correct?
4  A.    I'd have to see it.
5  Q.    Do you want to see it?
6  A.    Sure.
7  Q.    We'll mark this as Exhibit 53.
8         (Exhibit No. 53 marked for
9  identification.)
10         Okay. Here you see ISG22-0080,
11 okay, that's Kasey Kraft. And this is an MMR
12 green sheet, correct?
13 A.    Correct.
14 Q.    I'm marking this as Exhibit 54.
15         (Exhibit No. 54 marked for
16 identification.)
17         Okay. You're not on this email
18 but you can see that this is an email from Kasey
19 Kraft to John Powell at Performance Contractors.
20 Do you see that?
21 A.    Yes.
22 Q.    And you see the reference
23 ISG22-0080-Performance Contractors?
24 A.    Yes.
25 Q.    And that was the same project or



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 206..209
BEN HUFFMAN, 02/08/2024

Page 206

1  proposal number that was in the title and also
2  in the actual Excel spreadsheet that you just
3  testified to that you said was an MMR green
4  sheet, correct?
5  A.    Yes.
6  Q.    And if you turn the page, we included
7  the attachment, which is the actual proposal.
8  And were you aware that this proposal was sent
9  out?
10  A.    Normally, I'm not included on the
11  proposals when they're sent out.
12  Q.    But this is an example of ISG using an
13  MMR green sheet to bid work, correct?
14        MS. HAMPTON SUTHERLAND:
15  Objection to the form.  Calls for speculation.
16  Q.    You can answer.
17  A.    I would assume so.
18  Q.    Because the way you come up with the
19  proposal number, you use a green sheet, correct,
20  that's what Kasey was doing?
21  A.    That's what it looks like.
22  Q.    I'm showing you what I'm marking as
23  Exhibit 55.
24        (Exhibit No. 55 marked for
25  identification.)

Page 207

1              Okay.  This is an email you sent
2  to Trevor cc'ing Kasey.  And you tell Trevor --
3  and you're asking him to send you the latest
4  estimating sheets he's using, correct?
5  A.    Yes.
6  Q.    And what is this you're referring to,
7  temporary database items?
8  A.    DOT had their own items that had union
9  rates associated with them that weren't
10  associated with, like, the NECA rates that he
11  had.
12  Q.    You keep saying NECA standard rates.
13  What do you mean, that the DOT -- the temporary
14  database didn't have the standard rates?  What
15  are you . . ?
16  A.    DOT, they do different things such as,
17  like, landscaping materials, gravel, concrete,
18  stuff like that, that's not in the electrical
19  world.
20  Q.    Okay.  And you're saying there's no
21  published manual that gives you a guidance on --
22  A.    I'm not sure if there is.
23        MR. BLANKENSHIP:  Let him finish
24  his question.
25        THE WITNESS:  I'm sorry.

Page 208

1  Q.    It was your understanding that there
2  wasn't a published manual that gave guidance on
3  unit rates?
4  A.    I'm not sure.  I don't know.
5  Q.    Okay.  And what he sends to you is an
6  MMR overhead top sheet and green sheet,
7  correct?
8        MS. HAMPTON SUTHERLAND:
9  Objection to the form.
10  A.    I mean, that's what it looks like.
11        MR. KEE:  Can I just take a
12  two-minute break?
13        (Brief recess.)
14  Q.    I'm going to show you what I marked as
15  Exhibit 56.
16        (Exhibit No. 56 marked for
17  identification.)
18        It's a little small.  I'll read
19  it.  You're sending an email on April 18th to
20  Kasey Kraft, Jason Yates, Travis Dardenne.
21  Subject line, labor and material sheets review.
22  And you attach two examples, one that
23  includes -- two examples of the labor and
24  material sheets you're working on.  One is blank
25  and one includes Kasey's estimate, correct?

Page 209

1  A.    That's what it looks like, yes.
2  Q.    And you say, "All, when you get a
3  chance, we need to review the new labor and
4  material sheets.  I've attached my first pass at
5  these.  One has the estimate that Kasey did in
6  it, the other one is the blank master file.
7  Please let me know when you have time to go
8  through this document.  Thanks."
9        Do you recall seeing this, why
10  it was that you were working on building this
11  new labor and material sheet?
12  A.    Not specifically.  I mean, we needed
13  one.
14  Q.    Okay.  Did you want to get away from
15  using one that had MMR's logo and name in it?
16  A.    I mean, probably would have been a good
17  idea.
18  Q.    Okay.  Did you have discussions about
19  that with the people on this email?
20  A.    I don't remember.
21  Q.    Okay.  But you weren't in estimating?
22  A.    No.
23  Q.    Correct?  You were just good with Excel
24  sheets?
25  A.    Yes.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 210..213
BEN HUFFMAN, 02/08/2024

Page 210

1    Q.      Okay.  Not saying just.  I mean, for
2    these purposes, you were the person that could
3    make an Excel sheet work in ways that maybe
4    these other individuals couldn't, correct?
5    A.      Correct.
6    Q.      And then if we look at -- I'm bringing
7    up the blank labor and material sheet that was
8    attached, which I'll mark as Exhibit 57.
9                  (Exhibit No. 57 marked for
10   identification.)
11                 I'm trying to share it.  Do you
12   recognize this?
13   A.      Yes.
14   Q.      Okay.  Now, in terms of comparing it --
15   well, why don't you tell me how it was that you
16   created this document?
17   A.      As far as the pieces part?
18   Q.      All of it.  Did you start from a blank
19   Excel sheet?
20   A.      From what I remember, I started with a
21   blank Excel sheet, populated the columns and
22   everything else, the formulas tying the stuff
23   together.
24   Q.      Okay.
25   A.      And then kind of interacted with Travis

Page 211

1    and Kasey on, you know, content and other
2    stuff.
3    Q.      And when you say you populated the rows
4    and columns with data --
5    A.      The formulas.
6    Q.      Okay.
7    A.      Not the specific data.
8    Q.      Okay.  So let's say, like, in the data
9    spreadsheet in this workbook, you are saying
10   that you did not populate the item name?
11   A.      I don't remember if I did the item names
12   or not.  I know that, like, Travis and Kasey
13   were kind of in charge of that.
14   Q.      How about the material code?
15   A.      They would have done that.  I wouldn't
16   have known those.
17   Q.      Okay.  And let's compare it real quick
18   to the master green sheet that Kasey Kraft had
19   sent to you, which was Exhibit 53.  And he had
20   it sorted or filtered for his estimating
21   purposes.  But I am -- okay.  Would you agree
22   that the item code in these two spreadsheets,
23   what's populated there, is identical?
24   A.      They're similar, yes.
25   Q.      Including the font, right, like the

Page 212

1    material code, it's the same font size, same
2    color, right?
3    A.      Yes.
4    Q.      Same order, right?
5    A.      Yes.
6    Q.      Correct?  Okay.  And there are for
7    this -- I'm on the green sheet.  There are in
8    the last entry, I believe it ends in, like, the
9    6,000 range, is that right, 6,000 or so entries?
10   A.      I guess.
11   Q.      Does that sound right?
12   A.      I guess.  It's been so long since I've
13   looked at it.
14   Q.      Okay.  And then it's the same for what
15   is in Exhibit 57, which is what you sent to
16   Travis and Jason and Kasey, correct?
17   A.      That's what it looks like.
18   Q.      I mean, you even get random blue X in
19   the same spots, right?
20   A.      Yes.
21   Q.      So clearly this was just copied and
22   pasted?
23   A.      That's what it looks like.
24   Q.      Okay.  And did you copy and paste it?
25   A.      I did not.  I don't know whether Kasey

Page 213

1    or Travis did.
2    Q.      At this point what you sent to them you
3    know all they've done -- somebody, whether it
4    was you or somebody else, has copied and pasted
5    the database from the MMR green sheet into the
6    labor and material data sheet, correct?
7    A.      That's what it looks like.
8    Q.      And you said you worked on the formulas.
9    And that's to make it do what, to take what?
10   A.      To do the V look-ups.  So where the L&M
11   sheets are, that's where they do the code, and
12   it does all the look-ups and time, so forth.
13   Q.      And the V look-ups are all pulling
14   information from what you call the data and what
15   MMR called the database, correct?
16   A.      Correct.
17   Q.      And the labor units are exactly the same
18   for these two, correct?
19   A.      That's what it looks like.
20   Q.      So it's not just description, it's the
21   actual labor units that are exactly the same?
22   A.      That's what it looks like.
23   Q.      And, again, you don't know how MMR came
24   up with what they list as their labor units?
25   A.      I don't know the specifics of that.

 is now LEXITAS

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 214..217
BEN HUFFMAN, 02/08/2024

Page 214

1    Q.    Okay.  But you do know what ISG used to
2    come up with the labor units here because they
3    copy and paste from the MMR green sheet,
4    correct?
5    A.    That's what it looks like.
6    Q.    And this was approved, right, at ISG,
7    this form, this is the labor and material sheet
8    that is in use today?
9    A.    Yes.
10   Q.    So estimators are using this labor and
11   material sheet to build proposals to
12   customers?
13         MS. HAMPTON SUTHERLAND:
14   Objection.  Calls for speculation.
15   A.    As far as I know.
16   Q.    Okay.  No one has asked you to build a
17   new one, correct?
18   A.    Correct.
19   Q.    So as far as you know, the estimators
20   are using this L&M sheet to pull, for instance,
21   the labor unit rates that it's using?
22   A.    I assume so.  I don't know.
23   Q.    Okay.  And here, the material price?
24   A.    The material price would vary based on
25   estimate.  That goes out for pricing each time

Page 215

1    from my understanding.
2    Q.    Sure.  But this is -- this is a baseline
3    -- I thought he was done.
4    A.    What I mean is, yeah, that's a
5    baseline.
6    Q.    Sure.
7    A.    But that should vary each time because
8    they should be sending out for pricing.
9    Q.    Right.  But MMR has what they think
10   should be the baseline for these products,
11   correct, for these materials?
12   A.    That's what it looks like, yes.
13   Q.    Okay.  And ISG just copied what MMR had
14   developed as the baseline and put it in the
15   L&M sheet, correct?
16   A.    That's what it looks like.
17   Q.    Okay.  And you're saying you weren't the
18   one who did it, someone else did?
19   A.    Yeah.
20   Q.    Okay.  So what you did was essentially
21   you made it esthetically look different, right,
22   you added the blue and salmon colors?
23   A.    Essentially, yes.  Built the columns for
24   the formulas.  But that's about it.
25   Q.    Okay.  And you had -- the formulas are

Page 216

1    the same as the formulas that are in the green
2    sheet?
3    A.    They're similar.  They're V look-ups, I
4    mean.
5    Q.    Okay.  It's doing the same thing?
6    A.    Same type of things.
7    Q.    Okay.  And were you using the green
8    sheet to do that?
9    A.    I don't remember using it.
10   Q.    But the formulas are all the same?
11   A.    Well, the formulas are just V look-ups
12   to a table.  I mean, that's generic Google
13   information.
14   Q.    Are you testifying that you Googled how
15   to do this?
16   A.    As far as the formulas?
17   Q.    Um-huh.
18   A.    Yes.  The basic formulas, yes.
19   Q.    So you had the green sheet, and you
20   wanted to do exactly -- you want the L&M sheets
21   to do exactly what the green sheet did.  You had
22   the green sheet.  But you're telling me you
23   didn't just copy the formulas, you Googled how
24   to make the L&M sheets do what the green sheets
25   did?

Page 217

1    A.    I just used the basic knowledge on
2    V look-ups.  I mean, it's a simple formula as
3    far as that.  As far as whether it was there or
4    not, I don't remember utilizing that, but.
5    Q.    You didn't use the simple copy and
6    paste?
7    A.    I don't remember.
8    Q.    Okay.  Let's look at the notes section
9    of the two spreadsheets.  So you've got --
10   you've made this a title "database changes
11   sheet," right?
12   A.    That's what it looks like.
13   Q.    Why would there be any changes in your
14   L&M sheet when it's never been used?
15   A.    That's the way Travis and them wanted
16   it.  They wanted the sheets.
17   Q.    So Travis and Jason wanted to know why
18   MMR had changed its database in the green
19   sheets, they wanted that information included in
20   what you were building as the L&M sheets?
21         MS. HAMPTON SUTHERLAND:
22   Objection to the form.
23   A.    I would say so.
24   Q.    Okay.  Because you don't know why --
25   like, this reasoning for this change in the

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 218..221
BEN HUFFMAN, 02/08/2024

Page 218

1  conduit, you don't know -- you have no idea why,
2  right?
3  A.    Correct.
4  Q.    And MMR is explaining it in their green
5  sheet, which made sense for MMR, right?
6  A.    Yes.
7  Q.    Because they were the ones who developed
8  this green sheet and the ones who were making
9  material changes, correct?
10           MS. HAMPTON SUTHERLAND:
11  Objection to the form.
12  Q.    Correct?
13  A.    Correct.
14  Q.    Okay.  And so you copied and pasted this
15  over?
16  A.    I don't remember if I did or if Travis
17  and them did.
18  Q.    Okay.  But you remember them directing
19  you to do that?
20           MS. HAMPTON SUTHERLAND:
21  Objection to form.
22           MR. BLANKENSHIP:  Objection.
23  Hold on.  That's not what he said at all.
24  A.    Directed me to do what?
25  Q.    Include this database changes sheet in

Page 219

1  the L&M sheet.
2  A.    Correct.
3  Q.    They told you to do that?
4  A.    They told me to create the sheet.
5  Q.    So is it your testimony you don't know
6  if you're the one that actually copied and
7  pasted it there?
8  A.    I don't remember doing that.  Like I
9  say, they did the population of it.
10  Q.    Okay.  But you just remember that
11  direction?
12  A.    Yes.
13  Q.    Okay.  So you see the commodity?  You
14  have it, commodity breakout sheet?
15  A.    Yes.
16  Q.    They've got it -- MMR has a JA breakout,
17  right?
18  A.    Um-huh.
19  Q.    But the description, it's the exact same
20  names, correct, and the exact same order,
21  correct?
22  A.    Um-huh.
23  Q.    Couldn't memorize that, that had to be
24  copied and pasted, correct?
25           MR. BLANKENSHIP:  Object to

Page 220

1  form.
2  A.    I would assume so.
3  Q.    Did you copy and paste it?
4  A.    Again, I built the sheets, but they're
5  the ones that would have populated it.
6  Q.    But the thing is, you did change the
7  codes for these, correct?
8  A.    Are they changed?
9  Q.    Look at them.  You can see it.  Codes
10  are different, right?
11  A.    Okay.
12  Q.    And you did that?
13  A.    I don't remember doing that but I may
14  have.
15  Q.    Would the codes need to be changed
16  'cause it needs to communicate with some other
17  program like a Viewpoint or something else?
18  A.    No.  That has nothing to do with
19  Viewpoint.
20  Q.    Okay.  But you don't know why these
21  codes were changed?
22  A.    I don't know whether they changed them
23  for just simplicity or what.
24  Q.    And you have a breakout tab on the L&M
25  sheets, right?  And so do they, right?

Page 221

1  A.    Um-huh.
2  Q.    Is that at their direction or is that
3  something . . ?
4  A.    That was at their direction.
5  Q.    Okay.
6  A.    That's for just breaking out the
7  codes.
8  Q.    Was the overall direction to, you know,
9  Ben, make this sheet look as -- look new but do
10  exactly the same thing that the MMR green sheets
11  did?
12           MS. HAMPTON SUTHERLAND:
13  Objection to the form.
14  A.    I never got specific direction like
15  that.
16  Q.    Did you understand that to be the
17  directive?
18  A.    I mean, I guess.  I don't know.
19           MS. HAMPTON SUTHERLAND:  Well,
20  don't guess.
21  Q.    Did you understand that to be the
22  case?
23           MR. BLANKENSHIP:  He said I
24  don't know.
25  Q.    I'm asking you as you're making this,



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 222..225
BEN HUFFMAN, 02/08/2024

Page 222

1  what did you think your directive was as the
2  project controls director and controller of this
3  company?
4  A.    Yeah, I guess so.
5  Q.    And that's because a lot of these
6  estimators -- part of the reason is they all
7  were former MMR employees who grew up on the
8  green sheets and overhead top sheets, correct?
9  A.    Yes.
10  Q.    It's what they knew how to do,
11  correct?
12  A.    Yes.
13  Q.    It's how -- they knew how to use these
14  sheets and build proposals at one jobs,
15  correct?
16  A.    Yes.
17         MS. HAMPTON SUTHERLAND:
18  Objection to the form.
19  Q.    And they wanted, basically, the same
20  thing at ISG, correct?
21         MS. HAMPTON SUTHERLAND:
22  Objection to the form.  Calls for speculation.
23  Q.    You can answer.
24  A.    I would assume so.
25  Q.    Okay.  And that's what you were trying

Page 223

1  to provide to them, correct?
2         MR. BLANKENSHIP:  Objection.
3  Asked and answered.
4  A.    I would assume so.
5  Q.    If we wanted -- I think you answered
6  this.  But if we wanted to look to see since the
7  injunction was in place on May 20th, 2022, up
8  until today all the times that ISG has used this
9  labor and materials sheets that you helped to
10  create, would we look in the estimating -- in
11  that folder structure that we went over
12  earlier?
13  A.    Yes.
14  Q.    Yes, okay.  Now, you also -- you agree
15  that the labor and materials -- after having
16  gone through that, the labor and material sheets
17  are using information and data that was taken
18  directly from MMR's green sheets, correct?
19         MS. HAMPTON SUTHERLAND:
20  Objection to the form.
21  A.    That's what it looks like.
22  Q.    That's a yes?
23  A.    That's what it looks like.
24  Q.    You read the injunction earlier today?
25  A.    You passed it through.

Page 224

1  Q.    Okay.  You saw you can't use MMR's
2  information?
3         MS. HAMPTON SUTHERLAND:
4  Objection to form.  Misstates the document.
5  Q.    You can answer.
6  A.    Yes.
7  Q.    Okay.  How is it that using this labor
8  and material sheets complies with the judge's
9  instructions not to use MMR's protected
10  information?
11         MR. BLANKENSHIP:  Object to
12  form.
13         MS. HAMPTON SUTHERLAND:
14  Objection to the form.
15  Q.    Don't worry about them laughing.  It's
16  usually a good question when they laugh.
17  A.    I don't know.
18         MS. HAMPTON SUTHERLAND:  Move to
19  strike.
20  Q.    You don't know.  Do you have . . ?
21  A.    I don't know.
22  Q.    Can you think of any reason or any way
23  that that complies with the judge's order?
24         MR. BLANKENSHIP:  Objection.
25  Asked and answered.

Page 225

1  A.    I don't know.
2  Q.    I mean, it's a yes or no.  Can you think
3  of any?
4         MR. BLANKENSHIP:  No.  I don't
5  know is it a perfectly fine answer.
6  Q.    You don't know, yes or no --
7         MR. BLANKENSHIP:  You're asking
8  for a legal conclusion.  I don't know is a --
9         MR. KEE:  He's subject to this
10  order.
11         MR. BLANKENSHIP:  Yes.
12         MR. KEE:  He's an active --
13         (Cross talk.)
14         MS. HAMPTON SUTHERLAND:
15  Everybody's going to stop yelling, P.J.
16         MR. BLANKENSHIP:  So I don't
17  know is an answer when you're asking --
18         MR. KEE:  Nobody's yelling,
19  Shannon.
20         MS. HAMPTON SUTHERLAND:  You
21  were.
22  BY MR. KEE:
23  Q.    But you're under -- you're subject to
24  this order.  You have to comply with this
25  judge's order.  Do you understand that?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 226..229
BEN HUFFMAN, 02/08/2024

Page 226

1  A.    Yes.
2              MS. HAMPTON SUTHERLAND:
3  Objection to the form.
4  Q.    Have you been instructed that you need
5  to comply with this order?
6  A.    By?
7  Q.    Anyone at ISG.  An attorney?  Has anyone
8  told you that you need to comply with this
9  order?
10  A.    I haven't been told specifically on
11  that.
12  Q.    Okay.  Do you think using this labor and
13  materials spreadsheet complies with the order
14  that you're required to comply with?
15              MR. BLANKENSHIP:  Objection.
16  I don't know.
17  Q.    And no one at ISG has instructed you
18  can't use MMR's information based on what the
19  judge has ordered?
20              MS. HAMPTON SUTHERLAND:
21  Objection to the form.
22  A.    I haven't talked to anybody.  I mean,
23  they haven't instructed me.
24  Q.    So that's the question.  A simple yes or
25  no, did anyone instruct you --

Page 227

1  A.    No.
2  Q.    -- at ISG?
3  Okay.  I'm going to show you
4  what I'm marking as 58.
5              (Exhibit No. 58 marked for
6  identification.)
7              Mr. Huffman, real quick, have
8  you asked anyone at ISG how it is that you're
9  supposed to comply with this order that the
10  judge issued, the injunction?
11  A.    Not that I know of.
12  Q.    I'm showing you what I've marked as 58.
13  Okay.  And you followed up to the email we just
14  went over about the green sheets with a version
15  of an overhead sheet for ISG, correct?
16  A.    That's what it looks like, yes.
17  Q.    Bear with me just a second.
18              Okay.  I'm showing you -- the
19  right hand of the screen is Exhibit 59, which
20  was the attachment to the email that we just
21  went over.  And this is something that you --
22  explain to me how you built -- how you did this
23  one.  Did you start it from scratch from a blank
24  Excel sheet?
25              (Exhibit No. 59 marked for

Page 228

1  identification.)
2  A.    From what I remember, it was a blank
3  Excel sheet.  And I used Travis and Kasey to
4  kind of instruct me how they wanted it built.
5  Q.    And they instructed you they wanted it
6  built like the MMR overhead top sheet they had
7  been using?
8  A.    They didn't specifically say.
9  Q.    What was their instruction?
10  A.    I mean, to build it like this.
11  Q.    Okay.  And I've got Exhibit 46 as a
12  side-by-side so you can see it looks -- other
13  than the coloring, maybe some font, it looks the
14  same, correct?
15  A.    Similar, yes.
16  Q.    Okay.  And you were using this when
17  building -- you were using the MMR overhead top
18  sheet to build the new one for ISG, correct?
19  A.    If I had it at the time.  I don't know
20  if I was using it then.  I know I used Kasey and
21  Travis to help me build what they wanted to see.
22  Q.    Okay.  Do you remember on 3/17 all those
23  emails where you were receiving these several
24  overhead top sheets from Travis and Drake?
25  Remember that?

Page 229

1  A.    Yes.
2  Q.    Okay.  Were you using those overhead top
3  sheets to build this new one?
4  A.    I don't remember specifically.
5  Q.    Do you think you could build this from
6  scratch and have it look so similar to the MMR
7  spreadsheet?
8  A.    Not without the help of Travis and
9  Kasey.
10  Q.    And not without the help of actually
11  looking at the spreadsheet, correct?
12  A.    I would assume so.
13  Q.    Right.  So who actually -- when you say
14  with the help, I mean, are they in your --
15  you're in a cubicle, you said?
16  A.    At that time I think I was still in the
17  cubicle.
18  Q.    Were they standing over you at the
19  cubicle and telling you, you know --
20  A.    If I remember right, Kasey was next to
21  me most of the time.
22  Q.    Okay.  Looks like just the sheet names
23  themselves are even the same, right?  I mean,
24  you've got -- bid info is the same?
25  A.    Um-huh.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 230..233
BEN HUFFMAN, 02/08/2024

Page 230

1  Q.    Labor is the same.  Rates is the same,
2  correct?
3  A.    Correct.
4  Q.    Summ.  What is S-u-m-m?
5  A.    I believe that's summary, is what that's
6  supposed to be.
7  Q.    Okay.  You've got even the same
8  abbreviation for summary here, right?
9  A.    Um-huh.
10 Q.    Okay.  Staff, the same.  Staff is the
11 same.  Equip.  What does equip stand for?
12 A.    Equipment.
13 Q.    Okay.  That's the same?
14 A.    That's what it looks like.
15 Q.    Okay.  Expense, the same.
16 A.    That's what it looks like.
17 Q.    And then recap, correct?
18 A.    Yes.
19 Q.    Okay.  And you've got dropdowns.  MMR
20 has some notes.  Is that accurate?
21 A.    Correct.
22 Q.    Is it your testimony that the three of
23 you in some way happened to memorize the exact
24 same structure and exact same spelling of all
25 these sheets?

Page 231

1  A.    No.  Like I say, they instructed me how
2  they wanted it built, so I did it as they were
3  telling me.
4  Q.    My question's a little different.  You
5  had to have been looking at the MMR or working
6  from a version of the MMR overhead top sheets to
7  have it line up so identically, correct?
8         MR. BLANKENSHIP:  P.J., are you
9  asking just him or the help too?
10 Q.    Anyone.
11 A.    I don't know.  I would think so.
12 Q.    I mean, you built this, right?
13 A.    I built the framework of it, yes.
14 Q.    I understand others weighed in and told
15 you, instructed you what to do.  But you
16 actually did the mechanical work of building it,
17 correct?
18 A.    Correct.
19 Q.    Okay.  So it would have been you, for
20 instance, that was naming these tabs if you
21 worked from scratch?
22 A.    Yes.
23 Q.    Okay.  And you would have had to have
24 been looking or copying the MMR overhead top
25 sheet, correct?

Page 232

1  A.    I would think so.  But, like I say, I
2  was taking direction from them.
3  Q.    Was it direction to just change the
4  esthetics?  Like you said, take direction, but
5  you're not telling me what the direction was, I
6  guess.
7         MS. HAMPTON SUTHERLAND:
8  Objection to form.
9  Q.    I'm going to have to really pry
10 because -- unless you can tell me.  What was the
11 direction?
12 A.    Just to build a new sheet, you know,
13 basically a new sheet similar in nature.
14 Q.    New sheet that basically we all know how
15 to use, correct?
16 A.    Yes.
17 Q.    Okay.  And the one they know how to use
18 is the MMR overhead top sheet, correct?
19 A.    Correct.
20 Q.    Okay.  And you did a great job of making
21 it look almost identical.  Would you agree with
22 that?
23         MR. BLANKENSHIP:  Object to
24 form.
25 A.    It looks similar.

Page 233

1  Q.    And you did a great job of making it
2  work almost identically, correct?
3  A.    I would assume so.
4  Q.    You've heard no complaints from the
5  estimators that formerly worked at MMR,
6  correct?
7  A.    No.
8  Q.    You haven't heard anybody say, hey, this
9  doesn't work like the old MMR overhead top sheet
10 that we're used to using, correct?
11 A.    Correct.
12 Q.    Same with the new labor and material
13 sheets?
14 A.    Correct.
15 Q.    Right?  You didn't hear any complaints
16 from the old -- former MMR estimators or
17 employees that, look, this sheet doesn't work
18 like the green sheet we're all used to using,
19 correct?
20 A.    Correct.
21 Q.    Okay.  And this overhead top sheet is --
22 it's still in use today, correct, that's the one
23 on the right?
24 A.    As far as I know.
25 Q.    And that's Exhibit 59.  You haven't been



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 234..237
BEN HUFFMAN, 02/08/2024

Page 234

1  asked to build a new one?
2  A.    No.
3  Q.    Okay.  I'm going to show you Exhibit 60.
4        (Exhibit No. 60 marked for
5  identification.)
6        Okay.  And here is Jason Yates
7  responding to your email about the overhead top
8  sheet, but he's responding to basically both of
9  those emails, one that talked about -- that sent
10 the labor and material sheet and the one that
11 sent the overhead top sheet.
12 A.    Yes.
13 Q.    He said, "I think they're both good.  If
14 we're really nitpicking, I might would on
15 summary page darken the borders around numbers
16 so they don't look like they run into each
17 other."
18        Is that -- so that's an esthetic
19 change.  You would agree?
20 A.    Yes.
21 Q.    Do you have any substantive change from
22 what you sent him?
23 A.    I don't know.  I don't remember.
24 Q.    That you recall?
25 A.    I don't recall.

Page 235

1  Q.    None that you recall, okay.
2        Did Travis Dardenne have any
3  substantive change from what you sent on either
4  of these sheets?
5  A.    I don't recall.
6  Q.    Okay.  Kasey Kraft?
7  A.    I don't recall.
8  Q.    Okay.  So as far as you know, once Jason
9  Yates gives you the approval maybe if we're
10 nitpicking, change the border color or thickness
11 a little bit, this was -- this was the master --
12 these were the master overhead top sheets and
13 the master labor and material sheets?
14 A.    Yes.
15 Q.    And you had not been instructed or asked
16 to change any material terms in the labor and
17 material sheets, correct?
18        MS. HAMPTON SUTHERLAND:
19 Objection to the form.
20 A.    I hadn't been asked to make any changes.
21 Q.    But you did include -- you included a
22 sheet in the workbook for a change log, correct?
23 A.    Yes.  At Travis's direction.
24 Q.    Okay.  And as far as you know, there's
25 been no entries or no need to update that change

Page 236

1  log with material changes, correct?
2  A.    I don't know.  Like I say, I don't fool
3  with it.
4  Q.    I'm asking what you know.
5  A.    I don't know.
6  Q.    Same with the overhead top sheet?
7  A.    I don't know.
8  Q.    You just know you haven't been asked to
9  make any material changes to those master sheets
10 that you sent on April 18th of 2022?
11 A.    Correct.
12 Q.    You remember that project overview
13 process document that we went over?
14 A.    That execution?
15 Q.    Yeah.  Exactly.  Yes.
16 A.    Yes.
17 Q.    Okay.  Do you remember we talked there's
18 like a portion of the process that involves
19 safety and QAC?
20 A.    QAQC?
21 Q.    QAQC.
22 A.    Yes.
23 Q.    Okay.  Who's in charge of safety at ISG,
24 like who's the head person?
25 A.    Should be Laiton McCaughey.  And don't

Page 237

1  ask me to spell it.
2  Q.    It's not like it sounds.
3  A.    I think it's M-c-C-a-u-g-h-y.
4  Q.    I think it's e-y.
5  A.    And it's pronounced McCaughey.
6  Q.    Who's in charge of QAQC?
7  A.    It would be him as well.
8  Q.    Both functions fall to him, okay.  Now,
9  those are important parts of, I guess, the
10 process.  To be awarded work, you need to be
11 able to show you've got a safety program in
12 place, same with QAQC?
13        MS. HAMPTON SUTHERLAND:
14 Objection to form.  Calls for speculation.
15 A.    I would assume so.
16 Q.    And that's listed -- that's why it's
17 listed in your project execution process?
18 A.    Yes.
19 Q.    Now, you're aware that ISG had been
20 using MMR's safety manual?
21 A.    I didn't know.
22 Q.    No idea?
23 A.    I didn't know whether they were using
24 anything out of that or not.  I don't fool with
25 safety or QAQC.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 238..241
BEN HUFFMAN, 02/08/2024

Page 238

1  Q.    Okay.  Have you talked to Laiton at all
2  about . . ?
3  A.    As far as just periodically about
4  general information, not project specific
5  stuff.
6  Q.    Okay.  What about site specific plans,
7  is that something Laiton . . ?
8  A.    That would be him.
9  Q.    Okay.  And you don't know how he does
10 that?
11 A.    No.
12 Q.    I'll show you what we're marking as
13 Exhibit 61.
14         (Exhibit No. 61 marked for
15 identification.)
16 Q.    All right.  So this is an email between
17 you and Laiton, May 5th, 2022.  And to cut to
18 the chase, I think you're working on the job
19 analysis program, correct?
20 A.    I would think so at that point.
21 Q.    And you're asking him what, from a
22 safety perspective, he wants included in the
23 weekly reports that will be generated for
24 clients, correct?
25 A.    Correct.

Page 239

1  Q.    And he sends you back a PDF of weekly
2  safety topics.  Is that accurate?
3  A.    That's what it looks like, yes.
4  Q.    If you turn the page, here's the weekly
5  safety topics.
6  A.    Um-huh.
7  Q.    Does this look familiar based on the
8  coding of how MMR had its safety topics and
9  trainings and policies coded?
10 A.    I don't know.  Like I say, I wasn't
11 involved in safety at MMR.
12 Q.    Okay.  So you didn't see any of his
13 documents?
14 A.    I didn't see any of those.
15 Q.    Fair enough.  I'm going to show
16 you what we're marking as Exhibit 62.
17         (Exhibit No. 62 marked for
18 identification.)
19         Okay.  I'll represent -- I
20 really just want to see if you recognize the
21 attachment.  So this is an email Laiton sent, it
22 looks like, to --
23 A.    To half the world.
24 Q.    -- a lot of employees at ISG about new
25 safety procedures and policies, it looks like.

Page 240

1  Does any of this look familiar?  Have you seen
2  it before?  Do you even remember seeing it at
3  ISG?
4  A.    I don't.  Like I say, is this safety or
5  QAQC?  It looks -- I don't know.  I never fooled
6  with it, so.
7  Q.    Do you recall Laiton sending an email,
8  like a company-wide email, saying that he had
9  revised or ISG was readvising its safety
10 manual?
11 A.    I don't recall that but he may have.
12 Q.    If he did, you don't recall why he would
13 have done that?
14 A.    I don't, no.
15 Q.    Okay.  Marking this document as Exhibit
16 63.
17         (Exhibit No. 63 marked for
18 identification.)
19         Okay.  So this is an email sent
20 from Laiton to you.
21 A.    Um-huh.
22 Q.    And subject line is PPE list?
23 A.    I don't know what that would be.
24 Q.    And attaches an Excel sheet that says,
25 Book 1 Auto Recovered.

Page 241

1  A.    I don't know.
2  Q.    We're going to look -- before you turn
3  your attention, it looks like Laiton had sent
4  this document from his Gmail account or from a
5  Gmail account to S Anderson at Stateline
6  Partners?
7  A.    That's what it looks like.  I don't
8  know.
9  Q.    Is that Summer Anderson?
10 A.    I don't know.
11 Q.    Do you know who Summer Anderson is?
12 A.    Yes.
13 Q.    Who is she?
14 A.    Kevin Alexander's girlfriend, I
15 believe.
16 Q.    Okay.  Is she a vendor of ISG?
17 A.    Stateline.
18 Q.    Her company, yes.
19 A.    Stateline, yes.
20 Q.    And what do they buy -- how are they a
21 vendor of ISG?
22 A.    Buy material from them.
23 Q.    Okay.  Do they provide any services?
24 A.    Like what?
25 Q.    Any that you pay for, any services you



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al      Pages 242..245
BEN HUFFMAN, 02/08/2024

Page 242

1  pay for.
2  A.      I mean, not other than just material.
3  Q.      And as a controller, is that something
4  you would have insight into, like the type of
5  things?
6  A.      I would think so.
7  Q.      Does ISG pay Kevin Alexander for the
8  work he does on behalf of ISG through Stateline
9  Partners?
10  A.      Yes.
11  Q.      So they are paying for some services?
12  A.      Yes.  Sorry.  I didn't realize that's
13  what you were talking about.  I thought you were
14  talking about, like, a subcontractor whatnot.
15  Q.      And so how does that work?  Explain that
16  to me.
17  A.      As far as I know, it's just like a 1099
18  to work as a consultant.
19  Q.      And Stateline Partners sends in an
20  invoice to ISG?
21  A.      Yes.
22  Q.      And says -- and, what, documents what?
23  A.      Just consulting.
24  Q.      So a line item?  Like, is it daily?
25  A.      No.  It's a weekly thing.

Page 243

1  Q.      A weekly?  How much are they paying him
2  a week?
3  A.      I have to go look.  I don't remember the
4  specific number.
5  Q.      Okay.  Is it ballpark 10,000 a week?
6  A.      No.  I don't think it's that much.
7  Q.      Five?
8  A.      It's probably somewhere along those
9  line.
10  Q.      On a yearly basis, how much is?
11  A.      I don't know.
12  Q.      You're the controller, right?
13  A.      Yeah.
14  Q.      And it's a weekly invoice you get?
15  A.      Yes.
16  Q.      And Jason Yates is paid similarly but
17  through another company?
18          MS. HAMPTON SUTHERLAND:
19  Objection to the form.
20  A.      Yes.
21  Q.      LA Consulting?
22  A.      Yes.
23  Q.      Does ISG pay Kevin Alexander more than
24  Jason Yates?
25  A.      I think they're paid the same.

Page 244

1  Q.      Exact same?
2  A.      I think so.
3  Q.      Jason Yates -- well, I'll say LA
4  Consulting submits an invoice to ISG for how
5  much -- but it's a monthly invoice, right, or is
6  it a bi-weekly invoice?
7  A.      It's weekly.
8  Q.      It's weekly, okay.  And how much does
9  he . . ?
10  A.      Somewhere in that same range.
11  Q.      Like 3 to 5,000 a week?
12  A.      Something like that, yeah.
13  Q.      Okay.  And you said that -- earlier you
14  said that you do consider Kevin Alexander an
15  executive of ISG?
16  A.      I would assume so, yes, in that case.
17  Q.      So he's an executive ISG.  He's getting
18  paid -- I'm just trying to understand the
19  relationship.  He's an executive of ISG,
20  correct?
21          MS. HAMPTON SUTHERLAND:
22  Objection to the form.
23  A.      That would be my assumption.
24  Q.      He's an executive of ISG and he is --
25  his company -- is he an owner of Stateline?

Page 245

1  A.      I don't know.
2  Q.      But he's affiliated with Stateline in
3  some way because he's getting paid through that
4  company?
5  A.      I would assume so.
6  Q.      Okay.  But also involved in decisions
7  about ISG buying products --
8          MS. HAMPTON SUTHERLAND:
9  Objection to the form.
10  Q.      -- from Stateline?  You said they're a
11  vendor of materials?
12  A.      Yes.
13  Q.      Okay.  So how does that all work?
14  A.      As far as, like, directing them to
15  Stateline and whatnot, I don't know the
16  specifics on that.  I just know, like, say,
17  periodically they will buy stuff from Stateline.
18  Q.      Okay.  Is he involved with any other
19  companies that you know of?
20  A.      I don't know.  I don't know any others
21  he would be involved with.
22  Q.      None?
23  A.      I don't know.
24  Q.      No other companies affiliated with ISG?
25  A.      You talking about for Stateline or



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al      Pages 246..249
BEN HUFFMAN, 02/08/2024



Page 246

1  Kevin?
2  Q.    Kevin Alexander.
3  A.    Not that I know of.
4  Q.    Do you know what ████████████ is?
5  A.    ████████
6  Q.    Yeah.
7  A.    ██████████████████████████
8  ████████
9  Q.    ████████████████████-
10 A.    ██.
11 Q.    -████████████████████
12 ████████████████
13 A.    ██
14 Q.    Okay.  And Kevin Alexander was a CEO of
15 ████
16 A.    I did not know that.
17 Q.    ██████████████████████
18 ████████
19 A.    ████
20 A.    ██████████
21 A.    ████████████████
22 Q.    ██████████████████████
23 ██████████████████████████
24 A.    ██████████
25 Q.    Okay.  I'm going to pull up that Excel

Page 247

1  sheet.  Maybe it will -- I'm going to pull up --
2  which is Exhibit 64.
3        Any idea what this is?
4        (Exhibit No. 64 marked for
5  identification.)
6  A.    I have an idea, but, I mean.
7  Q.    Okay.  This is the attachment.
8  A.    I don't.
9  Q.    And you don't recall why he was sending
10 it to you?
11 A.    I do not recall why he would send that
12 to me.  I mean, it's -- I would say overview
13 sheet, PPE.  I didn't have anything to do with
14 that, so could have been a mistake in email.  I
15 don't know.
16 Q.    Okay.  Who is Kenny Shutt?
17 A.    Third-party accountant for ISG.
18 Q.    He's an accountant?
19 A.    Yes.
20 Q.    And do you work closely with Kenny in
21 your controller role?
22 A.    Not much, no.
23 Q.    What does he do for ISG?  What's the
24 difference between what he's doing and what
25 you're doing as controller?

Page 248

1  A.    He's more focused on the financials and
2  the taxes and things like that.
3  Q.    And you're more focused on accounts
4  payable, accounts receivable, cash flow and
5  actually trying to bring in the money that
6  you're owed and give out what you need to pay
7  out, right?
8  A.    Yes.
9  Q.    And make sure that the cash is there to
10 keep that going?
11 A.    Yes.
12 Q.    Now, was that always intended to be --
13 were you always thinking you were going to be
14 the controller when you -- I guess not.
15 A.    No.  That was not the intent.  There was
16 a need, and I offered to step in for the time
17 being to fill that role.
18 Q.    And the need that was there was because
19 there was serious cash flow problems at ISG,
20 correct?
21        MS. HAMPTON SUTHERLAND:
22 Objection to the form.
23 A.    I don't know if it was to deal with cash
24 flow.  It was just there was nobody to
25 specifically do that.

Page 249

1  Q.    Okay.  And once you got in that role,
2  you found there was a real cash flow problem?
3  A.    We started off just fine.
4  Q.    But before your last deposition in
5  March, I mean, seen the emails.  You were very
6  concerned about cash flow, correct?
7  A.    Correct.
8  Q.    Okay.  And that's because you were
9  somewhat upside down in terms of cash flow?
10 A.    At that point, yes.
11 Q.    Has that stabilized?
12 A.    To some degree.
13 Q.    Are you still doing those accounts
14 receivable verse accounts payable reports?
15 A.    I've changed to a different report, but
16 yes.
17 Q.    Okay.  N████████████████████
18 ████████████████████████████████
19 ████████████████████████████
20 A.    ██████████
21 Q.    ████████████████████
22 Q.    ████████
23 Q.    ████████
24 A.    ██████████████████████████
25



AdvancedONE LEGAL  is now  LEXITAS™

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 250..253
BEN HUFFMAN, 02/08/2024

Page 250

1  Q.      ███████████████████████
2          ███████
3  A.      ███
4  Q.      Is Stateline Partners affiliated with
5  ISG?
6              MS. HAMPTON SUTHERLAND:
7  Objection to the form.
8  A.      What do you mean?
9  Q.      Are they an affiliated -- you said
10 ███████████ was an affiliated company.
11 A.      As far as I know, Stateline is not.
12 Q.      Okay.  Does Kevin Alexander come into
13 the office and work for ISG?
14 A.      Yes.
15 Q.      How often?
16 A.      Several days a week.
17 Q.      Several days a week?
18 A.      Yes.
19 Q.      Okay.  He has an office?
20 A.      He's in one big common area.
21 Q.      Okay.  Does he just sit there and work,
22 or does he work from a computer?
23 A.      He works from a computer.
24 Q.      He has a computer?
25 A.      Yes.

Page 251

1  Q.      Okay.  And he's doing ISG work on it?
2  A.      I assume so.
3  Q.      Well, he has an ISG email account,
4  right?
5  A.      Yes.
6  Q.      So and I guess you paid for that as the
7  controller?
8  A.      I mean --
9  Q.      You oversaw the payment?
10 A.      All I see is the credit card bill come
11 in and I gripe at people, so.
12 Q.      Okay.  But he has a license for the
13 three -- Microsoft 365?
14 A.      Yes.
15 Q.      So he has access to, like, One Drive?
16 A.      Yes.
17 Q.      And that's the company One Drive?
18 A.      Yes.
19 Q.      Do you know mechanically how he -- on
20 the computer he was using how he was able to get
21 that license and start using it from his
22 computer?
23 A.      I don't know the specifics to that.
24 Q.      Do you know -- who gets -- a new
25 employee comes that needs a new computer, how do

Page 252

1  you get it set up?
2  A.      New employees now, as far as computers,
3  that's handled by Dan Howell and David Heroman.
4  Q.      Okay.  So who set up your computer when
5  you started?
6  A.      I don't remember who set it up.  They
7  just gave me a computer.
8  Q.      Did Kevin Alexander start before Dan
9  Howell?
10 A.      I don't remember when who started.
11 Q.      Do you know who set up Kevin's computer
12 to be able to access the ISG --
13              MS. HAMPTON SUTHERLAND:
14 Objection to the form.  Assumes facts not in
15 evidence.
16              MR. KEE:  Can I finish my
17 question?
18              MS. HAMPTON SUTHERLAND:  Oh,
19 suddenly we're letting people finish?  You've
20 been cutting him off all day.  Go ahead.
21              MR. KEE:  Can I finish my
22 question?
23              MS. HAMPTON SUTHERLAND:  Sure.
24              MR. KEE:  Okay.  Do you need to
25 take a break?

Page 253

1              MS. HAMPTON SUTHERLAND:  No.
2  BY MR. KEE:
3  Q.      So my question was, if I can go back to
4  it, so I'm talking about the computer that Kevin
5  Alexander uses to conduct ISG work on, okay?
6  A.      Okay.
7  Q.      Do you know -- how are these
8  computers -- when you get the ISG email account,
9  right, you're able to use 365 as an ISG
10 employee, consultant, whatever it is, you get
11 the email account.  How is it that you're able
12 to access it on a computing device?
13 A.      As far as getting it set up on a
14 computer or anything?
15 Q.      Um-huh.
16 A.      I'm assuming David Heroman or Dan Howell
17 has been setting them up for whenever they go
18 out.  Like I say, I really wasn't involved in
19 that one.
20 Q.      Kevin Alexander, is he tech savvy?
21 A.      I wouldn't say extremely tech savvy,
22 but.
23 Q.      Okay.  Would he know how to set up his
24 own computer?
25 A.      I don't know.



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 254..257
BEN HUFFMAN, 02/08/2024

Page 254

1  Q.      Okay.  And you've seen Kevin Alexander
2  working on Excel spreadsheets?
3  A.      Yes.
4  Q.      And that's included being able to work
5  on those Excel spreadsheets -- I mean, that's
6  all part of your 365 -- Office 365 account,
7  correct?
8  A.      Yes.  As far as I know.
9  Q.      Kenny Shutt, he's basically a contract
10  accountant dealing with the financial side,
11  financial reporting?
12  A.      Yeah.
13  Q.      Is he reporting to High Ground, is that
14  kind of what he's doing, part of his function?
15              MS. HAMPTON SUTHERLAND:
16  Objection to the form.
17  A.      I would think so.
18  Q.      Okay.  Is High Ground involved at all in
19  the management of ISG?
20  A.      Not really.
21  Q.      You say not really.  What is their
22  involvement in the management?
23  A.      I say that.  Like, any potential
24  acquisitions or whatnot, they would be involved
25  in, but not the day-to-day.

Page 255

1  Q.      Do they ever -- are they involved at
2  quarterly meetings, monthly meetings, with High
3  Ground?
4  A.      Not that I'm involved with.
5  Q.      Okay.  What would you say their
6  involvement is, High Ground, the folks at High
7  Ground?
8  A.      Mainly financial.
9  Q.      Like, you say financial, like, securing
10  loans, lines of credit?
11  A.      Capital.
12  Q.      Capital.  Sources of capital?
13  A.      Yes.
14  Q.      Okay.  All right.  And Kenny Shutt, he's
15  contracted -- you all pay Campbell Business
16  Solutions?
17  A.      Yes.
18  Q.      Is that accurate?
19              I'm showing you what I'm marking
20  as Exhibit 65.
21              (Exhibit No. 65 marked for
22  identification.)
23              Do you approve these invoices to
24  be paid or, you know, whatever he submits you
25  guys --

Page 256

1              MR. BLANKENSHIP:  You didn't
2  mark it.  He was reading when you were asking
3  your question, so read it and look at it and let
4  P.J. re-ask it.
5  Q.      My question was, do you approve these
6  invoices -- or who approves them at ISG to be
7  paid?
8  A.      Our process with invoices to be paid is
9  a group process involving Jason and Shawn.
10  Q.      Okay.  Is Kevin Alexander involved in
11  that?
12  A.      Yes.
13  Q.      So it's Kevin, Shawn, and Jason?
14  A.      And Travis.
15  Q.      And Travis?
16  A.      Yes.
17  Q.      And they tell you, these are approved,
18  they can be paid?
19  A.      Yes.
20  Q.      And then -- okay.  That's fine.  So the
21  first entry for -- and this is a bill to ISG,
22  correct?
23  A.      That's what it looks like, yes.
24  Q.      Okay.  Bill to, okay.  And then Kenny
25  Shutt is billing JB Group to advise Kevin --

Page 257

1  that's Kevin Alexander?
2  A.      I would assume so in that context.
3  Q.      -- regarding Stateline Partners, sales,
4  okay.  So ISG is paying Kenny Shutt for services
5  that he's providing to Stateline Partners?
6  A.      That's what that looks like, yes.
7  Q.      And this was an approved invoice that
8  was paid?
9  A.      Yes.  Amongst the group.
10  Q.      Okay.  Before Kenny came on board or
11  became involved, ISG had him sign a
12  nondisclosure agreement?
13  A.      I don't know.
14  Q.      Okay.  I'm going to show you Exhibit 66.
15              (Exhibit No. 66 marked for
16  identification.)
17              Shawn's sending this to Kenny,
18  and you're cc'd.  That's why I'm asking you
19  about it.
20  A.      Yeah.  I don't remember that, but like I
21  say, it looks like he did.
22  Q.      Okay.  Do you know who drafted this
23  non-disclosure agreement?
24  A.      I assume Shawn.
25  Q.      Okay.  Did you all discuss what



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al      Pages 258..261
BEN HUFFMAN, 02/08/2024

Page 258

1 information you were trying to protect?
2 A.    Again, I wasn't involved in that side of
3 it.
4 Q.    Okay.  I'm going to show you what I'm
5 marking as 67.
6              (Exhibit No. 67 marked for
7 identification.)
8              Do you remember this email?
9 A.    Vaguely.
10 Q.    Okay.  Who is Wesco/ -- how do you
11 pronounce that?
12 A.    Anixter.
13 Q.    Who are they?
14 A.    That's a vendor.
15 Q.    Okay.  You buy what from them?
16 A.    I don't know the specifics.  I know they
17 do a lot of cameras and stuff like that.
18 Q.    Okay.  And they were asking for a
19 financial statement from ISG?
20 A.    That's what it looks like.
21 Q.    Is that because you all were behind on
22 paying invoices?  Was it . . ?
23 A.    If I remember right, it was for just a
24 credit renewal for the year.
25 Q.    Okay.  Had you had issues with paying

Page 259

1 them timely?
2 A.    I don't remember.
3 Q.    Okay.  And Kenny here is -- Shawn
4 Breeland's cc,'d, you're cc'd.  Is Kenny Shutt
5 speaking for ISG here?
6              MS. HAMPTON SUTHERLAND:
7 Objection to the form.
8 A.    I would assume so, yes.
9 Q.    Do you remember this issue coming up
10 about them asking you for financial data?
11 A.    I remember them asking for an updated
12 financial statement.
13 Q.    And you all -- you remember discussions
14 about not wanting to give that to them?
15 A.    I don't remember discussion about not
16 wanting to, but, like I say, it was a yearly
17 thing.
18 Q.    Okay.  Well, let's look at how Kenny
19 responds.  He says, "Being a privately held
20 company in a very competitive marketplace, we
21 normally do not share our financial statements
22 with anyone other than our bank."
23              Do you agree that ISG is in a
24 very competitive marketplace?
25 A.    I mean, I assume every industry is

Page 260

1 competitive.
2 Q.    Okay.  And Mr. Shutt goes on to explain
3 why there's a concern about sharing it, correct?
4 Says, "The concern is that they, meaning the
5 financial statements, fall into the hands of
6 competition and somehow used to gain an
7 advantage over us."
8              Do you see that?
9 A.    I see that.
10 Q.    Okay.  So it was ISG's position here
11 they didn't want to give this financial data
12 because a competitor may get their hands on it
13 and could use it to their advantage and
14 basically to ISG's disadvantage, correct?
15 A.    I mean, that's the assumption he has
16 written here.
17 Q.    Okay.  And are you -- at MMR you didn't
18 have access to company-wide financials,
19 correct?
20 A.    Correct.
21 Q.    Neither did Jason Yates, correct?
22 A.    I don't know what he had access to.
23 Q.    Somehow, though -- well, are you aware
24 that Jason Yates shared company-wide financial
25 statements and financial data with Shawn

Page 261

1 Breeland?
2 A.    I wasn't aware of that.
3 Q.    You were not?
4 A.    No.
5 Q.    Okay.  Do you see how that's kind of
6 hypocritical?
7              MR. BLANKENSHIP:  Object to
8 form.
9              MS. HAMPTON SUTHERLAND:
10 Objection to the form.
11 Q.    Based on this email?
12 A.    I mean, like I said, I see on the email
13 what Kenny's position is on it.
14 Q.    Okay.  The owner of -- you told me this
15 is the highest ranking person is Shawn Breeland
16 at ISG?
17 A.    Yes.
18 Q.    He's on this email?
19 A.    Um-huh.
20 Q.    Okay.  And you didn't even want to give
21 this to a vendor, this financial information?
22 ISG didn't want to give this to a vendor,
23 correct?
24 A.    That's what it looks like.
25 Q.    Someone might use it and harm them,


AdvancedONE LEGAL is now LEXITAS

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al     Pages 262..265
BEN HUFFMAN, 02/08/2024

Page 262

1  correct?
2  A.     That's what it looks like.
3  Q.     But the CEO of ISG is sending MMR's
4  company-wide financial information to the same
5  person that is listed on this email here, Shawn
6  Breeland, okay?
7          MS. HAMPTON SUTHERLAND:  Is that
8  a question?
9  Q.     Do you not see how that's
10 hypocritical?
11         MS. HAMPTON SUTHERLAND:
12 Objection to the form.
13 A.     I mean, I guess it is what it is.  I
14 don't know.
15 Q.     So it is, you agree?
16         MR. BLANKENSHIP:  That's not
17 what he said.
18 Q.     Do you agree?
19         MR. BLANKENSHIP:  He said it is
20 what it is.
21         MR. KEE:  I don't know what that
22 means.
23         MR. BLANKENSHIP:  He's not
24 agreeing with you.  He's saying it is what it
25 is.

Page 263

1  A.     I don't necessarily have an opinion of
2  it.  I mean, that's between them.  I haven't
3  seen those emails.  I don't know what they
4  discussed.
5  Q.     Okay.  What did you mean, it is what it
6  is?  What do you mean by that?
7  A.     I mean, it's an email from a third-party
8  accountant to a vendor.  Like I say, that's kind
9  of a boilerplate response to any of that.  So, I
10 mean, how it applies to what went on between
11 Jason and Shawn, I don't know how that applies.
12 Q.     Well, you understand the concern,
13 correct?
14 A.     That Kenny's indicated, yes.
15 Q.     On behalf of ISG, correct?
16         MS. HAMPTON SUTHERLAND:
17 Objection to the form.
18 A.     Yes.
19 Q.     You understand that a competitor could
20 use financial data and information to their
21 advantage, correct?
22 A.     Yes.
23 Q.     Okay.  You said -- I believe you
24 testified ▮▮▮▮▮▮▮▮▮▮ is an affiliate?
25 A.     Of JB Group.

Page 264

1  Q.     Since when?
2  A.     I'm not sure of the date on that.
3  Q.     Okay.  We'll mark this as Exhibit 68.
4          (Exhibit No. 68 marked for
5  identification.)
6          I really just have one question
7  about this.  Have you seen this before?
8  A.     I don't remember seeing this, no.
9  Q.     Okay.  If you look at page 5 of the
10 document, of the actual . . .
11 A.     Our expertise?
12 Q.     Meet our leadership team.
13         MR. BLANKENSHIP:  Hold on a
14 second, P.J.  Let me get this binder out of the
15 way.
16 Q.     Okay.  Lists Kevin Alexander as the
17 chief executive officer?
18 A.     I see that.
19 Q.     Lists his experience at MMR.  What is it
20 that ▮▮▮▮▮ does?
21 A.     I really don't know all the specifics of
22 that.  I think it's tank cleaning is the main
23 thing.
24 Q.     Okay.
25 A.     I really don't know.

Page 265

1  Q.     Do you know if Kevin Alexander is still
2  the CEO of ▮▮▮▮▮▮▮▮▮?
3  A.     I didn't know he was listed as that.
4  Q.     Do you know who Chad -- is it Chad Roy,
5  do you know who that is?
6  A.     Yes.
7  Q.     Who is he?
8  A.     I know he's associated with ▮▮▮▮▮▮.  I
9  don't know if he runs it or what.
10 Q.     Okay.  Is he ever involved at ISG?  I
11 mean, is that how you know him?
12 A.     Yeah.  He comes in once a month or so.
13 Q.     To do what?
14 A.     He just comes in, visits with us for a
15 little bit.
16 Q.     He talk about synergies between the two
17 companies?
18 A.     Not really.  Like I say, we don't really
19 interact that much with him.
20 Q.     I'm going to show you what's marked as
21 69.
22         (Exhibit No. 69 marked for
23 identification.)
24         Have you seen drafts of this
25 teaser from High Ground before?



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al        Pages 266..269
BEN HUFFMAN, 02/08/2024

Page 266

1  A.     I haven't.  Like I say, they do all that
2  stuff.
3  Q.     Okay.  You see veteran management?
4  A.     Yes.
5  Q.     Kevin Alexander is listed as a senior
6  vice president?
7  A.     I see that.
8  Q.     Okay.  Is that your understanding of
9  what his title is at ISG?
10 A.     Like I say, I know he's a part of the
11 executive team.  I don't know what the official
12 title is.
13 Q.     Okay.  And contact, down at the bottom,
14 Gentry Beach.  Do you know who that is?
15 A.     One of the guys with High Ground.
16 Q.     Does he ever come to ISG?  Like you said
17 Chad Ray or Roy comes down occasionally, does
18 anyone from High Ground do the same?
19 A.     I've met Gentry once the whole time that
20 I was there, so I would say not very often at
21 all.
22 Q.     Okay.  When did you meet him?
23 A.     Three or four months ago, I guess.  It
24 wasn't too long ago.
25 Q.     Okay.  What was the context of the

Page 267

1  meeting?  Was it a company meeting or what was
2  it?
3  A.     He was just visiting with Shawn.  I
4  don't know what they were doing, just came
5  through the office.
6  Q.     Okay.  Just introduced himself?
7  A.     Yes.
8  Q.     Was that kind of the extent of your
9  conversation?
10 A.     Yes.
11        MS. HAMPTON SUTHERLAND:  What's
12 the doc ID for this document, for 69?
13        MR. KEE:  ISG 11432.
14        MS. HAMPTON SUTHERLAND:  ISG --
15 how many zeros?
16        MR. KEE:  I just have 11432.  I
17 guess five, four or five, I guess, based
18 on . . .
19        MR. PRITT:  I think it's nine
20 digits.
21        MS. HAMPTON SUTHERLAND:  Thanks.
22 Q.     Okay.  Marking this as Exhibit 70.
23        (Exhibit No. 70 marked for
24 identification.)
25        Okay.  This is an email string

Page 268

1  that starts in September.
2  A.     Okay.
3  Q.     12 -- September 12, 2022.  And it looks
4  like the next response from Shawn is November 3,
5  2022.  Do you see that?
6  A.     I see that.
7  Q.     And it's the top -- the October email
8  was to you, Jason, and Kevin Alexander,
9  correct?
10 A.     Correct.
11 Q.     And it says, "In preparation for our
12 bond meeting tomorrow, I've attached the pro
13 forma financials that were sent with our
14 application."
15        And below that, the September
16 email is with Garrett Surety Bond Brokers.  What
17 was this bond meeting about?
18 A.     I really don't remember that specific
19 meeting.  But if it was a surety bond broker, it
20 was for a bond on one of our projects.
21 Q.     And are y'all doing bonded work?
22 A.     Yes.
23 Q.     All right.  Let me show you a document
24 marked as Exhibit 71.
25        (Exhibit No. 71 marked for

Page 269

1  identification.)
2        Okay.  It's an FYI email
3  forwarded to you and Kevin Alexander on December
4  7, 2022.
5  A.     Okay.
6  Q.     ███████████████████████
7        ████████████████████
8  9  A.  ██████████████
10 Q.     ███████████████████████
12 A.     █████████████████████
14 Q.     ██████████████████
16 Q.     ███████████████████████
17 A.     ██
18 Q.     ████████████████████████
       ████████████████████████
22 A.     ██████████████████████
       ████████████████████████
       ████████████████████████
25 Q.     █████████████████████



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al        Pages 270..273
BEN HUFFMAN, 02/08/2024



Page 270

1    ███████████████████

3    Q.    ████████████████████████

5    A.    ██████████████

6    Q.    ███████████████████████

7    A.    T███████████████████

9    Q.    ████████████████

10   A.    ██████

11   Q.    I'll show you what I'm marking as
12   Exhibit 72.
13              (Exhibit No. 72 marked for
14   identification.)
15              And this is that AP document --
16   an email that attaches the AP and AR comparison
17   report?
18   A.    Um-huh.
19   Q.    Okay. And I just wanted to get an
20   understanding. This is your role as the
21   controller, basically? I mean, you're --
22   A.    Essentially monitoring.
23   Q.    -- monitoring and then reporting, you
24   all need to make the decision on what needs to
25   be paid or what to hold back?

Page 271

1    A.    Yes. I was just waiting for you to
2    finish.
3    Q.    Okay. And then if you flip the page, I
4    guess this is your reporting. Is this just an
5    Excel sheet that you created to do this?
6    A.    Yes.
7    Q.    And you said that you changed it since?
8    A.    Yes. It's a different report, it's a
9    different spreadsheet.
10   Q.    Okay.    ████████████████████
     ████████████████
12   ████████████████████████
     ███████████████████████████████████
     ████████████████████████
     █████████████████████████████████
18   Q.    Okay. I'm going to show you what I'm
19   marking as Exhibit 73.
20              (Exhibit No. 73 marked for
21   identification.)
22              Okay. This is an email from --
23   it originates from Shawn Breeland to Jason
24   Yates. Subject line, iPhone, on January 24th,
25   2023. And he says, "What would" -- "What you

Page 272

1    think this" -- "Do you think this would work?"
2    And he's got a link to Top Law News, Techno
3    Lawyer, Imazing and Imazing.com, backup iPhone,
4    iPad.
5    A.    I don't remember what that was.
6    Q.    Okay. And then Shawn forwards that just
7    to you. Do you know what was going on here?
8    A.    I don't remember that specifically, no.
9    Q.    Okay. Is -- do you recall this being --
10   I mean, Top Law, is this legal related?
11   A.    I don't know.
12   Q.    Okay. Do you remember people needing to
13   or Shawn needing to preserve an iPhone or
14   anything like that?
15   A.    I don't remember anything like that.
16   Q.    Or Jason Yates?
17   A.    I don't know.
18              MS. HAMPTON SUTHERLAND: We're
19   marking Exhibits 68 to 72 and the testimony
20   about them as Attorneys Eyes Only.
21   Q.    All right. I went to the website that's
22   first listed there, the Top Law. Can you see
23   it? And it says -- the article to this link is
24   from July 16th, 2020. And it says, "iPhone
25   discovery of messages. What's that and more

Page 273

1    made easy." And then more talking about
2    preservation of iPhone messages in lawsuits.
3    A.    I don't remember that.
4    Q.    Okay. Did you give any thought -- did
5    you respond to this email?
6    A.    I don't think I did. I don't remember
7    the email, but.
8    Q.    I'm showing you what I'm marking as
9    Exhibit 74.
10              (Exhibit No. 74 marked for
11   identification.)
12              This is an email from Shawn
13   Breeland to you and Kenny Shutt, cc'ing Kevin
14   Alexander. Do you see that?
15   A.    Yes. Sorry.
16   ███████████████████████████████████
     ████████████████████████████████████
     ██████████████████████
     █████████████████████████████████████
     █████████████████████████████████
     ███████████████████████████████████
     █████████████



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al      Pages 274..277
BEN HUFFMAN, 02/08/2024



Page 274

1  Q.  ████████████████████

3  A.  ██████████████████████

4  ██████████████

5  Q.  ████████████████████

6  A.  ████████████

7  Q.  ██████████████████████

8  ██████████████████████████

9  A.  ████████████████████

10 Q.  **I'll mark this as Exhibit 75.**

11     (Exhibit No. 75 marked for

12 identification.)

13 ████████████████████████████

14 ████████████████████████████

15 A.  ████████████████████

17 Q.  **Okay. And I'll show you a printed --**

18 **this is Exhibit 76.**

19     MS. HAMPTON SUTHERLAND:  Is 76

20 the attachment?

21     MR. KEE:  76 is the

22 attachment.

23     MS. HAMPTON SUTHERLAND:  We're

24 marking 75 and 76 as Attorneys Eyes Only and the

25 testimony about them.

Page 275

1      (Exhibit No. 76 marked for

2  identification.)

3      MS. HAMPTON SUTHERLAND:  I'm

4  going to stop you for a second.  We're going to

5  claw this back because we didn't have the

6  ability to do that before you got it.  But this

7  has comments from the accountant and there's an

8  accountant-client privilege that exists in

9  Louisiana.

10     MR. KEE:  Talking about the --

11 this Kenny Shutt?

12     MS. HAMPTON SUTHERLAND:  Yes.

13     MR. KEE:  So you want to scratch

14 out Kenny Shutt's comments or redact those?

15     MS. HAMPTON SUTHERLAND:  We'll

16 deal with --

17     MR. KEE:  Well, you don't get

18 the whole document back.

19     MS. HAMPTON SUTHERLAND:  Not

20 necessarily.

21     MR. KEE:  No.  Necessarily, you

22 don't get the whole document back, even if you

23 could claim --

24     MS. HAMPTON SUTHERLAND:  Not

25 necessarily.  Because if the comments of the

Page 276

1  rest of it is for the -- for them to consider,

2  not the final report.

3      MR. KEE:  Okay.  So.

4      MS. HAMPTON SUTHERLAND:  Are you

5  continuing -- after I just clawed it back,

6  you're actually continuing to read it?  That's

7  actually a violation of the Rules --

8      MR. KEE:  Of what?

9      MS. HAMPTON SUTHERLAND:  -- of

10 Professional Conduct.

11     MR. KEE:  This isn't an

12 attorney.  What are you talking about?

13     MS. HAMPTON SUTHERLAND:  When

14 things are clawed back under the order, that's

15 what it does.

16     MR. KEE:  What order?

17     MS. HAMPTON SUTHERLAND:  You're

18 supposed to stop reading.

19     MR. KEE:  For attorney-client

20 privilege?

21     MS. HAMPTON SUTHERLAND:  For

22 privilege.

23     MR. KEE:  Okay.  So we've had

24 this document now for months.  And you're saying

25 you get to claw this back now in the middle of

Page 277

1  the deposition at 8:40 when the magistrate isn't

2  here to discuss?  That's your position?

3      MS. HAMPTON SUTHERLAND:  Well,

4  you know it's our position that things with

5  Kenny Shutt are privileged 'cause we marked

6  other documents when we did get the opportunity

7  to comment on it.

8      I'll let you question him

9  subject to the fact that we're not waiving that

10 clawback.  If you agree to that, you can

11 question him.

12     MR. KEE:  We agree that you can

13 preserve your clawback.  I won't ask him a

14 single question about what Kenny Shutt says.

15     I'd like to understand.  You're

16 saying this is for the purpose of getting

17 accounting advice, a letter to investor?

18     MR. BLANKENSHIP:  Who are you

19 talking to?

20     MR. KEE:  Shannon.

21     That's your position?

22     MS. HAMPTON SUTHERLAND:  Yes.

23     MR. KEE:  That this is

24 accounting -- this is for accounting privilege?

25 He's commenting on ██████████████ for



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 278..281
BEN HUFFMAN, 02/08/2024



Page 278

1 accounting purposes is your position?
2          MS. HAMPTON SUTHERLAND: He
3 provides accounting and finance advice as an
4 accountant, as a CPA, yes.
5          MR. KEE: But is ▓▓▓▓▓▓
▓▓▓▓▓ for accounting purposes? Is that your
7 position?
8          MS. HAMPTON SUTHERLAND: It
9 doesn't need to be for accounting purposes.
10         MR. KEE: Louisiana Code of
11 Evidence Article 515, it prohibits disclosure of
12 information provided to an accountant by a
13 client for the purposes of obtaining
14 professional accounting services.
15         MS. HAMPTON SUTHERLAND: And
16 he's providing professional accounting services,
17 which there's already testimony that that's his
18 role with the company.
19         MR. KEE: As -- ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓ is for accounting
21 services?
22         MS. HAMPTON SUTHERLAND: Yes.
23         MR. KEE: Okay. That's your
24 position. Now I understand it.
25 BY MR. KEE:

Page 279

1 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
3 A. ▓▓▓▓▓▓▓▓▓▓▓▓
4 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓
6 A. ▓▓▓▓▓▓▓▓▓
7 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓
8 A. ▓▓▓▓▓▓▓▓
9 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
17 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19 A. ▓▓▓▓▓▓▓▓▓▓▓▓
20 Q. ▓▓▓▓▓▓▓▓▓▓
21 A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25 Q. ▓▓▓▓▓▓▓▓▓▓▓

Page 280

1 A. ▓▓▓▓▓▓▓▓
2 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓
8 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓
10 A. ▓▓▓▓▓▓▓▓▓▓▓▓▓
11 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
21 A. ▓▓▓▓▓▓▓▓▓▓
22 Q. ▓▓▓▓▓▓▓▓▓▓▓
24 A. ▓▓▓▓
25 Q. ▓▓▓▓▓▓▓▓

Page 281

1          (Brief recess.)
2 Q. Exhibit 77.
3          (Exhibit No. 77 marked for
4 identification.)
5 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8 A. ▓▓▓▓▓▓▓▓▓▓▓
10 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓
11 A. ▓▓▓▓▓▓▓▓▓▓▓▓▓
12 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14 A. ▓▓▓▓▓▓▓▓▓▓▓▓▓
16 Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18         MS. HAMPTON SUTHERLAND: And
19 anything relating to the line of credit or banks
20 we're designating as Attorneys Eyes Only.
21         MR. KEE: Okay. And I don't think we
22 need to because we have it on the remediation
23 list, but just out of abundance of caution, any
24 of the Excel sheets that we showed that we are
25 contending are MMR's, we're marking those as AEO


AdvancedONE LEGAL is now LEXITAS

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al    Pages 282..285
BEN HUFFMAN, 02/08/2024



Page 282

1  as well.
2  BY MR. KEE:
3  Q.

6            MS. HAMPTON SUTHERLAND:  And
7  we're designating this as Attorneys Eyes Only.
8            MR. KEE:  Yeah.
9  Q.

11 A.
12 Q.

15

17 Q.

Page 283

1

9  BY MR. KEE:
10 Q.

16 Q.
17 A.

19 Q.

25 A.

Page 284

1  Q.

3

5  Q.

7

8  Q.

10 A.

12 Q.

15 A.

17 Q.

19 A.

21 Q.

24 A.
25 Q.

Page 285

1

2  A.
3  Q.

6  A.
7  Q.

11 A.
12 Q.

17

21 Q.

23 A.

25 Q.




MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al      Pages 286..289
BEN HUFFMAN, 02/08/2024



Page 286

```
 1  A.    █████████████████
 2  Q.    █████████████████
████████████████████████████████████████
████████████████████████
 5  A.    ████████████████████████████
████████████████████████████████████
 7  Q.    ███████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████
12  A.    █████████████████████████
███████████████████
14  Q.    █████████████████████████████
████████████████████████████████████████████
17  A.    ███████████████
███████████████████
19  Q.    ████████████████████
20  A.    No.
21  Q.    Okay.  All right.  Who's Pat Driscoll?
22  A.    He's our DOT superintendent.  I say
23  superintendent, project manager.
24  Q.    Okay.  Did he take Trevor Besse's place,
25  basically?
```

Page 287

```
 1  A.    Essentially, yes.
 2  Q.    Where did he come from, Pat, or where
 3  was he before, do you know?
 4  A.    I don't know.
 5            MR. KEE:  All right.  That's all
 6  the questions I have.
 7            MS. HAMPTON SUTHERLAND:  To be
 8  clear, we've designated 68 to 72 and 75 to 77 as
 9  Attorneys Eyes Only and testimony concerning
10  liquidity, cash flow, banks, and investor
11  reports.  We may have additional designations
12  once we have the opportunity to review the
13  transcript in accordance with the procedure.
14  But wanted to make that clear for the record.
15            THE COURT REPORTER:
16  Ms. Sutherland, do you need a copy?
17            MS. HAMPTON SUTHERLAND:  Yes,
18  please.
19      (Deposition concluded at 9:13 p.m.)
20
21
22
23
24
25
```

Page 288

```
 1            REPORTER'S PAGE
 2            I, KIMBERLY L. GIBNEY,
 3  Certified Court Reporter in and for the state of
 4  Louisiana, Certificate No. 2016010, National
 5  Registered Professional Reporter, Certificate
 6  No. 095990, as defined in Rule 28 of the Federal
 7  Rules of Civil Procedure and/or Article 1434(B)
 8  of the Louisiana Code of Civil Procedure, do
 9  hereby state on the Record:
10            That due to the interaction in
11  the spontaneous discourse of this proceeding,
12  dashes (--) have been used to indicate pauses,
13  changes in thought, and/or talkovers; that same
14  is the proper method for a transcription of
15  proceedings, and that the dashes (--) do not
16  indicate that words or phrases have been omitted
17  from this transcript;
18            That any spelling of words
19  and/or names which could not be verified through
20  reference material have been denoted with the
21  parenthetical "(phonetic)";
22            That the parenthetical "[SIC]"
23  is used to denote when a witness stated a word
24  or phrase that appears odd or erroneous to show
25  that it was quoted exactly as it stands.
```

Page 289

```
 1            REPORTER'S CERTIFICATE
 2            I, KIMBERLY L. GIBNEY,
 3  Certified Court Reporter, Certificate
 4  No. 2016010, as the officer before whom this
 5  meeting was taken, do hereby certify that this
 6  meeting was reported by me in stenographic
 7  machine shorthand, was prepared and transcribed
 8  by me or under my personal direction and
 9  supervision, and is a true and correct
10  transcript to the best of my ability and
11  understanding; that the transcript has been
12  prepared in compliance with transcript format
13  guidelines required by statute or by the rules
14  of the board and that I am informed about the
15  complete arrangement, financial or otherwise,
16  with the person or entity making arrangements
17  for deposition services; that I have acted in
18  compliance with the prohibition on contractual
19  relationships as defined by Louisiana Code of
20  Civil Procedure Article 1434 and in the rules
21  and advisory opinions of the board; that I have
22  no actual or any prohibited employment or
23  contractual relationship, direct or indirect,
24  between a court reporting firm and any party
25  litigant in this matter nor is there any such
```



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          Pages 290
BEN HUFFMAN, 02/08/2024

```
                                                  Page 290
 1   relationship between myself and a party litigant
 2   in this matter; that I am not related to counsel
 3   or to the parties herein, nor am I otherwise
 4   interested in the outcome of this matter.
 5       This certification is valid only for a
 6   transcript accompanied by my original signature
 7   and original required seal on this page.
 8
 9               Signed:  February 12, 2024
10
11
12
13
14
15
16               Kimberly D. Gibney, CCR
17               No. 2016010
18
19
20
21
22
23
24
25
```



### Exhibits

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 24**
2:17 50:16 52:2,3

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 25**
2:18 63:21

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 26**
2:20 80:12,13

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 27**
2:22 83:3,4,13 84:21

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 28**
2:24 50:15 83:24,25 92:16

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 29**
3:3 87:24

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 31**
3:6 120:5,6

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 32**
3:8 126:4,5

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 34**
3:11 139:1,2 140:11 141:8 142:20

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 35**
3:13 142:12,13

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 37**
3:16 150:20,21

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 40**
3:21 162:20,21 164:24, 25

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 42**
3:24 172:22,23

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 44**
4:4 177:16,17,25

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 45**
4:7 189:15,20

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 47**
4:10 193:6

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 48**
4:12 194:3,4

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 49**
4:14 195:1,2

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 51**
4:18 196:2,3 202:10

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 52**
4:20 204:11,12

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 54**
5:3 205:14,15

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 55**
5:6 206:23,24

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 56**
5:8 208:15,16

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 58**
5:12 227:5

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 60**
5:16 234:3,4

**Huffman, Ben 02-08-24 ( MMR Constructors, Inc.) Exhibit 61**
5:18 238:13,14

 

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 62**
   5:19 239:16,17

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 63**
   5:22 240:15,16,17

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 64**
   5:23 247:2,4

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 66**
   6:5 257:14,15

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 67**
   6:7 258:6

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 68**
   6:9 264:3,4

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 69**
   6:12 265:22

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 70**
   6:14 267:22,23

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 71**
   6:16 268:24,25

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 72**
   6:19 270:12,13

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 73**
   6:21 271:19,20

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 74**
   6:23 273:9,10

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 75**
   7:2 274:10,11

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 76**
   7:5 274:18 275:1 280:12

**Huffman, Ben 02-08-24 (
MMR Constructors, Inc.)
  Exhibit 77**
   7:8 281:2,3

---

**$**

**$408,354.00**
   197:13

---

**0**

**000006137**
   158:16

**00279**
   116:21

**02**
   140:11

---

**1**

**1**
   65:12 93:13 121:15
   240:25

**10**
   31:20 95:23 136:20
   142:1

**10,000**
   243:5

**1010**
   124:9

**1011**
   124:9

**1099**
   242:17

**11**
   31:20 74:23 137:2
   138:17,24 139:23,25
   140:1,12 141:3,4

**11432**
   267:13,16

**11th**
   81:16 83:16

**12**
   55:21 151:1 268:3

**13**
   74:14 120:17 153:19

**137**
   112:9

**140**
   31:19

**16th**
   272:24

 is now 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          293
BEN HUFFMAN, 02/08/2024                           Index: 17..300

**17**
  170:20

**17th**
  52:14 53:17,22 54:1,21
  194:14

**18th**
  126:10 208:19 236:10

**19**
  56:3,21 93:6,7 157:8

**1:59**
  11:5

────────────

           **2**

────────────

**2**
  23:15 24:8 49:9,12
  51:17,18 65:11 79:1,5,6,
  7,19 122:3 128:19
  153:13,15 164:17,18,20
  186:20

**20**
  56:9

**200**
  186:4,5

**2016**
  185:16

**2018**
  166:7

**2019**
  201:24

**2020**
  272:24

**2021**
  135:9,11

**2022**
  30:11 52:14 53:17 58:23

**88:17,24** 90:13 99:20
  100:24 120:17 125:19
  126:10 182:11 196:6
  223:7 236:10 238:17
  268:3,5 269:4

**2023**
  271:25

**20th**
  223:7

**21**
  56:11

**22**
  56:13 131:2

**220022GS**
  184:11

**23**
  37:1,5 41:15 42:5 45:1
  53:20 55:20 77:15 98:16,
  17 157:5 160:14 184:3,4
  186:25 193:13

**23-001**
  131:4

**23rd**
  88:17,24

**24**
  50:15,16 52:2,3 108:23
  186:25

**24th**
  271:24

**25**
  63:20,21 83:11 186:25

**25th**
  99:20 100:22

**26**
  80:12,13 83:11 186:25

**27**
  83:3,4,11,13 84:21
  182:11

**276351**
  165:25

**276871**
  135:20

**279591.002**
  116:16

**27th**
  11:14

**28**
  50:15 83:24,25 92:16

**29**
  87:23,24

────────────

           **3**

────────────

**3**
  25:2,4 49:13 127:9,10
  244:11 268:4

**3.0**
  24:25 25:7 49:20 102:7

**3/17**
  189:3,25 190:3 228:22

**3/7**
  99:5

**3/7/2022**
  39:12 109:3 161:15

**3/7/22**
  57:15

**30**
  116:8,9 150:12

**300**
  199:15

 is now 

**31**
  120:5,6

**31st**
  196:6

**32**
  126:4,5

**33**
  135:18,21 137:19 150:13
  152:18 169:20 187:20
  190:4,6

**34**
  139:1,2 140:11 141:8
  142:20

**35**
  142:12,13

**356**
  34:1

**36**
  143:14,15

**364**
  110:18

**365**
  33:14,24 87:13 90:3
  251:13 253:9 254:6

**37**
  89:5 150:20,21

**38**
  151:22,23

**39**
  158:9,12 162:6

---

**4**

**4**
  66:4 104:13 129:19
  131:18 169:22

**4/12**
  99:11,17 110:18

**40**
  162:20,21 164:25

**4084778**
  158:24

**41**
  165:20,21

**42**
  172:22,23

**43**
  173:16,17

**44**
  88:13,25 177:16,17,25

**45**
  189:15,20

**46**
  190:7,8,9 228:11

**47**
  193:5,6

**48**
  194:3,4

**49**
  195:1,2

---

**5**

**5**
  102:8 122:24 129:20,24
  130:2 134:19 135:13
  187:25 264:9

**5,000**
  244:11

**5.0**
  186:22

**5/16**
  62:23

**5/18/2022**
  132:15 133:6

**5/20**
  64:3

**5/20/2022**
  64:7

**50**
  195:14,17 198:2

**500**
  199:14

**51**
  196:2,3 202:10

**515**
  278:11

**52**
  204:11,12

**53**
  205:7,8 211:19

**54**
  205:14,15

**55**
  206:23,24

**56**
  208:15,16

**57**
  210:8,9 212:15

**58**
  227:4,5,12

**59**
  227:19,25 233:25

**5th**
  238:17



MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al                   295
BEN HUFFMAN, 02/08/2024                              Index: 6..about

---

**6**

**6**
79:18,24 80:1 280:6

**6,000**
212:9

**60**
234:3,4

**61**
238:13,14

**6137**
158:11

**62**
239:16,17

**63**
240:16,17

**64**
247:2,4

**65**
45:6,7 255:20,21

**66**
257:14,15

**67**
258:5,6

**677**
60:3

**68**
45:1 264:3,4 272:19
287:8

**69**
265:21,22 267:12

---

**7**

**7**

30:11 74:25 79:18,24
80:1,2 95:23 108:1 269:4

**70**
41:16 42:5 267:22,23

**70817**
164:2

**71**
43:25 268:24,25

**72**
270:12,13 272:19 287:8

**73**
271:19,20

**74**
273:9,10

**75**
274:10,11,24 287:8

**76**
274:18,19,21,24 275:1
280:12

**77**
281:2,3,17 287:8

**7th**
58:23 107:23 204:14

---

**8**

**8**
51:18 79:18,24 80:2
144:10

**8.0**
45:8

**81**
43:25

**8:40**
277:1

---

**9**

**9**
74:8,11 103:22 104:14
140:16 161:9

**96**
93:6

**97**
93:13 95:23

**9:13**
287:19

---

**A**

**abbreviation**
230:8

**ability**
275:6

**able**
32:12 50:9 151:20
177:21,23 237:11 251:20
252:12 253:9,11 254:4
286:10

**about**
11:24 12:24 13:6,14,20,
24 14:15 16:19,23 17:4,
7,23 18:9 19:22 25:12
30:13 39:24 45:2 52:12
53:1,5,6,8,11 55:2 57:1
59:19 67:22 68:10 73:14
77:8 78:15,20 85:24
86:10,13,15 90:13 92:9,
25 93:19 94:6,23 99:2,17
102:7 105:12,15 115:24
119:19 120:12 133:20
138:24 139:7 147:9
152:12,14 156:15 167:5
184:25 187:5 192:23



193:3,12,13,16 201:4
205:1 209:18 211:14
215:24 224:15 227:14
234:7,9 238:2,3,6 239:24
242:13,14 245:7,25
249:6 253:4 257:19
259:10,14,15 260:3
264:7 265:16 268:17
269:14,20 270:4 272:20
273:1 274:25 275:10
276:12 277:14 279:21
281:9,10 282:21 283:5,
13 284:7,22 285:20,21

**above**
91:21 191:8

**abundance**
281:23

**ACCDB**
36:3

**access**
12:4 14:24 28:2 33:21
35:19,24 37:10 42:10,13,
17 43:3,18,22 47:8
58:10,22 62:19 76:6,20
86:10,16 89:8,10 108:2
111:21 113:10 119:14
125:25 129:12,13 155:9
166:25 183:11,13,15
186:17 251:15 252:12
253:12 260:18,22

**accessed**
29:4 63:3,25

**accessing**
54:2,19 65:25 176:9,18
185:13

**accordance**
287:13

**according**

**account**
33:21 60:7 62:2 65:16,17
87:15 88:13 133:8 241:4,
5 251:3 253:8,11 254:6

**accountable**
189:3

**accountant**
247:17,18 254:10 263:8
275:7 278:4,12

**accountant-client**
275:8

**accounting**
89:24 137:15 277:17,24
278:1,3,6,9,14,16,20

**accounts**
33:14 87:5,7,11 122:15
248:3,4 249:13,14 250:1

**accurate**
25:10 82:16 89:23
103:10 108:5 162:7,17
163:14 164:9 181:3
183:23 188:15 230:20
239:2 255:18

**accurately**
89:17 180:12

**acquire**
270:9

**acquiring**
270:8

**acquisitions**
254:24

**acronym**
143:2

**across**
191:8

88:12 125:15

**act**
282:13

**acting**
64:22

**active**
64:16 65:1 225:12

**actively**
114:17

**activity**
186:21

**actual**
29:15 30:1 45:12 67:5
135:19 139:12 143:13
159:12 160:1 164:8
165:24 196:16,20 206:2,
7 213:21 264:10

**actually**
23:23 47:6 110:14
121:10 186:6 197:4,8
219:6 229:10,13 231:16
248:5 276:6,7

**added**
145:3 215:22

**additional**
33:7 287:11

**address**
31:8 156:19 164:4,24

**adjustments**
200:6,23

**advantage**
260:7,13 263:21

**advice**
277:17 278:3

**advise**
256:25

 is now 

**advisor**
91:4

**AEO**
281:25 282:20

**affiliate**
246:7,9 263:24

**affiliated**
245:2,24 250:4,9,10

**after**
16:18 18:1 29:13 63:25
79:2 90:16 99:25 101:7
102:4 146:11 157:14
173:24 179:6,7 180:19,
21 182:8 223:15 276:5

**again**
13:11 36:22 74:10 83:15
109:2 112:23 117:16
145:7 153:21 166:11
177:21 213:23 220:4
258:2 269:23 284:4

**ago**
14:2 85:12 97:3,5
266:23,24

**agree**
11:13,17 26:1 57:8,11
62:17 65:2 66:24 139:24
167:24 176:17 201:18
202:23 211:21 223:14
232:21 234:19 259:23
262:15,18 277:10,12
285:15

**agreeing**
109:21 262:24

**agreement**
158:2 257:12,23

**ahead**
145:14 183:14 252:20

**Air**
196:7

**alert**
62:8

**Alexander**
90:24 91:18,21 92:1,7
242:7 243:23 244:14
246:2,14 250:12 252:8
253:5,20 254:1 256:10
257:1 264:16 265:1
266:5 268:8 269:3
273:14 280:4 282:9,13
284:1,5

**Alexander's**
241:14

**all**
14:3 17:6 29:23 33:23
36:13 38:11 42:6 43:25
49:21 51:2 52:6,17
53:16,21 54:6,16,20
55:17 68:4 75:10,25
77:17 80:5 81:15 86:3,11
88:6 89:22 92:24 93:23
98:15 101:21 102:23
105:12 110:23 113:3,5
114:7 117:6,7 118:9
125:13 127:19 130:19
131:8 133:1,2,9,17,21
134:7 135:10 144:23
145:2 152:21 159:13
172:21 174:10 175:13,20
177:12 181:2,9 182:21
186:5 190:11 192:24,25
196:1 202:21 209:2
210:18 213:3,12,13
216:10 218:23 222:6
223:8 228:22 230:24
232:14 233:18 238:1,16
245:13 251:10 252:20
254:6,18 255:14,15

257:25 258:21 259:13
264:21 266:1,21 268:23
270:24 272:21 279:1
284:16 286:21 287:5

**allegations**
100:3,6

**alleviate**
113:13

**allow**
16:5

**allows**
49:14 68:11 143:6
155:16 156:3,11,14
162:8,9

**almost**
85:11 232:21 233:2

**along**
243:8

**alphabetical**
121:18

**already**
73:3 130:4,6 134:22
135:3 151:12 278:17

**also**
61:4,9,19 62:11 65:24
66:14 83:15 86:6 87:2
89:5 96:2 108:10,13
111:23 125:21 156:14
194:9 196:9 205:2 206:1
223:14 245:6 270:3

**always**
110:1 248:12,13

**am**
88:3 211:21

**amongst**
27:2 257:9




**amount**
86:1 145:4

**an**
11:8 16:3 17:2,14 30:1
33:7,21 34:6 39:5 42:10
43:3 44:8 45:12,20,21
48:5 51:21 56:25 57:2,8,
12,23 68:13 86:16,18
88:2,4,15 89:18,23 90:24
91:4 101:13 103:15,16
104:1 107:17 108:22,25
110:21 116:3 126:23
127:2,14,16,17 133:25
137:7,9,10,11 138:20
139:19 141:14 142:18
150:24 152:22,23 155:9,
10,11,12 156:18 157:21
158:9 162:11,23 163:4,
13,16 165:13 166:9,19
167:4 172:25 173:2,4,7
182:10 184:17 186:14,17
190:3 191:19 195:20
201:13 202:22 204:20
205:2,11,18 206:3,12
207:1 208:5,19 210:3
225:12,17 226:7 227:15
234:18 238:16 239:21
240:7,19,24 242:19
244:4,14,17,19,24,25
246:7,9,11,22 247:6,18
250:9,10,19 251:3 253:9
257:7 259:11 260:6
263:1,7,24 267:25 269:2,
6 270:1,16,19 271:4,22
272:13 273:12,16,21
275:7 276:11 277:25
278:3,12,20 280:19

**analysis**
19:22 20:3 56:13 76:11,
23 77:23,25 78:3,4,6
108:14 113:4,18,20,22

114:1,4,5,10,15 115:1,7
152:22 153:1,2,16,21
154:1,3,6,9 156:2,25
157:10,21,25 158:3
159:2 169:22 172:4
173:21 175:15,25 176:10
177:1,9,13,20 179:16,20,
22 180:3,10,16 181:7
182:6,12 183:16,21
185:9 187:9 238:19

**analysis-master**
173:12

**analyst**
91:4

**and**
11:10,17 12:19,24 13:5,
13,23 14:25 15:7,17
17:9,13 22:1,23 23:21
24:12,16 25:2,6,9 26:5,8,
17 28:1,19 29:1 30:14,
18,21 31:20 32:3,6,18
33:3,13,17 34:18 35:1
36:8 37:1,25 38:20,23,24
39:23 40:15 41:6,14,17
42:12 44:24 45:3,7,10,
17,20,25 46:1,3,7,25
47:3,15,19 48:15,20
49:5,9,12,13,16,20,25
50:8,9,20,25 51:14,22
52:22,25 54:24 55:1
56:13 58:5,10,13,18
59:10,13,22,24 60:3,13,
25 61:4,12,17 62:1,24
63:23 64:5,10,14,15,22
65:6,25 66:4,13,25 67:3,
13,25 68:4,9,24 69:18,
21,23,24,25 70:5,11,14,
16,17,18,20,21,22,24
71:8,15,22 72:1,14,16,
20,22 74:19,20,23 75:3

76:17,19,23 77:21 78:10,
15 79:16,18,22,24,25
80:2,3,20 81:14,17 82:9,
12 83:11,19 84:9 85:2
86:3,6 87:2 88:12,15,22
89:2,12,24 90:2,16,18
91:2,17 92:10,18 93:9,
10,12,15 95:2,22,25
96:10,11,14 98:25 99:1,
10,13,22 100:2,7 101:16
102:13 104:6,12,16,17,
25 105:4,14 106:3,5,10
107:4,24 108:1,4,7
109:24 110:9,13 112:8,
14,18 113:6,22,25 114:3,
4,13 115:11 116:2,5
117:3 118:10,19,25
119:3,6,16,21 120:1,16,
17,21 121:9,21 123:12,
15,16 124:6,17 125:4,15
126:1,15,19 127:2,9,17,
22,23 128:2,3,9,15,25
129:12,15 130:9,17,20
131:3,7,12,15,24 132:5,
9,13,17 133:1,3,15,16,
17,19 134:8,21 135:6,18,
20 136:4,6,7,10,12,19
137:7,18 138:2,20,25
139:6,18 140:5,10,16,17
141:3,6,7,11,22 142:4,
17,23 143:8,11,13,17,21
144:4,7,8,19,21 145:3,4,
6 146:1,4,12,24,25
147:2,11,16,20 148:4,7,
9,11,17,20 149:10,18
150:16,25 151:18 152:1,
3,4,25 153:1,5,7,19,25
154:4,8,11,24 155:2,15
156:3,8,10,14,20,22
157:17,20 158:8,10,17
159:4,10,11,13,17,23,25
160:1,4,11,22 162:8,13,



14,25 163:4,6,7,14,16
164:7,11,24 165:2,10,25
166:6,11,18 167:11
168:1,12,21 169:3,8,9,
14,24 170:4,22 171:5
172:1,3 173:4,15,23
174:4,10,15 175:9,10,12
176:13 177:1,22 178:6,9,
13,23,25 179:2,6,10,13,
14,16 180:1,2,15,19,20,
23,25 181:5,9,17,18,23,
24 182:3,10,11,19,20,23
183:5,16,22 184:6,24
185:1,3,8 186:5,7,11,16,
22 187:1,5,24 188:12,14,
17,22 189:1,6 190:2,11,
25 191:10,13 193:15,19
194:12,14 195:20 196:5,
9,16,18 197:23 198:10
199:9,17,23 200:5,6,7,10
201:2,5,15,21,24 202:2,
6,16,17,20,21,25 203:4,
9,12,19 205:2,11,22,25
206:1,6,8 207:2,3,6,20
208:5,6,21,22,23,25
209:2,3,11,15 210:6,7,
21,25 211:1,3,4,12,17,19
212:6,14,16,21,24 213:4,
6,8,9,11,12,13,14,17,23
214:3,6,7,10,23 215:13,
14,17,22,25 216:7,19
217:5,15,17 218:4,8,14,
17 219:6,20,24 220:3,12,
24,25 222:2,5,8,14,19,25
223:3,9,15,16,17 224:8,
25 226:12,17 227:13,21
228:3,5,11,16,20,24
229:6,8,10,19 230:17,19,
24 231:14,23 232:17,20
233:1,12,21,25 234:6,10
235:12,13,15,16,24
236:19,25 237:5,16

238:9,17,21 239:1,8,9,25
240:22,24 241:20 242:3,
15,19,22 243:14,16
244:8,13,24 245:15
246:14 247:9,20,24
248:1,2,3,4,6,9,16,18
249:1,8,18,24 250:13,21
251:1,6,11,17,21 252:3
254:1,4 255:14 256:3,9,
13,14,15,17,20,21,24
257:7,18 258:17,18
259:3,13 260:2,6,13,17,
25 261:20,25 263:11,20
266:13 268:3,7,8,11,15,
21 269:3,6 270:3,15,16,
19,23 271:3,7,25 272:2,
3,6,19,23,24,25 273:1,
13,16,17 274:7,17,24
275:7 276:24 278:3,15
279:11 281:18,21 282:6,
21 283:7,12,17,19,21
284:19,21,25 285:14
286:2,8 287:8,9,10

**and/or**
65:16

**Anderson**
241:5,9,11 279:5 280:19

**Anixter**
258:12

**another**
243:17

**answer**
13:10 15:18 16:5,7,13
18:13 19:11 27:6,9 32:3
35:9 44:20 66:16 67:8
74:17 79:23 93:9,11
95:25 109:19 115:22,23
167:8 172:11 206:16
222:23 224:5 225:5,17

**answered**
15:17 42:20 74:20 93:15
95:18 154:21 176:22
223:3,5 224:25

**any**
14:24 15:13,24 17:20
18:6 20:3 28:8,10 34:11
43:2,22 44:11 58:25 64:7
65:14,17 75:1 93:8
95:12,16,24 100:12,17,
20,25 102:19,20 106:21,
22,24 107:4,12 108:19
112:19 114:25 135:7
137:17 147:16 156:12
170:18 171:8 176:8
183:8,25 185:23 188:11,
12 191:7 195:20 200:11,
16 202:3,6 204:1 217:13
224:22 225:3 233:15
234:21 235:2,16,20
236:9 239:12,14 240:1
241:23,25 245:18,20
247:3 250:1 254:23
263:9 273:4 279:2
281:23 285:3,8

**anybody**
43:20 53:6 63:14 105:18
129:12 226:22 233:8

**anymore**
127:25

**anyone**
15:8 16:19 17:10,18
18:1,5,9,11 43:2,3 62:5,8
63:11 67:1 100:16
103:25 105:23 226:7,25
227:8 231:10 259:22
266:18

**anything**
18:23 19:25 32:10 34:21
38:20 47:22 48:22 70:19




78:13 81:20 101:1,2
109:16 126:20 130:10
131:21 132:23 134:6
184:22 185:21,22 203:23
237:24 247:13 253:14
272:14,15 281:19

**anywhere**
26:17 42:13 72:17
107:17 154:11

**AP**
270:15,16

**apologize**
75:20

**appear**
33:7

**appears**
98:25 195:23

**application**
59:8 268:14

**applications**
33:24

**applies**
263:10,11

**apprentice**
145:2

**approval**
171:22 235:9

**approve**
255:23 256:5

**approved**
71:22 72:1,4 171:20,24
172:1 214:6 256:17
257:7

**approves**
256:6

**April**
47:24 81:16 83:16 99:20
100:22 104:11 204:14,
21,22 208:19 236:10

**AR**
270:16

**are**
16:12 22:8 25:17,18
34:11,16 37:7 38:12 42:5
46:12 49:21 64:22 65:4,
10 69:9,10,14,16,24
71:11,15 76:16 81:2,18
82:18,19 84:7,9,15 85:3
87:17 88:13 91:24 95:10
96:21,25 102:24 104:7
108:16 110:23 119:6,7
125:1 128:9 131:8 134:7
136:7,10,23 137:12
145:3 146:2,20 147:7,20,
23 148:9 149:21 156:7
158:2 159:4 162:24
165:24 171:7 180:9
181:2 191:10 194:9
199:7,8,20,21,23 200:19
201:24 203:9 207:15
211:9 212:6,7 213:11,13,
17,21 214:10,20 215:25
216:1,10,11,14 220:8,10
223:17 229:14,23 231:8
237:9 241:20 242:11
243:1 249:13 250:1,9
253:7 255:1 256:17
258:13 260:17,23 268:21
271:12 273:24 276:4,12,
14 277:5,18 279:4,17
280:13,22 281:24,25
283:20 284:16 286:2,9,
14

**area**
164:1 250:20

**areas**
49:15 155:4

**aren't**
202:2

**argue**
176:2

**Arimond**
121:22,23,24

**arose**
13:3

**around**
31:5 59:15 85:15 86:8
182:15 204:24 234:15
249:19

**arrived**
183:6

**article**
272:23 278:11

**as**
11:2,3 13:18 20:23 25:11
27:15,16,17 32:7,11,14
33:9 34:2 35:4 36:8 37:1
40:6,12 43:20 44:14
47:5,21 48:22 49:2 50:15
54:12 63:20 70:5,6 71:23
72:15 78:22,23 80:11
82:8 83:2,24 87:23
88:17,24 91:8 92:17
102:10 106:18 108:18
110:14 111:1 112:25
114:14 116:8 120:5
122:13 124:10 126:4,17
132:14,20 133:11,23
134:10 135:18 137:2,11,
24 139:1 140:12 142:12
143:7,14 145:11 146:2,
19,22 147:16,22 148:8
150:20 155:4,19 157:5



158:9 161:14 162:5,20
164:24 165:20 169:7
170:18 171:15 172:22
173:16 176:1 177:5,16
181:19 183:7 186:15
189:15 190:4 191:19
193:5,25 194:3 195:1,14
196:2 198:18 199:13
203:2 204:11 205:7,14
206:22 207:16 208:14
210:8,17 213:24 214:15,
19 215:14 216:1,16
217:2,3,20 221:9,25
222:1 227:4,12 228:11
231:2 233:24 235:8,24
237:7 238:3,12 239:16
240:15 242:3,17,18
245:14 247:25 250:11
251:6 252:2 253:9,13
254:8 255:20 258:5
264:3,16 265:3,20 266:5
267:22 268:24 270:11,20
271:19 272:20 273:8,25
274:10,24 278:3,4,19
280:14,19 281:11,17,20,
25 282:1,7,9,13,20
283:10,15,18,22,23
284:1,5,8,10 286:1 287:8

**ask**
18:2,5 21:16 74:25 81:14
82:9 93:7 99:2 109:2
124:20 163:1 192:1
203:23 237:1 277:13
282:25 283:2,7 285:7,19
286:17

**asked**
14:1 15:16,22,24 18:11,
14 21:12 31:25 59:18
81:16 83:16 89:10 93:10
95:12,16,19 149:18
168:18 192:3 214:16

223:3 224:25 227:8
234:1 235:15,20 236:8
273:21 285:19

**asking**
16:2,11 35:20 41:2
43:12,13 77:13 150:25
151:4 152:4 163:1,2
198:25 200:15 207:3
221:25 225:7,17 231:9
236:4 238:21 256:2
257:18 258:18 259:10,11
269:19 274:1

**asks**
273:16

**aspects**
18:24 138:7

**assessment**
188:16

**assign**
122:14

**assigned**
44:12 123:10,19 124:3,6
189:17,24

**assist**
22:14

**assists**
155:3

**associated**
33:24 34:6,24 179:18
207:9,10 265:8

**association**
50:7

**assume**
30:9 34:10 44:21 52:20
57:25 58:8,21 60:1,12
64:9 71:2,6 91:15 99:9,
24 100:1 103:7 110:12

112:7,17 135:16 151:9
160:25 161:18 164:6
166:10 173:14 184:13
194:11 197:6,11 201:14
206:17 214:22 220:2
222:24 223:4 229:12
233:3 237:15 244:16
245:5 251:2 257:2,24
259:8,25 269:22 274:3
285:2

**assumed**
68:2 182:19

**Assumes**
252:14

**assuming**
188:24 253:16

**assumption**
68:7 244:23 260:15

**at**
11:5 12:19 14:24 17:6,20
21:8,12 23:3,15 24:8,14,
22 27:2 29:7,22 30:12
35:2 40:19 42:7,9,17
43:17,22 44:17 45:23
49:8,12 51:17 52:15
53:4,20 54:13,16 55:10,
20,21 57:18 58:5,7,14
61:4 62:1,7,14,16 63:11
64:7,11 65:10 68:9 74:3,
6,8 75:1,9,11 77:1,2,5,
13,15 78:25 79:24 81:3
82:10 86:4,6,18 88:2,25
89:2,24 90:24 91:3 93:1,
5,6,8 95:25 96:16 97:13
100:20 101:21 104:14,
16,23 106:3,6,8,9,13
109:14,15 111:10 112:24
113:19 114:6,14,17
117:23 120:2 121:10,25
122:3,7,10,22 123:1,7

 

124:7,11,22 126:12,18,
23 128:7,14 134:3,19
135:13,25 137:19
139:12,18,23 141:12,15,
24 142:1 145:20 146:9,
23 148:21 150:1 152:18
153:13 156:12 160:12
161:1 163:6 164:17
168:5,13,19,22 169:3,19
170:22 171:12 173:2,11,
23,24 174:7,12,13
175:13,14,19,24 176:1,
13,15,18 177:12 178:17
179:7,24 180:6,8 181:6
182:4 183:11 184:3
187:24,25 188:1,9
189:12,14 191:5 195:23
196:18 197:21,22 199:19
200:3,5 202:21 203:21
204:1,7,19 205:19 209:4
210:6 212:13 213:2
214:6 217:8 218:23
220:9 221:2,4 222:14,20
226:7,17 227:2,8 228:19
229:11,16,18 231:5
233:5 235:23 236:23
238:1,20 239:11,24
240:2 241:5 248:19
249:10 251:11 254:18
255:1,6 256:3,6 259:18
260:17 261:16 264:9,19
265:10 266:9,13,20
269:7,15,16 273:18
274:2 277:1 279:1,2
280:18 284:23 285:22
286:9 287:19

**attach**
    208:22

**attached**
    88:22 121:10 139:5
    142:17 163:7 209:4

210:8 268:12

**attaches**
    240:24 270:16

**attachment**
    88:6 127:14 137:5 139:7,
    10,19 163:9 173:12,16
    190:5 195:14 196:20
    206:7 227:20 239:21
    247:7 274:20,22

**attendants**
    49:15

**attention**
    241:3

**attorney**
    28:7 226:7 276:12

**attorney-client**
    16:3,9,15 276:19

**Attorneys**
    272:20 274:24 281:20
    282:7 287:9

**August**
    281:5

**author**
    280:20

**authority**
    204:7

**authorized**
    23:24 204:1

**Auto**
    240:25

**automatically**
    33:5,11

**award**
    131:17 179:3 197:15

**awarded**

178:25 179:8 183:20
197:18 237:10

**aware**
    59:24 60:22,25 82:18
    84:9 91:6,7 149:21
    200:21,22,25 206:8
    237:19 260:23 261:2
    279:4,6 280:22 286:2,14

**awareness**
    59:19

**away**
    101:7 130:21 209:14


                    **B**

**Babin**
    122:2 173:4 195:5 196:6
    202:10 203:18

**back**
    12:19 23:13 51:17 53:20
    55:1 63:7 81:15 84:21
    95:22 98:16 104:16,25
    108:1 118:22 119:6
    130:1 133:8,19 134:19
    136:24 137:19 139:12
    148:7 150:12,17 152:18
    169:19 175:24 187:19
    188:11 198:1 199:17
    202:9 239:1 253:3
    270:25 275:5,18,22
    276:5,14,25

**background**
    34:20

**backup**
    272:3

**ballpark**
    243:5

**bank**

 is now 

259:22 269:14,15,16
281:7,10 285:5,10,13

**banks**
281:19 286:2 287:10

**base**
144:18 148:9,11

**based**
82:19 105:9 116:3
147:23 148:15 199:7,21,
22 200:20 214:24 226:18
239:7 261:11 267:17

**baseline**
215:2,5,10,14

**basic**
50:5 55:14 117:4 216:18
217:1

**basically**
45:16 51:1 80:5 84:15
91:4 113:7 143:21
144:24 148:14 175:1
185:3 198:16 222:19
232:13,14 234:8 254:9
260:14 270:21 284:19
286:25

**Basics**
59:7

**basis**
84:14 183:15 243:10

**batch**
45:4

**Bates**
135:13

**Baton**
163:21 164:1

**BDA**
55:23

**be**
12:22 23:24 25:10 30:9
31:2,10 34:19 35:1,12
36:17,25 39:22 45:6
49:22 50:9 51:3,10 58:1,
14 61:25 64:13 72:17
78:22 99:1 103:18
111:12 112:23 120:13,15
121:7 123:18 125:16
127:7 128:7 129:10,17
131:4,15,17,18 132:10
140:18 144:24 145:5
151:8 171:14,19 179:5
180:6 181:12 182:13
184:17 187:13 188:4,7,
10,11,16 193:24 194:13
199:12 204:23 215:8,10
217:13 219:23 220:15
221:16,21 230:6 236:25
237:7,10 238:8,23
240:23 244:23 245:21
248:12,13 252:12 254:24
255:24 256:6,8,18
270:25 278:9 279:14,15,
21 282:3 283:25 285:9
287:7

**Beach**
266:14 273:18 283:12,14

**Bear**
53:22 227:17

**became**
80:5 141:7 257:11

**because**
13:3,5,13 51:17 58:19
61:12 62:2 74:4 82:10
88:3 90:2 94:18 95:17
96:4 105:13 111:20
112:22 113:16 114:7
124:14 151:15 153:1,2
156:10,24 161:19 163:21

168:12,22 180:8 192:19
202:6 203:3 206:18
214:2 215:7 217:24
218:7 222:5 232:10
245:3 248:18 249:8
258:21 260:12 275:5,25
281:22

**been**
11:2 18:14 21:1 23:6,7
28:2 32:12 37:4 43:17
47:12 51:12 67:19 74:3
75:6 88:23 90:17 95:20
104:5 106:2,9,14 114:8
126:12,14 130:4 131:5
132:7,14 134:22 145:20
146:11,21 147:1 161:22
167:17,19 168:6,11,12
177:6,8,12 182:13,15
184:15 186:22,23 187:7
191:13 195:11 203:14
209:16 212:12 217:14
226:4,10 228:7 231:5,19,
24 233:25 235:15,20,25
236:8 237:19 247:14
252:20 253:17 281:16

**before**
12:12 14:17 23:8 26:22
27:12,20 42:12,17 43:4,
19 64:5 89:14 99:18
105:15 106:3 113:1
125:12 126:14 133:21
148:23 169:3 171:23
177:19 183:6 184:23
185:4 191:15 192:16
240:2 241:2 249:4 252:8
257:10 264:7 265:25
275:6 287:3

**begin**
132:6 192:2

 

**behalf**
242:8 263:15

**behind**
203:3 258:21

**being**
11:2 12:1 26:18 29:11
50:9 51:24 59:22,25
60:23 61:1 68:1 71:11,15
73:15 94:3 104:7 109:10
112:14 116:2 124:11
141:11 150:11 151:20
152:7 171:13 177:2
188:1,14 203:8 248:17
254:4 259:19 272:9
281:6 282:20

**believe**
13:4 15:6 23:22 28:1
29:2 33:12 42:3 54:25
59:18,23 72:3 74:2 78:2
79:20 80:3,25 86:8 99:20
117:14 119:5 121:23
122:1 124:17 131:23
132:2 133:5 134:10
136:22 165:23 173:5
187:20 188:3 212:8
230:5 241:15 263:23
279:10 283:17,18

**bell**
269:9

**belong**
69:22,23

**belonged**
170:5

**below**
268:15 269:6

**Ben**
11:1 42:1 100:16 117:20
221:9

**Ben/kenny**
273:18

**benefit**
165:14

**Berthelot**
122:5

**besides**
73:19,23

**Besse**
80:24,25 81:5,6 85:14
106:16 123:12 133:24

**Besse's**
286:24

**best**
42:16

**better**
25:25 189:11

**between**
144:4 162:24 182:11
238:16 247:24 263:2,10
265:16

**bi-weekly**
244:6

**bible**
115:25 116:11,22 120:1,
15,16,18 121:5 125:15
126:12 127:13 128:16,
24,25 129:2,4,9 130:9,23
177:22

**bid**
131:11 206:13 229:24

**bids**
286:11

**big**
92:13 181:12 185:23
250:20

**bill**
251:10 256:21,24

**billing**
49:16 256:25

**billings**
143:8

**binder**
23:10 31:16 93:4 136:19
264:14

**bit**
24:6 117:20 235:11
265:15

**blank**
45:17 47:8 114:9 119:14
208:24 209:6 210:7,18,
21 227:23 228:2

**BLANKENSHIP**
11:19 12:17 14:9,20
18:15 19:2,10,16,19
23:12 24:5 25:13,21
26:23 27:5,8,13,19 28:22
29:10,21 31:14,17,21
35:8,18,23 36:19 37:9
40:10,17,22 41:8 42:19
43:5,8,11,14 44:19 45:2
46:9 48:11 50:3,11 51:24
52:2,8 53:12 54:15 56:17
57:6 58:2 59:4 61:6,14,
21 62:9,13 65:9,12 66:10
68:14,21 69:6 70:2 73:25
74:9 75:7,12,16 76:25
77:12 79:2 80:17,21
81:1,24 82:25 83:10 85:4
89:19 93:18 94:4,20 95:7
96:7,18 98:17 101:18
102:17 104:9,18 105:2
109:18 112:4 115:13,20
117:19 119:23 121:14
123:21,25 134:14 135:12

 is now 

136:23 138:4 146:17
148:2 153:12 154:13,20
157:6 158:5 160:18
165:5,15 166:20 167:2,7,
13,22 168:10 169:10,15
172:10 174:24 175:5
176:5,21 184:8 186:24
196:23 197:7 202:11
207:23 218:22 219:25
221:23 223:2 224:11,24
225:4,7,11,16 226:15
231:8 232:23 256:1
261:7 262:16,19,23
264:13 271:12 277:18

**block**
144:14

**blue**
212:18 215:22 285:12

**Bluesky**
281:6,9 284:1,5 285:4,10

**Bluesky's**
282:4

**Blum**
200:4,5 201:2,3

**board**
257:10

**boilerplate**
263:9

**bold**
64:11

**bolded**
25:7

**bond**
268:12,16,17,19,20

**bonded**
268:21

**Book**
240:25

**books**
72:17

**border**
235:10

**borders**
234:15

**Boring**
270:4,6 279:20

**borrower**
285:15

**both**
140:8 234:8,13 237:8

**bottom**
52:15 266:13

**Bourgeois**
122:11 193:8 194:6

**box**
118:11 191:8

**Bradley**
204:8

**break**
36:10 79:3,16 144:2
208:12 252:25

**breaking**
180:13 221:6

**breakout**
144:21,23 145:16
219:14,16 220:24

**breaks**
144:7

**Breeland**
48:1 67:23 89:3 90:6
91:17 120:12 122:13

142:4 149:24 150:8
171:23 246:22,23 261:1,
15 262:6 269:19 271:23
273:13 283:20

**Breeland's**
259:4

**brief**
36:24 38:8 80:9 138:23
162:4 208:13 249:24
281:1

**Briefly**
12:13

**bring**
107:9 183:8,25 203:2
248:5

**bringing**
210:6

**broker**
268:19

**Brokers**
268:16

**brought**
18:25 20:7 23:10 30:19
48:20 160:11,16 168:2

**browser**
117:18

**BS**
136:16 137:7,13,20,21
138:25 139:25 140:16,25
141:23 142:4 145:6,11
146:10 150:17 191:11

**bubble**
79:13 80:2 185:2

**budgets**
143:7

**build**



17:2,14 18:6,18,23 19:8,
14,17,24 20:1,4 21:20
24:18 57:20 58:7 69:19,
21 114:15 115:12 133:18
143:22,23 144:1 149:22,
25 151:1,7,11,16 163:2
167:9 179:11 185:19
214:11,16 222:14
228:10,18,21 229:3,5
232:12 234:1

**building**
12:5 45:11,12 46:14
48:24 50:23 70:13 71:22
86:5 104:15,23 113:10,
25 115:1,7 132:10
138:11 139:24 146:7,8,9
147:8 151:7 152:14
180:2 183:21 185:21
209:10 217:20 228:17
231:16

**buildup**
144:19

**built**
19:1,6,23 46:2 70:4,21
71:23 72:9,23 113:23
118:14 119:13 132:8
215:23 220:4 227:22
228:4,6 231:2,12,13

**bullet**
180:24

**business**
33:17 65:6 90:3 155:23
255:15 279:10

**but**
14:14 19:8 23:24 25:24,
25 27:4 30:4 31:7 32:10
34:9 41:2,10 43:14 44:15
45:24 53:14 55:16 58:9
59:14 60:22 63:15 68:5,6

71:21 72:21 73:2,11 77:3
78:4 83:9 88:17 89:16
92:8 93:23 95:20 97:11
101:4 103:8,9,14,18
104:4,13 109:8 111:4,15,
22 113:10 114:10,23
115:3,6,18 118:15 121:5
123:19 125:9,12,21
128:14 130:5 131:21
132:22 133:20 134:3
139:8 144:2,3 145:17
146:11,15 147:24
148:10,23 151:9 153:6
154:4 156:10 158:9,22
160:5 161:14 162:7,25
163:10 166:6 167:5,20
170:12 174:22 175:17
176:4,24 178:3,4 180:7,
11 181:21 182:18 184:3
187:17 189:22 194:18
200:18,22 205:18 206:12
209:21 211:21 214:1
215:2,7,9,24 216:10,22
217:4 218:18 219:10,19
220:4,6,13,20 221:9
223:6 225:23 231:15
232:1,4 234:8 235:21
240:11 243:16 244:5
245:2,6 247:6 249:4,15
251:12 253:22 254:25
257:20 259:16 262:3
268:19 271:16 273:7
274:16 275:6 278:5
281:23 283:3 284:16,17,
21 287:14

**buttons**
118:23 119:6,7

**buy**
26:11 241:20,22 245:17
258:15 269:25

**buying**
90:2 245:7

**by**
11:6 16:17 17:17 29:25
37:3 38:9 42:4 53:23
58:5 64:24 65:17 69:21
72:1,4 80:10 91:24,25
110:3 114:22 121:17,18
128:3 142:3 145:24,25
147:1 151:17 155:1
166:22 225:22 226:6
246:11 252:3 253:2
263:6 278:12,25 282:2
283:9 285:12

## C

**cable**
79:25 185:1 186:3,9

**cables**
186:4,6

**cabling**
79:12

**calculate**
144:20 286:10,13

**calculated**
148:13

**calculation**
149:12,13 286:15

**call**
15:6 32:20,21 47:10
77:25 113:7 114:15
115:25 155:7 174:1
213:14

**called**
11:2 58:11 78:2,6 79:25
108:7,10,24 109:6,11,14,
15,23 111:24 112:11




165:25 185:6 204:15
213:15

**calling**
70:10 113:8 138:21
151:15

**calls**
66:13 67:3 97:23 191:23
200:14 206:15 214:14
222:22 237:14

**came**
72:6 81:10,11 148:11,17
149:10,13 197:24 213:23
257:10 267:4

**cameras**
258:17

**Campbell**
255:15

**can**
13:10,11 15:18 22:12
23:12 29:21 36:11,20
37:22,23 38:1,14 41:16
44:24 45:3 49:22 51:3,19
54:7 59:14 61:23 64:25
66:16,19 67:8 69:3,12
72:17 78:14 79:3,16,23
83:9 95:15 106:23
111:22 112:1 116:15
117:10 118:6 120:13,19
123:25 128:25 132:4
143:13 155:22 156:19
159:7 162:11,13 168:17
174:11 175:5 180:14
181:25 198:3,23 202:5
205:18 206:16 208:11
220:9 222:23 224:5,22
225:2 228:12 232:10
252:16,21 253:3 256:18
272:22 277:10,12 283:1
284:21 286:6

**can't**
36:17 37:24 38:4 66:22
67:4 73:23 97:8 98:2
101:4 224:1 226:18
282:24

**capabilities**
52:7,18

**capital**
158:22 255:11,12

**caps**
202:21

**captured**
67:11

**card**
87:21,22 251:10

**care**
128:6

**case**
17:7 20:22 26:10 31:3,11
113:15 114:8 115:17,19
145:23 151:15 221:22
244:16

**cash**
87:9 248:4,9,19,23
249:2,6,9 285:15,25
286:1,3 287:10

**Cat**
271:10

**Catalyst**
249:21,22

**catch-all**
80:5

**cause**
37:24 41:21 84:19
145:23 156:6 166:11
185:23 220:16 277:5
286:6

**causing**
286:6

**caution**
281:23

**cc'd**
162:25 193:19 257:18
259:4

**cc'ing**
207:2 273:13

**cc,'d**
259:4

**CEO**
92:5 246:14 262:3 265:2
280:5

**certain**
11:23 22:1 33:23 116:2
122:14,15 283:2 284:22

**Chad**
265:4 266:17

**chance**
12:11 209:3

**change**
143:7 160:5 187:14
191:7 201:21 217:25
220:6 232:3 234:19,21
235:3,10,16,22,25

**changed**
13:6,14 14:14 132:21,23
133:7 217:18 220:8,15,
21,22 249:15 271:7

**changes**
198:9,11 201:8,9,16,25
202:3 204:2 217:10,13
218:9,25 235:20 236:1,9

**changing**
13:20,23

 is now 

**characterize**
   136:11

**charge**
   180:5 181:18 211:13
   236:23 237:6

**chart**
   92:11

**chase**
   238:18

**chat**
   36:10

**check**
   186:10

**checklist**
   186:12

**chief**
   264:17

**Chris**
   122:22 142:16 152:1
   204:9 279:12

**Christian**
   122:5

**circulated**
   143:5

**claim**
   275:23

**clarification**
   29:11

**clarifications**
   78:16 81:18,22 82:3,19,
   20 83:17,20 84:23 92:18
   197:23

**clarify**
   29:22 77:16 79:15,22

**class**

**144:11,14**

**claw**
   275:5 276:25

**clawback**
   277:10,13

**clawed**
   276:5,14

**clean**
   75:24

**cleaning**
   133:15 264:22

**clear**
   184:4 287:8,14

**clearly**
   110:18 165:3 212:21

**click**
   98:24 117:3,16,25
   166:12

**clicked**
   110:14 198:14

**clicking**
   110:15

**client**
   131:11 132:11 151:17
   155:6 156:20 182:4,8
   278:13

**clients**
   156:15 182:1 238:24

**close**
   85:23

**closed**
   39:3 44:6 158:23,24

**closely**
   85:21 86:4 181:1 247:20

**cloud**

**35:5,6,11,12**

**cloud-based**
   65:15 113:3,5

**code**
   46:1,22,23 47:4 51:12,
   14,22 116:24 117:7
   118:2,6,16 119:15,17,18,
   21,25 124:23 125:1
   144:25 155:1 164:2
   199:12 211:14,22 212:1
   213:11 278:10

**code's**
   46:25

**coded**
   98:25 239:9

**codes**
   145:8,16,17,19,24 146:6,
   20 188:18,20 190:15
   191:10,12 192:3 220:7,9,
   15,21 221:7

**coding**
   22:4 59:10 239:8

**Cole**
   172:25

**collect**
   188:8,13 269:19

**collecting**
   60:14

**color**
   53:23 98:25 102:25
   110:4 212:2 235:10

**color-coded**
   102:24

**coloring**
   228:13

**colors**

 is now 

215:22

**column**
39:10 62:20 104:9 136:6
153:5,6 199:20

**columns**
151:17 210:21 211:4
215:23

**com**
164:12,14

**come**
40:7 72:16 83:19 84:22
100:16 187:8 206:18
214:2 250:12 251:10
266:16 287:2

**Comeaux**
142:16 152:1

**comes**
38:21 90:6 179:17
251:25 265:12,14 266:17

**comfortable**
25:17

**coming**
259:9

**comma**
125:5

**commencing**
11:5

**comment**
277:7 279:11

**commenting**
277:25

**comments**
275:7,14,25

**commercial**
78:15 82:3 84:7,10,16
92:13,14,18 197:23

**commodities**
180:14

**commodity**
219:13,14

**common**
38:18 187:18 250:20

**communicate**
156:15 175:2 192:20,25
220:16

**communicating**
91:17 129:4 174:22
181:24 191:4 192:9

**communication**
16:4 67:14

**communications**
16:10,16 67:21

**companies**
245:19,24 265:17
279:15,17

**company**
22:13 42:14 92:5 124:18
126:24 155:19 178:18
222:3 241:18 243:17
244:25 245:4 250:10
251:17 259:20 267:1
269:25 270:7 278:18
284:23

**company-wide**
240:8 260:18,24 262:4

**compare**
211:17

**comparing**
210:14

**comparison**
270:16

**competition**

260:6

**competitive**
259:20,24 260:1

**competitor**
260:12 263:19

**compile**
89:11 285:8

**complaint**
48:16 59:22 99:23 100:4
101:8

**complaints**
233:4,15

**complete**
126:12,14 152:25 154:25
155:1 169:21

**completely**
119:19 177:10

**completes**
283:21

**compliance**
66:8,21 67:1,9

**complies**
224:8,23 226:13

**comply**
225:24 226:5,8,14 227:9

**compound**
43:9

**computer**
15:15,25 17:13 18:3
20:14 21:6,17,20 22:8,21
23:2,8 26:21 27:11,20,22
28:3 29:5,14 32:4,18
35:16,19,22,24 37:4
40:2,5,9,16,21 48:20
55:8 58:6,19,22 59:10
60:20 61:5,20 62:1,12

 

63:5,12,17 66:8,25 68:5,
6 84:5 86:10,16,18 89:3
90:21 96:6,11 97:11,12
99:5 107:2,5,8,9 108:5,
17,20 161:14 176:12
185:14 203:4 250:22,23,
24 251:20,22,25 252:4,7,
11 253:4,14,24

**computer's**
21:1

**computers**
22:2 59:25 60:14 88:10,
13,25 89:2,24 101:3
106:22 252:2 253:8

**computing**
253:12

**concept**
154:2 203:11

**concern**
160:9 260:3,4 263:12

**concerned**
32:11 189:9 249:6

**concerning**
287:9

**concert**
64:16,22 65:1

**concerted**
194:13

**concluded**
287:19

**conclusion**
66:14 67:3 225:8

**concrete**
207:17

**conduct**
253:5 276:10

**conducted**
59:25

**conduit**
79:13,25 185:1 186:9
218:1

**confidential**
65:6

**confirm**
162:6

**conflating**
43:15

**conflict**
13:3

**confusing**
27:18

**connected**
68:6 103:19,20 104:11
175:4,7

**connective**
98:24

**consider**
91:20,21 244:14 276:1

**consolidated**
134:25

**construction**
178:12,25 180:14
187:13,17

**consultant**
242:18 253:10

**consulting**
242:23 243:21 244:4

**contact**
182:4 266:13

**contain**
102:10

**contained**
20:15 93:10 99:8 102:25
105:11,20

**contending**
281:25

**content**
140:15 159:12 211:1

**contents**
24:9 79:7,18

**context**
85:9 257:2 266:25

**continued**
169:8

**continuing**
276:5,6

**contract**
124:7,10 254:9

**contracted**
255:15

**Contractors**
205:19,23

**control**
25:3 38:22,23 65:22,24
104:15 121:7 135:19
156:20 165:14,24 178:14
181:17 183:22

**controller**
86:21 87:2 88:16 89:12,
15 91:16 136:8 142:8
222:2 242:3 243:12
247:21,25 248:14 251:7
270:21

**controls**
21:25 24:9 25:11 49:10
76:20 77:23 78:11 86:24
118:21 136:8 171:16
178:6,9,11 179:2,8

 

181:1,5 185:17 222:2
286:7

**convention**
125:4

**conversation**
267:9

**COO**
284:11

**copied**
51:12,13 70:16 71:10
212:21 213:4 215:13
218:14 219:6,24

**copies**
96:16

**copy**
37:2 41:18 47:23 59:22
63:24 68:12 70:19 99:22
101:8 162:15 172:16,19
212:24 214:3 216:23
217:5 220:3 278:19
287:16

**copying**
45:25 46:20 66:1 105:1
231:24

**correct**
11:15 13:18,19,24,25
14:16 17:11,25 18:14,17,
19 19:9,15,18,24 20:8,
20,22 21:6,17,21,24
22:4,14,24 24:1,10
25:12,23 26:9,15,16,18,
19,22 27:4,12,24 30:5,12
31:8 33:15 34:1,4,22,24
35:3,12,13 37:17 39:5,
15,18,21 40:2,5,9,16,21
41:7,12,20 42:6,10,14,18
43:4,7,19,23 44:9,13
46:15,23 47:1,4,17 48:5,

8,13,14 49:10,23,25
50:10 51:4,5 52:19,23
53:1,18 54:4 55:3 56:16
57:12,18,21,24 58:7,11,
12,14,20,23 59:2,3,11,
12,18,25 60:11,23 61:2,
3,5,8,10,11,13,16 63:4
64:5,18,20 65:19 68:5,
20,25 69:8,11,15,19
70:1,14,15,18 71:1,5,14,
18,23 72:2,4,7,14 73:3
75:6,18 80:7 81:18 82:4,
5,15 85:3 86:21 89:3
90:4 91:18 93:23,24
94:1,2,19 95:3,6 96:2,3,
6,9,12,13,17,20,22
99:15,18,23 100:7 101:5,
6,14 103:6,11 104:22
105:5,8 106:10,17
110:11,21 112:6 113:14,
19,23 114:1,5 115:9,12,
15,16 117:1 118:14,17,
23 119:1,7,10,22 120:2,
14,19 121:7,8 122:20
123:24 124:4 125:2,3,5,
6,8 127:1 128:17,21,23
130:11 131:13,22 132:24
133:4 137:8 138:12,13
141:4,9,10,20,24 142:5,
18,19,22 145:18,22
146:13,14 147:6,12
149:4 150:17 152:22
153:3,4,8,17,23 154:1,6,
12,19,22,23 155:16,24
156:12,13,20,21,25
157:1,10,15,16,18,19,22,
23 158:4 159:14,23
160:5,11 163:4,5,18
164:2,3,5,15,16 165:4,9,
11,12,17 166:7,8,13,19
169:1,2,4,12,17,18,22,
23,25 170:6,7,9 172:4

174:8,13,14,23 175:25
176:4,11,15,16 177:13
178:7,10,18 183:6
184:12 185:10,17,18
188:2 189:4 190:12,13
191:4,9,20 192:17,18
193:22 194:10 196:7,11,
14 197:13,14 201:6,7,10,
25 202:1,4,7,8 203:1,10
205:3,12,13 206:4,13,19
207:4 208:7,25 209:23
210:4,5 212:6,16 213:6,
15,16,18 214:4,17,18
215:11,15 218:3,9,12,13
219:2,20,21,24 220:7
222:8,11,15,20 223:1,18
227:15 228:14,18 229:11
230:2,3,17,21 231:7,17,
18,25 232:15,18,19
233:2,6,10,11,14,19,20,
22 235:17,22 236:1,11
238:19,24,25 244:20
248:20 249:6,7 254:7
256:22 260:3,14,19,20,
21 261:23 262:1 263:13,
15,21 268:9,10 279:7,8
284:23,24 285:1

**correctly**
181:2

**Cory**
122:24 150:23

**cost**
90:5 141:16 145:3
146:25 155:1

**costs**
146:24 147:11

**could**
40:4 47:3 54:25 58:3
59:1 75:5 92:8 94:25
96:16 97:21 106:2 113:7

 is now 

119:15 121:7 132:18
133:2 139:23 146:1,5,22
156:8,9 168:6,8,11,12
175:20 176:2 183:21
187:13 188:14 192:2
195:11 201:3 204:22
210:2 229:5 247:14
260:13 263:19 275:23
284:15

**couldn't**
26:11,17,20 111:25
120:25 154:11 203:5
210:4 219:23

**couple**
28:25 187:16

**couplings**
199:15

**COURT**
287:15

**cover**
139:12 159:11

**coy**
58:1

**CPA**
278:4

**creat**
148:21

**create**
39:14 119:21 128:25
129:2,9 135:2 138:3
145:11,21 154:5 175:20
176:19 177:23 195:11
196:10,13 219:4 223:10

**created**
39:10,12 56:1,6,20 57:14
119:1,16 124:24 128:20
130:4,5,8 134:23 135:4,

25 143:5 151:12 171:9
184:11 210:16 271:5

**creates**
129:17 193:1

**creating**
45:24 96:15 124:23
140:24 175:15 176:14

**creation**
150:9

**credit**
87:21,22 251:10 255:10
258:24 281:13,14,19
282:4,14

**cross**
225:13

**Cruzer**
103:22

**Crystal**
110:19,23,25 111:10,20
137:13

**CTRLISG**
116:18 158:18

**cubicle**
97:19 229:15,17,19

**cubicles**
97:18 101:25

**cultivated**
77:4

**current**
43:15

**currently**
69:4 71:8 141:12 171:8,
12 173:1

**curve**
159:17 160:1 170:4

**curves**
153:8 169:25 170:8

**custody**
65:22,24

**custom**
26:5,8 109:25 110:1
153:25 154:9

**customary**
109:22

**customers**
214:12

**cut**
19:13 109:20 117:9
238:17

**cutting**
252:20

---

**D**

**D-1**
145:1

**D-2**
144:15

**Daddy**
33:18

**daily**
187:13,14,17 242:24

**Dan**
88:1 180:6 181:20 182:2,
11,23 252:3,8 253:16

**Danford's**
269:19

**Dardenne**
53:1 120:12 122:19
171:23 208:20 235:2
283:21

 is now 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          313
BEN HUFFMAN, 02/08/2024                    Index: darken..depends

**darken**
   234:15

**dash**
   45:7

**data**
   39:3 148:10 151:12
   162:13 166:12 175:13,20
   181:6,10,16 185:13
   211:4,7,8 213:6,14
   223:17 259:10 260:11,25
   263:20 285:4

**database**
   12:4,5 13:7,15,21,24
   14:16 15:14 17:2,13,14
   20:3,5 22:20,21 23:7
   26:6,24 27:1,24 31:25
   32:9,13 35:15,21 38:25
   39:5,17,24 40:1 42:10
   43:3 44:23 45:13,14,17,
   20,22 46:4,5,6,7,13,21,
   25 47:7,16 48:25 49:6,7,
   23 51:4,7,14,15,22,23
   52:18,23 54:4 56:25 57:3
   72:11,13,15,21 73:3,12
   78:4,21 79:10 80:5
   111:16,20 112:16,19,23
   114:11,25 115:11,12,25
   116:3,25 117:8 118:20
   119:14,21,22 120:1,13,
   23 121:2 125:25 155:9
   163:17 176:19,20 177:22
   185:14,15 186:17
   198:11,12,14,16,24
   201:9,10 207:7,14 213:5,
   15 217:10,18 218:25

**databases**
   18:7 19:1 42:13,17
   43:19,23 75:11 104:16,
   17 105:4 111:5,21
   113:11 119:1,16

**date**
   53:16 62:22 63:2 88:18
   93:13 182:13 189:1,17
   204:20 264:2

**dated**
   127:24

**dates**
   42:8 104:12

**David**
   252:3 253:16

**day**
   20:13 30:12,14 39:15
   48:4,7 57:15,20 96:4,14
   99:23 103:20 141:23
   142:3 184:10,14,20
   193:21 194:6,13 203:7
   252:20

**day-to-day**
   254:25

**days**
   63:25 90:12,15 105:15
   193:16 250:16,17

**DB**
   38:20

**DCR**
   187:11,18

**deal**
   38:16 186:15 248:23
   275:16

**dealing**
   254:10

**deceitful**
   167:21

**December**
   182:10,11 269:3

**decide**

**date**
   188:15

**decision**
   270:24

**decision-making**
   284:18

**decisions**
   155:23 245:6 284:16

**decks**
   246:17

**defendants**
   64:15,17,20

**degree**
   87:3 159:15 169:13
   249:12

**delete**
   47:20 101:2 161:25

**deleted**
   48:21,23 108:19

**deleting**
   32:8,10 47:22 162:2

**demonstrative**
   37:19

**deny**
   84:15

**denying**
   53:7,10,14

**department**
   98:5 118:21

**departure**
   93:14

**depend**
   181:11

**depends**
   87:19 179:3,18


AdvancedONE LEGAL  is now  LEXITAS

**deponent**
43:13

**deposition**
11:14,18,24 12:12,16,21
14:5,15,21 15:5 16:18,19
17:1 18:1 23:19 28:6
31:12 37:20 74:6,7 92:25
93:4 94:6 102:5 183:4
249:4 277:1 287:19

**describe**
153:22 180:12

**description**
51:1 140:6 152:25 153:6
213:20 219:19

**descriptions**
51:8

**designated**
282:20 287:8

**designating**
281:20 282:7

**designations**
287:11

**desk**
101:12,20,22 113:7

**desktop**
33:5 55:11

**details**
199:10

**determine**
156:4

**Determining**
126:2

**developed**
215:14 218:7

**development**
279:11

**device**
65:15 99:7 101:13
102:13 104:3 109:12
111:7 112:2 253:12

**devices**
27:2 60:8,19 61:2 62:8
63:1 64:1 65:15 93:1,9,
15 94:7 95:25 96:24
98:25 99:1 102:20,24
104:7 105:10 106:21,24
107:4,14,20 109:6
110:10 112:2

**Diamond**
81:10

**did**
12:3,11 14:2,14 15:4,6,8,
13,20 16:18 18:1,5
19:17,23 20:2 27:23
28:5,8,10,17 29:7,24
41:6,11 44:10,16,21
45:12 47:10 48:18 49:8
55:5 62:5,6,8 63:15
67:10,21 70:19 72:21
73:6 75:3 76:6 81:20
83:12 85:21 86:9 88:9
93:8,14 95:23 97:7
100:7,9,16 101:7,24
102:1,10 103:25 106:21,
24 107:4 108:24 109:5,
14 111:6,22 113:15,16
114:24 126:8 133:8,9,14,
19,20,24 134:6,10 135:2
137:11 138:14 148:1,4
149:24 161:25 164:7
167:10 171:22 172:12,15
173:7,9 174:1 177:21,24
183:8,11,25 185:19,25
192:1 194:21 203:12,23
209:5,14,18 210:18
211:10,11 212:24,25

213:1 215:18,20 216:21,
25 218:16,17 219:9
220:3,6,12 221:11,16,21
222:1 226:25 227:22,23
231:2,16 232:20 233:1
235:2,21 240:12 246:16
249:24 252:8 257:21,25
260:21 263:5 266:22
270:8,9 273:4,6 277:6
279:1 280:8 285:3,7
286:24 287:2

**didn't**
14:23 16:23 17:5,23
18:22 19:8,14 21:16
28:15 39:14 44:11 45:20
47:19 55:5 57:20 58:7
61:17,25 67:5,12 75:9,10
85:16 94:8,9,14 100:12,
15 101:2 107:17,19
112:22 113:13 118:15
120:22 138:10 146:12
153:2 156:24 157:17
161:3,11 166:6 167:6,9
172:9 176:4 192:19
202:6 207:14 216:23
217:5 228:8 233:15
237:21,23 239:12,14
242:12 246:17,22 247:13
256:1 260:11,17 261:20,
22 265:3 275:5 282:15,
20

**difference**
73:17,23 140:14 247:24

**different**
40:1 43:6 51:2 73:14,15
106:15 140:13 145:1
185:9 187:16 207:16
215:21 220:10 231:4
249:15 271:8,9

 

**digest**
155:16

**digits**
267:20

**direct**
44:25 197:8

**Directed**
218:24

**directing**
218:18 245:14

**direction**
219:11 221:2,4,8,14
232:2,3,4,5,11 235:23

**Directional**
270:4,6

**directive**
221:17 222:1

**directly**
72:7 223:18

**director**
25:11 136:8 171:16
222:2

**directs**
147:16

**disadvantage**
260:14

**disagree**
57:2

**disappear**
165:8

**disc**
102:7

**disclose**
16:9

**disclosed**

16:25

**disclosure**
278:11

**discount**
87:20

**discovery**
272:25

**discuss**
257:25 277:2

**discussed**
16:2 23:18 140:24
192:24 263:4

**discussing**
37:4 120:11 136:21
185:15

**discussion**
29:20 259:15

**discussions**
209:18 259:13 281:6
284:12

**dishonest**
94:3

**dispute**
22:6 102:23,24 103:9
195:20 200:12,16

**disputing**
63:3,5

**distract**
77:19

**do**
11:10,13,17 12:3,21,24
13:19 14:7,19,23 20:7,18
21:14,25 22:19 23:15
24:3 25:3 26:6 28:5
31:12 32:1,4,8,15,24
34:14,20 35:4 41:2,3

42:15 43:10 44:4 47:6,23
50:18 55:16 57:8 58:9
59:19 62:17 63:7 64:1,3,
10,17,24 65:2 66:5,21,
22,24 67:4 68:11 69:12
71:19 73:11,15 74:5,7,19
77:25 79:6 81:12,13
83:6,17,22 84:2,7,25
85:1,10,11,13 87:20 89:5
91:20,21 92:16,24 93:3,
14 94:13 97:1,7 99:13
101:3 102:7,23,24
103:16,22 105:10,21,23
107:2,7 109:10,16 111:9
114:23 115:24 116:2
117:8,13 120:8,22,24
121:21 122:9 123:3
126:7 133:20 134:6
136:2,10,17,20 139:4,24
140:7 148:23 149:15
152:7,11,14 153:10
156:20 158:14,21 159:7
161:3,22,24 163:18
166:1 167:24 174:11
176:17 177:19,25 180:11
184:6,14,23,25 185:23,
25 187:22 189:16,18
191:13,16 192:4,6
193:15,24 194:12,21
195:5,8,15 197:15,25
198:13,23 200:11,15
202:10,23,24 203:18
204:16,18 205:5,20
207:13,16 209:9 210:11
213:9,10,11 214:1 216:8,
15,20,21,24 218:19,24
219:3 220:18,25 221:9
222:10 224:20 225:25
226:12 228:22 229:5
231:15 234:21 236:17
240:2,7 241:11,20,23
244:14 246:4,24 247:11,

 is now 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          316
BEN HUFFMAN, 02/08/2024                    Index: doc..don't

13,20,23 248:25 250:8
251:19,24,25 252:11,24
253:7 255:1,23 256:5
257:22 258:8,10,17
259:9,21,23 260:8 261:5
262:9,18 263:6 265:1,4,
5,13 266:1,14,18 268:5
269:7,21 270:5 271:5,10
272:1,7,9,12 273:14,23
274:7,13 275:6 281:5
283:13 284:20 285:15,
19,21,24 287:3,16

**doc**
267:12

**dock**
103:20

**docs**
131:12,13

**document**
23:16,21,25 33:4 37:25
41:19 44:8,11 50:18,20
51:25 58:4,18 60:10,19
64:8 68:13 78:13 79:25
84:4 88:4,15,19 92:17
109:5 110:21 112:5
116:15 118:17 126:8
127:10,16 131:16 133:25
135:17,23 142:18 146:13
151:19 152:16 158:21
160:23,24 161:4,6,8,11
162:12 163:12,24 165:23
166:1,2,16,19 168:1
170:12 171:3 178:1,2,5,7
179:23 190:1 191:19
194:3 209:8 210:16
224:4 236:13 240:15
241:4 264:10 267:12
268:23 270:15 275:18,22
276:24 280:12,18 282:4,
21 283:3,7 285:18

**documents**
28:8,10,12,13,17,22
29:3,12,17,22 40:21 42:6
44:1,12 55:18 58:25
61:1,5,9,19 62:3,11
63:12,16 75:2 76:20
77:23 85:3 96:10,15
104:15,17,23 105:4
109:1 110:16 114:21
132:18 133:18 134:8
135:11 147:3 170:5
183:23 203:4 239:13
242:22 277:6

**does**
20:24 33:14 44:15 49:6,7
90:7,9,24 92:7 108:13
118:4 122:14 127:15
128:4 129:16 130:8
131:23 132:2 135:9
137:10,17 139:15 144:2
153:12 154:4 163:21
170:24 174:16 180:7,11
182:25 187:11 188:19
198:16 199:2 201:4
203:10 212:11 213:12
230:11 238:9 239:7
240:1 242:7,8,15 243:23
244:8 245:13 247:23
250:12,21,22 264:20
266:16,17 276:15

**doesn't**
27:19 37:9 44:17 92:1
131:21 153:5 164:11
165:8 233:9,17 269:9
278:9

**doing**
40:13 41:2,4 55:3 65:5
68:19,24 69:4,6 86:2
88:16 90:21,22 95:10
97:21 108:2 111:9

114:18 118:15 130:24
133:24 134:5 136:2,12
137:23 146:10 166:24
167:12 176:23 180:5
182:2 191:6 199:16
206:20 216:5 219:8
220:13 247:24,25 249:13
251:1 254:14 267:4
268:21 286:14,15

**dollars**
280:6

**domain**
164:15

**don't**
12:1,7,8,10 14:4,8,11,13,
17,18 15:2,23 19:25
20:9,12,13,17 21:23
22:25 23:4,9 27:1,10,17,
18,25 31:3 32:10 33:18
34:20 35:1,17 36:1 39:6,
8 41:10 42:21,23,24,25
44:25 47:11,14,21,25
48:1,3,22,23 53:2,5,9,14
55:4,7,12 56:19 57:2,10
60:21 62:4,6 63:13 67:9
68:2 71:20 72:8,25 73:7,
10,16,20,21 74:4 75:20
77:18 78:17 81:21,23
82:2 83:8 85:8 86:12,14,
17,20 89:7,9 92:22 93:2
95:15 98:8 100:11 102:3,
6,12,14,19,20 103:4,8,
13,18,21 104:4 105:12,
18,22,25 107:16 109:8,
13,20 111:8,11,21 114:6,
17 115:2,6,18 121:3
124:18,19 125:10,20
127:25 130:15,18
134:10,11,24,25 135:4,6
138:18 141:25 147:25



148:3 149:23 150:4,10
152:9,13,17 154:15,18
162:1 164:10 165:7
168:3,7 170:10,13,16
171:10 172:7,8,13,17,20
175:16,17 176:7,23
177:24 178:2,4 180:1,7,9
184:16,17 185:21,22,23
189:22 192:5,10,21
193:2 194:2,18,23,24
195:10 197:11,16,22,24
199:25 200:17 203:20
204:20 208:4 209:20
210:15 211:11 212:25
213:23,25 214:22 216:9
217:4,7,24 218:1,16
219:5,8 220:13,20,22
221:18,20,24 224:15,17,
20,21 225:1,4,6,8,16
226:16 228:19 229:4
231:11 234:16,23,25
235:5,7 236:2,5,7,25
237:24 238:9 239:10
240:4,5,11,12,14,23
241:1,7,10 243:3,6,11
245:1,15,20,23 246:21,
23 247:8,9,15 248:23
251:23 252:6,10 253:25
257:13,20 258:16 259:2,
15 260:22 262:14,21
263:1,3,11 264:8,21,25
265:9,18 266:11 267:4
268:18 269:12,22 270:2
271:16 272:5,8,11,15,17
273:3,6 274:4,5,6
275:17,22 279:3 281:21
283:3 284:7 285:23
286:17 287:4

**done**
37:18 60:23 61:1 82:25
87:21 94:18 110:1

134:14 182:6 192:14
211:15 213:3 215:3
240:13 271:15

**door**
97:16

**dot**
81:7 106:14,19 124:15
164:11,12,14 207:8,13,
16 286:22

**DOTD**
123:13

**doubts**
157:24

**down**
12:22 54:6 66:4 93:12
117:24 118:10 140:10
144:2 170:23 180:13
190:19 249:9 266:13,17

**downfalls**
112:24

**draft**
278:19

**drafted**
25:24 257:22 280:23

**drafts**
265:24 274:8,13

**Drake**
122:11 193:8,16 194:6
228:24

**drawers**
93:16,22 101:24

**Driscoll**
286:21

**drive**
20:11,14 32:25 33:6,8
34:6,18,19,23 55:13

56:16 60:7,11,20 61:10
62:2 67:11,15,17 68:4,7
96:5,11 103:15,17 104:1,
2 105:19,20,24 106:8
108:4,23 110:5,9,15,16
128:22 129:5,10 132:19
133:13 134:9 157:15
160:17,21 168:6 203:1,5,
14,16 251:15,17

**driver**
110:10

**drives**
21:5 93:22 96:21 97:10
105:14

**dropdown**
124:25

**dropdowns**
230:19

**due**
285:14 286:4

**duly**
11:2

**dump**
68:12

**dumping**
46:7

**during**
11:18,24 12:15 14:4
16:3,25 23:18 36:9
65:21,22 92:24 100:22
104:6

**duties**
86:23

**Dynamic**
270:4,6 279:20,22


AdvancedONE LEGAL is now LEXITAS™

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          318
BEN HUFFMAN, 02/08/2024                    Index: e-y..ensure

# E

**e-y**
237:4

**each**
118:2 214:25 215:7
234:16

**ear**
284:25

**earlier**
56:24 140:24 174:12
184:25 223:12,24 244:13

**early**
104:4 105:25 122:16,17
124:9 125:11 204:22

**ease**
32:21 166:25

**easier**
37:20 167:15,17,19

**easy**
133:16 273:1

**Eddie**
269:14

**edit**
279:1

**edited**
280:23

**editing**
45:21 278:20

**efficiencies**
193:1

**effort**
194:13

**efforts**
48:18 100:9,25 102:15

**eight**
150:13

**either**
63:3 67:19,22 84:20
104:1 149:12 235:3
285:9

**electrical**
186:3 207:18

**electrician**
145:2

**electronic**
65:14

**else**
18:2 26:18 40:4 58:22
62:17 78:8,13 123:15
124:21 168:4,8,19 186:7
210:22 213:4 215:18
220:17

**email**
31:7 38:1 48:5 64:6
65:16 73:8 80:16 83:7,9,
16 88:7,20,21 120:8
127:14 136:21,24 137:3,
5 139:4,13 142:15 152:9
162:23 163:7 178:4
182:10 189:23 190:2
197:1 202:9 205:17,18
207:1 208:19 209:19
227:13,20 234:7 238:16
239:21 240:7,8,19
247:14 251:3 253:8,11
258:8 261:11,12,18
262:5 263:7 267:25
268:7,16 269:2,6 270:16
271:22 273:5,7,12

**emails**
48:4 118:8,9,20 131:12
228:23 234:9 249:5
263:3 271:17

**embarrassed**
94:23

**employed**
81:6

**employee**
33:21 49:14 65:18 81:8
88:2 98:7 100:6 150:24
251:25 253:10

**employees**
106:25 168:22 201:25
222:7 233:17 239:24
252:2

**employees'**
106:22

**employer**
64:18,23

**employment**
65:21,23 141:24

**end**
113:16 202:21 269:24

**ending**
13:18,22

**ends**
49:21 56:22 212:8

**engine**
111:2

**engineer**
181:13,14,15 182:7

**enjoining**
64:14

**enough**
125:21 181:12 182:5,18
239:15

**ensure**
48:19




entered
  64:14

entire
  66:14 67:17

entirely
  12:15

entities
  64:15 65:1

entries
  38:24 110:4 212:9
  235:25

entry
  39:1 108:22 112:8
  152:22 161:8 169:20
  185:12 193:13,16 212:8
  256:21

EO
  160:7

equip
  140:18 230:11

equipment
  49:16 79:14 80:3 119:9
  140:17,22 185:3 230:12

erased
  164:8 165:2

Erin
  15:7 17:9 36:20

essentially
  87:1 215:20,23 270:22
  287:1

established
  157:17,20

esthetic
  73:19,24 234:18

esthetically
  215:21

esthetics
  232:4

estimate
  132:10 178:24 180:13
  183:20 208:25 209:5
  214:25

estimates
  184:21

estimating
  69:9,10,14,16 76:12,17
  77:20 82:10 86:2 106:1,
  4,8 129:13 130:14 132:6,
  19 133:2,22 134:4
  135:11 148:24 151:13
  173:7,9 179:1 192:8
  193:9 207:4 209:21
  211:20 223:10

estimating/1-proposal
  130:3

estimating/1-proposal/
year
  131:1

estimator
  81:7 106:19 126:23
  127:3,6 132:4,9 173:4
  178:17 199:13

estimators
  69:14,16 127:19 128:6
  144:1 214:10,19 222:6
  233:5,16

etcetera
  170:24

even
  17:23 34:20 92:4 115:10
  164:11 212:18 229:23
  230:7 240:2 261:20
  275:22

event
  170:18

eventually
  141:6,7 186:16

ever
  78:18 86:9,15 107:7
  149:24 172:15 173:7
  255:1 265:10 266:16
  284:8

every
  48:4,7 199:12 259:25

everybody
  37:23 133:16

Everybody's
  225:15

everyone
  52:17 123:15 125:25
  177:8

everyone's
  171:18

everything
  12:20 67:11 68:4 72:16
  107:13 131:8 133:19
  146:25 148:9 151:19
  181:19,22 186:7 210:22

evidence
  43:3,18,21 252:15
  278:11

exact
  47:11 164:23 176:15
  204:20 219:19,20
  230:23,24 244:1

exactly
  21:4 22:23,25 41:6,10
  55:12 56:19 68:24 72:25
  102:3 111:8 146:2
  170:17 185:25 199:23

 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          320
BEN HUFFMAN, 02/08/2024          Index: examination..extent

213:17,21 216:20,21
221:10 236:15

**examination**
11:4 32:12 60:14

**examiner**
22:13 30:2

**examiner's**
77:6

**example**
51:21 52:1 131:3 144:10
206:12

**examples**
49:21 208:22,23

**Excel**
20:4 28:24 56:25 57:8,
12,24 69:24 88:4 111:3
127:16,17 133:25 137:9,
10,12,16 142:18 143:4,
13,18 151:4 155:10,11,
12 157:9,21 158:10
162:9,11 163:17 206:2
209:23 210:3,19,21
227:24 228:3 240:24
246:25 254:2,5 271:5
281:24

**Except**
125:7

**exclamations**
202:21

**exclusively**
105:20

**execution**
178:8 236:14 237:17

**executive**
91:13 244:15,17,19,24
264:17 266:11 284:16,25

**exhibit**
23:15 25:22 37:1,5 49:9,
12 50:15,16 51:17,18
52:2,3 53:20 55:20 63:21
77:15 79:1,5,6,19 80:12,
13 83:3,4,13,24,25 84:21
87:24 92:16 98:16 116:9
120:5,6 126:4,5 135:18,
21 136:20 137:2,19
138:16,24 139:1,2,23
140:1,11,12 141:3,4,8
142:1,12,13,20 143:14,
15 150:12,13,20,21
151:22,23 152:18
153:13,15 158:9,12
160:13 162:6,20,21
164:17,18,20,24 165:20,
21 169:20 172:22,23
173:17 177:16,17,25
184:4 186:20 189:15,20
190:4,9 193:6,13 194:3,4
195:1,2,14,17 196:2,3,20
198:2 202:10 204:11,12
205:7,8,14,15 206:23,24
208:15,16 210:8,9
211:19 212:15 227:5,19,
25 228:11 233:25 234:3,
4 238:13,14 239:16,17
240:15,17 247:2,4
255:20,21 257:14,15
258:6 264:3,4 265:22
267:22,23 268:24,25
270:12,13 271:19,20
273:9,10 274:10,11,18
275:1 280:12 281:2,3

**exhibits**
23:11 136:20 153:10
272:19

**existed**
124:10

**exists**
30:4,6 130:6,7 275:8

**expect**
94:14 132:18

**expectation**
171:15

**Expense**
230:15

**experience**
168:13 264:19

**expert**
20:21

**expertise**
264:11

**expirations**
170:23 171:2

**expire**
171:3

**expired**
171:9

**explain**
143:22 175:6 227:22
242:15 260:2

**explained**
49:9

**explaining**
218:4

**explorer**
117:23

**export**
190:25

**extension**
36:2

**extent**
16:2 267:8

 is now 

**external**
93:1,9 94:7 95:24,25
96:24 99:1,7 103:15,16
104:1 107:13 109:6,11
110:10 111:7

**extremely**
253:21

**Eyes**
272:20 274:24 281:20
282:7 287:9

**F**

**F-O-L-E**
30:22

**f-o-u-l-e**
30:25

**fact**
17:1 167:11 277:9

**factoring**
249:21 250:1

**facts**
75:25 252:14 284:19

**failing**
66:4

**fair**
86:1 125:21 136:13
182:18 188:16 239:15

**Fairly**
38:18

**fake**
149:22

**fall**
79:10 237:8 260:5

**falls**
86:24 142:8

**false**
93:17,21 96:2

**familiar**
239:7 240:1

**far**
13:18 20:23 27:15,16,17
32:7,11,14 33:9 34:2
35:4 40:6,12 43:20 44:14
47:5,21 48:22 54:12 70:5
72:15 82:8 106:18
108:18 111:1 126:17
132:20 133:11,23 134:10
137:24 143:7 146:19
147:16,22 148:8 169:7
177:5 183:7 186:15
198:18 210:17 214:15,19
216:16 217:3 233:24
235:8,24 238:3 242:17
245:14 250:11 252:2
253:13 254:8 273:25
283:15 286:1

**February**
81:16

**fed**
137:17

**fee**
33:23

**fell**
185:4

**Ferrara**
204:8

**few**
28:13 123:20 124:3

**FICA**
148:14

**field**
181:12,22

**figure**
106:1

**file**
29:1 36:2 38:12,19,24
39:2 44:2,4 47:8 56:21
57:4,10,13 62:24 63:4
65:15 107:19 130:2
133:3 137:4 209:6

**file-sharing**
65:16

**filed**
47:24 86:7 99:18,19,25
105:15 177:7

**files**
108:2

**fill**
127:3,17 144:18 148:10
248:17

**filling**
127:7

**filter**
42:1

**filtered**
211:20

**filtering**
181:16,18

**filters**
41:25

**final**
276:2

**finalized**
177:21 183:20

**finalizing**
153:7 169:24 170:8,19

**finally**
118:22

 is now 

**finance**
278:3

**financial**
139:17 141:14 254:10,11
255:8,9 258:19 259:10,
12,21 260:5,11,24,25
261:21 262:4 263:20
271:11 285:4,8,9 286:8

**financials**
141:19 248:1 260:18
268:13

**find**
97:8 132:18 133:3,17,19
154:11,16 203:5,7

**fine**
170:20 225:5 249:3
256:20 285:20

**finish**
19:10 27:5,8 35:8 44:19
57:6 81:24 89:20 109:18
123:21 146:17 167:2,7
172:10 198:21 207:23
252:16,19,21 271:2

**first**
11:14,18 12:16 14:5 15:5
17:1 20:13 23:19 30:7,11
38:11 39:1,15 43:22
54:7,10 57:14,20 80:23
81:4 85:24 92:25 94:6
96:4,14 99:4 102:4
104:11 110:23 123:15
125:5 126:22 130:2
136:15,19,24 139:9,18
141:23 144:14 150:1
156:22 164:17,21 169:20
179:10,11 183:3 184:10,
14,20 188:7 204:24
209:4 256:21 272:22

**five**
107:25 145:1 243:7
267:17

**fix**
188:12,13

**flash**
20:10,14 21:5 56:16
96:5,11,21 97:9 104:1
105:13,19,24 106:7
108:3 157:15 160:17,21

**flip**
49:20 196:25 269:10
270:3 271:3

**flow**
87:9 248:4,19,24 249:2,
6,9 285:25 286:1 287:10

**focus**
163:11 169:24 178:9,14

**focused**
248:1,3

**focusing**
170:23

**folder**
55:9,15,18,23,25 56:6,8,
21 59:7 108:7,10,24,25
109:11,23 111:24 112:11
128:19 129:3,9,13,16
130:10,13 131:25 132:4,
17,19 133:10 134:18
135:3,10 223:11

**folders**
55:11 56:15 108:3,16,19
109:1,14,15 110:16
129:21 130:3 131:22
134:22

**folks**
90:4 255:6

**follow**
133:3

**followed**
171:10 227:13

**follows**
11:3 186:11

**FONACIER**
29:18

**font**
211:25 212:1 228:13

**fool**
92:22 127:25 236:2
237:24

**fooled**
84:13 240:5

**foot**
199:14,15

**footer**
163:23 164:20

**for**
12:6 15:4 16:11 17:3,12
18:6,7,19 19:1,6,7,23
20:5 23:2 24:9 28:5
29:10,19 30:22 32:21
33:4,14,23 35:20 36:7
37:5,18 38:20,24 39:14
49:14 50:6,16,23 51:11
53:4 55:11,20 56:3 58:15
59:7 60:14,16,17 61:18
63:5,21 65:18 66:13 67:3
70:21 76:7,25 77:13
80:5,13 81:17 83:4,20,25
84:22 87:4,12,24 90:3
92:18 94:12 97:23 98:4
101:13 104:13,16 106:4,
8 107:12 108:23 109:17,
22,23 110:10 111:4,21
113:11 114:16 115:1



116:9 117:7 118:2 119:1,
16,22 120:6,22 125:1,7
126:5,24 127:20 128:5
130:2 132:25 133:2,8,19
135:21,25 138:3,11
139:2,5,16 140:5 141:3
142:13 143:13,15
144:10,25 146:15,21
148:24 149:4,13 150:14,
21 151:1,11,23 152:15,
22,25 153:25 154:9
156:7 158:12 162:7,21
163:4 165:21 169:20
171:3 172:23 173:17
176:15 177:6,17 181:16
183:16 184:12 185:20,22
187:12 188:21 189:20
190:9,25 191:4,11,23
192:16 193:6 194:4
195:2,17 196:3 199:12
200:14 202:3 204:12
205:8,15 206:15,24
208:16 210:1,9 211:20
212:6,14 213:18 214:14,
20,25 215:8,10,11,23
217:25 218:5 220:7,23
221:6 222:22 225:8
227:5,15,25 228:18
230:8,11 231:19 234:4
235:22 237:14 238:14,23
239:17 240:17 241:25
242:1,7,11 244:4 245:25
247:4,17,23 248:16
249:24 250:13 251:6,12
253:17 255:21 256:21
257:4,15 258:6,18,23,24
259:5,10,11 264:4
265:14,22 267:12,23
268:11,20,25 270:13
271:1,20 273:10,16,22
274:2,11 275:1,4 276:1,
19,21,24 277:16,24,25

278:6,9,13,20 280:6
281:3,12 282:14 284:2
287:14

**forensic**
20:21,24 21:8 22:7,13
28:2,14,17,18 30:2,25
32:12 37:2 60:8,14,19
62:7,15,18 63:1 64:1
77:6,7 98:19 160:13
161:23

**forensically**
21:2

**forensiced**
29:14

**forensics**
59:24 60:3,22,25 67:10,
22 161:4

**forget**
60:17

**forgot**
119:19

**form**
12:18 13:9,17 14:10
17:16 18:16,21 19:3,5,20
22:10,16 25:14,20 26:14,
24 27:14 39:20 40:11,18,
23,25 41:9 42:20 46:10,
17 48:10,12 50:2,4,12
52:9,11 53:13 56:18 58:3
59:5 61:7,15,22 62:10
66:11,13 67:6 68:15,17,
22 69:2 70:3 71:4,13
74:1 75:8,13,17 76:14
77:10 82:22 84:12,18
85:5,7 91:11 92:17,18,21
94:5,21 95:8 96:8,19
97:23 98:1 101:19
102:18 103:3 104:19,21
105:3,7 106:12 115:14,

21 119:24 138:5 140:4,
21 142:17 145:13,21
147:18 149:6 150:3,9
152:3 154:14 155:18
156:1 157:3 158:6
160:19 165:6,16 166:21
167:14,23 168:16,25
169:6,11,16 170:2 172:6
174:25 175:23 176:6,22
177:4 191:23 194:17
200:9,14 201:12 204:5
206:15 208:9 214:7
217:22 218:11,21 220:1
221:13 222:18,22 223:20
224:4,12,14 226:3,21
232:8,24 235:19 237:14
243:19 244:22 245:9
248:22 250:7 252:14
254:16 259:7 261:8,10
262:12 263:17

**forma**
268:13

**formatting**
73:18

**formed**
269:25

**former**
65:17 81:8 98:7 100:6
222:7 233:16

**formerly**
233:5

**forms**
45:18 56:11 70:21
108:14 131:11 173:23

**formula**
217:2

**formulas**
147:24 148:9,11 210:22




MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al                324
BEN HUFFMAN, 02/08/2024                           Index: forth..generate

211:5 213:8 215:24,25
216:1,10,11,16,18,23

**forth**
213:12

**forthcoming**
95:20

**forward**
133:7 188:10,15

**forwarded**
47:23 269:3

**forwarding**
48:2

**forwards**
272:6

**foule**
30:22,23 31:7

**found**
249:2

**foundation**
283:4

**four**
63:25 105:15 194:7
196:24 266:23 267:17
269:20

**frame**
69:2 90:13 104:14,24
105:10,14 113:1 125:19

**framework**
231:13

**from**
15:8 17:20 18:1,2,5,9,25
19:8,14,17,24,25 20:8
26:12,17 28:2,14 29:4,22
30:2 35:24 40:15 44:2
45:16,17,23 46:2,6,11,20
47:8,9 48:20 49:22 51:3,

13,19,22 54:3,25 56:16
65:5,10,25 68:10,19
69:22 70:16,19 71:10,18
72:7,16,17,20,22 73:5
76:10 79:21 81:2,10,11
84:5 90:7,21 104:13
105:1 107:7 108:3,19
109:5 111:16 112:14
114:11 117:8 118:14
119:13 120:13 128:16
130:21 132:13 133:6
138:10 141:3,4 142:23
145:6,21 146:13 148:11,
13,17 149:22 151:14,19
160:17 162:9,11 168:2
171:18,22 175:21 176:10
179:19,21 181:6,7 184:1
185:9,14 186:10 187:8
193:16 197:24 198:17
202:9 205:18 209:14
210:18,20 213:5,14
214:3 215:1 223:18
227:23 228:2,24 229:5
231:6,21 232:2 233:4,16
234:21 235:3 238:21
240:20 241:4,22 245:10,
17 250:22,23 251:21
258:15,19 263:7 265:25
266:18 268:4 269:6
271:22,23 272:24 273:12
275:7 279:12 280:8
287:2

**front**
153:11 156:19

**full**
14:8

**function**
86:21 91:16 173:8 189:7
254:14

**functionality**
120:19

**functionally**
199:2

**functions**
237:8

**funny**
203:3

**further**
64:11

**FUTA**
148:14

**FYI**
269:2

---

**G**

**gain**
260:6

**Garrett**
268:16

**gathering**
181:16

**gave**
30:18,20 42:9 57:17
73:1,2 95:17 168:5,19
208:2 252:7

**gazillion**
271:17

**general**
50:6 108:23 186:2 238:4

**generally**
34:16 41:11 180:22
181:21

**generate**
107:19 159:8,12 160:1




162:9 165:11 181:23
182:1,3

**generated**
49:22 50:9,20 51:3 54:3
111:16 112:14 120:13
124:11 131:5,9 137:15
238:23

**generates**
51:1 128:15 129:8
131:20 139:19

**generating**
54:20 111:2 128:7
129:23 133:23 178:20

**generator**
110:25

**generic**
216:12

**Gentry**
266:14,19 273:18,21
274:1,2 283:12,13

**get**
26:17 31:5 34:4,6,8,11
36:9 47:3 48:3 59:14
75:21,25 83:19 84:22
85:10 87:20 89:18,23
90:5 94:15,25 95:2,13,18
113:3 116:24 126:20
130:8,24 131:3 138:14
156:8,19 171:22 178:23
183:19 184:23 209:2,14
212:18 243:14 251:20
252:1 253:8,10 260:12
264:14 270:19 271:17
275:17,22 276:25 277:6

**get all**
146:23

**gets**
128:24 174:20 178:18

179:8 180:20 200:10
251:24

**getting**
33:21 138:20 156:7
244:17 245:3 253:13
277:16

**girlfriend**
241:14

**give**
38:21,22 41:18 44:24
103:25 106:24 116:15
118:22 119:6 151:17
162:15 182:3 189:3
199:8 248:6 259:14
260:11 261:20,22 273:4
284:19

**given**
28:2 127:2 156:12 163:7
168:8 176:17

**gives**
132:1 201:15 207:21
235:9

**giving**
105:18,23 106:7

**Global**
246:4,5 250:10 263:24
264:20 265:2

**Gmail**
241:4,5

**go**
12:19 26:11 28:15 29:18
33:18 38:7 43:25 45:3
51:6 53:22 61:1 66:4
73:9 74:23 79:6 80:18
81:15 84:21 95:22 98:15,
20 114:9 116:25 117:4,8,
12,22,24 118:8,10
129:19 132:3 133:17

134:18 143:8 145:14
150:12 151:18 154:16
156:9 174:11 178:20
180:2 182:1,7 183:14
190:17 198:1 209:7
243:3 252:20 253:3,17
279:9,25 282:17

**goes**
80:20 128:15 214:25
260:2

**going**
15:3 16:4 22:6 31:23
36:7,12,17,25 37:8
38:21,22 41:14,18 49:2
50:14 53:22 63:19 73:9
82:24 83:23 85:10 88:3
94:15 98:15,21,24 108:1
116:7 117:13 120:4,18
124:7 126:3,19 128:5
133:7 135:17,18,23
136:23 137:1 138:25
142:11 150:12,19 156:8,
12 157:4 158:8 162:19
165:19 169:21 170:14
172:21 173:19,25 177:9,
15 181:11 186:7 187:19
188:10,11 190:21 192:7
193:4 194:25 195:13
196:1 198:3,5 202:9
204:10 208:14 225:15
227:3 232:9 234:3
239:15 241:2 246:25
247:1 248:10,13 257:14
258:4 265:20 271:18
272:7 275:4 280:11,13
281:16 282:13 284:22

**gone**
44:22 98:13 223:16

**good**
138:22 146:5 209:16,23




AdvancedONE LEGAL is now LEXITAS

224:16 234:13 280:5

**Google**
216:12

**Googled**
216:14,23

**got**
13:1 17:7 22:23 27:12,21
42:12,17 43:4,19 48:23
55:8,10,12 73:8 90:16
107:24 111:23 112:11
124:8 125:14 133:21
148:23 149:19 156:24
169:3,8 174:10 184:17
185:12 186:4 187:10
191:15 192:7,16 202:11
203:18 217:9 219:16
221:14 228:11 229:24
230:7,19 237:11 249:1,
18 272:2 275:6

**gotten**
43:1 59:1

**Grafton**
204:9

**gravel**
207:17

**gray**
128:3,6,18,19 129:15,23

**great**
133:14 232:20 233:1

**green**
14:25 69:22 70:8,17,19
71:1,10,18 72:7,11,22
74:21 75:2 76:11,16
77:21 106:5,9,17 118:11
147:9 148:25 183:5,8,12
184:8,12,20,24 193:17,
25 194:15 195:5,15,21
196:13 198:2,6,10

199:10 200:11 201:5
202:3,7,16 203:9,19
204:2,16 205:2,3,12
206:3,13,19 208:6
211:18 212:7 213:5
214:3 216:1,7,19,21,22,
24 217:18 218:4,8
221:10 222:8 223:18
227:14 233:18

**grew**
222:7

**gripe**
251:11

**Ground**
18:9 91:7 246:11 249:18
254:13,18 255:3,6,7
265:25 266:15,18
273:19,25 274:2 283:14,
18

**group**
246:7 256:9,25 257:9
263:25 283:11

**growth**
285:14 286:4,5

**GS**
184:11

**guarantor**
282:10,13

**guess**
21:18,22,23 25:25 43:24
44:16 45:8 47:14 55:14
58:17 76:15 85:16,20
92:8 110:1 118:21
124:23 130:23 132:14
137:11 165:7 166:25
167:25 173:25 191:8
203:11 212:10,12
221:18,20 222:4 232:6

237:9 248:14 251:6
262:13 266:23 267:17
271:4 284:15

**guidance**
207:21 208:2

**Guidry**
122:22 279:12

**guy**
21:17 85:14 98:2

**guys**
181:17 255:25 266:15

---

## H

**H1**
140:6,7 145:8

**H2**
140:6,7 145:8

**had**
13:1,5,14 14:14 15:13,24
18:6,14 20:9,10 22:20
23:23 24:21 29:4 35:15,
19 40:2 47:16 52:7,18
58:10,22 62:2,11,14
63:11,16 76:6,20 81:21
86:10 89:8,10 93:25
100:7 103:5 109:15,16
113:7,25 114:8,10
115:10 119:1,25 122:19
124:17 125:11,13,25
134:22 142:3 145:20
146:21 147:2,11,15
149:22,23 151:12 157:7
168:13,22 172:3,8,16
173:11 174:15 177:19
183:13,15 185:15 191:13
199:3 204:7,18 207:8,11
209:15 211:18,19
215:13,25 216:19,21



217:18 219:23 228:6,19
231:5,23 235:15 237:19
239:8 240:8 241:3
257:11 258:25 260:22
276:23 280:22

**hadn't**
192:14 235:20

**half**
239:23

**HAMPTON**
13:8,16 15:16 16:1,8,14
17:15 18:20 19:4,12
22:9,15 25:19 26:13
36:13,16,22 37:7,11,15,
22 38:4 39:19 40:24
41:17,21 46:16 48:9 50:1
52:10 66:12,17 67:2
68:16 69:1 71:3,12 76:13
77:9 82:21 84:11,17 85:6
91:10 92:20 97:22,25
103:2 104:20 105:6
106:11 116:14,17,20
138:19 140:3,20 145:12
147:4,17 149:2,5 150:2
155:17,25 157:2 158:14,
17 161:5 168:15,24
169:5 170:1 172:5
175:22 177:3 190:6
191:22 194:16 198:20
200:8,13 201:11 204:4
206:14 208:8 214:13
217:21 218:10,20
221:12,19 222:17,21
223:19 224:3,13,18
225:14,20 226:2,20
232:7 235:18 237:13
243:18 244:21 245:8
248:21 250:6 252:13,18,
23 253:1 254:15 259:6
261:9 262:7,11 263:16

267:11,14,21 272:18
274:19,23 275:3,12,15,
19,24 276:4,9,13,17,21
277:3,22 278:2,8,15,22
281:18 282:6,18,23
283:1 284:3 285:17
287:7,17

**hand**
50:14 227:19

**handed**
23:2,8 26:22 27:22 30:14

**handled**
128:3 252:3

**handles**
130:19

**hands**
260:5,12

**happened**
22:7 29:16 119:20
230:23

**happening**
67:22 129:22 170:19
180:12

**happens**
199:10

**hard**
103:15,16 104:1 105:24
119:12 162:15

**harm**
261:25

**Harold**
122:24 150:23

**has**
18:11 20:21 31:8 33:14
38:3,20 74:16,20 90:19
123:15 130:4 136:6
143:1 158:23 159:13

164:23 171:8 187:16
209:5 213:4 214:16
215:9 219:16 220:18
223:8 226:7,17,19
230:20 246:11 249:11
250:19,24 251:3,12,15
253:17 260:15 273:21
275:7 280:4 283:4
285:13

**hasn't**
62:15

**have**
12:4,11,19 14:24 18:2,
13,14 21:9,10,12 23:5,7
25:24 26:20 27:23 28:1,4
30:1 31:12 32:12 33:6,7,
9 34:23 35:2 36:2 37:10,
18,23,25 38:11 40:4
43:2,17,18 44:4,11 47:12
50:8 51:12 55:25 56:6
57:1,13 59:1 60:18,19
64:7 67:19,21 74:7 75:1,
5,20,24 76:6 77:1,3
80:15 81:20 83:17 84:14,
24 85:3 86:21,23 88:12,
23 89:10 90:24 93:3
94:19 95:12,16,24 98:25
100:17,25 101:24
102:19,20 103:16,19
104:5 106:2,9,14 107:2
108:19,24,25 109:14
110:5 111:6 112:2
114:21 117:7,13,16
119:15,18 122:13 123:9,
12,16 124:20,24 125:11
126:12,14,22 127:16,19
129:13 132:3,14 135:6
136:15,19 138:20 143:7,
12 144:3 145:1,20 146:5,
11,22 147:1 148:20
150:13 151:4 152:4,19,



22 153:2,5,6,7,10 154:8
156:10,23,24 157:11,17,
24 158:15 159:16
160:22,24 161:1,22
162:5 163:9,21 164:11,
14 166:6 167:10,17,19
168:6,8,11,12 171:22
173:7 175:16,20 176:2
179:22 182:13,15,25
183:11 184:15,19 185:22
186:4,22 187:7,8,21
188:21 189:1 192:7,8,11,
12,13,21 194:21 195:11
200:1,11,15 203:13,14,
15,25 205:4 207:14
209:7,16,18 211:15,16
218:1 219:14 220:5,14,
24 224:20 225:24 226:4
227:7 229:6 231:5,7,19,
23 232:9 234:21 235:2
238:1 240:1,11,13 242:4
243:3 247:6,13,14
260:18 263:1 264:6,7
265:24 267:16 275:5
279:3 281:22 283:22
284:8,10,25 286:9,12,17
287:6,11,12

**haven't**
43:1 71:6 171:10 226:10,
22,23 233:8,25 236:8
263:2 266:1

**having**
11:2 17:13 68:9 75:10
86:15 107:14 115:4,5
118:8 119:12 173:24
175:1 223:15

**he**
27:19,20 28:19 35:19
37:9 42:20 45:3 58:3
62:14,15 67:4 81:7,8,10,
11,12,14 82:10,12 83:15,
19 84:22,23 85:18 86:2,
10 90:7,9,11,14,18 91:5,
13 93:18 98:5,12,13
106:19,20 121:24 122:3,
9,14,17,19,22 123:1,3
128:15,24 133:24 134:3
149:23 150:1,4,6,24
153:12 172:15,18 173:1,
7,9 182:13,19,25 193:8
194:18 195:8,15 196:10,
13 201:3 202:15,17
203:3,10,21,23 207:10
208:5 211:19 215:3
218:23 221:23 234:13
238:9,22 239:1 240:8,11,
12 242:8 244:9,24,25
245:18,21 247:9,11,23
250:19,21,22,23,24
251:3,12,15,19,20
253:20,23 254:13 255:24
256:2 257:21 259:19
260:15,22 262:17,19
265:3,7,9,10,12,14,16
266:16 267:3 271:25
273:16 278:2 282:20
283:2,4 285:19 286:24
287:2,3

**he'd**
58:3

**he's**
77:1,2,4,13 85:2 88:2
90:17,18,22 121:24
122:10,20 123:7 124:6
138:21 150:25 151:14
152:1,2 154:21 157:6
173:2 176:22 183:1
193:10 196:9 202:25
203:8 207:4 225:9,12
234:8 244:17,19,24
245:2,3 247:18,24 248:1
250:20 251:1 254:9,14
255:14 257:5 261:18
262:23,24 265:8 266:10
269:15,16 272:2 277:25
278:16 282:20,21 283:18
286:22

**head**
236:24

**heading**
279:11

**hear**
86:9 233:15

**heard**
86:13,15 233:4,8 284:8,
10 286:5

**hearing**
30:7

**heart**
145:24 146:1

**held**
259:19

**help**
20:22 113:7 228:21
229:8,10,14 231:9

**helped**
24:18 69:19,21 223:9

**helper**
145:2

**helpful**
49:25 50:5,8

**helps**
36:21

**hence**
203:7

**Her**
241:18




**here**
20:18 23:24 24:20 25:15
26:1 39:10 56:21 60:4,7
62:19 64:10 75:21 76:5,
10 89:5 102:21,25
104:12,13 108:23 111:23
112:8 117:8 118:5,9,16
129:21 130:5,10 133:15
135:6 144:9,25 150:25
152:22 154:8 157:12
159:4,12,18,20 160:1,5
161:7,8 166:4 173:25
174:2,17,18 180:24
184:7 185:12 187:21
190:15 191:17 199:19
201:21 202:2 205:10
214:2,23 230:8 234:6
259:3,5 260:10,16 262:5
272:7 277:2

**here's**
152:1 163:20 166:12
174:4 239:4 280:17

**hereby**
64:14

**Heroman**
65:17 252:3 253:16

**hey**
61:18 199:16 233:8

**HG**
269:20 283:11

**hide**
95:6 167:1,11 169:14
191:19

**hierarchy**
91:20

**high**
18:9 91:7 246:11 249:17
254:13,18 255:2,6

265:25 266:15,18 269:24
273:19,25 274:2 283:14,
18

**highest**
92:10 261:15

**highlighted**
31:22 37:18,24 74:12

**highlighting**
37:16 38:5

**highlights**
38:3

**him**
14:21 16:2,5,6,9,13,15
19:10,13 27:5,8 35:8
44:19 45:3 57:6 67:4,5
80:17 81:15,24 83:17
85:10,16,22 86:9,13,15
89:19 91:8 109:18
122:13 123:9,21 146:17
149:25 150:4,10 152:11,
12 167:2,7 172:10,17
182:12,19 198:20 203:7,
23,24 207:3,23 231:9
234:22 237:7,8 238:8,21
243:1 252:20 257:11
265:11,19 266:22 277:8,
11,13 283:2,3 284:8
285:19

**himself**
267:6

**hired**
21:19,25 22:13

**hiring**
192:23

**his**
19:11 27:6,9,20 28:14
35:9,22 44:20 57:7
65:22,23 81:25 90:19

91:2 98:11 109:19
121:21 123:22 146:18
167:3,8 172:11 173:5
182:24 198:2 203:4
204:24 207:24 211:20
239:12 241:4 244:25
251:21 253:23 254:14
264:19 266:9 278:17

**histogram**
159:20 163:2,8,9,11,14
174:11 175:10

**histograms**
179:14

**historical**
134:8

**hit**
159:10 162:14

**hold**
19:12 62:13 134:16
184:5 218:23 264:13
270:25

**holders**
283:10,23

**Holdings**
91:8

**holds**
91:8

**Holloman**
280:3,9

**home**
107:7,10,11 140:6

**hours**
107:25 144:20 145:3,4

**how**
14:2 18:9 22:23 32:15,24
33:14 41:6,10,11,25
45:2,10,12 46:25 51:10



56:20 62:17 66:7 70:6
72:21 78:15 80:25 85:21,
24 87:19 90:11,13,14
102:7 119:13 121:21
126:1 127:15 133:8
138:14 141:18 148:1,4
149:18 154:4 185:1
188:15 191:13 192:19,
22,25 204:18 210:15
211:14 213:23 216:14,23
222:10,13 224:7 227:8,
22 228:4 231:1 232:14,
17 238:9 239:8 241:20
242:15 243:1,10 244:4,8
245:13 250:15 251:19,
20,25 253:7,11,23
258:10 259:18 261:5
262:9 263:10,11 265:11
267:15 269:14,23

**Howell**
88:1 180:6 252:3,9
253:16

**Howell's**
181:20 182:23

**however**
35:6,11 88:14 113:15
154:2

**Huffman**
11:1,7 38:10 227:7

**Huh**
14:12 28:9 42:22 96:23

**Huh-uh**
103:24

**hundred**
139:8

**hundreds**
27:2 48:3

**hypocritical**
261:6 262:10

---

## I

---

**I'D**
12:19 38:23 57:13
157:11 163:10 205:4
277:15

**I'LL**
30:24 32:20 36:8,9 37:1
39:1 49:13 54:1,6 60:2
63:23 81:15 99:1 104:12
118:22 134:7 139:5
143:12,17 151:22 158:9
173:24 190:4 208:18
210:8 238:12 239:19
244:3 270:11 274:10,17
277:8 283:7

**I'M**
11:21 16:8,14 19:21 24:7
31:23 33:1 35:10 36:7,
12,15,18,25 38:21,22
41:2,14 43:12,13 44:2
50:14,15 52:24 53:14,21,
22 60:15 61:23 63:5,19
64:9 65:9 66:19 74:8,9
75:19 78:22 80:11 82:1,
24 83:2,10,13,23 84:24
87:23 89:21 91:6 95:20,
23 98:15,21,24 108:1
113:8 116:7 117:21
118:9 119:12 120:4
122:10,24 123:18 124:14
126:3,19 129:19 130:5
135:8,17,18,23 137:1
138:16,25 142:11 145:6
150:12,19 157:4 158:8
161:5 162:19 163:10
165:19 172:21,22 173:19

175:4 177:15 184:4,6,19
187:19 188:24 189:14,15
190:4,8 193:4 194:3,25
195:13 196:1,2 197:19
198:2,5,24 200:15,21,24
204:10 205:14 206:10,22
207:22,25 208:4,14
210:6,11 212:7 221:25
227:3,4,12,18 232:9
234:3 236:4 239:15
244:18 246:25 247:1
253:4,16 255:4,19
257:14,18 258:4 264:2
265:20 269:24 270:11
271:14,18 273:8 275:3
279:23 280:11 281:16
282:19 284:3 285:17

**I'VE**
38:19 43:20 74:3 84:19
95:20 109:15,16 110:1
132:8 139:5 146:20
162:19 163:7 209:4
212:12 227:12 228:11
249:15,17 266:19 268:12
284:10 286:5

**ID**
44:5,8,11 158:24 267:12

**idea**
89:18 125:9 148:20
200:1 209:17 218:1
237:22 247:3,6

**identical**
70:25 72:13 82:19 84:15
211:23 232:21

**identically**
231:7 233:2

**identification**
37:6 50:17 63:22 80:14
83:5 84:1 87:25 116:10




120:7 126:6 135:22
139:3 142:14 143:16
150:22 151:24 158:13
162:22 165:22 172:24
173:18 177:18 189:21
190:10 193:7 194:5
195:3,18 196:4 204:13
205:9,16 206:25 208:17
210:10 227:6 228:1
234:5 238:15 239:18
240:18 247:5 255:22
257:16 258:7 264:5
265:23 267:24 269:1
270:14 271:21 273:11
274:12 275:2 281:4

**identified**
285:12

**identify**
38:24

**if**
18:14 23:15,22 24:24
25:3,9 27:20 31:11 32:20
33:3 36:10,20 42:25
44:24,25 49:12,20 51:6,
17 53:6,20 54:22 55:20
58:3 60:12 62:6 66:4
72:25 74:6,23 78:25 79:6
87:20 92:16 93:12 94:16
95:13,17,22 100:17
106:7,13 109:8 112:2
113:8 114:6 116:24
117:3,6,25 118:8 119:13
121:9 124:6,7 126:18,20
127:9 129:19 132:7,25
134:19 136:19 137:18
139:12,18 140:10 142:1
144:13 151:4 152:4,18
153:13 156:18 159:10,11
163:6 164:17 166:12
167:9 168:3 169:19

170:18 172:13 173:15
176:7 179:3,4,19,21
180:1 181:11 183:20
184:3,21 186:3 189:14
193:11 194:18 196:18
197:15,16 199:11 200:5,
22 203:13,23 206:6
207:22 210:6 211:11
218:16 219:6 223:5,6
228:19,20 229:20 231:20
234:13 235:9 239:4,20
240:12 248:23 253:3
258:23 264:9 265:1,9
268:19 269:10 270:3
271:3 275:22,25 277:10
279:9,25 280:18 282:17
283:2,6 285:19

**image**
67:16

**imaged**
21:2 68:1

**imaging**
67:14 68:4

**Imazing**
272:3

**Imazing.com**
272:3

**importance**
198:11,24

**important**
48:5 89:16,23 101:13
141:14 237:9

**improvement**
155:4

**in**
17:1 20:14,22 22:14
23:23 24:13 26:10 30:19
31:8 34:19 35:6,12

36:10,20 38:20 42:13
45:18 46:4,14,18 47:16,
24 48:7,15 49:9 50:5,6
51:12,14,21,22 52:1
59:11,13,15 60:13,15
61:19 64:11,15,22 65:1,
21,23 66:8 67:1 70:13,
17,24 71:1,20,22 72:9,
11,13 78:24 82:2,10 86:5
87:4 89:2,12 90:13,18
91:16,20 92:10 93:16,22
94:6,16,25 95:2,13,18,24
96:5 97:9,14,19 98:5,22
99:10 100:3 102:25
103:23 104:2,7 105:9,11,
14 107:22,23 108:25
109:25 110:15 111:1
112:19 113:1,15 114:7,
25 115:17,19 117:7
118:7,11,16 119:15,17
120:2,17 121:18 124:7,
10,23 125:16,18 126:16,
23 127:14,18 128:1,9,25
129:7,22 130:13,21,25
131:24 132:5,13 133:7,8,
25 134:1,9,18 135:7,8
136:13 137:2 138:16
139:6,25 140:12 141:8
143:9 144:15 145:23
147:11,15 148:6,9,10,16
150:8,25 151:4 152:9
153:11 155:3,15,19
156:2,12,19 157:14
158:2,23 159:12,25
160:23 161:4,23 162:13
163:21,23 164:15,24
166:7 168:4 170:8,18,19
175:13 176:14 177:8
178:9,11 179:17 180:5,
17 181:18,24 182:10
183:3 185:16,23 186:2,3,
5,20 187:11 188:6,8



192:25 193:8 196:20
199:9,19 200:10 201:4,5
202:17 204:21,22 206:1,
2 207:18 209:5,15,21
210:3,14 211:8,9,13,22
212:7,8,15,18 214:8
215:14 216:1 217:13,18,
19,25 218:4,25 223:7,10
229:14,15,16 230:23
231:14 232:13 233:22
235:16,22 236:23 237:6,
11,17 238:22 239:11
242:19 244:10,16 245:2,
6 246:12,21 247:14,20
248:5,16 249:1,4,9
250:20 251:11 252:14
253:18 254:18,22,25
256:10 257:2 258:2
259:20,23 265:12,14
268:1,11 269:18,24
270:1,8 273:2 275:8
276:25 280:5,25 281:5
283:5 284:12,17,21
287:13

**include**
71:9 108:13 119:17
135:10 218:25 235:21

**included**
46:14,23 72:6 77:21 89:2
147:15 160:23 161:23
196:19 199:3 206:6,10
217:19 235:21 238:22
246:21 254:4

**includes**
34:3 65:2,19 108:7,10
199:2,6 201:5 208:23,25

**including**
51:22 77:23 211:25

**incorporate**
79:12 170:15 269:23

**incorporated**
18:24 49:9

**incorporates**
79:20

**indeed**
63:15

**indicate**
22:7

**indicated**
263:14

**indicates**
25:3

**indicating**
29:3 65:20 84:3 110:13
165:2 193:20

**indication**
202:22

**indications**
286:5

**indirects**
143:21 144:4 146:24
147:15

**indirects'**
144:13

**individually**
188:11

**individuals**
210:4

**industrial**
186:5

**industry**
154:3 186:14 187:11
259:25

**info**
229:24

**information**
14:24 15:25 18:6,18
20:15 46:6,14,18,19 50:8
65:6 66:7,25 67:25
68:11,12 69:22 70:16,24,
25 71:9,17,19 72:6,25
74:17,19 75:2 76:5 86:11
93:11,25 99:8 100:7,17
102:10 103:1,6 105:11,
19,21 125:12 137:17
144:3 155:15 156:8
165:3 168:14,23 169:4,9
170:9 198:17 213:14
216:13 217:19 223:17
224:2,10 226:18 238:4
258:1 261:21 262:4
263:20 269:18 278:12

**informed**
141:19

**informing**
63:9,11,14

**initial**
31:4

**initially**
191:7

**initials**
202:2

**injunction**
63:24 64:13 66:9 67:1
68:10,11 223:7,24
227:10

**injunction's**
177:8

**input**
142:17 143:18 144:8,19,
24 145:5,21 146:10
147:15 151:8,12 152:3
159:16

 is now 

**inputted**
147:21

**inside**
26:18

**insight**
242:4

**install**
186:4

**installed**
155:3

**installing**
186:8

**instance**
18:7 33:4 55:21 87:12
132:25 140:5 148:24
162:7 177:7 191:11
214:20 231:20

**instead**
95:5 162:15 174:19

**instruct**
226:25 228:4

**instructed**
17:6,8 226:4,17,23 228:5
231:1,15 235:15

**instructing**
16:6,9,12,15

**instruction**
177:6,12 228:9

**instructions**
224:9

**instrument**
79:13 80:1 185:2

**instrumental**
70:13

**intend**

**11:10**

**intended**
248:12

**intent**
248:15

**interact**
265:19

**interacted**
32:25 210:25

**interaction**
70:4

**interest**
246:12 270:1

**interested**
270:8

**intern**
172:25 173:2

**Internal**
139:17

**internally**
155:21

**into**
18:25 20:14 21:5 46:1,7
50:9 68:13 69:24 79:10
82:6 89:14 96:5 97:10,12
99:4 104:2 106:22 107:5
113:17 114:5 128:2
130:10 133:9,11,13
144:24 148:4 170:15
180:13 184:24 213:5
234:16 242:4 250:12
260:5

**introduced**
267:6

**inventory**
89:24 107:17

**Investment**
269:20 283:11

**investor**
246:17,23 273:16 274:14
277:17,25 278:5,20
279:2 287:10

**investors**
273:22,23 274:4,8

**invoice**
160:9 242:20 243:14
244:4,5,6 257:7

**invoices**
49:16,17 255:23 256:6,8
258:22

**involved**
60:13,15 71:22 128:9
150:8,11 176:1 180:20
239:11 245:6,18,21
249:18 253:18 254:18,24
255:1,4 256:10 257:11
258:2 265:10 269:24
284:12,17

**involvement**
254:22 255:6

**involves**
186:8 236:18

**involving**
256:9

**ipad**
272:4

**iphone**
271:24 272:3,13,24
273:2

**is**
12:14 14:7 16:10 17:24
20:15 23:5,6 24:8 25:25
29:14 30:7,18,22,25



31:11,14,25 32:3 36:23,
25 37:2,18 38:2,16,21,25
39:2,17,23 41:15,25
43:5,21 44:23 45:7,19
46:7 48:5 49:8 51:1,8,10,
18,21 52:6 53:3,10,17
54:7,10 59:1,10 60:6
61:24 63:15,24 64:11,14,
17,20 65:5,25 66:7 67:1
68:24 69:4 70:23,25
71:20 72:13 73:11 74:12
75:25 76:3,17 77:6,7,11,
15 78:4,10,20 79:11
80:2,4,6,23,25 81:5,6,12,
20 82:15 83:11 86:18
88:6,18 89:3 90:11,22
91:5,13 92:4,10,16 93:17
99:7,16 102:13 103:9,12
107:12 108:1,3,5 109:2,
8,17,24 110:9,13,25
111:16,20,24 112:2,18,
22 113:22 114:13,23
115:9,22,23 116:5,11,15,
17,22 117:18 118:4,17
120:1,10,17,18,21
121:17,19,24 122:2,3,9,
22 123:1,3,17 124:7,13,
14,20 125:9 126:15,23
127:2,10,12,13,24 128:5,
12,19,22 129:4,15,22,23
130:9,16,19,23,24
132:17 136:4,13,16
137:13,15,16,18,21,25
138:22 139:13,15,25
140:1,7,10,12,14,16
141:11,14 142:16,18,23
143:4,18,21,22 144:2,5,
14,18,23 145:15 151:14,
16 153:6,15 154:3 155:9
156:2,12 157:8,9,25
158:3,9 159:1,11 160:22
162:7,13,16,17,23 163:1,

2,4,9,11,13,14 164:1,4,7,
8 165:23 166:1 168:4,18
169:20,21 171:5,12
173:1,4,5,12,20,23,25
174:1,12,16 175:12
177:1,5,25 178:6,12,13,
14,25 179:8,11,16,22
180:5,17,21,23 181:2,5,
15,19 182:1,2,3,24
183:23 185:14 186:2
187:17,20 188:15,17
189:2,16 190:5 192:11,
19 193:8,17,19,21 194:6
195:5,14,20 196:5,7,22,
23 197:3,5 198:2,8,10,
15,16 199:1,7,10,13
201:2,13 202:10 204:15
205:11,18 206:7,12
207:1,6,22 208:5,24
209:6 211:23 212:9,15
214:7,8 215:2,4 218:4
219:5 220:6 221:2 222:6
224:7 225:5,8,17 227:8,
19,21 229:24 230:1,4,5,
10,20,22 232:18 233:21
234:6,18 238:7,16 239:2,
21 240:4,19,22 241:9,11,
13,16 242:3,24 243:5,10,
16 244:5,24,25 245:18
246:4,8 247:2,3,7,16
248:9 250:4,11 251:10
253:10,11,20 254:13,18,
21 255:6,18 256:8,10,21,
25 257:4 258:10,21
259:3,4,23,25 260:4
261:13,15 262:3,5,7,13,
15,19,20,24,25 263:5,6,
24 264:19,22 265:1,4,5,
7,10,11 266:5,8,9,12,14
267:25 268:4,16 269:8,
21,25 270:6,15,20 271:4,
11,22 272:9,10,23

273:12,18 274:1,18,19,
21 276:1 277:16,23,24
278:1,5,6,20 279:11
280:1,19 282:4,9,19
283:14,16,23 284:2,6
285:13,15,18 286:3,6,16

**ISG**
12:6 14:24 15:8,14,25
17:3,13,14,21 18:2,3,5,7,
19 19:1,6,7,23 20:5,8,14,
21 21:5 22:8,21 23:7
24:22 26:20 27:4,7 28:3
29:4 30:12,18 32:3,25
33:14,20 35:2,15,22
39:14 40:2,5,9,16,21
42:9,12,17 43:4,17,19,22
44:11 45:13,22 46:4,7,13
47:7,13 48:20,24 50:23
51:7,11,14,23 55:8 57:18
58:7,19 59:25 60:20
61:1,5 62:12 63:11,16
65:18,25 66:8,25 68:12,
13,24 69:4,14,16 70:1,25
74:16,20 75:1 76:7 82:10
86:4 88:2,25 89:2,25
90:7,25 91:3 92:16 93:1
94:25 95:25 96:6,11,16
97:11,12,13,14 99:5
100:7 104:16,23 105:20
106:4,25 107:8,9 108:4,
17,20 112:11,18 113:11,
19 114:5,16 115:1,12
119:22 120:2 121:25
122:3,7,22 123:1,7 131:3
135:19,20,25 138:3,11
140:18,22 141:12,15,24
145:18 150:1 153:2
156:24 157:17 158:10,18
160:17 163:4,21 164:11,
12 165:14,24 166:6,19,
22 168:5,13,19,22 169:3



171:13 173:2,12,20 174:16 176:15,19 183:4,9 184:11,17 185:14,20 188:2,7,9 189:12 191:4,13,18 195:24 197:15 201:25 204:19 206:12 214:1,6 215:13 222:20 223:8 226:7,17 227:2,8,15 228:18 236:23 237:19 239:24 240:3,9 241:16,21 242:7,8,20 243:23 244:4,15,17,19,24 245:7,24 247:17,23 248:19 249:17 250:5,13 251:1,3 252:12 253:5,8,9 254:19 256:6,21 257:4,11 258:19 259:5,23 261:16,22 262:3 263:15 265:10 266:9,16 267:13,14 269:20 270:1 279:7,18 280:5,8 281:12 282:14 283:11,23 284:2 285:13,22 286:4,9,10,14

**ISG's**
30:2 70:10 77:6 81:17 86:19 106:22 124:10 260:10,14 284:5

**ISG000006137**
158:20

**ISG22-0022GS**
193:13

**ISG22-0080**
205:10

**ISG22-0080-PERFORMANCE**
205:23

**isn't**
54:13 143:23 276:11 277:1

**issue**
113:6 156:18 189:1 259:9

**issued**
37:2 63:24 126:10 131:16 227:10

**issues**
258:25

**it**
12:14 13:1,2,18 15:6 16:23,25 17:14,23 18:22,24 19:8,14,17 21:4 22:23 23:1,2,5,6,8,18,24 24:11,23 25:6,24 26:5,17,22 27:11,21,23,24 28:13,14 29:1 30:6,15,20,22 31:8,11,15 32:15,20,21 33:2,7,9,19 34:23 35:11,24 36:2,8,10,14,20,23 37:8,19,23 38:1,3,20 39:22 41:6,11,25 43:15 44:17,25 45:6,10,21,24 46:7,14,23 47:11,17,24 48:2,25 49:1,2,13 51:10,22 52:7,20 53:3,5,6,8,11,14,23 54:5,14 55:5,10 56:24 57:16,23 58:6,7,10,20 59:1,15,16 61:24 62:16 63:1,8,12 64:10,11 66:7 67:12,13,19 68:2,7,12 69:6 72:3,4,21 73:1,2,6,9,11,14 74:3 75:19,22 76:22,24 77:25 78:4,24 79:11 80:19,23,25 81:14 82:17 83:9 85:9 86:11 87:19,20 88:18 89:1,8,10,16,23 90:15,16,22 92:9 93:20 94:1,23 95:6 97:17 98:3,9 99:2,10,12,19,20,24,25 100:18

101:7,12,13,17,20,21 102:1,4 103:9,16 105:13,17 106:14 107:22 108:6,9,10,12,13,15 109:9,21 113:6,13,15,16,25 114:2,4,6,7,8,13,17,18,19,23 115:3,4,5,7,18 116:17 117:16,18,22,25 118:2 119:8,25 120:10,19,20,21 121:17,20 123:11,20 124:1,6,8,10 125:4,16 126:1,10,11,14 128:12,14,15 129:1,17,23 131:20,21,23 132:1,2,14 133:7,15,25 134:4,5 135:9 136:1,4,12 137:11,17,22,24 138:7 139:13,24 140:17,22 141:1,6,7,25 142:2,6 143:1,11,21 144:3,4,7,18,20 146:7,8,11,12,13,16,22 147:24 148:3,6,7,10 149:12,16 151:6,8,11,14,15 152:3,6 153:19,23 154:1,2,4,16,21,24 155:7,9,10,15,23 156:2,9,10,11,14,22 157:11 158:7,9,22,23 159:7,11,12 160:1,20,22,24 161:4,14,22,25 162:2,10,14,16,25 163:3,19 164:7,23 165:1,8 166:17,22,23 167:5,9,15,17 168:3,4,6,8,12,18 170:3,18 172:1 173:19,23 174:1,16,19 175:1,6,8,12,16,18 176:1,3,12,13,24,25 177:5 178:3,10,12,17,21,24 179:18 180:6,7,8 181:12,18,20,23 182:3,8,16 184:17 185:22,24,25 186:11,12,23 187:5,10,16 188:10,24 189:5,7,



9,10,22 190:15 191:17,
18,21,25 192:14,19,20,
24 193:15,18,23 194:8,
19,21 195:7,11,23,25
196:8,12,15,17,22 197:5,
12,16 198:3,10 199:1,6,
17 200:10,18 201:5,15
202:12,13 203:7,13,15
204:21,22 205:4,5
206:21 208:1,10,19
209:1,6,10,15 210:11,14,
15,18 211:17,20 212:8,
13,17,23,24 213:3,7,9,
12,19,22 214:5 215:12,
14,16,18,21,24 216:9
217:3,12,16 218:4 219:5,
7,9,14,16 220:3,5,9,16
223:21,23,25 224:7
225:5 227:8,16,23 228:2,
4,5,10,12,13,19,20 229:6
230:14,16,22 231:2,7,13,
16,19 232:3,21,25 233:1
236:3 237:1,2,7 239:3,
21,25 240:2,5,6 241:3,7
242:24 243:5 244:6
246:8,12 247:1,10
248:23,24 249:18 251:1,
21 252:1,6 253:4,10,11,
12,13 256:2,3,4,23
257:19,21 258:3,20,22,
23 259:16 260:3,10,12,
13 261:13,24,25 262:2,
13,15,19,20,24 263:2,5,
10 264:19 265:4,9
266:23 267:1,2 268:3,11,
19 269:10,12,22 270:3,9
271:7,23 272:23,24
273:17,25 274:15 275:6
276:1,5,6,15 277:7
278:8,11,24 279:14,21
280:2,14,21 281:14,22
282:4,12 283:5,10

**it's**
17:3 20:2 25:6 26:8
29:16 30:22 33:2,13,17,
18 36:17 37:25 43:8 45:8
47:15,19 48:7 49:25
50:5,8 53:17 60:12 61:17
67:10 72:24 73:13 74:2
77:3 78:2,6 80:19 87:20,
21 88:4 98:19 99:13
107:24,25 109:16 110:1,
7,25 111:2,4 113:8 115:6
117:9 118:6,10,19
121:18 127:13,16,24
131:11 132:7 133:16
135:19,20 137:4,5,17
139:19 140:8,13,22
141:16,18 145:7 147:14
153:1,25 155:11,12,15,
21 158:9,10 164:24
165:24,25 166:25 167:4,
10 168:21 171:15 174:4,
10,22 175:1,4,7 179:4,
18,19,21 181:11 182:6,
21 184:11 186:22 189:1
197:1 198:17 199:16,17,
20 200:20,21 202:22
203:3 208:18 212:1,12,
14 213:20 214:21 216:5
217:2,14 219:19 222:10,
13 224:15 225:2 233:22
237:2,3,4,5,16 242:17,25
243:6,8,14 244:5,7,8
246:9 247:12 256:13
263:7 264:22 267:19
268:7 269:2,6 271:8
277:4 279:10,11 280:15
283:17

**item**
136:15 152:23 187:21
199:13 211:10,11,22
242:24

**items**
79:12 199:14 207:7,8

**ITFN**
139:13,15,19 140:1,18
141:8,11 142:7,16,17,21
143:2,18 150:9,13
151:20 152:3

**its**
26:21 33:15 44:12 58:19
165:8 201:4,10 217:18
239:8 240:9

**itself**
112:3 129:2

---

**J**

**JA**
56:22 57:11,17,23 58:11,
15 114:25 157:8 158:22
160:12 161:7,9 170:19
187:1 219:16

**January**
271:24

**Jared**
122:2 173:4 195:5 196:6
197:3,5 202:9 203:18

**Jared's**
195:15,23

**Jason**
15:10,11 16:23 17:3
52:25 55:2 67:19,23
70:5,21 72:1 81:17 91:22
92:2,4 120:11 123:9
142:5 147:1,2 148:17
149:13,21,25 171:22
172:15 208:20 212:16
217:17 234:6 235:8
243:16,24 244:3 256:9,

 

13 260:21,24 263:11
268:8 271:23 272:16

**JB**
246:7 256:25 263:25
283:10

**Jean**
204:9

**Jeremiah**
200:4,5 201:2,3 204:8

**job**
19:22 20:3 39:2 56:13
57:21 76:1,11,23 77:23,
25 78:2,4,6,20 79:9
85:25 86:23 113:4,18,20,
22 114:1,4,5,10,15,24
115:1,7 121:12,15
133:14 141:16 142:8
152:22 153:1,2,16,21,25
154:3,5,9 156:2,3,24
157:9,20 158:3 165:10
169:22 172:3 173:12,21
175:14,24 176:10,18,19
177:1,9,13,20 179:16,19,
21 180:3,10,16 181:7
182:6,12 183:16,21
185:7,8,9,13,25 186:2
187:8 204:25 232:20
233:1 238:18

**job-tracking**
80:4 157:18,25 159:1

**jobs**
50:6 69:14,16 108:14
122:15 133:2 222:14

**jog**
44:17

**John**
205:19

**joke**
85:14

**jokes**
85:19

**joking**
86:9

**judge**
226:19 227:10

**judge's**
224:8,23 225:25

**Judging**
76:10

**July**
151:1 272:24

**jump**
93:22

**June**
125:19

**just**
11:7 13:1 14:1 21:16
28:13 29:10,16 31:23
32:20,21 35:6,20 38:1,3,
19 39:2 41:25 45:16,21
50:5,6 53:3,4 54:1,6,22
55:5,14,18 60:2,17 66:21
67:6 68:3 72:24 75:21,22
76:25 78:2,6 79:15,22
81:4,15 86:1 87:21 88:7
89:10,18 94:11,14 99:2
101:12,20,21,25 105:14
108:4 109:16,17,20
110:3 111:2,12 113:17
117:6 118:6 123:16
124:18 127:16 132:5
133:2,13,14,25 134:16,
25 137:16 138:10 139:5,
7,8 142:20 145:15 146:1,
12,15 148:6 151:14

156:9 158:18 161:19
162:6,14 163:7,10 165:8
166:25 167:4,9,15,16
170:4,11,25 171:6
173:24 174:19 175:1
181:23 184:5,19 185:23
186:11 187:1 188:10,20
189:10 192:14 200:19
206:2 208:11 209:23
210:1 212:21 213:20
215:13 216:11,23 217:1
219:10 220:23 221:6
227:13,17,20 229:22
231:9 232:3,12 236:8
238:3 239:20 242:2,17,
23 244:18 245:16 248:24
249:3 250:21 252:7
258:23 264:6 265:14
267:3,4,6,16 269:18
270:19 271:1,4 272:6
274:5 276:5 280:15
281:23 283:7

---

**K**

---

**Kasey**
70:5,22 72:20 81:2,15
127:23,24 128:1,7,12,13,
14,15 129:7 130:18
204:14,18,19 205:11,18
206:20 207:2 208:20
209:5 211:1,12,18
212:16,25 228:3,20
229:9,20 235:6 286:17

**Kasey's**
208:25

**KEE**
11:6 14:22 16:6,12,17
23:14 25:23 26:25 29:25
31:16,23 35:20,25 36:15,

 is now 

18 37:13,17 38:2,6,9
41:20,24 42:4 43:12 45:5
52:1,3 65:11,13 67:6
69:8 74:11 79:4 80:10
81:4 83:13 89:22 98:19
116:16,19 121:16 124:2
134:16 135:14 136:25
138:22 184:9 208:11
225:9,12,18,22 252:16,
21,24 253:2 262:21
267:13,16 271:14 274:21
275:10,13,17,21 276:3,8,
11,16,19,23 277:12,20,
23 278:5,10,19,23,25
280:15 281:21 282:2,8,
22,24 283:6,9 287:5

**keep**
55:5 101:17 107:17
109:22 130:16 141:18
173:25 190:21 198:9
202:17 207:12 246:21
248:10 285:18

**keeping**
66:7,24 101:10 109:17
121:6 189:2 198:9

**keeps**
35:11

**Kenny**
247:16,20 254:9 255:14
256:24 257:4,10,17
259:3,4,18 273:13
275:11,14 277:5,14

**Kenny's**
261:13 263:14

**kept**
93:25

**Kevin**
90:24 91:18,21 92:1,7
123:16 124:19 125:7

241:14 242:7 243:23
244:14 246:1,2,14
250:12 252:8 253:4,20
254:1 256:10,13,25
257:1 264:16 265:1
266:5 268:8 269:3
273:13 280:3 282:9,13
284:1,5

**Kevin's**
123:19 124:3 252:11

**kind**
21:19 31:4 45:16 77:3
79:11 85:14 86:3 109:24
111:3 112:24 132:17
178:13 182:19 198:8
202:22 210:25 211:13
228:4 254:14 261:5
263:8 267:8 286:8

**knew**
44:15 52:22,24 61:4,9,12
94:18,25 96:4 100:2,3
101:3 147:9 172:3,7,8
222:10,13

**know**
14:11,13 20:23,24 21:1,
4,14 22:23 27:1,10,11,
15,16,17,18,20,22 30:4
32:7,14,15,24 33:9,18
34:2 35:4 38:11 39:6,8
40:6,7,12 41:6 42:9,15,
21,23,24,25 44:8,10,14
45:11 47:5,14,21 48:15,
22 54:12 55:10,12 57:10
58:1,3,5,9,18 63:15
66:21 67:9 68:2,3,24
69:4,9 70:23 71:5,8,19
72:8,15,25 73:20,21
74:16,20 78:19 79:23
81:12 82:8 84:19 85:8,16
86:20 89:9 92:16,22

94:8,9,14 95:15 96:21,24
97:10 99:14 100:11,15,
17 102:12,14,22 103:4,5,
13,18 105:12,20,25
106:18 107:12,16
108:18,21 109:8 120:17
122:9 123:3 124:18
125:10 126:17 130:18
132:20 137:25 141:25
145:24,25 147:2,22
148:8,23 149:23 150:4,5
154:15,18 161:22 163:20
164:8 165:7 166:11
169:7 170:16 171:10
172:7,8 175:17 177:5,11,
14 182:16 183:7 184:16,
17 185:22 186:7 191:13,
16 192:19,21,25 194:12
197:11,15,24 199:1,25
200:3,17 203:18 204:18,
20 208:4 209:7 211:1,12
212:25 213:3,23,25
214:1,15,19,22 217:17,
24 218:1 219:5 220:20,
22 221:8,18,24 224:17,
20,21 225:1,5,6,8,17
226:16 227:11 228:19,20
229:19 231:11 232:12,
14,17 233:24 234:23
235:8,24 236:2,4,5,7,8
237:21,23 238:9 239:10
240:5,23 241:1,8,10,11
242:17 243:11 245:1,15,
16,19,20,23 246:3,4,16
247:15 248:23 250:11
251:19,23,24 252:11
253:7,23,25 254:8
255:24 257:13,22 258:16
260:22 262:14,21 263:3,
11 264:21,25 265:1,3,4,
5,8,9,11 266:10,11,14
267:4 269:7,21,22 270:2



271:10 272:7,11,17
273:23,25 274:4,5,6
277:4 279:19,23 280:10
282:15,21 283:13,15
284:7 285:6,21 286:11,
17,19 287:3,4

**knowledge**
42:16 217:1 283:5

**known**
151:6 192:22 211:16

**knows**
77:2 133:17 283:2
285:20

**Kraft**
70:5 81:16 204:15,18,19
205:11,19 208:20 211:18
235:6

---

## L

**L&m**
213:10 214:20 215:15
216:20,24 217:14,20
219:1 220:24

**LA**
243:21 244:3

**label**
167:17 186:6 196:24

**labor**
69:25 70:11,14,17,20,24
71:8,15 72:14,22 130:17
131:23 140:11 144:5
199:5,6,19 201:5 208:21,
23 209:3,11 210:7 213:6,
17,21,24 214:2,7,10,21
223:9,15,16 224:7
226:12 230:1 233:12
234:10 235:13,16

**laid**
283:4

**Laiton**
236:25 238:1,7,17
239:21 240:7,20 241:3

**landscaping**
207:17

**language**
22:4 23:23 46:1 59:10

**large**
179:5 182:5

**last**
11:14 62:19 79:12 97:2,4
99:10 104:12 121:22
123:16 125:5 212:8
249:4 280:1 281:5

**lately**
90:12,17

**later**
193:16 195:4 196:5

**latest**
171:6 207:3

**laugh**
224:16

**laughing**
224:15

**lavender**
53:24

**Law**
272:2,10,22

**lawsuit**
47:24 48:8 59:19 86:7
99:18 105:15 106:4
177:7

**lawsuits**
273:2

**Lawyer**
272:3

**layout**
137:16,24

**leadership**
264:12

**leave**
104:12 167:16

**leaves**
128:24

**leaving**
112:25 113:1 128:2

**Lee**
37:3

**left**
31:19 93:7,15,22 124:18
138:24 139:22 144:25
160:1 185:4 199:12

**legal**
66:13 67:3 225:8 272:10

**lender**
269:11

**less**
156:5

**let**
19:10 27:5,8 35:8 44:19
45:2 57:6 79:22 80:11
81:24 87:23 89:19 109:2,
18 110:3 123:21 130:1
133:14 134:18 146:17
163:1 167:2,7 172:10
198:19,20 207:23 209:7
256:3 264:14 268:23
277:8

**let's**
19:22 29:18 34:3 38:7
43:25 58:1 70:8 84:21

 is now 

211:8,17 217:8 259:18

**letter**
83:16 273:17,22 274:2,8,
14 277:17,25 278:6,20
279:1,2,4

**letterhead**
81:17

**letting**
120:16 252:19

**level**
269:24

**license**
251:12,21

**light**
85:18

**like**
18:22 24:11 27:1 28:14,
18 29:12,13,15 31:6 36:6
38:23 40:3 45:11,21
53:17 54:2,5 55:19 57:16
69:6 72:9,24 75:19
76:22,24 81:14 82:17
83:15 88:10,14 89:1
90:16 92:22 97:17 99:12
100:11 103:15 105:13,17
107:19,22 108:6,9,12,15
109:9,21,24 111:3 114:2
117:9 119:8,25 120:10,
18,20 121:17,20 122:14
123:9,11,20 124:6,8
125:4,10 126:11 127:14
130:18 131:15 133:13
135:9 136:1 137:22
140:5,6,17,22 142:6
143:8 144:4,10 145:8
146:19 148:8,14 151:15
152:6 153:19 158:7
159:11 160:20,23 162:7,
25 163:3,10 164:7 165:1

166:17,19,23 167:20
170:3 175:9 176:24
177:21 178:17 183:16
184:10,16,18 185:23
186:2,23 187:5 189:5,6
191:17,18,21,25 193:16,
18,23 194:8 195:4,7,10,
12,25 196:6,8,12,15,17
197:12 198:8 199:2
202:22,23 206:21
207:10,17,18 208:10
209:1 211:8,12,25 212:8,
17,23 213:7,19,22 214:5
215:12,16 217:12,25
219:8 220:17 221:14
223:21,23 227:16 228:6,
10 229:22 230:14,16
231:1 232:1,4 233:9,18
234:16 236:2,18,24
237:2 239:3,10,22,25
240:4,8 241:3,7,24
242:4,14,17,24 244:11,
12 245:14,16 248:2
251:15 253:18 254:23
255:9 256:23 257:6,20,
21 258:17,20 259:16
261:12,24 262:2 263:8
265:18 266:1,10,16
268:4 269:11,12 271:16
272:14,15 274:15 277:15
280:21 282:4 285:23

**likely**
49:4

**limited**
285:13,15,21 286:3

**line**
41:22 55:21 56:3,8,11,13
60:3 74:14,25 79:3 89:5
93:6,7,13 95:23 103:22
108:23 109:25 110:18

112:9 144:10 157:7,8
161:8 169:22 187:25
196:7 208:21 231:7
240:22 242:24 243:9
271:24 273:17 281:12,
14,19 282:14

**lines**
31:20,24 41:15,24 42:5
104:13 182:16 255:10

**lining**
188:20

**link**
272:2,23

**Liquide**
196:7

**liquidity**
285:13,20,21,23 287:10

**list**
29:12,16,23 40:19 51:1
76:10 77:1,4,5,14 89:11
92:13 124:25 134:1
135:25 136:16 137:19,25
140:23 156:23 169:19
176:14 186:5 187:20
213:24 240:22 281:23

**listed**
29:1 102:20 122:13
129:24 237:16,17 262:5
265:3 266:5 272:22
280:19 282:9 283:20,22

**listened**
118:22

**listing**
51:2 107:20 108:2
246:20

**listings**
41:3

 is now 

**lists**
24:12 264:16,19 283:10
284:1,5

**litigation**
22:14

**little**
24:6 31:16 117:20
167:20 208:18 231:4
235:11 265:15

**LLC**
269:21 283:11

**loan**
281:12

**loans**
255:10

**locals**
117:23

**locate**
32:13 61:1 101:4 134:7

**locking**
170:23

**log**
121:12,15 160:7,9
201:21,22 235:22 236:1

**logic**
158:1

**logo**
166:4,22 209:15

**logs**
159:13

**long**
191:13 204:18 212:12
266:24

**longer**
81:6

**longstanding**
280:4

**look**
12:19 21:12 23:3,15 24:8
29:7 38:23 45:3,21 49:12
51:17 53:4,20 55:10,20
61:19 73:19 74:6 78:25
106:8 108:15 111:10
117:23 120:18 121:10
124:7 126:18 127:9
133:18 134:19 135:9
137:19 139:12,18,23
142:1 152:18 153:13
157:12 163:6 164:17
166:18 169:19 184:3
189:14 191:10 192:6
196:18 200:5 210:6
215:21 217:8 220:9
221:9 223:6,10 229:6
232:21 233:17 234:16
239:7 240:1 241:2 243:3
256:3 259:18 264:9
280:18

**look-up**
199:16

**look-ups**
70:21 199:11 213:10,12,
13 216:3,11 217:2

**looked**
21:8 29:22 45:23 54:13
62:14,16 68:9 74:3 75:11
160:12 173:24 179:24
212:13

**looking**
40:19 42:7 44:17 54:16
58:5 61:18 62:1,7 74:8
77:1,2,5,13,15 81:3
104:16,25 106:9,13
114:14,17 124:22 135:12
145:20 146:23 148:21

161:1 173:23 174:12
175:12,14,19,24 176:13,
18 181:6 184:6 197:21,
22 229:11 231:5,24
281:12

**looks**
24:11 40:3 53:17 54:2,5
57:16 75:19 76:22,24
81:14 82:17 83:15 88:10,
14 89:1 99:12 105:13,17
107:22 108:6,9,12 109:9
114:2,19 119:8,25
120:10,20 121:17,20
123:9,11,20 124:6,8
125:4 126:11 136:1
137:22 140:17,22 142:6
145:8 152:6 153:19
158:7 159:11 160:20
162:25 163:3,19 164:7
165:1 166:17,23 167:20
170:3,18 174:7 175:9
176:24,25 178:17 184:10
186:23 187:5 189:5
191:17,18,21,25 193:15,
18,23 194:8 195:4,7,25
196:6,8,12,15,17 197:12
198:8 206:21 208:10
209:1 212:17,23 213:7,
19,22 214:5 215:12,16
217:12 223:21,23 227:16
228:12,13 229:22
230:14,16 232:25 239:3,
22,25 240:5 241:3,7
256:23 257:6,21 258:20
261:24 262:2 268:3
269:10,12 280:21 282:4

**loop**
186:10

**lose**
203:10




**lost**
156:8 195:15 198:2
203:4

**lot**
14:4 29:1 40:20 54:2
95:19 111:1 123:19
158:10 222:5 239:24
258:17

**Louisiana**
275:9 278:10

**Loupe**
204:8

**Lowe**
123:5

**LS**
131:13 132:5 133:1

**lump**
197:12

---

**M**

**M-C-C-A-U-G-H-Y**
237:3

**made**
58:19 125:1 200:23
201:9,16 215:21 217:10
218:5 273:1

**magistrate**
277:1

**main**
112:22 264:22

**mainly**
127:24 255:8

**maintaining**
112:23

**majority**

180:8

**make**
45:21 46:25 49:1 54:22
72:21 85:19 100:17
126:20 155:22 166:18
171:6 181:1 189:7
192:20,25 194:20 200:6
202:6 204:1 210:3 213:9
216:24 221:9 235:20
236:9 248:9 270:24
287:14

**makes**
37:19

**making**
133:15 178:2,5 181:18
182:20 198:10 201:25
202:3 218:8 221:25
232:20 233:1

**man-hours**
155:1,2

**management**
17:20 52:22,24 120:11
121:1 141:19 155:3,16,
22 156:7,11,15 168:5
179:2 180:16,23,25
254:19,22 266:3 284:13,
15 285:7 286:3

**manager**
121:18 122:14 124:24
144:17 173:5 182:24
284:2,6,9 286:23

**managers**
124:25 125:2

**manload**
159:17 162:8 179:23
187:6

**manload-s-curve**
165:25 166:16

**manpower**
156:5

**manual**
144:5 207:21 208:2
237:20 240:10

**manually**
159:16 286:12

**many**
180:7 194:19 267:15

**map**
189:17 192:2

**mapped**
110:7

**mapping**
188:17

**March**
11:14 30:11 52:14 53:17,
22 54:1 58:23 104:8
105:14 107:23 108:1
194:13 196:6 249:5

**mark**
36:8,25 116:7 135:18
143:13 158:9 205:7
210:8 256:2 264:3
269:19 274:10 280:14

**marked**
37:5 50:16 63:21 80:13
83:4,25 87:24 116:9
120:6 126:5 135:21
137:2 139:1,2 142:13
143:15 150:21 151:23
157:5 158:12 162:5,20,
21 165:21 172:23
173:15,17 177:17 189:20
190:9 193:6 194:4 195:2,
17 196:3 204:12 205:8,
15 206:24 208:14,16
210:9 227:5,12,25 234:4

 is now 

238:14 239:17 240:17
247:4 255:21 257:17
258:6 264:4 265:20,22
267:23 268:24,25 270:13
271:20 273:10 274:11
275:1 277:5 281:3,17

**marketplace**
259:20,24

**marking**
50:15 63:19 80:11 83:2,
24 87:23 120:4 126:4
142:12 150:19 165:19
172:22 177:16 189:15
190:4 193:4 194:3 195:1,
14 196:2 204:11 205:14
206:22 227:4 238:12
239:16 240:15 255:19
258:5 267:22 270:11
271:19 272:19 273:8
274:24 281:25

**markup**
146:10

**master**
39:3 45:10 56:22 57:11,
18,23 58:11 92:18
130:16 142:18 145:22
150:9 152:3 157:8
158:22 161:7,9 165:25
166:16 171:12,18,24
173:13,20 177:20 179:23
182:19 185:13 187:22,
24,25 188:6,22 189:18
200:11 202:7 204:15,16
205:2 209:6 211:18
235:11,12,13 236:9

**match**
41:22 188:20

**matches**
72:25

**material**
69:25 70:11,14,18,20,24
71:9,15 72:14,23 130:17
131:12,24 204:2 208:21,
24 209:4,11 210:7
211:14 212:1 213:6
214:7,11,23,24 218:9
223:16 224:8 233:12
234:10 235:13,16,17
236:1,9 241:22 242:2

**materials**
207:17 215:11 223:9,15
226:13 245:11

**Matt**
204:9

**may**
23:5,7 25:24 34:19 78:22
104:4 120:17 125:11,18,
19 126:10 145:1 155:4
175:16 192:13 220:13
223:7 238:17 240:11
260:12 279:3,21 287:11

**maybe**
31:17 117:18 130:18
187:14 192:16 210:3
228:13 235:9 247:1

**Mccaughey**
236:25 237:5

**MDB**
36:5

**me**
25:17 30:6,20 36:10
38:24 41:15 44:25 53:22
73:17 79:22 80:11 83:20
84:22 87:23 98:3 99:1
109:2 110:3 113:8 118:1
126:19 130:1 133:14
134:18 138:21 140:25
143:22 148:15 163:1

194:19 197:20 198:19
209:7 210:15 216:22
218:24 219:4 226:23
227:17,22 228:4,21
229:21 231:1,3 232:5,10
237:1 242:16 246:21
247:12 252:7 261:14
264:14 268:23 269:9
284:20

**mean**
21:19 26:24 30:9 42:9
43:8 44:16 48:23 55:17
58:1 64:24 67:9,10,16
73:10 85:11,16,18,23
86:1 92:8 94:13 95:19
100:11 101:13 108:25
109:20 111:11 112:4
118:5 120:24 128:4
129:16 136:2 137:10
145:18 146:19 147:9,22
148:6 151:8 161:1
170:16,24 171:2 186:17
188:4,13,19 189:2,24
197:7 198:13,23 200:17
207:13 208:10 209:12,16
210:1 212:18 215:4
216:4,12 217:2 221:18
225:2 226:22 228:10
229:14,23 231:12 242:2
247:6,12 249:5 250:8
251:8 254:5 259:25
260:15 261:12 262:13
263:2,5,6,7,10 265:11
270:21 272:10 284:21
285:23,24

**meaning**
154:1 260:4

**meanings**
187:17




**means**
26:8 128:3 262:22

**mechanical**
231:16

**mechanically**
251:19

**mechanics**
45:12

**meet**
15:4 264:12 266:22

**meeting**
152:12 179:1,6 267:1
268:12,17,19

**meetings**
255:2

**members**
283:12,19,20,22

**memo**
282:5

**memorize**
146:12 219:23 230:23

**memorized**
146:16

**memory**
44:18 146:5

**mentioning**
281:8

**message**
118:11,19

**messages**
272:25 273:2

**met**
28:7 266:19

**metadata**
280:19

**Microsoft**
32:18 35:7,11 59:11
87:13 111:3 251:13

**middle**
276:25

**midst**
178:10

**might**
18:2 95:2,13,18 234:14
261:25

**Mike**
123:5

**Milligan**
98:9

**million**
280:6

**minute**
116:15

**minutes**
14:1,4

**missed**
83:11

**missing**
66:18 102:2

**Misstates**
224:4

**mistake**
247:14

**mitigate**
113:6

**MMR**
13:6,14,20,24 14:15,24
15:14,24 17:2,13 18:2,
18,25 19:25 20:8,15
22:20 24:9,14 26:5,9,18,
20 27:3,23 31:25 35:14,

21 38:25 39:5,17 40:1,8,
15,20 42:6 43:25 44:8,15
45:20 46:6,12,14,20
47:3,16 48:20 49:8 51:8,
10,14,19,22 56:25 57:3,
5,8,12,23 58:9,14 61:1,4,
9,19 62:2,11 63:12
65:18,21,23 66:7,24
68:12 69:23,24 70:17
71:1,10,18 72:7,22 74:17
75:1 77:22 81:8 85:3
86:10 93:7,8,10,25
96:10,15 98:7 99:8
100:3,17 102:10,25
103:5 104:17 105:4,11
106:17 109:14 110:21
112:24,25 113:1 114:1,4,
11,24 115:10 116:3
118:17 119:1,7,9,17
137:7,21 138:8 139:25
140:16 141:23 142:4
145:18,21 146:13 147:3
149:22 153:15,16 154:1,
4,6,12,17 157:25 160:17,
23,24 163:16,17 164:4
165:4,10,13 166:9,12
167:16 168:2,13 170:6
172:3 173:24 174:8,13,
15 175:10,14,24 176:10,
11 179:24 183:11 184:1
185:4,15 191:1,19 194:9
195:20 198:22,24 199:3,
19 200:3 201:4,9,13
203:9,21 204:1,7 205:3,
11 206:3,13 208:6 213:5,
15,23 214:3 215:9,13
217:18 218:4,5 219:16
221:10 222:7 228:6,17
229:6 230:19 231:5,6,24
232:18 233:5,9,16 239:8,
11 260:17 264:19

AdvancedONE LEGAL    is now    LEXITAS

**MMR's**
12:4 18:6 44:24 65:5
66:1 76:6,23 77:21
78:15,20 82:20 84:9,16
106:4,9 118:20 119:16,
21 138:2 148:25 149:25
157:9,20 158:3 159:1
164:4,23 166:15 167:11
168:23 169:4,9 170:9
176:18 183:5 188:2
189:10 190:12 198:9
202:3 209:15 223:18
224:1,9 226:18 237:20
262:3 281:25

**mockup**
136:16 137:20 140:25
141:22 150:17 191:11

**modified**
42:7 140:18

**module**
118:4,6

**money**
248:5

**monitoring**
270:22,23

**month**
85:24 265:12

**monthly**
87:18 244:5 255:2

**months**
266:23 276:24

**more**
49:4 83:20 84:22 90:16,
17 151:11 156:4 167:20
181:21 186:14 193:1
243:23 248:1,3 272:25
273:1

**most**
108:25 109:1 151:16
178:12 187:18 229:21

**move**
23:12 188:15 224:18

**moving**
96:10 134:11

**Mr**
11:6,7,19 12:17 14:9,20,
22 16:6,12,17 18:15
19:2,10,16,19 23:12,14
24:5 25:13,21,23 26:23,
25 27:5,8,13,19 28:22
29:10,21,25 31:14,16,17,
21,23 35:8,18,20,23,25
36:15,18,19 37:3,9,13,17
38:2,6,9,10 40:10,17,22
41:8,20,24 42:4,19 43:5,
8,11,12,14 44:19 45:2,5
46:9 48:11 50:3,11 51:24
52:1,2,3,8 53:12 54:15
56:17 57:6 58:2 59:4
61:6,14,21 62:9,13 65:9,
11,12,13,17 66:10 67:6
68:14,21 69:6,8 70:2
73:25 74:9,11 75:7,12,16
76:25 77:12 79:2,4
80:10,17,21 81:1,4,24
82:25 83:10,13 85:4
89:19,22 93:18 94:4,20
95:7 96:7,18 98:17,19
101:18 102:17 104:9,18
105:2 109:18 112:4
115:13,20 116:16,19
117:19 119:23 121:14,16
123:21,25 124:2 134:14,
16 135:12,14 136:23,25
138:4,22 146:17 148:2
153:12 154:13,20 157:6
158:5,16,19 160:18

165:5,15 166:20 167:2,7,
13,22 168:10 169:10,15
172:10 174:24 175:5
176:5,21 184:8,9 186:24
190:7 196:23 197:7
202:11 207:23 208:11
218:22 219:25 221:23
223:2 224:11,24 225:4,7,
9,11,12,16,18,22 226:15
227:7 231:8 232:23
252:16,21,24 253:2
256:1 260:2 261:7
262:16,19,21,23 264:13
267:13,16,19 271:12,14
274:21 275:10,13,17,21
276:3,8,11,16,19,23
277:12,18,20,23 278:5,
10,19,23,25 280:13,15
281:21 282:2,8,22,24
283:6,9 287:5

**MRI**
138:20

**Ms**
13:8,16 15:16 16:1,8,14
17:15 18:20 19:4,12
22:9,15 25:19 26:13
29:18 36:13,16,22 37:7,
11,15,22 38:4 39:19
40:24 41:17,21 46:16
48:9 50:1 52:10 66:12,17
67:2 68:16 69:1 71:3,12
76:13 77:9 82:21 84:11,
17 85:6 91:10 92:20
97:22,25 103:2 104:20
105:6 106:11 116:14,17,
20 138:19 140:3,20
145:12 147:4,17 149:2,5
150:2 155:17,25 157:2
158:14,17 161:5 168:15,
24 169:5 170:1 172:5
175:22 177:3 190:6



191:22 194:16 198:20
200:8,13 201:11 204:4
206:14 208:8 214:13
217:21 218:10,20
221:12,19 222:17,21
223:19 224:3,13,18
225:14,20 226:2,20
232:7 235:18 237:13
243:18 244:21 245:8
248:21 250:6 252:13,18,
23 253:1 254:15 259:6
261:9 262:7,11 263:16
267:11,14,21 272:18
274:19,23 275:3,12,15,
19,24 276:4,9,13,17,21
277:3,22 278:2,8,15,22
281:18 282:6,18,23
283:1 284:3 285:17
287:7,16,17

**much**
34:15 114:6 146:3,20
176:1 199:17 243:1,6,10
244:5,8 247:22 265:19

**multiple**
15:3 183:1

**multiplier**
149:14

**multipliers**
149:11

**must**
39:22 119:18

**my**
28:7 29:11 32:3 33:3
38:3 45:17 53:10 61:19
63:7 68:6,7 70:7 80:23
93:16,22 101:12,20
107:8 109:1 112:24
115:23 135:24 138:20
151:20 190:8 209:4

215:1 231:4 244:23
252:16,21 253:3 256:5
283:25

**myself**
114:7 128:7

---

**N**

**name**
39:2 47:11 73:23 98:2
121:22 123:16 124:19
125:5 144:15 209:15
211:10 269:13 281:11

**named**
48:7,15 125:12

**namely**
162:24

**names**
211:11 219:20 229:22

**naming**
231:20

**native**
162:15 280:12,16,17

**nature**
45:18 232:13

**navigate**
198:5

**NECA**
72:16 198:18 199:7,20,
21,22,23 200:6,20,21,23
207:10,12

**necessarily**
11:20,22 145:23 263:1
275:20,21,25 284:20

**necessitate**
185:24

**need**
34:20 36:14 57:4 75:24
77:18 155:4 156:4,19
182:6 199:13,14,16
209:3 220:15 226:4,8
235:25 237:10 248:6,16,
18 252:24 270:24 278:9
281:22 287:16

**needed**
18:23 94:9 111:10
129:18 133:18 188:8
209:12

**needing**
12:22 190:15 272:12,13

**needs**
144:23 155:23 220:16
251:25 270:24

**Neither**
260:21

**nervous**
94:15

**never**
17:4 34:9 84:13,19 86:13
111:22 149:18 150:6
164:14 172:18 217:14
221:14 240:5

**new**
33:4 104:15 113:2
114:15 152:25 153:2
169:21 174:20 176:14
192:2 209:3,11 214:17
221:9 228:18 229:3
232:12,13,14 233:12
234:1 239:24 251:24,25
252:2 281:12

**News**
272:2

 is now 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al                347
BEN HUFFMAN, 02/08/2024                              Index: next..notes

**next**
45:4 98:3 122:2 133:25
196:19 197:1 229:20
268:4 279:25 282:17

**nine**
186:11 267:19

**nitpicking**
234:14 235:10

**no**
15:19,21 16:20,21,22,24
17:5,19,20,22 18:4,8,10,
12,22 20:12 21:9,11,13
28:4 30:3,20 35:4 37:5
39:25 40:4,19 42:9,12,
16,25 43:11,18,20 45:6
50:16 57:17,19,22 58:22
60:15,18 63:5,21 70:7
73:2,22 74:5 75:22 78:5,
18 79:23 80:13 81:6,9
82:23 83:4,25 84:13,14
86:12,14,17 87:24 91:12,
23 92:3,10 94:11 95:11
97:1 98:10 100:14,19,21
101:9,25 102:6,15,22
107:18,21 111:18 112:20
113:15 116:9 117:22,23
120:6 122:8 123:2,4
125:9 126:5 128:11
130:12 132:22 135:13,21
139:2 140:15 142:13
143:15 148:20,22 149:20
150:7,21 151:23 154:4
158:12 162:21 163:9,22
165:21 172:17,23 173:17
175:19 177:6,12,17
187:8 188:10 189:20
190:9 191:5 193:6,10
194:4 195:2,17,22 196:3
197:20,25 199:4 200:1,2,
21 201:1 202:5 204:6,12

205:8,15 206:24 207:20
208:16 209:22 210:9
214:16 218:1 220:18
225:2,4,6 226:17,25
227:1,5,25 231:1 233:4,7
234:2,4 235:25 237:22
238:11,14 239:17
240:14,17 242:25 243:6
245:24 246:19 247:4,22
248:15 250:3 253:1
255:21 257:15 258:6
261:4 264:4,8 265:22
267:23 268:25 270:10,13
271:14,20 272:8 273:10
274:11 275:1,21 279:6,
21 280:15,24 281:3
286:12,20

**nobody**
47:3 248:24

**Nobody's**
225:18

**non-disclosure**
257:23

**nondisclosure**
257:12

**None**
235:1 245:22

**normally**
206:10 259:21

**not**
11:17,20,22,24,25 12:2,4
14:2,22 15:20 16:4,7,9,
13,15 17:6,10 19:17,23
20:2,6,18 21:9,10,14
22:6,11 25:24 27:4,7,23
28:1,4 29:14,23 30:1
33:1 34:15 35:4,24 36:17
37:25 39:16 40:15 42:11,
15 43:2,12 44:3,10 48:7

52:24 53:7,10,14 58:1,24
60:15 62:6,14 63:2,5
64:9 66:14,19,25 68:5,18
70:19 71:19 73:1,4 74:5
75:4,5,15 77:3 78:19
81:13 82:23 84:24 85:2,
11,23 91:6,7 93:23 94:11
96:1 97:1 99:13 100:23
101:3 103:8,9 106:23
107:1,6 108:21 109:8
112:21 113:8,15,16
114:24 116:3 117:22
122:10 123:18 124:14
130:5,8,9 134:25 135:5,8
137:17 140:15 145:15,23
158:1,18 161:24 162:1
163:8 168:3 170:14
172:8,14 175:14 177:11,
14 179:4 183:10 184:2
188:13 191:3,5,16
192:22 197:17,25
200:22,24,25 201:25
202:5,25 203:10,25
205:17 206:10 207:18,22
208:4 209:12 210:1
211:7,10,12 212:25
213:20 217:4 218:23
224:9 227:11 229:8,10
232:5 235:15 237:2,24
238:4 242:2 246:3,16,24
247:11,22 248:14,15
250:11 252:14 254:20,
21,25 255:4 259:14,15,
21 261:3 262:9,16,23
264:2 265:18 266:20
269:24 270:8,9 275:19,
24 276:2 277:9 279:6,7,
23 280:10 282:21
284:10,20 285:6,11,19

**notes**
198:5 201:8 217:8



230:20

**nothing**
48:19 100:12 167:4,10
220:18

**November**
268:4

**now**
13:19 41:3,16 44:22
48:24 51:6 52:5 54:1,19
65:18 69:7,11,25 70:10
81:12 82:18 99:17
104:13 110:18 112:11
114:24 116:24 117:10
118:4,10 120:10 125:14
127:25 128:2,15 131:20
133:6 135:24 140:23
142:7 159:7 173:20
176:9 182:2 190:3,14
192:1 193:5 201:8
210:14 223:14 237:8,19
248:12 249:17 252:2
276:24,25 278:24 284:1

**Nowhere**
154:19

**number**
44:9 127:3 128:8,16,18,
19 129:8,9,23 130:24,25
131:5,7,16,18 133:25
150:13 157:7 158:15
178:23 184:17 206:1,19
243:4 269:20

**numbering**
124:10

**numbers**
41:22 44:5,11 124:8
135:19 147:23 165:24
234:15 285:9

## O

**oath**
11:8

**object**
12:17 14:9 18:15 19:2,4,
19 25:13 26:23 27:13
40:10,17,22 41:8 42:19
46:9 50:3,11 52:8 53:12
56:17 58:2 59:4 61:6,14,
21 62:9 66:10 68:14,21
70:2 75:7,12,16 85:4
94:4,20 95:7 96:7,18
101:18 102:17 103:2
104:18 105:2 115:13,20
117:18 119:23 138:4
140:3 154:13 158:5
160:18 165:5,15 166:20
167:13,22 169:10,15
174:24 176:5,21 177:3
219:25 224:11 232:23
261:7

**Objection**
11:19 13:9,17 17:16
18:21 22:10,16 25:20
26:14 39:20 40:25 46:17
48:10,11 50:2 52:11
66:13 67:3 68:17 69:2
71:4,13 73:25 76:14
77:10 82:22 84:12,18
85:7 91:11 92:21 97:23
98:1 104:21 105:7
106:12 140:21 145:13
147:5,18 149:3,6 150:3
154:20 155:18 156:1
157:3 168:10,16,25
169:6 170:2 172:6
175:23 191:23 194:17
200:9,14 201:12 204:5
206:15 208:9 214:14

217:22 218:11,21,22
221:13 222:18,22 223:2,
20 224:4,14,24 226:3,15,
21 232:8 235:19 237:14
243:19 244:22 245:9
248:22 250:7 252:14
254:16 259:7 261:10
262:12 263:17

**obtaining**
278:13

**obviously**
39:16,17 121:5 122:19
176:12 201:24 274:15

**occasionally**
266:17

**occur**
105:14

**October**
268:7

**of**
11:14 13:18 14:3 15:13
17:5 18:25 21:19 23:25
24:8,20 25:2 27:2 28:14,
25 29:1,12,16,23 30:12
31:4 32:17,21 33:2,5,17,
19,23 34:18 35:14,21
36:2 37:2 38:11 39:15
40:20 41:18 42:16 43:3
44:5,22 45:16 47:3,24
48:3 49:5,6,14,21 51:2,7,
11,18,21 53:16 54:2,20
55:2 57:15 58:25 59:19,
22 60:18 63:24 64:20
65:4 67:16 70:1,4,6,24
73:18 74:2 76:6 77:3
78:19 79:7,11,18,24 80:6
85:9,14 86:3 88:10,17,24
89:3,24 91:6,13,20 92:5,
13,25 93:13,20,23 94:7

 is now 

95:5,19 96:4,10 98:2 99:20,22 101:2,8,22 102:19,22,23 105:12,13,19 106:21,24 107:4,20 108:21,25 109:1,5,24,25 110:23 111:1,3,4,15 112:24,25 113:3 114:3 116:3,11,22,24 117:7 118:2,6,16 119:18 120:17 121:6,15 123:19 124:3,9,11,25 125:19 127:10 128:6,8 130:19 131:3 132:14,17 133:1,15 134:5 135:7,10 136:19 137:15,16,24 138:7 139:9,18 140:5 141:19,22,23 145:1,16 146:5 150:9 151:14,16,19 152:2 153:11 154:2,12,16 156:7,20,22 158:10,22 159:15 161:15 162:15,16 163:12,13,23 164:18 166:25 170:19 171:8 172:16 173:21 174:19 176:8 177:11,14,20 178:10,11,12,13,20 179:3,10 180:5,8 181:18,20,23,24 182:10,20 184:10,14 186:5,14 188:12,24 191:7,14 194:13 196:20 197:12 198:6,8,11,18,22,24 199:7,14,15 200:6,20,21,23 201:4,15 202:22 206:12 208:23 210:14,18,25 211:13 213:25 216:6 217:9 219:9 222:2,5,6 224:22 225:3 227:11,15,19 228:4 229:8,10,21 230:22,24 231:6,13,16 232:20 233:1 234:8 235:4 236:10,18,23

237:6,9,24 239:1,8,12,14,24 240:1 241:16,21 242:4,8 244:15,19,24,25 245:11,19 246:3,7,14 249:9 254:6,14,19 255:10,12 258:2,17 260:5 261:2,5,14 262:3 263:1,9,15,25 264:2,9,10,14,21 265:2,24 266:8,10,15,25 267:8 268:20 272:25 273:2 274:8,14 275:25 276:1,7,8,9,25 277:16 278:10,11,13 279:6,15,18,19 280:6,10,12,16,17 281:5,13,14,19,23,24 282:3,14 283:10,23 284:10,13,16,25 285:6,14 286:2,4,8,14,18

**off**
19:13 29:18,20 38:7 96:10 101:2 104:12 109:20 116:3 117:9 138:24 147:23 181:23 199:7,13 200:6,20,21,23 249:3 252:20

**offer**
284:22

**offered**
248:16

**office**
33:14,17 34:1 86:4,19 90:7,18,19,24 97:14 140:6 250:13,19 254:6 267:5

**officer**
264:17

**offices**
163:21

**official**
266:11

**often**
90:11,14 250:15 266:20

**Oh**
44:10 98:13 132:5 196:24 252:18 271:14

**OHNT**
187:22,25 188:22

**okay**
11:13 12:14,21,24 13:5 14:1 15:8 17:8,12 20:10,24 22:4,6,12 23:10,21 24:12,20 25:2,9 26:8 28:5,21 29:7 30:1,4,11,14,21,24 31:1,12,19 32:6,8,15,20 33:13,20 34:4 36:7 37:15,20,21 38:6,19 39:9,13,14,23 40:1,4,7,20 41:14 42:5,12 43:17 44:15 45:7,10,19,25 46:4,12 47:6,10,15 48:18 49:5 50:14,18,20,25 52:16,22 53:16,20,23 54:19,24 55:8 56:15 57:2,11,14,17 58:9,13,18 59:6,18 60:2,6,10,13,22,25 62:22 63:2,7 64:2,13,17 65:24 66:6 67:21 68:9 69:18 70:9,11,23 71:17,21 72:1,19,21 73:8,10,11,14 74:6,15,24 75:14 77:18 78:8,13,25 79:15,17,22 80:8,15 81:20 82:6 83:14,19,23 84:6,14,21 85:2,13,21 86:3,9,18,23 87:11 88:5,12,17,21 89:12 90:6,13,18 91:5,13,24 92:1,4 93:3,6,7 94:18 95:22 98:5,15,21



99:3,16 100:2,9,16,24
101:4,16 102:1,13,23
103:5,22 104:6 105:18
106:3,16,21 107:11
108:7,13,16,19,22
109:10 110:3,4,13,17,23
111:6,13,19,23 113:10,
18 114:3,10 115:10,17
116:13 117:15,17 118:4,
16 119:3,12,20 120:1,16,
21 121:13,21,24 122:2,
17,25 123:12,15,19
124:13 125:14,21 126:3,
7,10,15,18,19,21,22
127:2,6,9,12,19,22
128:1,18 129:7,12,22
130:1,9,16,23 131:4,7,
11,20 132:13,22 133:6
134:2,6,13,20,21 135:2,
9,17 136:10,15,20
137:10,14,18,23 138:7,
10,25 139:11,22 140:16
141:6 142:1,11,15
143:10,12,18,25 144:6,8,
10,12,21 145:6,17,25
146:4,8 147:2,11,14,20
148:11,23 149:18,21,24
150:8,16,23,25 151:6,10,
25 152:18 153:5,10,20,
21 154:24 155:9,13
156:14 157:4,12,24
158:2,8 159:1,17,25
160:4,11,22 161:3,13
162:3,13,19,23 163:6,13,
16,20 164:1,11,14
165:13 166:1,4,6,9,11
168:12,21 169:14
170:14,18,22 171:8
172:1,9,18,25 173:10,19
174:4,10 175:9,12
176:25 177:15 178:13,25
179:6,10,13,21 180:19

181:9,15 182:18 183:3,
11,18,25 184:10,23
185:8,12,19,25 186:13,
16,19 187:3,10,15,19,24
188:6,19,22 189:14,16
190:2,3,18 191:17 192:6
193:8,11,15,19 194:12
195:4,13 196:9 197:2
198:1 199:19 200:19,22
201:18,21 202:2,15,20
203:6,9,12,18 204:7,10,
14 205:10,11,17 207:1,
20 208:5 209:14,18,21
210:1,14,24 211:6,8,17,
21 212:6,14,24 214:1,16,
23 215:13,17,20,25
216:5,7 217:8,24 218:14,
18 219:10,13 220:11,20
221:5 222:25 223:14
224:1,7 226:12 227:3,13,
18 228:11,16,22 229:2,
22 230:7,10,13,15,19
231:19,23 232:17,20
233:21 234:3,6 235:1,6,
8,24 236:17,23 237:8
238:1,6,9 239:12,15,19
240:15,19 241:16,23
243:5 244:8,13 245:6,13,
18 246:14,22,25 247:7,
16 249:1,8,17 250:12,19,
21 251:1,12 252:4,24
253:5,6,23 254:1,18
255:5,14 256:10,20,24
257:4,10,14,22,25 258:4,
10,15,18,25 259:3,18
260:2,10,17 261:5,14,20
262:6 263:5,23 264:3,9,
16,24 265:10 266:3,8,13,
22,25 267:6,22,25 268:2
269:2,5,10,18 270:19
271:3,10,18,22 272:6,9,
12 273:4 274:7,17 276:3,

23 278:23 279:7,13,14,
25 280:11,17,22,25
281:16,21 282:12,22
283:6 284:17,21 285:3,7,
12 286:2,14,21,24

**old**
86:16,18 88:15 89:5,6
108:23,24,25 109:7,11,
14,15,23 133:11 153:10
233:9,16

**older**
79:11

**on**
11:14 13:22 15:14,25
17:13 18:2 19:13 20:13
22:7,21 23:7 25:2,21
26:21 27:11,20,24 28:14
30:16,23,24 31:3,19 32:3
33:1,4,7 35:15,19,22,23
36:11,15,17,18 37:16
39:12,14 40:2,5,7,8,16,
21 44:12,25 48:20 49:13
52:23 53:21 54:1,20
55:13 56:3,8,13,21
57:14,20,21 58:6,23
59:6,25 60:3,7,10,19
61:1,5,9 62:11,13,14
63:2,12,16 65:14 66:8,25
74:14 79:18 80:19 81:1,
16 82:13,19 83:13 84:4
85:25 86:2 87:19 88:18
89:5,6 93:13 94:1 98:24
99:5 101:12,20,21 102:8,
20 103:4 104:4 105:9
106:1 107:8,13,20,23
108:1,16,22,23 109:2,11
110:14,15,16,18 111:6,7
112:2,8 113:8 117:3,16,
25 118:19 121:2,6,14
122:2,16,17,24 124:8,9,



19 126:10,24 127:9
128:22 129:10,24 130:1,
13 132:19 133:2 134:8,
16,19 135:24 136:16
137:25 138:11,18 139:23
140:8,11,16,18,23
141:19,22,23 144:10,19,
25 146:2 147:15 148:15,
24 151:12,15 152:20,21
153:19 155:23 156:3,6,8,
12,23 157:7 159:25
160:2,13,16,20 161:8,14
162:5 163:11 164:20
165:8 166:12,22 167:17
168:6,7 169:22,24
170:23,25 174:15,19
175:2 176:12 178:9,14
179:3 181:11,13,20
182:5,13 183:15 184:5,
14,20,21 189:3,25 190:3,
15 193:12 194:13,22
196:5 197:8 198:14,22,
24 199:18,21,22 202:2,
25 203:4,5,14,15 204:14,
24 205:17 206:10 207:21
208:2,19,24 209:10,19
211:1 212:7 213:8
214:24 217:1 218:23
220:24 222:7 223:7
226:10,18 228:22 233:23
234:14 235:3 236:10
238:18 239:7 242:8
243:10 245:16 248:1,3
251:1,19 253:5,12,13
254:2,5 257:10 258:21
260:2,12 261:11,12,13,
18 262:5 263:10,15
264:2,13 267:18 268:20
269:3,22 270:24 271:13,
24 272:7 274:7 277:7,25
279:23 281:15,22
282:14,21 284:22

286:10,11

**on-site**
182:7

**once**
88:16 125:14 128:24
129:7 130:20,24 156:23
162:13 169:8 177:19
179:7 235:8 249:1,17
265:12 266:19 287:12

**one**
16:21 17:3 19:16,21
24:20,21 31:14 32:25
33:6,7 34:6,18,19,23
37:13 38:25 40:4 42:9,
12,16 43:18 44:23 46:1
49:5 51:7,11,25 55:13
57:1,17,20 58:22 60:6,7,
10,20 61:9,18,25 62:1
64:20 65:10 67:11,15,17
68:6 73:17,23 78:17,18,
22,23 81:2,4 83:1,12
84:20 89:7 90:12,15
92:10 102:16 103:14,18,
20,21 108:23 109:5
112:23 115:17 118:2,13
121:11 122:2 128:18,22
129:5,10 130:19 132:19
133:13,24 134:4,5,9,15
135:5 138:3,15,18 139:7,
9 144:14 151:4 152:20,
21 156:22 160:12 173:24
174:13,16 175:3 176:14
179:10 184:8 185:4
188:24 202:25 203:3,5,
14,15 208:22,24,25
209:5,6,13,15 214:16,17
215:18 219:6 222:14
226:17 227:23 228:18
229:3 232:17 233:22
234:1,9,10 250:20

251:15,17 253:19 264:6
266:15 268:20 269:14,
15,16 270:5 279:19,22,
23,24 280:1 285:12
286:18

**one's**
132:22

**ones**
45:24 71:21 147:20,24
180:11 188:1 218:7,8
220:5

**online**
72:18 111:1

**only**
40:15 43:21 58:25 76:1
98:4 112:1 134:3 272:20
274:24 281:20 282:7
283:19 287:9

**onto**
96:11 108:4

**open**
39:3 44:5 97:16 158:24

**opened**
62:18,19 63:3,25

**opened/access**
62:19

**opened/accessed**
62:25

**opening**
63:10

**operating**
34:19

**operations**
284:2,6,9

**opinion**
263:1 284:22



**opportunity**
277:6 287:12

**options**
51:11 117:6 125:1 136:7

**or**
18:7 19:1 20:3,4 29:4
30:18 31:5 32:16 33:6
35:19 36:5,10 42:7 44:24
49:6,8 51:25 53:6 54:19
55:1,13 56:25 57:3 60:20
62:6 63:3,9,25 64:15,16,
22,25 65:1,16,17,21,22,
23,24 66:1,20 67:19,23
68:12 69:25 70:16 71:10
72:25 75:2 79:23 80:4,24
81:14,16 82:3 85:24
87:17 91:4 93:7,17,21
96:16 99:25 104:1,15,25
105:24 107:25 109:1,8
110:16 111:3 113:1,9
122:15 124:25 127:13
128:7,12,14,25 129:8
133:13,18 134:4,25
135:3,5,18 136:8 139:8
143:5 144:17 147:1
149:13 150:4 155:9,20
156:5,18 163:9,17 168:3,
8 171:23 172:8,13
175:14 179:6,10,19
180:10 181:13,25 182:2
184:21 187:14 191:8,14
192:3,16,22 194:20
195:11 196:24 197:16,18
199:3 204:2 205:25
211:12,20 212:9 213:1,4
217:3 218:16 220:17,23
221:2 224:22 225:2,6
226:24 231:5,9,24
233:16 235:10,15,25
237:24,25 240:4,9 241:4
244:5 245:25 246:7

250:22 253:14,16 254:24
255:24 256:6 257:10
265:9,12 266:17,23
267:1,17 270:25 272:13,
16 274:14 275:14 280:23
281:12,19 283:16,19,22
285:4,5,8,10 286:6,18
287:2

**orange**
128:2,5

**order**
67:5 121:19 124:7 139:6
160:5 212:4 219:20
224:23 225:10,24,25
226:5,9,13 227:9 276:14,
16

**ordered**
64:11 226:19

**orders**
49:15 143:7

**ordinarily**
82:19

**org**
92:11

**orienting**
105:9

**original**
42:7

**originated**
179:24

**originates**
271:23

**other**
14:25 26:18 34:11 40:5
55:14 65:17 75:1,2
106:22 107:14 137:12
159:14 160:4 165:2

168:22 183:22 209:6
210:4 211:1 220:16
228:12 234:17 242:2
245:18,24 259:22 274:3
277:6 279:22,24 280:2
283:19,20

**others**
103:8 128:4 134:5
168:13 169:3 231:14
245:20

**our**
180:8,16 200:10 256:8
259:21,22 264:11,12
268:11,13,20 269:15
277:4 279:15 286:22

**out**
27:2 38:6 41:25 91:8
106:1 111:4 127:3,7,17
128:8 137:15 144:7,18,
20 148:10 151:18 156:19
171:7 178:24 184:4
199:8 206:9,11 214:25
215:8 221:6 237:24
248:6,7 253:18 264:14
275:14 281:23

**Outlook**
34:4,17,18

**output**
118:8

**outside**
47:3 70:6 154:12,16

**over**
15:3 29:12 56:15 74:23
86:11 88:16 108:3 109:5
142:20 144:25 145:7
170:4 171:3 177:10
181:21 182:14 218:15
223:11 227:14,21 229:18
236:13 260:7 283:7

 is now 

**overall**
154:25 221:8

**overhead**
14:25 69:23,25 75:3
76:11,17 77:22 106:5,10
131:12,24 133:1 147:10
183:5,25 184:24 188:25
189:10,18 190:3,12
191:14,15 193:22,25
194:7,9,14 196:10
202:16 203:19 204:2
208:6 222:8 227:15
228:6,17,24 229:2 231:6,
24 232:18 233:9,21
234:7,11 235:12 236:6

**oversaw**
24:16 251:9

**overseeing**
87:5 183:1

**overview**
236:12 247:12

**owed**
248:6

**own**
90:19 103:16 165:8
189:2 203:4 207:8
253:24

**owned**
246:11

**owner**
244:25 261:14

**ownership**
246:12

---

**P**

---

**P.J.**
29:10,22 37:8 41:18

74:10 81:1 83:1 98:18
104:10 121:15 124:1
134:15 135:13 158:15
197:7 225:15 231:8
256:4 264:14

**p.m.**
11:5 287:19

**package**
174:2

**page**
24:8 25:2,4 31:19 49:13,
20 51:6,18 65:11 74:8,
10,11,23 79:7 80:20 81:2
82:14,15 93:6,13 95:22
121:9,14 122:3,24
126:18 127:9,10 129:19,
24 130:2 131:18 134:19
139:9,18 144:13 153:14,
15,19 163:11 164:18,21
174:19 186:24 196:19
197:1 206:6 234:15
239:4 264:9 269:10
270:3 271:3 279:9,10,25
282:3,17

**pages**
139:8

**paid**
243:16,25 244:18 245:3
251:6 255:24 256:7,8,18
257:8 270:25

**paper**
139:6

**paragraph**
65:12 66:15 153:22

**paren**
39:3 44:5,6 158:23,24

**part**
31:22 91:13 210:17

222:6 254:6,14 266:10
284:13

**participate**
15:9 280:3

**participation**
64:16,23 65:1

**particular**
155:23

**particularly**
181:17

**Partners**
241:6 242:9,19 250:4
257:3,5

**parts**
46:3 118:7 237:9

**pass**
209:4

**passed**
223:25

**password**
170:25

**paste**
212:24 214:3 217:6
220:3

**pasted**
212:22 213:4 218:14
219:7,24

**pasting**
45:25

**Pat**
286:21 287:2

**path**
56:21 57:4,10 130:2
133:3

**paths**

 is now 

29:1 38:12,19,24 44:2,4

**pause**
95:17

**pay**
241:25 242:1,7 243:23
248:6 255:15

**payable**
87:5,11 248:4 249:14

**paying**
87:12 90:3 242:11 243:1
257:4 258:22,25

**payment**
251:9

**pays**
33:20

**PDF**
111:11,14 131:15
162:11,14 239:1

**PDFS**
162:9

**people**
52:6 69:9,10 144:4
162:24,25 209:19 251:11
252:19 272:12

**per**
33:20

**percent**
154:25

**percentage**
148:14,15

**percentages**
148:17 151:18

**perfectly**
225:5

**Performance**

205:19

**period**
104:6 140:14,15 249:24

**periodically**
85:23 238:3 245:17

**person**
33:20 43:22 61:18,25
197:8 210:2 236:24
261:15 262:5

**personal**
31:7 107:2

**personally**
95:2 119:3 200:15

**persons**
64:15,25

**perspective**
238:22

**phase**
140:6 145:1,8,16,17,19,
24 146:6 188:17,20
190:14 191:12 192:2

**physical**
35:2

**physically**
97:11

**piece**
74:12 178:11

**pieces**
46:3 114:3 118:7 210:17

**Pipeline**
280:3,9

**place**
24:13 130:21 132:14
134:9 177:8 180:17
223:7 237:12 286:24

**plan**
24:9 25:3 49:10 185:17

**plans**
238:6

**please**
13:12 44:20 167:8 209:7
287:18

**plug**
36:20 95:23 104:2
106:21 107:4 148:16
159:25

**plugged**
21:5 99:4,10 104:2,7
107:22,23 110:15 148:6
157:14 199:9

**plugging**
20:14 96:5 97:9,10,12
103:23 105:11

**PM**
124:17,19 125:11

**PMS**
143:6

**PO**
51:8,10,19 119:9

**point**
13:1 64:7 100:20 112:25
126:13 156:12 170:22
173:11 179:7 180:24
213:2 238:20 249:10

**policies**
239:9,25

**pop**
118:19

**populate**
73:6 143:6 151:20
211:10




**populated**
73:4 129:16 210:21
211:3,23 220:5

**populating**
181:9

**population**
219:9

**port**
110:10

**Portable**
103:12

**portfolio**
279:16

**portion**
236:18

**position**
82:2 182:23 199:20
260:10 261:13 277:2,4,
21 278:1,7,24 280:5

**possession**
65:22,23

**possible**
168:4,18,22 181:19

**possibly**
36:4 135:10

**potential**
254:23

**Powell**
205:19

**PPE**
240:22 247:13

**practice**
109:16 169:9

**preliminary**
64:13

**preparation**
268:11

**prepare**
15:4 28:5 273:21 274:1

**prepared**
94:8,12

**preservation**
273:2

**preserve**
100:10,18 101:1 102:15
272:13 277:13

**president**
91:5,9 266:6

**pretty**
146:3,20

**previous**
23:11 74:7

**price**
214:23,24

**pricing**
131:12 147:16,21 148:4
149:4 199:2,3,7,9 214:25
215:8

**print**
162:11,14,16

**printed**
53:4 139:8 274:17

**printout**
163:13

**prior**
43:15

**PRITT**
158:16,19 190:7 267:19
280:13

**privately**

259:19

**privilege**
275:8 276:20,22 277:24

**privileged**
16:4,10,16 277:5

**privy**
282:15

**pro**
30:15 32:16,24 268:12

**probably**
31:11 179:4 194:19
209:16 243:8

**problem**
113:14 249:2 282:19

**problems**
156:9 248:19

**procedure**
130:20 287:13

**procedures**
239:25

**process**
130:20 133:16 178:15,20
180:25 186:8,15 200:18
236:13,18 237:10,17
256:8,9 284:18

**produced**
84:5 142:23 176:3

**production**
161:23

**productivity**
155:1 156:3 180:15

**products**
59:11 215:10 245:7

**professional**
276:10 278:14,16



**proficient**
59:13,14

**profile**
30:21,25 31:2 34:24 60:6

**program**
19:23 20:4 24:24 25:7
26:12 49:14 50:21,22
78:1 80:1,3,4 113:19,20,
22 114:1,4,5,15 115:1,8
143:19 153:1,3,16,21
155:3,5,7,12 156:25
157:10,18,21 158:3
165:11 169:22 170:20
175:15,25 177:1,9,13,20
179:17 182:20 185:2,3,9
192:9 220:17 237:11
238:19

**programmers**
109:21,22

**programs**
18:7,19 19:1 21:20,21
24:13,20 25:12 56:4 80:2
108:11 111:1 113:3,5
185:16 186:21

**progresses**
155:5

**prohibited**
65:5,25 68:19

**prohibiting**
64:14 68:10

**prohibits**
278:11

**project**
21:25 24:9 25:11 76:20
77:22 78:10 86:24 98:6
104:15 117:23 118:21
121:6,18,24 122:14
124:24,25 125:2 136:8

144:17 152:8,15 154:25
155:5,24 163:4 166:7,9
171:15 173:5 178:6,8,9,
11,14 179:1,2,5,8,11
180:21,23,24,25 181:1,5,
11,13,15,17 182:5,7,24
183:20,22 185:16 197:18
205:25 222:2 236:12
237:17 238:4 286:7,23

**project's**
178:24 179:7 181:12

**projections**
285:8

**projects**
123:20 124:4 125:11
141:20 156:6,16 165:13
180:7,9 183:1 185:24
268:20

**prompt**
118:25 119:15

**pronounce**
80:25 258:11

**pronounced**
237:5 283:17

**properties**
280:18

**proposal**
125:22 126:15,24 127:3,
7,12,20 128:16,19 129:8,
15 130:24 131:4,13,16
133:18,20 177:22
178:18,23 196:7,11,14,
16,19,21 197:1,3,5
202:16 206:1,7,8,19

**proposals**
82:7,12 133:8,12,21,23
202:15 206:11 214:11
222:14

**protect**
258:1

**protected**
224:9

**protection**
170:25

**protocol**
60:8,19 62:8,15 63:1
64:1

**provide**
16:15 103:25 180:15
223:1 241:23 285:3

**provided**
78:18 125:13 147:1
151:17 161:4 172:18
278:12 279:4 285:9

**provides**
155:5 278:3

**providing**
257:5 278:16

**pry**
232:9

**publish**
200:10

**published**
207:21 208:2

**publishes**
199:24

**pull**
36:7 37:8 60:2 88:3
109:5 114:21 132:5,25
133:9 137:2 143:12
173:15 187:19 214:20
246:25 247:1

**pulled**
28:19 50:9 56:15




**pulling**
36:23 46:5 51:21 108:3
186:9 213:13

**purchased**
72:17 87:19

**purpose**
151:19 189:6 277:16

**purposes**
37:19 106:8 210:2
211:21 278:1,6,9,13

**put**
26:20 36:10 40:4,8,16
48:20 51:14 58:6,19 59:1
60:10 61:13 70:17 72:9
82:6 88:9 118:7 125:21
126:8 130:20 131:21
132:13 134:8 143:8
144:17 148:4,10 166:4
171:3 181:22 200:10
203:15 215:14 286:9

**puts**
129:7 131:23 280:5

**putting**
40:20 69:24 108:4 114:4
130:9 144:19 166:22
170:25

### Q

**QAC**
236:19

**QAQC**
180:20 236:20,21 237:6,
12,25 240:5

**qualify**
137:11

**quantity**
155:2 199:18

**quarter**
280:7

**quarterly**
255:2

**question**
13:11 15:22 18:11,13
25:25 33:3 35:18 43:6,10
53:10 57:7 63:7 66:19
69:13 74:16 80:23 81:25
123:22 146:18 207:24
224:16 226:24 252:17,22
253:3 256:3,5 262:8
264:6 277:8,11,14

**question's**
70:7 231:4

**questions**
14:17 15:2,3 95:12,16,19
283:2,8 287:6

**quick**
79:3 85:19 198:1 211:17
227:7 282:3

**quickly**
155:16 156:11,19

**quite**
123:20 124:3

**quotes**
158:23

**quoting**
285:18

### R

**Rader**
283:13,16,17

**ramping**
279:15

**ran**
52:14

**random**
212:18

**range**
212:9 244:10

**ranking**
261:15

**rapid**
285:14 286:4,5

**rate**
149:25

**rates**
72:16 143:22,24 144:1,2
151:1,7,11 152:15
191:18 198:18 199:7
207:9,10,12,14 208:3
214:21 230:1

**rather**
175:2

**ratio**
286:10,16

**Ray**
266:17

**re-ask**
13:11 256:4

**read**
31:24 38:14 39:2 49:13
64:25 66:14 208:18
223:24 256:3 276:6

**reading**
65:10 157:6 256:2
271:13 276:18

**readvising**
240:9

 

MMR CONSTRUCTORS, INC. vs JB GROUP OF LA, LLC, et al          358
BEN HUFFMAN, 02/08/2024                    Index: ready..relating

**ready**
125:16

**real**
119:12 198:1 211:17
227:7 249:2

**realize**
11:7 102:1 242:12

**realized**
192:11

**really**
14:8 34:9 81:21,23 82:2,
23 103:20 105:25 112:1
113:13 134:11,25 139:6
148:3 151:11 167:5
232:9 234:14 239:20
253:18 254:20,21 264:6,
21,25 265:18 268:18

**reason**
52:5 112:22 200:11,16
222:6 224:22

**reasoning**
201:15 217:25

**rebuilding**
114:7

**rebuilt**
114:9

**recall**
11:25 12:1,2,24 14:2,4,
14,18,19,23 15:23 19:25
20:7,12,13,17,18 22:19,
22 23:4,9 24:3,4 27:25
32:8,10 35:17 36:1 40:13
41:2,4 42:11 45:23 46:11
47:6,8,21,23,25 48:1,3
53:2,5,9,15 54:22 55:4,7,
12,16,17 56:19 58:24
60:21 62:4,6 63:8,9,13
73:4,7,10,11,15,16 75:4,

9,10 78:17 86:14,17
92:24 93:2 96:1 97:8,24
100:23 104:4 106:23
107:1,6 109:10,13 111:8,
9 114:17 115:2,4,5,7,18,
24 116:2 120:25 121:3
125:20 136:2 138:18
152:7 170:16 172:17
183:10,18 184:2,14,23,
25 189:18,22 192:6
193:11,15,24 194:2
195:8 209:9 234:24,25
235:1,5,7 240:7,11,12
246:23,24 247:9,11
272:9 281:6 285:11

**recap**
190:17,18,25 230:17

**receivable**
87:7 248:4 249:14 250:2

**receive**
161:3,11 246:18 280:6,8

**received**
38:1,3 101:7 184:20
274:15

**receives**
126:24

**receiving**
83:6,8 228:23 274:13

**recess**
36:24 38:8 80:9 138:23
162:4 208:13 281:1

**recognize**
23:16 50:18 103:13,21
120:8 126:7 139:4
158:21 166:1 177:25
210:12 239:20 269:13
270:5 271:16

**recollection**
60:18 135:7

**record**
29:19,20 38:7 75:24
77:1,2 139:6 287:14

**Recovered**
240:25

**redact**
275:14

**reddish**
102:25 110:4

**reference**
32:22 146:22 153:16
186:21 205:22

**referenced**
154:8 185:16 187:21

**referencing**
77:5 187:1

**referred**
150:16 284:8

**referring**
74:13 77:11 137:21
147:7 188:17 207:6
279:18

**regarding**
257:3

**regular**
183:15

**regularly**
38:17

**related**
135:11 165:4 178:6
183:22 272:10

**relating**
37:3,14 152:7 281:19




**relationship**
244:19 280:4

**release**
23:25

**released**
23:24

**remaining**
155:2

**remediation**
29:23 281:22

**remember**
12:3,7,8,10,21 13:19,22,
23 14:3,17 15:2,3 20:6,9,
10 22:25 23:18 31:3
40:20 41:10,11 47:9,11
59:20 60:16 73:5 78:14
79:21 83:6,8 85:8,10,13
86:12 89:7,9 98:2 102:3,
6 103:23 105:18,22,23,
25 114:6 115:2 118:15
124:20 130:15 132:7
134:11,24 135:1,4
136:20 140:25 145:7,15
146:6,19 150:10 152:11,
14,17 162:1 164:10
168:3,7 170:10,13
172:13,20 175:16,17
176:7,9,23 177:24 178:2,
4 185:21 189:16,24
192:5,10 193:2,12
194:18,23,24 195:10
197:16 209:20 210:20
211:11 216:9 217:4,7
218:16,18 219:8,10
220:13 228:2,22,25
229:4,20 234:23 236:12,
17 240:2 243:3 252:6,10
257:20 258:8,23 259:2,9,
11,13,15 264:8 268:18
272:5,8,12,15 273:3,6

274:7,13 279:3 281:8,11

**remembered**
175:20

**remote**
38:22 44:24

**rendering**
111:12,13,15,17

**renewal**
258:24

**rental**
140:17,19

**rep**
269:15,16

**repeat**
66:20 123:25

**rephrase**
66:20 95:15 168:17

**report**
29:8,11,15 30:2,25 37:2,
12,14 50:25 51:7,19
52:6,13,14 53:17 62:18
77:7 92:1,7 110:25
112:15 120:13 121:10
124:11 136:16 137:7,13,
20,21 138:1,2,8,11,25
139:19,25 140:1,16,18
141:8,11,16,23 142:4,8,
21 143:11 145:7,11
150:14,17 151:21 159:8,
13 160:13 174:2,5,7
181:23,25 187:13,14,17
191:11 249:15 270:17
271:8 274:14 276:2

**reported**
55:1

**REPORTER**
287:15

**reporting**
28:18 49:22 50:6 51:3,
11,18 91:21 141:15
156:17 174:1,10,15
181:25 254:11,13 270:23
271:4 286:8

**reports**
21:8 22:7 28:2,16,19,21,
23 29:8 50:10 51:8,10
54:3,17,20 110:24 111:2,
4,10,20 112:12 120:19
121:7 139:13 153:7
155:6 159:14 169:24
180:15 238:23 249:14
287:11

**Reports-mmr**
110:19

**repository**
65:16

**represent**
30:24 37:1 63:23 139:5
239:19

**representation**
17:7

**reprimand**
17:20

**reprimanded**
17:12

**request**
125:22 126:2,15,24
127:4,7,12,20 129:8

**require**
180:9

**required**
226:14

**requirements**
126:1

 is now 

**requires**
22:1

**reside**
65:14

**respond**
273:5

**responded**
83:15

**responding**
162:24 234:7,8

**responds**
259:19

**response**
263:9 268:4

**responsibilities**
86:25 142:9

**responsible**
87:4,12 136:7 181:16

**responsive**
29:13,16

**rest**
276:1

**restate**
61:23

**retained**
20:21

**return**
66:5

**review**
12:11 28:8,10,17 182:8
208:21 209:3 287:12

**reviewed**
28:11 80:15

**revised**
240:9

**rework**
194:22

**RFI**
160:9

**RFP**
131:12

**rid**
113:3

**right**
22:2 23:3 26:3 30:13,17
31:13 33:23 41:16,25
50:25 51:19,23 53:16,21
59:8 65:7 66:2,3,22 69:7,
9,11 72:11 74:21 76:16
80:6 88:6 89:22 92:24
98:15 100:4 105:16
108:8 109:3,24 110:16
111:15 112:3 113:11
114:11,24 118:9 119:4,
14 121:19 123:13
124:15,16 125:16,22
126:1 132:6,7 133:3
140:25 142:21,22 145:10
152:21 153:11 154:9
155:7 156:6,16,18
157:14 158:19 159:5,18,
20,21 160:2 161:14
163:23 164:12,25 166:12
167:18 171:16 172:21
174:12,18 175:10,21
176:13 179:13,14 188:4
189:7 190:11,22 196:1
201:15,22 202:18 205:1
211:25 212:2,4,9,11,19
214:6 215:9,21 217:11
218:2,5 219:17 220:10,
25 227:19 229:13,20,23
230:8 231:12 233:15,23
238:16 243:12 244:5
246:9 248:7 249:18,19

251:4 253:9 255:14
258:23 268:23 272:21
286:21 287:5

**ring**
269:9

**Robert**
283:12,14

**role**
87:4 89:13,15 91:2 98:11
136:6,12 182:25 247:21
248:17 249:1 270:20
278:18

**rolling**
199:17

**Rouge**
163:21 164:1

**row**
102:8

**rows**
211:3

**Roy**
265:4 266:17

**Rules**
276:7

**run**
52:21 113:6 120:19
121:7,17 234:16

**running**
52:5,12 111:4 125:15
182:21

**runs**
265:9

**Ryan**
98:9

 is now 

# S

**S-CURVE**
159:23 162:8 163:14
167:4 175:10 179:14,23

**S-CURVES**
187:6

**S-U-M-M**
230:4

**safe**
202:17

**safety**
180:19 236:19,23
237:11,20,25 238:22
239:2,5,8,11,25 240:4,9

**said**
13:13 14:2,4 39:8 43:15
56:24 58:3 71:6 74:19
76:19 77:20 79:16 93:13
98:17 118:20 120:25
134:21 142:23 151:10
159:7 160:24 161:19
168:21 189:6 201:3
206:3 213:8 218:23
221:23 229:15 232:4
234:13 244:13,14 245:10
250:9 262:17,19 263:23
266:16 271:7

**sales**
257:3

**salmon**
215:22

**Sam**
172:25

**same**
41:25 42:2 56:3,8,11,13
73:12 86:5,6 99:23

133:10 138:3 140:8,10,
12 143:1 144:3 145:8
146:9,20 164:24 174:19,
23 176:15 189:16 193:21
194:6 205:25 212:1,4,14,
19 213:17,21 216:1,5,6,
10 219:19,20 221:10
222:19 228:14 229:23,24
230:1,7,10,11,13,15,24
233:12 236:6 237:12
243:25 244:1,10 262:4
266:18

**Sandisk**
99:4 100:10 101:4,10
103:5,22 107:23

**sarcastic**
203:8

**save**
139:6

**saved**
33:4 44:12 132:5

**savvy**
21:17 253:20,21

**saw**
78:24 88:7 97:2,4 188:4
224:1

**say**
18:22 21:15 25:9 27:1
35:6 42:8 44:2 59:14
67:4 68:18,23 72:9,24
74:25 75:4 90:17 91:25
92:8,12,22 97:17 100:11
111:13 121:21 125:10
128:3 130:18 134:7
141:17 142:10 146:20
148:8 151:16 165:3
168:20 176:24 183:2
184:16 189:3,13 190:14
195:11 199:14 209:2

211:3,8 217:23 219:9
228:8 229:13 231:1
232:1 233:8 236:2
239:10 240:4 244:3
245:16 246:8 247:12
253:18,21 254:21,23
255:5,9 257:21 259:16
261:12 263:8 265:18
266:1,10,20 271:16
274:15 284:4,14,15
286:22

**saying**
25:11,17,18 46:2 77:4
111:17 115:18 118:13
146:4,15 152:4 161:19
168:21 172:17 199:16
207:12,20 210:1 211:9
215:17 240:8 262:24
276:24 277:16 282:19,
20,24

**says**
26:5 49:13 63:1 64:10
67:5 83:19 84:22 139:13
154:24 180:23 190:1
200:5 240:24 242:22
259:19 260:4 268:11
271:25 272:23,24 273:17
277:14 279:14 280:2

**schedule**
79:13 80:1 156:5 163:8,
10 179:11,19 180:10
185:1 186:3 187:2,3
194:20 195:11

**scratch**
19:8,14,17,24 46:2
118:14 119:14 138:11
175:21 227:23 229:6
231:21 275:13

**screaming**
202:22,25




**screen**
53:21 139:23 143:17
152:20,21 162:5 227:19

**scroll**
41:14 54:1,6 140:10
190:19 199:11

**Seagate**
103:12 104:13

**search**
38:20

**searched**
60:3

**second**
29:19 51:6 80:19 81:2
84:23 115:19 126:18
134:17 138:20 142:3
163:11 180:24 184:5
196:25 227:17 264:14
275:4 282:3

**secrets**
65:6 66:1

**section**
217:8

**securing**
255:9

**see**
25:4,7 26:6 28:15 31:19
32:1,4,5 36:14 37:23,24
38:5 39:1,4,9,10 41:1,3,
16 44:4,25 49:1,18 51:7
52:15 53:24 54:7 55:21
56:3,21 57:4,10,13,15
58:3 59:6 60:3,7 62:19,
20 64:1,3,10,17 66:5
79:6 83:9,21 84:2,7,25
86:2 89:5 97:21 98:21
102:7 108:22 110:4
112:8 114:22 117:6,10

118:10,25 129:24
136:10,17 137:20 140:7
142:2 144:14,18,25
147:16 150:25 152:9
156:11 157:11 161:9
163:23 164:17,20,23
170:20 173:11 178:4
182:10 184:6 187:22
188:14 189:23 191:17
195:6,16 198:3 201:8
202:10,13 204:16,17
205:4,5,10,18,20,22
219:13 220:9 223:6
228:12,21 239:12,14,20
246:17 251:10 260:8,9
261:5,12 262:9 264:18
266:3,7 268:5,6 272:22
273:14 282:9 283:3
286:15

**seeing**
54:7,10 141:8 145:6
209:9 240:2 264:8

**seems**
109:21,22 194:12

**seen**
28:4 30:1 43:2,18,20,21
64:5,8 71:7 75:1 84:19
240:1 249:5,17 254:1
263:3 264:7 265:24

**selling**
274:3

**send**
37:23 127:22 128:1
178:24 192:1 194:14
207:3 246:22 247:11

**sending**
152:2,3 182:12 193:17,
24 194:7,19 195:5,8
196:9 204:15 208:19

215:8 240:7 247:9
257:17 262:3

**sends**
81:14 190:2 202:15
208:5 239:1 242:19

**senior**
91:5,8 266:5

**sense**
126:20 218:5

**sent**
29:11 59:22 82:12 99:22
118:21 127:14 142:3,16
148:7 149:25 150:4
178:3 182:19 190:11
193:21 197:4,5,8 199:8
206:8,11 207:1 211:19
212:15 213:2 234:9,11,
22 235:3 236:10 239:21
240:19 241:3 268:13

**sentence**
84:23

**separate**
29:15 45:24 67:12 118:7
170:12 175:2,7,8 179:19,
21 280:14

**September**
88:17,24 268:1,3,15

**serious**
248:19

**served**
29:13

**servers**
35:2

**service**
269:11

**services**
241:23,25 242:11 257:4



278:14,16,21

**set**
30:21 55:13 138:1
178:14 179:8 180:7
181:2 252:1,4,6,11
253:13,23

**setting**
31:5 183:16 253:17

**setup**
31:4

**several**
41:1 155:6 159:4 201:19
228:23 250:16,17

**Shannon**
15:7 17:9 67:6 225:19
277:20

**share**
36:8 68:4 135:23 143:17
173:19 195:13 198:3
210:11 259:21 280:11

**shared**
260:24

**Sharepoint**
34:8,9 55:13

**sharing**
260:3

**Shawn**
48:1 67:20,23 89:3 90:6
91:17 92:8,10 120:12
122:13 142:4 149:24
150:8 171:23 246:22,23
256:9,13 257:24 259:3
260:25 261:15 262:5
263:11 267:3 268:4
269:19 271:23 272:6,13
273:12 281:8,15

**Shawn's**

257:17

**she**
241:13,16 280:22

**She's**
279:7

**sheet**
20:4 56:25 57:12,24
72:22,23 76:23 130:17
143:4,13,18 144:19
151:2,7,8,11,16 157:9,21
163:17 175:7 181:6,7
184:12,20 185:2 188:23
189:10,18 190:3,12,17
191:14,15 193:17,22
195:5,15,21 196:10,13
198:2,6,10 199:10
200:11 202:17 204:16
205:2,3,12 206:4,13,19
208:6 209:11 210:3,7,19,
21 211:18 212:7 213:5,6
214:3,7,11,20 215:15
216:2,8,19,21,22 217:11,
14 218:5,8,25 219:1,4,14
221:9 227:15,24 228:3,6,
18 229:22 231:25
232:12,13,14,18 233:9,
17,18,21 234:8,10,11
235:22 236:6 240:24
247:1,13 271:5

**sheets**
14:25 15:1 69:22,23,24,
25 70:1,4,8,11,14,17,18,
20,24 71:1,9,11,15,18
72:7,11,14 74:2,4,21
75:3 76:11,16,17 77:21,
22 79:13 80:2 98:22
106:5,9,10,17 131:24
133:1,22 147:9,10
148:25 149:1,22 150:1
160:4 170:23 171:1

175:8 183:5,8,12 184:1,
24 187:22 188:1,25
193:25 194:1,7,9,14,15
201:6 202:3,7,16 203:9,
19 204:2,3 207:4 208:21,
24 209:4,24 213:11
216:20,24 217:16,19,20
220:4,25 221:10 222:8,
14 223:9,16,18 224:8
227:14 228:24 229:3
230:25 231:6 233:13
235:4,12,13,17 236:9
281:24

**Shell**
152:8,9,15

**Shintech**
123:10

**short**
80:19 98:4

**should**
32:12 61:19,25 118:2
171:14,19 192:8 199:12
215:7,8,10 236:25

**shouldn't**
94:19

**show**
14:21 36:12,20 52:6,17
63:19 80:11 82:24 83:23
87:23 117:25 118:2
120:4 126:3 129:21
135:17 137:1 138:25
142:11 143:11 145:4
150:19 151:22 157:4
158:8 162:19 165:19
172:21 177:15 190:4
193:4 194:25 196:1
204:10 208:14 227:3
234:3 237:11 238:12
239:15 257:14 258:4

 

265:20 268:23 270:11
271:18 274:17 281:16

**showed**
92:14 160:13 170:11
281:24

**showing**
53:21 83:2 116:7 155:4
189:15 206:22 227:12,18
255:19 273:8

**shows**
131:8 156:3 176:12

**shut**
12:22

**Shutt**
247:16 254:9 255:14
256:25 257:4 259:4
260:2 273:13 275:11
277:5,14

**Shutt's**
275:14

**SIC**
26:21 30:22 164:1

**side**
28:14 33:17 86:2 91:24,
25 114:22 124:9 151:13,
14 174:15 181:20
198:22,24 254:10 258:2

**side-by-side**
228:12

**sign**
257:11

**similar**
17:2 20:4 45:18 73:13
96:15 114:20 120:22
138:1,6 139:25 140:1
163:19 174:7 175:11
185:19,22 191:11 211:24

216:3 228:15 229:6
232:13,25

**similarly**
243:16

**simple**
70:7 217:2,5 226:24

**simplicity**
220:23

**since**
43:1,17 61:18 64:7 74:3,
25 76:7 100:22 114:8
118:22 132:8 177:7
212:12 223:6 264:1
271:7

**single**
277:14

**sir**
46:24 136:25

**sister**
279:15,17

**sit**
250:21

**site**
238:6

**sitting**
20:18 76:5 98:3 101:20
135:6

**six**
107:25

**size**
179:3 198:18 212:1

**skip**
83:12 93:12

**slate**
114:9

**slightly**
140:13

**small**
179:4 180:9 208:18

**smoothly**
181:19 182:21

**snippet**
130:2,25 131:7 135:15

**snippets**
134:19

**so**
12:14 13:19 14:18 16:25
17:12 18:18 20:2 22:17
23:5,10,15 24:24 25:3,15
26:11,20 28:17 29:2,6,7,
21 30:1,11 31:10 32:11
33:3,11,12,20 34:3,10,16
35:6 37:17,19,23 38:1,10
39:17 41:15,22 42:3,5,8
43:25 44:2 45:19 46:4,12
47:6 49:12 51:13,21
52:20 54:6,25 55:20
56:20 57:14,23,25 58:1,
8,21,25 59:23 60:1,2,12,
13,18 63:2,7 64:9,17
65:25 67:13,21 68:7,23
71:2,5,6 76:5,12 77:1,20
78:24 79:15,22,24 80:21
82:9 83:15 84:21 85:24
86:23 87:21 88:6,22 90:6
91:15 92:1,10,12,13 93:7
95:5,21 98:8,15,21 99:9
100:1,7 101:3 102:15
103:7 104:11 105:9
106:2,7 107:9,22,24,25
109:2 110:3,4,7,12
111:11 112:7,17 113:6,
13 114:9 115:17,24
117:3,12,25 118:6,8,16
119:5,9,12,20 121:18



122:1 124:22 125:24
126:12,18,22 127:6,19
128:1,5,24 129:4,7,19,22
130:1,23 131:4,11 132:1,
3,14,25 133:5,6,25
134:6,24 135:16 136:15,
22 137:18 138:2,24
139:8,23 141:16,17
142:10,15 143:12,21
144:10,13,17,23,24
145:4,10,20,25 146:4,8,
22,23,25 147:14 148:3,
13,17 150:10,13 151:9
152:10 155:7,22 156:5
157:8 158:2 160:25
161:7,18 163:23 164:6,
14 165:2,13 166:10,15
168:20 169:20 170:8
171:8 173:14,25 174:19
175:7 176:17 177:25
178:17 180:9,19 181:5,
15,20,21 183:2,20 184:3,
13,22 186:2,3,6 188:3,6,
13 189:13,14 190:23
191:6 192:2,16 194:11
196:19,25 197:3,6,11
198:16 199:6,11 200:3
201:14 202:9,25 203:7,
15 204:14,24 206:17
211:8 212:9,12,21
213:10,12,20 214:10,19,
22 215:20 216:19 217:9,
17,23 218:14 219:5,13
220:2,25 222:4,24 223:4
225:16 226:24 228:12
229:6,12,13 231:2,7,11,
19 232:1 233:3 234:16,
18 235:8 237:15 238:16,
20 239:12,21 240:6,19
242:6,11,15,24 244:2,16,
17 245:5,13 247:14
251:2,6,11,15 252:4

253:3,4 254:17 256:3,13,
20 257:2,4 259:8 260:10
262:15 263:9 265:12
266:20 269:18 274:1
275:13 276:3,23 279:9
280:18 281:5 282:23
283:10 284:20 285:2,19

**software**
21:20

**sole**
112:25

**Solutions**
255:16

**some**
28:11,19 29:23 32:17
33:2 34:18 44:22 49:6,21
51:18 65:4 73:18 74:2
76:19 77:22 84:24 93:25
99:24 119:18,25 120:13,
18,19 122:20 124:25
133:7 138:7 140:5
156:20 159:15 162:25
170:4 173:9 179:7 183:4
194:13 220:16 228:13
230:20,23 242:11 245:3
249:12 280:25 283:4

**somebody**
85:18 98:3 106:7 124:21
213:3,4

**somebody's**
103:20

**somehow**
260:6,23

**someone**
126:23 168:4,8,19
178:17 215:18 261:25
269:7

**someone's**
202:20

**something**
14:7 27:20 30:10,19 31:6
36:6 38:16 47:12 51:13
55:19 82:6 94:19 106:14
111:15 120:22 127:13
130:3 132:21 145:21
168:1 175:21 179:4
182:1,3 185:19 192:3,12,
24 194:20,21 195:12
201:2 220:17 221:3
227:21 238:7 242:3
244:12 281:8 283:5
284:6

**sometime**
182:18

**Sometimes**
34:15

**somewhat**
249:9

**somewhere**
35:12 134:8 182:15
243:8 244:10

**son's**
138:20

**soon**
99:25

**sophistication**
22:2

**sorry**
11:21 19:21 24:7 35:10
50:15 61:23 65:9 74:9
75:19 78:22 82:1 83:10
89:21 95:23 117:21,22
118:9 123:23 129:19
138:16 161:6,21 163:10
173:11 175:4 190:8



197:19 207:25 242:12
273:15 284:4 285:18

**sort**
110:3

**sorted**
38:11,19 41:22 53:23
211:20

**sound**
212:11

**sounds**
30:13,17 205:1 237:2

**Sources**
255:12

**space**
202:18

**spare**
86:16,18 89:6

**Speak**
24:5 117:19

**speaking**
180:22 181:22 259:5

**special**
167:5,10

**specific**
15:2 68:3 111:4 145:19
151:18 158:15 211:7
221:14 238:4,6 243:4
268:18

**specifically**
76:8 83:8 93:2 143:23
168:7 170:13 175:17
176:23 182:17 189:22
192:10 193:2 195:10
198:13 209:12 226:10
228:8 229:4 248:25
272:8

**specifics**
17:5 33:1,19 76:9 77:13
194:18 213:25 245:16
251:23 258:16 264:21
269:22

**specify**
69:3,12 198:23

**Spectrum**
113:17 139:21,22 142:24
143:9 144:24 150:14
188:21 189:7 192:8

**speculating**
200:20

**speculation**
97:23 191:23 200:14
206:15 214:14 222:22
237:14

**spell**
237:1

**spelling**
230:24

**spent**
155:2

**splits**
144:3

**spoke**
17:4 53:7,11

**spots**
212:19

**spread**
27:2

**spreadsheet**
54:11 57:5,9 88:10
114:11 148:5 175:13
193:12 206:2 211:9
226:13 229:7,11 271:9

**spreadsheets**
28:24 58:11 77:17
211:22 217:9 254:2,5
285:3

**stabilized**
249:11

**staff**
144:4,11,14 230:10

**stage**
279:2

**stand**
139:15 187:12 230:11

**standalone**
179:23 180:2 187:6

**standard**
154:3 186:14 198:17
207:12,14

**standardized**
147:23

**standing**
229:18

**stands**
59:7 184:11

**start**
45:12,21 80:21 82:12
96:15 132:4 138:10
177:10 179:13 180:2
183:21 210:18 227:23
251:21 252:8

**started**
45:11,16 88:16 90:14,15
96:14 124:15 135:24
141:4,7,22 150:1 153:3
204:19 210:20 249:3,19,
21 252:5,10

**starting**
47:7,8 64:11 74:14 93:6

 

194:22

**starts**
25:6 80:19 132:10
153:19 197:1 268:1
279:10

**stated**
25:9

**Stateline**
241:5,17,19 242:8,19
244:25 245:2,10,15,17,
25 250:4,11 257:3,5

**statement**
258:19 259:12

**statements**
259:21 260:5,25

**status**
55:2 124:8

**stay**
41:24 42:1 128:25

**step**
33:7 126:22 127:6
128:18,19 129:15,23
248:16

**stepped**
130:21

**steps**
100:2,12,14 170:19

**Sterling**
246:4,5,15 250:10
263:24 264:20 265:2,8
279:22,23

**stick**
34:3 70:8

**still**
54:16 92:17 95:10
108:16 121:25 122:7,20,

22 123:1,7 126:16 128:9
157:24 173:2 174:22,23
229:16 233:22 249:13
250:1 265:1

**stockpiled**
198:17

**stop**
13:2 177:8,13 225:15
275:4 276:18

**stopped**
249:25

**storage**
65:14,15 93:1 94:7 95:24
99:1,7 107:13 109:6,11
110:10 111:7

**store**
26:12 34:23 203:12

**stored**
35:1 62:2 129:10 203:13

**story**
203:3

**straight**
182:7

**street**
164:8

**strict**
156:5

**strike**
224:19

**string**
44:5 162:23 267:25

**structure**
55:9,15 132:17 133:10
223:11 230:24

**studying**
66:1

**stuff**
81:23 88:16 106:2,14
111:24 134:11 159:15
183:16 191:8 207:18
210:22 211:2 238:5
245:17 258:17 266:2
269:23,24 281:14

**subcontractor**
242:14

**subfolders**
129:17,24 131:8,21

**subject**
139:13 142:16 196:7
208:21 225:9,23 240:22
271:24 273:17 277:9

**submits**
244:4 255:24

**submitted**
132:10 285:4

**subscriptions**
87:17

**substance**
93:20

**substantive**
234:21 235:3

**subtotal**
140:11

**subtract**
107:24

**successfully**
118:20

**such**
207:16

**sudden**
14:3




**suddenly**
 252:19

**suggests**
 200:23

**SUI**
 148:14

**sum**
 197:12

**Summ**
 230:4

**summarizing**
 29:15

**summary**
 230:5,8 234:15

**Summer**
 241:9,11 279:5 280:19

**superintendent**
 98:6 182:9 286:22,23

**supervising**
 23:25

**supervision**
 156:4 182:20

**supervisory**
 182:25

**support**
 140:7

**supposed**
 84:24 85:2 125:24 227:9
 230:6 276:18

**sure**
 13:13 23:14,22 33:1 44:3
 45:5 49:1 52:24 54:22
 61:24 64:9 66:19 79:4
 95:16 100:18 103:9
 122:10 123:18 124:2,14
 130:5 135:8 154:4

 168:18 171:6 181:1,18
 182:21 190:20 205:6
 207:22 208:4 215:2,6
 248:9 252:23 264:2
 279:23

**surety**
 268:16,19

**Surface**
 30:15 32:16,17,21,24
 33:5 37:4,14

**surprise**
 114:19

**Sutherland**
 13:8,16 15:16 16:1,8,14
 17:15 18:20 19:4,12
 22:9,15 25:19 26:13
 36:13,16,22 37:7,11,15,
 22 38:4 39:19 40:24
 41:17,21 46:16 48:9 50:1
 52:10 66:12,17 67:2
 68:16 69:1 71:3,12 76:13
 77:9 82:21 84:11,17 85:6
 91:10 92:20 97:22,25
 103:2 104:20 105:6
 106:11 116:14,17,20
 138:19 140:3,20 145:12
 147:4,17 149:2,5 150:2
 155:17,25 157:2 158:14,
 17 161:5 168:15,24
 169:5 170:1 172:5
 175:22 177:3 190:6
 191:22 194:16 198:20
 200:8,13 201:11 204:4
 206:14 208:8 214:13
 217:21 218:10,20
 221:12,19 222:17,21
 223:19 224:3,13,18
 225:14,20 226:2,20
 232:7 235:18 237:13
 243:18 244:21 245:8

 248:21 250:6 252:13,18,
 23 253:1 254:15 259:6
 261:9 262:7,11 263:16
 267:11,14,21 272:18
 274:19,23 275:3,12,15,
 19,24 276:4,9,13,17,21
 277:3,22 278:2,8,15,22
 281:18 282:6,18,23
 283:1 284:3 285:17
 287:7,16,17

**switch**
 108:1

**switching**
 113:2

**sworn**
 11:3

**sync**
 33:2,6

**synced**
 33:10

**synergies**
 265:16

**system**
 26:6 44:13 113:2,17
 124:10 128:8 133:11
 137:16 143:9 144:24
 153:25 154:9,24 156:11
 180:16

**systems**
 181:2 189:11

---

**T**

**tab**
 135:18 159:10 166:12
 174:20 190:8 198:5
 220:24




**table**
   24:8 79:7,18 216:12

**tabs**
   159:4 175:2 231:20

**take**
   33:6 48:18 68:12 79:3,16
   100:9,12 128:6 167:10
   208:11 213:9 232:4
   252:25 286:24

**taken**
   71:10,18 100:25 181:21
   223:17

**taking**
   69:22 114:3 182:14
   199:13 232:2

**talk**
   16:18,23 17:5,6,10,23
   19:22 86:13 152:5
   225:13 265:16

**talked**
   52:25 53:5,6 55:4 57:1
   113:16 193:3,12 226:22
   234:9 236:17 238:1
   283:13

**talking**
   52:12 77:7 86:15 121:3
   138:24 152:14 184:25
   192:23 242:13,14 245:25
   253:4 273:1 275:10
   276:12 277:19 279:21

**talks**
   269:20 270:4

**tank**
   264:22

**tap**
   159:10

**target**

39:9

**task**
   189:4,25

**taxes**
   248:2

**team**
   91:14 120:11 121:1
   180:14 264:12 266:11
   284:13,16 285:1,7 286:3

**Teams**
   34:12,14

**teaser**
   265:25

**tech**
   253:20,21 271:10

**technician**
   193:10

**Techno**
   272:2

**tell**
   11:8,10 14:8 15:13 21:4
   36:23 41:15 45:3 54:25
   61:17,25 62:5 67:5 73:17
   75:22 76:3 94:9 100:16
   111:25 112:1 125:25
   126:19 149:24 162:16
   172:9,12,15 202:5 207:2
   210:15 232:10 256:17
   284:20

**telling**
   30:6 66:25 95:5,20 121:1
   192:6 216:22 229:19
   231:3 232:5 286:3

**tells**
   202:17

**template**
   58:13 71:23,24 72:10,24

127:17,20

**templates**
   130:10,13 132:4 134:18
   135:2

**temporary**
   207:7,13

**ten**
   193:16

**term**
   47:16

**terming**
   186:9,10

**terms**
   78:15 82:3 84:7,10,16
   92:14,19 181:24 197:23
   201:4 210:14 235:16
   249:9

**testified**
   11:3 23:22 24:21 28:1
   39:24 56:24 62:14,15
   93:19 142:7 183:3 187:5
   197:22 206:3 263:24

**testify**
   201:4

**testifying**
   12:3 14:23 22:19 92:25
   115:24 216:14

**testimony**
   12:9,14 13:6,14,20,23
   14:15,21 16:19 17:3,4,6,
   24 20:2,16 23:5,6 32:6
   45:19 46:8 47:15,19 53:3
   61:17,24 75:5,15 80:4
   93:20 99:13 114:13,23
   115:6 120:21 147:14
   175:12 183:19 219:5
   230:22 272:19 274:25

 

278:17 287:9

**testing**
48:25 55:2 109:23

**than**
14:25 26:18 40:5 49:4
55:14 75:2 107:14 175:2
228:13 242:2 243:23
259:22

**Thank**
22:18

**Thanks**
209:8 267:21

**that**
11:7,17,18,23,24,25
12:2,3,8,15,25 13:1,22
14:3,7,14,18,23 15:13,22
16:2,7,10 17:1,3,4,24
18:11,13,23,25 19:1,6,
23,24 20:1,2,6,7,15,19
22:1,13,19 23:2,5,6,21
24:3,4,13,16,18,21 25:3,
7,9,10 26:6,8 27:1,22
28:19 29:3,8,12,13 30:4,
8,9,13,14,15,17,18,23,24
31:2,3,4,6,8,10 32:1,4,5,
6,8,13 33:5 34:3,19 35:1,
15,21 36:6,11,21 37:2,4,
10 38:20 39:4,7,9,10,14,
17,23 40:3,4,8,13,16
41:3,4,16,25 42:1,11
43:10,18 44:4,5,8,10,12,
22,24 45:10 46:1,7,13
47:3,10,20 48:15,19
49:5,7,18,22 50:5,21,22
51:3,10,12,13,18 52:7,
18,20 53:3,7,10 54:3
55:3,14,19 56:22 57:1,2,
15 58:6,9,13,18,24 59:6,
10,20,24 60:15,16,17,22,
25 61:4,12,18,24,25

62:11,14,15,18,20,24
63:2,3,4,5,6,11,15,16,23,
24 64:1,3,6,13,20,24,25
65:2,4,14,18,19 66:5,24
67:14,18,22,25 68:3,7,8,
19,24 69:5,18,22,23,24
70:6,23,25 71:9,10,17,
19,21,22 72:1,6,9,13,17,
19,23 73:4,11 74:7,12,
16,20 75:4,5,11,15
76:20,23 77:7,11 78:10,
17,18,19,22 79:20 80:4,6
81:18,20,23 82:12,15,18,
25 83:6,21 84:4,9,15,25
85:11,14,16,19,24 86:6,
8,10,12,13,17 87:4 88:7,
14,15,18,20,21,23 89:7,
14 90:16 91:6,7 92:23
93:17,18,20,25 94:11
95:10,12,15,17 96:1,2,5,
11,14,16 97:24 98:3,4
99:7,13,14,17,22 100:23
101:3 102:8,10,13,15,22,
23,24 103:9,12,13,15,18,
19,21,23 104:2,14,23
105:9,10,20 106:3,6,23
107:1,5,6,13,25 108:5,7,
21 109:6,8,22,24 110:2,5
111:9,11,16,21,24
112:14,23 113:2,5,6,13,
15,22,23 114:4,7,13,14,
19,23,24 115:6,9,11,22,
23,25 116:2,3,5 117:3,7
118:15,19,20,25 119:1,3,
15,16,19 120:13,21
121:7,18,19 122:16
123:17,18 124:13,14,17,
19,20 125:1,9,10,11,12,
18,24 126:13,22 127:2,9,
12,13,14,17,22 128:1,4,
22,25 129:9,13,16,17,22,
24 130:4,5,6,7,8,16,19,

21 131:4,8,11,15,17
132:8 133:1,19,24 134:3,
4,10,12,21 135:3,4,10,23
136:2,10,13,15,17 137:2,
5,10,13,15,18,23 138:18
139:15,24 140:7,18,23
141:3 142:7,8,15,23
143:5,6,8,11 144:14
145:3,15,23 146:4,5,11,
25 147:11,14,16,20,24
148:9,21 149:8,21,25
150:6 151:6,14,15 155:4,
22 156:2,8,18,23 157:8,
9,14,20,24 158:1,2
159:13 160:11,12,16,23
161:3,9,11,19 162:1,17
163:14 164:1,8 165:3
166:9,11,24 167:11,17,
19,24 168:1,4,7,13,18
169:9,14 170:5,11,12,15,
24 171:5,9,18,20 172:3,
8,15,16,17 174:11
175:13 176:2,8,9,10,12,
17,24,25 177:11,14
179:6,16,22,23,24 180:5,
6,11,14,16,21,23 181:2,
20,21,25 182:1,3,12,13,
15,20 183:4,10,17,21,23
184:2,16,18,22 185:6,15,
20,23,24,25 186:8,16,17,
22 187:6,13 188:1,4,7,8,
15,16,19,23 189:9,11,17,
19,24 190:8,15 191:5,19,
24 192:1,2,3,11,12,24
193:1,12,15,16,21 194:6,
13,19 195:6,12,16,20
196:13,23 197:3,8,15,18,
20 198:9,12 199:1,15,20,
25 200:3,6,12,16,20,21
201:3,9,24 202:5,10
203:3,10 204:7,16,17
205:18,20,25 206:1,2,3,8



207:8,9,10,13,18,21
208:1,2,22 209:5,10,15,
19 210:2,3,7,15 211:10,
12,13,15,18,22 212:9,11
213:21,25 214:8,21,25
215:7 216:1,8,14 217:3,
4,19 218:19 219:3,6,8,
10,23 220:5,12,13,18
221:2,4,10,15,16,21
223:8,9,11,15,16,17
224:7,23 225:25 226:4,8,
11,14 227:8,9,11,20,21
228:25 229:16 230:20,22
231:20 232:14,22 233:5,
10,17 234:9,10,18,24
235:1,25 236:10,12,13,
14,18 237:19,24 238:7,8,
10,20,23 239:2 240:8,11,
13,23,24 241:9,25 242:3,
15 243:6 244:10,12,13,
14,16,23 245:3,13,16,19
246:3,16,17,24,25
247:11,14 248:2,5,9,10,
12,15,17,18,25 249:1,10,
11,24 251:6,21,23,25
253:4,11,19 254:13,23
255:4,18 256:11 257:2,5,
6,7,20 258:2,11,17,21
259:14,23 260:4,8,9,24
261:2 262:5,7,21 263:6,
9,11,14,19 264:2,18,20,
22 265:3,5,11,19 266:1,
7,8,14,19 267:8 268:1,5,
6,13,15,18 269:6,7,9,13,
18,21,25 270:5,7,8,15,16
271:5,7,13,16 272:5,6,8,
14,15,25 273:3,14,18,21
275:6,8 277:4,9,10,12,23
278:6,17 279:6 280:1,10,
16,22 281:11,15,24
282:12,16 283:4,21,23,
25 284:2,4,6,7,15 285:4,

6,11,13,14,16 286:3,5,6,
7,9,13,14,19 287:14

**that's**

13:5,13 24:11,25 25:2
26:3 29:24 31:7,11 32:18
33:3 39:5 40:1,3,15 44:8
46:18 48:14 51:13 54:5
55:17,25 57:2,8,12 59:11
72:20 75:19,22,25 76:1,
16,22,24 77:17 78:14,23
79:20 80:2 81:11 82:6,9,
17 88:18 89:1,22 90:2
92:9 99:12 101:6 104:9,
14,25 105:17 106:13
108:6,9,12,15 110:21
111:11,16 117:22 119:8
120:20 121:20 123:11
125:13 126:11,16 127:10
128:5,18 130:3,25 131:5
132:9 133:6 137:20,22
142:6 148:15 149:12
152:6,23 153:1 154:8
156:22 158:7 159:20
160:20 161:17 163:3
164:4,23 165:1 166:17,
23 170:3 171:13 181:5
182:5 184:16 185:8
186:14 187:1,25 189:5
190:1 191:21,25 193:18,
23 194:8 195:7,15,25
196:8,12,15,17 201:2
202:6,8 203:11 205:11
206:20,21 207:18 208:10
209:1 212:17,23 213:7,9,
11,19,22 214:5 215:4,12,
16,24 216:12 217:12,15
218:23 221:6 222:5,25
223:21,22,23 226:24
227:16 230:5,13,14,16
233:22,25 234:18 237:16
239:3 241:7 242:12

246:7 249:8 251:17
252:3 254:4,5 256:20,23
257:1,6,18 258:14,20
260:15 261:5,24 262:2,9,
16 263:2,8 269:12,23
272:21 273:17 276:6,14
277:2,21 278:17,23
279:18 280:21 282:18,19
283:5 285:20 287:5

**the**

11:8,10 12:21 13:6,9,11,
14,17,18,20,22,24 14:8,
15,17,21,25 15:2,14
16:1,18 17:7,13,16
18:13,21 19:5,6,22 22:7,
10,12,16,20 23:10,23,25
24:7,8,9,12,21,23,24
25:11,21 26:11,12,14,20
27:23 28:2,15 29:12,16,
18,20,22 30:7,14,24
31:11,16,19,21,25 32:11,
21,24,25 33:1,4,5,6,7,17,
18,23 34:16,18,19,23
35:6,10,11,12,14,18,19,
20,21,23,24 36:9,10,15,
17 37:3,13,14,21,24
38:7,19,25 39:1,2,23
40:15,19 41:22,24 42:2,
3,7,13,16 43:13,21,22
44:4,5,23,25 45:4,11,18,
24 46:1,4,6,7,12,13,17,
20,22,25 47:7,11,16
48:10,15,24 49:5,6,7,20,
21 50:22,25 51:2,3,6,7,
11,12,14,18,22 52:1,5,6,
12,14,15,17 53:16,21,23
54:3,6,7,10,21 55:2,9,14
56:8 57:4,11,13,21 58:3,
6,13,19,25 59:6,19,22
60:7,10,19 62:14,22,24
63:24,25 64:20 65:4,10


AdvancedONE LEGAL is now LEXITAS

66:13,14,19,22 67:5,10, 11,16 68:4,17 69:2,12 70:4,8,17,20,21,24,25 71:1,9,10,13,15,18,19, 21,23 72:7,9,11,13,14, 15,16,21,22,24 73:3,8, 11,18,24 74:2,10,12 75:9,21,22,25 76:3,10, 14,16,25 77:2,5,10,14, 17,21,23,25 78:20 79:6, 7,9,12,18,24,25 80:1,2,4, 5,15,18,19 81:2,4,7,15 82:1,12,14,15,22 83:9,17 84:12,18 85:2,7,8,24,25 86:2,4,5,6 87:12 88:3,6, 7,18,20,21 89:6,14,21,24 90:7,13,18,21 91:11,13, 20 92:4,5,10,11,13,21,25 93:3,13,20 94:6,9,16 95:5,13 97:2,4,16 98:2, 19,24 99:4,7,10,18,23 100:3,6 101:2,8,21 102:23 103:5,8,12,22 104:13,16,21 105:15 106:3,12 107:14 108:2,3, 23 109:2,6 110:3,5,7,9, 10,14,16 112:1,2,4,15,24 113:1,3,4,8,17,18 114:1, 5,10,21,24 115:7,10,12, 17,19,24,25 116:11,22, 24 117:6,7,21 118:11,13, 16,21 119:6,15,17,18 120:15,16,18,22 121:2,3, 5,6,9,10,12,15 122:2 123:23 124:8,11,18,19, 23 125:1,4,12,14 126:1, 2,12,15,18,22,24 127:6, 7,10,13 128:2,3,5,6,7,8, 14,16,22,24,25 129:2,4, 7,9,12,15,17,21 130:2,9, 10,13,16,19,20,23,24,25 131:3,4,8,16,17,22,23,24

132:4,5,9,10,11,17,18,19 133:1,2,9,11,15,17,24,25 134:1,3,5,9,18,19 135:10,14,19 136:7,15, 19,24 137:5,13,15,16 138:3,8,16,25 139:5,7,8, 9,12,13,18,23,25 140:1, 5,8,10,12,14,15,16,18,25 141:8,19,22,23 142:7,8, 16,17,21 143:1,6,9,12, 17,18,23 144:1,2,3,8,13, 15,18,19,21,23,24,25 145:5,6,7,11,13,19,23 146:6,9,10,13,20,25 147:9,15,18,20,21,22,24 148:8,10,11,17,24 149:6, 13,14 150:3,9,13 151:1, 13,16,17,19,20 152:2,9, 20,21 153:10,15,16,21 154:2,3,24 155:4,5,15, 18,19 156:2,3,22 157:3, 7,9,14,25 158:15,21 159:7,8,10,15,17,20,23, 25 160:1,2,12,13,16,20, 23 161:7,23 162:5,7,8,24 163:8,9,11,23 164:8,17, 20,23,24 165:2,10,24 166:12,22 167:11,16 168:6,16,25 169:6,19,20, 21,24 170:2,19,25 171:3, 6,18,24 172:3,6 173:11, 12,13,15,20,21,24 174:1, 7,13,15,16,19,23 175:7, 10,14,23,24 176:1,10,12, 15 177:7,9,13,20,22 178:4,5,10,14,18,20,23 179:3,7,10,14,16,19,21 180:1,3,8,11,13,14,21 181:6,7,9,11,12,13,15, 16,22,24,25 182:4,6,8, 12,19,20 183:12,19,20, 21 184:8,24 185:1,2,3,9,

13,14,15 186:2,5,9,10, 12,15 187:1,3,6,8,17,19, 24,25 188:1,8,20,22 189:6,11,16,17,23,25 190:1,5,14,17 191:11,12, 23 192:2 193:13,21,22 194:17 195:14 196:9,13, 14,16,19,20,25 197:1,8, 22,23 198:5,9,10,11,14, 16,17,18,22,23,24 199:3, 5,6,7,10,11,13,14,19 200:9 201:5,8,12,15 202:7,9,15,16,21,25 203:4,5,11,14,15 204:2, 5,24 205:2,22,25 206:1, 2,6,7,10,15,18 207:3,10, 13,14,18,25 208:9,23 209:3,5,6,19 210:2,7,17, 21,22 211:3,5,7,8,10,11, 14,18,22,25 212:1,7,8, 14,19 213:5,8,10,11,12, 13,14,15,17,20,21,25 214:2,3,7,19,21,23,24 215:10,14,17,22,23,24, 25 216:1,5,7,10,11,16, 18,19,20,21,22,23,24 217:1,5,8,9,15,16,18,20, 22,25 218:7,8,11 219:1, 4,6,9,13,19,20 220:4,5,6, 15,24 221:6,8,10,13,16, 21 222:1,6,7,18,19,22 223:6,8,10,15,16,20,24 224:4,8,14,23 226:3,13, 18,21,24 227:9,10,13,14, 18,19,20 228:6,13,17,18, 19 229:6,8,10,11,14,16, 18,21,22,23,24 230:1,7, 10,13,15,22,23 231:5,6, 9,13,16,24 232:3,5,10, 17,18 233:4,9,12,16,18, 22,23 234:7,10,11,15 235:9,10,11,12,13,16,19,



22 236:6,18,24 237:9
238:18,22 239:4,7,20,23
242:4,7 243:3,12,19,25
244:18,22 245:9,15
247:7,23 248:1,2,5,9,14,
15,16,18,22 249:5 250:7,
13 251:6,9,10,12,17,20,
23 252:12,14 253:4,8,11
254:10,16,19,22,25
255:6 256:20 257:9
258:16,24 259:7 260:4,5,
15 261:10,12,14,15
262:3,4,12 263:12,17
264:2,9,10,14,16,21,22
265:2,16 266:10,11,13,
15,18,19,25 267:5,8,12
268:4,7,12,15 269:10,18,
23,24,25 270:3,16,20,24
271:3 272:19,21,22,23
273:7,17,22,23 274:20,
21,24 275:5,7,10,18,22,
25 276:1,2,7,14,25
277:1,6,9,16 278:13,18
279:9,10,11,16,17,19,22,
23,25 280:1,5,6,17,18
281:19,22,24 282:17
283:3,7,10,19,22 284:2,
9,13,17,19,23,25 285:7,
14,18,20,21 286:3,4,7,8,
15 287:6,12,13,14,15

**their**
55:13 65:21,22 70:19
182:8 200:18 207:8
213:24 218:4 221:2,4
228:9 254:21 255:5
260:12,13 263:20 286:15

**them**
15:13 20:22 28:4,25
29:23,24 53:8,11 58:15
61:13 63:9 64:16 69:24
70:6,17 71:7,20 73:1,2

84:13 93:15,23 97:2,4,7,
8,10,12 102:19 105:12
108:4 113:16 118:7
120:17 121:3,6 127:25
132:1 133:3 134:8
136:13 143:11 145:24,25
146:1,21 147:6 149:18
151:12 172:9,12,13
183:15 184:22 188:12,13
192:6 203:5,13 207:9
213:2 217:15 218:17,18
220:9,22 223:1 224:15
232:2 241:22 245:14
253:17 256:6 258:15
259:1,10,11,14 261:25
263:2 272:20 274:25
276:1 279:19 284:16,19

**themselves**
107:15 229:23

**then**
16:3 32:3 45:17,21 55:1
66:4 74:23 77:22 79:16,
22 83:11 84:23 90:16
93:10,12,13 95:22 117:3
121:9 123:12,15,16
127:2,3,22 128:9 129:15
130:24 131:3,7,15 132:9
140:10 141:6 144:8,21
148:7 156:14 159:23
163:6 170:14 176:13
178:24,25 179:6,13
180:1,2,19,20 181:24
186:5 190:2 196:18
199:9 200:6 210:6,25
212:14 228:20 230:17
249:24 256:20,24 270:3,
23 271:3 272:6 273:1
283:19

**there**
11:23 12:20 22:23 23:1,2

27:12,21 28:21 29:14
31:3,13,20 34:11 36:20
37:16 42:18 43:2 49:8
55:9,11 58:20 59:1 60:12
61:13 62:3 70:23 72:15
73:3 77:3 80:22 86:18
88:13,24 90:11,14 98:4,
12,20 100:2 107:12
109:10 112:25 117:24
122:20 125:13 129:18
132:6 133:3,21 134:11
135:3,7,8 137:12 144:15
145:4,5 146:12 147:11,
23 148:9,10,13,16,24
149:19 151:15 152:10
153:6 156:7 157:7 159:4
169:3,8 171:7,12,14
178:12,25 179:5 188:11
190:22 191:15 192:17
194:12 197:9 199:9,12
203:8 207:22 208:1
211:23 212:6,7 217:3,13
219:7 248:9,15,18,19,24
249:2,19 250:21 266:20
271:13 272:22 279:22
281:6

**there's**
25:6 37:16 75:22 76:19
98:2 108:22 135:9
136:6 153:22 156:18
159:12,17,23 160:4,5
167:4 175:19 177:6,12
178:11 186:8,20 200:22
201:18,19,21 203:2
207:20 235:24 236:17
260:3 275:7 278:17

**therefore**
145:5

**these**
21:20 24:20 25:10,12,15,

 

18 29:3 38:23,24 41:3
42:5 44:23 49:21 54:16,
20 58:25 82:18 84:7,9,15
90:3 97:9 104:7,12,13
105:10 106:21,24 107:4,
13,20 108:13 110:4
112:2 117:25 119:6,7
124:3 125:1 129:23
131:20 134:22 146:24
149:10 156:6 159:13
170:8 173:23 174:10
187:8 190:23 191:10
192:8,25 194:14,22
197:21 199:20,21 201:8,
9,24 202:15 203:9,12,19
209:5 210:2,4 211:22
213:18 215:10,11 220:7,
20 222:5,13 228:23
230:25 231:20 235:4,12
253:7 255:23 256:5,17

**they**
17:23 18:14 28:24 30:14,
20,21 42:1,25 44:21
54:22,24 61:25 67:10,14,
25 68:3 70:6 72:8 73:4,6
87:18,19 91:24 93:10
104:4 106:2 113:2
125:11 127:16,17,22
128:1 132:3 133:7 143:7,
8 146:2 147:14,20 148:1,
4,6,10,15,20,25 149:15,
18 151:12,17 156:24
171:19 172:1,3,7,8 180:9
182:7 186:6 191:18
192:3,11,13,14,19,21,23
193:24 197:16 199:13,23
202:20 207:16 211:15
213:11,24 214:2 215:8,9
217:16,19 218:7 219:3,4,
9 220:8,22,25 222:6,10,
13,19 224:16 226:23

228:4,5,6,8,21 229:14,18
231:1,2 232:17 234:16
237:23 241:20,23 242:11
243:1 245:17 246:21
250:9 252:6 253:17
254:24 255:1 256:17,18
258:13,16,18 260:4,11
263:3 266:1 267:4
269:23,25 270:7 283:22
284:20 286:12

**They'll**
144:3

**they're**
69:18 109:23 147:24
154:5 164:12 199:22
206:11 211:24 216:3
220:4 234:13 243:25
245:10 269:11 274:3

**they've**
132:20,22 213:3 219:16

**thickness**
235:10

**thing**
40:15 80:18 121:4
169:21 174:23 179:10
216:5 220:6 221:10
222:20 242:25 259:17
264:23

**things**
11:23 18:25 19:6 20:8
25:10,12,18 37:18 49:5,7
65:4 66:22 84:24 85:2
109:24 110:14 112:14
143:8 156:23 176:17
179:11 198:22 207:16
216:6 242:5 248:2
276:14 277:4 283:3
284:22

**think**
12:20 22:11,12,17 28:25
29:6 31:5 33:1 45:6
48:22 67:12 68:11 76:19
78:24 81:11 95:13 98:8
105:10 107:25 134:3,23,
24 136:7 142:7 150:10
162:6 177:24 182:16,24
183:4,18 187:16 189:3
197:21 200:19 204:22
215:9 222:1 223:5
224:22 225:2 226:12
229:5,16 231:11 232:1
234:13 237:3,4 238:18,
20 242:6 243:6,25 244:2
249:18 254:17 264:22
267:19 272:1 273:6
281:11,14,21

**thinking**
248:13

**third**
82:14,15 129:15 279:9,
10 280:7

**third-party**
247:17 263:7

**this**
17:8 20:22 22:14 23:13,
16,21,25 24:8,12 25:2,10
26:10 29:14 30:7 36:8,9,
25 37:1,2,19 38:2,14,16,
21 41:15,18 43:5 44:17
47:24 48:5 49:9,13,22
50:18,20,25 51:1,7,21,
24,25 52:5,18,23 53:1,4,
16,24 54:7,8,10,11,13
55:2,23 56:21 57:14 58:5
60:6,7,10 61:4 62:7
63:24 64:5,8 66:8 67:1
68:9,11 77:6 78:24 79:2,
11,25 83:11 84:2,4 86:6

 

88:6,9,22 89:12,16 92:17
94:6,12 98:22 100:10,22
101:4,10 102:7 104:6,7
105:14 107:23 108:22
109:2 110:3,13,18 111:6,
7,23 112:8,18 116:11,15,
22,25 117:7 118:5,14,16
119:13,21 120:1,8,10,15,
17,22 121:17 123:20
124:7,11 125:7,14,18,25
126:7,8,14,15 127:12,15,
19,24 128:10 131:15
132:13,17 133:3 134:15,
21 135:2 136:4,21 137:7,
21,25 138:11,14,22
139:4,20,24 141:7,11,14
142:3,4,15 143:1,4,14,
18,21,22,23 144:2,9,22
145:11,15,21 146:9,15
147:8,21 148:4,5 150:9,
16,17 151:8,10,19 152:7,
12,15 153:15 154:11
155:3 156:10,20 157:24
158:2,21 159:1,11
160:22 161:1,7,8 162:7,
8,9,13,23 163:4,12,13,
18,19,23 164:4 165:3,11,
23 166:1,2,4,15,18
167:20 168:1,5,19
170:18,22 173:11,13,20,
25 174:12 175:9,13,15,
19,20 176:19,22 177:1,7,
19,25 178:1,2,6,13
180:6,8,11 184:4,11
185:12,14 187:22 188:17
189:2,4,16 190:2,25
191:3,8,14,19 192:9
193:11,21 194:3 195:20,
23 196:5,10,22 197:3,10
198:6,8,10,15 199:1,2,
14,16,18 201:13 202:17
203:2 204:24 205:7,11,

14,17,18 206:8,12 207:1,
6 209:8,9,10,19 210:12,
16 211:9 212:7,21 213:2
214:6,7,10,20 215:2
216:15 217:10,25 218:8,
14,25 221:9,25 222:2
223:6,8 224:7 225:9,24
226:5,8,12 227:9,21,22
228:10,16 229:3,5
231:12 233:8,17,21
235:11 238:16 239:7,21
240:1,4,15,19 241:4
247:3,7 256:21 257:7,17,
22 258:8 259:9 260:11
261:11,14,18,21,22
262:5 264:3,7,8,14
265:24 267:12,22,25
268:17 269:20 270:15,20
271:4,5,22 272:1,9,10,23
273:5,12 274:8,10,14,18
275:5,6,11 276:11,24,25
277:16,23,24 278:5
279:1,4 280:8,12,23
282:3,4,7,14,19,21

**those**
16:5 20:8 21:8,12,14
29:7,12 56:15 63:16
64:15,25 69:21 70:13
71:8 74:4 75:2,10 80:6
87:17 89:2 93:15 96:15,
21,24 103:4 108:16
118:3 124:9 133:9,21,22
134:7 136:10 145:3,16,
17 171:11 176:17 182:16
186:6 188:24 194:9
197:24 211:16 228:22
229:2 234:9 236:9 237:9
239:14 243:8 246:21
249:13 254:5 263:3
275:14 281:25 286:18

**though**
20:7 84:14 92:4 113:11,
19 115:10 122:17 260:23

**thought**
67:11,16 95:6,17 125:16
151:10 215:3 242:13
273:4

**thousand**
199:15

**three**
79:12 80:6 98:22 129:23
131:7 185:16 196:24
202:21 230:22 251:13
266:23 283:11,20

**through**
28:15,20 33:18 38:23
41:14,16 42:5 43:25
44:22 45:1,3,18 49:2
54:2 73:9 80:18 87:21
104:11,14 113:6 140:12
156:5 178:20 180:16
186:12 209:8 223:16,25
242:8 243:17 245:3
267:5

**throughout**
186:11

**throw**
101:7

**thumb**
110:15,16

**tied**
68:8

**time**
30:7 38:6 50:7 54:7,10
58:6 61:4 75:9 79:24
86:6,8 90:13 97:2,4 98:4
99:10,24 104:6,14,24
105:10,14 106:3,6

 is now 

107:24 113:1 119:12
124:11 125:19 128:7,14
133:9 134:3 146:9
151:16 152:4 156:12
157:12 171:4 176:2,15
180:6,8 187:24,25 191:5
209:7 213:12 214:25
215:7 228:19 229:16,21
248:16 266:19

**timekeeping**
12:4,5 13:6,15,21,24
14:16 15:14 17:2 22:20
23:7 24:23,24 25:7
26:11,21 27:23 35:15,21
38:25 39:23 44:23 45:13,
14 46:5,6,13 47:7,12,13,
16 48:25 49:6,7,23
50:21,22 51:4 52:18,23
54:3 56:8 76:10 78:9,10
108:14 112:12,15,18
113:5 115:11 120:23
121:2,4

**timely**
259:1

**times**
101:21 223:8

**timesheets**
45:7

**title**
35:14,21 58:5 91:2
158:22 161:12 173:6
182:24 206:1 217:10
266:9,12

**titled**
69:25 195:15

**TM**
151:1,7,16

**to**

11:8,10 12:4,11,17,19,22
13:1,9,17 14:8,9,20,24
15:4 16:1,4,5,7,9,13,15,
18,23 17:2,4,6,10,14,16,
23 18:6,13,15,18,21,22
19:2,5,19 20:1,4,8,21
21:12,14,19,23,25 22:6,
10,13,16 23:3,8,24
25:13,20 26:9,14,22,23
27:13,23 28:2,5 30:18,
20,24 31:5,24 32:12
33:6,7,21 34:20,23 35:24
36:7,9,10,12,14,17,19,25
37:1,3,8,10,14,23 38:20,
21,22,23 39:20 40:10,17,
22,25 41:8,14,15,18
42:12,16,19 43:4,19,22,
25 44:12,25 45:3,4,11,21
46:9,17 48:2,10,18,25
49:1 50:2,3,8,9,11,14
51:6 52:6,8,11,17,25
53:4,5,6,7,11,12,22
54:22 55:1,4,5 56:17
57:4,13 58:2,10,14,19,22
59:4 60:16 61:1,6,14,21
62:9 63:7,19,23 66:4,5,
10,13 68:3,6,8,12,14,17,
21 69:2,12,23 70:2,20,25
71:4,13 72:13,22 73:1,2,
9,25 74:13,23 75:7,12,
16,20,21,24,25 76:3,6,
14,21 77:10,11,16,18,19
78:18 79:6,15 80:18
82:20,22,24 83:15,19,23
84:12,15,18,21,24 85:3,
4,7,10,19 86:1,10,16
87:3 88:3,6,12 89:8,10,
11,16,18,23 90:5 91:11
92:2,7,21 94:4,9,14,15,
20 95:7,22 96:7,15,18
97:23 98:1,3,15,16,21,
24,25 99:1 100:9,18,25

101:3,18 102:15,17
103:3,19,20 104:2,18,21
105:2,7 106:1,8,12,24
107:12,24 108:1 109:20,
22 110:7 111:10 112:22
113:2,3,6 114:9,14,21,22
115:11,13,20 116:7,24,
25 117:4,6,13,16,22
118:8,10,21 119:21,23
120:4,18,22 121:3
123:10,19 124:3,20
125:15,16,25 126:1,3,19
127:2,3,22,24 128:1,5,6,
14,15 129:12,13,19
132:3,4,10,18,25 133:9,
17,18 134:6 135:11,17,
18,23 136:11,24 137:1,5,
21 138:1,2,4,25 139:6,7
140:1,4,18,21 142:4,11,
16 143:6,22,23 144:13,
20,23 145:11,13,18,20,
21 146:23 147:7,18
148:7,15,21 149:6,15
150:3,12,17,19 151:12,
18,20 152:3,4,7 153:16,
22 154:1,5,6,13,16
155:16,18,19 156:1,4,11,
15,19,24 157:3,4,11
158:5,8 159:15,16
160:17,18 161:4 162:6,8,
9,16,19 163:2,7,10,17,19
165:4,5,11,14,15,19
166:18,20 167:1,10,13,
22 168:5,8,16,19,25
169:6,10,13,14,15,21
170:2,5,14 171:3,6,22
172:6,21 173:19 174:7,
11,24 175:7,20,23 176:5,
19,21 177:4,9,12,15,23
178:14 180:15 181:1,11
182:1,4,6,7 183:9,11,13,
15 184:4 185:20 186:4,



10,21 187:19 188:4,8,15,
17,20 189:6,10,17
190:12,16,17 191:7,18,
23 192:1,2,3,7,19,25
193:4 194:13,14,17,19,
21,22,25 195:11,13
196:1,10,13 197:8 198:1,
3,5,10,11 199:1,8,11,17
200:9,11,14,16 201:8,9,
12 202:3,7,9 203:7,10
204:1,2,5,10 205:4,5,19
206:3,13,15 207:2,3,6
208:5,9,14,19 209:3,7,14
210:11 211:18,19 212:15
213:2,9,10 214:1,11,16,
20 216:8,12,15,20,21,24
217:17,22 218:11,19,21,
24 219:3,4,23,25 220:15,
16,18 221:8,13,16,21
222:10,13,18,22 223:1,6,
9,20 224:4,9,11,14,18
225:9,15,23,24 226:3,5,
8,14,21,22 227:3,9,13,
20,22 228:3,10,18,21
229:3,6,20 230:6,23
231:5,6,15,23 232:3,8,9,
12,15,17,23 233:10,18
234:1,3,7,8 235:16,19,
20,25 236:8,9 237:1,8,
10,11,14 238:1,17
239:15,20,22,23 240:20
241:2,5 242:16,18,20
243:3,19 244:4,11,18,22
245:9,14 246:25 247:1,
10,12,13 248:5,6,9,12,
13,16,17,22,23,24
249:12,15 250:7 251:15,
20,23 252:12,14,24
253:3,5,9,12,23 254:4,
13,16 255:23 256:6,8,21,
24,25 257:5,14,17 258:1,
4 259:7,14,16 260:2,6,

11,13,14,18,22 261:7,10,
20,21,22 262:4,12 263:8,
9,10,17,20 265:13,20
266:16 268:8 269:3,19,
25 270:19,24,25 271:1,5,
18,23 272:2,7,12,13,19,
21,23 273:5,13 274:1,3,8
275:4,6,13 276:1,6,18,25
277:2,7,9,10,15,17,19
278:9,12 279:5,9,18,25
280:2,5,11,13 281:16,19,
22 282:13,15,17 283:2,3,
6 284:8,20 285:4,8,9,14,
19 286:4,10,12,15,17
287:7,8,12,14

**to-do**
135:25 136:16 137:19,25
140:23 156:23 169:19
176:14 187:20

**today**
11:8,11 12:12,14 20:18
28:6 69:4,11,15,17 71:11
76:5 95:10 120:2 126:16
128:9 135:6 171:8 177:2
183:4 185:1 214:8 223:8,
24 233:22

**Todd**
283:12,16

**together**
86:4 88:9 125:22 126:8
181:22 210:23 286:9

**told**
17:10 66:22 67:4,18,25
72:19 94:16 95:13
132:22 148:15 149:15
150:6 172:13 219:3,4
226:8,10 231:14 261:14

**tomorrow**
268:12

**tons**
156:7

**Tony**
121:21

**too**
36:14 63:11 189:9 231:9
266:24

**took**
11:8,13 70:16 101:16
102:15 146:13 176:10
203:7,23

**tool**
49:25 141:14,15 165:14

**tools**
55:23 59:6 69:18,21
76:12,17 77:20 108:8
116:25 154:5 192:8,25
286:7,9

**top**
14:25 31:19 50:25 65:10
69:23 70:1 76:17 77:22
101:22 106:5,10 135:14
183:5,25 184:24 189:10,
18 190:3,12 191:14,15
193:22,25 194:7,9,14
196:10 202:16 203:19
204:3 208:6 222:8 228:6,
17,24 229:2 231:6,24
232:18 233:9,21 234:7,
11 235:12 236:6 268:7
272:2,10,22

**topics**
239:2,5,8

**total**
144:20 145:3 199:17

**totals**
145:5

 is now 

**track**
89:16 141:18

**trackable**
180:13

**tracking**
39:2 49:14 56:22 57:11,
17,23 58:11 78:21 79:9,
14 80:3 113:4 114:25
156:10 157:8,9,21 158:3,
22 160:12 161:7,9
163:17 165:10 170:20
172:4 175:15 176:10,18,
19 185:3,7,8,13 186:1,2,
21

**tracks**
154:24

**trade**
65:5 66:1

**traffic**
73:8

**training**
140:7

**trainings**
239:9

**transaction**
87:22

**transcript**
12:12 31:13 74:8 287:13

**traveling**
90:17

**Travis**
53:1 55:1 70:5,22 72:3,4,
20 81:17 120:12 122:19
134:4 147:1,2 148:18
149:13 152:3 171:23
190:2,11 192:1 193:19,
21 208:20 210:25 211:12

212:16 213:1 217:15,17
218:16 228:3,21,24
229:8 235:2 256:14,15
283:21 284:10

**Travis's**
235:23

**Trevor**
80:23,24 81:5,6 82:9
85:13,14 106:16 123:12
133:23 162:25 163:1,2
207:2 286:24

**tried**
114:9 169:14 191:18

**trouble**
94:16,25 95:2,14,18
118:9

**true**
63:16 75:6 93:17,21
140:11 188:4

**trust**
22:12

**truth**
11:8,10 14:8 75:21,22
76:1,3 94:10,16 95:5,13

**truthful**
11:18,24 12:15 32:6
75:15 116:5

**truthfully**
95:18

**try**
133:9 134:6 169:21

**trying**
60:16 75:25 77:16 86:1
106:1 114:14 136:11
166:18 167:1 184:4
191:7 210:11 222:25
244:18 248:5 258:1

**tune**
170:20

**turn**
121:9 127:17 206:6
239:4 241:2 283:7

**turned**
88:15

**turnover**
179:1

**twice**
43:16

**two**
14:1,3 31:24 34:16 85:11
90:12,15 97:3,4 99:17
114:21 127:6 130:25
175:2,8 208:22,23
211:22 213:18 217:9
265:16 279:15,17

**two-bates**
196:24

**two-minute**
208:12

**tying**
210:22

**Tyler**
204:8

**type**
32:17 33:2 186:14 216:6
242:4

**typed**
23:23

**types**
51:2 121:6 145:1

**Typically**
179:9




**typing**
202:20

**U**

**Uh-huh**
190:23

**Ultra**
99:4 100:10 101:5,11
107:23

**um-huh**
14:6 25:8,16 26:7 32:2
33:22,25 34:5,7 45:15
49:3 51:9,16 53:25 55:22
60:5,9 62:21 64:21 66:23
70:12 83:18 88:8 92:15
98:23 100:5 102:9 109:4
110:6,8,20 125:17
132:16 145:9 150:15
159:19 160:15 161:10,
16,20 171:17 178:16
187:23 195:19 198:4,7
201:17,23 202:19 203:2
216:17 219:18,22 221:1
229:25 230:9 239:6
240:21 249:20 253:15
261:19 270:18

**umbrella**
185:4

**unabated**
156:9

**under**
86:24 140:11 180:24
185:4 225:23 276:14

**underneath**
31:18

**understand**
43:10 110:9 133:14

221:16,21 225:25 231:14
244:18 263:12,19 277:15
278:24

**understanding**
33:13 67:13 119:13
208:1 215:1 266:8
270:20 282:12 283:23,25

**Understood**
186:19 187:10

**underway**
180:21

**union**
207:8

**unique**
26:8 145:17 154:1,2,6

**unit**
208:3 214:21 283:10,22

**units**
199:5,6,19,21,22 201:5
213:17,21,24 214:2

**unless**
103:19 132:20 133:7
134:4 232:10 283:4

**until**
17:7 49:20 223:8

**untruthful**
12:1

**up**
24:5 28:19 30:21 31:5
35:12 36:7,20,23 37:8
38:21 41:23 55:13 60:2
77:3 80:20 88:3 113:16
114:22 117:19 118:19
125:15 130:1 133:15
137:2 138:1 143:12
144:15 145:3,4 149:10,
13,22,25 151:1,7,11,16

152:15 160:13 171:10
173:15 178:14 179:8
180:7 181:2 183:16
187:19 188:20 191:17
203:2 206:18 210:7
213:24 214:2 222:7
223:7 227:13 231:7
246:25 247:1 252:1,4,6,
11 253:13,17,23 259:9
279:15

**up-to-date**
121:6 155:6

**update**
180:15 187:22 190:14,16
235:25 273:16,22

**updated**
136:16 137:20 259:11

**updating**
137:21 188:6,23 190:23

**upside**
249:9

**us**
36:23 41:18 81:7 107:12
116:15 136:20 150:24
161:4 260:7 265:14

**USB**
37:14 102:7

**use**
18:22 20:3 34:14,16
43:22 45:20 59:16 71:20
74:4 92:25 93:8 94:7
96:16 105:13 111:21
112:25 114:24 120:2
125:16 126:1,16 138:2
139:7 147:24 148:3
180:1 185:23 188:8
202:21 206:19 214:8
217:5 222:13 224:1,9

 

226:18 232:15,17 233:22
253:9 260:13 261:25
263:20

**used**
18:6,18,24 34:9 58:14
59:11 65:17 71:11,16
74:16,20 95:24 111:1
119:18 133:1 141:11
146:22 169:9 171:13
176:8 177:2 188:1,14
196:10,13 214:1 217:1,
14 223:8 228:3,20
233:10,18 260:6

**user**
30:21,25 31:2 34:24 60:6

**users**
33:15

**uses**
26:5 175:8 253:5

**using**
17:1,14 19:25 42:13,17,
25 43:2,3,18 58:10 65:5
68:10 69:18 81:18 92:17
96:14 104:16 106:4,16
112:18 113:16,17,18,20
114:6 115:2,7,11,17,18
119:21 120:14 145:10,11
146:21 148:25 152:15
154:5 163:16 165:10,13
169:4 170:5,9,11 175:14,
16,18 177:8,13 183:5
188:7 189:11 191:14
195:23 206:12 207:4
209:15 214:10,20,21
216:7,9 223:17 224:7
226:12 228:7,16,17,20
229:2 233:10,18 237:20,
23 251:20,21

**usually**

182:5 224:16

**UTC**
107:24

**utilizing**
199:11 217:4

---

## V

**vacation**
113:9

**Vaguely**
41:5 258:9 274:9

**valuable**
155:15,19,21,22 156:2

**values**
159:25

**various**
24:12 28:13 159:13
160:4 286:8

**vary**
214:24 215:7

**VBA**
59:6,7,13 108:8

**Vehicle**
269:21 283:11

**vendor**
49:16 241:16,21 245:11
258:14 261:21,22 263:8

**vendors**
199:8

**verse**
249:14

**version**
45:8 116:11,22 137:9,11,
12,16 152:2 162:16
171:12 173:13,21 177:20

182:19 188:7 191:14
227:14 231:6 280:12,16,
17

**versions**
96:16 109:23 137:12
171:6,9 188:8

**versus**
28:23 43:15

**very**
49:25 70:7 85:23 99:25
114:20 133:16 139:25
140:1 191:10 249:5
259:20,24 266:20

**veteran**
266:3

**via**
87:21

**vice**
91:5,8 266:6

**view**
117:22

**Viewpoint**
139:21,22 190:25 191:4
192:7,20 220:17,19

**violation**
276:7

**visible**
119:9,10

**visiting**
267:3

**visits**
265:14

**Vista**
281:10 285:5,10

**Visual**
59:7 117:4

 

**Vollero**
283:12,14

**VS**
138:16

---

**W**

**wage**
144:18

**Wait**
116:14 148:2

**waiting**
38:10 271:1

**waiving**
277:9

**want**
14:8,20 21:14,23 36:10,
19 41:15 44:25 45:11
75:20,21,25 76:9 77:18
80:17 112:22 116:24
117:6 126:19 139:7
174:11 178:13 198:1
199:1 203:10 205:5
209:14 216:20 239:20
260:11 261:20,22 275:13
283:3,6

**wanted**
52:6,17 70:6 132:25
138:2,7 162:6 189:10
216:20 217:15,16,17,19
222:19 223:5,6 228:4,5,
21 231:2 270:19 287:14

**wanting**
259:14,16

**wants**
238:22

**was**
12:20 15:7 16:2,3,25

17:6 21:25 23:8,21
24:21,23 25:10 27:2,20,
22 28:13,21 30:11,14,15
31:4 32:6,15 35:14,19,21
39:9 42:13,17 43:18
44:24 45:10,23,24 47:24
48:19,21 49:1,2 52:20
54:14 55:9,14 56:20,24
57:14,23 58:6,9,13,14
60:15,16,17 61:1 63:24
64:6 67:12,13,16 68:1,3,
6,7 71:1,17 72:1,3,4
74:17 75:15 76:23 79:25
80:1 81:5,7,8 82:10 84:4
85:11,13,18 86:2,7,8
88:14,15,20,21,22 89:7,
10,12,14,16,23 90:14,15
93:9,11,20 96:1,2 97:2,4,
16,17 98:3,4,5,9,11,12,
13 99:4,10,17,18,19,20,
24,25 100:3 101:12,13,
20,21 102:1,4 103:4,15
104:23 106:4,7,14,16,19,
20 107:13,20 109:6,20
110:15 112:14,23,24,25
113:1,2,5 114:7 116:3
118:25 119:3,20 122:16,
17 124:15,17,19 125:4,
10,11,12,16,18,24
126:10 132:13 133:24
134:3,4,21 135:3 136:12
137:7 139:7 141:25
142:21 146:7 149:12
150:8,16,24 151:6,11,20
154:1,2,6 156:22 157:14,
21 158:22 160:20
161:14,19 166:9,15
167:15 168:1,3,13
170:12,19 172:25 173:12
176:1 177:7 182:14
183:4,19,20 184:11,21
185:6 186:16,17 188:14,

22,24 189:6,9 190:8,12,
15,25 191:3,19 192:3,24
193:11 194:19 195:8
197:10,12,18,20 198:10
201:24 204:21,22,24
205:2,25 206:1,3,8,20
208:1 209:10 210:7,15
211:19 212:21 213:4
214:6 215:3,20 217:3
221:4,8 222:1 223:7,17
227:20 228:2,9,20
229:16,20 231:20 232:2,
3,5,10 235:11 240:9
246:14 247:9 248:12,15,
18,19,23,24 249:2,18
250:10 251:20 253:3
256:2,5 257:7,8 258:22,
23 259:16 260:10 265:3
266:20,25 267:1,3,8
268:8,17,19,20 270:7
271:1 272:5,7 273:25
279:4,6,19,22,23 281:12,
14,15 282:12,13 285:4
287:3

**wasn't**
23:1,2 27:11,21 94:8,11
98:12 151:10 161:4
191:3 208:2 239:10
253:18 258:2 261:2
266:24 282:15

**Waterstone**
269:7,8

**way**
45:17 54:6 58:19,25
81:15 107:12 112:1,19
114:25 133:8 175:19
176:24,25 193:1 206:18
217:15 224:22 230:23
245:3 264:15 280:25




**ways**
210:3

**we**
11:13 13:1 15:6 17:5
23:18 28:11,14,19 29:22,
24 35:4 36:11,13,16
37:23,24,25 38:10 53:20
54:13 55:12 57:1 75:11,
24,25 77:18 79:3,6,16
88:7 93:12 95:22 97:17
105:15 106:1,13 111:21,
22 113:16 119:14 121:9
126:18 129:19,24
132:18,25 133:2 134:24
137:2,18 138:24 139:12,
18 140:10,23 142:1,20
143:13 145:7 147:16
148:13 156:18,19 157:4
158:2 160:12 161:3,11
162:5 166:11,12 169:19
170:4 173:15 174:12
179:24 180:7 184:3,23,
25 185:15,22,23 188:21
192:8 193:2,12 200:5
206:6 209:3,12 210:6
223:5,6,10,11 227:13,20
232:14 236:13,17 249:3,
24 259:20 265:18 270:8
273:21 275:5 277:5,6,12
279:14 280:18 281:21,
22,24 283:13 287:11,12

**We'll**
114:23 205:7 264:3
275:15

**we're**
16:4 49:12 73:9 75:21,24
81:1 113:20 128:2 141:8
177:9 192:7 233:10,18
234:14 235:9 238:12
239:16 241:2 252:19

272:18 274:23 275:4
277:9 281:20,25 282:7

**we've**
37:4 44:22 73:8 157:17,
20 192:7 276:23 287:8

**weakness**
285:12

**website**
272:21

**week**
90:12,16 195:4 196:5
204:24 243:2,5 244:11
250:16,17

**weekend**
113:8

**weekly**
153:7 156:17 159:8,10
174:4,7 181:25 238:23
239:1,4 242:25 243:1,14
244:7,8

**weekly-blank**
158:23

**weeks**
99:18

**weigh**
284:21

**weighed**
231:14

**well**
21:19 47:15 49:6,7,8
52:25 56:20 70:5 78:22,
23 85:17 102:11 106:16
120:25 130:1 145:11
157:12 163:1,20 186:8
191:19 193:25 198:14
210:15 216:11 221:19
237:7 244:3 251:3

259:18 260:23 263:12
275:17 277:3 279:21
281:11 282:1 283:18,24

**went**
28:20 89:14 128:14
142:20 144:13 145:7
149:15 170:4 223:11
227:14,21 236:13 263:10
272:21

**were**
11:17,23 12:5,15 15:22,
24 17:1,12 21:5,19,24
23:2,25 24:13 28:24,25
29:3,12 30:15 38:10
42:25 43:22 44:12 45:25
46:5,13,20 47:23 48:15,
24,25 49:8 50:22 52:5,22
54:3,19,20,22,24 55:3,11
59:24 60:13,22,23,25
61:5,9 62:7 67:14,22
68:3 70:13 71:10,21,22
77:13 85:25 86:3 88:24
90:2,3 93:8 94:3,15,23
96:5,10 97:9,10,11,12,
17,19,21 99:22 100:6
101:10 104:15,25 105:11
106:1,13 108:2,3 111:9
113:2,10,25 114:3,14
115:11,17 119:20 121:1,
5 124:9,22,23 133:1
136:11,12 137:23 139:24
145:10,17 146:8,9,23
147:8 148:20,25 151:6
163:16 165:10,13
166:18,24 167:1,11
169:4 170:5,8,11,14
174:12 175:14 176:9,18
177:21,23 182:2 184:25
185:15 188:1,2,8,23
189:11 190:15 191:6
192:23 201:9,16 204:1



206:8 209:10,23 210:2
211:13 216:7 217:20
218:7,8 220:21 222:7,25
225:21 228:16,17,23
229:2,18 231:2 235:12
237:23 242:13 248:13
249:5,8 256:2 258:1,18,
21 261:3 267:4 268:13
270:7 284:12

**weren't**
23:22 52:12 114:14
189:9 191:6,7 207:9
209:21 215:17

**Wesco**
258:10

**what**
12:8,24 16:2,3,10 18:2
20:9,24 21:14 22:6 24:11
27:16,18 28:5,12 29:11,
15,24 35:14 36:23 37:17,
23,24,25 38:2,11,21 40:3
45:23 46:11,18 47:9,10
48:18 50:14,20 52:24
54:5,13,25 55:9,11,16
57:10 60:16,17 63:19
64:24 66:21 67:4,5 69:12
70:10 72:8 73:5,14
74:12,19 75:3,19 76:5,
16,22,24 77:7,11,15,25
78:8,14,20 79:15,20,21
80:11 82:17 83:2,23 86:2
87:23 89:1,7 93:14
94:13,14 95:20 97:7,21
98:5,11,25 99:12 100:2,9
103:4 105:17 106:13
107:20 108:2,6,9,12,15
110:13,23 111:9,17,24
114:2,15 116:7,15 117:3
118:4 119:8,20 120:4,18,
20,24 121:1,20 123:11

124:22 126:3,11 127:10
128:4 129:16 130:23
133:20 134:7 136:11,12
137:2,10,12,17,20,22
139:1,15,19 141:7 142:6,
11,20 143:4,6,22 144:2,
23 146:23 148:12,13,20
149:23 150:4,19 152:6
153:14 154:5 156:11
157:4 158:7,8 159:11
160:20,22 161:6 162:5,
19 163:3,6 164:7 165:1,
19 166:17,23 167:11
170:3,24 172:7,21 174:1,
12 177:15 178:13 181:6
185:6,25 186:24 187:11
188:14,19,21,22 189:5,
14,15 190:1,4,11,15
191:6,21,25 193:2,4,18,
23 194:8,25 195:7,13,25
196:1,8,12,15,17 198:13,
14,16,23 199:1,9,23
200:23 201:3,4,5 204:10
206:20,21,22 207:6,13,
14 208:5,10,14 209:1
210:20 212:14,15,17,23
213:2,7,9,14,19,22,24
214:1,5 215:4,9,12,13,
16,20 216:21,24 217:12,
20 218:23,24 220:23
222:1,10,25 223:21,23
226:18 227:4,12,16
228:2,9,21 230:4,5,11,
14,16 231:15 232:5,10
234:22 235:3 236:4
238:6,12,21 239:3,16
240:23 241:7,20,24
242:13,22 246:4 247:3,
23,24 248:6 250:8
254:14,21 255:5,19
256:23 257:6,25 258:4,
15,20 260:22 261:13,24

262:2,13,17,20,21,24
263:3,5,6,10 264:19
265:9,13 266:9,11,25
267:1,4 268:16 269:7,8,
12,21 270:6,11,24,25
271:10,18,25 272:5,7
273:8 276:8,12,15,16
277:14 280:21 281:10
282:19 283:21 284:20
285:19,23 286:10,15

**what's**
26:1 39:7 62:22,24 73:14
74:10 89:6 91:2 112:1
130:13 132:5 135:7,8
138:16 140:12 144:8,9,
21 147:15 149:8 164:24
171:2 180:12 182:23
186:7 191:24 198:11
204:15 211:23 247:23
265:20 267:11 272:25
281:16 286:6

**whatever**
46:20 55:13 90:21
107:25 144:18 145:2
149:15 155:22 162:16
199:15 253:10 255:24

**whatnot**
144:7 242:14 245:15
254:24

**when**
12:5 14:1,7 16:25 21:4
23:1 27:22 42:1 45:3
47:24 48:24 52:20 55:8,
9,10 62:7 67:4,10 73:6
77:4,12 90:6,14,15,18
91:16 93:7 97:2,11 99:19
102:1,4 104:14,25
107:22 111:13,17 114:25
124:15,22 125:15,18
135:24 138:19 141:25


AdvancedONE LEGAL is now LEXITAS

146:8 147:7,8 150:1
153:3 175:15 179:8
180:23 182:13 190:14
192:23 196:25 202:20
204:19 206:11 209:2,7
211:3 217:14 224:16
225:17 228:16 229:13
248:14 249:19 252:4,10
253:8 256:2 264:1
266:22 276:13 277:1,6

**whenever**
98:12 113:9 132:13
146:7 253:17

**where**
31:25 34:20 38:5 64:10
79:9 81:11,12 83:16
91:24 93:5 96:21,24
97:9,11 99:14 101:10,16,
21 102:13 103:19 104:6
117:8,12 122:9,10 123:3
130:16 132:9 133:17
134:7 140:24 144:25
154:16 174:1,16 178:23
179:16,22 181:5 182:11,
25 185:12 186:7 197:24
198:8,9 203:12,18
213:10,11 228:23 287:2

**whether**
15:24 18:5 35:19 60:16
68:2 134:24 135:4 156:4
172:7 179:18 192:21
212:25 213:3 217:3
220:22 237:23

**which**
19:16,21 24:20 31:14
37:11 38:25 44:23 53:21
65:10 77:21 81:2 121:11
131:18 136:6 138:15
142:18 144:5 152:19
161:6 163:11 169:19

187:20 190:5 195:14
198:2 199:6 202:10
206:7 210:8 211:19
212:15 218:5 227:19
247:2 278:17 280:5
285:18

**while**
14:24 24:13,21 29:4
38:10 49:8 74:3 93:8
95:25 113:25 114:18
115:7 132:8 195:23

**Whitfield**
37:3

**who**
15:4 17:8,17 53:5 55:4
67:18 72:19 81:5 89:8,9
92:7 97:21 123:16,18
124:13,14,20 125:9,25
130:4,5 149:10 180:5
200:3 204:7 215:18
218:7,8 222:7 229:13
241:11,13 247:16 251:24
252:4,6,10,11 256:6
257:22 258:10,13 265:4,
5,7 266:14 273:23
277:18 279:17 283:16

**who's**
33:21 80:23 88:1 150:23
181:9 236:23,24 237:6
286:21

**whoever**
199:8

**whole**
28:15 80:18 186:10
266:19 275:18,22

**whom**
67:14

**why**

31:2,10 54:19,20 60:18
82:9 94:3 111:6 112:21
137:11,18,23 154:8
156:22 161:22 163:20
166:24 167:1,6,9,10,16
171:5 184:14,17,19
189:16 193:24 194:12
195:8 201:16 203:8
209:9 210:15 217:13,17,
24 218:1 220:20 237:16
240:12 247:9,11 257:18
260:3

**will**
21:4 42:1 67:7 117:25
129:2,9,13 131:4,15
143:11 144:1 159:12
160:1 162:14,15 179:5
180:25 181:22 238:23
245:17 247:1 279:14
282:3

**win-loss**
286:10,15

**window**
117:23

**Windows**
31:5

**with**
15:4,6 20:8 22:2 23:10
25:17 26:1 28:7 32:25
33:2,24 34:3,24 38:16
44:5 46:12 47:7 50:7
53:22 56:8,11,22 62:17
63:12 64:16,23 65:2,21,
23 66:8 67:1,14,22 70:4,
8 71:17 73:2 81:6,21,23
82:3,25 83:20 84:13,22
85:10,21 91:17 92:23
93:14 95:20 97:7 109:21
114:9 120:11 121:3,5
127:25 129:4,12 133:11

 is now 

134:14 135:24 140:25
141:7 142:20 147:6
149:10,13,16 150:24
151:18 152:12 155:6
156:15 158:1 160:16
161:8,11 167:24 168:2
169:24 171:11 172:18
176:1 177:22 178:9
179:1,13,18 180:7 181:1
182:6,8 183:8 184:1,22
189:7,11 191:4 192:9,20
194:21 200:18 203:23
206:18 207:9,10 209:19,
23 210:20,25 211:4
213:24 214:2 220:16,18
224:8,23 225:24 226:5,8,
13,14 227:9,14,17
229:14 232:21 233:12
236:1,3,6 237:12,24
240:6 245:2,18,21,24
247:13,20 248:23
249:21,22 250:4 254:10
255:2,4 256:8 258:25
259:22 260:25 262:24
265:8,14,19 266:15
267:3 268:13,16 269:9,
14 275:16 277:4 278:18
279:7 280:3,4,11 281:6
283:11,14,18 285:15
286:7 287:13

**within**
14:3 62:1 127:13 131:21
132:18 142:8 160:24
279:15

**without**
175:24 229:8,10

**witness**
11:2 24:7 35:10 37:21
42:3 82:1 89:21 117:21
123:23 207:25

**won**
197:15,16

**won't**
41:22 277:13

**wondering**
81:5 184:19

**Word**
111:3

**words**
25:15 66:18

**work**
30:12 36:11 39:15 47:1
49:15 57:15 67:7 81:21,
23 82:2 85:21 90:7 96:4
107:7 109:25 124:15
126:25 127:15 133:16
164:12 181:1 184:10,15
189:11 191:18 206:13
210:3 231:16 233:2,9,17
237:10 242:8,15,18
245:13 247:20 250:13,
21,22 251:1 253:5 254:4
268:21 272:1 280:6,8

**workbook**
98:22 211:9 235:22

**worked**
45:17 49:15 141:3
203:21 213:8 231:21
233:5

**workflow**
125:22,24 126:16,23
128:2 177:23

**working**
24:14,22 30:16 49:1
52:23 54:23 75:1 76:7
86:3 90:21 93:8 118:10
121:2 135:24 141:22
171:18 181:19 184:21

208:24 209:10 231:5
238:18 254:2 274:7
281:15

**works**
42:1 65:18 250:23

**worksheets**
183:22

**world**
151:20 186:3,6 207:19
239:23

**worry**
224:15

**worth**
280:6

**would**
18:13 22:11,17 25:10
30:9 31:2,10 33:5,6,9
34:4,6,8,9,11 35:1,12
36:2 42:8 44:2 45:6
47:12 51:10,12 55:25
56:6 57:4 60:12 62:17
64:9 67:19 68:18,23 71:6
79:9,11 84:14 85:14
88:23 89:10 91:25 92:12
99:9 101:16 103:7,18,19
106:9,14 107:9 111:12
112:7,17 114:19,21
116:25 117:4,12 118:19
120:15 123:18 124:23
126:12,14 127:7 128:6
129:17 131:17,18 132:14
135:10,16 141:16 142:10
144:17 145:4,5,25
146:11,25 151:8 154:16
159:16 160:22,24 164:14
165:3 167:17,19 168:20
173:14 176:2 179:22
180:6 181:12 182:12,13,
15 183:2,19 184:13,15,



17,19 185:24 186:21,22
187:6,8 188:7,10,16
189:13 192:11,12,21
193:24 194:11 197:5,11
200:3 201:14,18 203:13,
15 206:17 209:16
211:15,21 214:24
217:13,23 220:2,5,15
222:24 223:4,10 229:12
231:11,19,23 232:1,21
233:3 234:14,19 237:7,
15 238:8,20 240:12,23
242:4,6 244:16,23 245:5,
21 247:11,12 253:23
254:17,24 255:5 257:2
259:8 266:20 271:25
272:1 283:25 285:2
286:12

**wouldn't**
59:14 84:19 132:3
161:22 167:16 182:16
188:11 211:15 253:21
284:13 286:19

**write**
146:1

**written**
26:1 260:16

**wrong**
126:20 204:23

**Wyoming**
280:2

— Y —

**y'all**
29:13 81:18 268:21

**yard**
186:11

**Yates**
15:11,12 16:23 17:4
52:25 55:2 67:23 72:2
91:22 92:2,4 120:12
123:9 142:5 149:21,25
171:23 172:15 208:20
234:6 235:9 243:16,24
244:3 260:21,24 271:24
272:16 283:20

**yeah**
15:12 19:13 24:4 25:1,5
26:2,25 30:23 36:6 45:9
54:15 56:23 64:19 75:23
76:2,4 77:12 100:13
112:7 117:11 122:18
135:14 136:3 137:6
141:2 142:10 144:16
146:11 148:8 157:13
161:2 163:25 176:2
184:9 187:4 192:15
197:10 202:11 215:4,19
222:4 236:15 243:13
244:12 246:6 249:23
254:12 257:20 265:12
280:2 282:8

**year**
11:14 192:16 258:24
281:5

**yearly**
87:17,20 243:10 259:16

**years**
85:12 97:3,4 109:17
114:8 134:25 146:22

**yelling**
225:15,18

**Yep**
118:12

**yes**
11:9,12,16 12:10,23

18:14 20:23,25 21:3,7,23
22:3,5,22 23:17,20 24:2,
11,15,17,19 26:3,4,10
29:9 31:9,23 32:19,23
33:16 34:2,13,25 35:25
38:13,15 39:11 40:14
41:5,13 44:7 46:24 47:2,
9,18 48:6,17 49:4,11,19,
24 50:13,19,24 51:20
52:4 53:19 54:9,18 55:24
56:2,5,7,10,12,14 58:16,
17,21 59:9,17,21,23
60:1,24 63:18 64:4,12
65:3,8,13 67:24 69:10,
17,20 71:25 72:5,12
74:17,18,22 76:9,18
77:17,24 78:7,12 79:8,23
81:19 82:8,11,17 84:8
86:5,22 87:1,3,6,8,10,14,
16 88:11,14 89:1,4 90:1,
5,8,10,20,23 91:1,19
92:6,12 93:9,11 94:17,
22,24 95:1,4,9 97:6,15,
17,20 98:14 99:6,21
100:1,8 101:15,23 106:6,
18 107:3 110:22 112:10,
13 113:12,21,24 114:2,
12 115:5 116:1,4,6,12,
19,23 117:2,5 118:18,24
119:2,8,11,25 120:3,9,
15,20 121:16,20 122:4,6,
12,21,23 123:6,8,14
124:5,12 125:23 126:2,9,
11,17 127:5,8,11,21
129:6,11,14,22,25
130:22 131:6,10,14,17,
19 132:7,12 133:5 136:5,
9,14,18,25 137:9 138:9
139:14 140:2,9 141:5,13,
16,21 142:25 143:3,20
145:19 147:13,19,22
148:19 149:7,9,10,17



150:18 151:3,5 152:24 153:9,18,24 154:7,10 155:8,14 156:17 158:25 159:3,6,9,22,24 160:3,6, 8,10 161:17,18 162:11, 12,18 163:3,15 164:13, 19,22 165:18 166:3,5,14, 17,23 167:19 168:20 170:21 171:14,19,21,25 172:2 173:3,14,22 174:3, 6,9,21 175:11 178:19,22 179:12,15,25 180:4,18, 22 181:4,8 182:22 183:2, 7,24 184:13 185:5,11 186:18 188:5,6 189:5,8 190:24 191:2,12 193:14 194:8 195:7 196:8,17 201:14,20 202:14 203:17,22 205:21,24 206:5 207:5 209:1,25 210:13 211:24 212:3,5, 20 214:9 215:12,23 216:18 218:6 219:12,15 222:9,12,16 223:13,14, 22 224:6 225:2,6,11 226:1,24 227:16 228:15 229:1 230:18 231:13,22 232:16 234:12,20 235:14,23 236:15,16,22 237:18 239:3 241:12,18, 19 242:10,12,21 243:15, 20,22 244:16 245:12 246:10,13 247:19 248:8, 11 249:10,16 250:14,18, 25 251:5,14,16,18 254:3, 8 255:13,17 256:12,16, 19,23 257:6,9 259:8 261:17 263:14,18,22 265:6 266:4 267:7,10 268:22 269:15,17 270:5 271:1,6,8 273:15,20 274:9 275:12 277:22

278:4,22 282:11 285:2 286:1 287:1,17

**yet**
14:22

**you**
11:7,10,13,17,23 12:1,3, 5,8,11,15,21,24 13:5,10, 11,14,19,23 14:1,2,4,7, 14,19,20,23 15:4,13,18, 20,22,24 16:12,18 17:1, 4,8,10,12,23 18:2,5,11, 18,24,25 19:1,8,13,14, 17,23 20:2,7,8,10,13,18, 24 21:1,4,8,10,12,14,19, 23 22:8,12,18,19,20,23 23:1,3,8,15,18,22,24 24:3,13,16,18,21 25:3,9, 11,17,18,25 26:6,11,17, 22,24 27:11,12,16,18,22, 23 28:1,5,8,10,17 29:3,7, 11 30:1,4,15,18,19,22,24 31:12,19,25 32:1,4,8,15, 20,24 33:3,6 34:4,6,8,11, 14,16,20 35:1,15 36:7,9, 10,12,19,20 37:1,7,22, 23,25 38:1,2,11,14,16, 21,22,23 39:1,9,10,14,24 40:2,5,7,8,13,16,20 41:2, 3,6,11,15,16 42:1,9,10, 12,17,24 43:1,2,4,10,12, 15,17,19,21 44:4,8,15, 24,25 45:3,11,12,19,20, 25 46:2,5,12,13,20,25 47:6,7,10,19,23 48:1,2, 15,18,19,24,25 49:8,12, 18,20 50:14,18,22 51:6, 13,14,17,19,21 52:5,6, 12,14,17,22,25 53:3,7, 11,21,24 54:6,19,20 55:1,3,5,6,8,10,11,16,20, 21,25 56:3,6,15,20,21,24

57:2,8,11,15,17,20 58:1, 5,6,9,10,18,19 59:1,6,16, 18,19,24 60:3,10,13,18, 22,25 61:4,9,12,17,19, 23,24 62:2,5,7,8,11,17, 18,20,24 63:3,7,11,15, 16,19,23,25 64:1,3,7,10, 17,22,24,25 65:2,4,10,19 66:4,5,16,19,21,22,24 67:4,5,8,18,21,25 68:10, 11,24 69:3,4,9,12,18,21 70:13,16,23 71:5,8,21,23 72:19,23 73:2,11,15,21, 23 74:4,6,7,16,19,20,23, 25 75:1,3,10,20 76:6,19, 20 77:1,2,13,19,20,25 78:18,25 79:6,15,23 80:11,15,17,25 81:2,12, 14,17,20,21 82:2,9,12, 18,24 83:2,6,12,16,17, 19,21,23 84:2,7,9,14,25 85:10,13,21,24 86:3,9, 15,21,23 87:20,23 88:9, 12 89:5 90:2,3,14 91:20, 21 92:8,14,16,24 93:3,7, 8,14,15,25 94:3,9,13,15, 16,18,19,23,25 95:2,5, 10,12,13,15,16,17,18,21, 23,24 96:4,5,10,14,16, 21,24 97:2,4,7,9,10,11, 12,19,21,24 98:17,20,21 99:2,10,13,22 100:2,3,9, 12,16,17,25 101:4,7,10, 14,16,24 102:1,7,15,20, 23,24 103:5,8,16,23 104:1,2,14,25 105:9,10, 11,18,19,20,21,23 106:7, 8,21,24 107:2,4,7,9,17, 19,22,23 108:2,3,19,24 109:5,10,14,20,21 110:4, 9,14 111:6,9,10,13,17, 21,25 112:1,2,4,8 113:7,



10,22,25 114:3,10,13,14,
15,19,24 115:4,6,10,17,
18,24,25 116:2,7,15
117:7,10,16,24 118:6,10,
13,22,25 119:1,3,6,13,
15,16,20 120:4,8,21,24,
25 121:1,5,10,17,21
122:9,13 123:3,9,12,16,
25 124:7,22,23,24
125:14,15,21 126:3,7,8,
19,22 127:9,14,22 128:3,
9,14,25 129:21 130:16,
20,21,24 131:3 132:22
133:8,9,14,19,20,21
134:6,14,19,21,23 135:2,
6,17,24,25 136:2,10,11,
12,15,17,19,20,23 137:1,
11,19,23,25 138:2,7,10,
14,20,25 139:4,23,24
140:7,17,24,25 141:3,4,
6,18,22 142:3,7,11,15,
17,23 143:5,13 144:14,
17,25 145:10,20,25
146:1,4,5,8,9,12,13,15,
23 147:2,7,8 148:7,20,23
149:15,18,21,24 150:6,
13,19,25 151:4,6,10,17,
22 152:2,4,7,11,14,18,21
153:3,5,7,10,11,13
154:8,11,16 155:7 156:4,
10,23 157:4,7,14,24
158:8,14,21 159:7,15,25
160:11,16 161:1,3,19,22,
25 162:8,9,11,13,15,16,
19,24 163:1,2,6,16,23
164:7,8,14,17,20 165:2,
10,13,19 166:1,4,18,24
167:1,6,9,10,11,16,24
168:1,2,5,9,17,18,19
169:3,8,14 170:5,8,11,14
171:9,20,22,24 172:3,9,
12,15,18,21 173:10

174:1,11 175:5,13,19
176:4,9,10,17,18 177:15,
19,21,22,25 178:3,20,23,
24 179:11,13,22 180:1,2
181:17,25 182:2,3,11,18
183:3,6,8,11,19,21,25
184:1,6,14,15,19,23,25
185:4,19 186:4,6 187:5,
21,22 188:4,7,14,23
189:1,3,6,9,10,11,14,16,
18,24 190:3,4,12,14,15
191:6,7,13,15,17 192:1,
2,3,6,16,23,24 193:4,11,
15,17,22,24,25 194:7,12,
14,21,24,25 195:5,6,8,9,
16 196:1,9,18,25 197:7,
15,21,22,23 198:3,8,13,
23 199:8,11 200:1,11,15,
19 201:3,18 202:6,10,15,
17,23 203:2,12,15,18,23
204:1,10,15,16,18 205:5,
10,18,20,22 206:2,3,6,8,
16,18,19,22 207:1,2,3,
12,13,15,21 208:5,14,22
209:2,7,9,10,14,18,21,23
210:2,11,15,18 211:1,3,
9,10,19,21 212:15,18,24
213:2,4,8,14,23 214:1,
16,19 215:17,20,21,22,
25 216:7,14,19,20,21,22,
23 217:5,20,24 218:1,14,
18,19 219:3,5,10,13
220:3,6,9,12,20,24
221:8,16,21,25 222:1,23,
25 223:5,9,14,24,25
224:1,5,20,22 225:2,6,
20,24,25 226:4,8,12,17,
25 227:3,8,12,13,18,21,
22,23 228:5,12,16,17,22,
23 229:2,5,13,15,18,19
230:23 231:4,8,12,15,19,
20,23 232:4,10,12,20,21

233:1,8,15,25 234:3,19,
21,22,24 235:1,3,8,9,15,
21,24 236:4,8,10,12,17
237:10 238:1,9,12,17
239:1,4,12,16,20 240:1,
2,7,12,20 241:2,11,25
242:4,13 243:14 244:13,
14 245:10,19,25 246:4,
17,22,23 247:9,10,20
248:6,13,14 249:1,2,5,8,
13,19 250:1,8,9 251:6,9,
19,24 252:1,5,11,24
253:7,8,10 254:21 255:5,
9,15,19,23,24 256:1,2,5,
17 257:14,18,22,25
258:1,4,8,10,15,21,25
259:9,10,13,23 260:8,17,
23 261:3,5,14,20 262:9,
15,18,24 263:5,6,12,19,
23 264:7,9 265:1,4,5,11,
20,24 266:3,14,16,22
268:5,8,23 269:3,7,10,21
270:3,9,11,23 271:1,3,5,
7,10,12,18,25 272:1,7,9,
12,22 273:4,5,8,13,14,23
274:1,5,7,13,17 275:4,6,
13,17,21,22 276:4,12,25
277:4,8,10,12,18 279:1,
4,9,25 280:11,13,22
281:6,16 282:9,17 283:1,
6,7,13 284:8,12,13,15,
21,25 285:3,7,13,15,18,
19,21,24 286:2,9,11,14,
19 287:3,16

**you'd**
94:18 95:6 124:20
286:17

**you're**
16:2,6,10 21:17 22:6
27:18 30:6,7 32:11 36:23
38:5 41:18,22 43:14 46:1

 is now 

48:7 53:7,10 54:2,7,10,
16 59:13 61:18 63:2
65:24 66:7,14,17 68:19
70:10 74:13 77:7,11,15,
16 87:2,4,11 91:7,16,17
103:8,9 110:15 111:17
113:18 115:18 117:13
118:13 120:10,14,16
121:14 135:12 137:20
144:19 146:4,15 156:6,
10 168:21 169:21 170:22
175:1 176:13,14 180:12
182:12 185:13 190:23
200:22,25 205:17 207:3,
6,20 208:19,24 215:17
216:22 219:6 221:25
225:7,17,23 226:14
227:8 229:15 232:5
237:19 238:18,21 243:12
247:25 248:3,6 253:9,11
257:18 259:4 270:21
276:6,17,24 277:15
282:24 284:13,17

**you've**
43:1,21 64:5 95:19
107:24 111:23 112:11
124:8 185:12 186:4
189:17 217:9,10 229:24
230:7,19 233:4 237:11
252:19 254:1 283:4

**your**
11:13 12:11,14,15 13:6,
14,20,23 14:5,15 15:5,
14,25 16:19,25 17:3,13,
24 18:1,3 20:2,13,14,15
21:1,5 22:7,13,21 23:5,6,
7,18 25:12 27:11 28:3,6
29:4,23 30:11,25 31:2,7,
12 32:3 33:13 34:24
35:15 37:3 39:15 40:2,5,
8,9,16,21 42:16 44:17

45:19 46:8 47:15,19
48:20 51:23 53:3 55:8,10
57:14,20 58:22 59:19
60:6,20 61:5,17,24 62:1,
12,17 63:16 64:17,23
66:8,25 67:13,15,25 68:5
74:6,17 76:1 77:1,3 80:3
82:2 83:16 84:4,5 86:23,
24 88:12 89:12 91:16
92:24 93:3,9,11,14 95:25
96:4,5,11 97:10,12,14
99:5,13 101:22 102:4
104:2 105:13 107:9
108:4,16,20 109:11,25
110:14 111:6 114:13,23
115:6,22 118:23 120:11,
21 121:1 126:23 129:4
136:11,16 137:19,25
141:23 142:3 144:5
147:14 156:23 161:14
163:7 168:13 169:20
171:9,15 174:4 175:12
176:14 183:3,18 184:10,
14,20 185:14 187:11
189:2,7 199:8,20 202:2
208:1 217:13 219:5
222:1 229:14 230:22
234:7 237:17 241:3
247:21 249:4 252:4
254:6 256:3 266:8 267:8
269:16 270:20 271:4
277:2,13,21 278:1,6,23
282:12 283:23 284:22

**yours**
31:18 103:12

**yourself**
23:23 30:19 53:4 55:5
61:12 135:25 167:9
171:20 189:2,4,17,25

---

## Z

**zeros**
158:10 267:15

**Zoom**
15:6 36:15,17,18

