# EXHIBIT 7 – MMR GREEN SHEET

Native Version Filed under Seal (Pending)

#102128251v1