# EXHIBIT 12 – ISG REPLICA JOB ANALYSIS PROGRAM

Native Version Filed under Seal (Pending)

#102128299v1