UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MMR CONSTRUCTORS, INC.,                    CIVIL ACTION NO.: 22-CV-267

      Plaintiff,                           JUDGE BRIAN A. JACKSON

VERSUS                                     MAGISTRATE JUDGE
JB GROUP OF LA, LLC D/B/A                  RICHARD L. BOURGEOIS, JR.
INFRASTRUCTURE SOLUTIONS
GROUP, et al.,

      Defendants.

## DECLARATION OF JASON YATES

1.     My name is Jason Yates.

2.     I am over the age of 18 and competent to make this Declaration.

3.     I am the Chief Executive Officer of Defendant JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG").

4.     I make this Declaration under oath, under penalty of perjury, in support of the Opposition of ISG to the Motion of Plaintiff, MMR Constructors, Inc. ("MMR") for Contempt against ISG.

5.     In May 2022, around the time of the Temporary Restraining Order (R. Doc. 7), Stipulated Preliminary Injunction (R. Doc. 21, 23), initial Forensic Protocol (R. Doc. 22, 25, 26) at the outset of the case, and to comply with the Stipulated Preliminary Injunction and Forensic Protocol, I personally went around to all ISG office personnel[1] and informed them of the injunction and the need to comply with it. I further asked employees whether they were in possession of any

---

[1] ISG acknowledges that it may not have informed every field worker about the Stipulated Preliminary Injunction. However, such employees would not have access to or be involved in estimating work, working on proposals, or have access to the alleged materials related to MMR.s Motion for Contempt.

EXHIBIT A

any MMR information or documents and told each employee not to use or delete any MMR information or documents that they may be in possession of.

<u>Huffman</u>

6.      Ben Huffman is a former employee of MMR and a current employee of ISG.

7.      I hired Mr. Huffman at ISG in March 2022.

8.      I *never* asked Mr. Huffman to bring any MMR materials or information to ISG. To my knowledge, no one from ISG ever asked Mr. Huffman to bring any MMR materials or information to ISG.

9.      I knew that Mr. Huffman was proficient in Microsoft Excel and creating access databases.  Mr. Huffman informed ISG that he could create all new estimating and other project tools programs for ISG from his own knowledge of Excel and software coding.

10.      After ISG hired Mr. Huffman, he prepared various spreadsheets for ISG.

11.      The first part of Mr. Huffman's deposition in this case took place on March 27, 2023 (the "<u>First Huffman Deposition</u>").

12.      The second part of Mr. Huffman's deposition in this case took place on February 8, 2024 (the "<u>Second Huffman Deposition</u>").

13.      I attended the First Huffman Deposition and Second Huffman Deposition.

14.      At the First Huffman Deposition, Huffman disclosed, for the first time to me and ISG, that he had retained and brought to ISG, an MMR "Timekeeping" document.  (First Huffman Dep. Tr. At 140).  With respect to the Timekeeping document, Mr. Huffman also testified that, although he initially created an ISG Timekeeping document based on the MMR Timekeeping document, he scraped its use because he believed that an off-the-shelf solution was better.   (First Huffman Dep. Tr. At 36-41).

15.     After Mr. Huffman made this disclosure, for the first time, that he had retained any MMR material, the deposition was suspended on the advice of ISG's counsel, to allow Mr. Huffman to retain his own counsel.  (First Huffman Dep. Tr. 141 – 146).

16.     Mr. Huffman's testimony at the First Huffman Deposition that ISG was using an off-the-shelf timekeeping document was consistent with my prior understanding. But, nonetheless, after hearing Mr. Huffman's testimony at the First Huffman Deposition, I investigated and confirmed that ISG was using the off-the-shelf program.    Attached as Exhibit "1" to this declaration is a true and accurate copy of the vendor payment history for the off-the-shelf accounting program, Viewpoint.

17.     ISG purchased Viewpoint in the Spring of 2022 and began utilizing it thereafter. All timekeeping information and practices by ISG are input into the Viewpoint program.

18.     Mr. Huffman did not disclose at the First Huffman Deposition that he had retained or used any MMR document other than the "Timekeeping" document.  (First Huffman Dep. Tr. 24-31, 45-47, 53, 137-139).

19.     After the First Huffman Deposition, Mr. Huffman retained separate counsel to represent him, including with respect to the remainder of his deposition.  Neither ISG nor ISG's counsel communicated with Mr. Huffman about the lawsuit, his testimony, or the deposition.

20.     At the Second Huffman Deposition, Mr. Huffman revealed, *for the first time and in contradiction to his original testimony*, that he used MMR "Overhead and Top Sheet"; "Greensheets"; and "Job Analysis" spreadsheet to create material for ISG.

21.     Although I believe the formatting in these spreadsheets are not confidential, I, and ISG, had no knowledge that Mr. Huffman used any of alleged MMR documents in creating the new ISG documents. At the time Mr. Huffman created the Labor and Material Sheet, the Bible,

and the Job Analysis documents for ISG, Mr. Huffman told me that he created them "from scratch."

22.    In fact, Mr. Huffman also denied using any MMR documents in creating any of these three ISG documents in the First Huffman Deposition. Mr. Huffman also initially denied doing so at the Second Huffman Deposition.

23.    Although I knew that some of the spreadsheets had a similar look and general purpose to the types of spreadsheets I had seen at MMR (as every company in the industry has a form of these types of documents), I did not know, nor did Mr. Huffman tell me or to my knowledge anyone else at ISG, that he brought any MMR materials to ISG or that he actually used any MMR materials to create documents for ISG.

24.    Immediately after the Second Huffman Deposition, ISG began taking steps to address Mr. Huffman's testimony, even though I believe that the ISG documents [Labor and Material Sheet/ Overhead Sheets, the Bible, and the Job Analysis] do not contain confidential MMR information.

25.    ISG reviewed the documents created by Huffman for ISG and determined that some were in use at ISG and some were not.

The Job Analysis Spreadsheet

26.    The Job Analysis spreadsheet Mr. Huffman created for ISG was used to track productivity and manpower on projects.  It is an excel spreadsheet wherein ISG must input data from the field on a specific project.

27.    My investigation after Mr. Huffman's deposition revealed that the Job Analysis spreadsheet was in use on one project by one employee, Dan Howell. I confirmed with Mr. Howell, that the Job Analysis spreadsheet was never used from start to finish on any project. On or about

February 9, 2024, I instructed all ISG personnel to immediately not use the Job Analysis spreadsheet Mr. Huffman created for ISG.

The "Bible"

28.     The "Bible" is a widely used industry term to describe a proposal tracking system. It gives each job proposal a specific identifying number and then tracks the outcome of the proposal.

29.     I immediately instructed everyone at ISG to stop using the "Bible", after Mr. Huffman testified in the Second Huffman Deposition, that the document he created may have been based off a document at MMR.

30.     I instructed Dan Howell at ISG to create a new ISG proposal tracking document, without using the document created by Mr. Huffman or any other MMR document.   He immediately began doing so.

Labor & Material Sheets / "Estimating Tools"

31.     The labor and material sheets / "estimating tools" pull in data through an Excel function known as a V (vertical column) LOOKUP and bring it to another section of the spreadsheet as certain items are selected.

32.     ISG purchased publicly available National Electrical Contractors Association ("NECA") rates for material and labor costs on or about April 22, 2022 for use in the estimating tools. A true and correct copy of the order confirmation is attached to this declaration as Exhibit "2". After purchasing, the NECA rates were manually input in the Labor and Material sheets. Material pricing from several vendors was also input in the estimating tools.

33.     For every job, after the VLOOKUP in the spreadsheet would pull in the NECA standard rates, I, and other ISG managers, would then review the rates and further adjust the output

5

based on our decades of industry knowledge related to estimating projects in the electrical industry. The information affecting the changed rates in a bid are items like location and difficulty level of the work.  No bid was based solely on the initial output of the spreadsheet.  Material costs and labor rates regularly change, and they have increased steadily since Mr. Huffman joined ISG.

34.     Accordingly, based upon my knowledge and experience in this industry these labor and material spreadsheets / "estimating tools" do not contain confidential MMR information.

35.     Moreover, ISG also utilized an estimating tool called Bluebeam to calculate and count the quantities of materials which are to be used after receiving a request for a quote.  Attached as Exhibit "3" to this declaration is a true and accurate invoice for this program, ISG purchased in September 2022 and began utilizing thereafter.

36.     Nonetheless, ISG has taken steps to procure a much more robust off-the-shelf estimating and project management tools.

37.     Before the Second Huffman Deposition, I had already been speaking with ProCore, a company which makes estimating and project management software that ties into ISG's existing Viewpoint accounting system.

38.      On February 27, 2024, I contacted the ProCore account representative, John Carter, to further these discussions and obtain a quote.

39.     On February 27, 2024, Mr. Carter sent me a quote for the ProCore Project Management Pro, Project Financials, Bid Management, Estimating, Field Productivity, and Viewpoint Spectrum Enterprise Resource Planning ("ERP") modules.

40.     Below are links to the ProCore resources describing the robust nature of the products:

Procore Estimating[2]

Field Productivity: T&M to Change Management[3]

Project Management Pro Demo Video[4]

Project Financials Demo Video[5]

41.     Unlike the rudimentary MMR spreadsheets at issue, each of these robust ProCore modules would flow into the existing ISG Viewpoint financial ERP system, consolidating the project management and estimating process into one automated ecosystem.

42.     The estimate ProCore provided for the Project Management Pro, Project Financials, Bid Management, Estimating, and Field Productivity modules, with the Viewpoint Spectrum ERP Connector, depending on various parameters, was $92,468 to $157,209 per year depending on the amount of revenue (i.e. 30 to90 million). Attached as Exhibit "4" to this declaration is the quote provided by ProCore on or about February 27, 2024 and description of the ERPs.

43.     ISG is also in the process of obtaining a quote for a similar ERP system from Accubid which is approximately $2,600 per user, a year.  The entirety of the quote was for $22,682.30 Attached as Exhibit "5" to this declaration is the quote provided by Accubid on or about March 27, 2024.

---

[2] https://view.highspot.com/viewer/65de113d6132674382333614?iid=631a76316347e452777bfd74

[3] https://view.highspot.com/viewer/65de113d6132674382333614?iid=607772b1628ba21351a1f94f

[4] https://procore.wistia.com/medias/6msy9v41yp

[5] https://procore.wistia.com/medias/6ny5q3cjy9

44.     See link below:

Trimble Accubid Classic | Electrical Estimating Software[6]

45.     ISG should make its determination on which system to use within the next two weeks.

ITFN Report

46.     An ITFN report is just a summary of the costs ISG spent on a job versus what ISG budgeted for the job.  This information comes only from ISG internal sources and relates to ISG actual costs.  This document comes directly from the Viewpoint accounting software.

Quality Management System Documents

47.     In July of 2022, ISG sought outside vendors to provide quality management system documents including: Project Quality Plan, Quality Manual, Standard Operating Procedures, Submittal Forms and Complete Inspection Checklist Package.

48.     On August 2, 2022, ISG purchased such manuals and procedures for $1,390.00.

49.     A true and correct copy of the communications and invoices related to this purchase are attached to this declaration as Exhibit "6".

Employee Handbook and Safety Manuals and Procedures

50.     ISG instructed Laiton McCaughey to write entirely new employee and safety manuals that did not contain any MMR material.   McCaughey drafted the handbooks, manuals, and procedures from publicly available materials, and they were in use by ISG by the summer of 2022.

---

[6] https://mep.trimble.com/en/electrical-solutions/estimating-and-takeoff/trimble-accubid-classic

Site Specific Plan

51.    A "Site Specific Plan" is just an execution plan based on your estimate on how ISG will supply the job, how ISG will efficiently work, and how ISG will come under budget. This is specific to how ISG plans to carry out a specific job and cannot be based on any other company's plan for another job.

52.    ISG has only been requested to formally provide a "Site Specific Plan" on one occasion, which it did.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2024.

*Jason Yates*
_____
Jason Yates



EXHIBIT 1

## Order Confirmation

**National Electrical Contractors Association**

| | |
|---|---|
| **Your Order Number** | 0002310 |
| **Order Date** | 4/22/2022 |
| **Order Total** | $295.00 |

Hello Kasey Kraft,

Thank you for your order. Please find a summary of your order below.

**Billing Address**
Kasey Kraft
3002 S Ruby Ave
Gonzales, LA
70737 United States

**Shipping Address**
Kasey Kraft
,

# Order Summary

**Merchandise**
Merchandise for Kasey Kraft

| Item | Quantity | Price | Total |
|---|---|---|---|
| Manual of Labor Units 2021-22 (4090-21D) PDF | 1 | $295.00 | $295.00 |

| | |
|---|---|
| Total: | $295.00 |
| Tax Total: | $0.00 |
| Shipping Total: | $0.00 |
| Grand Total: | $295.00 |
| Payment: | $295.00 |
| **Balance:** | $0.00 |

**Payment Summary**

EXHIBIT 2

| Date | Payment Details | Total Paid |
|---|---|---|
| 4/22/2022 | Credit Card — AMEX<br>Credit Card Last 4 Digits: 1238<br>Name on Card: Ben Huffman | $295.00 |

**Thank you for your business!**

---

**National Electrical Contractors Association**

1201 Pennsylvania Ave. NW, Suite 1200
Washington, DC 20004 United States

**Contact Us**

(202) 991-6300
www.necanet.org

.



# Payment Confirmation

Bluebeam, Inc.
443 S. Raymond Ave.
Pasadena, California 91105-2630
United States
1-866-496-2140

**Invoice Date:** 09/26/2022
**Invoice.#:** I-0000015795
**Web Order:** O-0000015832

**Bill To:**
Dan Howell
Infrastructure Solutions Group
3002 S. Ruby St
Gonzales
Louisiana 70737
United States

**Ship To:**
Dan Howell
Infrastructure Solutions Group
3002 S. Ruby St
Gonzales
Louisiana 70737
United States

**Payment Terms:** Paid
**Currency:** USD
**Payment Due:** 09/26/2022
**Reference:**
**Delivery Date: (Order Activation Date)** 09/26/2022

| Item | Description | Start Date | End Date | Unit Price | Quantity | Tax Rate | Total |
|------|-------------|------------|----------|------------|----------|----------|-------|
| Complete SKU: SUBCE0001 | Everything you need to manage and optimize complex AECO projects at scale. | 09/26/2022 | 09/25/2023 | $ 400.00 | 1 | 0.00% | $ 400.00 |

| NOTES: | | |
|--------|--------|--------|
| | **Subtotal:** | $ 400.00 |
| | **Total Tax:** | $ 0.00 |
| | **Total:** | $ 400.00 |
| | **Paid Amount:** | $ 400.00 |

| Payment Instructions & Information |
|---|
| **THIS IS NOT AN INVOICE – DO NOT PAY**<br>Payment Confirmation is proof of payment. |

| FOR QUESTIONS CONCERNING THIS RECEIPT **billing@bluebeam.com** | **Website:** www.bluebeam.com |
|---|---|

EXHIBIT 3



# Infrastructure Solutions Group

## $30m

### Year 1
ACV: 30 million

| Name | Price | Basis Points | Price Per Million |
|------|-------|--------------|-------------------|
| Project Management Pro | $30,756 | 0.103% | $1,025 |
| Project Financials | $14,871 | 0.050% | $496 |
| Bid Management | $3,111 | 0.010% | $104 |
| Estimating | $12,600 | 0.042% | $420 |
| Field Productivity | $24,255 | 0.081% | $809 |
| Viewpoint Spectrum ERP Connector | $6,875 | 0.023% | $229 |
| **Total** | **$92,468** | **0.308%** | **$3,082** |

Total Price: **$92,468**

## $50m

EXHIBIT 4

*The pricing presented should be considered as non-binding budgetary pricing to be leveraged for modeling and scenario planning, and as such, is subject to formal approval before it can be considered final.*

## Year 1

ACV: 50 million

| Name | Price | Basis Points | Price Per Million |
|------|------:|-------------:|------------------:|
| Project Management Pro | $48,820 | 0.098% | $976 |
| Project Financials | $23,605 | 0.047% | $472 |
| Bid Management | $4,938 | 0.010% | $99 |
| Estimating | $12,000 | 0.024% | $240 |
| Field Productivity | $23,100 | 0.046% | $462 |
| Viewpoint Spectrum ERP Connector | $6,875 | 0.014% | $138 |
| **Total** | **$119,337** | **0.239%** | **$2,387** |

Total Price: **$119,337**

---

## $70m

## Year 1

ACV: 70 million

| Name | Price | Basis Points | Price Per Million |
|------|------:|-------------:|------------------:|
| Project Management Pro | $61,441 | 0.088% | $878 |
| Project Financials | $29,702 | 0.042% | $424 |
| Bid Management | $5,819 | 0.008% | $83 |
| Estimating | $16,150 | 0.023% | $231 |
| Field Productivity | $21,945 | 0.031% | $314 |
| Viewpoint Spectrum ERP Connector | $6,531 | 0.009% | $93 |
| **Total** | **$141,588** | **0.202%** | **$2,023** |

Total Price: **$141,588**

---

*The pricing presented should be considered as non-binding budgetary pricing to be leveraged for modeling and scenario planning, and as such, is subject to formal approval before it can be considered final.*

## $90m

### Year 1
ACV: 90 million

| Name | Price | Basis Points | Price Per Million |
|------|------:|-------------:|------------------:|
| Project Management Pro | $70,823 | 0.079% | $787 |
| Project Financials | $34,929 | 0.039% | $388 |
| Bid Management | $6,480 | 0.007% | $72 |
| Estimating | $18,000 | 0.020% | $200 |
| Field Productivity | $20,790 | 0.023% | $231 |
| Viewpoint Spectrum ERP Connector | $6,188 | 0.007% | $69 |
| **Total** | **$157,209** | **0.175%** | **$1,747** |

Total Price: **$157,209**

*The pricing presented should be considered as non-binding budgetary pricing to be leveraged for modeling and scenario planning, and as such, is subject to formal approval before it can be considered final.*

# Procore Products

**Connect the entire business process from bidding to closeout with every member of your team working together in the same system.**

**TOOLS INCLUDED WITH ALL PRODUCTS***

**DIRECTORY**
Everyone's digits, under the control of yours.

**DOCUMENTS**
When documents go digital, nothing gets lost.

**APP MARKETPLACE**
With over 350 partner solutions in our App Marketplace, connect with what works best for you—even if we don't build it.

**TASKS**
Track and manage every coordination-related step in your process.

**REPORTS**
Insights to help you analyze every detail.

* Excluding Invoice Management, Design Coordination and BIM.

— PROJECT MANAGEMENT ────────────────────────────────

 **Project Management Pro**

**RFIs**
RFI software to remind, record, and remove excuses.

**PUNCH LIST**
Streamline construction with punch list software.

**DAILY LOG**
Capture everything you need to report to the office.

**PHOTOS**
Capture your questions, skills, and results in a snap.

**DRAWINGS**
Revisions won't need markers, scissors, sticky notes, or tape.

**SPECIFICATIONS**
Intelligent Spec Management—save time while doing more.

**TIMECARD**
Fast time tracking for the project management team.

**SCHEDULE**
Minimize confusion with integrated scheduling.

**SUBMITTALS**
Don't let inaccuracy sink your projects.

**EMAILS**
Open your inbox to everything you need to know.

**MEETINGS**
Manage all aspects of your project meetings.

**TRANSMITTALS**
Don't lose sleep over your important documents.

**CORRESPONDENCE**
Manage critical project communication.

*Project Management Starter is also available - includes RFIs, Daily Log, Drawings, Punch List, Photos and Specifications.



procore.com | 866 477 6267

*The pricing presented should be considered as non-binding budgetary pricing to be leveraged for modeling and scenario planning, and as such, is subject to formal approval before it can be considered final.*

PROJECT MANAGEMENT



## Quality & Safety

**INSPECTIONS**
Proactively identify hazards before they injure more than your reputation.

**OBSERVATIONS**
Track, assign, and report upon multiple types of observations and corrective actions on the fly.

**INCIDENTS**
Digitally capture and manage incidents easily and accurately.

**DAILY LOG**
Capture everything you need to report to the office.

**FORMS**
Simple to complex fillable PDF forms at your fingertips.

**SCHEDULE**
Minimize confusion with integrated scheduling.

**PHOTOS**
Capture your questions, skills, and results in a snap.

**ACTION PLANS**
Take action on your project plans from one, controlled location.



## Design Coordination

**COORDINATION ISSUES**
Identify and resolve constructability issues prior to construction.



## BIM

**MODELS**
Extremely performant BIM viewer.

FINANCIAL MANAGEMENT*



## Project Financials

**COMMITMENTS**
Real-time statuses and values of all contracts and purchase orders.

**CHANGE EVENTS**
The new standard in construction for managing potential costs as they occur.

**BUDGETS**
Avoid profit erosion with accurate, configurable budgets.

**CHANGE ORDERS**
Reduce unrecoverable change orders with quicker approvals.

**PRIME CONTRACT**
Replace stacks of paper and printing costs with digital contract management.

**COST MANAGEMENT**
Avoid the price of being over budget with cost management.

## Invoice Management

**OWNER INVOICING**
Prefill owner invoices with approved subcontractor invoices.

*Accounting Integrations available — additional fees apply.

**SUBCONTRACTOR INVOICING**
Empower the trades to be proactive about monthly invoices.



procore.com | 866 477 6267

*The pricing presented should be considered as non-binding budgetary pricing to be leveraged for modeling and scenario planning, and as such, is subject to formal approval before it can be considered final.*

PRECONSTRUCTION

 ### Prequalification

**PREQUALIFICATIONS**
Manage the entire qualification process from forms to approvals.

**PREQUALIFICATION PORTAL**
Complete and submit qualification forms on a secure online platform.

### Bid Management

**BIDDING**
Manage the entire bidding process from bid package creation to bid award.

**PLANROOM**
Access bid package details, files, and communications in order to submit a bid.

 ### Estimating

**TAKEOFF**
Upload plans and perform a quantity takeoff using a customizable database

**ESTIMATION**
Easily create accurate estimates & customer-facing construction proposal.

WORKFORCE MANAGEMENT

 ### Field Productivity

**TIMESHEETS**
Track employee and crew time for all projects on mobile or web.

**T&M TICKETS**
Document and track out-of-scope work to get paid for everything you do.

**CREWS**
Add, group, and edit crews—with one mobile, flexible tool.

**TIMECARD**
Fast time tracking for the project management team.

**PRODUCTION TRACKING**
Compare budgeted versus actual quantities to see percentage complete against each cost code.

### Workforce Planning

**SCHEDULING**
Replace time-wasting calls, emails, meetings, and spreadsheets with digital labor scheduling

**FORECASTING**
Confidently make informed decisions about your projects and people

**ROSTERING**
Get a full understanding of your most important asset—your people

PLATFORM

### Analytics

**PROCORE ANALYTICS**
Leverage Analytics to turn project data into business insight.

**DATA EXTRACT**
Extract and combine data from Procore and across your tech stack.



procore.com | 866 477 6267

*The pricing presented should be considered as non-binding budgetary pricing to be leveraged for modeling and scenario planning, and as such, is subject to formal approval before it can be considered final.*

 Professional Services

# Procore Professional Services

Connecting Procore, People and Construction to Ignite Client Success

##  Implementation Services

### "Advise" Implementation
Implementation package for new clients who need the Procore team to advise the Procore Committee during the implementation period, and the customer is responsible for rollout and training for their external teams and projects.

### "Consult" Implementation
Implementation package for clients who need tailored best practice implementation advice to meet your business needs. The Procore team is there to consult the customer on how to make Procore work for their business, and can assist the customer with rollout and training for external teams and projects.

### "Deliver" Implementation
Implementation package for new clients who need the Procore team to not only consult but help deliver your desired outcomes through partnership in product configuration and training.

### "Enhanced" Implementation*
Implementation package designed to provide flexibility to you and your teams while getting you off to a strong start during the first 7 weeks with Procore and will help accelerate time to value. All services included in this package expire 7 weeks after service start date. *Note: This package is only available to certain Procore customers based on their Annual Construction Volume (ACV). Reach out to your Procore point of contact for more information.*

### "Premier" Implementation*
Implementation package designed to provide flexibility to you and your teams while getting you off to a strong start during the first 10 weeks with Procore and will help accelerate time to value. All services included in this package expire 10 weeks after service start date. *Note: This package is only available to certain Procore customers based on their Annual Construction Volume (ACV). Reach out to your Procore point of contact for more information.*

##  Custom Services

### Custom Statement of Work (SOW)
Custom bundle of multiple services based on business needs. Also used for Technical Services such as Custom Integration Development & Support, as well as Integration Consulting Services.

### Custom Built Forms and Reports
Development time for building custom forms, workflows, and tools for the Procore platform. Purchased in 5-hour blocks. Work performed by Procore's Custom Solutions team.

### Analytics Consulting
Virtual consulting services with Procore Analytics Developers, Implementation Specialists. Common uses include Procore Analytics deep-dive familiarization and training, custom report development, and out of the box report modifications. Purchased in 5-hour blocks.

### Integration Consulting
Consulting for clients building custom integrations between Procore and other platforms. Requires a custom SOW and does not include integration development.

##  Consulting Services

### Virtual Consulting
Virtual consulting services with Procore resources such as Strategic Product Consultants and Training Management Specialists. Common uses include deep-dive virtual consulting for the Procore suite of tools and custom Procore reporting. Purchased in 5-hour blocks, including 4 hours of consulting calls and 1 hour of administration time for preparation and follow-up.

### Onsite Consulting & Training**
Onsite strategic consulting with the client. Flat fee per day, which includes travel expenses.
*\*\*Note: Dates must be booked at least 4 weeks in advance. 12 person limit on attendees. Cancellation fees will apply. Trainings typically led by SPC team. Only available through a Custom SOW and subject to SPC availability.*

##  Training Services

### Just in Time Training (JITT)
Virtual training with a Procore Industry expert. Includes 6 hours of training and up to 2 hours of planning and follow-up documentation

##  Annual Subscription Services

### Premier Support
Designated Support services with quicker response times, expert troubleshooting, proactive issue management, and virtual monthly support reporting consultation. Includes access for up to 5 company admins

### Integration Maintenance & Support
Required services for Custom Integration work. Added when Integration services are in a SOW.

##  Add On Services

### Remote Admin Services (RAS)
Procore expert(s) to set up configurations within a client's account based on best practices and import project data on behalf of the client.

*The pricing presented should be considered as non-binding budgetary pricing to be leveraged for modeling and scenario planning, and as such, is subject to formal approval before it can be considered final.*

 **Draft Quote - Not for signature**

# QUOTE

**Trimble Inc.**
10368 Westmoor Drive
Westminster Colorado 80021
United States
Trimble Tax ID# 94-2802192

| | |
|---|---|
| **Quote** | Q-252605 |
| **Issued Date:** | |
| **Expiration Date:** | 27-Mar-2024 |
| **Payment Term:** | 30 NET |
| **Currency:** | USD |
| **Client ID:** | 4964536 |
| **Trimble Rep:** | Tara Roach |
| **Trimble Rep Email:** | tara_roach@trimble.com |
| **Trimble Rep Phone:** | |

**Contact:** Unavailable AP
252-506-6650

**Bill To:** Infrastructure Solutions Group
PO BOX 930
WATSON
Louisiana 70786
United States

**Ship To:** Infrastructure Solutions Group
PO BOX 930
WATSON
Louisiana 70786
United States

| SUBSCRIPTIONS / SAAS / SUPPORT & MAINTENANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item # | Description | Billing Frequency | Sales Tax Rate | Amendment Subscription Term | # of Seats | Annualized Current Year Price | Prorated Current Year Price |
| BN-SB-TC1EST-ANY | Trimble Construction One Estimating - Accubid Anywhere - Named User Subscription | Annual | 0% | 20-Mar-2024 to 28-Dec-2024 * | 10 | $24,049.98 | $18,630.50 |
| BS-SB-ANYW-CM | Accubid Anywhere &amp; Change Management - Named User Subscription | | | | | | |
| BS-SB-LCCP | LiveCount Cloud Pro - Named User Subscription | | | | | | |
| BS-SB-SX-TSL-C | Supplier Xchange - Trade Service Live Platform - Contractor - Named User Subscription | | | | | | |

EXHIBIT 5

 **Draft Quote - Not for signature**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BS-SB-COM-C | Integrated Supplier Pricing - Contractor - Named User Subscription | | | | | | |
| BS-SB-SM-C-E-US-SU | Submittal Manager - Contractor - Electrical - US - Named User Subscription | | | | | | |
| BS-SB-TS-C-E-US-SU | TRA-SER - Contractor - Electrical Contractor - US - Named User Subscription | | | | | | |
| BS-SB-SM-C-E-CA-SU | Submittal Manager - Contractor - Electrical Contractor - CAN - Named User Subscription | | | | | | |
| BS-SB-TS-C-E-CA-SU | TRA-SER - Contractor - Electrical Contractor - CAN - Named User Subscription | | | | | | |
| BS-TRM-AIM | Advanced Image Manager - Named User Subscription | | | | | | |
| BS-SB-TCBP | Trimble Connect Business Premium - Named User Subscription | | | | | | |

| **Included Discount** | | $1,510.60 | **Sub Total (excl. Tax)** | | $18,630.50 |
|---|---|---|---|---|---|

*Start date of the Subscription Term is an estimate and is subject to change based on the Provision Date as defined in the Supplemental Terms for Licensed Software and SaaS.

| TRAINING | | | | | | |
|---|---|---|---|---|---|---|
| **Item #** | **Description** | **Must be Completed By** | **Sales Tax Rate** | **Qty** | **Unit Price** | **Total Amount** |
| ANYW-TRN-VILT-NCHAMP | Accubid Anywhere - Product Champion Complete - Virtual Training | 20-Sep-2024 | 0% | 1 | $3,920.00 | $3,920.00 |


**Draft Quote - Not for signature**

| | | Sub Total (excl. Tax) | $3,920.00 |
|---|---|---|---|

| | | TOTAL (excl. Tax) | $22,682.30 |
|---|---|---|---|
| | | Sales Tax Total | $0.00 |
| | | Grand Total | $22,682.30 |

## Terms and Conditions

1. <u>Customer Terms</u>. All offerings and services are subject to the following terms (collectively, the "**Customer Terms**") which are incorporated by reference into this Quote. **Please retain a copy for your records**. For the avoidance of doubt, Customer Terms may change upon any renewals in accordance with the General Transaction Terms.
   a. General Transaction Terms v1.1 available at: https://www.trimble.com/en/legal/customer-terms/general
   b. Supplemental Terms for Software and Subscriptions v1.1 available at: https://www.trimble.com/en/legal/customer-terms/supplement-software
   c. Supplemental Terms for Services v1.0 available at: https://www.trimble.com/en/legal/customer-terms/supplement-services
   d. Supplemental Terms for Trimble Construction Offerings v1.1 available at: https://www.trimble.com/en/legal/customer-terms/supplement-construction
2. <u>Co-termination</u>. The Subscription Term indicated above shows the prorated portion of an annual subscription so that all such Customer subscriptions have the same anniversary date. Any renewals will be for an annual term. If, however, Trimble makes the subscriptions available after the indicated Subscription Term start date (e.g., due to delays in Quote execution or entitlement, etc.), then the Subscription Term start date will be the date of entitlement, and the end date will be shifted back by the same number of days. The next renewal shall also be for a prorated period so that all future renewals will have the same anniversary date.
3. <u>Taxes</u>. Any indicated taxes are as of the date of quote creation and are presented for illustrative purposes. Final taxes will be included on the Trimble invoice and are the responsibility of the Customer.
4. ***ANNUAL AUTOMATIC RENEWALS. All subscriptions of one year or longer will automatically renew for subsequent term(s) of 12 months at the then-current pricing and then-current terms stated in the renewal notice, unless either party provides the other with notice of cancellation at least 30 days prior to the expiration of the then-current term.***
5. Price Increase. The fee for each subscription will be fixed for a period of twelve (12) months from the commencement of billing for that subscription, and shall thereafter be increased by 6 % once every twelve (12) months during the Subscription Term. For any renewals, the fee for each subscription may be increased as set forth in the renewal notice. Notifications of price increases will be provided to Customer's designated billing contact by email.
6. <u>Electronic Invoices</u>. Customer hereby consents to the receipt of invoices electronically at the indicated Electronic Invoice Recipient e-mail address and accepts such invoices as if received by mail. Customer may change the Electronic Invoice Recipient contact information by providing written notice to Trimble at: customer_master@trimble.com. Customer is responsible for maintaining a current electronic mail address and shall under no circumstances be excused from payment of applicable charges by its failure to access its designated electronic mail address.

 **Draft Quote - Not for signature**

7.  <u>Acceptance; Due Authority</u>. This Quote is an offer by Trimble and expires on the Expiration Date. It becomes a binding agreement for good, valuable, and sufficient consideration if Customer accepts by returning an executed copy by the Expiration Date. Trimble reserves the right to reject or modify and reissue an executed Quote received after the Expiration Date. The undersigned signatory represents that he or she is duly authorized to legally bind the Customer.

 **Draft Quote - Not for signature**

**Customer Purchase Order # (if available):**　　　　　_____

*Note: Any purchase orders issued by Customer whether listed above or not are issued for administrative purposes only, terms and conditions contained in any such purchase order are rejected by Trimble and shall be null and void.*

**Customer Billing Contact:**

**Name:**　　Unavailable AP

**Email:**　　ap@isg.work　　　　　　**Phone:**　　　252-506-6650

**Customer Electronic Invoice Recipient:**

**Name:**　　_____

**Email:**　　_____　　**Phone:**　　_____

**Customer Electronic Payment Contact:**

*Trimble will reach out regarding electronic payments (e.g., credit cards, debit cards, etc.). If the information below is left blank, the Customer Electronic Payment Contact is the Billing Contact.*

**Name:**　　_____

**Email:**　　_____　　**Phone:**　　_____

**Acceptance**

Accepted and agreed to as of the signature date by Customer's authorized representative.

**Company Name:**　　Infrastructure Solutions Group

**Signature:**　　_____

**Printed Name:**　　_____

**Title:**　　_____

**Email:**　　_____

**Date:**　　_____

 **Draft Quote - Not for signature**

<u>**Exhibit 1**</u>

**Customer Administrative User Information**

Providing the information below is a required condition of completing the Quote by the Customer.

**Administrative User Authorization**

Please provide the contact information for the administrative user for the Quote. For any offerings that have not been previously provisioned for Customer, this individual will also be designated as the initial administrative user for such offerings. The administrative user must be an employee of Customer. The administrative user will receive notifications and updates,  and will have full administrative access to any licensed software or SaaS, including the ability to invite users and have access to customer data. The information below must match the contact information provided when setting up the administrative user Trimble Identity (TID) account.

| | |
|---|---|
| Administrative User Name | Shawn Breeland |
| Administrative User Email | sbreeland@isg.work |
| Administrative User Phone | 225-405-2515 |

Message

| | |
|---|---|
| **From**: | pat@firsttimequality.com [pat@firsttimequality.com] |
| **Sent**: | 7/19/2022 6:37:38 PM |
| **To**: | Laiton McCaughey [lmccaughey@isg.work] |
| **CC**: | EdC@firsttimequality.com |
| **Subject**: | ISO9001/ISNetworld Quality Plan, Manual & SOPs Sample |
| **Attachments**: | 930b-20_ISO-ISNetworld_QMS-Plan-and-Manual-SOPs-Sample.pdf; 912_Electrical-Comprehensive_Quality-Plan.pdf |

Hi Layton,

As per our discussion earlier today, please see attached sample. I've also attached an older sample of our Comprehensive Electrical Quality Plan and Manual. The last section includes a list of the electrical checklists that we have and an example of one of them incase they might be of any use.

The cost for a personalized version of the ISO/ISNetworld Plan, Manual and SOPs package is $1095 and will include the electrical checklists and electrical standards reference tables if you think they would be useful. All documents will be in a fully-editable MS Word format that you can edit and reuse.

Best Regards,
Pat Caldeira

_____

First Time Quality, LLC
Pat@FirstTimeQuality.com
www.FirstTimeQuality.com
Direct: 443-292-9507
Bus: 410-451-8006

EXHIBIT 6

Message

**From**:        pat@firsttimequality.com [pat@firsttimequality.com]
**Sent**:        7/27/2022 2:48:58 PM
**To**:          Laiton McCaughey [lmccaughey@isg.work]
**Subject**:     Checklist Pkg. Sample
**Attachments**: 942_Inspection_Checklist_Form_Package_Sample.pdf

Hi Layton,

Attached is the checklist sample we discussed. The cost for the complete package with all checklists in editable Word format is $295.

Best Regards,
Pat Caldeira
_____

First Time Quality, LLC
Pat@FirstTimeQuality.com
www.FirstTimeQuality.com
Direct: 443-292-9507
Bus: 410-451-8006



**First Time Quality - FTQ360**
1814 Harewood Ln.
Crofton Maryland 21114
+1 410-451-8006

## INVOICE

Bill To
**Infrastructure Solutions Group**

| Invoice# | INV-4705 |
| --- | --- |
| Invoice Date | August 02, 2022 |
| Due Date | August 02, 2022 |

| Item & Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| ISO 9001 Quality Management System Documents<br>Personalized ISN/ISO 9001: 2015 Quality Management System<br>-- Project Quality Plan<br>-- Quality Manual<br>-- Standard Operating Procedures<br>-- Submittal Forms | 1.00 | 1,095.00 | 1,095.00 |
| Complete Inspection Checklist Package<br>Complete Inspection Checklist Package | 1.00 | 295.00 | 295.00 |

For questions, contact:
Pat Caldeira
pat@firsttimequality.com
+1 410 451 8006

| | |
| --- | --- |
| Sub Total | 1,390.00 |
| **Total** | **US$1,390.00** |
| Payment Made | (-) 1,390.00 |
| **Balance Due** | **US$0.00** |

## Terms & Conditions

Copyright Notice: The materials are copyrighted and Caldeira Quality still retains the copyrights. Your company will be granted permission to freely use the materials in the course of your normal construction business, managed from your location and for qualification and submittal purposes. You may edit or modify the documents as you see fit. Do not share the documents with other organizations, even if you do not charge a fee.