UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MMR CONSTRUCTORS, INC.                                CIVIL ACTION

VERSUS

JB GROUP OF LA, LLC, ET AL.                           NO. 22-00267-BAJ-RLB

RULING AND ORDER

Considering Plaintiff MMR Constructors, Inc. ("MMR") and Defendant JB Group of LA, LLC d/b/a Infrastructure Solutions Group's ("ISG") **Joint Memorandum Regarding Appointment Of Special Master (Doc. 146)**, which provides that Craig Ball is willing and able to serve as special master,

**IT IS ORDERED** that Craig Ball be and is hereby appointed as special master in the above-captioned matter. Mr. Ball will monitor ISG's compliance with the Preliminary Injunction (Doc. 23), in addition to administering the Remediation Protocol for cleansing MMR's confidential information from ISG's systems. The parties shall meet and confer with Mr. Ball on or before May 1, 2024, to offer suggestions on how ISG's compliance with the Preliminary Injunction will be monitored. The parties shall also offer their respective recommendations for the scope and parameters of the Remediation Protocol.

**IT IS ORDERED** that on or before May 8, 2024, Mr. Ball shall provide the Court with his suggested procedures for the Remediation Protocol and for the monitoring of ISG's compliance with the Preliminary Injunction. Once the Court has approved and adopted these procedures subject to any required amendments, Mr.

Ball will administer each moving forward.

**IT IS FURTHER ORDERED** that counsel for MMR shall provide the Court with an itemized document detailing their attorney's fees and costs in bringing MMR's Motion for Contempt of Preliminary Injunction (Doc. 119).

Baton Rouge, Louisiana, this 16th day of April, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**