**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** | **CIVIL ACTION NO.: 22-CV-267** |
| **Plaintiff,** | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, et al.,** | |
| **Defendants.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON MOTION FOR ORAL ARGUMENT**

Considering the foregoing Motion for Oral Argument filed on behalf of Defendants, JB Group of LA, LLC, Jason Yates, and Travis Dardenne (collectively, "ISG"):

IT IS HEREBY ORDERED that the motion is GRANTED and oral argument on ISG's Motion to Dissolve Preliminary Injunction is hereby set on _____, 2024 at _____ a.m./p.m.

Signed this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE
FOR THE MIDDLE DISTRICT OF LOUISIANA