UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| Plaintiff, | : | |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, ET Al., | : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Plaintiff, MMR Constructors, Inc. ("MMR"), requests a fourteen-day extension of time to file its response to the *Motion to Dissolve Preliminary Injunction* ("Motion") filed by Defendants JB Group of LA, LLC, Jason Yates, and Travis Dardenne's (collectively, "ISG").

On August 5, 2024, ISG filed the Motion on August 5, 2024. (R. Doc. 161). MMR's current deadline to file a response is not until Monday, August 26, 2024. *See* LR 7(f). The fourteen-day extension that MMR seeks would extend the deadline for MMR's opposition through Monday, September 9, 2024. MMR seeks the foregoing extension to explore with ISG's counsel a date therein that would allow MMR to take the deposition of Kasey Kraft, who is a named party and, as ISG's Director of Estimating, is a key witness with knowledge about evidence that is highly relevant to MMR's anticipated response. MMR has been seeking to set Kraft's deposition for several months, but a date for such deposition has not yet been provided by ISG. The requested extension should allow the parties to select a mutually convenient date, which will allow the Court to consider evidence that will be important to its consideration of ISG's motion.

MMR has conferred with counsel for ISG, and ISG consents to the brief extension of the opposition deadline.

1

**WHEREFORE**, MMR respectfully requests that the Court grant this motion, thereby providing MMR with a fourteen-day extension of time to respond to the Motion.

Respectfully submitted:

*/s/ P.J. Kee*
P.J. Kee (La. Bar No. 34860)
Thomas P. Hubert (La. Bar No. 19625)
Michael W. Magner (La. Bar No. 01206)
Jacob J. Pritt (La. Bar No. 38872)
Michael A. Foley (La. Bar No. 35774)
Jason A. Culotta (La. Bar No. 35731)
Connor H. Fields (La. Bar No. 39880)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8230
Facsimile: (504) 589-8230
Email: pkee@joneswalker.com
***Counsel for MMR Constructors, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served through the Court's pacer e-filing system on August 20, 2024.

*/s/ P.J. Kee*
P.J. Kee