UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| | : | |
| Plaintiff, | : | |
| | : | |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| | : | |
| JB GROUP OF LA, LLC D/B/A | : | |
| INFRASTRUCTURE SOLUTIONS | : | |
| GROUP, ET Al., | : | MAGISTRATE JUDGE RICHARD L. |
| | : | BOURGEOIS, JR. |
| Defendants. | | |

**ORDER**

Considering the *Motion for Extension of Time to File Response Brief* ("**Motion**") filed by Plaintiff, MMR Constructors, Inc. ("**MMR**"):

**IT IS ORDERED** that the Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that MMR shall file its response to Defendants JB Group of LA, LLC, Jason Yates, and Travis Dardenne's *Motion to Dissolve Preliminary Injunction* (R. Doc. 161) on or before Monday, September 9, 2024.

Signed in Baton Rouge, Louisiana, this ___ day of August, 2024.

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1