UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MMR CONSTRUCTORS, INC.                                    CIVIL ACTION

VERSUS

JB GROUP OF LA, LLC, ET AL.                               NO. 22-00267-BAJ-RLB

<u>ORDER</u>

Considering Plaintiff's **Consent Motion For Extension Of Time To File Response Brief (Doc. 166)**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. Plaintiff shall file its response to Defendants' Motion To Dissolve Preliminary Injunction (Doc. 161) by September 9, 2024.

Baton Rouge, Louisiana, this 22nd day of August, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA