UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MMR CONSTRUCTORS, INC., | : | CIV. NO. 22-267 |
| Plaintiff, | : | |
| VERSUS | : | JUDGE BRIAN A. JACKSON |
| JB GROUP OF LA, LLC, ET AL., | : | |
| Defendants. | : | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

### *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiff, MMR Constructors, Inc. ("MMR"), seeks leave of Court to exceed the page limitation for the attached *Opposition to Motion to Dissolve Preliminary Injunction* ("Opposition") and avers as follows:

1. Local Rule 8(g) sets a limit of twenty-five pages for all memoranda, including oppositions to motions.

2. MMR's attached Opposition, however, requires more than twenty-five pages.

3. The excess length required in the Opposition is due to MMR reciting key testimony from witnesses identified in the *Motion to Dissolve Preliminary Injunction* (R. Doc. 161) filed by Defendants JB Group of LA, LLC, Jason Yates, and Travis Dardenne (collectively, "ISG").

4. Recitation of this critical deposition testimony spans numerous pages but will assist the Court in addressing the relief ISG requests.

5. Further, for ease of reading, it is more efficient for the Court to review the cited testimony in the Opposition itself rather than cross-reference, in each instance, the exhibits attached thereto.

#102577493v1

**WHEREFORE**, MMR respectfully requests that the Court grant it leave to file the attached Opposition, which, due to the inclusion of cited deposition testimony, exceeds Local Rule 8(g)'s page limit by approximately ten pages.

        Respectfully submitted:

        */s/ P.J. Kee*
        P.J. Kee (La. Bar No. 34860)
        Thomas P. Hubert (La. Bar No. 19625)
        Michael W. Magner (La. Bar No. 01206)
        Jacob J. Pritt (La. Bar No. 38872)
        Michael A. Foley (La. Bar No. 35774)
        Jason A. Culotta (La. Bar No. 35731)
        Connor H. Fields (La. Bar No. 39880)
        JONES WALKER, LLP
        201 St. Charles Avenue - 50th Floor
        New Orleans, Louisiana 70170-5100
        Telephone: (504) 582-8230
        Facsimile: (504) 589-8230
        Email: pkee@joneswalker.com
        ***Counsel for MMR Constructors, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record for Defendants by electronic filing on September 9, 2024.

                                              */s/ P.J. Kee*
                                              P.J. Kee

#102577493v1