## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** | **CIVIL ACTION NO.: 22-CV-267** |
| **Plaintiff,** | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, et al.,** | |
| **Defendants.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND TO EXCEED PAGE LIMITATION

**NOW INTO COURT**, through undersigned counsel, come Defendants, JB Group of LA, LLC, Jason Yates, and Travis Dardenne (collectively, "ISG"), which respectfully submit this Motion for Leave and incorporated memorandum to file the attached Reply Memorandum ("Reply") in Support of its Motion to Dissolve Preliminary Injunction (R. Doc. 161) and respectfully request to exceed the ten (10) page limitation as set forth in Local Rule 7(g).

ISG sought the testimony of four (4) neutral witnesses related to the underlying information and documents which MMR claims to be its trade secrets. Within two weeks of these depositions, MMR took the unnoticed deposition of a party in this matter, Kasey Kraft, an employee of ISG. Nonetheless, MMR did not produce a copy of the transcript to ISG or even notify them that said deposition took place. ISG was not aware of this improper deposition until almost three months later when MMR attached the transcript to its Opposition to ISG's Motion to Dissolve Preliminary Injunction. (R. Doc. 174-1).

By failing to notice ISG about the deposition, and proceeding in an *ex parte* deposition, MMR circumvented the discovery process to prevent ISG from objecting to testimony concerning privileged or proprietary information. Had ISG's counsel been at the deposition, they could have objected to improper questions and posed additional questions aimed at clearing up any ambiguities or confusion. Through this deposition both MMR, through its in-house counsel, and MMR's outside lawyers were privy to ISG's privileged and confidential information. Such actions violate the Louisiana Rules of Professional Conduct and Federal Rules of Civil Procedure. This has placed ISG in the unusual procedural posture of having to respond to an unlawfully obtained piece of evidence in its Reply. To be frank, MMR's actions were so counter to the judicial process that ISG needed time to fully understand the implications to both ISG's Motion and this case at large.[1]

Accordingly, ISG respectfully submits that this Court should grant ISG's Motion for Leave as these issues have not yet been adequately briefed. In addition to the improper deposition transcript noted above, ISG further seeks leave to address Plaintiff's mischaracterization of the facts and the law, as more fully set forth in the accompanying Reply Memorandum of Law.

**WHEREFORE**, ISG respectfully requests this Honorable Court grant leave to file the attached Reply Memorandum in Support of Motion to Dissolve Preliminary Injunction and to exceed the page limitation.

                Respectfully submitted,
                **DUNLAP FIORE LLC**

                /s/ Jennifer A. Fiore
                Jennifer A. Fiore (Bar # 28038)
                Erin G. Fonacier (Bar # 33861)
                6700 Jefferson Hwy, Building #2
                Baton Rouge, LA 70806
                Telephone: 225-282-0660

---

[1] ISG has contemporaneously filed a Motion for Sanctions related to these facts.

Facsimile: 225-282-0680
jfiore@dunlapfiore.com
efonacier@dunlapfiore.com

**SEIDEN LAW LLP**

/s/ Michael T. Stolper
Michael T. Stolper (Admitted Pro Hac Vice)
Xintong Zhang (Admitted Pro Hac Vice)
322 Eighth Avenue, Suite 1200
New York, NY 10001
Telephone: 212-337-3502
mstolper@seidenlaw.com
xzhang@seidenlaw.com

*Attorneys for JB Group of LA, LLC d/b/a Infrastructure Solutions Group, Jason Yates, and Travis Dardenne*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice to all counsel on this 1st day of October 2024.

/s/ Jennifer A. Fiore
Jennifer A. Fiore