UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** | **CIVIL ACTION NO.: 22-CV-267** |
| Plaintiff, | **JUDGE BRIAN A. JACKSON** |
| VERSUS | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, et al.,** | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF ERIN G. FONACIER IN SUPPORT OF ISG'S REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISSOLVE PRELIMINARY INJUNCTION

Erin G. Fonacier, pursuant to 28 U.S.C. §1746, states under penalty of perjury that the following is true and correct:

1. My name is Erin G. Fonacier. I am an attorney for Defendants, JB Group of LA, LLC, d/b/a Infrastructure Solutions Group, Jason Yates and Travis Dardenne (collectively "ISG") in the above-entitled case.

2. I am over the age of eighteen (18) years and am fully competent to testify herein. I have knowledge of and am familiar with facts set forth herein, and I swear that all the facts and statements contained in this Declaration are true and correct and are based on my personal knowledge.

3. I submit this declaration in support of ISG's Reply Memorandum of Law in Support of Motion to Dissolve Preliminary Injunction.

4. On April 1, 2024, ISG purchased a license to Trimble's estimating software platform named AccuBid, which was previously described by this Court [Jason Yates Declaration R. 130-1].

5. ISG immediately began training its personnel and using Accubid.

6. On May 22, 2024, ISG personnel met with MMR personnel to illustrate how Accubid worked to MMR and to confirm that the previous estimating tools were not being utilized.

7. ISG has continued to send its estimates to undersigned counsel for confirmation that ISG is using Accubid for its estimates.

8. ISG has no intention of using any estimating tools for files that could potentially be based on any MMR files.

9. The purpose for moving to vacate the injunction is two-fold: (i) there is no basis for it factually or legally; and (ii) ISG should not have to incur possibly up to a million dollars in forensic consulting fees scrubbing its ISG owned and personal computers, servers, cloud-based platforms, cell phones and emails of anything potentially related to MMR.

10. If the Injunction is vacated, ISG intends to continue using Accubid, or a similar commercial platform, and does not intend to use any possible MMR related estimating tools or documents.

11. I declare under penalty of perjury that these statements are true and correct.

Executed on __October 1__, 2024.

_____
Erin G. Fonacier