**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

**MMR CONSTRUCTORS, INC.,**

    **Plaintiff,**

**VERSUS**

**JB GROUP OF LA, LLC D/B/A
INFRASTRUCTURE SOLUTIONS
GROUP, et al.,**

    **Defendants.**

**CIVIL ACTION NO.: 22-CV-267**

**JUDGE BRIAN A. JACKSON**

**MAGISTRATE JUDGE
RICHARD L. BOURGEOIS, JR.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

Considering the foregoing Ex Parte Motion for Leave to File Reply Memorandum in Support

of Motion to Dissolve Preliminary Injunction and to Exceed Page Limitation ("Reply") on behalf

of Defendants, JB Group of LA, LLC, Jason Yates, and Travis Dardenne (collectively, "ISG"):

    **IT IS ORDERED** that the Motion is **GRANTED** and the Clerk is directed to file the Reply

into the record.

    Baton Rouge, Louisiana, this _____ day of _____, 2024.


_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA