**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MMR CONSTRUCTORS, INC.**                                                                              **CIVIL ACTION**

**VERSUS**

**JB GROUP OF LA, LLC, ET AL.**                                                                **NO. 22-00267-BAJ-RLB**

<u>**ORDER**</u>

Considering Defendant's **Ex Parte Motion For Leave To File Reply (Doc. 177, the "Motion")**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. The Clerk of Court shall file Defendant's proposed pleading and related exhibit as a separate docket entry.

**IT IS FURTHER ORDERED** that the Oral Argument on Defendant's Motion To Dissolve Preliminary Injunction (Doc. 161) currently set for October 22, 2024, be and is hereby **RESET** for November 19, 2024, at 9:00 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this 3rd day of October, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**