UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MMR CONSTRUCTORS, INC.                                   CIVIL ACTION

VERSUS

JB GROUP OF LA, LLC, ET AL.                       NO. 22-00267-BAJ-RLB

## ORDER

Considering Defendants' **Motion For Oral Argument (Doc. 198, the "Motion")**,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**. Oral Argument shall be heard on Defendants' Motion For Sanctions (Doc. 185) on November 19, 2024, at 9:00 A.M. in Courtroom 2.

Baton Rouge, Louisiana, this **6th** day of November, 2024

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**