# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MMR CONSTRUCTORS, INC.**      **CIVIL ACTION**

**VERSUS**

**JB GROUP OF LA, LLC, ET AL.**     **NO. 22-00267-BAJ-RLB**

## ORDER

**IT IS ORDERED** that Plaintiff's **Motion To Amend Scheduling Order And To Set Status Conference (Doc. 206)** be and is hereby **GRANTED**. The discovery deadline for this matter is hereby **CONTINUED WITHOUT DATE**.

**IT IS FURTHER ORDERED** that a telephone status conference be and is hereby **SET** for December 12, 2024, at 3:00 P.M. to discuss a revised discovery deadline and trial date. Dial-in instructions will be circulated to counsel prior to the conference.

Baton Rouge, Louisiana, this 2nd day of December, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**