UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** : | **CIV. NO. 22-267** |
|    Plaintiff, : | |
| **VERSUS** : | **JUDGE BRIAN A. JACKSON** |
| **JB GROUP OF LA, LLC D/B/A** : | |
| **INFRASTRUCTURE SOLUTIONS** : | |
| **GROUP ET AL.** : | **MAGISTRATE JUDGE RICHARD L.** |
|  : | **BOURGEOIS, JR.** |
|    Defendants. | |

### RESPONSES TO ISG'S SIXTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO MMR CONSTRUCTORS, INC

NOW INTO COURT, through undersigned counsel, comes Plaintiff MMR Constructors, Inc. ("MMR"), which in response to Defendant, JB Group of LA, LLC d/b/a Infrastructure Solutions Group's *Sixth Set of Requests for Production of Documents*, respectfully submits the following:

**REQUEST FOR PRODUCTION NO. 1:**

Forensic copies of the cellphone and computers used by Kevin Alexander during his employment with MMR.

**RESPONSE TO REQUEST NO. 1:**

MMR objects to this request because it seeks irrelevant information and is not proportional to the needs of the case. Forensic copies of the cellphone and computer that Kevin Alexander used during his employment with MMR would include every document and piece of information that is available on those devices, regardless of whether the documents and information had any connection to the claims and defenses in this case. Specifically, the only claims in this case relate to the misappropriation of MMR's protected information, but this request is not tailored in any way to those claims (or defenses to those claims). In fact, even for

#102333829v1                                     1

**EXHIBIT H**

the devices that are subject to the Forensic Protocol that is geared toward discovering the *actual* misappropriated documents and information, forensic copies of the devices are not discoverable and have not been exchanged. Ultimately, this request does not seek relevant documents from these devices in a manner that is proportional to the needs of the case.

MMR is withholding the creation and/or production of forensic copies of these devices.

Respectfully submitted:

*/s/ P.J. Kee*
P. J. Kee  (La. Bar No. 34860)
Thomas P. Hubert (La. Bar No. 19625)
Michael W. Magner (La. Bar No. 01206)
Jacob J. Pritt  (La. Bar No. 38872)
Michael A. Foley (La. Bar No. 35774)
Jason A. Culotta (La. Bar No. 35731)
Connor H. Fields (La. Bar No. 39880)
JONES WALKER, LLP
201 St. Charles Avenue - 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8230
Email:  pkee@joneswalker.com
***Counsel for MMR Constructors, Inc***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record for Defendants by email on June 24, 2024.

*/s/ P.J. Kee*
P.J. Kee