UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MMR CONSTRUCTORS, INC.,** § | **CIVIL ACTION NO. 22-CV-267** |
| § | |
| **Plaintiff,** § | |
| § | |
| **VERSUS** § | |
| § | **JUDGE BRIAN A. JACKSON** |
| **JB GROUP OF LA, LLC D/B/A** § | |
| **INFRASTRUCTURE** § | |
| **SOLUTIONS GROUP, et al.,** § | |
| § | **MAGISTRATE JUDGE** |
| **Defendants.** § | **RICHARD L. BOURGEOIS, JR.** |

## NOTICE OF APPEAL

**COMES NOW** Defendants, JB Group of LA, LLC d/b/a Infrastructure Solutions Group, Jason Yates, and Travis Dardenne (collectively "Appellants" or "ISG") and gives notice of their intent to file an appeal in this matter from the Ruling and Order entered on December 12, 2024,[1] denying Defendants' Motion to Dissolve Preliminary Injunction,[2] and all interlocutory orders contained therein. This appeal will be to the Fifth Circuit Court of Appeals at New Orleans.

This interlocutory appeal is made pursuant to 28 U.S.C. § 1292(a)(1), "which provides that an appeal may be taken from an interlocutory order that grants, continues, modifies, refuses or dissolves, or refuses to dissolve or modify an injunction." *See Roberts v. St. Regis Paper Co.*, 653 F.2d 166, 169 (5th Cir. 1981); *see also McLaughlin v. Miss. Power Co.*, 376 F.3d 344, 351 (5th Cir. 2004). The Court's Ruling and Order of December 12, 2024 refused to dissolve or modify the

---

[1] ECF 212.

[2] ECF 161.

preliminary injunction this Court entered on May 20, 2024.[3] Accordingly, this Court's Order and Ruling is appealable, under 28 U.S.C. § 1292(a)(1).

Dated:  January 2, 2025                    Respectfully submitted,

*/s/ Jennifer A. Fiore*
**Jennifer A. Fiore**
State Bar No. 28038
jfiore@dunlapfiore.com
**Erin G. Fonacier**
State Bar No. 33861
efonacier@dunlapfiore.com
**DUNLAP FIORE, LLC**
6700 Jefferson Hwy, Building # 2
Baton Rouge, LA 70806
Telephone: (225) 282-0660
Facsimile: (225) 282-0680

*/s/ Michael T. Stolper*
**Michael T. Stolper** (Admitted Pro Hac Vice)
mstolper@seidenlaw.com
**Xintong Zhang** (Admitted Pro Hac Vice)
xzhang@seidenlaw.com
**SEIDEN LAW LLP**
32 Eighth Avenue, Suite 1200
New York, NY 10001
Telephone: (212) 337-3502

**ATTORNEYS FOR JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, JASON YATES, AND TRAVIS DARDENNE**

---

[3] ECF 24.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all known attorneys of record on the 2nd day of January, 2025, via the courts electronical E-file system in accordance with the Louisiana Rules of Civil Procedure.

                                        */s/ Jennifer A. Fiore*
                                        **ATTORNEY FOR DEFENDANTS**