UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** | **CIVIL ACTION NO.: 22-CV-267** |
| **Plaintiff,** | **JUDGE BRIAN A. JACKSON** |
| **VERSUS** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, et al.,** | |
| **Defendants.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF JASON YATES**

Jason Yates, pursuant to 28 U.S.C. §1746, states under penalty of perjury that the following is true and correct:

1. My name is Jason Yates. I am the CEO for Defendant, JB Group of LA, LLC, d/b/a Infrastructure Solutions Group.

2. I am over the age of eighteen (18) years and am fully competent to testify herein. I have knowledge of and am familiar with facts set forth herein, and I swear that all the facts and statements contained in this Declaration are true and correct and are based on my personal knowledge.

3. ISG hired Benjamin "Walter" Huffman on or about March 30, 2022. Once he was hired, I directed Huffman to create wholly new Labor and Material sheets and Overhead sheets for ISG's use.

4. Shortly thereafter, Huffman informed me that he had completed the bulk of this task over a weekend.

**EXHIBIT B**

5. Huffman circulated the framework for the estimating tools on or about April 18, 2022. I understood that Huffman then coordinated with ISG's estimating department to complete these tools.

6. ISG transitioned to using these estimating tools once the litigation in this matter was filed, on or about April 25, 2022. However, Huffman and the estimating department continued to tweak these estimating tools for several weeks thereafter.

7. At the time these estimating tools were being created, I understood that the data in the Labor and Material sheets contained labor units from the NECA manual and that the material pricing was obtained from several vendors.

8. The Labor and Material sheets and Overhead sheets were substantially complete by June 2022.

9. I declare under penalty of perjury that these statements are true and correct.

Executed on February 3, 2025.

_____
Jason Yates