UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** | **CIVIL ACTION NO.: 22-CV-267** |
| Plaintiff, | JUDGE BRIAN A. JACKSON |
| **VERSUS** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, et al.,** | |
| Defendants. | |

*****************************************************************************

### DEFENDANT JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP'S MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes Defendant, JB Group of LA, LLC, d/b/a/ Infrastructure Solutions Group ("ISG"), who moves this Honorable Court for a protective order pursuant to Federal Rule of Civil Procedure 26(c) to prevent Plaintiff, MMR Constructors, Inc. ("MMR"), from continuing to pursue improper and overbroad discovery. In support, ISG respectfully submits its Memorandum filed contemporaneously herewith, and the following:

MMR's continued pursuit of discovery into unrelated individuals and entities serves no legitimate purpose and is plainly intended to exert pressure on ISG, increase litigation costs, and burden nonparties with unnecessary discovery. As set forth in the accompanying Memorandum, the Court should enter ISG's proposed Protective Order and preclude MMR from propounding discovery requests and asking questions during depositions regarding: (i) ISG's business valuations; (ii) ISG's investors, including but not limited to nonparty Highground Holdings LLC ("Highground"); (iii) nonparty Nessco Group Holdings ("Nessco"), except for the limited purpose

of confirming whether there are any MMR-related documents in Nessco's possession; and (iv) Nessco's nonparty employees and investors.

    WHEREFORE, Defendant, JB Group of LA, LLC, d/b/a Infrastructure Solutions Group, prays for an order granting its Motion for Protective Order and the entry of a Protective Order.

Dated: February 17, 2025

    Respectfully submitted,
**DUNLAP FIORE LLC**

/s/ Jennifer A. Fiore
Jennifer A. Fiore (Bar # 28038)
Erin G. Fonacier (Bar # 33861)
6700 Jefferson Hwy, Building #2
Baton Rouge, LA 70806
Telephone: 225-282-0660
Facsimile: 225-282-0680
jfiore@dunlapfiore.com
efonacier@dunlapfiore.com

**SEIDEN LAW LLP**

/s/ Michael T. Stolper
Michael T. Stolper (Admitted Pro Hac Vice)
Xintong Zhang (Admitted Pro Hac Vice)
322 Eighth Avenue, Suite 1200
New York, NY 10001
Telephone: 212-337-3502
mstolper@seidenlaw.com
xzhang@seidenlaw.com

*Attorneys for JB Group of LA, LLC d/b/a Infrastructure Solutions Group, Jason Yates, Travis Dardenne, David Heroman and Michael Lowe*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice to all counsel on this 17th day of February 2025.

                         /s/ Jennifer A. Fiore
                          Jennifer A. Fiore

**CERTIFICATE OF CONFERENCE**

    I hereby certify that counsel for Defendants met with counsel for Plaintiff, MMR, during several telephone conferences occurring in January 2025 and in-person during a deposition on January 27, 2025 to discuss the matters raised in this Motion. Counsel could not agree on the relevance of the information sought in the referenced Subpoena and/or at the January 27, 2025 deposition. During the deposition, the parties reached out Chambers in an attempt to resolve the dispute without court action wherein ISG was advised it may need to file a Protective Order.

                         /s/ Jennifer A. Fiore
                          Jennifer A. Fiore