UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MMR CONSTRUCTORS, INC.,** | **CIVIL ACTION NO.: 22-CV-267** |
| Plaintiff, | **JUDGE BRIAN A. JACKSON** |
| VERSUS | |
| **JB GROUP OF LA, LLC D/B/A INFRASTRUCTURE SOLUTIONS GROUP, et al.,** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO STRIKE WITH INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, JB Group of LA, LLC d/b/a Infrastructure Solutions Group ("ISG") who respectfully requests this Honorable Court strike its informal letter requesting a status conference (R. Doc. 272) as more fully described below:

On May 20, 2025, ISG filed an informal letter to the Court requesting a status conference be set regarding outstanding discovery matters pursuant to this Court's Order (R. Doc. 259), which permits the parties to request a status conference following the Court's rulings on the then-pending discovery motions. ISG was notified by the Court that a formal motion requesting the same was required and a Motion to Strike would need to be filed to strike its informal letter.

ISG is contemporaneously filing its Motion to Set Status Conference as requested by the Court and hereby respectfully requests its letter be stricken from the record.

**WHEREFORE,** for the foregoing reasons, ISG prays this motion is granted and its informal letter filed on May 20, 2025 (R. Doc. 272) be stricken from the record.

1

        Respectfully submitted:

        **DUNLAP FIORE LLC**

        /s/ Jennifer A. Fiore
        Jennifer A. Fiore (Bar # 28038)
        Erin G. Fonacier (Bar # 33861)
        6700 Jefferson Hwy, Building #2
        Baton Rouge, LA 70806
        Telephone: 225-282-0660
        Facsimile: 225-282-0680
        jfiore@dunlapfiore.com
        efonacier@dunlapfiore.com

        **SEIDEN LAW LLP**

        /s/ Michael T. Stolper
        Michael T. Stolper (Admitted Pro Hac Vice)
        Xintong Zhang (Admitted Pro Hac Vice)
        Peter Grabowski (Admitted Pro Hac Vice)
        Thomas Mott (Admitted Pro Hac Vice)
        322 Eighth Avenue, Suite 1200
        New York, NY 10001
        Telephone: 212-337-3502
        mstolper@seidenlaw.com
        xzhang@seidenlaw.com
        pgrabowski@seidenlaw.com
        tmott@seidenlaw.com

        *Attorneys for JB Group of LA, LLC d/b/a Infrastructure Solutions Group, Jason Yates, Travis Dardenne, David Heroman and Michael Lowe*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 22nd day of May, 2025.

        /s/ Jennifer A. Fiore
        Jennifer Fiore