# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-30002    MMR Constructors v. Yates
                     USDC No. 3:22-CV-267

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Christy M. Combel, Deputy Clerk
                      504-310-7651

Mr. Connor Harris Fields
Ms. Jennifer Ann Fiore
Ms. Erin Gourney Fonacier
Mr. P.J. Kee
Mr. Andrew Russell Lee
Mr. Michael L. McConnell

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 23, 2025
Lyle W. Cayce
Clerk

No. 25-30002

───────────

MMR Constructors, Incorporated,

    *Plaintiff—Appellee*,

*versus*

Jason Yates; Travis Dardenne,

    *Defendants—Appellants.*

───────────

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-267

───────────

<u>UNPUBLISHED ORDER</u>

Before Stewart, Haynes, and Higginson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellee's motion to dismiss the appeal is GRANTED AS UNOPPOSED.